Randall B. Reed (Wyo. Bar No. 5-2863)
Erika M. Nash (Wyo. Bar No. 6-3867)
Justin Daraie (Wyo. Bar No. 7-4690)
**LONG REIMER WINEGAR, LLP**
2120 Carey Avenue, Suite 300
Cheyenne, Wyoming 82001
307-635-0710
rreed@lrw-law.com
jdaraie@lrw-law.com
enash@lrw-law.com

L. Tyrone Holt (pro hac vice)
**THE HOLT GROUP, LLC**
1675 Broadway, Suite 2100
Denver, Colorado 80202
tholt@holtllc.com

Bryan S. Johansen (pro hac vice)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
bjohansen@parrbrown.com

*Attorneys for Defendant Layton Construction Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CODY LANE DEVELOPMENT CORP.,<br><br>    Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>LAYTON CONSTRUCTION COMPANY, LLC,<br><br>    Defendant / Counterclaim Plaintiff. | Case No. 2:24-cv-00064-KHR<br><br>The Honorable Kelly H. Rankin<br><br>Magistrate Judge Stephanie Hambrick |
| LAYTON CONSTRUCTION CO., LLC,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>SPRAYFOAM SOUTHWEST, INC. DBA GLOBAL ROOFING GROUP, ET AL.<br><br>    Third-Party Defendants | |

## NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM TO PRODUCE DOCUMENTS

Defendant and Third Party Plaintiff Layton Construction Company, LLC, through counsel, submits this notice, pursuant to Fed. R. Civ. P. 45, that it intends to serve a subpoena on Prestige Construction & Development, LLC, a copy of which is attached hereto.

Dated this 14th day of March 2025.

          **PARR BROWN GEE & LOVELESS, P.C.**

          *Bryan S. Johansen*
          Bryan S. Johansen (pro hac vice)
          101 South 200 East, Suite 700
          Salt Lake City, Utah 84111
          Telephone: (801) 532-7840
          bjohansen@parrbrown.com

          L. Tyrone Holt (pro hac vice)
          **THE HOLT GROUP, LLC**
          1675 Broadway, Suite 2100
          Denver, Colorado 80202

          Randall B. Reed, Wyo. Bar No. 5-2863
          Erika M. Nash, Wyo. Bar No. 6-3867
          Justin Daraie, Wyo. Bar No.7-4690
          **LONG REIMER WINEGAR LLP**
          2120 Carey Avenue, Suite 300
          P.O. Box 87
          Cheyenne, Wyoming 82003
          (307) 635-0710
          (307) 635-0413 fax
          rreed@lrw-law.com
          enash@lrw-law.com
          jdaraie@lrw-law.com
          *Attorneys for Layton Construction Company, LLC*

## CERTIFICATE OF SERVICE

I certify that I electronically served the foregoing **NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM TO PRODUCE DOCUMENTS** via the Court's CM/ECF electronic filing system this 14th day of March 2025 on the following:

| | |
|---|---|
| Lucas E. Buckley<br>Tyler J. Garrett<br>HATHAWAY & KUNZ, LLP<br>2515 Warren Avenue, Suite 500<br>P.O. Box 1208<br>Cheyenne, WY 82003-1208<br>Email: lbuckley@hkwyolaw.com<br>         tgarrett@hkwyolaw.com<br><br>*Counsel for Cody Lane Development Corp.* | Robert Harris<br>Jeffrey B. Charkow<br>Peter J. Donoghue<br>HARRIS WINICK HARRIS, LLP<br>333 West Wacker Drive, Suite 2060<br>Chicago, IL 60606<br>Email: jcharkow@hwhlegal.com<br>         pdonoghue@hwhlegal.com<br>         rharris@hwhlegal.com<br><br>*Counsel for Cody Lane Development Corp.* |
| D. Scott Robinson<br>BERG HILL GREENLEAF RUSCITTI<br>P.O. Box 1240<br>Cody, WY 82414<br>Email: dsr@bhgrlaw.com<br><br>*Counsel for Greiner Electric, LLC and RK Mechanical, Inc.* | Giovanni Ruscitti<br>Sally Piskun<br>BERG HILL GREENLEAF RUSCITTI<br>1525 17th Street<br>Denver, CO 80202<br>Email: gmr@bhgrlaw.com<br>         sally.piskun@bhgrlaw.com<br><br>*Counsel for Greiner Electric, LLC and RK Mechanical, Inc.* |

| | |
|---|---|
| Lee Mann<br>Daniel Johnson<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street NE \| Suite 2800 \|<br>Atlanta, GA 30309-4528<br>LMann@ktslaw.com<br>dkjohnson@ktslaw.com<br><br>*Counsel for Cives Corporation* | Billie LM Addleman<br>Hirst Applegate<br>1720 Carey Ave Ste 400<br>Cheyenne, Wyoming 82001<br>Email: baddleman@hirstapplegate.com<br><br>*Counsel for RK Mechanical, LLC and Greiner Electric, LLC* |
| Stuart R. Day<br>Erica R. Day<br>WILLIAMS, PORTER, DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P.O. Box 10700<br>Casper, WY 82601<br>Email:  sday@wpdn.net<br>            eday@wpdn.net<br><br>*Counsel for Phaze Concrete, Inc.* | Trent Cotney<br>Brian Lambert<br>Roscoe Green<br>ADAMS AND REESE LLP<br>100 North Tampa Street, Suite 4000<br>Tampa, FL 33602<br>Email:  Trent.Cotney@arlaw.com<br>            Brian.Lambert@arlaw.com<br>            Roscoe.Green@arlaw.com<br><br>*Counsel for SprayFoam Southwest, Inc. dba Global Roofing Group* |
| Isaiah R. Gross<br>STELTING & GROSS, LLC<br>172 Center Street, Suite 200<br>Jackson, WY 83001<br>Email:  isaiah@s-g.law<br><br>*Counsel for Cives Corporation* | Frederick J. Hahn<br>Samuel K. Hahn<br>Hahn Law Office<br>421 A Street, Ste. D<br>PO Box 50698<br>Idaho Falls, Idaho 83405<br>fjh@hahn-law.net<br>skh@hahn-law.net<br><br>*Counsel for Intermountain Erectors, Inc.* |

                                        *Bryan S. Johansen*
                                        Bryan S. Johansen