Randall B. Reed (Wyo. Bar No. 5-2863)
Erika M. Nash (Wyo. Bar No. 6-3867)
Justin Daraie (Wyo. Bar No. 7-4690)
**LONG REIMER WINEGAR, LLP**
2120 Carey Avenue, Suite 300
Cheyenne, Wyoming 82001
307-635-0710
*rreed@lrw-law.com*
*jdaraie@lrw-law.com*
*enash@lrw-law.com*

L. Tyrone Holt (pro hac vice)
**THE HOLT GROUP, LLC**
1675 Broadway, Suite 2100
Denver, Colorado 80202
*tholt@holtllc.com*

Bryan S. Johansen (pro hac vice)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
*bjohansen@parrbrown.com*

*Attorneys for Defendant Layton Construction Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CODY LANE DEVELOPMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> LAYTON CONSTRUCTION COMPANY, LLC, <br><br> Defendant. <br><br> And Related Claims | **ACCEPTANCE OF SERVICE** <br><br> Case No. 24-cv-00064-KHR <br><br> The Honorable Kelly H. Rankin |

Wyoming Title & Escrow ("WTE") hereby accepts and acknowledges service of Layton Construction Company, LLC's ("Layton") Subpoena in the above-captioned action as of the date hereof with the same force and effect as though WTE had been duly served in accordance with Rules 4 and 5 of the Federal Rules of Civil Procedure. WTE hereby waives any objection to the sufficiency of process, timing of service of process or manner of service of process in the above-captioned action. WTE expressly reserves all other objections to the subpoena and its contents.

DATED March 11, 2025.

By: _____

**WALKER LAW**
Robert Walker
*Attorney for Wyoming Title & Escrow, Inc.*

2