# Exhibit 6

## Tab 1

# Subcontractor Settlement American Stone Company of Texas LP Attachments

EXHIBIT 114
WIT: Stately
DATE: 9/2/25
Laurel S. Tubbs, RPR, RMR, CRR

**Executed Subcontract Change Order 019**

SMC CONSTRUCTION CONTRACTING

# Subcontract Change Order

Detailed, Grouped by Each Number

**The Hoback Club**
3355 Cody Lane
Jackson Hole, WY

**Project # WYO-001**
Tel: Fax:

**SMC Construction Company**

**Date: 2/20/2025**
**To Subcontractor/Vendor:**
American Stone Company of Texas LP
6445 Burlington North
Houston, TX 77092

**Architect's Project No:**
**Contract Date:**
**Contract Number: 022**
**Change Order Number: 019**

**The Contract is hereby revised by the following items:**

Change Order No. 19 Resolution

| PCO | Item # | Description | Amount |
|---|---|---|---|
| 4341.003 | 001 | American Stone Co Resolution | 368,625 |

This Subcontractor Change Order includes the attached Proposed ASC SCO 19.

| | |
|---|---|
| The original Contract Value was.......... | 8,625,984 |
| Sum of changes by prior Subcontract Change Orders.......... | 466,197 |
| The Contract Value prior to this Subcontract Change Order was.......... | 9,092,181 |
| The Contract Value will be changed by this Subcontract Change Order in the amount of.......... | 368,625 |
| The new Contract Value including this Subcontract Change Order will be.......... | 9,460,806 |
| The Contract duration will be changed by.......... | 0 Days |
| The revised Substantial Completion date as of this Subcontract Change Order is.......... | |

SMC Construction Company
CONTRACTOR
1086 Greg Street,
Sparks, NV 89431
Address
By Rich Schaller
SIGNATURE [signature]
DATE 2-26-25

American Stone Company of Texas LP
SUBCONTRACTOR/VENDOR
6445 Burlington North
Houston, TX 77092
Address
By Alessandro Ghiotto
SIGNATURE [signature]
DATE 3/4/25

**Proposed ASC SCO 19**
**Resolution of shower tile detail and compliance with the Work Progress Schedule**
**WY Rule 408**

**Description:**

Resolution of shower tile detail and compliance with the Work Progress Schedule.

**Amount:**

$368,625.00

**Notes:**

1. The Effective Date of this Change Order is February 19, 2025.
2. SMC Construction Co. ("SMC") and American Stone Company of Texas L.P. ("ASC") agree that there are no outstanding and/or pending change orders related to ASC's work on the Hoback Club project (the "Project") as of the Effective Date of this Change Order.
3. ASC agrees to install the shower tile (Zellige Terracotta) per the direction provided by DDRM and the Project design team after the First Work-In-Place mockup review.
4. ASC agrees to comply with the Work Progress Schedule, data date January 27, 2025.
5. SMC agrees to pay ASC change order and bonuses totaling $368,626.00 for achieving certain performance milestones in accordance with the Work Progress Schedule. *See* Work Progress Schedule, data date January 27, 2025). The payout schedule is as follows:
    a) SMC agrees to pay ASC $47,500.00 (of the total $235,866.00 tile installation change order) upon execution of this Change Order for payment related to shower tile installations work.
    b) SMC agrees to pay ASC the balance of the shower tile installation change order in progress payments based on completed shower tile work. Payments will be completed through the standard project pay app process and can begin with the February pay app.
    c) SMC agrees to pay ASC $66,380.00 (50% of $135,760 bonus) if ASC completes the last scheduled residential shower tiling (Unit 502) on or before May 16, 2025, or as adjusted for non-ASC delays.
    d) SMC agrees to pay ASC $33,190.00 (25% of $135,760) if ASC completes the last scheduled residential kitchen counter tops (Unit 502) on or before June 16, 2025, or as adjusted for non-ASC delays.
    e) SMC agrees to pay ASC $33,190.00 (25% of $135,760) if ASC completes the last tile/stone in the amenity areas (i.e Great Hall Fireplace Stone) on or before July 7, 2025, or as adjusted for non-ASC delays.
6. In consideration for the payments set forth in this Change Order, ASC irrevocably waives and releases any and all known or unknown claims that ASC has, had or may have in the future against Owner, DDRM and/or SMC related to the Project, including, without limitation, claims related to adjustment of the Contract Time, unpaid fees, delay, inefficiency, and extended general conditions up to the Effective Date of this Change Order, and further agrees this Change Order fully and completely resolves all claims that were, or could be asserted by ASC as of the Effective Date of this Change Order. SMC irrevocably waives and releases any and all claims against ASC for liquidated damages that were or could be asserted as of the Effective Date of this Change Order. Nothing contained herein shall be construed to constitute a waiver by any party of rights or defenses related to claims against Layton Construction Company LLC.

# Exhibit 6

## Tab 2

# Subcontractor Settlement CEM Aquatics Attachments

EXHIBIT 115
WIT: Stately
DATE: 9/2/25
Laurel S. Tubbs, RPR, RMR, CRR

**Subcontractor Change Order 003**

SMC CONSTRUCTION CONTRACTING

# Subcontract Change Order

Detailed, Grouped by Each Number

**The Hoback Club**
3355 Cody Lane
Jackson Hole, WY

**Project # WYO-001**
Tel: Fax:

**SMC Construction Company**

**Date: 2/20/2025**
**To Subcontractor/Vendor:**
CEM Aquatics
P.O. Box 65351
Salt Lake City, UT 84165

**Architect's Project No:**
**Contract Date:**
**Contract Number: 035**
**Change Order Number: 003**

**The Contract is hereby revised by the following items:**

Change Order No. 3 Resolution

| PCO | Item # | Description | Amount |
|---|---|---|---|
| 4341 | 001 | CEM Resolution Agreement | 408,749 |

This Subcontractor Change Order includes the attached Proposed CEM SCO 3.

| | |
|---|---|
| The original Contract Value was.... | 3,616,461 |
| Sum of changes by prior Subcontract Change Orders.... | 23,019 |
| The Contract Value prior to this Subcontract Change Order was.... | 3,639,480 |
| The Contract Value will be changed by this Subcontract Change Order in the amount of.... | 408,749 |
| The new Contract Value including this Subcontract Change Order will be.... | 4,048,229 |
| The Contract duration will be changed by.... | 0 Days |
| The revised Substantial Completion date as of this Subcontract Change Order is.... | |

SMC Construction Company
CONTRACTOR
1086 Greg Street,
Sparks, NV 89431
Address
By Rich Schaller
SIGNATURE [signature]
DATE 2-20-25

CEM Aquatics
SUBCONTRACTOR/VENDOR
P.O. Box 65351
Salt Lake City, UT 84165
Address
By Tim Garner
SIGNATURE [signature]
DATE 2-20-25

**Proposed CEM SCO 3**
**Indoor/Outdoor Pool Corrective Work and Acceleration**
**WY Rule 408**

**Description:**

Resolution of non-conforming conditions and compliance with Work Progress Schedule.

**Amount:**

$408,749.00

**Notes:**

1. The Effective Date of this Change Order is February 19, 2025.
2. SMC Construction Co. ("SMC"), DDRM Jackson LLC ("DDRM"), Arcadis ("AOR"), Aqua Design International ("ADI"), and the Inspector of Record ("IOR") asserted certain work performed by C.E.M. Maintenance, Inc. ("CEM") on the Project's indoor and outdoor pools was non-conforming (the "Non-Conforming Conditions"). *See* AOR – Field Report, dated August 28, 2024; IOR – Stop Work Order No. 4, dated September 16, 2024; ADI – Memorandum for Record, dated October 21, 2024; and ADI – Site Visit Report, dated November 15, 2024.
3. *SMC and DDRM, on behalf of Cody Lane Development Corp. ("Owner"), agree that all non-conforming work items referenced in the reports above were reviewed and discussed by all parties on site, January 15, 2025, and that a resolution was agreed to in principle for each of the outstanding items in the reports referenced above, and said resolution would be confirmed in subsequent RFI's and ASI's.*
4. SMC and DDRM, on behalf of Cody Lane Development Corp., agree that CEM's work on the exterior water feature boulders flagged in AOR – Field Report, dated August 28, 2024 conforms to Specification Section 09 3014 – Tiling for Pools, Spas, and Water Features.
5. CEM agrees to submit a cost estimate to remove the visible drill marks flagged in AOR – Field Report, dated August 28, 2024.
6. CEM agrees to cure all non-conforming work outlined in IOR – Stop Work Order No. 4, dated September 16, 2024, ADI – Memorandum for Record, dated October 21, 2024, and ADI – Site Visit Report, dated November 15, 2024.
7. CEM agrees that before it starts any corrective work it will submit two (2) Requests For Information ("RFI") to ADI for review. One (1) RFI pertaining to all indoor pool work, and one (1) RFI pertaining to all outdoor pool work. ADI will then respond, and if necessary, will issue an Architect's Supplemental Instruction ("ASI"). *This document acknowledges that these RFI's were submitted to SMC during on January 16, 2025, with responses from the design team in process or pending.*
8. CEM agrees that all its corrective work will conform with the Contract Documents, including any ASI's that may be issued in response to its RFI's.
9. CEM agrees to fully install all pool equipment (i.e. pumps, filters, heaters, chemical systems, etc.) in conformance with the Contract Documents.
10. SMC agrees that all final connections to pool equipment are to be performed by others. These connections include:
    a) power to all pumps, heaters, and controllers, and
    b) gas and venting connections to all heaters.
11. CEM and SMC agree that the timing of the connections outlined in #9 above is critical as these connections are an instrumental part of plaster installation as plaster cures under water.

**Proposed CEM SCO 3**
**Indoor/Outdoor Pool Corrective Work and Acceleration**
**WY Rule 408**

Therefore, the day plaster is installed, CEM must be able to fill the pool and operate all the necessary systems to circulate and filter the water. Three (3) days after plaster installation, CEM must be able to operate the pool's chemical systems. Four (4) days after plaster installation, CEM must be able to operate the pool's heating systems.

12. SMC agrees to cover and heat the outdoor pool area to allow CEM to perform all its work on the outdoor pools. *This tent should be in place by February 17th, 2025, for CEM to maintain it's schedule as discussed with SMC. Any delays in the setup and installation of this tent, will have potential schedule impacts to the installation of the courtyard pool and spas.*
13. CEM and SMC agree that the outdoor pool area must remain covered and heated for at least four (4) days after shotcrete installation of the outdoor pools and cannot be removed until the outdoor pools are filled and the water reaches and maintains a high enough temperature to protect the pools from freeze damage.
14. *CEM and SMC agree that the scaffold and lumber coverings currently installed over the indoor pool and spas must be removed for CEM to continue their work on those bodies of water. These obstructions should be removed by February 24th, 2025, for CEM to maintain it's schedule as discussed with SMC. Any delays in the removal of this dance floor, will have potential schedule impacts to the installation of the indoor pool and spas.*
15. CEM agrees that it must schedule (and pass) a pre-shotcrete inspection with IOR and Atlas Technical Consultants, LLC.
16. CEM agrees that, if required by ADI, it must schedule (and pass) a pre-plaster inspection with the Civil Engineer, Alan Money.
17. CEM agrees that it must schedule (and pass) a pre-plaster inspection with the Teton County Health Department ("TCHD")
18. CEM and SMC agree that TCHD will not allow plaster installation of the outdoor pools until work on all the outdoor pool equipment and the surrounding deck is complete, including installation of all surrounding pool deck guard rails and locking gates and doors.
19. SMC agrees that Owner may be required by TCHD to have a Certified Pool Operator ("CPO") on staff in order to receive a certificate of occupancy.
20. SMC agrees Owner must be ready to receive training and turnover of all Project pools within ten (10) days of plaster installation. After which Owner is responsible for operating and maintaining all Project pools.
21. SMC agrees to pay CEM *an amount* totaling $408,749 for achieving certain performance milestones in accordance with the Work Progress Schedule. *See* Work Progress Schedule, data date January 27, 2025). The *amounts* are as follows:
    a) SMC agrees to pay CEM *$163,500.00 (40%* of $408,749.00) if CEM starts work on or before February 10, 2025. *As of the date of this document, CEM as already returned to the site and resumed work on February 3rd, thus triggering this first payment, which will be included in CEM's February draw request.*
    b) SMC agrees to pay CEM *$61,312.00 (15%* of $408,749.00) *when CEM completes shotcrete installation of the outdoor pools, as quickly as site conditions and factors outside of CEM's control allow.*

**Proposed CEM SCO 3**
**Indoor/Outdoor Pool Corrective Work and Acceleration**
**WY Rule 408**

c) SMC agrees to pay CEM *$61,312.00 (15%* of $408,749.00) *when CEM completes shotcrete installation of the indoor pools, as quickly as site conditions and factors outside of CEM's control allow.*

d) SMC agrees to pay CEM $122,625.00 (30% of $408,749) *when* CEM gets sign off from TCHD, *as quickly as site conditions and factors outside of CEM's control allow.*

22. *SMC, DDRM & Owners agree to release 50% of retention held to CEM within 45 days of TCHD signoff, owner acceptance and patron usage of pools and spas, with the final 50% of retention held to be released to CEM within 75 days of acceptance & usage of pools and spas.*

23. In consideration for the payments set forth in this Change Order, CEM irrevocably waives and releases any and all known or unknown claims that CEM has, had or may have in the future against Owner, DDRM and/or SMC related to the Project, including, without limitation, claims related to adjustment of the Contract Time, unpaid fees, delay, inefficiency, and extended general conditions up to the Effective Date of this Change Order, and further agrees this Change Order fully and completely resolves all claims that were, or could be asserted by CEM as of the Effective Date of this Change Order. SMC irrevocably waives and releases any and all claims against CEM for liquidated damages that were or could be asserted as of the Effective Date of this Change Order. Nothing contained herein shall be construed to constitute a waiver by any party of rights or defenses related to claims against Layton Construction Company LLC.

RFI 1791

Layton
CONSTRUCTING WITH INTEGRITY

**Layton Construction Company, LLC**
9090 South Sandy Parkway
Sandy, UT 84070

801-568-9090

# Request For Information
## RFI-1791

Printed On: 08/16/2023
Page 1 of 1

**Subject:** Water Feature Structural Details / Elevations
**Project:** Hoback Club/Teton H-1
**To:** IBI Group
Steve Jones
**Address:** 10 Exchange Place, 112
Salt Lake City, UT 84111 United States
**Phone:** 801-532-4233 **Fax:** 949-833-5511

**Entered By:** Joshua Allen

**Date:** 08/16/2023
**Job:** 211002

**Required:** 08/30/2023

**Priority:** A

---

***Co-Author:*** Layton Construction Company ***Contact:*** Daniel Burton ***Co-Author RFI Number:***

***Phone:*** 650-814-9733

---

***Reference:***

---

***Request:***

Per items discussed at the Friday, 08/11/2023 Water Feature Coordination Meeting, please see the Attached Marked Up Sheet-SP-105 with comments requesting the structural design and layout information required for construction of the Courtyard Water Feature. Also, please see the attached additional attachments containing information related to the Water Feature Boulder Sizes and Weights for review and use in finalizing the structural design of the Water Feature Basin and Walls to support the weight of the approved boulders to be installed. Please provide the requested dimensional layout and elevation information and all structural design and details required for the Water Feature Basin and Walls to support placement of the boulders at the Water Feature Basin.

---

***Suggestion:***

---

**Answered By:**

**Signed:** ____________________

**Date:**

***Answer:***

---

***Attachments:***

ADI drawings attached.
Rick Booth, 9/11/2023

Drawings will be issued in ASI-727.
M. Korkut Arcadis
09/18/2023

# Exhibit 6

## Tab 3

# Subcontractor Settlement Greiner Attachments

EXHIBIT 116
WIT: Stately
DATE: 9/7/25
Laurel S. Tubbs, RPR, RMR, CRR

**Executed Subcontractor Change Order 065**

SMC CONSTRUCTION CONTRACTING

# Subcontract Change Order

Detailed, Grouped by Each Number

**The Hoback Club**
3355 Cody Lane
Jackson Hole, WY

**Project # WYO-001**
Tel: Fax:

**SMC Construction Company**

**Date: 5/14/2025**
**To Subcontractor/Vendor:**
Greiner Electric, LLC
12456 Dumont Way
Littleton, CO 80125

**Architect's Project No:**
**Contract Date:**
**Contract Number: 040**
**Change Order Number: 065**

**The Contract is hereby revised by the following items:**

Change Order No. 65 - Resolution Agreement

| PCO | Item # | Description | Amount |
|---|---|---|---|
| 4341.007 | 003 | Resolution Agreement Amount | 18,000,000 |
| 4341.007 | 004 | Partial Payment on Greiner Electric Make Ready, Acceleration, Change Orders, Resolution Agreement. | (1,000,000) |
| 4341.007 | 005 | Partial Payment on Greiner Electric Make Ready, Acceleration, Change Orders, Resolution Agreement. | (1,250,000) |
| 4341.007 | 006 | Credit SCO #62 (part of settlement) | (332,629) |
| 4341.007 | 007 | Credit SCO #64 (part of settlement) | (435,814) |
| 4341.007 | 008 | PR-12 | (378,726) |

This Subcontract Change Order includes the attached Proposed Greiner SCO 65.

This amount does not include any adjustments to the items listed below. To be addressed at a later date.
Unit 109 FSD Access Panels
ASI 787 nRFI-1936.R1

| | |
|---|---|
| The original Contract Value was | 25,702,405 |
| Sum of changes by prior Subcontract Change Orders | 8,986,604 |
| The Contract Value prior to this Subcontract Change Order was | 34,689,009 |
| The Contract Value will be changed by this Subcontract Change Order in the amount of | 14,602,831 |
| The new Contract Value including this Subcontract Change Order will be | 49,291,840 |
| The Contract duration will be changed by | 0 Days |
| The revised Substantial Completion date as of this Subcontract Change Order is | |

SMC Construction Company
CONTRACTOR
1086 Greg Street,
Sparks, NV 89431
Address
By Rich Schaller
SIGNATURE [signature]
DATE 5-14-25

Greiner Electric, LLC
SUBCONTRACTOR/VENDOR
12456 Dumont Way
Littleton, CO 80125
Address
By Steve Foote
SIGNATURE
DATE

**Proposed Greiner SCO ~~64~~ 65**
**WY Rule 408**

**Description:**

Resolution of outstanding change orders and compliance with Work Progress Schedule.

**Amount:**

$18,000,000

**Notes:**

1. The effective date of this Change Order is February 27, 2025 ("Effective Date").

2. SMC Construction Co. ("SMC") and Greiner Electric, LLC ("Greiner") agree that this Change Order shall be full compensation for the additional work detailed in the attached Exhibit A. Other than that which is identified in Exhibit A, Greiner agrees that there are no outstanding and/or pending change orders related to Greiner's work on the Hoback Club project (the "Project") as of the Effective Date. To the extent that Greiner is asked to perform (1) work outside the contract scope; (2) modifications, (3) claims of inferred scope, (4) acceleration or compression; or (5) other additional work required by the Project ("Additional Work"), SMC and Greiner agree that Additional Work will be performed on either on a preapproved lump sum price or on a time and materials basis based on the Labor Rate defined below plus material costs with overhead and mark up. Greiner shall continue to work and bill, and SMC shall pay for, for work included in the original scope of work detailed in the Subcontract.

3. Greiner agrees to a labor rate of $147.88 ("Labor Rate") as of the Effective Date through Project Completion.

4. Greiner and SMC agree that Greiner's supervision and support for any Additional Work will be billed separately and on top of the Labor Rate.

5. SMC agrees to pay Greiner bonuses totaling $18,000,000 for complying with the Work Progress Schedule, data date March 26, 2025. The payment plan for the $18,000,000 in bonuses is as follows:

    a) Greiner agrees that since the Effective Date, SMC has already paid Greiner $1,750,000 towards the $18,000,000 bonus total, thus reducing the outstanding bonus amount to $16,250,000.

    b) SMC agrees to pay Greiner $4,000,000 of the $16,250,000 outstanding bonus amount upon execution of this Change Order.

    c) SMC agrees to pay Greiner $375,000 a week upon execution of this Change Order, thus reducing the outstanding bonus amount, until either a) certificates of occupancy are issued for all twenty-five (25) condo units, or b) all the bonuses paid to Greiner total $18,000,000.

SF
4-22-25

**Proposed Greiner SCO ~~64~~ 65**
**WY Rule 408**

d) SMC agrees to pay Greiner the full outstanding bonus amount, if any remains, upon certificates of occupancy being issued for all twenty-five (25) condo units.

6. In consideration for the payments set forth in this Change Order, Greiner irrevocably waives and releases any and all known or unknown claims that Greiner has, had or may have in the future against Owner, DDRM and/or SMC related to the Project, including, without limitation, claims related to adjustment of the Contract Time, unpaid fees, delay, inefficiency, and extended general conditions up to the Effective Date, and further agrees this Change Order fully and completely resolves all claims that were, or could be asserted by Greiner as of the Effective Date. SMC irrevocably waives and releases any and all claims against Greiner for liquidated damages that were or could be asserted as of the Effective Date. Nothing contained herein shall be construed to constitute a waiver by any party of rights or defenses related to claims against Layton Construction Company LLC.

[signature]
STEVE FOOTE
EXECUTIVE VICE-PRESIDENT
APRIL 22, 2025

**Executed Subcontractor Change Order 065**

SMC CONSTRUCTION CONTRACTING

# Subcontract Change Order

Detailed, Grouped by Each Number

**The Hoback Club**
3355 Cody Lane
Jackson Hole, WY

**Project # WYO-001**
Tel: Fax:

**SMC Construction Company**

**Date: 3/2/2025**
**To Subcontractor/Vendor:**
Greiner Electric, LLC
12456 Dumont Way
Littleton, CO 80125

**Architect's Project No:**
**Contract Date:**
**Contract Number: 040**
**Change Order Number: 057**

**The Contract is hereby revised by the following items:**

Change Order No. 57 - Make Ready, Acceleration, Change Orders

| PCO | Item # | Description | Amount |
|---|---|---|---|
| 4341.007 | 001 | Partial Payment on Greiner Electric Make Ready, Acceleration, Change Orders, Resolution Agreement. | 1,000,000 |

Partial Payment for Make Ready, Acceleration, Change Orders (Resolution Agreement), to be made in Installments of $250,000.

| | |
|---|---|
| The original Contract Value was.......... | 25,702,405 |
| Sum of changes by prior Subcontract Change Orders.......... | 5,579,899 |
| The Contract Value prior to this Subcontract Change Order was.......... | 31,282,304 |
| The Contract Value will be changed by this Subcontract Change Order in the amount of.......... | 1,000,000 |
| The new Contract Value including this Subcontract Change Order will be.......... | 32,282,304 |
| The Contract duration will be changed by.......... | 0 Days |
| The revised Substantial Completion date as of this Subcontract Change Order is.......... | |

SMC Construction Company
CONTRACTOR
1086 Greg Street,
Sparks, NV 89431
Address
By Rich Schaller
SIGNATURE [signature]
DATE 3-2-25

Greiner Electric, LLC
SUBCONTRACTOR/VENDOR
12456 Dumont Way
Littleton, CO 80125
Address
By Cory Simpson
SIGNATURE Cory Simpson [digital signature]
DATE 3.5.25

Executed Subcontractor Change Order 065

SMC CONSTRUCTION CONTRACTING

# Subcontract Change Order

Detailed, Grouped by Each Number

| The Hoback Club<br>3355 Cody Lane<br>Jackson Hole, WY | Project # WYO-001<br>Tel: Fax: | SMC Construction Company |
|---|---|---|

**Date: 3/20/2025**
**To Subcontractor/Vendor:**
Greiner Electric, LLC
12456 Dumont Way
Littleton, CO 80125

**Architect's Project No:**
**Contract Date:**
**Contract Number: 040**
**Change Order Number: 059**

**The Contract is hereby revised by the following items:**

Change Order No. 59 - Make Ready, Acceleration, Change Orders (second issuance)

| PCO | Item # | Description | Amount |
|---|---|---|---|
| 4341.007 | 002 | Partial Payment on Greiner Electric Make Ready, Acceleration, Change Orders, Resolution Agreement. | 1,250,000 |

PCO 4341.007 - $1,000,000 SCO #57
PCO 4341.007.1 - $1,250,000 SCO #59

| | |
|---|---|
| The original Contract Value was.......... | 25,702,405 |
| Sum of changes by prior Subcontract Change Orders.......... | 6,664,667 |
| The Contract Value prior to this Subcontract Change Order was.......... | 32,367,072 |
| The Contract Value will be changed by this Subcontract Change Order in the amount of.......... | 1,250,000 |
| The new Contract Value including this Subcontract Change Order will be.......... | 33,617,072 |
| The Contract duration will be changed by.......... | 0 Days |
| The revised Substantial Completion date as of this Subcontract Change Order is.......... | |

| | |
|---|---|
| SMC Construction Company | Greiner Electric, LLC |
| CONTRACTOR | SUBCONTRACTOR/VENDOR |
| 1086 Greg Street,<br>Sparks, NV 89431 | 12456 Dumont Way<br>Littleton, CO 80125 |
| Address | Address |
| By Rich Schaller | By Cory Simpson |
| SIGNATURE [signature] | SIGNATURE Cory Simpson [digital signature] |
| DATE 3-26-25 | DATE 3/24/2025 |

RFI 1498

Layton
CONSTRUCTING WITH INTEGRITY

**Layton Construction Company, LLC**
9090 South Sandy Parkway
Sandy, UT 84070

801-568-9090

# Request For Information
# RFI-1498

Printed On: 05/05/2023


**Subject:** Can Lights (F2 & F12) In Wood Ceiling
**Project:** Hoback Club/Teton H-1
**To:** IBI Group
Steve Jones
**Address:** 10 Exchange Place, 112
Salt Lake City, UT 84111 United States
**Phone:** 801-532-4233 **Fax:** 949-833-5511
**Entered By:** Sami Jabbari

**Date:** 05/05/2023
**Job:** 211002
**Required:** 05/19/2023

---

***Co-Author:*** Greiner Electric LLC ***Contact:*** Mark Vandeventer ***Co-Author RFI Number:*** G 432
***Phone:*** 307-286-7831

---

***Reference:***

---

***Request:***

There are several areas in the residential units that have wood ceilings with F2 and F12 type can lights. The F2 and F12 can lights are shown to be installed in certain drywall ceilings.

The F2 and F12 can lights were not specified with wood ceiling type accessories. In order for the type F2 and F12 can lights to work in the wood ceiling they will need a trim adapter, similar to the trim adapters that come with the F1 can lights. See attached pages from the lighting submittal and markup of unit 106 ceiling where the F2 and F12 lights are shown to be installed in wood ceiling.

Please specify if the type F2 and F12 can lights shown in the wood ceilings need the trim adapter for wood ceilings or if a different light type is to be used in wood ceilings.

---

***Suggestion:***

---

**Answered By:**

**Date:**

**Signed:** ____________________

***Answer:***

---

***Attachments:***

9 May 2023 - BNA Consulting

The trim needs to coordinate with wood ceilings. See ceiling coordination in Part Three - Spec Section 26 5100. The housings remain the same without mud ring plaster plate and replaced with wood ceiling trim adapter...150E3STWBKT. Wood ceiling adapter has to be installed when the housing is installed (see attached).

pm3010

RFI 1498

**Greiner Electric**
12456 Dumont Way
Littleton, Colorado 80125-9755
P: (303) 470-9702

**Project: 5151 Teton H1**
Teton Village, Wyoming

# RFI #G432: Can lights in wood ceilings

| | | | |
|---|---|---|---|
| **Status** | Open | | |
| **To** | Sami Jabbari (Layton Construction) *(Response Required)*<br>Mark Vandeventer (Greiner Electric) *(Response Required)* | **From** | Brandon Evans (Greiner Electric)<br>12456 N Dumont Way<br>Littleton, Colorado 80125-9755 |
| **Date Initiated** | May 4, 2023 | **Due Date** | May 18, 2023 |
| **Location** | | **Project Stage** | Course of Construction |
| **Cost Impact** | TBD | **Schedule Impact** | TBD |
| **Spec Section** | | **Cost Code** | |
| **Drawing Number** | | **Reference** | |
| **Linked Drawings** | | | |
| **Received From** | Brandon Evans (Greiner Electric) | | |
| **Copies To** | Dan Burton (Layton Construction), Brandon Evans (Greiner Electric), Branden Labar (Layton Construction), Jose Ramos (Greiner Electric), Ty Selk (Layton Construction), Cory Simpson (Greiner Electric), Eddie Zubiate (Layton Construction) | | |

## Activity

**Question**

**Question from Brandon Evans Greiner Electric** *on Thursday, May 4, 2023 at 10:21 AM MDT*

There are several areas in the residential units that have wood ceilings with F2 and F12 type can lights. The F2 and F12 can lights are also shown to be installed in certain drywall ceilings.
The F2 and F12 can lights were not specified with wood ceiling type accessories. In order for the type F2 and F12 can lights to work in the wood ceiling they will need a trim adapter, similar to the trim adapters that come with the F1 can lights.
See attached pages from the lighting submittal and markup of unit 106 ceiling where the F2 and F12 lights are shown to be installed in wood ceiling.
Please specify if the type F2 and F12 can lights shown in wood ceilings need the trim adapter for wood ceilings or if a different light type is to be used in wood ceilings.

**Attachments**
Cans in Wood Ceilings.pdf

*Awaiting an Official Response*

RFI 1498

| Submitted by Idaho Lighting Solutions | Job Name: | Catalog Number: | Type: |
|---|---|---|---|
| IdahoLightingSolutions | Teton H1 | E3SWC-LOWD4AI/E3SLB-LZ<br>Notes: | F1<br>ILSBOISE22-10527 |

TECH LIGHTING

# ELEMENT™ 3" LED

## ADJUSTABLE DOWNLIGHT

ORDERING GRIDS

### HOUSING

| PRODUCT | CEILING APPEARANCE | OUTPUT | CRI/CCT | BEAM SPREAD | FUNCTION | HOUSING RATING | DRIVER |
|---|---|---|---|---|---|---|---|
| E3R ELEMENT 3" ROUND | LF FLANGELESS | -LH HIGH OUTPUT, 17W[2] | 827 80 CRI, 2700K, 2-STEP | 0 10°[5] | A ADJUSTABLE | I IC AIRTIGHT | INTEGRATED DRIVERS 120V/277V |
| E3S ELEMENT 3" SQUARE | FF FLANGED | -LO LOW OUTPUT, 12W[3] | 830 80 CRI, 3000K, 2-STEP | 1 18° | | N NON-IC AIRTIGHT | UNIVERSAL PHASE/0-10V 1% (LEAVE BLANK)[6] |
| | WC WOOD CEILING[1] | | 835 80 CRI, 3500K, 2-STEP | 2 25° | | C CHICAGO PLENUM | -ELDO ELDOLED 0.1% 0-10V LINEAR[7] |
| | | | 927 90 CRI, 2700K, 2-STEP | 4 40° | | E EMERGENCY BATTERY (NON-IC / CHICAGO PLENUM) | -ELDOA ELDOLED 0.1% 0-10V LOGARITHMIC[7] |
| | | | 930 90 CRI, 3000K, 2-STEP | 6 60° | | | -ELDD ELDOLED 0.1% DALI[7] |
| | | | 935 90 CRI, 3500K, 2-STEP | | | | -ELTO ELDOLED TUNABLE WHITE 0.1% 0-10V LINEAR[4,7] |
| | | | WD 90 CRI, 3000-1800K, WARM DIM, 3-STEP | | | | -ELTD ELDOLED TUNABLE WHITE 0.1% DALI[4,7] |
| | | | TW52 90 CRI, 5000K-2700K, TUNABLE WHITE, 2-STEP[4] | | | | -HLECO LUTRON HI-LUME 0.1% ECOSYSTEM[8] |
| | | | TW41 90 CRI, 4000K-1800K, TUNABLE WHITE, 2-STEP[4] | | | | INTEGRATED DRIVERS 120V |
| | | | | | | | -HL2W LUTRON HI-LUME 1% 2-WIRE[7] |
| | | -X XICATO, HIGH OUTPUT, 14W[9] | I27 80 CRI, 2700K, 1X2-STEP, XICATO | 21 21° XICATO | | | |
| | | | I30 80 CRI, 3000K, 1X2-STEP, XICATO | 43 43° XICATO | | | |
| | | | I35 80 CRI, 3500K, 1X2-STEP, XICATO | 60 60° XICATO | | | |
| | | | A27 95 CRI, 2700K, 1X2-STEP, XICATO ARTIST | | | | |
| | | | A30 95 CRI, 3000K, 1X2-STEP, XICATO ARTIST | | | | |
| ___ | ___ | - ___ | ___ | ___ | A | ___ | ___ |

Trims are required and must be ordered separately.
For dimming details, refer to Dimmer Compatibility Chart.
[1]WC - Wood Ceiling option accommodates Flangeless trims only.
[2]LH - High Output available for Wet applications. Not rated for Sauna/Steam-room.
[3]LO - Sauna/Steam-room use available only with combination of H Shower trim, LO Low Output housing, and I IC housing rating.
[4]TW52/TW41/ELTO/ELTD - Tunable White only available in High Output, only available with ELTO (0-10V, linear), or ELTD (Dali). For 0-10V logarithmic dimming consult Quotes Department.
[5]0 - 10° optic has a unique LED module not available with Warm Dim or Tunable White. Changing optics to 18°, 25°, 40° or 60°, will require a new LED module.
[6]Universal dimming is reverse-phase, forward-phase, and TRIAC.
[7]Lutron Hi-lume and eldoLED drivers not compatible with Round Flangeless (E3RLF) or Round Wood Ceiling (E3RWC) housings.
[8]HLECO - Lutron has put their entire 0.1% ECO drivers on indefinite hold which impacts all -HLECO item numbers. Please consult factory for alternatives. This does not impact -HL2W.
[9]X - XICATO housings utilize dedicated Standard Phase, 0-10V, 120V and 277V drivers. If ordering Xicato with Standard Drivers (non-Lutron or eldoLED), at the end of the item number please specify **-010** for 0-10V 120V, **-277** for Phase 277V or **-010-277** for 0-10V 277. For example: E3RLF-XA2743DI-**010** or E3RLF-XA2743DI-**277** or E3RLF-XA2743DI-**010-277**

### TRIM

| PRODUCT | CEILING APPEARANCE | STYLE | APERTURE | FINISH |
|---|---|---|---|---|
| E3R ELEMENT 3" ROUND | L FLANGELESS | B BEVEL | -O NO LENS | Z ANTIQUE BRONZE |
| E3S ELEMENT 3" SQUARE | F FLANGED UP TO 1" CEILING THICKNESS | F FLAT | -H SHOWER[1] | B BLACK |
| | F15 FLANGED 1.1"-1.5" CEILING THICKNESS | | -L LENSED | S SATIN NICKEL |
| | F20 FLANGED 1.6"-2.0" CEILING THICKNESS | | | W WHITE |
| | F25 FLANGED 2.1"-2.5" CEILING THICKNESS | | | |
| ___ | ___ | ___ | - ___ | ___ |

Wood Ceiling option accommodates Flangeless trims only.
[1]H - Sauna/Steam-room use available only with combination of H Shower trim, LO Output housing, and I IC housing rating.

### LENSES / LOUVERS[1]

| PRODUCT | |
|---|---|
| 140MR16SF | SOLITE SOFT FOCUS LENS |
| 140MR16SB | SANDBLASTED LENS |
| 140MR16LL | LINEAR SPREAD LENS |
| 140MR16DF | DIFFUSER SPREAD LENS |
| 140UVMR16 | CLEAR GLASS LENS |
| EL2RHCBK | EGGCRATE/HEXCELL LOUVER |

[1]For additional lenses, louvers, optical controls and accessories reference ELEMENT-lighting.com/Products/Accessories. ELEMENT allows up to two Lenses or Louvers per fixture.

### WALL WASH TRIM[1]

| PRODUCT | CEILING APPEARANCE | STYLE | FINISH | LED |
|---|---|---|---|---|
| E3R ELEMENT 3" ROUND | L FLANGELESS | W WALL WASH | -Z ANTIQUE BRONZE | -LED |
| E3S ELEMENT 3" SQUARE | F FLANGED | | -B BLACK | |
| | | | -S SATIN NICKEL | |
| | | | -W WHITE | |
| ___ | ___ | W | - ___ | -LED |

[1]Wall Wash Trims may be used to convert the ELEMENT Adjustable Housing to a Wall Wash. For dedicated Wall Wash Housings, refer to the ELEMENT 3" Wall Wash Specification Sheet.

### PREMIUM LENS HOLDER

| PRODUCT | LENSES |
|---|---|
| 240E3LENSHLDR | 1 ONE LENS |
| | 2 TWO LENSES |

240E3LENSHLDR ___

The premium, threaded lens holder provides more secure mounting of additional lenses as compared to the standard lens holder that ships with each fixture.

### REPLACEMENT OPTICS

| PRODUCT | BEAM SPREAD |
|---|---|
| 353E4LEDCOPT | 18 18° |
| | 25 25° |
| | 40 40° |
| | 60 60° |

353E4LEDCOPT ___

### REPLACEMENT REFLECTORS[1]

| PRODUCT | BEAM SPREAD |
|---|---|
| 352LEDXREF | 21 21° |
| | 43 43° |
| | 60 60° |

352LEDXREF ___

[1]For use with Xicato modules only.

©2022 Tech Lighting, L.L.C. All rights reserved. The Tech Lighting logo is a registered trademark of Tech Lighting. Tech Lighting reserves the right to change specifications for product improvements without notification.

RFI 1498

| Submitted by Idaho Lighting Solutions | Job Name: | Catalog Number: | Type: |
|---|---|---|---|
| IdahoLightingSolutions | Teton H1 | E3SLF-LOWD4AI/E3SLB-LW<br>Notes: | F2<br>ILSBOISE22-10527 |

TECH LIGHTING

# ELEMENT™ 3" LED

## ADJUSTABLE DOWNLIGHT

### ORDERING GRIDS

#### HOUSING

| PRODUCT | CEILING APPEARANCE | OUTPUT | CRI/CCT | BEAM SPREAD | FUNCTION | HOUSING RATING | DRIVER |
|---|---|---|---|---|---|---|---|
| E3R ELEMENT 3" ROUND | LF FLANGELESS | -LH HIGH OUTPUT, 17W[2] | 827 80 CRI, 2700K, 2-STEP | 0 10°[5] | A ADJUSTABLE | I IC AIRTIGHT | INTEGRATED DRIVERS 120V/277V<br>UNIVERSAL PHASE/0-10V 1% (LEAVE BLANK)[6] |
| E3S ELEMENT 3" SQUARE | FF FLANGED | -LO LOW OUTPUT, 12W[3] | 830 80 CRI, 3000K, 2-STEP | 1 18° | | N NON-IC AIRTIGHT | -ELD0 ELDOLED 0.1% 0-10V LINEAR[7] |
| | WC WOOD CEILING[1] | | 835 80 CRI, 3500K, 2-STEP | 2 25° | | C CHICAGO PLENUM | -ELD0A ELDOLED 0.1% 0-10V LOGARITHMIC[7] |
| | | | 927 90 CRI, 2700K, 2-STEP | 4 40° | | E EMERGENCY BATTERY (NON-IC / CHICAGO PLENUM) | -ELDD ELDOLED 0.1% DALI[7] |
| | | | 930 90 CRI, 3000K, 2-STEP | 6 60° | | | -ELT0 ELDOLED TUNABLE WHITE 0.1% 0-10V LINEAR[4,7] |
| | | | 935 90 CRI, 3500K, 2-STEP | | | | -ELTD ELDOLED TUNABLE WHITE 0.1% DALI[4,7] |
| | | | WD 90 CRI, 3000-1800K, WARM DIM, 3-STEP | | | | -HLECO LUTRON HI-LUME 0.1% ECOSYSTEM[8] |
| | | | TW52 90 CRI, 5000K-2700K, TUNABLE WHITE, 2-STEP[4] | | | | INTEGRATED DRIVERS 120V |
| | | | TW41 90 CRI, 4000K-1800K, TUNABLE WHITE, 2-STEP[4] | | | | -HL2W LUTRON HI-LUME 1% 2-WIRE[7] |
| | | -X XICATO HIGH OUTPUT, 14W[9] | I27 80 CRI, 2700K, 1X2-STEP, XICATO | 21 21° XICATO | | | |
| | | | I30 80 CRI, 3000K, 1X2-STEP, XICATO | 43 43° XICATO | | | |
| | | | I35 80 CRI, 3500K, 1X2-STEP, XICATO | 60 60° XICATO | | | |
| | | | A27 95 CRI, 2700K, 1X2-STEP, XICATO ARTIST | | | | |
| | | | A30 95 CRI, 3000K, 1X2-STEP, XICATO ARTIST | | | | |
| | | - | | | A | | |

Trims are required and must be ordered separately.
For dimming details, refer to Dimmer Compatibility Chart.
[1] WC - Wood Ceiling option accommodates Flangeless trims only.
[2] LH - High Output available for Wet applications. Not rated for Sauna/Steam-room.
[3] LO - Sauna/Steam-room use available only with combination of H Shower trim, LO Low Output housing, and I IC housing rating.
[4] TW52/TW41/ELT0/ELTD - Tunable White only available in High Output, only available with ELT0 (0-10V, linear), or ELTD (Dali). For 0-10V logarithmic dimming consult Quotes Department.
[5] 0 - 10° optic has a unique LED module not available with Warm Dim or Tunable White. Changing optics to 18°, 25°, 40° or 60°, will require a new LED module.
[6] Universal dimming is reverse-phase, forward-phase, and TRIAC.
[7] Lutron Hi-lume and eldoLED drivers not compatible with Round Flangeless (E3RLF) or Round Wood Ceiling (E3RWC) housings.
[8] HLECO - Lutron has put their entire 0.1% ECO drivers on indefinite hold which impacts all -HLECO item numbers. Please consult factory for alternatives. This does not impact -HL2W.
[9] X - XICATO housings utilize dedicated Standard Phase, 0-10V, 120V and 277V drivers. If ordering Xicato with Standard Drivers (non-Lutron or eldoLED), at the end of the item number please specify -010 for 0-10V 120V, -277 for Phase 277V or -010-277 for 0-10V 277. For example: E3RLF-XA2743DI-010 or E3RLF-XA2743DI-277 or E3RLF-XA2743DI-010-277

#### TRIM

| PRODUCT | CEILING APPEARANCE | STYLE | APERTURE | FINISH |
|---|---|---|---|---|
| E3R ELEMENT 3" ROUND | L FLANGELESS | B BEVEL | -O NO LENS | Z ANTIQUE BRONZE |
| E3S ELEMENT 3" SQUARE | F FLANGED UP TO 1" CEILING THICKNESS | F FLAT | -H SHOWER[1] | B BLACK |
| | F15 FLANGED 1.1"-1.5" CEILING THICKNESS | | -L LENSED | S SATIN NICKEL |
| | F20 FLANGED 1.6"-2.0" CEILING THICKNESS | | | W WHITE |
| | F25 FLANGED 2.1"-2.5" CEILING THICKNESS | | - | |

Wood Ceiling option accommodates Flangeless trims only.
[1] H - Sauna/Steam-room use available only with combination of H Shower trim, LO Output housing, and I IC housing rating.

#### LENSES / LOUVERS[1]

| PRODUCT | |
|---|---|
| 140MR16SF | SOLITE SOFT FOCUS LENS |
| 140MR16SB | SANDBLASTED LENS |
| 140MR16LL | LINEAR SPREAD LENS |
| 140MR16DF | DIFFUSER SPREAD LENS |
| 140UVMR16 | CLEAR GLASS LENS |
| EL2RHCBK | EGGCRATE/HEXCELL LOUVER |

[1] For additional lenses, louvers, optical controls and accessories, reference ELEMENT-lighting.com/Products/Accessories
ELEMENT allows up to two Lenses or Louvers per fixture.

#### WALL WASH TRIM[1]

| PRODUCT | CEILING APPEARANCE | STYLE | FINISH | LED |
|---|---|---|---|---|
| E3R ELEMENT 3" ROUND | L FLANGELESS | W WALL WASH | -Z ANTIQUE BRONZE | -LED |
| E3S ELEMENT 3" SQUARE | F FLANGED | | -B BLACK | |
| | | | -S SATIN NICKEL | |
| | | | -W WHITE | |
| | | W | - | -LED |

[1] Wall Wash Trims may be used to convert the ELEMENT Adjustable Housing to a Wall Wash.
For dedicated Wall Wash Housings, refer to the ELEMENT 3" Wall Wash Specification Sheet.

#### PREMIUM LENS HOLDER

| PRODUCT | LENSES |
|---|---|
| 240E3LENSHLDR | 1 ONE LENS |
| | 2 TWO LENSES |
| 240E3LENSHLDR | |

The premium, threaded lens holder provides more secure mounting of additional lenses as compared to the standard lens holder that ships with each fixture.

#### REPLACEMENT OPTICS

| PRODUCT | BEAM SPREAD |
|---|---|
| 353E4LEDCOPT | 18 18° |
| | 25 25° |
| | 40 40° |
| | 60 60° |
| 353E4LEDCOPT | |

#### REPLACEMENT REFLECTORS[1]

| PRODUCT | BEAM SPREAD |
|---|---|
| 352LEDXREF | 21 21° |
| | 43 43° |
| | 60 60° |
| 352LEDXREF | |

[1] For use with Xicato modules only.

©2022 Tech Lighting, L.L.C. All rights reserved. The Tech Lighting logo is a registered trademark of Tech Lighting.
Tech Lighting reserves the right to change specifications for product improvements without notification.

RFI 1498

| Submitted by Idaho Lighting Solutions | Job Name: | Catalog Number: | Type: |
|---|---|---|---|
| ILS IdahoLightingSolutions | Teton H1 | E3SLF-LOWD4DI/E3SLB-LW<br>Notes: Verify Voltage | F12<br>ILSBOISE22-10527 |

TECH LIGHTING

# ELEMENT™ 3" LED

## FIXED DOWNLIGHT

ORDERING GRIDS

### HOUSING

**PRODUCT**
- E3R ELEMENT ROUND
- E3S ELEMENT SQUARE

**CEILING APPEARANCE**
- LF FLANGELESS
- FF FLANGED
- WC WOOD CEILING[1]

**OUTPUT**
- -LH HIGH OUTPUT, 17W[2]
- -LO LOW OUTPUT, 12W[3]
- -X XICATO, HIGH OUTPUT, 14W[9]

**LAMP**
- 827 80 CRI, 2700K, 2-STEP
- 830 80 CRI, 3000K, 2-STEP
- 835 80 CRI, 3500K, 2-STEP
- 927 90 CRI, 2700K, 2-STEP
- 930 90 CRI, 3000K, 2-STEP
- 935 90 CRI, 3500K, 2-STEP
- WD 90 CRI, 3000-1800K, WARM DIM, 3-STEP
- TW52 90 CRI, 5000K-2700K, TUNABLE WHITE, 2-STEP[4]
- TW41 90 CRI, 4000K-1800K, TUNABLE WHITE, 2-STEP[4]

Xicato lamps:
- I27 80 CRI, 2700K, 1X2-STEP, XICATO
- I30 80 CRI, 3000K, 1X2-STEP, XICATO
- I35 80 CRI, 3500K, 1X2-STEP, XICATO
- A27 95 CRI, 2700K, 1X2-STEP, XICATO ARTIST
- A30 95 CRI, 3000K, 1X2-STEP, XICATO ARTIST

**BEAM SPREAD**
- 0 10°[5]
- 1 18°
- 2 25°
- 4 40°
- 6 60°

Xicato beam spreads:
- 21 21° XICATO
- 43 43° XICATO
- 60 60° XICATO

**FUNCTION**
- D DOWNLIGHT

**HOUSING RATING**
- I IC AIRTIGHT
- N NON-IC AIRTIGHT
- C CHICAGO PLENUM

**DRIVER**

INTEGRATED DRIVERS 120V/277V
- UNIVERSAL PHASE/0-10V 1% (LEAVE BLANK)[6]
- -ELDO ELDOLED 0.1% 0-10V LINEAR[7]
- -ELDOA ELDOLED 0.1% 0-10V LOGARITHMIC[7]
- -ELDD ELDOLED 0.1% DALI[7]
- -ELTO ELDOLED TUNABLE WHITE 0.1% 0-10V LINEAR[4,7]
- -ELTD ELDOLED TUNABLE WHITE 0.1% DALI[4,7]
- -HLECO LUTRON HI-LUME 0.1% ECOSYSTEM[8]

INTEGRATED DRIVERS 120V
- -HL2W LUTRON HI-LUME 1% 2-WIRE[7]

____ ____ - ____ ____ ____ D ____ ____

Trims are required and must be ordered separately.
For dimming details, refer to Dimmer Compatibility Chart.
[1]WC - Wood Ceiling option accommodates Flangeless trims only.
[2]LH - High Output available for Wet applications. Not available for Sauna/Steam-room.
[3]LO - Sauna/Steam-room use available only with combination of H Shower trim, LO Low Output housing, and I IC housing rating.
[4]TW52/TW41/ELTO/ELTD - Tunable White only available in High Output, only available with ELTO (0-10V, linear), or ELTD (Dali). For 0-10V logarithmic dimming consult Quotes Department.
[5]0 - 10° optic has a unique LED module not available with Warm Dim or Tunable White. Changing optics to 18°, 25°, 40° or 60°, will require a new LED module.
[6]Universal dimming is reverse-phase, forward-phase, and TRIAC.
[7]Lutron Hi-lume and eldoLED drivers not compatible with Round Flangeless (E3RLF) or Round Wood Ceiling (E3RWC) housings.
[8]HLECO - Lutron has put their entire 0.1% ECO drivers on indefinite hold which impacts all -HLECO item numbers. Please consult factory for alternatives. This does not impact -HL2W.
[9]X - XICATO housings utilize dedicated Standard Phase, 0-10V, 120V and 277V drivers. If ordering Xicato with Standard Drivers (non-Lutron or eldoLED), at the end of the item number please specify **-010** for 0-10V 120V, **-277** for Phase 277V or **-010-277** for 0-10V 277. For example: E3RLF-XA2743DI-**010** or E3RLF-XA2743DI-**277** or E3RLF-XA2743DI-**010-277**

### TRIM

| PRODUCT | CEILING APPEARANCE | STYLE | APERTURE | FINISH |
|---|---|---|---|---|
| E3R ELEMENT 3" ROUND | L FLANGELESS | B BEVEL | -O NO LENS | Z ANTIQUE BRONZE |
| E3S ELEMENT 3" SQUARE | F FLANGED UP TO 1" CEILING THICKNESS | F FLAT | -H SHOWER[1] | B BLACK |
| | F15 FLANGED 1.1"-1.5" CEILING THICKNESS | | -L LENSED | S SATIN NICKEL |
| | F20 FLANGED 1.6"-2.0" CEILING THICKNESS | | | W WHITE |
| | F25 FLANGED 2.1"-2.5" CEILING THICKNESS | | | |

____ ____ ____ - ____ ____

Wood Ceiling option accommodates Flangeless trims only.
[1]H - Sauna/Steam-room use available only with combination of H Shower trim, LO Low Output housing, and I IC housing rating.

### LENSES / LOUVERS[1]

| PRODUCT | |
|---|---|
| 140MR16SF | SOLITE SOFT FOCUS LENS |
| 140MR16SB | SANDBLASTED LENS |
| 140MR16LL | LINEAR SPREAD LENS |
| 140MR16DF | DIFFUSER SPREAD LENS |
| 140UVMR16 | CLEAR GLASS LENS |
| EL2RHCBK | EGGCRATE/HEXCELL LOUVER |

[1]For additional lenses, louvers, optical controls and accessories, reference ELEMENTlighting.com/Products/Accessories. ELEMENT allows up to two Lenses or Louvers per fixture.

### PREMIUM LENS HOLDER

| PRODUCT | LENSES |
|---|---|
| 240E3LENSHLDR | 1 ONE LENS |
| | 2 TWO LENSES |

240E3LENSHLDR

The premium, threaded lens holder provides more secure mounting of additional lenses as compared to the standard lens holder that ships with each fixture.

### REPLACEMENT OPTICS

| PRODUCT | BEAM SPREAD |
|---|---|
| 353E4LEDCOPT | 18 18° |
| | 25 25° |
| | 40 40° |
| | 60 60° |

353E4LEDCOPT ____

### REPLACEMENT REFLECTORS[1]

| PRODUCT | BEAM SPREAD |
|---|---|
| 352LEDXREF | 21 21° |
| | 43 43° |
| | 60 60° |

352LEDXREF ____

[1]For use with Xicato modules only.

©2022 Tech Lighting, L.L.C. All rights reserved. The Tech Lighting logo is a registered trademark of Tech Lighting.
Tech Lighting reserves the right to change specifications for product improvements without notification.


TETON H1-ID
CONSTRUCTION SET
UNIT 106 - ENLARGED REFLECTED CEILING PLAN
ID614.2
UNIT 106 - ENLARGED REFLECTED CEILING PLAN
2022-06-15 12:09:41 PM

RFI 1498

Installation Instructions for

920E3TADP

# Trim Adapter for Wood/Stone Ceilings

1.1

TECH LIGHTING

ELEMENT





## GENERAL PRODUCT INFORMATION:

Intertek

This product is suitable for indoor locations.

This product can be dimmed with a standard electronic dimmer.

This instruction shows a typical installation.

**SAVE THESE INSTRUCTIONS!**

**WARNING: TRIM ADAPTOR MUST BE INSTALLED BEFORE THE WOOD/STONE CEILING!**

## Housing Installation for Ceiling Thicknesses Between 3/8" and 1-1/2"




**For a ceiling thickness between 3/8" and 1-1/2", use the provided dimensions or equation to determine the distance (X dimension) between the bottom of the hanger bar and the bottom of the joist.**

**(1-5/8") - (ceiling thickness) = X dimension +/-(1/8")**

| CEILING THICKNESS | X - DIMENSION | TOLERANCE* |
|---|---|---|
| 3/8" | 1-1/4" | +/- (1/8") |
| 1/2" | 1-1/8" | +/- (1/8") |
| 3/4" | 7/8" | +/- (1/8") |
| 1" | 5/8" | +/- (1/8") |
| 1-1/2" | 1/8" | +(1/8") |

*** The trim adaptor may be adjusted 1/2" vertically within the collar.**

1. The installation height of the fixture is based on the ceiling thickness. Calculate the distance from the bottom of the hanger bar, with the tabs removed (see tab illustration), to the bottom of the joist.
2. **NOTE:** Ensure that the top of the fixture housing will not interfere with the ceiling "deck" above if installing the fixture at a higher position.
3. Follow the installation instruction provided with the fixture to finish the installation. **NOTE:** the installment height detailed in these instructions supersedes the fixture instructions.
4. Proceed to Section 3A for milling details and ceiling cut-out dimensions.

TECH LIGHTING
7400 Linder Ave., Skokie, IL 60077
T 847.410.4400 | F 847.410.4500
www.techlighting.com

©2020 Tech Lighting, L.L.C. All rights reserved. The Tech Lighting logo is a registered trademark of Tech Lighting. Tech Lighting reserves the right to change specifications for product improvements without notification.

VISUAL COMFORT & CO.

RFI 1498

## Housing Installation for Ceiling Thickness Greater Than 1-1/2"




1. For a ceiling thickness greater than 1-1/2", the top side of the ceiling may need to be cut out in order to allow clearance for the entire fixture so that it may be installed at the correct height. In this case, it may be preferable to utilize the butterfly brackets (with or without the hanger bars) to mount the fixture either to:
   - the joist
   - the cutout wall of the ceiling
   - or by tie wire/threaded rod
2. Using the provided equation, calculate the distance from the bottom of fixture housing/hanger bar with the tabs removed (see tab illustration) to the ceiling surface plane (room side).

   **Y = (1-5/8") +/-(1/8")**
3. **NOTE:** Ensure that top of the fixture housing will not interfere with the ceiling "deck" if installing the fixture at a higher position.
4. Follow the installation instruction provided with the fixture to finish the installation. **NOTE:** the installment height detailed in these instructions supersedes the fixture instructions.
5. Proceed to Section 3A for milling details and ceiling cut-out dimensions.

## Ceiling Opening/Aperture Cutout




1. Cutout an opening in the ceiling for the trim/aperture with the provided dimensions.
2. For a ceiling thicker than 0.450", clearance for the trim adaptor flange must be made.
3. Install the ceiling.

## Install and Set the Trim




1. After ceiling installation, pull the trim adapter down towards the ceiling to prepare it for trim installation. Note: the trim adapter has approximately 1/2" of vertical adjustment.
2. Insert the trim into the trim adapter and ceiling opening.
3. Gently push both the trim and trim adapter further into the ceiling and fixture collar until the trim is flush to the ceiling. If the trim is pushed too far into the ceiling, remove the trim and repeat this section.

RFI 1943R1

Layton
CONSTRUCTING WITH INTEGRITY

Layton Construction Company, LLC
9090 South Sandy Parkway
Sandy, UT 84070

801-568-9090

# Request For Information
## RFI-1943R1

Printed On: 11/06/2023
Page 1 of 1

**Subject:** Round FSD Access
**Project:** Hoback Club/Teton H-1
**To:** IBI Group
Steve Jones
**Address:** 10 Exchange Place, 112
Salt Lake City, UT 84111 United States
**Phone:** 801-532-4233 **Fax:** 949-833-5511

**Entered By:** Joshua Allen

**Date:** 11/06/2023
**Job:** 211002

**Required:** 11/20/2023

---

***Co-Author:*** RK Mechanical, LLC ***Contact:*** Lisa Cordi ***Co-Author RFI Number:*** RK 316
***Phone:*** 970-420-5159

---

***Reference:***

---

***Request:***

A. The Life Safety Fire Smoke Control System was eliminated in CCD 020. B. RK has reached out to Ruskin to see if it is acceptable to remove the junction box for the smoke control system on the round FSD's and they confirmed it is acceptable. C. This will allow the fire smoke damper to be oriented so that the reset switch is at the bottom and eliminate access issues.

D. This is our proposed solution. E. Please confirm this is acceptable.

F. Please see attached letter from manufacture.

---

***Suggestion:***

---

**Answered By:** Craig Rothenburger

**Date:** 11/9/23

**Signed:** ____________________

***Answer:***

A. Correct. Damper Position Switches are only required for smoke control so the need for a damper position switch was removed with CCD 020 as well. The FSD submittal does not match the unit provided. No submittal was made on the Damper Position Switch or extended axle it is mounted on.

B. Noted - AHJ has to also approve. AHJ conditions of approval must be met as well as mfr's.

C. Refer to RFI 1943 response. There are other options to meet contract requirements.

D. Noted.

E. Contractor means and methods are the responsibility of the contractor. All conditions must be met. No confirmation required.

F. There is no author's ID or signature. Provide code qualified professional signature. AHJ approval required. Comply with AHJ procedures.

***Attachments:***

pm3010

RFI 1943R1

Ruskin Company
3900 Doctor Greaves Road,
Grandview, MO 64030
Main: (816) 761 7476
www.ruskin.com

RUSKIN
AUTHORITY IN AIR CONTROL

Date: Thursday, November 2, 2023

Project: Teton H1
3355 West Cody Lane
Teton Village, WY 83025

Re: Field removal of DTS/SP100 assembly

| PO # | CONTROL # | FON | Ctrl # | Model | Dia. | Actuator | Accessories |
|---|---|---|---|---|---|---|---|
| CTC2101573012 | 2818009 | JZ-184431 | 1 | FSDR25 | 6 | FSTF120-RUS | DTS/SP100 |
| CTC2101573012D | 2873336 | JZ-191828 | 1 | FSDR25 | 6 | FSTF120-RUS | DTS/SP100 |

Field removal of factory installed DTS/SP100 assembly on a true round FSDR25 combination fire smoke dampers listed above is permissible and will not violate UL-555S listing if the following are met:

1. The modification was performed per Ruskin recommendations, below removing DTS / SP 100 J-Box, associated link rod, rod crank arm and wiring between DTS and EFL.

2. Provide photo evidence to Ruskin for evaluation of the modification to ensure compliance.

3. Validate operation after work is done. Remove power to actuator, validate that damper is in full closed position. Restore power to actuator, validate damper is fully open.







Ruskin

DocuSign Envelope ID: C8FA99F8-2468-4846-B378-7DD18F58E11F

RFI 1943R1

# AIA® Document G714™ – 2017

## Construction Change Directive

**PROJECT:** *(name and address)*
Hoback Club
Jackson, WY

**CONTRACT INFORMATION:**
Contract For: AIA A133/A201
Date: May 28, 2021

**CCD INFORMATION:**
Directive Number: 020
Date: January13, 2022

**OWNER:** *(name and address)*
Cody Lane Development Corp.
P.O. Box 734
Teton Village, WY 83025-0734

**ARCHITECT:** *(name and address)*
IBI Group, a CA partnership
10 Exchange Place, Suite #112
Salt Lake City, UT 84111

**CONTRACTOR:** *(name and address)*
Layton Construction Company, LLC
9090 South Sandy Parkway
Sandy, UT 84070

DEVELOPMENT MANAGER:
DDRM Jackson, LLC
800 Tuacahn Dr.
Ivins, UT 84738

FOR REFERENCE

The Contractor is hereby directed to make the following change(s) in this Contract:
*(Insert a detailed description of the change and, if applicable, attach or reference specific exhibits.)*

In accordance with section 7.3 of the A201 General condtions of the contract for construction, contractor is hereby directed to make the following change(s) in this contract:

Incorporate ASI-013 dated 01/13/2022 with the associated drawings and specification listed therein into the Work. This ASI includes updated drawings and specification for RFI responses to 312, 327, 339, 340 and 362.

DIRECTIVE TO PROCEED (in accordance with Section 7.3.6 of the A201 General Conditions)
__X__ Proceed with the Work described above immediately and concurrently with proposed adjustments noted below.
____ Proceed with proposal only for the Work described above in accordance with the proposed adjustments noted below.

**PROPOSED ADJUSTMENTS**

**1.** The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:

☐ Lump Sum decrease of $0.00

☐ Unit Price of $ per

☐ Cost, as defined below, plus the following fee:
*(Insert a definition of, or method for determining, cost)*

☒ As follows: The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:
____ Section 7.3.3.1 Mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation.
____ Section 7.3.3.2 Unit Prices stated in the Contract Documents or subsequently agreed upon.
__X__ Section 7.3.3.3 Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee.
____ Section 7.3.4 As per Section 7.3.4.
____ Section 7.4 Minor Changes in the Work – No adjustment in Guaranteed Maximum Cost or Contract Time.

**AIA Document G714™ – 2017.** Copyright © 2001, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 20:01:16 ET on 01/13/2022 under Order No.7344460123 which expires on 02/05/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**
(3B9ADA3C)

RFI 1943R1

DocuSign Envelope ID: C8FA99F8-2468-4846-B378-7DD18F58E11F

**2.** The Contract Time is proposed to remain unchanged. The proposed adjustment, if any, is zero (0) days.

*NOTE: The Owner, Architect and Contractor should execute a Change Order to supersede this Construction Change Directive to the extent they agree upon adjustments to the Contract Sum, Contract Time, or Guaranteed Maximum price for the change(s) described herein.*

When signed by the Owner and Architect and received by the Contractor, this document becomes effective IMMEDIATELY as a Construction Change Directive (CCD), and the Contractor shall proceed with the change(s) described above.

Contractor signature indicates agreement with the proposed adjustments in Contract Sum and Contract Time set forth in this CCD.

DDRM Jackson, LLC
DEVELOPMENT MANAGER

DocuSigned by:
marty breen
6636C309DADD4A7...
SIGNATURE

Martin J. Breen, Principal

1/13/2022
DATE

Note: Pursuant to Contract Exhibit F, Owner's signature is only required for single CCDs in excess of $750,000 or when collective CCDs together exceed $2,000,000, otherwise CCDs may be signed on behalf of the Owner by the Development Manager.

| IBI Group, a CA partnership | Cody Lane Development Corp | Layton Construction Company, LLC |
|---|---|---|
| **ARCHITECT** *(Firm name)* | **OWNER** *(Firm name)* | **CONTRACTOR** *(Firm name)* |
| DocuSigned by: Steve Jones 1E431C2856DA4DC... | | [signature] |
| **SIGNATURE** | **SIGNATURE** | **SIGNATURE** |
| Steve Jones, AIA, Project Architect | Not Required | Matthew Noyce, Sr. Project Manager |
| **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** |
| 1/13/2022 | | 1/18/2022 |
| **DATE** | **DATE** | **DATE** |

**AIA Document G714™ – 2017.** Copyright © 2001, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 20:01:16 ET on 01/13/2022 under Order No.7344460123 which expires on 02/05/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:** (3B9ADA3C)

DocuSign Envelope ID: C8FA99F8-2468-4846-B378-7DD18F58E11F

RFI 1943R1

IBI

# Architect's Supplemental Instructions

**Project Title:** Teton H1
**ASI Number: 013**

**Issue Date:** 13 January 2022

The Contractor shall carry out the Work in accordance with the following supplemental instructions without change in Contract Sum or Contract Time unless otherwise directed by an approved CCD. Proceeding with the Work in accordance with these instructions indicates your acknowledgment that there will be no change in the Contract Sum or Contract Time unless otherwise directed by an approved CCD.

**Description of Change(s):**

This ASI includes updated drawings and specifications for the following RFIs:

**RFI-312**
E301.1 Level P2 Power Plan – Area 1

**RFI-327**
M301C Level P2 Area 3
ID100.8 Level P2 – Reference & Reflected Ceiling Plans BOH & Lounge
ID403.1 Typical Ceiling Details - I

**RFI-339**
Deleted spec section 28 4630 - LIFE SAFETY AUTOMATIC SMOKE CONTROL SYSTEM

**RFI-340**
M105 Mechanical Schedules
M202 Overall Floor Plan Level P1 – Mechanical
M401B Level P2 Area 2 – Mechanical Piping

**RFI-362**
A201 Overall Floor Plan Level P3
A311 Loading Dock Elevations
A907 Curtainwall/Louver Schedule
SSK-24

RFI 1943R1

Layton
CONSTRUCTING WITH INTEGRITY

Layton Construction Company, LLC
9090 South Sandy Parkway
Sandy, UT 84070

801-568-9090

# Request For Information
## RFI-1943

Printed On: 10/12/2023
Page 1 of 1

FOR REFERENCE

**Subject:** Round FSD Access
**Project:** Hoback Club/Teton H-1
**To:** IBI Group
Steve Jones
**Address:** 10 Exchange Place, 112
Salt Lake City, UT 84111 United States
**Phone:** 801-532-4233 **Fax:** 949-833-5511

**Entered By:** Joshua Allen

**Date:** 10/12/2023
**Job:** 211002
**Required:** 10/26/2023
**Cost Impact:** Potentially
**Cost Amount:**
**Schedule Impact:** Potentially
**Days:**
**Priority:** A

***Co-Author:*** RK Mechanical, LLC ***Contact:*** Lisa Cordi ***Co-Author RFI Number:*** 316
***Phone:*** 970-420-5159

***Reference:***

***Request:***

Per walk with DDRM(John Woods), IBI (Hiren Shah), Safebuilt (Rich Novasio), LCC (Branden LaBar, Dan Burton, Josh Allen), RK (Cameron Murphy) on 10/4, the round fire smoke dampers have installation criteria that prohibit RK from meeting the AHJ and Inspector's requirements for clearance and accessibility to the devices while maintaining the ceiling heights called out in the RCPs. Attached is the IOM and approved submittal for reference. Round fire smoke damper locations are shown in the mechanical plans. Please advise, this is a typical situation.

The potential solutions proposed are:

1. Change round fire smoke dampers to square.

2. Lower the ceilings to allow enough access to maintain the dampers.

***Suggestion:***

**Answered By:** Per Ruskin the submitted Fire/Smoke dampers can be rotated 180 degrees, allowing the test switch to be installed on the bottom side of the damper.The AHJ and Inspector's specific requirements for clearance and accessibility to the devices is not listed within the RFI.

**Date** Specification section 23 33 00, paragraph N.0.2 allows the test and reset switches to be either damper or remote mounted. Section 23 33 00 allows for either a round, or square/rectangular fire smoke damper to be installed.

***Answer:***

Greg Peterson/G2/2023-10-17

***Attachment***

RFI-1923 & 1923R1 gave direction that the access panels should remain at the original size (24"x24") in the RCP submittal should these dampers need to be maintained and tested per IMC 607.4.

Per Spec. Section 01 3100 1.4 PROJECT MANAGEMENT AND COORDINATION, GC is required to provide coordination drawings

1.4 COORDINATION DRAWINGS
A. Coordination Drawings, General: Prepare coordination drawings according to requirements in individual Sections, where installation is not completely shown on Shop Drawings, where limited space availability necessitates coordination, or if coordination is required to facilitate integration of products and materials fabricated or installed by more than one entity.

M. Korkut - Arcadis
10/18/2023

RFI 1943R1

rk mechanical

# Request For Information

**RFI# 21012- 316**
Project: Teton H-1
Date: 10/12/2023

**To:** **Ty Selk**
Layton Construction Co., Inc.
9090 S Sandy Parkway
Sandy, UT 84070
**Phone:** 385-266-3692
**Fax:**
**Email:**
**CC:**

**From:** **Lisa Cordi**
RK Mechanical, LLC
3800 Xanthia Street
Denver, CO 80238
**Phone:** 720-425-4932
**Fax:** 303-355-8666
**Email:** lcordi@rkmi.com

| **Subject:** | Round FSD Access | **Drawing #:** | | **Status:** | Open |
|---|---|---|---|---|---|

| ***Information Requested:*** | ***Dated Required:*** | **10/25/2023** |
|---|---|---|

The round fire smoke dampers have installation criteria that prohibit RK from meeting the AHJ and Inspector's requirements for clearance and accessbility to the devices without lowering ceiling heights. Attached is the IOM and approved submittal for refernece. Please advise, this is a typical situation.
Additional Information:

| ***Potential Schedule &/or Cost Impacts:*** | | | | |
|---|---|---|---|---|
| Schedule Impact: Yes | | days | Cost Impact: TBD | $ |

Submitted By: ______________________
Lisa Cordi

***Response:***

RFI 1943R1

**Job:** Teton H1
**Symbol/Mark:** FSD

2.8 COMBINATION FIRE AND SMOKE DAMPERS

**Submited By:** Jon Bliss
**Email:** jrbliss@long.com

# FSDR25

**True Round Fire Damper**

2.8.B UL555 1.5 hr Rated, UL555S Leakage Class 1

2.8.D

RUSKIN AUTHORITY IN AIR CONTROL

## CONSTRUCTION

| | |
|---|---|
| Frame | Integral sleeve/frame 20 gauge galvanized steel. |
| Blade | Two-piece galvanized steel. |
| Bearings | Stainless steel sleeve type, pressed into frame. |
| Axle | 1/2" diameter plated steel. |
| Blade Seal | Silicone rubber fully encompasses blade edge. |
| Mounting | VERTICAL |
| Closure Temperature | 165 DEGREES |
| Sleeve | SLEEVE |
| Sleeve Material | GALVANIZED |
| Ret. Plates | ONE SIDE |
| Damper Interface | NA |

## PERFORMANCE RATINGS

| | |
|---|---|
| Static Pressure | 4 INCHES |
| Velocity | 2000 FPM |
| Assembly Temperature | 250 DEGREE |
| Airflow | Both Directions |
| CSFM Listing | 3235-0245:0128 |

2.8.C



## ACTUATOR DETAILS

| | |
|---|---|
| Actuator Type | ELECTRIC/120 VOLT |
| Fail Position | CLOSE |
| Installation | MOUNTED OUT |

5 YEAR LIMITED WARRANTY

## SCHEDULE

| ID# | Tag | Qty | Dimensions (Inches) | | Sections | | Accessories | Actuator | | Sleeve | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Diameter | Size | Wide | High | | Model | Qty | Length (L) | Gauge |
| FSDR25-1 | FSD | 20 | 8 | Deduct 1/8 | 1 | 1 | DTS/SP100 | FSTF120-RUS | 1 | 17 INCHES | 20 GA. |
| FSDR25-2 | FSD | 33 | 6 | Deduct 1/8 | 1 | 1 | DTS/SP100 | FSTF120-RUS | 1 | 17 INCHES | 20 GA. |
| FSDR25-4 | FSD | 29 | 6 | Deduct 1/8 | 1 | 1 | DTS/SP100 | FSTF120-RUS | 1 | 17 INCHES | 20 GA. |

## CONSTRUCTION DETAILS

**Notes:**
For information on opening sizes, see the installation instructions listed on the Ruskin website by clicking here.





RFI 1943R1

## GENERAL INSTALLATION

### In Rated Masonry Walls or Floor/Ceiling Assemblies of Less than 3 Hour, with Square or Round Openings




Figure 2

**ITEM DESCRIPTION**

1. FSDR25 Round Fire/Smoke Damper
2. Retaining "Cinch" Plate, 20 ga. steel
3. Duct
4. Masonry Wall or Floor
5. #10 Concrete Anchor, (min 1¼" (31) long
6. Duct/Sleeve Connection
7. Opening Clearance

**Note: Masonry walls and floors only require a "cinch" plate on one side of the wall or top side of masonry floors.**




Figure 1

### In Rated Metal or Wood Stud Framed Drywall Partitions of Less Than 3 Hour with Square Openings




Screws must penetrate wood or metal studs.

Figure 3

**ITEM DESCRIPTION**

1. FSDR25 Round Fire/Smoke Damper
2. Retaining "Cinch" Plate, 20 ga. steel
3. Duct
4. Metal Stud Wall (plate required on only one side)
5. Wood Stud Wall (plate required on both sides)
6. #10 Sheet Metal Screw (refer to section 4 for fastener requirements).
7. Duct/Sleeve Connection
8. Opening Clearance

**Note: Metal stud walls require retaining "cinch" plates on only one side of the wall. Wood stud walls require retaining "cinch" plates on both sides of the wall.**




Figure 4

## BLADE ORIENTATION




**NORMAL**

**30° OFF HORIZONTAL (Maximum)**

**30° OFF HORIZONTAL (Maximum)**

CCD 934

DocuSign Envelope ID: EECEF676-DE21-4021-A0CF-90C77880CC90

# AIA® Document G714® – 2017

## Construction Change Directive

**PROJECT:** *(name and address)*
Hoback Club
Jackson, WY

**OWNER:** *(name and address)*
Cody Lane Development Corp.
P.O. Box 734
Teton Village, WY 83025-0734

DEVELOPMENT MANAGER:
DDRM Jackson, LLC
800 Tuacahn Dr.
Ivins, UT 84738

**CONTRACT INFORMATION:**
Contract For: AIA A134/A201
Date: March 12, 2024

**ARCHITECT:** *(name and address)*
IBI Group, a CA partnership
10 Exchange Place, Suite #112
Salt Lake City, UT 84111

**CCD INFORMATION:**
Directive Number: 934
Date: May 6, 2024

**CONTRACTOR:** *(name and address)*
SMC Construction Co.
1086 Greg Street,
Sparks, NV 89431

The Contractor is hereby directed to make the following change(s) in this Contract:
*(Insert a detailed description of the change and, if applicable, attach or reference specific exhibits.)*

In accordance with sections 7.3 and 7.4 of the A201 General Conditions of the contract for construction, contractor is hereby directed to make the following change(s) in this contract:

Incorporate ASI 959 dated 03/22/2024, which relates to the Architect's responses to RFI-2258, into the Contract with the associated drawings listed therein into the Work.

DIRECTIVE TO PROCEED (in accordance with Section 7.3.6 of the A201 General Conditions)
__X__ Proceed with the Work described above immediately and concurrently with proposed adjustments noted below.
____ Proceed with proposal only for the Work described above in accordance with the proposed adjustments noted below.

**PROPOSED ADJUSTMENTS**

**1.** The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:

☐ Lump Sum decrease of $0.00

☐ Unit Price of $ per

☐ Cost, as defined below, plus the following fee:
*(Insert a definition of, or method for determining, cost)*

☒ As follows: The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:
____ Section 7.3.3.1 Mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation.
____ Section 7.3.3.2 Unit Prices stated in the Contract Documents or subsequently agreed upon.
__X__ Section 7.3.3.3 Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee.
____ Section 7.3.4 As per Section 7.3.4.
____ Section 7.4 Minor Changes in the Work – No adjustment in Guaranteed Maximum Cost or Contract Time.

AIA Document G714 – 2017. Copyright © 2001, 2007 and 2017. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This document was produced at 10:09:51 ET on 05/06/2024 under Order No.3104240179 which expires on 02/05/2025, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (3B9ADA47)

**2.** The Contract Time is proposed to remain unchanged. The proposed adjustment, if any, is zero (0) days.

*NOTE: The Owner, Architect and Contractor should execute a Change Order to supersede this Construction Change Directive to the extent they agree upon adjustments to the Contract Sum, Contract Time, or Guaranteed Maximum price for the change(s) described herein.*

---

When signed by the Owner and Architect and received by the Contractor, this document becomes effective IMMEDIATELY as a Construction Change Directive (CCD), and the Contractor shall proceed with the change(s) described above.

Contractor signature indicates agreement with the proposed adjustments in Contract Sum and Contract Time set forth in this CCD.

DDRM Jackson, LLC
DEVELOPMENT MANAGER

DocuSigned by:
Marty Breen
SIGNATURE 9B870DEBED843D...

Martin J. Breen, Principal

05/06/2024
DATE
5/7/2024 | 12:05 PM PDT

Note: Pursuant to Contract Exhibit F, Owner's signature is only required for single CCDs in excess of $750,000 or when collective CCDs together exceed $2,000,000, otherwise CCDs may be signed on behalf of the Owner by the Development Manager.

| ARCHITECT | OWNER | CONTRACTOR |
|---|---|---|
| IBI Group, a CA partnership | Cody Lane Development Corp | SMC Construction Co. |
| **ARCHITECT** *(Firm name)* | **OWNER** *(Firm name)* | **CONTRACTOR** *(Firm name)* |
| DocuSigned by: Jonathan Steel | DocuSigned by: David Saunders | |
| **SIGNATURE** 794D6F8441... | **SIGNATURE** FB45F60E1900489... | **SIGNATURE** |
| Jonathan Steel, Director | David Saunders, President | Richard Schaller, President |
| **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** |
| 05/06/2024 | 05/06/2024 | |
| **DATE** | **DATE** | **DATE** |
| 5/7/2024 \| 9:22 PM PDT | 5/9/2024 \| 1:15 PM PDT | |

AIA Document G714 – 2017. Copyright © 2001, 2007 and 2017. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This document was produced at 10:09:51 ET on 05/06/2024 under Order No.3104240179 which expires on 02/05/2025, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (3B9ADA47)

CCD 934

DocuSign Envelope ID: EECEF676-DE21-4021-A0CF-90C77880CC90

IBI

# Architect's Supplemental Instructions

**Project Title:** Teton H1
**ASI Number: 959**

**Issue Date:** 22 March 2024

The Contractor shall carry out the Work in accordance with the following supplemental instructions without change in Contract Sum or Contract Time unless otherwise directed by an approved CCD. Proceeding with the Work in accordance with these instructions indicates your acknowledgment that there will be no change in the Contract Sum or Contract Time unless otherwise directed by an approved CCD.

**Description of Change(s):**

Electrical drawings showed two lighting control panel locations in the contract drawings for the amenity spaces on Level 1 and Level 2- Panel LC1A in Electrical Room 138 for Level 1 amenity spaces, and LC2 in Electrical Room 219 for Level 2 amenity spaces. Per Lutron shop drawings, more panel locations are required. This ASI locates panels that do not fit in Electrical Rooms 138 and 219 in Mechanical Room 136. It also adds one additional lighting control panel in Electrical Room 138 and one additional lighting control panel in Electrical Room 219.

This ASI adds HVAC components -VAV box, thermostat & exhaust intake, to increase cooling in Mechanical Room 136. Add power for the VAV box per E303.1 General Note 4. In addition, some hydronic piping must be re-routed to be code compliant, so it is not above the Daiken Power Supply panel dedicated space at grids 6 & C. Two BAS (Building Automated System) panels at grids 5.8 and C must be relocated, to provide adequate space for the Lutron lighting control panels. RK mechanical to dictate BAS locations not in conflict with lighting control panel placement.

This ASI is associated with RFI-2258 response.

## Included Drawings:

ASI-959 E303.1
ASI-959 E304.1
ASI-959 M504

**Additional information:**

n/a


GENERAL SHEET NOTES
SHEET KEYNOTES
SHEET KEYNOTES
TETON H1
CONSTRUCTION SET
LEVEL 01 POWER PLAN - AREA 1
E303.1
2 ENLARGED SPA MECHANICAL ROOM
LEVEL 01 POWER PLAN - AREA 1


SHEET KEYNOTES
SHEET KEYNOTES
GENERAL SHEET NOTES
CODY LANE DEVELOPMENT CORPORATION
DDRM
IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com
TETON H1
CONSTRUCTION SET
LEVEL 02 POWER PLAN - AREA 1
E304.1
LEVEL 02 POWER PLAN - AREA 1
AREA 1

CCD 934

## WORK NOTES

## GENERAL NOTES:




1 ENLARGED LEVEL 1 MECHANICAL ROOM - MECHANICAL

1/4" = 1'-0"

**M504 LOCAL VAV BOX SCHEDULE**

| TAG | MODEL | INLET SIZE | HW HTG (MBH) | MAX PRIMARY COOLING (CFM) | MIN. PRIMARY (CFM) | MAX PRIMARY HEATING (CFM) | NOTES |
|---|---|---|---|---|---|---|---|
| A2-VH-01 | DESV | 12" | 14 | 1300 | 325 | 650 | A |
| A2-VH-02 | DESV | 12" | 14 | 1300 | 325 | 650 | A |
| A1-VH-09 | DESV | 8" | N/A | 600 | 90 | N/A | A |

NOTES:
A) LOCAL SCHEDULE FOR QUICK REFERENCE ONLY. REFER TO VAV BOX SCHEDULE ON SHEET M105 FOR ADDITONAL INFORMATION

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

**TETON H1**

Project Status

ENLARGED LEVEL 1 MECHANICAL ROOM - MECHANICAL

119374

M504

3/14/2024 5:01:22 PM

CCD 964

Docusign Envelope ID: A5D06D94-84A7-4CE6-8D90-4278FB5E49FD

# AIA® Document G714® – 2017

## Construction Change Directive

**PROJECT:** *(name and address)*
Hoback Club
Jackson, WY

**OWNER:** *(name and address)*
Cody Lane Development Corp.
P.O. Box 734
Teton Village, WY 83025-0734

DEVELOPMENT MANAGER:
DDRM Jackson, LLC
800 Tuacahn Dr.
Ivins, UT 84738

**CONTRACT INFORMATION:**
Contract For: AIA A134/A201
Date: March 12, 2024

**ARCHITECT:** *(name and address)*
Arcadis, A California Partnership
10 Exchange Place, Suite #112
Salt Lake City, UT 84111

**CCD INFORMATION:**
Directive Number: 964
Date: August 7, 2024

**CONTRACTOR:** *(name and address)*
SMC Construction Co.
1086 Greg Street,
Sparks, NV 89431

The Contractor is hereby directed to make the following change(s) in this Contract:
*(Insert a detailed description of the change and, if applicable, attach or reference specific exhibits.)*

In accordance with sections 7.3 and 7.4 of the A201 General Conditions of the contract for construction, contractor is hereby directed to make the following change(s) in this contract:

Incorporate ASI 1017 dated 07/30/2024 into the Contract with the associated drawings listed therein into the Work.

A201 Section 7.3.3.3 is applicable to all item in this ASI except as called out below.

A201 Section 7.4 is applicable to the 6 added heat and smoke detectors in the elevator shafts, indicated for clarification only. (Specs require GC to provide in each elevator shaft.)

DIRECTIVE TO PROCEED (in accordance with Section 7.3.6 of the A201 General Conditions)
__X__ Proceed with the Work described above immediately and concurrently with proposed adjustments noted below.
____ Proceed with proposal only for the Work described above in accordance with the proposed adjustments noted below.

**PROPOSED ADJUSTMENTS**

**1.** The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:

☐ Lump Sum decrease of $0.00

☐ Unit Price of $ per

☐ Cost, as defined below, plus the following fee:
*(Insert a definition of, or method for determining, cost)*

☒ As follows: The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:
____ Section 7.3.3.1 Mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation.
____ Section 7.3.3.2 Unit Prices stated in the Contract Documents or subsequently agreed upon.
__X__ Section 7.3.3.3 Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee. All items except as described in section 7.4
____ Section 7.3.4 As per Section 7.3.4.
__X__ Section 7.4 Minor Changes in the Work – No adjustment in Guaranteed Maximum Cost or Contract Time.

AIA Document G714 – 2017. Copyright © 2001, 2007 and 2017. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This document was produced at 15:53:04 ET on 08/06/2024 under Order No.3104240179 which expires on 02/05/2025, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
**User Notes:**
(3B9ADA4C)

2. The Contract Time is proposed to remain unchanged. The proposed adjustment, if any, is zero (0) days.

*NOTE: The Owner, Architect and Contractor should execute a Change Order to supersede this Construction Change Directive to the extent they agree upon adjustments to the Contract Sum, Contract Time, or Guaranteed Maximum price for the change(s) described herein.*

---

When signed by the Owner and Architect and received by the Contractor, this document becomes effective IMMEDIATELY as a Construction Change Directive (CCD), and the Contractor shall proceed with the change(s) described above.

Contractor signature indicates agreement with the proposed adjustments in Contract Sum and Contract Time set forth in this CCD.

DDRM Jackson, LLC
DEVELOPMENT MANAGER

DocuSigned by:
Marty Breen
SIGNATURE 9F820DB2ED843D...

Martin J. Breen, Principal

08/07/2024
DATE
8/7/2024 | 5:42 AM PDT

Note: Pursuant to Contract Exhibit F, Owner's signature is only required for single CCDs in excess of $750,000 or when collective CCDs together exceed $2,000,000, otherwise CCDs may be signed on behalf of the Owner by the Development Manager.

| Arcadis, A California Partnership | Cody Lane Development Corp | SMC Construction Co. |
|---|---|---|
| **ARCHITECT** *(Firm name)* | **OWNER** *(Firm name)* | **CONTRACTOR** *(Firm name)* |
| DocuSigned by: Jonathan Steel<br>**SIGNATURE** 4BE794D6F8441... | DocuSigned by: David Saunders<br>**SIGNATURE** FB45F60E1900489... | **SIGNATURE** |
| Jonathan Steel, RIBA, ARB, Director<br>**PRINTED NAME AND TITLE** | David Saunders, President<br>**PRINTED NAME AND TITLE** | Richard Schaller, President<br>**PRINTED NAME AND TITLE** |
| 08/07/2024<br>**DATE**<br>8/7/2024 \| 12:11 PM PDT | 08/07/2024<br>**DATE**<br>8/7/2024 \| 3:52 PM PDT | **DATE** |

AIA Document G714 – 2017. Copyright © 2001, 2007 and 2017. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This document was produced at 15:53:04 ET on 08/06/2024 under Order No.3104240179 which expires on 02/05/2025, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes:
(3B9ADA4C)

CCD 964

Docusign Envelope ID: A5D06D94-84A7-4CE6-8D90-4278FB5E49FD

IBI

# Architect's Supplemental Instructions

**Project Title:** Teton H1
**ASI Number: 1017**

**Issue Date:** July 30, 2024

The Contractor shall carry out the Work in accordance with the following supplemental instructions without change in Contract Sum or Contract Time unless otherwise directed by an approved CCD. Proceeding with the Work in accordance with these instructions indicates your acknowledgment that there will be no change in the Contract Sum or Contract Time unless otherwise directed by an approved CCD.

**Description of Change(s):**
This ASI updates Fire Alarm drawings.
**Included Drawings:**

**F501: Level P3**
- **Added –** 1 Smoke detector in generator room.
- **Deleted –** 3 Multi Criteria Detectors from loading area.
- **Deleted-** 1 smoke and carbon detector from Laundry.
- **Deleted –** 4 smoke detectors from BOH area
- **Added –** 1 speaker strobe in Laundry area
- **Changed –** 2 speaker only alarms to speaker strobes alarms in BOH area

**F502: Level P2**
- **Deleted –** 19 Multi Criteria Detectors from parking.
- **Added –** 2 Smoke detectors in elec. rooms.

**F503: Level P1**
- **Deleted –** 10 Multi Criteria Detectors from parking.
- **Deleted –** 2 smoke detectors and Fire alarm manual station from Area 1 Mech. room
- **Deleted –** 2 Smoke detectors and 1 duct smoke detectors from pool Equip. room.
- **Added –** 1 speaker strobe in pool Equip. room
- **Changed –** 1 speaker strobe from 15cd to 75cd in pool Equip. room
- **Added –** 1 speaker strobe in BOH P105 room
- **Deleted -** 2 smoke detectors from Mechanical room P138
- **Added -** 3 speaker strobes and 2 speaker only alarms in Ski Club area
- **Added –** 1 speaker strobe in Shell space
- **Added –** 1 heat and smoke detector in elevator 11 shaft (clarification only, Contractor to provide this per specs)
- **Changed -** 1 Speaker strobe from 15cd to 75cd

**F504: Level 1**
- **Added –** 1 speaker strobe in indoor pool area and 1 in water circuit area
- **Changed –** 2 speaker strobes from 15cd to 75cd and move location of one of them in indoor pool area
- **Changed –** 2 speakers only alarms to speaker strobe alarms in Corr. 117 and Spa retail 144
- **Added –** 1 speaker strobe in corr. 155 and 160 each
- **Added –** 4 speaker strobes in Spa rooms
- **Added –** 2 speakers strobes in Corr. 137
- **Deleted -** 1 smoke detector and 1 manual pull station from Mech room 136
- **Changed -** 4 Speaker strobe from 15cd to 75cd and move location of one inside Mech. room 136
- **Added –** 1 Duct Smoke detector in unit 106

Docusign Envelope ID: A5D06D94-84A7-4CE6-8D90-4278FB5E49FD

IBI

# Architect's Supplemental Instructions

**F505: Level 2**

- **Changed** – 1 heat detector in BoH amenities area
- **Changed** – **3** speaker strobes from 15cd to 30cd in great hall
- **Changed** – 1 speakers strobe from 15 cd to 150cd on the deck outside great hall
- **Added** – 1 speaker strobe on the deck outside great hall
- **Added** – 1 Speaker strobe near wine cooler
- **Moved** – 1 Speaker strobe location north of wine cooler
- **Added** – 1 Heat and Smoke detector in elevator 2 shaft (clarification only, Contractor to provide this per specs)
- **Changed** – 2 horn alarm to speaker strobe in Kitchen area, near Office 225
- **Changed** – 1 Speaker strobe from 15CD to 75CD in the kitchen area
- **Changed** – 9 Fire alarm strobes to speaker strobes in the kitchen bathroom areas
- **Changed** – 1 speaker strobe from 30cd to 110 strobe and moved location of one in the games room
- **Added** – 2ll smoke detectors and one speaker strobe in Unit 203
- **Added** – 2 speaker strobes in the corridor 247
- **Added** – 1 speaker strobe in the corridor between stairs E and F
- **Changed** – location of 1 speaker strobe inside unit 205
- **Added** – 1 speaker strobe in corridor 208
- **Added** – 4 duct smoke detectors in unit 203
- **Added** – 4 duct smoke detectors in unit 204
- **Added** – 3 duct smoke detectors in unit 206
- **Added** – 4 duct smoke detectors in unit 207

**F506: Level 3**

- **Added** – 1 heat and smoke detector in elevator 1, near ski lobby (clarification only, Contractor to provide this per specs)
- **Added** – 3 speaker strobes in the unit 301
- **Changed** – 1 speaker alarm to speaker strobe in the corridor outside unit 301
- **Added** – 1 speaker strobes in unit 302
- **Added** – 1 Speaker strobe in unit 303
- **Added** – 1 Speaker strobe in corridor outside Stair C
- **Added** – 1 heat and smoke detector inside elevators 7 & 8 shaft (clarification only, Contractor to provide this per specs)
- **Added** – 1 speaker strobe in corridor between stair E and F
- **Added** – 2 Speaker strobes and one smoke detector in 306 mud room area
- **Added** – 1 Speaker strobe inside unit 306
- **Added** – 2 Speaker strobes inside unit 307
- **Added** – 4 duct smoke detectors in unit 303
- **Added** – 4 duct smoke detectors in unit 304
- **Added** – 2 duct smoke detectors in unit 307

Docusign Envelope ID: A5D06D94-84A7-4CE6-8D90-4278FB5E49FD

IBI

# Architect's Supplemental Instructions

**F507: Level 4**

- **Changed** – 1 Speaker strobe from 15cd to 135cd
- **Added** – 1 Speaker strobe in the unit 401
- **Added** – 1 Speaker strobe in Corridor 409
- **Added** – 1 Speaker strobe in Unit 402
- **Added** – 1 Speaker strobe in Unit 403
- **Added** – 1 Speaker strobe in Corridor 406
- **Added** – 1 Speaker strobe in Unit 404
- **Added** – 1 Heat and Smoke detector inside elevators 9 & 10 in area 3 (clarification only, Contractor to provide this per specs)
- **Delete** – 1 Manual pull station from Mech. room 407
- **Changed** – 1 Speaker strobe from 75cd to 110cd
- **Added** – 4 duct smoke detectors in unit 401
- **Added** – 3 duct smoke detectors in unit 403

**F508: Level 5**

- **Added** – 4 Speaker strobes in Unit 501
- **Change** – 1 Speaker strobe from 15cd to 185cd in unit 501
- **Added** – 1 Speaker strobe in Corridor 503
- **Added** – 1 Speaker strobe and 1 Smoke/Carbon detector in Unit 502
- **Change** – 1 Speaker strobe from 15cd to 110cd in unit 502
- **Added** – 1 Heat and Smoke detector in the elevator shafts (clarification only, Contractor to provide this per specs)
- **Added** – 2 speaker strobes in the level 5 mechanical room and move location of 1 speaker strobe in corridor
- **Added** – 2 duct smoke detectors in unit 501

**F509: Level 6**

- **Added** – Added Heat and Smoke detector in elevator (clarification only, Contractor to provide this per specs)
- **Deleted** – 1 manual pull station from Level 6 attic space
- **Change** – 1 Horn Alarm to Speaker strobe
- **Change** – 1 Speaker Strobe from 30cd to 75cd
- **Deleted** – 1 duct smoke detector at exhaust fan KEU-1.
- **Added** - 1 Monitor Module for Ansul System

## GENERAL SHEET NOTES

1. CONNECT ELEVATOR LOBBY SMOKE DETECTORS TO ELEVATOR CONTROLLER FOR ELEVATOR RECALL. PROVIDE SHUNT TRIP DEVICE AT DISCONNECT FOR ALL ELEVATOR CONTROLLERS. PROVIDE A HEAT DETECTOR AT THE TOP OF ELEVATOR SHAFT AND ADJACENT TO EACH SPRINKLER HEAD IN ALL ELEVATOR MACHINE ROOMS. ACTIVATION OF HEAT DETECTOR TO INITIATE SHUNT-TRIP.
2. PROVIDE #14 AWG MINIMUM WIRING FOR ALL SIGNAL AND INITIATION DEVICES.
3. ALL EXPOSED CONDUIT SHALL BE ROUTED PERPENDICULAR AND PARALLEL TO COLUMNS AND BEAMS. ALL EXPOSED CONDUIT ROUTING SHALL BE COORDINATED WITH OWNER'S REP PRIOR TO INSTALLATION. NO ADDITIONAL COST TO THE OWNER WILL BE ALLOWED FOR RELOCATING CONDUIT DUE TO LACK OF COORDINATION WITH THE OWNER'S REP.
4. ALL BACK BOXES SHALL BE FLUSH MOUNTED UNLESS OTHERWISE NOTED. CONTRACTOR SHALL COORDINATE INSTALLATION OF CONDUIT AND BACK BOXES IN POURED CONCRETE, PRE-CAST CONCRETE, MASONRY AND GYP WALLS.
5. ELECTRICAL CONTRACTOR SHALL COORDINATE EXACT QUANTITY AND LOCATIONS OF ALL FIRE SPRINKLER SYSTEM TAMPER AND FLOW SWITCHES WITH CONSTRUCTION MANAGER. CONNECT ALL TAMPER AND FLOW SWITCHES TO FIRE ALARM SYSTEM.
6. CONTRACTOR SHALL COORDINATE EXACT LOCATION AND QUANTITY OF ALL DUCT TYPE SMOKE DETECTORS WITH MECHANICAL CONTRACTOR. HARD WIRE TO RELAY STARTER.
7. PROVIDE SMOKE AND HEAT DETECTORS WITHIN ELEVATOR MACHINE ROOMS AND ELEVATOR HOIST PITS.
8. PROVIDE CONNECTION OF FA SYSTEMS TO ALL MAGNETIC DOOR HOLD-OPEN DEVICES TO AUTOMATICALLY CLOSE DOORS DURING ALARM CONDITIONS.
9. DEVICES INDICATED ON FIRE ALARM ONE-LINE ARE FOR REFERENCE ONLY. REFER TO PLAN DRAWINGS AND SPECIFICATIONS FOR QUANTITIES. REFER TO ARCHITECTURAL DOOR SCHEDULE FOR MAGNETIC DOOR HOLDER AND BLOW OPEN DOOR REQUIREMENTS.
10. ALL VISUAL DEVICES SHALL BE SYNCHRONIZED WITHIN THE BUILDING REGARDLESS OF PROJECT SCOPE BOUNDARIES.
11. PROVIDE FIRE ALARM RELAY MODULES FOR ALL DOORS WITH ACCESS CONTROL DEVICES.
12. PROVIDE (2) DUCT TYPE SMOKE DETECTOR FOR EACH FAN COIL UNIT, AHU, SUPPLY FAN AND HEAT PUMP OF 2000 CFM OR GREATER.
13. PROVIDE 120V CIRCUIT FROM THE NEAREST PANELBOARD FOR FIRE/SMOKE DAMPER RELAYS. PROVIDE FIRE ALARM MODULES AND RELAYS AS NECESSARY FOR ALL FIRE/SMOKE DAMPERS SHOWN ON DIVISION 23 DRAWINGS. ALL FIRE/SMOKE DAMPERS SHALL HAVE A MANUAL OVERRIDE SWITCH. PROVIDE DUCT DETECTOR WITHIN 5 FEET OF EACH FIRE/SMOKE DAMPER.

## SHEET KEYNOTES

F1 COORDINATE EXACT LOCATION OF TAMPER AND FLOW SWITCHES WITH FIRE SPRINKLER CONTRACTOR PRIOR TO ROUGH-IN.

F4 FIRE ALARM SYSTEM DUCT DETECTOR. COORDINATE WITH DIVISION 23 CONTRACTOR FOR THE QUANTITY AND FOR MOUNTING IN MECHANICAL UNIT DUCT WORK.

F5 FIRE ALARM RELAY AND CONTROL MODULE FOR THE SMOKE CURTAIN. REFER TO POWER PLANS FOR POWER REQUIREMENTS.




LEVEL P3 FIRE ALARM PLAN
SCALE = 1/16" = 1'-0"




LEVEL P4 FIRE ALARM PLAN
SCALE = 1/16" = 1'-0"

CODY LANE DEVELOPMENT CORPORATION

DDRM PARTNERS

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4232 fax 801 532 4231
ibigroup.com

TETON H1
CONSTRUCTION SET

LEVEL P3 & P4 FIRE ALARM PLAN

F501

211002

6/28/2024 3:27:13 PM

# Exhibit 6

## Tab 4

# Subcontractor Settlement IMS Masonry (IMS) Attachments

EXHIBIT 117
WIT: Stately
DATE: 9/2/25
Laurel S. Tubbs, RPR, RMR, CRR

**Executed AMI Subcontractor Change Order 004**

SMC CONSTRUCTION CONTRACTING

# Subcontract Change Order

Detailed, Grouped by Each Number

**The Hoback Club**
3355 Cody Lane
Jackson Hole, WY

**Project # WYO-001**
Tel: Fax:

**SMC Construction Company**

**Date: 2/21/2025**
**To Subcontractor/Vendor:**
IMS Masonry
335 South 1250 West
Lindon, UT 84042

**Architect's Project No:**
**Contract Date:**
**Contract Number: 005**
**Change Order Number: 004**

**The Contract is hereby revised by the following items:**

Change Order No. 4 Resolution Agreement

| PCO | Item # | Description | Amount |
|---|---|---|---|
| 4341.010 | 001 | IMS Resolution Agreement | 66,559 |

This Subcontractor Change Order includes the attached Proposed IMS SCO 4.

| | |
|---|---|
| The original Contract Value was.......... | 4,394,494 |
| Sum of changes by prior Subcontract Change Orders.......... | 14,228 |
| The Contract Value prior to this Subcontract Change Order was.......... | 4,408,722 |
| The Contract Value will be changed by this Subcontract Change Order in the amount of.......... | 66,559 |
| The new Contract Value including this Subcontract Change Order will be.......... | 4,475,281 |
| The Contract duration will be changed by.......... | 0 Days |
| The revised Substantial Completion date as of this Subcontract Change Order is.......... | |

SMC Construction Company
CONTRACTOR
1086 Greg Street,
Sparks, NV 89431
Address
By Rich Schaller
SIGNATURE [signature]
DATE 2-21-25

IMS Masonry
SUBCONTRACTOR/VENDOR
335 South 1250 West
Lindon, UT 84042
Address
By Jeff King
SIGNATURE [signature]
DATE 2-24-25

**Proposed IMS SCO 4**
**Resolution of Outstanding Change Orders and Compliance with Work Progress Schedule**
**WY Rule 408**

**Description:**

Resolution of outstanding change orders and compliance with Work Progress Schedule.

**Amount:**

$66,559.00

**Notes:**

1. The Effective Date of this Change Order is February 21, 2025.
2. SMC Construction Co. ("SMC") and IMS Masonry, Inc. ("IMS") agree that there are no outstanding and/or pending change orders related to IMS's work on the Hoback Club project (the "Project") as of the Effective Date of this Change Order.
3. IMS agrees to comply with the Work Progress Schedule, data date January 27, 2025.
4. SMC agrees to pay IMS bonuses totaling **$66,559.00** for achieving certain performance milestones in accordance with the Work Progress Schedule. *See* Work Progress Schedule, data date January 27, 2025). The bonuses are as follows:
    a) SMC agrees to pay IMS **$19,967.70** (30% of $66,559.00) upon execution of this Change Order.
    b) SMC agrees to pay IMS **$19,967.70** (30% of $66,559.00) if IMS completes exterior stone work on or before April 22, 2025, or as adjusted for non-IMS delays.
    c) SMC agrees to pay IMS **$26,623.60** (40% of $66,559.00) if IMS completes balcony paver work for residential units on or before July 15, 2025, or as adjusted for non-IMS delays.
5. In consideration for the payments set forth in this Change Order, IMS irrevocably waives and releases any and all known or unknown claims that IMS has, had or may have in the future against Owner, DDRM and/or SMC related to the Project, including, without limitation, claims related to adjustment of the Contract Time, unpaid fees, delay, inefficiency, and extended general conditions up to the Effective Date of this Change Order, and further agrees this Change Order fully and completely resolves all claims that were, or could be asserted by IMS as of the Effective Date of this Change Order. SMC irrevocably waives and releases any and all claims against IMS for liquidated damages that were or could be asserted as of the Effective Date of this Change Order. Nothing contained herein shall be construed to constitute a waiver by any party of rights or defenses related to claims against Layton Construction Company LLC.

CCD 724

DocuSign Envelope ID: 10154C18-DB23-45DB-AD7B-AE14EB3B4DDA

# AIA® Document G714® – 2017

## Construction Change Directive

**PROJECT:** *(name and address)*
Hoback Club
Jackson, WY

**CONTRACT INFORMATION:**
Contract For: AIA A133/A201
Date: May 28, 2021

**CCD INFORMATION:**
Directive Number: 724
Date: October 16, 2023

**OWNER:** *(name and address)*
Cody Lane Development Corp.
P.O. Box 734
Teton Village, WY 83025-0734

**ARCHITECT:** *(name and address)*
IBI Group, a CA partnership
10 Exchange Place, Suite #112
Salt Lake City, UT 84111

**CONTRACTOR:** *(name and address)*
Layton Construction Company, LLC
9090 South Sandy Parkway
Sandy, UT 84070

DEVELOPMENT MANAGER:
DDRM Jackson, LLC
800 Tuacahn Dr.
Ivins, UT 84738

The Contractor is hereby directed to make the following change(s) in this Contract:
*(Insert a detailed description of the change and, if applicable, attach or reference specific exhibits.)*

In accordance with sections 7.3 and 7.4 of the A201 General Conditions of the contract for construction, contractor is hereby directed to make the following change(s) in this contract:

Incorporate ASI 750 dated 09/26/2023, which relates to the Architect's responses to RFI-1775, into the Contract with the associated drawings listed therein into the Work.

DIRECTIVE TO PROCEED (in accordance with Section 7.3.6 of the A201 General Conditions)
__X__ Proceed with the Work described above immediately and concurrently with proposed adjustments noted below.
_____ Proceed with proposal only for the Work described above in accordance with the proposed adjustments noted below.

**PROPOSED ADJUSTMENTS**

**1.** The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:

- ☐ Lump Sum decrease of $0.00
- ☐ Unit Price of $ per
- ☐ Cost, as defined below, plus the following fee:
  *(Insert a definition of, or method for determining, cost)*
- ☒ As follows: The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:
  _____ Section 7.3.3.1 Mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation.
  _____ Section 7.3.3.2 Unit Prices stated in the Contract Documents or subsequently agreed upon.
  __X__ Section 7.3.3.3 Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee.
  _____ Section 7.3.4 As per Section 7.3.4.
  _____ Section 7.4 Minor Changes in the Work – No adjustment in Guaranteed Maximum Cost or Contract Time.

AIA Document G714 – 2017. Copyright © 2001, 2007 and 2017. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This document was produced at 22:56:17 ET on 10/13/2023 under Order No.3104237960 which expires on 02/05/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
**User Notes:** (3B9ADA4B)

2. The Contract Time is proposed to remain unchanged. The proposed adjustment, if any, is zero (0) days.

*NOTE: The Owner, Architect and Contractor should execute a Change Order to supersede this Construction Change Directive to the extent they agree upon adjustments to the Contract Sum, Contract Time, or Guaranteed Maximum price for the change(s) described herein.*

When signed by the Owner and Architect and received by the Contractor, this document becomes effective IMMEDIATELY as a Construction Change Directive (CCD), and the Contractor shall proceed with the change(s) described above.

Contractor signature indicates agreement with the proposed adjustments in Contract Sum and Contract Time set forth in this CCD.

DDRM Jackson, LLC
DEVELOPMENT MANAGER

DocuSigned by: Marty Breen
19F820DB2ED843D...
SIGNATURE

Martin J. Breen, Principal

10/16/2023 10/19/2023
DATE

Note: Pursuant to Contract Exhibit F, Owner's signature is only required for single CCDs in excess of $750,000 or when collective CCDs together exceed $2,000,000, otherwise CCDs may be signed on behalf of the Owner by the Development Manager.

| IBI Group, a CA partnership | Cody Lane Development Corp | Layton Construction Company, LLC |
|---|---|---|
| **ARCHITECT** *(Firm name)* | **OWNER** *(Firm name)* | **CONTRACTOR** *(Firm name)* |
| DocuSigned by: [signature] 1E41C2858DA4DC... | DocuSigned by: David Saunders FB45E60E1900489... | |
| **SIGNATURE** | **SIGNATURE** | **SIGNATURE** |
| Steve Jones, AIA, Project Architect | David Saunders, President | Robert Minhondo, Construction Manager |
| **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** |
| 10/16/2023 10/20/2023 | 10/16/2023 10/20/2023 | |
| **DATE** | **DATE** | **DATE** |

AIA Document G714 – 2017. Copyright © 2001, 2007 and 2017. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This document was produced at 22:56:17 ET on 10/13/2023 under Order No.3104237960 which expires on 02/05/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
**User Notes:**

CCD 724

DocuSign Envelope ID: 10154C18-DB23-45DB-AD7B-AE14EB3B4DDA

IBI

# Architect's Supplemental Instructions

**Project Title:** Teton H1
**ASI Number: 750**

**Issue Date:** September 26, 2023

The Contractor shall carry out the Work in accordance with the following supplemental instructions without change in Contract Sum or Contract Time unless otherwise directed by an approved CCD. Proceeding with the Work in accordance with these instructions indicates your acknowledgment that there will be no change in the Contract Sum or Contract Time unless otherwise directed by an approved CCD.

**Description of Change(s):**

**This ASI provide details for mounting D75 TV Enclosure flush w/ exterior surface, as response to RFI-1775.**

## ASI-750

**Included Sketches:**

**Architectural:**

**ASK-1775.1 - FLOOR PLAN LEVEL P2 - AREA 3**
- Recess TV enclosure.
- Add furring wall F6SS @ back of existing wall.

**ASK-1775.2 – EAST ELEVATION AT ENTRY DRIVE**
- Recess TV enclosure.
- Add removable panel around TV Enclosure for maintenance.

**ASK-1775.3 – RECESSED TV ENCLOSURE SECTION**
- Recess TV enclosure.
- Add removable panel around TV Enclosure for maintenance.

**ASK-1775.4 – RECESSED TV ENCLOSURE PLAN DETAIL**
- Recess TV enclosure.
- Add removable panel around TV Enclosure for maintenance.

10 Exchange Place, Suite 112 Salt Lake City, UT84111 USA Bus: (801) 532-4233 Fax: (801) 532-4231

IBI is a group of companies practicing professional consulting.

DocuSign Envelope ID: 10154C18-DB23-45DB-AD7B-AE14EB3B4DDA

CCD 724




1 A232 FLOOR PLAN LEVEL P2 - AREA 3

Scale: 1/8" = 1'-0"

| ISSUES | | |
|---|---|---|
| No. | DESCRIPTION | DATE |
| 371 | RFI-1775 | 2023.09.26 |

IBI

**IBI GROUP**
10 Exchange Place,
Salt Lake City, UT 84111, USA
tel 801 532 4233 fax 801 532 4231
**ibigroup.com**

PROJECT TITLE
TETON H1

SKETCH TITLE
PARKING ENTRY TV ENCLOSURE

| SCALE | SKETCH NO. | REF SHEET |
|---|---|---|
| AS NOTED | ASK-1775.1 | A232 |
| JOB NO. 119374 | | REF RFI RFI-1775 |
| DRAWN BY CSE | | REF ASI |

DO NOT SCALE THIS DRAWING. THE CONTRACTOR SHALL BE RESPONSIBLE FOR TAKING AND VERIFYING ALL THE DIMENSIONS AND REPORTING ERRORS AND/OR OMISSIONS TO THE ARCHITECT IN WRITING BEFORE PROCEEDING WITH THE WORK.

DocuSign Envelope ID: 10154C18-DB23-45DB-AD7B-AE14EB3B4DDA

CCD 724




## 2 / A310 EAST ELEVATION AT ENTRY DRIVE

Scale: 1/4" = 1'-0"

| ISSUES | | |
|---|---|---|
| No. | DESCRIPTION | DATE |
| 371 | RFI-1775 | 2023.09.26 |

IBI

**IBI GROUP**
10 Exchange Place,
Salt Lake City, UT 84111, USA
tel 801 532 4233 fax 801 532 4231
**ibigroup.com**

PROJECT TITLE
TETON H1

SKETCH TITLE
PARKING ENTRY TV ENCLOSURE

| | | |
|---|---|---|
| SCALE AS NOTED | SKETCH NO. ASK-1775.2 | REF SHEET A310 |
| JOB NO. 119374 | | REF RFI RFI-1775 |
| DRAWN BY CSE | | REF ASI |

DO NOT SCALE THIS DRAWING. THE CONTRACTOR SHALL BE RESPONSIBLE FOR TAKING AND VERIFYING ALL THE DIMENSIONS AND REPORTING ERRORS AND/OR OMISSIONS TO THE ARCHITECT IN WRITING BEFORE PROCEEDING WITH THE WORK.

DocuSign Envelope ID: 10154C18-DB23-45DB-AD7B-AE14EB3B4DDA





1 RECESSED TV ENCLOSURE SECTION

Scale: 1 1/2" = 1'-0"

ISSUES

| No. | DESCRIPTION | DATE |
|---|---|---|
| 371 | RFI-1775 | 2023.09.26 |

IBI

IBI GROUP
10 Exchange Place,
Salt Lake City, UT 84111, USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

PROJECT TITLE
TETON H1

SKETCH TITLE
PARKING ENTRY TV ENCLOSURE

SCALE
AS NOTED

JOB NO.
119374

DRAWN BY
CSE

SKETCH NO.
ASK-1775.3

REF SHEET

REF RFI
RFI-1775

REF ASI

DO NOT SCALE THIS DRAWING. THE CONTRACTOR SHALL BE RESPONSIBLE FOR TAKING AND VERIFYING ALL THE DIMENSIONS AND REPORTING ERRORS AND/OR OMISSIONS TO THE ARCHITECT IN WRITING BEFORE PROCEEDING WITH THE WORK.

DocuSign Envelope ID: 10154C18-DB23-45DB-AD7B-AE14EB3B4DDA




1 RECESSED TV ENCLOSURE PLAN DETAIL

Scale: 1 1/2" = 1'-0"

ISSUES

| No. | DESCRIPTION | DATE |
|---|---|---|
| 371 | RFI-1775 | 2023.09.26 |

IBI

IBI GROUP
10 Exchange Place,
Salt Lake City, UT 84111, USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

PROJECT TITLE
TETON H1

SKETCH TITLE
PARKING ENTRY TV ENCLOSURE

SCALE: AS NOTED
JOB NO.: 119374
DRAWN BY: CSE
SKETCH NO.: ASK-1775.4
REF SHEET: A310
REF RFI: RFI-1775
REF ASI

DO NOT SCALE THIS DRAWING. THE CONTRACTOR SHALL BE RESPONSIBLE FOR TAKING AND VERIFYING ALL THE DIMENSIONS AND REPORTING ERRORS AND/OR OMISSIONS TO THE ARCHITECT IN WRITING BEFORE PROCEEDING WITH THE WORK.

# AIA® Document G714® – 2017

## Construction Change Directive

**PROJECT:** *(name and address)*
Hoback Club
Jackson, WY

**OWNER:** *(name and address)*
Cody Lane Development Corp.
P.O. Box 734
Teton Village, WY 83025-0734

DEVELOPMENT MANAGER:
DDRM Jackson, LLC
800 Tuacahn Dr.
Ivins, UT 84738

**CONTRACT INFORMATION:**
Contract For: AIA A134/A201
Date: March 12, 2024

**ARCHITECT:** *(name and address)*
Arcadis, A California Partnership
10 Exchange Place, Suite #112
Salt Lake City, UT 84111

**CCD INFORMATION:**
Directive Number: 985
Date: September 27, 2024

**CONTRACTOR:** *(name and address)*
SMC Construction Co.
1086 Greg Street,
Sparks, NV 89431

The Contractor is hereby directed to make the following change(s) in this Contract:
*(Insert a detailed description of the change and, if applicable, attach or reference specific exhibits.)*

In accordance with sections 7.3 and 7.4 of the A201 General Conditions of the contract for construction, contractor is hereby directed to make the following change(s) in this contract:

Incorporate ASI 1045 dated 09/13/2024, which relates to the Architect's responses to RFI-2627, 2639, and BOH FFE Ceiling Pendant Light and Wood Soffits at Stone Veneer, into the Contract with the associated drawings listed therein into the Work.

A201 Section 7.3.3.3 is applicable to Contractor's RFI 2639, BOH FFE Ceiling Pendant Light, Wood Soffits at Stone Veneer.

A201 Section 7.4 is applicable to Contractor's RFI 2627.

DIRECTIVE TO PROCEED (in accordance with Section 7.3.6 of the A201 General Conditions)
__X__ Proceed with the Work described above immediately and concurrently with proposed adjustments noted below.
____ Proceed with proposal only for the Work described above in accordance with the proposed adjustments noted below.

**PROPOSED ADJUSTMENTS**

**1.** The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:

☐ Lump Sum decrease of $0.00

☐ Unit Price of $ per

☐ Cost, as defined below, plus the following fee:
*(Insert a definition of, or method for determining, cost)*

☒ As follows: The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:
____ Section 7.3.3.1 Mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation.
____ Section 7.3.3.2 Unit Prices stated in the Contract Documents or subsequently agreed upon.
__X__ Section 7.3.3.3 Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee.
____ Section 7.3.4 As per Section 7.3.4.
__X__ Section 7.4 Minor Changes in the Work – No adjustment in Guaranteed Maximum Cost or Contract Time.

AIA Document G714 – 2017. Copyright © 2001, 2007 and 2017. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This document was produced at 18:50:48 ET on 09/26/2024 under Order No.3104240179 which expires on 02/05/2025, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
**User Notes:**

**CCD 985**

Docusign Envelope ID: C964DBDF-A880-4C19-A54B-65019B5DBD5F

**2.** The Contract Time is proposed to remain unchanged. The proposed adjustment, if any, is zero (0) days.

*NOTE: The Owner, Architect and Contractor should execute a Change Order to supersede this Construction Change Directive to the extent they agree upon adjustments to the Contract Sum, Contract Time, or Guaranteed Maximum price for the change(s) described herein.*

When signed by the Owner and Architect and received by the Contractor, this document becomes effective IMMEDIATELY as a Construction Change Directive (CCD), and the Contractor shall proceed with the change(s) described above.

Contractor signature indicates agreement with the proposed adjustments in Contract Sum and Contract Time set forth in this CCD.

DDRM Jackson, LLC
DEVELOPMENT MANAGER

DocuSigned by:
Marty Breen
SIGNATURE

Martin J. Breen, Principal

09/27/2024
DATE
9/28/2024 | 10:10 AM PDT

ANote: Pursuant to Contract Exhibit F, Owner's signature is only required for single CCDs in excess of $750,000 or when collective CCDs together exceed $2,000,000, otherwise CCDs may be signed on behalf of the Owner by the Development Manager.

| Arcadis, A California Partnership | Cody Lane Development Corp | SMC Construction Co. |
|---|---|---|
| **ARCHITECT** *(Firm name)* | **OWNER** *(Firm name)* | **CONTRACTOR** *(Firm name)* |
| Signed by: Jonathan Steel<br>CA4BE794D6F8441... | Signed by: DAVID SAUNDERS<br>...60E1900489... | |
| **SIGNATURE** | **SIGNATURE** | **SIGNATURE** |
| Jonathan Steel, RIBA, ARB, Director | David Saunders, President | Richard Schaller, President |
| **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** |
| 09/27/2024 | 09/27/2024 | |
| **DATE** | **DATE** | **DATE** |
| 9/30/2024 \| 10:51 AM PDT | 9/30/2024 \| 1:59 PM PDT | |

AIA Document G714 – 2017. Copyright © 2001, 2007 and 2017. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This document was produced at 18:50:48 ET on 09/26/2024 under Order No.3104240179 which expires on 02/05/2025, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
**User Notes:**



(3B9ADA57)

IBI

# Architect's Supplemental Instructions

**Project Title:** Teton H1
**ASI Number: 1045**

**Issue Date:** September 13, 2024

The Contractor shall carry out the Work in accordance with the following supplemental instructions without change in Contract Sum or Contract Time unless otherwise directed by an approved CCD. Proceeding with the Work in accordance with these instructions indicates your acknowledgment that there will be no change in the Contract Sum or Contract Time unless otherwise directed by an approved CCD.

**Description of Change(s):**

## CEILING CLARIFICATION FOR PENDANT LIGHT FROM BOH FFE PACKAGE.

This ASI updates ceiling lighting to accommodate ceiling pendant light from BOH FFE package.

**IDSK-1045.1 -P214 Meeting - CEILING CLARIFICATION**

- Det. 1
  - Removed 1 ceiling light.
  - Added 1 Junction box at center of room for pendant ceiling.

## WOOD SOFFITS AT STONE VENEER

This ASI revises details at all locations where wood soffits/siding meet walls with stone veneer.

Included Sketches:

**ASK-1045 - WOOD SOFFIT AT STONE VENEER DETAILS**

- At all locations where wood soffits/siding meet walls with stone veneer, the wood soffit/siding shall extend over / behind the stone and the stone shall terminate in a clean line ± 3/8" from the wood soffit/siding, with sealant and backer rod in the joint. The details on attached ASK-1045 to illustrate this, but the same approach shall be used wherever this condition occurs.

## RFI-2627

This ASI updates the BOH power & communications plan on level 2 with an added dimension to the floor box h in the meeting room, as response to RFI-2627.

Included Sketches:

**IDSK-2627 – ADDED FLOOR BOX DIMENSION**

- DET 1
- Added – floor box as previously shown and clarified dimension.

**ESK-2627 – P2L1 R214 CONFERENCE RM FLOOR BOX**

- A floor box for the conference table will be installed.
- A new floor box style, Legrand 880CM201 2-gang Shallow Cast Iron Floor Box, will be added to floor box schedule.

Docusign Envelope ID: C964DBDF-A880-4C19-A54B-65019B5DBD5F

IBI

# Architect's Supplemental Instructions

## RFI-2639

This ASI add pop-up receptacles in Kitchen 401 for compliance w/ NEC 210.52(C)(1), as response to RFI-2639.

Included Sketches:

**IDSK-2639 – UNIT 401 – ENLARGED POWER & COMMUNICATION PLAN**

- DET 1
  - Added 2 pop up outlets at countertop.
  - Added dimensions for location and annotation for clarification.
  - Clarified Sink drawing (Graphical update)
- DET 2
  - Added 2 pop up outlets at countertop.
  - Clarified Sink drawing (Graphical update)

**ESK-2639 - U401 KITCHEN RECEPTACLES**

- Countertop Pop-up Receptacles (similar to RFI-2379 Unit 501) were added for NEC 210.52(C)(1) compliance of required receptacles no farther than 24" from edge of sink and no farther than 24" from the end of the counter.

10 Exchange Place, Suite 112 Salt Lake City, UT84111 USA Bus: (801) 532-4233 Fax: (801) 532-4231

IBI is a group of companies practicing professional consulting.

Docusign Envelope ID: C964DBDF-A880-4C19-A54B-65019B5DBD5F

CCD 985




1 IDSK-1045.1 LEVEL P2 - BOH LOCKERS REFLECTED CEILING PLAN - ASI-1045

Scale: 1/4" = 1'-0" Referencing Sheet: 2/ ID100.6

ISSUES

| No. | DESCRIPTION | DATE |
|---|---|---|
| 648 | ASI-1045 | 2024.09.19 |

IBI

**IBI GROUP**
55 St. Clair Avenue West,
Toronto, ON M4V 2Y7, Canada
tel 416 596 1930 fax 416 596 0644
**ibigroup.com**

PROJECT TITLE
TETON H1-ID

SKETCH TITLE
P214 - MEETING ROOM CIELING LIGHT

| | | |
|---|---|---|
| SCALE AS NOTED | SKETCH NO. IDSK-1045.1 | REF SHEET |
| JOB NO. 119374 | | REF RFI |
| DRAWN BY JK | | REF ASI ASI-1045 |

DO NOT SCALE THIS DRAWING. THE CONTRACTOR SHALL BE RESPONSIBLE FOR TAKING AND VERIFYING ALL THE DIMENSIONS AND REPORTING ERRORS AND/OR OMISSIONS TO THE ARCHITECT IN WRITING BEFORE PROCEEDING WITH THE WORK.


SHED ROOF SECTION DETAIL GRID 25 - K-J.25
TYP. STONE TO WOOD INSIDE CORNER TRANSITION
LEVEL 3 SHED ROOF ABOVE STOREFRONT
PLAN DETAIL 006
SHED ROOF SECTION DETAIL GRID 25 - K.25
TYP. SHED ROOF SECTION DETAIL
Detail 1
TYP. TOP OF WALL AT SHED ROOF
TYP. ROOF DORMER DETAIL
SEALANT & BACKER ROD
LEVEL 01
ASK-1045
WOOD SOFFIT AT STONE VENEER DETAILS

Docusign Envelope ID: C964DBDF-A880-4C19-A54B-65019B5DBD5F

CCD 985




1 IDSK-2627 LEVEL P2 - BOH LOCKERS POWER & COMMUNICATIONS PLAN - RFI-2627

Scale: 1/4" = 1'-0" Referencing Sheet:ID100.7

ISSUES

| No. | DESCRIPTION | DATE |
|---|---|---|
| 641 | RFI-2627 | 2024.09.10 |

IBI

**IBI GROUP**
55 St. Clair Avenue West,
Toronto, ON M4V 2Y7, Canada
tel 416 596 1930 fax 416 596 0644
ibigroup.com

PROJECT TITLE
TETON H1-ID

SKETCH TITLE
ADDED POKE THROUGH DIMENSION

SCALE
AS NOTED

JOB NO.
119374

DRAWN BY
RA

SKETCH NO.
IDSK-2627

REF SHEET

REF RFI
2627

REF ASI

DO NOT SCALE THIS DRAWING. THE CONTRACTOR SHALL BE RESPONSIBLE FOR TAKING AND VERIFYING ALL THE DIMENSIONS AND REPORTING ERRORS AND/OR OMISSIONS TO THE ARCHITECT IN WRITING BEFORE PROCEEDING WITH THE WORK.

Docusign Envelope ID: C964DBDF-A880-4C19-A54B-65019B5DBD5F

CCD 985




LEVEL P2 POWER PLAN - AREA 1

SCALE = 1/8" = 1'-0"

## FLOOR BOX SCHEDULE

| TYPE | DESCRIPTION | MFR. | CATALOG NUMBER |
|---|---|---|---|
| | | | 828PR-BLK, 829PCK-BLK |
| FB04 | SINGLE GANG CUT-IN ELECTRICAL DUPLEX 120V RECEPTACLE FLOOR BOX | STEEL CITY | P-?W-DS-N |
| FB05 | 2-GANG SHALLOW CAST IRON CONCRETE FLOOR BOX - FULLY ADJUSTABLE WITH (6) 1" CONDUIT OPENINGS, 2-7/16"H, 8-1/2"W, 5-3/16"D FOR 120V DUPLEX RECEPTACLE AND TELECOMMUNICATION INPUTS. PROVIDE POWER AND DATA CABLES AS SHOWN ON DRAWINGS. | LEGRAND | 880CM2-1 BOX, 827PCC-BRN 2G NM FLANGE, 828PR-BRN DUPLEX RCPT COVER, 829PCL-BRN NM COMMS COVER PLATE |
| FBR | SINGLE SERVICE 4 INCH POKE-THRU DEVICE WITH (2) DUPLEX RECEPTACLES. COVER FINISH SELECTED BY ARCHITECT | WIREMOLD | 4AT |
| PT01 | MULTI-SERVCIE 6 INCH ROUDN POKE-THRU DEVICE WITH (2) POWER RECEPTACLES AND (8) PORT TELECOMMUNICATIONS INPUTS. PROVIDE CATEGORY CABLES. QUANTITY AS SHOWN ON DRAWINGS. PROVIDE COVER | WIREMOLD | 6ATC2PXX-(1)6ACT8A-(2)68REC |

| ISSUES | | |
|---|---|---|
| No. | DESCRIPTION | DATE |
| 501 | RFI-2627 | 2024.09.11 |

PROJECT TITLE
TETON H1

SKETCH TITLE
P2L1 R214 Conference Rm Floor Box

| | | |
|---|---|---|
| SCALE AS NOTED | SKETCH NO. ESK 2627 | REF SHEET E301.1,E002 |
| JOB NO. 211002 | | REF RFI 2627 |
| DRAWN BY TM | | REF ASI |

DO NOT SCALE THIS DRAWING. THE CONTRACTOR SHALL BE RESPONSIBLE FOR TAKING AND VERIFYING ALL THE DIMENSIONS AND REPORTING ERRORS AND/OR OMISSIONS TO THE ARCHITECT IN WRITING BEFORE PROCEEDING WITH THE WORK.

Docusign Envelope ID: C964DBDF-A880-4C19-A54B-65019B5DBD5F

CCD 985




4

| | | |
|---|---|---|
| | CHANGE WIRING AS NEEDED. | |
| E102 | PROVIDE HUBBELL RCT200NI COUNTERTOP OUTLET. COORDINATE EXACT LOCATION WITH COUNTERTOP INSTALLER AND ARCHITECT PRIOR TO ROUGH-IN. OUTLETS TO BE WIRED FROM LOAD SIDE OF ADJACENT GFCI OUTLET FOR GFCI PROTECTION. | |
| E106 | POWERED MEDICINE CABINET TO BE ON SAME CIRCUIT AS HIS ENSUITE BATHROOM | 498 |

| | | |
|---|---|---|
| (M) | UTILITY METER / CT CABINET | |
| FT | COUNTERTOP POPUP RECEPTACLE | 498 |

## UNIT 401 - ENLARGED POWER PLAN

SCALE = 1/4" = 1'-0"

ISSUES

| No. | DESCRIPTION | DATE |
|---|---|---|
| 498 | RFI-2639 | 2024.09.11 |

PROJECT TITLE
TETON H1

SKETCH TITLE
U401 Kit Rcpts

| | | |
|---|---|---|
| SCALE AS NOTED | SKETCH NO. ESK 2639 | REF SHEET E001,E341 |
| JOB NO. 211002 | | REF RFI 2639 |
| DRAWN BY TM | | REF ASI |

DO NOT SCALE THIS DRAWING. THE CONTRACTOR SHALL BE RESPONSIBLE FOR TAKING AND VERIFYING ALL THE DIMENSIONS AND REPORTING ERRORS AND/OR OMISSIONS TO THE ARCHITECT IN WRITING BEFORE PROCEEDING WITH THE WORK.

CCD 985

Docusign Envelope ID: C964DBDF-A880-4C19-A54B-65019B5DBD5F




2 IDSK-2639 UNIT 401 - KITCHEN PLAN - RFI-2639

Scale: 1/2" = 1'-0" Referencing Sheet: 1/ID981.1




1 IDSK-2639 UNIT 401 - ENLARGED POWER & COMM. PLAN - RFI-2639

Scale: 1/4" = 1'-0" Referencing Sheet: 1/ID921.4

ISSUES

| No. | DESCRIPTION | DATE |
|---|---|---|
| 12 | ADDENDUM 12 | 2021.06.02 |
| 38 | ASI-045 | 2022.05.09 |
| 191 | ASI-316.2 | 2023.01.30 |
| 643 | RFI-2639 | 2024.09.10 |

IBI

IBI GROUP
55 St. Clair Avenue West,
Toronto, ON M4V 2Y7, Canada
tel 416 596 1930 fax 416 596 0644
ibigroup.com

PROJECT TITLE
TETON H1-ID

SKETCH TITLE
UNIT 401 - POWER & COMM PLAN - KITCHEN

SCALE
AS NOTED

JOB NO.
119374

DRAWN BY
JK

SKETCH NO.
IDSK-2639

REF SHEET

REF RFI
2639

REF ASI

DO NOT SCALE THIS DRAWING. THE CONTRACTOR SHALL BE RESPONSIBLE FOR TAKING AND VERIFYING ALL THE DIMENSIONS AND REPORTING ERRORS AND/OR OMISSIONS TO THE ARCHITECT IN WRITING BEFORE PROCEEDING WITH THE WORK.

SMC CONSTRUCTION CONTRACTING

# REQUEST FOR INFORMATION

## No. 2555

HOBACK TETON H1
3355 W. Cody Lane, TETON, WY 83025

PROJECT # H1
TEL:

SMC Construction Company
FAX:

| ANSWER COMPANY: | ANSWERED BY: | AUTHOR COMPANY: | AUTHORED BY: |
|---|---|---|---|
| Arcadis | | SMC<br>3355 W. Cody Lane<br>TETON, WY 83025 | Jim Hannum |

| Co-Respondent | Co-Author RFI Number |
|---|---|
| | |

| Subject | Discipline | Category |
|---|---|---|
| 1 Line Framing 1" Offset | | |

| Cc: | Company Name | Contact Name | Copies | Notes |
|---|---|---|---|---|
| | | | | |

**Question** **Date:** 8/15/2024

Confirming - The face of 1 line between chimney & balcony steps in 1". Installing exterior stone with current conditions would leave stone stepping in and irregular with the rest of the building. SMC sees no NCRs or previous conversations / directives that wouldve generated these conditions. SMC is currently investigating how / when these conditions came to be. IMS is unable to continue install until these conditions are resolved or the inset is determined to be acceptable. SMC & Joe M met 8/15/24 please confirm suggestion below acceptable.

Not clear what a "stone seal" is.

**Suggestion**

Stone seal from chimney to balcony. Be advised there will be cost impact.

An RFI is not an appropriate instrument to discuss cost impacts.

**Answer:**

Per plans and sections, there should be no offset between the walls on level 3 and level 4 at this location.

Wall Section 4/A503 shows these walls aligned:




(Response continued on next page...)

RFI 2555

Sheet A207.L shows the level 4 edge of slab to be 1'-2" from Grid 1.




2/A800 shows the west wall on Level 3 to be 1'-3 5/8" from Grid 1:




2/A800 shows the west wall on Level 3 to be 1'-3 5/8" from Grid 1 (which equals 1'-2" to slab edge + 1" to face of stud + 5/8" sheathing):




(Response continued on next page...)

RFI 2555

Attached photos of the existing condition shows the Level 3 wall being flush to ± 1 1/4" proud of the edge of slab. They also show the Level 4 wall being flush to ± 3/4" back from the edge of slab. This results in a ± 2" offset from Level 3 to Level 4.









1.Based on the above, this is a non-conforming condition. Contractor will need to review and advise what components or elements do not conform to the contract documents.
2. Based on the review with Mark Caspers (SMC) and Bentley Hansen (IMS), in order to avoid reconstructing walls and/or furring the walls, the cap stone, currently shown between Grids C and D at the Level 4 slab level, shall be continued to the edge of the balcony at Grid C to accommodate the as-built offset in the walls.
3. Contractor to review and advise if any issues or concerns with the discussed solution and confirm there will be no other conflicts as the stone continues across the Level 4 and 5 balconies to Grid A.

John Hedrich, Arcadis
2024-08-21

RFI 2555

Typical Lightning Protection System Conduit Routing Through Envelope Air & Vapor Barrier and Insulation Per RFI 2375




2 WEST ELEVATION 2 ENLARGED
A303 Scale: 1/8" = 1'-0"




1 WEST ELEVATION 1 ENLARGED
A303 Scale: 1/8" = 1'-0"

## KEYNOTE LEGEND

| Key Value | Keynote Text |
|---|---|
| 4.2 | STONE MASONRY VENEER(04 43 13) |
| 4.3 | STONE CAP (04 43 13) |
| 5.2 | PAINTED STEEL & DOUGLAS FIR WOOD ROOF BRACKETS (05 50 00) |
| 5.4 | METAL CHIMNEY CAP (2 05 50 00) |
| 5.6 | GUARDRAIL AS PER |
| 5.12 | STEEL LINTEL (05 50 00) |
| 5.13 | STEEL TRIM AS PER SHEET (05 50 00) |
| 5.26 | FIREPLACE VENT COVER (3 |
| 5.27 | HSS W/ PRE-FOAMED IN INSULATION IN EXTERIOR WALL FOR BRACKET (05 50 00) |
| 6.3 | DOUGLAS FIR RIDGE BEAM |
| 7.1 | STANDING SEAM METAL ROOF (07 41 13) |
| 7.2 | SNOW GUARDS (07 72 00) |
| 7.4 | HORIZONTAL WOOD SIDING (07 46 25) |
| 7.5 | INSULATED METAL PANEL (07 42 23) |
| 7.9 | BRAKE METAL FASCIA (07 62 00) |
| 8.6 | ROOF HATCH |
| 8.9 | FOLDING GLASS DOORS |

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1

CONSTRUCTION SET

WEST EXTERIOR ELEVATION

119374

A303

2022-04-27 1:38:03 PM

RFI 1935

**Layton** CONSTRUCTING WITH INTEGRITY

Layton Construction Company, LLC
9090 South Sandy Parkway
Sandy, UT 84070

801-568-9090

# Request For Information RFI-1935

Printed On: 10/10/2023
Page 1 of 1

**Subject:** Finish Clarification on Site Walls
**Project:** Hoback Club/Teton H-1
**To:** IBI Group
Steve Jones
**Address:** 10 Exchange Place, 112
Salt Lake City, UT 84111 United States
**Phone:** 801-532-4233 **Fax:** 949-833-5511

**Entered By:** Joshua Allen

**Date:** 10/10/2023
**Job:** 211002

**Required:** 10/24/2023

**Priority:** A

---

***Co-Author:*** Layton Construction Company ***Contact:*** Farrell Rowe ***Co-Author RFI Number:***
***Phone:*** 801 568-9090

---

***Reference:***

---

***Request:***

Per a walk that was held on 10/05/23 between IBI (Hiren Shah), DDRM (John Woods), and LCC (Farrell Rowe & Josh Allen) further clarification is required for the finish on site walls next to Cody Lane. They are in dispute for either stone or smooth finish.

Please confirm the finishes for the highlighted walls.

---

***Suggestion:***

---

**Answered By:** Brad Theurer

**Date:** 2023.10.24

**Signed:** ____________________

***Answer:*** The exterior facing wall as highlighted in this section is to be Architectural Concrete rubbed smooth finish.
However the inside face of the wall facing the stair treads is to be single sided stone veneer.
Please refer to submittal review 033300.17A - Site Wall_SD for additional information.

---

***Attachments:***

pm3010


Building footprint show 6'-8 5/8" for the finished surface Outside of concrete should be 6'-4 5/8"
With dimensions shown the stairs and landing seem to work.
5'-4" from face of veneer on shoring wall
FINISHED GRADE AT STEPS AT 6209.33 PER ASI 0448
FINISHED GRADE AT STEPS AT 6209.33 PER ASI 0448
EP
Drawn By: RJ
Revision: 4 Adjustments
91 E Canyon Commercial Ave
Cedar City, UT 84721
PHAZE CONCRETE

# Subcontractor Settlement Alleghany Millwork (AMI) Attachments

SMC CONSTRUCTION CONTRACTING

# Subcontract Change Order

Detailed, Grouped by Each Number

**The Hoback Club**
3355 Cody Lane
Jackson Hole, WY

**Project # WYO-001**
Tel. Fax:

**SMC Construction Company**

**Date: 2/20/2025**
**To Subcontractor/Vendor:**
Allegheny Millwork, Inc.
104 Commerce Blvd.
Lawrence, PA 15055

**Architect's Project No:**
**Contract Date:**
**Contract Number: 009**
**Change Order Number: 027**

**The Contract is hereby revised by the following items:**

Change Order No. 27 Resolution

| PCO | Item # | Description | Amount |
|---|---|---|---|
| 4341.001 | 001 | Alleghany Resolution | 2,575,000 |

This Subcontractor Change Order includes the attached Proposed AMI SCO 27

| | |
|---|---|
| The original Contract Value was | 10,445,934 |
| Sum of changes by prior Subcontract Change Orders | 7,435,102 |
| The Contract Value prior to this Subcontract Change Order was | 17,881,036 |
| The Contract Value will be changed by this Subcontract Change Order in the amount of | 2,575,000 |
| The new Contract Value including this Subcontract Change Order will be | 20,456,036 |
| The Contract duration will be changed by | 0 Days |
| The revised Substantial Completion date as of this Subcontract Change Order is | |

SMC Construction Company
CONTRACTOR
1086 Greg Street,
Sparks, NV 89431
Address
By Rich Schaller
SIGNATURE [signature]
DATE 3-5-25

Allegheny Millwork, Inc.
SUBCONTRACTOR/VENDOR
104 Commerce Blvd.
Lawrence, PA 15055
Address
By Dave Priselac
SIGNATURE Dave Priselac, V.P.
DATE March 6, 2025

**Proposed AMI SCO 27**
**WY Rule 408**

**Description:**
Resolution of damaged ceiling materials and outstanding Change Orders, confirmation of a new door jamb detail, and compliance with the Work Progress Schedule *dated 1/27/2025.*

**Amount:**
$2,575,000.00

**Notes:**

1. The Effective Date of this Change Order is March 5, 2025.

2. SMC Construction Co. ("SMC") and Allegheny Millwork, Inc ("AMI") agree that there are no outstanding and/or pending change orders related to AMI's work on the Hoback Club project (the "Project") as of the Effective Date of this Change Order.

3. AMI agrees to rout out all hinges for all doors.

4. AMI has repaired/replaced the damaged ceilings in units 106, 108, 205, and 206.

5. AMI agrees to coordinate its door jamb fabrication with SMC and to fabricate all door jambs for levels three (3), four (4), and five (5) as wide as necessary to avoid the need for changes in already produced casing. *This is pending acceptance of split jamb fabrication and the understanding that these jambs are not going to be onsite until May 2025. The costs of the alternate casing required for levels 1 and 2 beyond the 5,000lf provided by AMI per PCO-4203 are in addition to this agreement and all additional costs for levels 1 and 2 alternate casing shall be issued in a forthcoming change order prior to work commencing.*

6. AMI agrees not to submit any additional change order requests as of the Effective Date of this Change Order through Final Completion of the Work *excepting those change orders for changes, including alterations requested or required of AMI caused by changes and/or impacts to AMI's Scope of Work from the Effective Date until AMI's completion and for costs and delays to AMI's ability to start and/or complete work as shown on the Work Progress Schedule, data date January 27, 2025.*

7. AMI agrees to comply with the Work Progress Schedule, data date January 27, 2025.

8. SMC agrees to pay AMI $2,575,000.00 for the work of this SCO 27 while AMI agrees to work to the common goal of the January *27, 2025 project* schedule *and maintain durations and completion dates as detailed in project schedule provided AMI is able to work in a productive manner, including, starting and completing areas in full without the need for go back or leave out areas due to adjacent trades or incomplete or incorrect work of others:*

   *Payments to be paid as follows:*

   a) SMC agrees to pay AMI $772,500.00 *(30% of $2,575,000.00)* upon its execution of this Change Order.

**Proposed AMI SCO 27**
**WY Rule 408**

b) *SMC agrees to pay AMI equal payments monthly of the remaining balances beginning March 15, 2025. If AMI falls behind the Project Schedule solely due to its own fault, payments can be held in escrow by SMC until AMI's work is back on schedule or it completes its work.*

9. In consideration for the payments set forth in this Change Order, AMI agrees to irrevocably waive and release any and all claims related to delay, inefficiency, extended general conditions, unpaid fees, adjustments of the Contract Time, and damages, and further agrees this Change Order is in full and complete settlement of all claims that were, or could have been asserted, as of the Effective Date of this Change Order. SMC agrees to irrevocably waive and release any and all claims against AMI related to delay, inefficiency, extended general conditions, patent defects, and damages that relate to AMI's performance/non-performance since March 11, 2024 and were or could have been asserted as of the Effective Date of this Change Order. Latent defect and warranty claims and defenses are expressly excepted from and not included in this waiver and release by either party. For the avoidance of doubt, nothing contained herein shall be construed to constitute a waiver by any party of rights or defenses related to claims against Layton Construction Company, LLC.

Alleghany Exhibit A

ALLEGHANY MILLWORK

| CLAIM | ORIGINAL AMOUNT | DSCRIPTION | APPROVAL | CLAIM AMOUNT |
|---|---|---|---|---|
| | $4,203,397 | Millwork Claim Amount | | |
| | $612,216 | Door Claim Amount | | |
| | $4,815,613 | Alleghany Claim Amount | | |
| | $3,000,000 | Settlement Amount | | $3,000,000 |
| | ($300,000) | Discount | | ($300,000) |
| | ($325,000) | Mud Room to be handled seperately | | ($325,000) |
| | $200,000 | Route out all Door hinges | | $200,000 |
| | $114,015 | Added costs for PCO's listed below | | $114,015 |
| | | | | $2,689,015 |
| | | Amount includes the added ceiling damaged | | $480,640 |
| | | Amount includes extended dr jambs on Levels 3, 4 and 5 eliminated approx 30,000 lf | | $794,070 |

| PCO's | DATE | DESCRIPTION | AMOUNT | APPROVAL |
|---|---|---|---|---|
| 4203 | 11/1/24 | Added 5,000 lf Casing | $132,345 | Approved |
| 4225 | 12/5/24 | Water Leak Unit 106-dehumidifier | | |
| 4268 | 12/4/24 | CCD 1000 ASI 1064 | ($15,201) | Approved |
| 4269 | 12/4/24 | CCD 999 ASI 1063 | ($12,778) | Approved |
| 4296 | 12/24/24 | CCD 991 ASI 1053 | $4,648 | issued |
| 4302 | 1/13/25 | CCD 276 ASI 277 | $3,506 | issued |
| 4313 | 1/21/25 | Unit 401 Ceiling clash | $1,495 | |
| | | | $114,015 | |

Alleghany Exhibit A

H1 - Teton Village
Teton Village, WY

Sub-Contractor Exhibit A Form

Sub-Contractor: Allegheny Millwork, Inc.

Contract Scope of Work: Sales Units and Founders Unit Millwork

Pay Aplication Period: Jan-25

| Date of Claim | Detailed Description of Claim | Source Document of Claim | Claim Amount $ | GC / Owner Claim - TO BE COMPLETED BY GC |
|---|---|---|---|---|
| 09/13/22 | Market Volitility | RFCO 07 | $ 142,651.00 | |
| 09/09/22 | ASI 52 CCD 73 Warranty Extension | RFCO 18 | TBD | |
| TBD | Cost Impacts Thru CCD 44 | Thru CCD 44 | TBD | |
| 01/23/23 | Pulp Studios Seedy Glass Thickness/Warranty | RFCO 40 | $ 19,065.00 | |
| 02/28/23 | CCD 326 | RFCO 55 | $ 1,029.00 | |
| 02/24/23 | Unit 106 Powder Room | RFCO 57 | $ 2,825.00 | |
| 03/14/23 | CCD 361 | RFCO 63 | $ 1,794.00 | |
| 03/14/23 | CCD 251 | RFCO 66 | $ 1,794.00 | |
| 03/23/23 | CCD393 | RFCO 68 | $ 17,071.00 | |
| 05/17/23 | CCD 443 | RFCO 78R2 | $ 10,699.00 | |
| 05/17/23 | CCD 470 PR 8 | RFCO 80 | $ 6,414.00 | |
| 06/15/23 | CCD 423 Unit 305, 306, 307 Changes | RFCO 85R2 | $ 19,826.00 | |
| 06/15/23 | CCD 423 Unit 305, 306, 307 Changes | RFCO 86R2 | $ 22,491.00 | |
| 06/15/23 | Custom milled material units portals | RFCO 81 Rev. 1 | $ 100,876.00 | |
| 08/14/23 | Unit 401 to be built on premium time | RFCO 94 | $ 64,305.00 | |
| 09/15/23 | Special Finish before casing and baseboard | RFCO 95 | $ 451,968.00 | |
| 01/15/24 | Housing and Storage costs | RFCO 96R1 | $ 191,956.00 | |
| 12/18/23 | CCD 632 Acceleration Costs | CCD-0632 | $ 72,904.00 | |
| 11/11/23 | Unit 401 MT-01 Metal surrounds | RFCO 105 | TBD | |
| 01/15/24 | Housing and storage costs | RFCO 109R1 | $ 91,624.00 | |
| | Schedule Acceleration ROM | Email dated 02/23/24 | $ 1,026,762.00 | |
| 03/27/24 | Installer costs negotiated for delayed start | RFCO 115 | $ 100,800.00 | |
| 06/18/24 | Housing and Storage costs | RFCO 116R1 | $ 13,441.00 | |
| 06/18/24 | Housing and Storage costs | RFCO 117 | $ 84,304.00 | |
| 08/08/24 | Storage facility and associated costs due to project delays | RFCO 118 | $ 302,711.00 | |
| 08/08/24 | Additional housing and supervision due to continued project schedule | RFCO 119 | $ 374,547.00 | |
| 09/19/24 | Arc Wood Replacement T&G ceiling materials | RFCO 120 | $ 411,853.00 | |
| 11/26/24 | Costs for storage, housing, and associated costs for extended project delay beyound the ammendment 4 schedule | RFCO 122 | $ 574,713.00 | |
| 12/20/24 | Lower finish height of Ceiling beams at Unit 401 Hallway | RFCO 125 | $ 4,648.00 | |
| 12/19/2024 | Fabrication Costs due to Delayed Elevator install | RFCO 126 | $ 15,877.00 | |
| 12/20/2024 | Unit 307 Premium Time | RFCO 127 | $ 65,628.00 | |
| 01/09/2025 | Add Plumbing shrould at Unit 109 bathroom | RFCO 128 | $ 3,506.00 | |
| 01/07/2025 | Change shelf depth at Unit 401 Office Tall Cabinets | RFCO 131 | $ 5,315.00 | |
| Ongoing | Costs for storage, housing, and associated costs for extended project delay beyound the ammendment 4 schedule and ongoing | TBD | TBD | |
| Ongoing | Costs associated with additional manpower & supervision due to compressed & unforeseen project schedule to include out of sequence work and multiple mobilizations within units not reflected in the contract schedule | TBD | TBD | |
| Ongoing | Costs associated with deliveries & Handling due to unreasonable jobsite constraints and restricted access to work areas | TBD | TBD | |
| Ongoing | Costs known and unknown associated with storage, delays, and general conditions | TBD | TBD | |
| Ongoing | Costs associated with damages of any kind due to project delays | TBD | TBD | |
| | | | | |
| | | | | |

H1 - Teton Village
Teton Village, WY

Sub-Contractor Exhibit A Form

| | |
|---|---|
| Total Claim Amount | $4,203,397 |
| | PLUS TBD AMOUNTS |
| Filled out by GC - Claim to owner | |
| Filled out by GC - Claim to GC | |

Alleghany Exhibit A

H1 - Teton Village
Teton Village, WY
Sub-Contractor Exhibit A Form

Sub-Contractor: Allegheny Millwork, Inc.

Contract Scope of Work: Doors, Frames, Hardware

Pay Aplication Period: Jan-25

| Date of Claim | Detailed Description of Claim | Source Document of Claim | Claim Amount $ | GC / Owner Claim - TO BE COMPLETED BY GC |
|---|---|---|---|---|
| 07/17/23 | Portella Scope | CCD 044/ASI 034 | $ (107,422.00) | |
| 04/13/23 | Total Door Scope | ASI 034R1 | $ 12,412.00 | |
| 07/28/23 | Add opening 235A 2082 Set #20 to GM's Office | CCD 216 ASI 209 | $ 4,748.00 | |
| 09/12/23 | Veneer Door Credits | COR-041 | $ 10,133.00 | |
| 09/23/24 | New casing detail for plaster design change- 5000 l/f partial order | COR-049 | $ 132,345.00 | |
| TBD | CCD 236/ASI 239 - Final pricing will be submitted based on approved submittal due to ongoing design changes to be finalized in future ASI | CCD 236/ASI 239 | TBD | |
| TBD | Cost Impacts thru CCD 44- final pricing will be submitted based on approved submittal due to ongoing design changes to be finalzied in future ASI | CCD 44 | TBD | |
| 02/23/24 | Schedule Acceleration ROM | Email dated 02/23/24 | $ 560,000.00 | |
| 10/8/2024 & 11/07/2024 | Costs associated with additional manpower & supervision due to compressed & unforeseen project schedule to include out of sequence work and multiple mobilizations within units not reflected in the contract schedule. Per project schedule, subcontractor was to begin installation on 10/21/2024, but due to delays by others, subcontract has still not had the opportunity to install. | Project Schedule dated 10/03/2024 & Notice of Delay | TBD | |
| | | Total Claim Amount | $ 612,216.00 PLUS TBD AMOUNTS | |
| | | Filled out by GC - Claim to owner | | |
| | | Filled out by GC - Claim to GC | | |

Allegheny Exhibit A

Date: 9/13/24

*Quote is valid for 30 days after this date
*Quote price may be subject to escalatio

ALLEGHENY MILLWORK

PCN # 21026



**RFCO # 120**

Job: 21026 - Teton Village

Layton Construction c/o Cooper Darling
Ext:

Reason For CO (Bull#/RFI#):

**Subject:** Arc Wood Replacement T&G ceiling materials

**Description:** Arc Wood replacement ceiling materials due to leaks and misalignment of other trades. Material was taken down off the ceilign by others and is needed to be replaced.

**Scope Item #:** 37, 105, 117, 55

| Cost Breakdown | | | Reg. Hrly. Rate | Hrs. | Cost |
|---|---|---|---|---|---|
| Materials | | | | | $213,371 |
| Laborer Labor | | | 100.00 | | |
| Carpenter Labor | | | 104.91 | 1854 | $194,503 |
| Foreman Labor | | | 109.58 | | |
| F&I Subcontract | | | | | |
| **Subtotal** | | | | | **$407,874** |
| Shipping/Handling | | | | | $14,000 |
| **Subtotal** | | | | | **$421,874** |
| OH & P | Material | 15.00% | | | $34,106 |
| OH & P | Subcontracts | 5.00% | | | $9,725 |
| **Subtotal** | | | | | **$465,704** |
| AWI QCP | | | | | |
| LEED | | | | | |
| Bond | | | | | |
| **Subtotal** | | | | | **$465,704** |
| **Tax** | | 7.00% | | | $14,936 |
| **Total** | | | | | **$480,640** |

**Exclusions:** Anything not listed above.

Sincerely,

*Robert Barnett*

**Schedule Impact**

**Phone:** **Ext.** **Mobile:** 724-825-9630
**Address:** 2909A Brick Church
**Email:** rbarnett@alleghenymillwork.com

Date

**Authorization and Acceptance to Proceed**

*Note: This change order request must be approved in writing before fabrication can proceed.*

Alleghany Exhibit A

Date: 9/13/24

*Quote is valid for 30 days after this date.*
*Quote price may be subject to escalation.*

ALLEGHENY MILLWORK



PCN # 21026

RFCO # 120

Items listed below are included in this RFCO

| Item | Mat. | Install | F&I Sub | Total |
|---|---|---|---|---|
| Arc Wood replacement light scheme ceiling T&G material for Unit 106 (1,690 SQFT) | $47,912 | $43,957 | | $91,869 |
| | | | | |
| Arc Wood replacement light scheme ceiling T&G material for Unit 205 (1,677 SQFT) | $47,543 | $43,852 | | $91,395 |
| | | | | |
| Arc Wood replacement light scheme ceiling T&G material for Unit 206 (2,129 SQFT) | $60,357 | $55,707 | | $116,064 |
| | | | | |
| Arc Wood replacement medium scheme ceiling T&G material for Unit 108 (1,938 SQFT) | $57,559 | $50,986 | | $108,545 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| Shipping/Handling | | | $14,000 |
| OH & P | Material | 15.00% | $34,106 |
| OH & P | Subcontracts | 5.00% | $9,725 |
| AWI QCP | | | |
| LEED | | | |
| Bond | | | |
| Tax | | 7.00% | $14,936 |
| Total | | | $480,640 |

Allegheny Exhibit A

Date: 9/13/24

*Quote is valid for 30 days after this date.*
*Quote price may be subject to escalation.*

ALLEGHENY MILLWORK

Page 1 of 2

PCN # 21026

**RFCO # 120**

Layton Construction c/o Cooper Darling
Ext:

Reason For CO (Bull#/RFI#):

| Job: 21026 - Teton Village | |
|---|---|
| | |
| Cost Impact: | $480,640 |
| Sched. Impact: | |
| Exclusions: | Anything not listed above. |

See page 2 for itemized list of scope included in this change order.

Date: 9/13/24
*Quote is valid for 30 days after this date.*
*Quote price may be subject to escalation.*

ALLEGHENY MILLWORK



PCN # 21026

**RFCO # 120**

| Items Listed below are included in this RFCO |
|---|
| Arc Wood replacement light scheme ceiling T&G material for Unit 106 (1,690 SQFT) |
| |
| Arc Wood replacement light scheme ceiling T&G material for Unit 205 (1,677 SQFT) |
| |
| Arc Wood replacement light scheme ceiling T&G material for Unit 206 (2,129 SQFT) |
| |
| Arc Wood replacement medium scheme ceiling T&G material for Unit 108 (1,938 SQFT) |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

Sincerely,

Robert Barnett

**Phone:** **Ext.** **Mobile:** 724-825-9630
**Address:** 2909A Brick Church
**Email:** rbarnett@alleghenymillwork.com

**Date** ________

**Authorization and Acceptance to Proceed**

*Note: This change order request must be approved in writing before fabrication can proceed.*

# AIA® Document G714® – 2017

## Construction Change Directive

**PROJECT:** *(name and address)*
Hoback Club
Jackson, WY

**CONTRACT INFORMATION:**
Contract For: AIA A133/A201
Date: May 28, 2021

**CCD INFORMATION:**
Directive Number: 632
Date: August 23, 2023

**OWNER:** *(name and address)*
Cody Lane Development Corp.
P.O. Box 734
Teton Village, WY 83025-0734

**ARCHITECT:** *(name and address)*
IBI Group, a CA partnership
10 Exchange Place, Suite #112
Salt Lake City, UT 84111

**CONTRACTOR:** *(name and address)*
Layton Construction Company, LLC
9090 South Sandy Parkway
Sandy, UT 84070

DEVELOPMENT MANAGER:
DDRM Jackson, LLC
800 Tuacahn Dr.
Ivins, UT 84738

The Contractor is hereby directed to make the following change(s) in this Contract:
*(Insert a detailed description of the change and, if applicable, attach or reference specific exhibits.)*

In accordance with sections 7.3 and 7.4 of the A201 General Conditions of the contract for construction, contractor is hereby directed to make the following change(s) in this contract:

Incorporate ASI 683 dated 08/09/2023 into the Contract with the associated drawings listed therein into the Work.

DIRECTIVE TO PROCEED (in accordance with Section 7.3.6 of the A201 General Conditions)
__X__ Proceed with the Work described above immediately and concurrently with proposed adjustments noted below.
_____ Proceed with proposal only for the Work described above in accordance with the proposed adjustments noted below.

**PROPOSED ADJUSTMENTS**

**1.** The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:

☐ Lump Sum decrease of $0.00

☐ Unit Price of $ per

☐ Cost, as defined below, plus the following fee:
*(Insert a definition of, or method for determining, cost)*

☒ As follows: The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:
____ Section 7.3.3.1 Mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation.
____ Section 7.3.3.2 Unit Prices stated in the Contract Documents or subsequently agreed upon.
__X__ Section 7.3.3.3 Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee.
____ Section 7.3.4 As per Section 7.3.4.
____ Section 7.4 Minor Changes in the Work – No adjustment in Guaranteed Maximum Cost or Contract Time.

AIA Document G714 – 2017. Copyright © 2001, 2007 and 2017. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This document was produced at 21:47:55 ET on 08/22/2023 under Order No.3104237960 which expires on 02/05/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
**User Notes:**

CCD 632

DocuSign Envelope ID: 7481FCD3-478F-4BC1-85AF-CC5FB2E9954C

**2.** The Contract Time is proposed to remain unchanged. The proposed adjustment, if any, is zero (0) days.

*NOTE: The Owner, Architect and Contractor should execute a Change Order to supersede this Construction Change Directive to the extent they agree upon adjustments to the Contract Sum, Contract Time, or Guaranteed Maximum price for the change(s) described herein.*

---

When signed by the Owner and Architect and received by the Contractor, this document becomes effective IMMEDIATELY as a Construction Change Directive (CCD), and the Contractor shall proceed with the change(s) described above.

Contractor signature indicates agreement with the proposed adjustments in Contract Sum and Contract Time set forth in this CCD.

DDRM Jackson, LLC
DEVELOPMENT MANAGER

DocuSigned by:
Marty Breen
GDA9ED498CA34F5...
SIGNATURE

Martin J. Breen, Principal

08/23/2023
DATE
8/28/2023 | 6:55 AM PDT

Note: Pursuant to Contract Exhibit F, Owner's signature is only required for single CCDs in excess of $750,000 or when collective CCDs together exceed $2,000,000, otherwise CCDs may be signed on behalf of the Owner by the Development Manager.

| | | |
|---|---|---|
| IBI Group, a CA partnership | Cody Lane Development Corp | Layton Construction Company, LLC |
| **ARCHITECT** *(Firm name)* | **OWNER** *(Firm name)* | **CONTRACTOR** *(Firm name)* |
| DocuSigned by: [signature] ...1C2656DA4DC... | DocuSigned by: [signature] ...E1900489... | |
| **SIGNATURE** | **SIGNATURE** | **SIGNATURE** |
| Steve Jones, AIA, Project Architect | David Saunders, President | Robert Minhondo, Construction Manager |
| **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** |
| 08/23/2023 | 08/23/2023 | |
| **DATE** | **DATE** | **DATE** |
| 8/30/2023 \| 8:02 AM PDT | 8/30/2023 \| 11:30 AM PDT | |

AIA Document G714 – 2017. Copyright © 2001, 2007 and 2017. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This document was produced at 21:47:55 ET on 08/22/2023 under Order No.3104237960 which expires on 02/05/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
**User Notes:**

DocuSign Envelope ID: 7481FCD3-478F-4BC1-85AF-CC5FB2E9954C



IBI

# Architect's Supplemental Instructions

**Project Title:** Teton H1
**ASI Number: 683**

**Issue Date:** August 9 ,2023

The Contractor shall carry out the Work in accordance with the following supplemental instructions without change in Contract Sum or Contract Time unless otherwise directed by an approved CCD. Proceeding with the Work in accordance with these instructions indicates your acknowledgment that there will be no change in the Contract Sum or Contract Time unless otherwise directed by an approved CCD.

**Description of Change(s):**

**This ASI is to issue the suite scheme matrix, and provide updates for Unit 107 Buyer Change Request for Finishes**

**Included Documents**

**Suite scheme matrix**

- Added information on current suite scheme matrix.
- The Suite scheme for unit 107 has changed from "Medium" Scheme to "Light" Scheme

10 Exchange Place, Suite 112 Salt Lake City, UT84111 USA Bus: (801) 532-4233 Fax: (801) 532-4231

IBI is a group of companies practicing professional consulting.

CSD 632
DocuSign Envelope ID: 7481FCD3-478F-4BC1-85AF-CC5FB2E9954C

| FLOOR LEVEL | CONST UNIT # | SALES UNIT # | BUYER | Design Scheme | Finish Comments |
|---|---|---|---|---|---|
| 1 | 103<br>103A<br>103 Total | 430 | | Light | |
| 1 | 104 | 435 | | Medium | Paint (PT-01-S & PT-02-S) and plaster (DF-01-S & DF-02-S) throughout unit to be light scheme. All Silver Travertine in the Master Bathroom (SS-01-S, ST-05A-S, ST-05C-S ) to be Calacatta Borghini Gold Vein from Light Scheme. Stone slabs to be locally sourced. |
| 1 | 105 | 445 | | Light | |
| 1 | ***106*** | ***455*** | | ***Light*** | |
| 1 | 107<br>107A<br>107 Unit Total | 465 | | Light | |
| 1 | 108<br>108A<br>108 Unit Total | 475 | | Medium | |
| 1 | 109<br>109A<br>109 Unit Total | 490 | | Medium | |
| 2 | 203<br>203A<br>203 Unit Total | 530 | | Light | |
| 2 | 204<br>***204A***<br>204B<br>204 Unit Total | 540 | | Light | |
| 2 | 205<br>205A<br>205 Unit Total | 550 | | Light | |
| 2 | 206<br>206A<br>206 Unit Total | 580 | | Light | |
| 2 | 207<br>207A<br>207 Unit Total | 590 | | Light | |
| 3 | 301<br>301A<br>301 Unit Total | 600 | | Light | |
| 3 | 302<br>302A<br>302B<br>302 Unit Total | 610 | | Light | |
| 3 | 303<br>303A<br>303 Unit Total | 630 | | Light | |
| 3 | 304<br>304A<br>304B<br>304 Unit Total | 640 | | Dark | |
| 3 | 305<br>305A<br>305 Unit Total | 650 | | Light | |
| 3 | 306 | 660 | LAFFONT | Custom | |
| 3 | 307 | 690 | LAFFONT | Custom | |
| 4 | 401<br>401A<br>401B<br>401 Unit Totals | 700 | AINSLIE | Custom | |
| 4 | 402<br>402A<br>402 Unit Totals | 710 | | Light | |
| 4 | 403<br>403A<br>403 Unit Totals | 730 | | Medium | |
| 4 | 404<br>404A<br>404 Unit Totals | 740 | | Light | |
| 5 | 501<br>501A<br>501B<br>501 Unit Totals | 800 | SAUNDERS | Custom | |
| 5 | 502<br>502A<br>502 Unit Totals | 810 | | Light | |

DocuSign Envelope ID: 3F8455A4-5F79-4748-BFE4-8D01562824FB


# AIA® Document G714™ – 2017

## Construction Change Directive

**PROJECT:** *(name and address)*
Hoback Club
Jackson, WY

**OWNER:** *(name and address)*
Cody Lane Development Corp.
P.O. Box 734
Teton Village, WY 83025-0734

DEVELOPMENT MANAGER:
DDRM Jackson, LLC
800 Tuacahn Dr.
Ivins, UT 84738

**CONTRACT INFORMATION:**
Contract For: AIA A133/A201
Date: May 28, 2021

**ARCHITECT:** *(name and address)*
IBI Group, a CA partnership
10 Exchange Place, Suite #112
Salt Lake City, UT 84111

**CCD INFORMATION:**
Directive Number: 044
Date: April 27, 2022

**CONTRACTOR:** *(name and address)*
Layton Construction Company, LLC
Remove

The Contractor is hereby directed to make the following change(s) in this Contract:
*(Insert a detailed description of the change and, if applicable, attach or reference specific exhibits.)*

In accordance with section 7.3 of the A201 General condtions of the contract for construction, contractor is hereby directed to make the following change(s) in this contract:

Incorporate ASI 034 dated 04/25/2022 with the associated drawings & specification listed therein into the Work. This ASI contains updated drawings and specification for doors, frames, hardware and access control.

Reconcile the below allowances and remove related qualification carried in the GMP contract. Provide a net pricing of the changes with appropriate breakdown to establish the net difference in scope and cost between the current Contract Documents and the ASI 034.

Exhibit H
08.10 Doors, Frames & Hardware
Decorative Metal Frames with MT-06 finish due to Chris French Metals refusal to quote this finish on exterior doors, fire rated doors, or any door and frame in a high moisture environment. The MT-06 metal finish will rust rapidly and cannot maintain a guaranteed fire rated opening with this finish. $250,000
Lever Resolution for compatibility with RFID lock system $12,000
Lever design resolution with two different designs $4,000

09.23 Framing & Drywall - Interior
Allowance to provide Rough Carpentry at jambs and headers to support Wood Frames and Wood Doors $205,000

14.00 Elevators
Allowance for additional access control to the founder's units $45,000

Exhibit E
Remove all related qualification carried in the GMP contract

The below sections from ASI 034 are Owner directed changes: Section 7.3.3.3 Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee.
D,E,I2,I4,I6,I7,J1,J2,J5,J6,J7,J8,J9,J10,J11,J12,J14,J15,J16,J18,J19,J20,K1,L1,L2,L3,M1,M2,M3.

The below sections from ASI 034 are Clarifications only no scope change: Section 7.4 Minor Changes in the Work – No adjustment in Guaranteed Maximum Cost or Contract Time.

**AIA Document G714™ – 2017.** Copyright © 2001, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:57:52 ET on 04/27/2022 under Order No.3104236475 which expires on 02/05/2023, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**
(3B9ADA55)

DocuSign Envelope ID: 3F8455A4-5F79-4748-BFE4-8D01562824FB

A1,B,C,F,G,H,I1,I3,I8,I9,I10,I11,J3,J4,J13,J17,J21,J22,J23,J27,J28,J29

The below sections from ASI 034 are scope changes:Section 7.3.3.3 Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee.
I5,J24, J25,J26

DIRECTIVE TO PROCEED (in accordance with Section 7.3.6 of the A201 General Conditions)
__X__ Proceed with the Work described above immediately and concurrently with proposed adjustments noted below.
____ Proceed with proposal only for the Work described above in accordance with the proposed adjustments noted below.

**PROPOSED ADJUSTMENTS**

**1.** The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:

☐ Lump Sum decrease of $0.00

☐ Unit Price of $ per

☐ Cost, as defined below, plus the following fee:
*(Insert a definition of, or method for determining, cost)*

☒ As follows: The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:
____ Section 7.3.3.1 Mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation.
____ Section 7.3.3.2 Unit Prices stated in the Contract Documents or subsequently agreed upon.
__X__ Section 7.3.3.3 Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee.
____ Section 7.3.4 As per Section 7.3.4.
__X__ Section 7.4 Minor Changes in the Work – No adjustment in Guaranteed Maximum Cost or Contract Time.

**2.** The Contract Time is proposed to remain unchanged. The proposed adjustment, if any, is zero (0) days.

*NOTE: The Owner, Architect and Contractor should execute a Change Order to supersede this Construction Change Directive to the extent they agree upon adjustments to the Contract Sum, Contract Time, or Guaranteed Maximum price for the change(s) described herein.*

**AIA Document G714™ – 2017.** Copyright © 2001, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:57:52 ET on 04/27/2022 under Order No.3104236475 which expires on 02/05/2023, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:** (3B9ADA55)

DocuSign Envelope ID: 3F8455A4-5F79-4748-BFE4-8D01562824FB

CCD044/ASI 034

When signed by the Owner and Architect and received by the Contractor, this document becomes effective IMMEDIATELY as a Construction Change Directive (CCD), and the Contractor shall proceed with the change(s) described above.

Contractor signature indicates agreement with the proposed adjustments in Contract Sum and Contract Time set forth in this CCD.

DDRM Jackson, LLC
DEVELOPMENT MANAGER

DocuSigned by:
Marty Breen
SIGNATURE DA9ED498CA34F5...

Martin J. Breen, Principal

April 27, 2022
DATE

Note: Pursuant to Contract Exhibit F, Owner's signature is only required for single CCDs in excess of $750,000 or when collective CCDs together exceed $2,000,000, otherwise CCDs may be signed on behalf of the Owner by the Development Manager.

| IBI Group, a CA partnership | Cody Lane Development Corp | Layton Construction Company, LLC |
|---|---|---|
| **ARCHITECT** *(Firm name)* | **OWNER** *(Firm name)* | **CONTRACTOR** *(Firm name)* |
| DocuSigned by: [signature] E431C2656DA4DC... **SIGNATURE** | DocuSigned by: [signature] FB45F60E1900489... **SIGNATURE** | **SIGNATURE** |
| Steve Jones, AIA, Project Architect | David C. Saunders, President | Matthew Noyce, Sr. Project Manager |
| **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** |
| April 27, 2022 | | |
| **DATE** | **DATE** | **DATE** |

**AIA Document G714™ – 2017.** Copyright © 2001, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 16:57:52 ET on 04/27/2022 under Order No.3104236475 which expires on 02/05/2023, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**
(3B9ADA55)

CCD 216/ASI 209

DocuSign Envelope ID: 2A61ACF1-0BE7-44BF-91FA-DC1A9193EBA7

# AIA® Document G714™ – 2017

## Construction Change Directive

**PROJECT:** *(name and address)*
Hoback Club
Jackson, WY

**OWNER:** *(name and address)*
Cody Lane Development Corp.
P.O. Box 734
Teton Village, WY 83025-0734

DEVELOPMENT MANAGER:
DDRM Jackson, LLC
800 Tuacahn Dr.
Ivins, UT 84738

**CONTRACT INFORMATION:**
Contract For: AIA A133/A201
Date: May 28, 2021

**ARCHITECT:** *(name and address)*
IBI Group, a CA partnership
10 Exchange Place, Suite #112
Salt Lake City, UT 84111

**CCD INFORMATION:**
Directive Number: 216
Date: November 30, 2022

**CONTRACTOR:** *(name and address)*
Layton Construction Company, LLC
9090 South Sandy Parkway
Sandy, UT 84070

The Contractor is hereby directed to make the following change(s) in this Contract:
*(Insert a detailed description of the change and, if applicable, attach or reference specific exhibits.)*

In accordance with sections 7.3 and 7.4 of the A201 General conditions of the contract for construction, contractor is hereby directed to make the following change(s) in this contract:

Incorporate ASI-209 dated 11/22/22 into the Contract with the associated Drawings listed therein into the Work.

DIRECTIVE TO PROCEED (in accordance with Section 7.3.6 of the A201 General Conditions)
__x__ Proceed with the Work described above immediately and concurrently with proposed adjustments noted below.
_____ Proceed with proposal only for the Work described above in accordance with the proposed adjustments noted below.

**PROPOSED ADJUSTMENTS**

**1.** The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:

☐ Lump Sum decrease of $0.00

☐ Unit Price of $ per

☐ Cost, as defined below, plus the following fee:
*(Insert a definition of, or method for determining, cost)*

☒ As follows: The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:
_____ Section 7.3.3.1 Mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation.
_____ Section 7.3.3.2 Unit Prices stated in the Contract Documents or subsequently agreed upon.
__X__ Section 7.3.3.3 Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee.
_____ Section 7.3.4 As per Section 7.3.4.
_____ Section 7.4 Minor Changes in the Work – No adjustment in Guaranteed Maximum Cost or Contract Time.

**AIA Document G714™ – 2017.** Copyright © 2001, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:59:33 ET on 11/30/2022 under Order No.3104236475 which expires on 02/05/2023, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:** (3B9ADA4F)

**2.** The Contract Time is proposed to remain unchanged. The proposed adjustment, if any, is zero (0) days.

*NOTE: The Owner, Architect and Contractor should execute a Change Order to supersede this Construction Change Directive to the extent they agree upon adjustments to the Contract Sum, Contract Time, or Guaranteed Maximum price for the change(s) described herein.*

When signed by the Owner and Architect and received by the Contractor, this document becomes effective IMMEDIATELY as a Construction Change Directive (CCD), and the Contractor shall proceed with the change(s) described above.

Contractor signature indicates agreement with the proposed adjustments in Contract Sum and Contract Time set forth in this CCD.

DDRM Jackson, LLC
DEVELOPMENT MANAGER

DocuSigned by:
Marty Breen
SIGNATURE 9A9ED498CA34F5...

Martin J. Breen, Principal

11/30/2022
DATE
12/1/2022 | 4:07 PM PST

Note: Pursuant to Contract Exhibit F, Owner's signature is only required for single CCDs in excess of $750,000 or when collective CCDs together exceed $2,000,000, otherwise CCDs may be signed on behalf of the Owner by the Development Manager.

| | | |
|---|---|---|
| IBI Group, a CA partnership | Cody Lane Development Corp | Layton Construction Company, LLC |
| **ARCHITECT** *(Firm name)* | **OWNER** *(Firm name)* | **CONTRACTOR** *(Firm name)* |
| DocuSigned by: [signature] 1E431C2656DA4DC... | DocuSigned by: [signature] 345F60E1900489... | |
| **SIGNATURE** | **SIGNATURE** | **SIGNATURE** |
| Steve Jones, AIA, Project Architect | David Saunders, CEO<br>~~Not Required~~ --- | Robert Minhondo, Construction Manager |
| **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** |
| 11/30/2022 | | |
| **DATE** | **DATE** | **DATE** |
| 12/2/2022 \| 12:18 PM PST | 12/6/2022 \| 2:26 PM PST | |

**AIA Document G714™ – 2017.** Copyright © 2001, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:59:33 ET on 11/30/2022 under Order No.3104236475 which expires on 02/05/2023, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**
(3B9ADA4F)

DocuSign Envelope ID: 2A61ACF1-0BE7-44BF-91FA-DC1A9193EBA7

IBI

# Architect's Supplemental Instructions

**Project Title:** Teton H1
**ASI Number: 0209**

**Issue Date:** November 22, 2022

The Contractor shall carry out the Work in accordance with the following supplemental instructions without change in Contract Sum or Contract Time unless otherwise directed by an approved CCD. Proceeding with the Work in accordance with these instructions indicates your acknowledgment that there will be no change in the Contract Sum or Contract Time unless otherwise directed by an approved CCD.

**Description of Change(s):**
**This ASI add a coat closet to the GM Office & add millwork cabinet to the Kids Room, per owner requested change during FFE review.**

**Included Drawings:**

**ASK-209:**
- Modified walls to accommodate new closet opening
- Add new concealed plaster finish door

**IDSK-209:**
- Updated plans and elevations to show new closet in GM office
- Added millwork in the Kid's room

**ID502.10:**
- Added section through GM coat closet
- Added Millwork drawings for Kids room storage

**Interior Architectural Woodwork Schedule**
- Added CH-21 (pull), WC-16 and WC-17 (finishes for cabinetry) for new kids room storage unit

DocuSign Envelope ID: 2A61ACF1-0BE7-44BF-91FA-DC1A9193EBA7

CCD 216/ASI 209




1 GM OFFICE
Scale: 1/4" = 1'-0"

## GENERAL NOTES DOORS

1. G.C. TO COORDINATE LOCATION OF UNIT DOORS WITHIN FIRE-RATED ASSEMBLY FOR CORRECT PLACEMENT OF DOOR TYPE WHERE SHOWN ON ENLARGED FLOOR PLANS/ UNIT FLOOR PLANS.
2. REFER TO ID SPECIFICATIONS FOR SPECIFIC DOOR HARDWARE TO COORDINATE WITH THE HARDWARE OF ARCHITECTURAL SPECS.
3. REFER TO SPECIFICATIONS FOR FINISH TYPE INFORMATION.
4. IF NO FRAME TYPE, FRAME BY MFG. INSTALL AS PER MFG. SPECIFICATIONS.
5. FRC = FIRE RATED CORE REFER TO SPEC FOR INFORMATION ON MINERAL DOOR WITH WOOD VENEER
6. PB = PARTICLE BOARD CORE WITH WOOD VENEER
7. AF = NAUF CORE WITH WOOD VENEER
8. S = SMOKE SEAL
9. CASBID = COLOR AS SELECTED BY ID PER MFG. SAMPLES
10. UNIT DOOR LEGEND:
EXAMPLE: BS2P

FIRST LETTER INDICATES DOOR TYPE FROM A901
SECOND INDICATES UNIT TYPE
E = EMPLOYEE
S = SUITE
F = FOUNDER UNITS

NUMBER INDICATES SIZE, HARDWARE, OR FIRE RATED DIFFERENCE

P AT THE END OF UNIT DOOR TYPE INDICATES PRIVACY

11. DOORS AT BEDROOMS, DENS, EQUIPMENT CLOSETS, BATHROOMS, AND LAUNDRY AREAS GET DOUBLE ROW OF DOOR SEALS.
12. SEE OWNER APPROVED UNIT THEME SUMMARY TO DETERMINE WHICH THEMES APPLY TO WHICH SUITES.

DOOR SCHEDULE LEVEL 02 GM OFFICE

| | | Door | | | | | Panel | | | | | Frame | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Location | Type | Width | Width | Height | Thickness | Material | Core | Finish | Glazing | Glazing Thickness | Type | Material | Core | Finish | Fire Rating (minutes) | HW | Comments |
| 235A | GM OFFICE | 1 | 2' - 0" | | 8' - 2" | 1 3/4" | | SOLID | DF-02-F | <-> | 0" | | | <-> | | NA | 20.0 | |

| ISSUES | | |
|---|---|---|
| No. | DESCRIPTION | DATE |
| 166 | ASI-209 | 2022.11.11 |

IBI GROUP
55 St. Clair Avenue West,
Toronto, ON M4V 2Y7, Canada
tel 416 596 1930 fax 416 596 0644
ibigroup.com

PROJECT TITLE
TETON H1

SKETCH TITLE
ASI 209 GM OFFICE

SCALE
AS NOTED
JOB NO.
119374
DRAWN BY
CSE

SKETCH NO.
ASK-209

REF SHEET

REF RFI

DO NOT SCALE THIS DRAWING. THE CONTRACTOR SHALL BE RESPONSIBLE FOR TAKING AND VERIFYING ALL THE DIMENSIONS AND REPORTING ERRORS AND/OR OMISSIONS TO THE ARCHITECT IN WRITING BEFORE PROCEEDING WITH THE WORK.

DocuSign Envelope ID: 2A61ACF1-0BE7-44BF-91FA-DC1A9193EBA7

CCD 216/ASI 209




1 IDSK-209 LEVEL 02 - REFERENCE PLAN AREA C - AMENITIES - GM OFFICE
Scale: 1/4" = 1'-0" Referencing Sheet:ID103.9




4 IDSK-209 AMENITIES - GM OFFICE (EAST) - VIEW 1
Scale: 1/4" = 1'-0" Referencing Sheet: 10/ID205.1




5 IDSK-209 LEVEL 02 - REFERENCE PLAN AREA C - AMENITIES - KIDS ROOM
Scale: 1/4" = 1'-0" Referencing Sheet:ID103.9




2 IDSK-209 LEVEL 02 - REFLECTED CEILING PLAN AREA C - AMENITIES - GM OFFICE
Scale: 1/4" = 1'-0" Referencing Sheet:ID103.10




6 IDSK-209 ASI 209 - AMENITIES - KID'S ROOM (NORTH)
Scale: 1/4" = 1'-0" Referencing Sheet: 5/ID205.1




3 IDSK-209 LEVEL 02 - FINISHES PLAN AREA C - AMENITIES - GM OFFICE
Scale: 1/4" = 1'-0" Referencing Sheet:ID103.11

ISSUES

| No. | DESCRIPTION | DATE |
|---|---|---|
| 10 | ADDENDUM 10 | 2021.03.31 |
| 30 | ASI-030 | 2022.04.01 |
| 45 | ASI-056 | 2022.06.21 |
| 110 | ASI-056.5 | 2022.11.08 |
| 116 | ASI-209 (GM Office & Kid's Room Millwork) | 2022.11.11 |

IBI

IBI GROUP
55 St. Clair Avenue West
Toronto, ON M4V 2Y7, Canada
tel 416 596 1930 fax 416 596 0644
ibigroup.com

PROJECT TITLE: TETON H1-ID

SKETCH TITLE: ASI-209 - GM OFFICE & KIDS ROOM

SCALE: 1/4" = 1'-0"
JOB NO.: 119374
DRAWN BY: SK
SKETCH NO.: IDSK-209
REF SHEET
REF RFI: ASI 209

DO NOT SCALE THIS DRAWING. THE CONTRACTOR SHALL BE RESPONSIBLE FOR TAKING AND VERIFYING ALL THE DIMENSIONS AND REPORTING ERRORS AND/OR OMISSIONS TO THE ARCHITECT IN WRITING BEFORE PROCEEDING WITH THE WORK.

CCD 216/ASI 209



1 LEVEL 02 - KIDS ROOM STORAGE - PLAN
ID502.10 Scale: 1/2" = 1'-0"



2 LEVEL 02 - KIDS ROOM STORAGE - ELEVATION
ID502.10 Scale: 1/2" = 1'-0"



3 LEVEL 02 - KIDS ROOM STORAGE - SECTION 1
ID502.10 Scale: 1" = 1'-0"



4 LEVEL 02 - KIDS ROOM STORAGE - SECTION 2
ID502.10 Scale: 1" = 1'-0"



5 3D VIEW - KIDS ROOM MILLWORK
ID502.10 Scale:



10 L2 - GM OFFICE - CLOSET - SECTION
ID502.10 Scale: 1" = 1'-0"

GENERAL NOTES (ENLARGED PLANS, ELEVATIONS & SECTION DETAILS)

LEGEND

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1-ID

CONSTRUCTION SET

L2 LEVEL - GM & KIDS ROOM MILLWORK DETAILS -1

ID502.10

2022-11-17 12:39 PM

DocuSign Envelope ID: 2A61ACF1-0BE7-44BF-91FA-DC1A9193EBA7

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-209 (AMENITIES)
NOVEMBER 11, 2022

## INTERIOR ARCHITECTURAL WOODWORK SCHEDULE - TABLE OF CONTENTS

INCLUDED:


1. GENERAL NOTES

2. SCHEDULE INDEX

3. INTERIOR ARCHITECTURAL WOODWORK SCHEDULE

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-209 (AMENITIES)
NOVEMBER 11, 2022

# INTERIOR ARCHITECTURAL WOODWORK SCHEDULE - GENERAL NOTES

## GENERAL NOTE:

THIS DOCUMENT IS TO BE READ IN CONJUNCTION WITH THE PERFORMANCE DOCUMENTS. CONTRACTOR IS RESPONSIBLE FOR ENSURING THAT ALL SPECIFIED ITEMS ARE SUBMITTED TO IBI GROUP FOR DESIGNER'S APPROVAL PRIOR TO PROCEEDING WITH WORK. IBI GROUP MUST APPROVE ANY SUBSTITUTIONS.

## WOOD FINISHES

1. All veneer core elements will be clear straight-grain lumber of the best grade of the specified species.
2. Veneers are to be of similar thickness, density and characteristics to prevent any warping.
3. Veneers may not contain any open joints, face depressions, glue stains or other manufacturing irregularities.
4. All finishes will be selected to withstand heat, acid and water stains.
5. Items that require a paint finish will be shop sprayed except where impractical.
6. All paint and finish materials will be pure, unadulterated and the best quality from the specified vendor as indicated on drawings and specifications.
7. All finishes must match approved samples.
8. Finishes will be clean and clear in tone, smooth and without variation between any sides.
9. All work will be thoroughly sanded smooth and cleaned before any finish is applied.
10. All undercoats will be sanded smooth and sharp edges softened.

## INTERIOR KITCHEN & VANITY CABINET FINISHES

PLASTIC LAMINATE AND VINYL COATING

1. Refer to ID Drawings and Millwork Details for location of plastic laminated surfaces.
2. Substitutes, if any, to plastic laminates to be submitted to the Designer for review and approval, prior to ordering.
3. Door and gable edges to be finished with PVC banding of matching color, applied flush with laminated edge, with hairline joints.
4. Where/If laminate must must be seamed, provide flush and tight hairline joints.
5. All interior exposed surfaces to receive white laminate finish, unless specified otherwise.
6. If thermofoiled cabinet doors required, thermofoil vinyl coating is to match Plastic laminate finish of the cabinets in colour and pattern (if any). Samples to be provided to the Designer for review and approval.

## HARDWARE

1. IBI Group specifications describe functional and aesthetic information only. For further detailed technical information and support componentry requirements contact Manufacturer/Source directly.
2. General Contractor is responsible for ensuring the ordering and installation of all background and support componentry required as per the Manufacturer's recommendation for each hardware/accessory specification.
3. Fabricator/Installer to follow Manufacturer's installation recommendations.
4. If substituted, proposed alternatives to be provided to designer ( IBI Group) for review and approval, prior to purchase or manufacture.
5. Manufacturer to provide cleaning and maintenance instructions for all materials and items specified.
6. All door types, hardware specifications, fire rating requirements to be confirmed by the architect and hardware supplier prior to ordering. Shop drawings to be provided to designer ( IBI Group) for review and approval prior to purchase or manufacture.
7. Shop drawings submitted by hardware suppliers to include all hardware items specified by hardware consultant for final approval of size, finish, etc.

DocuSign Envelope ID: 2A61ACF1-0BE7-44BF-91FA-DC1A9193EBA7

IBI
NICOLEHOLLIS

TETON H I
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-209 (AMENITIES)
NOVEMBER 11, 2022

## INTERIOR ARCHITECTURAL WOODWORK SCHEDULE

### METAL

1. Metal joints must be completely welded, excess solder removed and joint polished to make an invisible weld. Solid metal should be bevelled before pieces are jointed to make a strong connection.
2. Aluminum connections may be welded or mechanically fastened.
3. The minimal use of high-grade metal filler is acceptable for cosmetic purposes only.
4. The use of metal filler as a substitute for proper joining or specified metal components is unacceptable.
5. For all metal fabrication, edges must be smooth and free of excess solder, burrs and sharp edges.
6. Acceptable metal finishes include plating, anodizing or powder coating. Finishes will be suitable for use in varying climatic situations, impervious to damage from exposure to extreme humidity, and known not to be liable for discoloration, rusting, corrosion, mildew, delamination, and cracking, warping, chipping or flaking.
7. For metal finishes, all paint or other finish materials are to be pure and of the best quality from the specified vendor as indicated on drawings and specifications.
8. All items will be finished as indicated on the approved shop drawings and specifications.
9. All finishes must match approved samples.
10. Aluminum connections may be welded or mechanically fastened.

NOTE:
PROCUREMENT AGENT IS RESPONSIBLE FOR SOURCING ALTERNATIVE FURNITURE AND ACCESSORY ITEMS AS SUBSTITUTIONS FOR ITEMS SPECIFIED IN THIS PACKAGE. SUBSTITUTIONS MAY BE REQUIRED WHERE: THE ITEM MAY NO LONGER BE AVAILABLE OR WHERE THE SPECIFIED ITEM DOES NOT MEET THE CLIENTS BUDGETARY REQUIREMENTS. DESIGNERS SPECIFICATIONS ARE PROVIDED FOR DESIGN INTENT ONLY AND WILL CONVEY INFORMATION FOR PRODUCTS AND THEIR MANUFACTURERS. DESIGNER SHALL NOT BE RESPONSIBLE FOR INFRINGEMENTS OF COPYRIGHTS OR OTHER INTELLECTUAL PROPERTY RIGHTS IF CLIENT CHOOSES TO HAVE PRODUCTS MADE BY THIRD PARTIES OTHER THAN THOSE SPECIFIED BY DESIGNER. THE CLIENT SHALL BE SOLELY RESPONSIBLE FOR INSURING THAT ANY PRODUCT PROVIDED DOES NOT VIOLATE THE COPYRIGHT OR OTHER INTELLECTUAL PROPERTY RIGHTS OF ANY THIRD PARTY. ANY APPROVAL BY DESIGNER OF STRIKE OFFS, FINISH SAMPLES AND SHOP DRAWINGS PRIOR TO PRODUCTION SHALL ALTER DESIGNERS LIABILITY IN THIS REGARD.

CONTRACTOR IS RESPONSIBLE FOR ENSURING THAT ALL SPECIFIED ITEMS ARE SUBMITTED TO PAGE & STEELE / IBI GROUP FOR DESIGNER'S APPROVAL PRIOR TO PROCEEDING WITH WORK. PAGE & STEELE / IBI GROUP MUST APPROVE ANY SUBSTITUTIONS.

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-209 (AMENITIES)
NOVEMBER 11, 2022

## INTERIOR ARCHITECTURAL WOODWORK SCHEDULE - INDEX

| ITEM NO. | LOCATION | DESCRIPTION | ISSUE DATE | REVISION DATE |
|---|---|---|---|---|
| CABINET AND DRAWER HARDWARE (CH) - SECTION 06 41 00 | | | | |
| CH-01 | MILLWORK | COVE HANDLES | OCT.01.2021 | |
| CH-02 | WINE STORAGE CHEF'S TABLE | RFID LOCK | OCT.01.2021 | |
| CH-03 | SKI LOCKERS | CHARGING DOCK | OCT.01.2021 | |
| CH-04 | WINE STORAGE CHEF'S TABLE | CABINET PULLS | OCT.01.2021 | |
| CH-05 | BAR LOUNGE | COUNTER HOOKS | OCT.01.2021 | |
| CH-06 | MILLWORK @ FITNESS, INDOOR POOL ENTRY AND GAME ROOM | CABINET PULLS | OCT.01.2021 | |
| CH-07 | APPLIANCES @ BACK BAR | CABINET PULLS | OCT.01.2021 | |
| CH-08 | SKI LOCKERS | HANGING ROD | OCT.01.2021 | |
| CH-09 | BUFFET | SNEEZE GUARD | OCT.01.2021 | |
| CH-10 | P1 AND L1 SKI LOCKERS TOWEL DROP, LEVEL 1 CHANGE ROOMS. TOWEL DROP OFF, LEVEL 1 FITNESS AND INDOOR POOL TOWEL DROP OFF | COUNTER GROMMET | OCT.01.2021 | |
| CH-11 | SKI LOCKERS | POWER GROMMET | OCT.01.2021 | |
| CH-12 | SKI LOCKERS | METAL DRAIN GRATE + PAN | OCT.01.2021 | |
| CH-13 | SKI LOCKERS | RFID LOCK | OCT.01.2021 | |
| CH-14 | MILLWORK | COUNTER GROMMET | OCT.01.2021 | |
| CH-15 | GRAB & GO | COUNTER GROMMET @ TRASH RECEPTACLES | OCT.01.2021 | |
| CH-16 | BAR | GROUND CONTROL POWER OUTLET | OCT.01.2021 | |
| CH-17 | BUFFET | SINGLE FOLDING DOOR SYSTEM | OCT.01.2021 | |
| CH-18 | BUFFET | 3 DOOR FOLDING SYSTEM | OCT.01.2021 | |
| CH-19 | BUFFET | 2 TO 4 DOOR FOLDING SYSTEM | OCT.01.2021 | |
| CH-20 | WINE STORAGE CHEF'S TABLE | WINE DISPLAY DOOR HINGE | | |
| CH-21 | KIDS ROOM | CABINET KNOB | | NOV.11.2022 |
| WOOD CASEWORK (WC) - SECTION 06 41 00 | | | | |
| WC-01 | P1 & L1 SKI LOCKERS | MILLWORK FINISH AND CASING | OCT.01.2021 | |
| WC-02 | FITNESS, POOL, BUFFET, GAMES & GOLF | MILLWORK FINISH | OCT.01.2021 | |
| WC-03 | P1 & P2 COMFORT STATION, L3 GRAB & GO, L1 GRAB & GO, L2 GRAB & GO, CONCIERGE @ FSL | MILLWORK FINISH | OCT.01.2021 | |
| WC-04 | SPA LOCKER ROOM, WATERCIRCUT MILLWORK, RELAXATION LOUNGE MILLWORK & TREATMENT ROOMS | MILLWORK FINISH | OCT.01.2021 | |
| WC-05 | FITNESS, BUFFET, GAMES & GOLF | MILLWORK FINISH | OCT.01.2021 | |
| WC-06 | P1 & L1 SKI LOCKERS | MILLWORK FINISH AND CASING | OCT.01.2021 | |
| WC-07 | SHELVING THROUGHOUT | MILLWORK FINISH | OCT.01.2021 | |

NOTE: FOR STONE COUNTERTOPS REFER TO INTERIOR FINISHES SCHEDULE

DocuSign Envelope ID: 2A61ACF1-0BE7-44BF-91FA-DC1A9193EBA7

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-209 (AMENITIES)
NOVEMBER 11, 2022

## INTERIOR ARCHITECTURAL WOODWORK SCHEDULE - INDEX

| ITEM NO. | LOCATION | DESCRIPTION | ISSUE DATE | REVISION DATE |
|---|---|---|---|---|
| WC-08 | AIRLOCK | MILLWORK FINISH | OCT.01.2021 | |
| WC-09 | NOT IN USE | | | |
| WC-10 | BAR LOUNGE | MILLWORK FINISH | OCT.01.2021 | |
| WC-10A | BAR LOUNGE | MILLWORK FINISH | OCT.01.2021 | |
| WC-10B | CHEFS TABLE | OPERABLE PARTITION FINISH | OCT.01.2021 | |
| WC-11 | BAR LOUNGE | BAR TOP FINISH | OCT.01.2021 | |
| WC-12 | CHEF'S TABLE WINE STORAGE | MILLWORK FINISH | OCT.01.2021 | |
| WC-13 | CORRIDORS | WOOD PORTAL FINISH | OCT.01.2021 | |
| WC-14 | FEATURE STAIR | STAIR MILLWORK | OCT.01.2021 | |
| WC-15 | GREAT HALL, BAR & FIRESIDE LOUNGE | WOOD PORTAL FINISH | OCT.01.2021 | |
| WC-16 | KIDS ROOM | MILLWORK FINISH | | NOV.11.2022 |
| WC-17 | KIDS ROOM | MILLWORK FINISH | | NOV.11.2022 |
| INTERIOR FINISH CARPENTRY (WC) - SECTION 06 20 23 | | | | |
| WF-01 | SPA RETAIL WALL & INDOOR POOL | RIBBED WALL PANEL FINISH | OCT.01.2021 | |
| WF-02 | GREAT HALL | WOOD T&G WALLS | OCT.01.2021 | |
| WF-03 | GAMES ROOM | FLUTED WAINSCOT FINISH | OCT.01.2021 | |
| WF-03A | GAMES ROOM | WAINSCOT TRIM PIECE | OCT.01.2021 | |
| WF-04 | SUITE DOOR DROPS | WOOD T&G | OCT.01.2021 | |
| WF-05 | VIRTUAL GOLF | LEATHER WALL PANELS | OCT.01.2021 | |
| WF-06 | L2 & P2 WATERCLOSETS | WOOD T&G | OCT.01.2021 | |
| WF-07 | P2 LOBBY | WOOD T&G | OCT.01.2021 | |
| WF-08 | SALT ROOM | SALT PANELS FRAME | OCT.01.2021 | |

NOTE: FOR STONE COUNTERTOPS REFER TO INTERIOR FINISHES SCHEDULE

IBI
NICOLEHOLLIS

TETON HI
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-209 (AMENITIES)
NOVEMBER 11, 2022

## INTERIOR ARCHITECTURAL WOODWORK SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| CABINET AND DRAWER HARDWARE (CH) - SECTION 06 41 00 | | | | |
| CH-20 | Wine Display Door Hinge<br><br>Manufacturer: CR Laurence<br>Product:<br>CRL Matte Black Hydraulic Patch Fitting with 2-9/16" Setback - 90° Hold Open Model<br>Model: CRL380HMBL<br>Finish: Matte Black<br>Dimensions: 2 3/4" x 7 3/16" x 1 5/8"<br><br>Notes:<br>Accommodates 3/8" to 1/2" (10 to 12 mm) Tempered Glass<br>Flush Mount - No Hole Required in the Floor<br>For Interior Use Only | CR Laurence<br><br>Contact: Ceci Gonzales<br>Phone: (323) 588-1281<br>Fax: (866) 921-0530toll free<br>Email:ceci_gonzales@crlaurence.com<br>Address: 2503 E Vernon Ave Los Angeles, CA 90058<br>http://www.crlaurence.com/ | Wine Display at Chef's Table |  |
| CH-21 | Cabinet Knob<br><br>Manufacturer: Rocky Mountain Hardware<br>Product: Mushroom Cabinet Knob CK315<br>Color/Finish: White Bronze Brushed (WBB)<br>Dimensions: 1 3/8" x 1 3/8"<br>Projection: 1 1/4" | Rocky Mountain Hardware<br><br>Contact: Lisa Carlomagno<br>Phone: (415) 259-9441<br>Fax: (415) 382-8893<br>Email: Lcarlomagno@sbcglobal.net<br>Address: 1020 Airport Way Halley, Id 83333<br>https://www.rockymountainhardware.com/ | Kids Room |  |

DocuSign Envelope ID: 2A61ACF1-0BE7-44BF-91FA-DC1A9193EBA7

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-209 (AMENITIES)
NOVEMBER 11, 2022

## INTERIOR ARCHITECTURAL WOODWORK SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| WOOD CASEWORK (WC) - SECTION 06 20 23 | | | | |
| WC-16 | Millwork Finish<br><br>Performance:<br>Product: Wood Veneer<br>Wood Species: Maple<br>Cut: Quarter Sawn<br>Texture: Clear Stain<br>Dimensions: Per Millwork Drawings<br>Samples & Required Mock ups for Approval: 3 boards showing range of color variation required for approval.<br><br>*By General Contractor, to comply with the specification | | Kids Room Casework |  |
| WC-17 | Millwork Finish<br><br>Performance:<br>Product: Solid Plank Wood Board, Finished @ Exposed Edges<br>Wood Species: Maple<br>Cut: Quarter Sawn<br>Texture: Painted to match TBD Paint<br>Dimensions: 6" W x 3/4" Thick<br>Refer to ID Millwork drawings for length<br>Samples & Required Mock ups for Approval: 3 boards showing range of color variation required for approval.<br><br>*By General Contractor, to comply with the specification | | Kids Room Casework |  |

DocuSign Envelope ID: 923DF6D7-1A2F-49DB-93D7-23459389A7C5

CCD 063/ASI 34.R1

# AIA® Document G714™ – 2017

## Construction Change Directive

**PROJECT:** *(name and address)*
Hoback Club
Jackson, WY

**OWNER:** *(name and address)*
Cody Lane Development Corp.
P.O. Box 734
Teton Village, WY 83025-0734

DEVELOPMENT MANAGER:
DDRM Jackson, LLC
800 Tuacahn Dr.
Ivins, UT 84738

**CONTRACT INFORMATION:**
Contract For: AIA A133/A201
Date: May 28, 2021

**ARCHITECT:** *(name and address)*
IBI Group, a CA partnership
10 Exchange Place, Suite #112
Salt Lake City, UT 84111

**CCD INFORMATION:**
Directive Number: 063
Date: July 11, 2022

**CONTRACTOR:** *(name and address)*
Layton Construction Company, LLC
Remove

The Contractor is hereby directed to make the following change(s) in this Contract:
*(Insert a detailed description of the change and, if applicable, attach or reference specific exhibits.)*

In accordance with section 7.3 of the A201 General condtions of the contract for construction, contractor is hereby directed to make the following change(s) in this contract:

Incorporate ASI-034R1 dated 06/17/2022 with the associated drawings & specification listed therein into the Work. This ASI contains updated drawings and specification for doors, frames, hardware and access control.

DIRECTIVE TO PROCEED (in accordance with Section 7.3.6 of the A201 General Conditions)
__X__ Proceed with the Work described above immediately and concurrently with proposed adjustments noted below.
____ Proceed with proposal only for the Work described above in accordance with the proposed adjustments noted below.

**PROPOSED ADJUSTMENTS**

**1.** The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:

☐ Lump Sum decrease of $0.00

☐ Unit Price of $ per

☐ Cost, as defined below, plus the following fee:
*(Insert a definition of, or method for determining, cost)*

☒ As follows: The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:
____ Section 7.3.3.1 Mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation.
____ Section 7.3.3.2 Unit Prices stated in the Contract Documents or subsequently agreed upon.
__X__ Section 7.3.3.3 Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee.
____ Section 7.3.4 As per Section 7.3.4.
____ Section 7.4 Minor Changes in the Work – No adjustment in Guaranteed Maximum Cost or Contract Time.

**AIA Document G714™ – 2017.** Copyright © 2001, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 19:27:55 ET on 07/11/2022 under Order No.3104236475 which expires on 02/05/2023, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**
(3B9ADA54)

DocuSign Envelope ID: 923DF6D7-1A2F-49DB-93D7-23459389A7C5

**2.** The Contract Time is proposed to remain unchanged. The proposed adjustment, if any, is zero (0) days.

*NOTE: The Owner, Architect and Contractor should execute a Change Order to supersede this Construction Change Directive to the extent they agree upon adjustments to the Contract Sum, Contract Time, or Guaranteed Maximum price for the change(s) described herein.*

When signed by the Owner and Architect and received by the Contractor, this document becomes effective IMMEDIATELY as a Construction Change Directive (CCD), and the Contractor shall proceed with the change(s) described above.

Contractor signature indicates agreement with the proposed adjustments in Contract Sum and Contract Time set forth in this CCD.

DDRM Jackson, LLC
DEVELOPMENT MANAGER

DocuSigned by:
Marty Breen
SIGNATURE A9ED498CA34F5...

Martin J. Breen, Principal

Juuly 11, 2022
DATE

Note: Pursuant to Contract Exhibit F, Owner's signature is only required for single CCDs in excess of $750,000 or when collective CCDs together exceed $2,000,000, otherwise CCDs may be signed on behalf of the Owner by the Development Manager.

| IBI Group, a CA partnership | Cody Lane Development Corp | Layton Construction Company, LLC |
|---|---|---|
| **ARCHITECT** *(Firm name)* | **OWNER** *(Firm name)* | **CONTRACTOR** *(Firm name)* |
| DocuSigned by: [signature] 1E431C2656DA4DC... | DocuSigned by: [signature] FB45F60E1900489... | |
| **SIGNATURE** | **SIGNATURE** | **SIGNATURE** |
| Steve Jones, AIA, Project Architect | David C. Saunders, President | Matthew Noyce, Sr. Project Manager |
| **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** |
| July 11, 2022 | July 11, 2022 | |
| **DATE** | **DATE** | **DATE** |

**AIA Document G714™ – 2017.** Copyright © 2001, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 19:27:55 ET on 07/11/2022 under Order No.3104236475 which expires on 02/05/2023, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:** (3B9ADA54)

DocuSign Envelope ID: 923DF6D7-1A2F-49DB-93D7-23459389A7C5

CCD 063/ASI 34.R1

IBI

# Architect's Supplemental Instructions

**Project Title:** Teton H1
**ASI Number: 034R1**

**Issue Date:** June 17, 2022

The Contractor shall carry out the Work in accordance with the following supplemental instructions without change in Contract Sum or Contract Time unless otherwise directed by an approved CCD. Proceeding with the Work in accordance with these instructions indicates your acknowledgment that there will be no change in the Contract Sum or Contract Time unless otherwise directed by an approved CCD.

**Description of Clarification (s):**

This ASI includes adjusted contract documents for the following updates: Auto door operators added to TGP 90 min rated glazed doors for ease of operation due to weight of doors. Hardware adjusted for card reader locations. RFIs 654, 657 and 661 response clarifications documentation. Partial ASI 34 updated Submittal 08 7100-001_0 HM Door Hardware- P1 & P2 (attached to RFI 661) and 08 7100.01.R1 Aluminum Door Hardware markup documentation.

**I. SPECIFICATIONS**

A. 08 7100 Door Hardware clarifications.
1. Door numbers adjusted on HW sets. Refer to door schedule sheets A902, A903 & A903b for HW set designations. Door numbers on HW sets for reference only, door schedule governs.
2. HW sets added-44.2, 48.1, 62.2, 62.3, 68.6, 69.1.
3. HW sets adjusted-2.0, 54.0, 63.5, 64.3, 64.7 & 67.1.
4. See attached updated HW set sheets from 08 7100.

B. 08 4123.23 Fireframes Designer Series door specification included.
1. Revise from Fireframes Heat Barrier doors to Fireframes Designer Series doors for TGP fire rated doors.

C. 08 7113 Power Operators specification included for operators added to TGP doors.

D. 08 1416 Wood Doors- Pages 1-5.
1. 1.2 A. Include "Integrated Metal Door Assemblies".
2. 1.4 D. Include STC Label submittal.
3. 2.4 B. Include Non Fire Rated Door blocking for hardware.
4. 2.5 Remove Stile and Rail Doors. Renumber Veneered Doors for Transparent Finish to 2.5 from 2.6.
5. 2.5 A. Include 2.0 VT Industries. See page 4.
6. 2.5 A. 5. & 6. Remove TruStile and Sun Mountain plank door descriptions. They are described in B. 2 a. & b.
7. 2.5 B. 2. Adjust veneer thickness from minimum 1/8" to minimum 1/42".
8. 2.5 B. 2. a. Clarify vee groove depth as allowed by code.
9. 2.5 B. 4. Adjust Match between Veneer Leaves from book to slip to eliminate chance of barber pole effect.

**II. ARCHITECTURAL DRAWINGS**

A. A235-Add Power Operator actuator locations at door P139A.
B. A237-Add Power Operator actuator locations at door 102A & 151B.
C. A238-Add Power Operator actuator locations at doors 152,110 & S1G.
D. A807-Add Power Operator actuator locations at door 112A.
E. A808-Add Power Operator actuator locations at door 150A.
F. A902 Door Schedule
1. P301B- HW set adjusted to 53.0 from 50.0.
2. P312- HW set adjusted to 68.0 from 61.0.
3. P201-Room name adjusted to Storage from Lockers.

DocuSign Envelope ID: 923DF6D7-1A2F-49DB-93D7-23459389A7C5

IBI

# Architect's Supplemental Instructions

4. P205A-Room name adjusted to Mens Locker from Womens Locker.
5. P236-HW set 54 components adjusted.
6. P244, P245 & P252-HW set adjusted to 67.0 from 60.0.
7. P251-HW set adjusted to 60.0 from 67.0.
8. P129 – HW set adjusted to 65.0 from 55.0.
9. P138B-HW set adjusted to 65.0 from 67.0.
10. P139A-HW set adjusted to 69.1 from 44.1.
11. P139B- Adjusted from TGP door to Storefront. Door Type adjusted to 4 from 11.
12. P153- HW set adjusted to 60.5 from 55.0.
13. 101B-HW set adjusted to 67.1 from 67.
14. 102A - HW set adjusted to 69.1 from 44.1. TGP Designer door clarified.
15. 112A- HW set adjusted to 69.1 from 44.2. TGP Designer door clarified.
16. 110- HW set adjusted to 69.1 from 44.2.
17. 121B-HW set adjusted to 62.2 from 62.1.
18. 124, 125,132 & 133-HW set adjusted to 64.6 from 64.4.
19. 151B & 152- HW set adjusted to 69.1 from 44.2. TGP Designer door clarified.
20. S1G-HW set adjusted to 44.2 from 44.0.

G. A903 Door Schedule
1. 201-HW set adjusted to 67.1 from 67.0.
2. 201A-HW set adjusted to 64.7 from 64.1.
3. 234-HW set adjusted to 64.7 from 64.0.
4. 236A-HW set adjusted to 64.7 from 64.0.
5. 237-HW set adjusted to 64.7 from 64.1.
6. 238-HW set adjusted to 64.7 from 64.2.
7. S3HB-HW set adjusted to 57.0 from 13.0.
8. 407-HW set adjusted to 67.0 from 60.0.
9. 506-HW set adjusted to 67.0 from 69.0.
10. S5A, S5BA & S5C-HW set adjusted to 57.0 from 58.0.
11. S5BB-HW set adjusted to 57.0 from 13.
12. 601-HW set adjusted to 57.0 from 60.5.
13. Lockoff door at Unit 203 from Lobby given door number 1.1 and clarified as Total Door with HWset 14.1.
14. Unit Doors Count column removed.

**III. ELECTRICAL DRAWINGS**

A. E010-Panel 1L2-Updated to show ADA Door power circuits.
B. E012-Panel 1L4-Updated to show ADA Door power circuits.
C. E302.3-Updated to show door power at - Lobby P139.
D. E303.1- Updated to show door power at Fitness Room entry.
E. E303.2- Updated to show door power at Elevator Lobby 115 by Stair F and Elevator Lobby 114 by Stair C.
F. E303.3- Updated to show door power at Elevator Lobby 152 and Stair G.
G. E403-Updated to show card reader location at Fitness Room entry.

**END**

## SECTION 08 1416

## WOOD DOORS

PART 1 - GENERAL

1.1 RELATED DOCUMENTS

A. Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2 SUMMARY

A. Section Includes:

1. Solid core doors with wood veneer faces. Fire rated and non-fire rated.
2. Engineered core stile and rail doors with wood veneer. Fire rated and non-fire rated.
3. Factory finishing wood doors.
4. Factory fitting wood doors to frames and factory machining for hardware.
5. Wood & Wood veneer over fire rated core door frames as manufactured (or furnished by manufacturer's supplier) by the door fabricator for the fire ratings and wood species with matching finish to the doors.
6. Furnishing of matching door veneer to 180 minute hollow metal door (Total Door or equal) fabricator for application to his product for openings so indicated in door schedule. Meet Total Door veneer requirements.

B. Related Sections:

1. Division 06 Section "Interior Finish Carpentry".
2. Division 08 Section "Door Hardware".
3. Division 08 Section "Hollow Metal Doors and Frames".
4. Division 08 Section "Integrated Metal Door Assemblies".

2
ASI 034R1

C. Standards and References: Comply with the version year adopted by the Authority Having Jurisdiction.

1. ANSI A117.1 - Accessible and Usable Buildings and Facilities.
2. ANSI A208.1 – Wood Particleboard.
3. Intertek Testing Service (ITS Warnock Hersey) - Certification Listings for Fire Doors.
4. NFPA 80 - Standard for Fire Doors and Fire Windows; National Fire Protection Association.
5. NFPA 252 - Standard Methods of Fire Tests of Door Assemblies; National Fire Protection Association.
6. UL 10C - Positive Pressure Fire Tests of Door Assemblies; UL 1784 - Standard for Air Leakage Tests of Door Assemblies.
7. United States Green Building Council (USGBC).
8. Window and Door Manufacturers Association - WDMA I.S.1-A Architectural Wood Flush Doors.

1.3 SUBMITTALS

A. Product Data: For each type of door indicated. Include details of core and edge construction, louvers, trim for openings, and WDMA I.S.1-A classifications. Include factory finishing specifications.

B. Shop Drawings shall include:

1. Indicate location, size, and hand of each door.
2. Indicate dimensions and locations of mortises and holes for hardware.

3. Indicate dimensions and locations of cutouts.
4. Indicate requirements for veneer matching.
5. Indicate location and extent of hardware blocking.
6. Indicate construction details not covered in Product Data. Indicate construction details not covered in Product Data
7. Indicate doors to be factory finished and finish requirements.
8. Indicate fire protection ratings for fire rated doors.

C. Samples for Initial Selection: For factory finished doors.

2
ASI 034R1

1. Factory finishes ~~applied to actual door face materials~~, approximately 8 by 10 inches, for each material, finish and treatment (plank look doors). For each wood species and transparent finish, provide set of three samples showing typical range of color and grain to be expected in the finished work.
2. Corner sections of doors, 8 by 10 inches, with door faces and edges representing actual materials to be used.
   a. Provide samples for each species of veneer and core material.
   b. Finish veneer faced door samples with same materials proposed for factory finished doors.
3. Frames for light openings, 6 inches long, for each material, type, and finish required.

D. WELL Building Submittals:
1. Provide Safety Data Sheet (SDS), product data sheet, or letter form manufacturer certifying that all products in this section contain urea-formaldehyde at less than 100 ppm or the extent allowable by local code.

E. Warranty: Provide sample of manufacturer's warranty.

1.4 QUALITY ASSURANCE

A. Source Limitations: Obtain flush wood doors through one source from a single manufacturer wherever possible.

B. Quality Standard: In addition to requirements specified, comply with WDMA I.S.1-A, latest edition, "Industry Standard for Architectural Wood Flush Doors'.

C. Fire Rated Wood Doors: Doors complying with NFPA 80 that are listed and labeled by a testing and inspecting agency acceptable to authorities having jurisdiction, for fire ratings indicated, based on testing at positive pressure according to NFPA 252 (neutral pressure at 40" above sill) or UL10C.

1. Oversize Fire Rated Door Assemblies: For units exceeding sizes of tested assemblies provide manufacturer's construction label, indicating compliance to independent 3rd party certification agency's procedure, except for size.
2. Temperature Rise Limit: Where required and at vertical exit enclosures (stairwell openings) and exit passageways, provide doors that have a maximum transmitted temperature end point of not more than 450 deg F (250 deg C) above ambient after 30 minutes of standard fire test exposure.
3. Fire Rated Doors: Mineral core, Type FD, plies and faces as indicated above; with core blocking as required to provide adequate anchorage of hardware without through-bolting. This includes, but is not limited to, blocking for locksets, exit devices, closers and flush bolts.
4. Smoke Control Door Assemblies: Comply with NFPA 105.
   1) Smoke "S" Label: Doors to bear "S" label, and include smoke and draft control gasketing applied to frame and on meeting stiles of pair doors.

D. Sound Rating Test Reports: Submit manufacturer's test results of STC ratings from testing performed by independent testing agency for sound resistant doors.

1. Sound-Rated Doors: Equivalent to type, with particleboard core (PC) construction as required to

2
ASI 034R1

achieve STC rating specified; plies and faces as indicated above.

2. STC Label: Doors indicated to have an STC rating are to bear manufacturers STC label. Submit sample label.

E. Pre-Submittal Conference: Conduct conference in compliance with requirements in Division 01 Section "Project Meetings" with attendance by representatives of Supplier, Installer, and Contractor to review proper methods and procedures for receiving, handling, and installing flush wood doors.

1.5 DELIVERY, STORAGE, AND HANDLING

A. Comply with requirements of referenced standard and manufacturer's written instructions.

B. Package pre-finished doors individually in plastic bags and wrap bundles of doors in plastic sheeting.

C. Mark each door on top rail with opening number used on Shop Drawings.

1.6 PROJECT CONDITIONS

A. Environmental Limitations: Do not deliver or install doors until spaces are enclosed and weather tight, wet work in spaces is complete and dry, and HVAC system is operating and maintaining ambient temperature and humidity conditions at occupancy levels during the remainder of the construction period.

1.7 WARRANTY

A. Warranty: Manufacturer's standard form in which manufacturer agrees to repair or replace doors that fail in materials or workmanship within specified warranty period.

1. Failures include, but are not limited to, the following:

a. Warping (bow, cup, or twist) more than 1/4 inch in a 42-by-84-inch section.

b. Telegraphing of core construction in wood face veneers exceeding 0.01 inch in a 3-inch span.

2. Warranty includes installation and finishing that may be required due to repair or replacement of defective doors.

3. Warranty Period for Solid Core Interior Doors: Life of installation.

PART 2 - PRODUCTS

2.1 DOOR CONSTRUCTION – GENERAL

A. WDMA I.S.1-A Performance Grade: Extra Heavy Duty; Aesthetic Grade: Premium.

B. Fire Rated Doors: Provide construction and core as needed to provide fire ratings indicated.

1. Category A Edge Construction: Provide fire rated door edge construction with intumescent seals concealed by outer stile (Category A) at 45, 60, and 90 minute rated doors. Comply with specified requirements for exposed edges.

2. Pairs: Provide stiles with concealed intumescent seals. Comply with specified requirements for exposed edges.

a. Provide fire retardant stiles that are listed and labeled for applications indicated without formed steel edges and astragals.

b. Where required for concealed hardware, provide formed steel edges and astragals with intumescent seals. Finish steel edges and astragals with baked enamel.

2.2 WELL BUILDING STANDARD

A. All products in this section shall contain urea-formaldehyde at less than 100 ppm or the extent allowable by local code.

2.3 CORE CONSTRUCTION

A. NAUF Core Doors:

1. Core: NAUF materials complying with ANSI A208.1 Particleboard standard containing no added urea formaldehyde.

2. Adhesive: Fully bonded construction using Polyurethane Reactive (PUR) glue.

3. Blocking: As indicated under article "Blocking".

B. Particleboard Core Doors:

1. Particleboard: Wood fiber based materials complying with ANSI A208.1 Particleboard standard. Grade LD-2. Use MR MDF in moisture prone conditions.

2. Adhesive: Fully bonded construction using Polyurethane (PUR) glue.

3. Blocking: As indicated under article "Blocking".

C. Sound Resistant Doors:

1. Provide 1-3/4" thick sound resistant doors complying with the Sound Transmission Class (STC) ratings as prescribed in the latest version of ASTM Standard E-90. Doors are to be furnished complete with gaskets and other acoustical accessories required for specified STC rating. Consult manufacturer details for gasketing, automatic door seals, thresholds, and other hardware or special frames which may be required.

2. Blocking: As indicated under article "Blocking".

3. Provide sound resistant doors with minimum STC sound rating as indicated.

2.4 BLOCKING

A. Fire Rated Doors:

1. Provide blocking as indicated below:

a. ~~HB1: 5 inch in doors indicated to~~ have closers and overhead stops.

B. Non Fire Rated Doors:

1. As required to accommodate hardware.

2.5 VENEERED DOORS FOR TRANSPARENT FINISH

A. Manufacturers: Subject to compliance with requirements, provide products by one of the following:

1. ~~Masonite Architectural~~
2. VT Industries
3. ~~Lambton Doors~~
4. Oshkosh
5. Tru-Stile Doors.
6. Sun Mountain Doors.
7. Equal or better in all aspects as determined by Architect.
8. Substitutions: See Section 01 6000 - Product Requirements.

2
ASI 034R1

B. Interior Solid Core Doors:

1. Grade: Premium.

2. Faces: Veneer grade AA per Hardwood Veneer Manufacturers Association; veneer minimum

2 ASI 034R1

1/42 inch thickness at moisture content of 12% or less.

a. Manufacturer Face: Sun Mountain Door- Plank Door #SQ-0000-F001-P, 1/8" wide x depth allowed by code vertical v-grooves at 6".o.c.or equal as approved by architect/owner and other designs that match doors on door types schedule.

b. Manufacturer Face: Trustile Doors- Plank Door Rustic VG1000, Standard V-Groove Profile (@ 6" o.c.) in Tru-Stile Reserve Wood Door Construction or equal as approved by architect/owner.

c. Equal or better by other manufacturers as determined by Architect.

3. Veneer species, finish and cut is to be as scheduled in the interiors finish schedule.

4. Match between Veneer Leaves: Slipmatch. Plank doors -veneer to simulate individual planks.

2 ASI 034R1

5. Vertical Edges: Matching same species as faces. Wood or composite material, one piece, laminated, or veneered. Minimum requirements per WDMA section P-1, Performance Standards for Architectural Wood Flush Doors.

6. Horizontal Edges: Solid wood or structural composite material meeting the minimum requirements per WDMA section P-1, Performance Standards for Architectural Wood Flush Doors

7. Construction: Five plies. Stiles and rails are bonded to core, then entire unit sanded before applying face veneers.

8. At doors over 40% of the face cut-out for lights and or louvers, furnish engineered composite lumber core.

2.6 LIGHT FRAMES AND GLAZING

A. Wood Beads for Light Openings in Wood Doors up to and including 20-minute rating:

1. Wood Species: Same species as door faces.

2. Profile:

a. M1 Flush Bead.

b. At wood core doors with 20-minute fire protection ratings, provide wood beads and metal glazing clips approved for such use.

B. Metal Frames for Light Openings in Fire Rated Doors over 20-minute Rating: Manufacturer's standard frame formed of 0.048-inch-thick, cold rolled steel sheet; with baked enamel or powder coated finish; and approved for use in doors of fire protection rating indicated.

1. Manufacturers:

a. Air Louver (LV).

b. All Metal Stamping (AP).

c. Anemostat (AN).

d. Pemko (PE).

C. Glazing: Comply with installation requirements in Division 08 Section "Glazing" and with the flush wood door manufacturer's written instructions.

2.7 FABRICATION

A. Factory fit doors to suit frame opening sizes indicated.

1. Comply with requirements in NFPA 80 for fire rated doors.

2. Undercut: As required per manufacturer's templates and sill condition.

3. Conform to NWWDA tolerance requirements for prefitting.

Doors: KE

Description: employee unit glass barn door

| | | | | | |
|---|---|---|---|---|---|
| 1 | Barn Door Hardware | CRT-53-12-SS | 622 | KN | |
| 1 | Glass Door Pull | CGP-012 | 622 | KN | |

Notes: See ID 08 00 00 interior door schedule (BOH)

**Set: 2.0**

Doors: 2U

Description: Al employee unit entry

| | | | | | |
|---|---|---|---|---|---|
| 1 | Pivot Set | 117 | 612 | RF | |
| 1 | Electrified Inter Pivot | EM19 | 612 | RF | ⚡ |
| 1 | Electrified Mortise Lock | DG263 NAC-R82271-24v RMD | US10B | SA | ⚡ |
| 1 | Threshold | per sill detail | | PE | |
| 1 | Rain Guard | 346D (omit at overhang) | | PE | |
| 1 | Sweep | 315DN | | PE | |
| 1 | Frame Harness | QC-C__P | | MK | ⚡ |
| 1 | Door Harness | QC-C__ | | MK | ⚡ |

2
ASI-034R1

Notes: Weather stripping by aluminum door manufacturer.

**Set: 3.0**

Doors: P205C, P211C, P234, P140, P156, P157, 113, 115, 118, 127, 129, 146, 226, 227, 228, 229, 230, 231, 232, 131

Description: Toilet room/ changing room door with privacy indicator

| | | | | |
|---|---|---|---|---|
| 2 | Hinge, Full Mortise | TA714 | US10B | MK |
| 2 | Hinge, Spring | 1502 | US10B | MK |
| 1 | Privacy Lock | E313 L153 L137 | US10B | RM |
| 3 | Silencer | 609 | | RO |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM |

| | | | | |
|---|---|---|---|---|
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | | PE |

Notes: See ID 08 00 00 interior door schedule (Amenities)

**Set: 4.0**

Doors: DS1, DS2, DS3, DS4, YS

Description: unit bipass closet dark scheme

| | | | | |
|---|---|---|---|---|
| 1 | Bipass Door Hdwe | H600S-OH | | PE |
| 2 | Flush Pull | FP210 | US10BE | RM |

Notes: Refer to 08 00 00 Interior Door Schedule (Suite)

**Set: 4.1**

Doors: DS1, DS2, DS3, DS4, YS

Description: unit bipass closet light scheme

| | | | | |
|---|---|---|---|---|
| 1 | Bipass Door Hdwe | H600S-OH | | PE |
| 2 | Flush Pull | FP210 | US10BE | RM |

Notes: Refer to 08 00 00 Interior Door Schedule (Suite)

**Set: 4.2**

Doors: DS1, DS2, DS3, DS4, YS

Description: unit bipass closet medium scheme

| | | | | |
|---|---|---|---|---|
| 1 | Bipass Door Hdwe | H600S-OH | | PE |
| 2 | Flush Pull | FP210 | US10BE | RM |

Notes: Refer to 08 00 00 Interior Door Schedule (Suite)

**Set: 5.0**

Doors:

Description: ~~unit closet pull pair~~

2
ASI-034R1

| | | | | |
|---|---|---|---|---|
| 8 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 2 | Roller Latch | 590 | US10B | RO |
| 2 | Dummy Trim | DU L159 E10101 | US10B | SA |
| 1 | Gasketing | S44 | | PE |

Notes: See ID 08 00 00 interior door schedule (Suites) Doors at bedrooms, dens, equipment closets, bathrooms, and laundry to get Acoustic Seal Set : PEMKOSTCSET-1A in place of gasketing S44

**Set: 6.0**

2
ASI-034R1

Description: unit closet pull pair

| | | | | |
|---|---|---|---|---|
| 8 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 2 | Roller Latch | 590 | US10B | RO |
| 2 | Dummy Trim (Van Cronenberg) | Dummy Kalypso lever x standard rose | | OT |
| 1 | Gasketing | S44 | | PE |

Notes: See ID 08 00 00 interior door schedule (Founders) Doors at bedrooms, dens, equipment closets, bathrooms, and laundry to get Acoustic Seal Set : PEMKOSTCSET-1A in place of gasketing S44

**Set: 7.0**

Doors:

Description: unit closet pull pair

| | | | | |
|---|---|---|---|---|
| 8 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 2 | Roller Latch | 590 | US10B | RO |
| 2 | Dummy Trim | DU L159 E10101 | US10B | SA |
| 1 | Gasketing | S44 | | PE |

Notes: Doors at bedrooms, dens, equipment closets, bathrooms, and laundry to get Acoustic Seal Set : PEMKOSTCSET-1A in place of gasketing S44

**Set: 8.0**

Doors:

Description: unit closet pull pair

| | | | | |
|---|---|---|---|---|
| 8 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 2 | Roller Latch | 590 | US10B | RO |

| | | | | |
|---|---|---|---|---|
| 2 | Dummy Trim | DU L159 E10101 | US10B | SA |
| 1 | Gasketing | S44 | | PE |

Notes: Doors at bedrooms, dens, equipment closets, bathrooms, and laundry to get Acoustic Seal Set : PEMKOSTCSET-1A in place of gasketing S44

**Set: 9.0**

Doors: HS

Description: unit communicating dark scheme

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Communicating Lock | EN L159 x N E10101 | US10B | SA |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | | PE |

Notes: Door seals as required by manufacturer at fire, smoke and sound rated openings.
See ID 08 00 00 interior door schedule (Suites)

**Set: 10.0**

Doors:

Description: unit communicating

2
ASI-034R1

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Communicating Lock (Van Cronenberg) | Communicating, Kalypso lever x standard rose | | OT |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | BL | PE |

Notes: Please verify that space between doors is sufficient for closer mounting.
Door seals as required by manufacturer at fire, smoke and sound rated openings.
See ID 08 00 00 interior door schedule (Founders)

**Set: 11.0**

Doors: HS

Description: unit communicating light scheme

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Communicating Lock | EN L117 x N E10101 | US10B | SA |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | BL | PE |

Notes: Please verify that space between doors is sufficient for closer mounting.
Door seals as required by manufacturer at fire, smoke and sound rated openings.
See ID 08 00 00 interior door schedule (Suites)

**Set: 12.0**

Doors: HS

Description: unit communicating medium scheme

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Communicating Lock | EN L135 x N E10101 | US10B | SA |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | BL | PE |

Notes: Please verify that space between doors is sufficient for closer mounting.
Door seals as required by manufacturer at fire, smoke and sound rated openings.
See ID 08 00 00 interior door schedule (Suites)

**Set: 13.0**

Doors: AF1, AF2, AF3

Description: unit entry

2
ASI-034R1

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Full Mortise | TA714 | US10B | MK |
| 1 | RFID Entry Lock | RFID Hospitality Lock L159 E10101 | US10B | RM |

| | | | | |
|---|---|---|---|---|
| 1 | Van Cronenberg Lever | Kalypso lever x standard rose | | OT |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Threshold | per stone threshold details ID 401.1 & ID401.2 | | PE |
| 1 | Viewer | 627 | BLK | RO |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | | PE |

Notes: Balance of hardware by door and frame manufacturer.
Door seals as required by manufacturer at fire, smoke and sound rated openings.
Entry lock corridor side, Van Cronenberg unit side.
See ID 08 00 00 interior door schedule (Founders) & ID 08 00 00 interior door schedule (Amenities)

**Set: 14.0**

Doors: AS1, AS2, AS3, AS4, AS5, AS6, AS7
Description: unit entry

2
ASI-034R1

| | | | | | |
|---|---|---|---|---|---|
| 4 | Hinge, Full Mortise | TA714 | US10B | MK | |
| 1 | RFID Entry Lock | RFID Hospitality Lock L135 E10101 | US10B | RM | ⚡ |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA | |
| 1 | Door Stop | DS232 | US10B | RM | |
| 1 | Threshold | per stone threshold details ID 401.1 & ID401.2 | | PE | |
| ~~1~~ | ~~Viewer~~ | ~~627~~ | ~~BLK~~ | ~~RO~~ | |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | | PE | |

Notes: Balance of hardware by door and frame manufacturer.
See ID 08 00 00 interior door schedule (Suites) & ID 08 00 00 interior door schedule (Amenities)

**Set: 14.1**

2
ASI-034R1

Doors: AE1

Description: Employee unit entry

| | | | | | |
|---|---|---|---|---|---|
| 4 | Hinge, Full Mortise | Square Hinge 1010 – 622 | Matte Black | SH | |
| 1 | RFID Entry Lock | RFID Hospitality Lock Latitude Series – F40 LAT 622 | Matte Black | SH | ⚡ |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA | |
| 1 | Door Stop | Door Stop Floor | US10B | BP | |
| 1 | Threshold | per stone threshold details ID 401.1 & ID401.2 | | PE | |
| 1 | Viewer | 627 | BLK | RO | |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | | PE | |

Notes: Balance of hardware by door and frame manufacturer.
See ID 08 00 00 interior door schedule (BOH)

2
ASI-034R1

**Set: 14.2**

Doors: 1.1

Description: unit entry Total Door

| | | | | | |
|---|---|---|---|---|---|
| 1 | Full Height Hinges | H-13 | US10B | Total Door | |
| 1 | Full Height Latch Channel | L-11 | US10B | Total Door | |
| 1 | RFID Entry Lock | RFID Hospitality Lock L135 E10101 | US10B | RM | ⚡ |
| 1 | Closer | TDC96P | US10B | Total Door | |
| 1 | Door Stop | DS232 | US10B | RM | |
| 1 | Threshold | per stone threshold details ID 401.1 & ID401.2 | | PE | |
| 1 | Viewer | 627 | BLK | RO | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Surface Mounted Smoke Seal | W60 | | Total Door | |
| 1 | Positive Pressure Label (Confirm rating with door schedule) | | | Total Door | |
| 1 | SafeFrame | TDWMF | | Total Door | |

Notes: Coordinate hardware requirements with door and frame provider.
See ID 08 00 00 interior door schedule (Suites) & ID 08 00 00 interior door schedule (Amenities)

Door hardware is by door manufacturer. This hardware group is for design guidance. To the greatest extent possible the hardware indicated here is to be matched in function, operation, appearance and finish. Where a match cannot be found, and the ID selected trim and lever cannot be fitted to the lock specified, the door manufacturer is to submit their equivalent for ID approval.

**Set: 15.0**

Doors: AS1, AS2, AS3, AS4, AS5, AS6, AS7 (2 ASI-034R1)

Description: unit entry

| | | | | | |
|---|---|---|---|---|---|
| 4 | Hinge, Full Mortise | TA714 | US10B | MK | |
| 1 | RFID Entry Lock | RFID Hospitality Lock L117 E10101 | US10B | RM | ⚡ |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA | |
| 1 | Door Stop | DS232 | US10B | RM | |
| 1 | Threshold | per stone threshold details ID 401.1 & ID401.2 | | PE | |
| 1 | Viewer | 627 | BLK | RO | |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | | PE | |

Notes: Balance of hardware by door and frame manufacturer.

**Set: 16.0**

Doors: AAF2

Description: unit entry pair

| | | | | | |
|---|---|---|---|---|---|
| 8 | Hinge, Full Mortise | TA714 | US10B | MK | |
| 1 | Flush Bolt w/Fire Bolt | 2848 | US10B | RO | |
| 1 | RFID Entry Lock | RFID Hospitality Lock L159 E10101 | US10B | RM | ⚡ |
| 1 | Van Cronenberg Lever | Kalypso lever x standard rose | | OT | |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA | |
| 2 | Door Stop | DS232 | US10B | RM | |
| 1 | Threshold | per stone threshold details ID 401.1 & ID401.2 | | PE | |
| 1 | Viewer | 627 | BLK | RO | |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | | PE | |

Notes: Balance of hardware by door and frame manufacturer. Verify door type and conditions. Door seals as required by manufacturer at fire, smoke and sound rated openings. Entry lock corridor side, Van Cronenberg unit side.
See ID 08 00 00 interior door schedule (Founders) & ID 08 00 00 interior door schedule (Amenities)

**Set: 17.0**

Doors:

Description: unit entry pair

| | | | | | |
|---|---|---|---|---|---|
| 8 | Hinge, Full Mortise | TA714 | US10B | MK | |
| 1 | Flush Bolt w/Fire Bolt | 2848 | US10B | RO | |
| 1 | RFID Entry Lock | RFID Hospitality Lock L117 E10101 | US10B | RM | ⚡ |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA | |
| 2 | Door Stop | DS232 | US10B | RM | |
| 1 | Threshold | per stone threshold details ID 401.1 & ID401.2 | | PE | |
| 1 | Viewer | 627 | BLK | RO | |

| | | | | |
|---|---|---|---|---|
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | | PE |

Notes: Balance of hardware by door and frame manufacturer.

**Set: 18.0**

Doors:

Description: unit entry unequal pair

| | | | | |
|---|---|---|---|---|
| 8 | Hinge, Full Mortise | TA714 | US10B | MK |
| 1 | Flush Bolt w/Fire Bolt | 2848 | US10B | RO |
| 1 | RFID Entry Lock | RFID Hospitality Lock L135 E10101 | US10B | RM |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 2 | Door Stop | DS232 | US10B | RM |
| 1 | Threshold | per stone threshold details ID 401.1 & ID401.2 | | PE |
| 1 | Viewer | 627 | BLK | RO |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | | PE |

Notes: Balance of hardware by door and frame manufacturer.

**Set: 19.0**

Doors:

Description: unit lockoff

2
ASI-034R1

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Entry Lock | EN L159 E10101 | US10B | SA |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | | PE |

Notes: Door seals as required by manufacturer at fire, smoke and sound rated openings.

See ID 08 00 00 interior door schedule (Suites)

**Set: 20.0**

Doors: XF1
Description: unit lockoff

2 ASI-034R1

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Entry Lock (Van Cronenberg) | Entry mortise, Kalypso lever x standard rose | | OT |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | | PE |

See ID 08 00 00 interior door schedule (Founders)

**Set: 21.0**

Doors:
Description: unit lockoff

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Entry Lock | EN L117 E10101 | US10B | SA |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | | PE |

**Set: 22.0**

Doors:
Description: unit lockoff

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Entry Lock | EN L135 E10101 | US10B | SA |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | | PE |

Notes: Door seals as required by manufacturer at fire, smoke and sound rated openings. Refer to ID 08 00 00 interior door schedule (Suites)

**Set: 23.0**

Doors: CS3, CS4, CS5, CS6, CF8P 2 ASI-034R1

Description: unit pair (clos/den) dark scheme

| | | | | |
|---|---|---|---|---|
| 8 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Flush Bolt | 2940 | US10B | RO |
| 1 | Passage or Closet Lock | PA L159 E10101 | US10B | RM |
| 2 | Door Stop | DS232 | US10B | RM |
| 2 | Gasketing | S44 | | PE |

Notes: Refer to ID 08 00 00 interior door schedule (Suites) Doors at bedrooms, dens, equipment closets, bathrooms, and laundry to get Acoustic Seal Set : PEMKOSTCSET-1A in place of gasketing S44

**Set: 23.1**

Doors: CE1, CE2, CE3

Description: unit pair (clos/den)

| | | | | |
|---|---|---|---|---|
| 8 | Hinge | Square Hinge 1010 - 622 | Matte Black | SH |
| 1 | Roller Catch | RCA430U19 | US19 | DE |
| 1 | Passage or Closet Lock | Latitude Series F40 LAT 622 | Matte Black | SH |
| 2 | Door Stop | Door Stop Floor | Black | BP |
| 2 | Gasketing | S44 | | PE |

Notes: Refer to ID 08 00 00 interior door schedule (BOH) Doors at bedrooms, dens, equipment closets, bathrooms, and laundry to get Acoustic Seal Set : PEMKOSTCSET-1A in place of gasketing S44

**Set: 24.0**

Doors: CF1, CF2, CF3, CF4, CF5, CF7, CF8

Description: unit pair (clos/den)

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Flush Bolt | 2940 | US10B | RO |

| | | | | |
|---|---|---|---|---|
| 1 | Passage Set (Van Cronenberg) | Passage mortise, Kalypso lever x standard rose | | OT |
| 2 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |

Notes: Refer to ID 08 00 00 interior door schedule (Founders) Doors at bedrooms, dens, equipment closets, bathrooms, and laundry to get Acoustic Seal Set : PEMKOSTCSET-1A in place of gasketing S44

2
ASI-034R1

**Set: 25.0**

Doors: CS3, CS4, CS5, CS6

Description: unit pair (clos/den) medium scheme

| | | | | |
|---|---|---|---|---|
| 8 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Flush Bolt | 2940 | US10B | RO |
| 1 | Passage or Closet Lock | PA L117 E10101 | US10B | RM |
| 2 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |

Notes: Refer to ID 08 00 00 interior door schedule (Suites) Doors at bedrooms, dens, equipment closets, bathrooms, and laundry to get Acoustic Seal Set : PEMKOSTCSET-1A in place of gasketing S44

**Set: 26.0**

Doors: CS3, CS4, CS5, CS6

Description: unit pair (clos/den) light scheme

| | | | | |
|---|---|---|---|---|
| 8 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Flush Bolt | 2940 | US10B | RO |
| 1 | Passage or Closet Lock | PA L135 E10101 | US10B | RM |
| 2 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |

Notes: Refer to ID 08 00 00 interior door schedule (Suites) Doors at bedrooms, dens, equipment closets, bathrooms, and laundry to get Acoustic Seal Set : PEMKOSTCSET-1A in place of gasketing S44

**Set: 27.0**

Doors:

Description: unit pair communicating

| | | | | |
|---|---|---|---|---|
| 8 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Flush Bolt | 2940 | US10B | RO |
| 1 | Communicating Lock | EN L159 x N E10101 | US10B | SA |
| 2 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 2 | Door Stop | DS232 | US10B | RM |
| 1 | Meeting Stile Gasketing | S771 | | PE |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | BL | PE |

Notes: Mount lock on RHR leaf each pair so that levers do not bump against each other. Please verify that space between doors is sufficient for closer mounting.
Door seals as required by manufacturer at fire, smoke and sound rated openings.

**Set: 28.0**

2
ASI-034R1

Description: unit pair communicating

Doors: HF2

| | | | | |
|---|---|---|---|---|
| 8 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Flush Bolt | 2940 | US10B | RO |
| 1 | Communicating Lock (Van Cronenberg) | Communicating, Kalypso lever x standard rose | | OT |
| 2 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 2 | Door Stop | DS232 | US10B | RM |
| 1 | Meeting Stile Gasketing | S771 | | PE |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | BL | PE |

Notes: Mount lock on RHR leaf each pair so that levers do not bump against each other.
See ID 08 00 00 interior door schedule (Founders)

**Set: 29.0**

Description: unit pair communicating

| | | | | |
|---|---|---|---|---|
| 8 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Flush Bolt | 2940 | US10B | RO |

| | | | | |
|---|---|---|---|---|
| 1 | Communicating Lock | EN L117 x N E10101 | US10B | SA |
| 2 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 2 | Door Stop | DS232 | US10B | RM |
| 1 | Meeting Stile Gasketing | S771 | | PE |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | BL | PE |

Notes: Mount lock on RHR leaf each pair so that levers do not bump against each other.

**Set: 30.0**

Description: unit pair communicating

| | | | | |
|---|---|---|---|---|
| 8 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Flush Bolt | 2940 | US10B | RO |
| 1 | Communicating Lock | EN L135 x N E10101 | US10B | SA |
| 2 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 2 | Door Stop | DS232 | US10B | RM |
| 1 | Meeting Stile Gasketing | S771 | | PE |
| 1 | Acoustic Seal Set | PEMKOSTCSET-1A | BL | PE |

Notes: Mount lock on RHR leaf each pair so that levers do not bump against each other.

**Set: 31.0**

Doors: FF2

Description: unit pair pocket

2 ASI-034R1

| | | | | |
|---|---|---|---|---|
| 1 | Pocket Door Hdwe | PF28200A | | PE |
| 4 | Flush Pull | Van Cronenburg Custom Thomas Rectangular Flush Shell Pull | | OT |

Notes: See ID 08 00 00 interior door schedule (Founders) DH-05-F, and DH-06-F

2
ASI-034R1

**Set: 31.1**

Doors: FS2, FS1P

Description: unit pair pocket dark scheme

| | | | | |
|---|---|---|---|---|
| 1 | Pocket Door Hdwe | PF28200A | | PE |
| 1 | Privacy Pocket Door Hdwe | PDL FP210 | US10BE | RM |

Notes: See ID 08 00 00 interior door schedule (Suites)

**Set: 31.2**

Doors: FS2, FS1P

Description: unit pair pocket light scheme

| | | | | |
|---|---|---|---|---|
| 1 | Pocket Door Hdwe | PF28200A | | PE |
| 1 | Privacy Pocket Door Hdwe | PDL FP210 | US10BE | RM |

Note: See ID 08 00 00 interior door schedule (Suites)

**Set: 31.3**

Doors: FS2, FS1P

Description: unit pair pocket medium scheme

| | | | | |
|---|---|---|---|---|
| 1 | Pocket Door Hdwe | PF28200A | | PE |
| 1 | Privacy Pocket Door Hdwe | PDL FP210 | US10BE | RM |

Note: See ID 08 00 00 interior door schedule (Suites)

**Set: 31.4**

Doors: FF1P

Description: unit pair pocket

2
ASI-034R1

| | | | | |
|---|---|---|---|---|
| 1 | Pocket Door Hdwe | PF28200A | | PE |
| 4 | Flush Pull | Van Cronenburg Custom Thomas Rectangular Flush Shell Pull | | OT |

Notes: See ID 08 00 00 interior door schedule (Founders) DH-05-F, and DH-06-F

**Set: 32.0**

Doors: BS1, BS2, BS3, BS4, BF8, XF2

Description: unit passage Dark Scheme

2
ASI-034R1

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Passage or Closet Lock | PA L159 E10101 | US10B | RM |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |

Notes: Door seals as required by manufacturer at fire, smoke and sound rated openings.
See ID 08 00 00 interior door schedule (Suites) Doors at bedrooms, dens, equipment closets, bathrooms, and laundry to get Acoustic Seal Set : PEMKOSTCSET-1A in place of gasketing S44

**Set: 32.1**

Doors: BE1, BE2

Description: unit passage

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Concealed | Square Hinge – 1010 - 622 | Matte Black | SH |
| 1 | Passage or Closet Lock | Latitude Series – F40 LAT 622 | Matte Black | SH |
| 1 | Door Stop | Door Stop Floor | Black | BP |
| 1 | Gasketing | S44 | | PE |

Notes: Door seals as required by manufacturer at fire, smoke and sound rated openings.
See ID 08 00 00 interior door schedule (BOH) Doors at bedrooms, dens, equipment closets, bathrooms, and laundry to get Acoustic Seal Set : PEMKOSTCSET-1A in place of gasketing S44

**Set: 32.2**

Doors:

| | | | | |
|---|---|---|---|---|
| 1 | Pocket Door Hdwe | PF28200A | | PE |
| 1 | Pocket Privacy Lock | PDL FP210 | | YR |

Notes: See ID 08 00 00 interior door schedule (Suites)

**Set: 36.3**

Doors: ES1, ES1P, ES2, ES2P, ES3, ES3P

Description: unit pocket medium scheme

| | | | | |
|---|---|---|---|---|
| 1 | Pocket Door Hdwe | PF28200A | | PE |
| 1 | Pocket Privacy Lock | PDL FP210 | | YR |

See ID 08 00 00 interior door schedule (Suites)

**Set: 37.0**

Doors: EF1, EF2, EF2P, EF4, EF4P,EF5,EF6

Description: unit pocket

2
ASI-034R1

| | | | | |
|---|---|---|---|---|
| 1 | Pocket Door Hdwe | PF28200A | | PE |
| 1 | Pocket Door Lock (Van Cronenberg) | Flush ring x square shell | | OT |

See ID 08 00 00 interior door schedule (Founders)

**Set: 38.0**

Doors: BS2P, BS4P

Description: unit privacy dark scheme

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Privacy Bedroom or Bath Lock | PR L159 E10101 | US10B | RM |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |

Notes: Door seals as required by manufacturer at fire, smoke and sound rated openings.
See ID 08 00 00 interior door schedule (Suites) Doors at bedrooms, dens, equipment closets, bathrooms, and laundry to get Acoustic Seal Set : PEMKOSTCSET-1A in place of gasketing S44

**Set: 38.1**

Doors: BE2P

Description: unit privacy

| | | | | |
|---|---|---|---|---|
| 4 | Hinge | Square Hinge – 1010 - 622 | Matte Black | SH |
| 1 | Privacy Bedroom or Bath Lock | Latitude Series – F40 LAT 622 | Matte Black | SH |
| 1 | Door Stop | Door Stop Floor | US10B | BP |
| 1 | Gasketing | S44 | | PE |

Notes: Door seals as required by manufacturer at fire, smoke and sound rated openings.
See ID 08 00 00 interior door schedule (BOH) Doors at bedrooms, dens, equipment closets, bathrooms, and laundry to get Acoustic Seal Set : PEMKOSTCSET-1A in place of gasketing S44

**Set: 39.0**

Doors: BF2P, BF7P, BF8P

Description: unit privacy

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Privacy Set (Van Cronenberg) | Privacy mortise, Kalypso lever x standard rose | | OT |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |

Notes: See ID 08 00 00 interior door schedule (Suites) Doors at bedrooms, dens, equipment closets, bathrooms, and laundry to get Acoustic Seal Set : PEMKOSTCSET-1A in place of gasketing S44

**Set: 40.0**

Description: ~~unit privacy~~ light scheme

Doors: BS2P, BS4P

2
ASI-034R1

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Privacy Bedroom or Bath Lock | PR L135 E10101 | US10B | RM |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |

DocuSign Envelope ID: 923DF6D7-1A2F-49DB-93D7-23459389A7C5


Notes: See ID 08 00 00 interior door schedule (Suites) Doors at bedrooms, dens, equipment closets, bathrooms, and laundry to get Acoustic Seal Set : PEMKOSTCSET-1A in place of gasketing S44

**Set: 41.0**

Doors: BS2P, BS4P

Description: unit privacy medium scheme

2
ASI-034R1

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Concealed | TE 240 3D | Matte Black | MK |
| 1 | Privacy Bedroom or Bath Lock | PR L117 E10101 | US10B | RM |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |

Notes: See ID 08 00 00 interior door schedule (Suites) Doors at bedrooms, dens, equipment closets, bathrooms, and laundry to get Acoustic Seal Set : PEMKOSTCSET-1A in place of gasketing S44

**Set: 42.0**

Doors:

Description: sing ext AL - panic nightlatch

| | | | | |
|---|---|---|---|---|
| 1 | Pivot Set | 117 | 612 | RF |
| 1 | Intermediate Pivot | M19 | 612 | RF |
| 1 | Rim Exit Device | DG263 AD8506 ETMD | US10B | SA |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 1 | Door Stop | 466-RKW | Black | RO |
| 1 | Threshold | per sill detail | | PE |
| 1 | Rain Guard | 346D (omit at overhang) | | PE |
| 1 | Sweep | 315DN | | PE |

Notes: Weather stripping by aluminum door manufacturer.

**Set: 43.0**

Doors:

Description: sing int AL - classroom

| | | | | |
|---|---|---|---|---|
| 1 | Pivot Set | 117 | 612 | RF |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Intermediate Pivot | M19 | 612 | RF | |
| 1 | Classroom Lock | DG263 R8237 RMD | US10B | SA | |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA | |
| 1 | Door Stop | DS232 | US10B | RM | |

Notes: Gasketing by door manufacturer.

**Set: 44.0**

Doors: 218F, P232A, P231, P139B, 218A, 236B, 236D, 102B

Description: sing ext AL - panic CR

2
ASI-034R1

| | | | | | |
|---|---|---|---|---|---|
| 1 | Pivot Set | 117 | 612 | RF | |
| 1 | Electrified Inter Pivot | EM19 | 612 | RF | ⚡ |
| 1 | Electrified Rim Exit | DG263 12 AD8574-24v ETMD | US10B | SA | ⚡ |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA | |
| 1 | Door Stop | DS232 | US10B | RM | |
| 1 | Threshold | per sill detail | | PE | |
| 1 | Rain Guard | 346D (omit at overhang) | | PE | |
| 1 | Sweep | 315DN | | PE | |
| 1 | Card Reader | wall mounted reader by others | | OT | |
| 1 | Frame Harness | QC-C__P | | MK | ⚡ |
| 1 | Door Harness | QC-C__ | | MK | ⚡ |

Notes: Weather stripping by door manufacturer.
Door normally closed and locked. Access by card reader. Door remains locked if power is lost. Free egress at all times.

Notes: Coordinate hardware requirements with door and frame provider.
Refer to ID 08 00 00 Interior Door Schedule (Amenities)

**Set: 44.1**

Doors: P208B, P247, P232B, P235A, P235B, P243A, P106C, P127, P118

Description: Single Panel AL System

2
ASI-034R1

| | | | | |
|---|---|---|---|---|
| 1 | Pivot Set | 117 | 612 | RF |
| 1 | Intermediate Pivot | M19 | 612 | RF |
| 1 | Push Pull | E480 W/ D GRIP | | RM |
| 1 | Surface Closer | 422 CTB2 | EB | SA |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Threshold | per sill detail | | PE |
| 1 | Rain Guard | 346D (omit at overhang) | | PE |
| 1 | Sweep | 315DN | | PE |

Notes: Weather stripping by door manufacturer. Use smoke seal in lieu of weather stripping where indicated in door schedule.

Refer to ID 08 00 00 Interior Door Schedule (Amenities) – DH-06

~~Set: 44.2~~

Doors: S1G

Description: TGP Single Panel AL System - CR

| | | | | | |
|---|---|---|---|---|---|
| 3 | Hanging Device | Weld on Pivots | PTM | TGP | |
| 1 | Concealed Power Transfer | | | Securiton | ⚡ |
| 1 | Electrified Panic Device | | | Von Duprin | ⚡ |
| 1 | Auto Operator | Stanley M-Force | EB | Stanley | ⚡ |
| 1 | Door Stop | DS232 | US10B | RM | |
| 2 | Actuators | 59J-WSS hardwired w/ in wall box 1035 | | Disability Systems | ⚡ |
| 1 | Gasketing | S44 | | PE | |
| 1 | Card Reader | wall mounted reader by others | | OT | |
| 1 | Frame Harness | QC-C__P | | TGP | ⚡ |
| 1 | Door Harness | QC-C__ | | TGP | ⚡ |

2
ASI-034R1

Notes: Weather stripping by door manufacturer.
Door normally closed and locked. Access by card reader. Door remains locked if power is lost. Free egress at all times.

Notes: Coordinate hardware requirements with door and frame provider.
Refer to ID 08 00 00 Interior Door Schedule (Amenities)

Door hardware is by door manufacturer. This hardware group is for design guidance. To the greatest extent possible the hardware indicated here is to be matched in function, operation, appearance and finish. Where a match cannot be found, and the ID selected trim and lever cannot be fitted to the lock specified, the door manufacturer is to submit their equivalent for ID approval.

**Set: 45.0**

Doors:

| | | | | | |
|---|---|---|---|---|---|
| 2 | Pivot Set | 117 | 612 | RF | |
| 1 | Intermediate Pivot | M19 | 612 | RF | |
| 1 | Electrified Inter Pivot | EM19 | 612 | RF | ⚡ |
| 1 | Electrified Multi-Point Lock | AD707415 ETMD | US10B | SA | ⚡ |
| 1 | Multi-Point Lock | AD700115 ETMD | US10B | SA | |
| 2 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA | |
| 2 | Door Stop | DS232 | US10B | RM | |
| 1 | Card Reader | wall mounted reader by others | | OT | |
| 1 | Frame Harness | QC-C__P | | MK | ⚡ |
| 1 | Door Harness | QC-C__ | | MK | ⚡ |
| 1 | Power Supply | AQD as req'd | | SU | ⚡ |

Notes: Gasketing by aluminum door manufacturer.
Door normally closed and locked. Access by card reader. Door remains locked if power is lost. Free egress at all times.

**Set: 46.0**

Doors: 101A, 116A

Description: pair ext AL - CR, panics

2 ASI-034R1

| | | | | | |
|---|---|---|---|---|---|
| 2 | Pivot Set | 117 | 612 | RF | |
| 1 | Intermediate Pivot | M19 | 612 | RF | |
| 1 | Electrified Inter Pivot | EM19 | 612 | RF | ⚡ |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Concealed Vert Rod Exit, Exit Only | AD8410 EO | US10B | SA | |
| 1 | Fail Secure Exit Device | AD8474-24v ETMD | US10B | SA | ⚡ |
| 2 | Conc Overhead Stop | 6-336 | 690 | RF | |
| 2 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA | |
| 1 | Threshold | per sill detail | | PE | |
| 1 | Rain Guard | 346D (omit at overhang) | | PE | |
| 2 | Sweep | 315DN | | PE | |
| 1 | Card Reader | wall mounted reader by others | | OT | |
| 1 | Frame Harness | QC-C__P | | MK | ⚡ |
| 1 | Door Harness | QC-C__ | | MK | ⚡ |
| 1 | Power Supply | AQD as req'd | | SU | ⚡ |

Notes: Weather stripping by aluminum door manufacturer.
Door normally closed and locked. Access by card reader. Door remains locked if power is lost. Free egress at all times.

Verify door material for 101A and coordinate hardware with door manufacturer.

**Set: 47.0**

Doors:

Description: sing int HM - panic, CR

2
ASI-034R1

| | | | | | |
|---|---|---|---|---|---|
| 4 | Hinge, Full Mortise | TA714 | US10B | MK | |
| 1 | Fail Secure Exit Device | 12 8874-24v ETMD | US32D | SA | ⚡ |
| 1 | Surface Closer | 1331 JO / JH | EB | SA | |
| 1 | Door Stop | DS232 | US10B | RM | |
| 1 | Gasketing | S44 | | PE | |
| 1 | Card Reader | wall mounted reader by others | | OT | |
| 1 | Frame Harness | QC-C__P | | MK | ⚡ |
| 1 | Door Harness | QC-C__ | | MK | ⚡ |
| 1 | Power Supply | AQD as req'd | | SU | ⚡ |

Notes: Door normally closed and locked. Access by card reader or key override. Door unlocks if power is lost. Free egress at all times.
Door seals as required by manufacturer at fire, smoke and sound rated openings.

**Set: 48.0**

Doors:

Description:

| | | | | | |
|---|---|---|---|---|---|
| 6 | Hinge, Full Mortise | TA714 | US10B | MK | |
| 1 | Concealed Vert Rod Exit, Passage | MD8615 ETMD | US10B | SA | |
| 2 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA | |
| 2 | Kick Plate | KP836 10" high CSK BEV | US10B | RM | |
| 2 | Door Stop | DS232 | US10B | RM | |
| 2 | Electromagnetic Holder | 99_M | 690 | RF | ⚡ |
| 1 | Gasketing | S88 | | PE | |

Notes: Coordinate hardware requirements with door and frame provider.
Refer to ID 08 00 00 Interior Door Schedule (Amenities)

Door hardware is by door manufacturer. This hardware group is for design guidance. To the greatest extent possible the hardware indicated here is to be matched in function, operation, appearance and finish. Where a match cannot be found, and the ID selected trim and lever cannot be fitted to the lock specified, the door manufacturer is to submit their equivalent for ID approval.

**Set: 48.1**

Doors: P208, P106B

Description: Total Door System

| | | | | |
|---|---|---|---|---|
| 1 | Full Height Hinges | H-13 | US10B | Total Door |
| 1 | Full Height Latch Channel | L-11 | US10B | Total Door |
| 1 | Electronic Operating Pull | EM32 | US10B | Total Door |
| 1 | Electronic Exit Device | EPF200 | US10B | Total Door |

2
ASI-034R1

| | | | | | |
|---|---|---|---|---|---|
| 1 | Closer | TDC96P | US10B | Total Door | |
| 1 | Electromagnetic Holder | 99_M | 690 | RF | ⚡ |
| 1 | Surface Mounted Smoke Seal | W60 | | Total Door | |
| 1 | Positive Pressure Label (Confirm rating with door schedule) | | | Total Door | |
| 1 | Card reader | Wall mounted Reader by others | | OT | |

2
ASI-034R1

Notes: Coordinate hardware requirements with door and frame provider.
Refer to ID 08 00 00 Interior Door Schedule (Amenities)

Door hardware is by door manufacturer. This hardware group is for design guidance. To the greatest extent possible the hardware indicated here is to be matched in function, operation, appearance and finish. Where a match cannot be found, and the ID selected trim and lever cannot be fitted to the lock specified, the door manufacturer is to submit their equivalent for ID approval.

**Set: 50.0**

Doors: S3AB, 504

Description: sing ext HM - panic

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Full Mortise | TA2314 | US10B | MK |
| 1 | Rim Exit Device | DG263 8806 ETMD | US10B | SA |
| 1 | Surface Closer | 1331 JO / JH | EB | SA |
| 1 | Door Stop | 466-RKW | Black | RO |
| 1 | Threshold | per sill detail | | PE |
| 1 | Gasketing | S773 | | PE |
| 1 | Rain Guard | 346D (omit at overhang) | | PE |
| 1 | Sweep | 315DN | | PE |

**Set: 51.0**

Doors: 309A

Description: sing ext HM - panic CR

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Full Mortise | TA2314 | US10B | MK |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Frame Harness | QC-C__P | | MK | ⚡ |
| 1 | Door Harness | QC-C__ | | MK | ⚡ |
| 1 | Electric Power Transfer | EL-CEPT | | SU | ⚡ |
| 1 | Power Supply | AQD as req'd | | SU | ⚡ |

Notes: Door normally closed and locked. Access by card reader or key override. Door remains locked if power is lost. Free egress at all times.

**Set: 53.0**

Doors P301B, P302

Description: sing ext HM - CR

| | | | | | |
|---|---|---|---|---|---|
| 3 | Hinge, Full Mortise | TA2314 | US10B | MK | |
| 1 | Hinge, Full Mortise | TA2314 QC_ | US10B | MK | ⚡ |
| 1 | Electrified Mortise Lock | DG263 NAC-R82271-24v RMD | US10B | SA | ⚡ |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA | |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM | |
| 1 | Door Stop | 466-RKW | Black | RO | |
| 1 | Threshold | per sill detail | | PE | |
| 1 | Gasketing | S773 | | PE | |
| 1 | Rain Guard | 346D (omit at overhang) | | PE | |
| 1 | Sweep | 315DN | | PE | |
| 1 | Card Reader | wall mounted reader by others | | OT | |
| 1 | Frame Harness | QC-C__P | | MK | ⚡ |
| 1 | Door Harness | QC-C__ | | MK | ⚡ |
| 1 | Power Supply | AQD as req'd | | SU | ⚡ |
| 1 | Seal Set | PemkoSTCset 1A | | PE | |

2
ASI-034R1

Notes: Door normally closed and locked. Access by card reader or key override. Door remains locked if power is lost. Free egress at all times.

**Set: 53.1**

DocuSign Envelope ID: 923DF6D7-1A2F-49DB-93D7-23459389A7C5


| | | | | | |
|---|---|---|---|---|---|
| 1 | Gasketing | S773 | | PE | |
| 1 | Rain Guard | 346D (omit at overhang) | | PE | |
| 1 | Sweep | 315DN | | PE | |
| 1 | Card Reader | wall mounted reader by others | | OT | |
| 1 | Frame Harness | QC-C__P | | MK | ⚡ |
| 1 | Door Harness | QC-C__ | | MK | ⚡ |
| 1 | Electric Power Transfer | EL-CEPT | | SU | ⚡ |
| 1 | Power Supply | AQD as req'd | | SU | ⚡ |

Notes: Door normally closed and locked. Access by card reader or key override. Door remains locked if power is lost. Free egress at all times.

**Set: 54.0**

Doors: P236

Description: pair ext HM

| | | | | |
|---|---|---|---|---|
| 8 | Hinge, Full Mortise | TA2314 | US10B | MK |
| 1 | Flush Bolt | 2842 | US10B | RO |
| 1 | Storeroom or Closet Lock | DG263 R8204 RMD | US10B | SA |
| 1 | Coordinator | 2600 series as req'd | Black | RO |
| 2 | Surface Closer | 1331 JO / JH | EB | SA |
| 2 | Door Stop | 466-RKW | Black | RO |
| 1 | Threshold | per sill detail | | PE |
| 1 | Gasketing | S773 | | PE |
| 1 | Rain Guard | 346D (omit at overhang) | | PE |
| 2 | Sweep | 315DN | | PE |

2
ASI 034R1

Notes:

**Set: 55.0**

Doors: P217, P241, P108, P109, P110, P111, P112, P113, P114, P117, P119, P121, P122, P124, P125, P126, P128, P130, P131, P215, P216, P217, P218, P219, P220, P221, P222, P224, P225, P226, P227, P228, P238, P239, P240, P241, P242, P308, P309, P314, 233

Description: sing int Storage Doors - CR

2
ASI-034R1

| | | | | | |
|---|---|---|---|---|---|
| 3 | Hinge, Full Mortise | TA2314 | US10B | MK | |
| 1 | Hinge, Full Mortise | TA2314 QC_ | US10B | MK | ⚡ |
| 1 | Electrified Mortise Lock | DG263 NAC-R82271-24v RMD | US10B | SA | ⚡ |
| 1 | Surface Closer | 1331 JPS | EB | SA | |
| 1 | Threshold | per sill detail | | PE | |
| 1 | Gasketing | S88 | | PE | |
| 1 | Sweep | P235 PK | | PE | |
| 1 | Card Reader | wall mounted reader by others | | OT | |
| 1 | Frame Harness | QC-C__P | | MK | ⚡ |
| 1 | Door Harness | QC-C__ | | MK | ⚡ |
| 1 | ~~Power Supply~~ | ~~AQD as req'd~~ | | ~~SU~~ | ⚡ |
| 1 | Seal Set | PemkoSTCset 1A | | PE | |

2
ASI-034R1

Notes: Door normally closed and locked. Access by card reader or key override. Door remains locked if power is lost. Free egress at all times.

**Set: 57.0**

Doors: S1B, S1C, S1D, S1E, S1F, S1H, S2B, S2GB, S2C, S2D, S2E, S2GA, S2H, S3B, S3C, S3D, S3E, S3F, S3HA, S3HB, S4A, S4B, S4C, S4D, S5A, S5BA, S5C, SP2B, SP2C, SP2F, SP2H, SP1B, SP1C, SP1E, SP1H, 508, 601,S2F,S5BB

Description: sing int HM - panic, CR

2
ASI-034R1

| | | | | | |
|---|---|---|---|---|---|
| 4 | Hinge, Full Mortise | TA714 | US10B | MK | |
| 1 | Fail Safe Exit Device | 12 8873-24v ETMD | US10B | SA | ⚡ |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA | |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM | |
| 1 | Door Stop | DS232 | US10B | RM | |
| 1 | Gasketing | S44 | | PE | |
| 1 | Card Reader | wall mounted reader by others | | OT | |
| 1 | Frame Harness | QC-C__P | | MK | ⚡ |
| 1 | Door Harness | QC-C__ | | MK | ⚡ |

| | | | | |
|---|---|---|---|---|
| 1 | Power Supply | AQD as req'd | | SU |

Notes: Door normally closed and locked. Access by card reader or key override. Door unlocks if power is lost. Free egress at all times.
Door seals as required by manufacturer at fire, smoke and sound rated openings.

**Set: 58.0**

Doors: 112B, 150B, 151A

2 ASI-034R1

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Full Mortise | TA714 | US10B | MK |
| 1 | Rim Exit Device, Passage | 8815 | US10B | SA |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |

Notes: Door seals as required by manufacturer at fire, smoke and sound rated openings.

**Set: 59.0**

Doors:

2 ASI-034R1

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Full Mortise, Hvy Wt | TA786 | US10B | MK |
| 1 | Storeroom or Closet Lock | DG263 R8204 RMD | US10B | SA |
| 1 | Conc Overhead Stop | 2-336 | 690 | RF |
| 1 | Gasketing | S44 | | PE |

**Set: 60.0**

Doors: P251, P223B, P143B, P146A, P146B, 220, 407
Description: sing int HM - storeroom

2 ASI-034R1

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Full Mortise | TA714 | US10B | MK |
| 1 | Storeroom or Closet Lock | DG263 R8204 RMD | US10B | SA |

2 ASI-034R1

| | | | | |
|---|---|---|---|---|
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |
| 1 | Seal Set | PemkoSTCset 1A | | PE |

Notes: Door seals as required by manufacturer at fire, smoke and sound rated openings.

**Set: 60.5**

Doors: 239, 245, 601, P154, P237, P244, P107, P149, P151, 158, P153

Description: sing int HM - storeroom - BOH

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Full Mortise | TA714 | US10B | MK |
| 1 | Storeroom or Closet Lock | DG263 R8204 RMD | US10B | SA |
| 1 | Surface Closer | 1331 JO / JH | EB | SA |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |
| 1 | Seal Set | PemkoSTCset 1A | | PE |

2 ASI-034R1

Notes: Door seals as required by manufacturer at fire, smoke and sound rated openings.

**Set: 60.6**

Doors: P205B, P211B

Description: sing int HM – Passage - BOH

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Full Mortise | TA714 | US10B | MK |
| 1 | Passage | DG263 R8204 RMD | US10B | SA |
| 1 | Surface Closer | 1331 JO / JH | EB | SA |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |

Notes: Re ID 08 00 00 Interior Door Schedule (BOH)

**Set: 61.0**

Doors: 505, 507, P313, P101, P102, P105A, P138A

2 ASI-034R1

| | | | | |
|---|---|---|---|---|
| 8 | Hinge, Full Mortise | TA714 | US10B | MK |
| 1 | Flush Bolt | 2842 | US10B | RO |
| 1 | Dust Proof Strike | 570 | US10B | RO |
| 1 | Storeroom or Closet Lock | DG263 R8204 RMD | US10B | SA |
| 2 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 2 | Kick Plate | KP836 10" high CSK BEV | US10B | RM |
| 2 | Door Stop | DS232 | US10B | RM |
| ~~1~~ | ~~Gasketing~~ | ~~S44~~ | | ~~PE~~ |
| 1 | Seal Set | PemkoSTCset 1A | | PE |

2
ASI-034R1

**Set: 62.0**

Doors: P213, P214, P306, P307

Description: Office Entry - CR

| | | | | | |
|---|---|---|---|---|---|
| 3 | Hinge, Full Mortise | TA714 | US10B | MK | |
| 1 | Hinge, Full Mortise | TA714 QC_ | US10B | MK | ⚡ |
| 1 | Electrified Mortise Lock | DG263 NAC-R82271-24v RMD | US10B | SA | ⚡ |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM | |
| 1 | Card Reader | wall mounted reader by others | | OT | |
| 1 | Door Stop | DS232 | US10B | RM | |
| 1 | Gasketing | S44 | | PE | |
| 1 | Frame Harness | QC-C__P | | MK | ⚡ |
| 1 | Door Harness | QC-C__ | | MK | ⚡ |
| 1 | Power Supply | AQD as req'd | | SU | ⚡ |

Notes: Door seals as required by manufacturer at fire, smoke and sound rated openings.

**Set: 62.1**

Doors: 225, 254

Description: Office Entry

| | | | | | |
|---|---|---|---|---|---|
| 3 | Hinge, Full Mortise | TA714 | US10B | MK | |
| 1 | Office or Entry Lock | DG263 R8205 RMD | US10B | SA | |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM | |
| 1 | Door Stop | DS232 | US10B | RM | |
| 1 | Gasketing | S44 | | PE | |

Notes: Door seals as required by manufacturer at fire, smoke and sound rated openings.

**Set: 62.2**

Doors: 121B

Description: Passage - CR

| | | | | | |
|---|---|---|---|---|---|
| 3 | Hinge, Full Mortise | TA714 | US10B | MK | |
| 1 | Hinge, Full Mortise | TA714 QC_ | US10B | MK | ⚡ |
| 1 | Electrified Mortise Lock | DG263 NAC-R82271-24v RMD | US10B | SA | ⚡ |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM | |
| 1 | Card Reader | wall mounted reader by others | | OT | |
| 1 | Door Stop | DS232 | US10B | RM | |
| 1 | Gasketing | S44 | | PE | |
| 1 | Frame Harness | QC-C__P | | MK | ⚡ |
| 1 | Door Harness | QC-C__ | | MK | ⚡ |
| 1 | Power Supply | AQD as req'd | | SU | ⚡ |

2
ASI-034R1

Notes: Door seals as required by manufacturer at fire, smoke and sound rated openings.
Re ID 08 00 00 Interior Door Schedule (Amenities)

**Set: 62.3**

Doors: 130, 146

Description: Passage FOH Locker

2
ASI-034R1

| | | | | |
|---|---|---|---|---|
| 3 | Hinge, Full Mortise | TA714 | US10B | MK |
| 1 | Push/ Pull | E480 G619 | | RM |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |

Notes: Re ID 08 00 00 Interior Door Schedule (Amenities)

2 ASI-034R1

**Set: 63.0**

Doors: 143

Description: sing int HM - storeroom

2 ASI-034R1

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Full Mortise | TA714 | US10B | MK |
| 1 | Classroom Lock | DG263 R8237 RMD | US10B | SA |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |

Notes: Door seals as required by manufacturer at fire, smoke and sound rated openings.

**Set: 63.5**

Doors: SP3H

Description: sing int HM - storeroom - BOH

| | | | | |
|---|---|---|---|---|
| 3 | Hinge, Full Mortise | TA714 | US10B | MK |
| 1 | Hinge, Full Mortise TA714QC | | | |
| 1 | Electrified Mortise Lock | DG263 NAC R82271-24v RMD | US10B | SA |

2 ASI-034R1

| | | | | |
|---|---|---|---|---|
| 1 | Surface Closer | 1331 JO / JH | EB | SA |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |
| 1 | Card Reader | Wall mounted by others | | OT |
| 1 | Frame Harness | QC-C__P | | MK |
| 1 | Door Harness | QC-C | | MK |
| 1 | Electric Power Transfer | EL-CEPT | | SU |
| 1 | Power Supply | AQD as req'd | | SU |

2
ASI-034R1

**Set: 64.0**

Doors:
Portella ~~Double Door System~~

2
ASI-034R1

| | | | | |
|---|---|---|---|---|
| 1 | Classroom Lock | DG263 R8237 RMD | US10B | SA |
| 1 | Flush Bolt | | | |
| 1 | Coordinator | 2600 series as req'd | Black | RO |
| 2 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 2 | Kick Plate | KP836 10" high CSK BEV | US10B | RM |
| 2 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |
| 1 | Remainder of Hardware | all other hardware by door manufacturer | | OT |

Notes: Coordinate hardware requirements with door and frame provider.
Refer to ID 08 00 00 Interior Door Schedule (Amenities)

Door hardware is by door manufacturer. This hardware group is for design guidance. To the greatest extent possible the hardware indicated here is to be matched in function, operation, appearance and finish. Where a match cannot be found, and the ID selected trim and lever cannot be fitted to the lock specified, the door manufacturer is to submit their equivalent for ID approval.

**Set: 64.1**

Doors:
Portella Double Door System - CR

Door hardware is by door manufacturer. This hardware group is for design guidance. To the greatest extent possible the hardware indicated here is to be matched in function, operation, appearance and finish. Where a match cannot be found, and the ID selected trim and lever cannot be fitted to the lock specified, the door manufacturer is to submit their equivalent for ID approval.

**Set: 64.3**

Doors: 235

Portella Single Door System - CR

| | | | | |
|---|---|---|---|---|
| 1 | Electrified Mortise Lock | DG263 R8271 24v RMD | US10B | SA |
| 1 | ~~Card Reader~~ | ~~wall mounted reader by others~~ | | ~~OT~~ |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |
| 1 | Remainder of Hardware | all other hardware by door manufacturer | | OT |
| 1 | Frame Harness | QC-C__P | | MK |
| 1 | Door Harness | QC-C__ | | MK |
| 1 | Power Supply | AQD as req'd. | | SU |

2
ASI-034R1

Notes: Coordinate hardware requirements with door and frame provider.
Refer to ID 08 00 00 Interior Door Schedule (Amenities)

Door hardware is by door manufacturer. This hardware group is for design guidance. To the greatest extent possible the hardware indicated here is to be matched in function, operation, appearance and finish. Where a match cannot be found, and the ID selected trim and lever cannot be fitted to the lock specified, the door manufacturer is to submit their equivalent for ID approval.

**Set: 64.4**

Doors: 150D, 217A, 217B

Portella Double Sliding Door System

| | | | | |
|---|---|---|---|---|
| 1 | Remainder of Hardware | all other hardware by door manufacturer | | OT |

Notes: Coordinate hardware requirements with door and frame provider.
Refer to ID 08 00 00 Interior Door Schedule (Amenities)

Door hardware is by door manufacturer. This hardware group is for design guidance. To the greatest extent possible the hardware indicated here is to be matched in function, operation, appearance and finish. Where a match cannot be found, and the ID selected trim and lever cannot be fitted to the lock specified, the door manufacturer is to submit their equivalent for ID approval.

**Set: 64.5**

Doors: 212B

Portella Single Door System

2 ASI-034R1

| | | | | |
|---|---|---|---|---|
| 1 | Passage or Closet Lock | R8215 RMD | US10B | SA |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |
| 1 | Remainder of Hardware | all other hardware by door manufacturer | | OT |

Notes: Coordinate hardware requirements with door and frame provider.
Refer to ID 08 00 00 Interior Door Schedule (Amenities)

Door hardware is by door manufacturer. This hardware group is for design guidance. To the greatest extent possible the hardware indicated here is to be matched in function, operation, appearance and finish. Where a match cannot be found, and the ID selected trim and lever cannot be fitted to the lock specified, the door manufacturer is to submit their equivalent for ID approval.

**Set: 64.6**

Doors: 120,124,125, 126A, 132, 133

Portella Single Door System Spa

2 ASI-034R1

| | | | | |
|---|---|---|---|---|
| 1 | Push, Pull Handle | G4211 – B – 32 – 600 | | RM |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM |
| 1 | Door Stop | DS232 | US10B | RM |
| 1 | Gasketing | S44 | | PE |

| | | | | |
|---|---|---|---|---|
| 1 | Remainder of Hardware | all other hardware by door manufacturer | | OT |

Notes: Coordinate hardware requirements with door and frame provider.
Refer to ID 08 00 00 Interior Door Schedule (Amenities)

Door hardware is by door manufacturer. This hardware group is for design guidance. To the greatest extent possible the hardware indicated here is to be matched in function, operation, appearance and finish. Where a match cannot be found, and the ID selected trim and lever cannot be fitted to the lock specified, the door manufacturer is to submit their equivalent for ID approval.

**Set: 64.7**

Doors: 234, 201A, 237, 236A

Portella Double Door System

| | | | | | |
|---|---|---|---|---|---|
| 1 | Electrified Mortise Lock | DG263 R82271-24v RMD | US10B | SA | |
| 1 | Coordinator | 2600 series as req'd | Black | RO | |
| 2 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA | |
| 2 | Kick Plate | KP836 10" high CSK BEV | US10B | RM | |
| 2 | Door Stop | DS232 | US10B | RM | |
| 1 | Gasketing | S44 | | PE | |
| 1 | Remainder of Hardware | all other hardware by door manufacturer | | OT | |
| 1 | Card Reader | wall mounted reader by others | | OT | |
| 1 | Frame Harness | QC-C__P | | MK | ⚡ |
| 1 | Door Harness | QC-C__ | | MK | ⚡ |
| 1 | Power Supply | AQD as req'd | | SU | ⚡ |

2
ASI-034R1

Note: Provide magnetic hold opens at door 201A. Bolt by door manufacturer.

Notes: Coordinate hardware requirements with door and frame provider.
Refer to ID 08 00 00 Interior Door Schedule (Amenities)

Door hardware is by door manufacturer. This hardware group is for design guidance. To the greatest extent possible the hardware indicated here is to be matched in function, operation, appearance and finish. Where a match cannot be found, and the ID selected trim and lever cannot be fitted to the lock specified, the door manufacturer is to submit their equivalent for ID approval.

**Set: 65.0**

Doors:

Description: sing int HM - storeroom

| | | | | | |
|---|---|---|---|---|---|
| 4 | Hinge, Full Mortise | TA714 | US10B | MK | |
| 1 | Classroom Lock | DG263 R8237 RMD | US10B | SA | |
| 1 | Surface Closer | 422 CTHB2 / PCTHB2 | EB | SA | |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM | |
| 1 | Door Stop | DS232 | US10B | RM | |
| 1 | Gasketing | S44 | | PE | |

**Set: 66.0**

Doors: 221, 222

2
ASI-034R1

| | | | | | |
|---|---|---|---|---|---|
| 4 | Hinge, Full Mortise | TA714 | US10B | MK | |
| 1 | Privacy Lock | V21 8265 LNMD | US10B | SA | |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA | |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM | |
| 1 | Door Stop | DS232 | US10B | RM | |
| 1 | Gasketing | S44 | | PE | |

**Set: 67.0**

Doors: P243B, P106A, P132A, P138B, P142A, P143A, P201, P205A, P206, P235B, P229, P230A, P230B, P251, 136C, 137, 142A, 209, P143A, P211A, 140, 141, 142B, 210A, 219, 213, P252, P245, 407, 506

2
ASI-034R1

| | | | | | |
|---|---|---|---|---|---|
| 3 | Hinge, Full Mortise | TA714 | US10B | MK | |
| 1 | Hinge, Full Mortise | TA714 QC_ | US10B | MK | ⚡ |
| 1 | Electrified Mortise Lock | DG263 NAC-R82271-24v RMD | US10B | SA | ⚡ |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM | |
| 1 | Wall Stop | 409 | US10BE | RO | |
| 1 | Gasketing | S44 | | PE | |
| 1 | Card Reader | wall mounted reader by others | | OT | |
| 1 | Frame Harness | QC-C__P | | MK | ⚡ |
| 1 | Door Harness | QC-C__ | | MK | ⚡ |
| 1 | ~~Power Supply~~ | ~~AQD as req'd~~ | | ~~SU~~ | ~~⚡~~ |
| 1 | Seal Set | PemkoSTCset 1A | | PE | |

2 ASI-034R1

Notes: Door normally closed and locked. Access by card reader or key override. Door remains locked if power is lost. Free egress at all times.
Door seals as required by manufacturer at fire, smoke and sound rated openings.
Hanging/hinges by door manufacturer at P235B.

**Set: 67.1**

Doors: 101B, 201

Description: Total Door System

| | | | | | |
|---|---|---|---|---|---|
| 1 | Full Height Hinges | H-13 | US10B | Total Door | |
| 1 | Full Height Latch Channel | L-11 | US10B | Total Door | |
| 1 | Electrified Lever Mortise Lock | ~~Lever 60 Q19~~ | ~~US10B~~ | Total Door | |
| 1 | Kick Plate | | US10B | Total Door | |
| 1 | Wall Stop | 409 | US10BE | RO | |
| 1 | Closer | TDC96P | US10B | Total Door | |
| 1 | Surface Mounted Smoke Seal | W60 | | Total Door | |
| 1 | Positive Pressure Label (Confirm rating with door schedule) | | | Total Door | |
| 1 | Electrified Mortise Lock | | | Total Door | ⚡ |
| 1 | Card Reader | wall mounted reader by others | | Total Door | |
| 1 | Frame Harness | QC-C__P | | Total Door | ⚡ |

2 ASI-034R1

| | | | | |
|---|---|---|---|---|
| 1 | Door Harness | QC-C__ | Total Door | ⚡ |
| 1 | Power Supply | AQD as req'd | Total Door | ⚡ |

Notes: Door normally closed and locked. Access by card reader or key override. Door remains locked if power is lost. Free egress at all times.
Door seals as required by manufacturer at fire, smoke and sound rated openings.

**Set: 68.0**

Doors: 114, P223A, P105B, P312

| | | | | | |
|---|---|---|---|---|---|
| 8 | Hinge, Full Mortise | TA714 | US10B | MK | |
| 1 | Flush Bolt | 2842 | US10B | RO | |
| 1 | Dust Proof Strike | 570 | US10B | RO | |
| 1 | Electrified Mortise Lock | DG263 NAC-R82271-24v RMD | US10B | SA | ⚡ |
| 1 | Coordinator | 2600 series as req'd | Black | RO | |
| 2 | Surface Closer | 1331 JO / JH | EB | SA | |
| 2 | Door Stop | DS232 | US10B | RM | |
| 1 | Gasketing | S44 | | PE | |
| 1 | Card Reader | wall mounted reader by others | | OT | |
| 1 | Frame Harness | QC-C__P | | MK | ⚡ |
| 1 | Door Harness | QC-C__ | | MK | ⚡ |
| 1 | Power Supply | AQD as req'd | | SU | ⚡ |

Notes: Door normally closed and locked. Access by card reader or key override. Door remains locked if power is lost. Free egress at all times.

**Set: 68.5**

Doors: 144A, 117

2
ASI-034R1

| | | | | |
|---|---|---|---|---|
| 8 | Hinge, Full Mortise | TA714 | US10B | MK |
| 1 | Flush Bolt | 2842 | US10B | RO |
| 1 | Dust Proof Strike | 570 | US10B | RO |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Electrified Mortise Lock | DG263 NAC-R82271-24v RMD | US10B | SA | ⚡ |
| 1 | Coordinator | 2600 series as req'd | Black | RO | |
| 2 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA | |
| 2 | Kick Plate | KP836 10" high CSK BEV | US10B | RM | |
| 2 | Door Stop | DS232 | US10B | RM | |
| 1 | Gasketing | S44 | | PE | |
| 1 | Card Reader | wall mounted reader by others | | OT | |
| 1 | Frame Harness | QC-C__P | | MK | ⚡ |
| 1 | Door Harness | QC-C__ | | MK | ⚡ |
| 1 | Power Supply | AQD as req'd | | SU | ⚡ |

Notes: Door normally closed and locked. Access by card reader or key override. Door remains locked if power is lost. Free egress at all times.
Door seals as required by manufacturer at fire, smoke and sound rated openings.

**Set: 68.6**

Doors: 150A

Description: TGP Double Door - CR

2
ASI-034R1

| | | | | | |
|---|---|---|---|---|---|
| 6 | Hanging Devices | Weld on Pivots | PTM | TGP | |
| 2 | Electrified Panic Devices | | | Von Duprin | ⚡ |
| 1 | Auto Operator | Stanley M-Force Double Door Operator | | Stanley | ⚡ |
| 2 | Actuators | 59J-WSS hardwired w/ in wall box 1035 | | Disability Systems | ⚡ |
| 2 | Concealed Power Transfer | | | Securiton | ⚡ |
| 2 | Door Stop | DS232 | US10B | RM | |
| 1 | Gasketing | S44 | | PE | |
| 1 | Card Reader | wall mounted reader by others | | OT | |
| 2 | Frame Harness | QC-C__P | | TGP | ⚡ |

| | | | | | |
|---|---|---|---|---|---|
| 2 | Door Harness | QC-C__ | | TGP | ⚡ |
| 1 | Power Supply | AQD as req'd | | Von Duprin | ⚡ |

Notes: Door normally closed and locked. Access by card reader or key override. Door remains locked if power is lost. Free egress at all times.
Door seals as required by manufacturer at fire, smoke and sound rated openings.

Coordinate hardware requirements with door and frame provider.
Refer to ID 08 00 00 Interior Door Schedule (Amenities)

Door hardware is by door manufacturer. This hardware group is for design guidance. To the greatest extent possible the hardware indicated here is to be matched in function, operation, appearance and finish. Where a match cannot be found, and the ID selected trim and lever cannot be fitted to the lock specified, the door manufacturer is to submit their equivalent for ID approval.

**Set: 69.0**

Doors: 121A, 506, 136A, 136B, 138

2 ASI-034R1

| | | | | | |
|---|---|---|---|---|---|
| 4 | Hinge, Full Mortise | TA714 | US10B | MK | |
| 1 | Passage or Closet Lock | R8215 RMD | US10B | SA | |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA | |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM | 64 |
| 1 | Door Stop | DS232 | US10B | RM | |
| 1 | Gasketing | S44 | | PE | |

Notes: Hanging/hinges by door manufacturer at0 144B. Coordinate with manufacturer.
Door seals as required by manufacturer at fire, smoke and sound rated openings.

**Set: 69.1**

Doors: 152, 151B, 110,P139A,102A,112A
Description: TGP Designer Series W/ Pilnkington Pyrostop

| | | | | | |
|---|---|---|---|---|---|
| 3 | Hanging Devices | Weld on Pivots | PTM | TGP | |
| 1 | Concealed Power Transfer | | | Securiton | ⚡ |
| 1 | Auto Operator | Stanley M-Force | EB | Stanley | ⚡ |

2 ASI-034R1

DocuSign Envelope ID: 923DF6D7-1A2F-49DB-93D7-23459389A7C5


| | | | | | |
|---|---|---|---|---|---|
| 2 | Actuators | 59J-WSS hardwired w/ in wall box 1035 | | Disability Systems | |
| 1 | Electrified Mortise | | | TGP | ⚡ |
| 1 | Door Stop | DS232 | US10B | RM | |
| 1 | Auto door Bottom | 420APKL Smoke Seal | MA | TGP | |
| 1 | Weather Seal | Perimeter Gasket | | TGP | |
| 1 | Frame Harness | QC-C__P | | TGP | ⚡ |
| 1 | Door Harness | QC-C__ | | TGP | ⚡ |
| 1 | Power Supply | AQD as req'd | | Von Duprin | ⚡ |

Notes: Hanging/hinges by door manufacturer
Door seals as required by manufacturer at fire, smoke and sound rated openings.

2
ASI-034R1

**Set: 70.0**

Doors:

| | | | | |
|---|---|---|---|---|
| 4 | Hinge, Full Mortise, Hvy Wt | TA786 | US10B | MK |
| 1 | Passage or Closet Lock | R8215 RMD | US10B | SA |
| 1 | Conc Overhead Stop | 6-336 | 690 | RF |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM |
| 1 | Gasketing | S44 | | PE |

**Set: 71.0**

Doors: P132B

2
ASI-034R1

| | | | | |
|---|---|---|---|---|
| 3 | Hinge, Full Mortise | TA714 | US10B | MK |
| 1 | Pull Plate | E480 x G619 | US10B | RM |
| 1 | Push Plate | E480 | US10B | RM |
| 1 | Surface Closer | 422 CTB2 / PCTB2 | EB | SA |

| | | | | |
|---|---|---|---|---|
| 1 | Kick Plate | KP836 10" high CSK BEV | US10B | RM |
| 1 | Door Stop | DS232 | US10B | RM |

Notes: Door seals as required by manufacturer at fire, smoke and sound rated openings.

**Set: 72.0**

Doors: 116B, 150C, 210B, 210C, 212, 217C, 218B, 218C, 218D, 218E, 223A, 223B, 223C, 236C, 246, 301B, 302E, 302F, 303C, 3045, 304C, 304D, 3050, 3059, 305C, 306C, 307A, 307B, 307D, 307E, 307F, 308A, 308B, K, L201, P147, P152, P200, P301A, P316A, T, U, L, L2, M, M2, N, P, Q, R, S.

2
ASI-034R1

| | | | |
|---|---|---|---|
| 1 | Cylinder | where required, to match facility standard | OT |
| 1 | Remainder of Hardware | all other hardware by door manufacturer | OT |

Notes: Coordinate hardware requirements with door and frame provider.
Refer to ID 08 00 00 Interior Door Schedules

To the greatest extent possible the hardware indicated here is to be matched in function, operation, appearance and finish. Where a match cannot be found, and the ID selected trim and lever cannot be fitted to the lock specified, the door manufacturer is to submit their equivalent for ID approval.

END OF SECTION 087100

DocuSign Envelope ID: 923DF6D7-1A2F-49DB-93D7-23459389A7C5


SECTION 08 41 23.23 - FIRE RATED GLASS AND FRAMING SYSTEMS – FIREFRAMES® DESIGNER SERIES

PART 1 - GENERAL

1.1 SUMMARY

A. Section Includes:
1. Fire rated door and framing systems for installation as full vision fire rated doors in exterior and interior openings.

B. Related Sections include the following:

C. Related Sections:
1. Section 05 12 00 "Structural Steel Framing:" Steel attachment members
2. Section 05 50 00 "Metal Fabrications:" Steel attachment members inserts and anchors
3. Section 07 25 00 "Weather Barriers:" Perimeter air, water and vapor seal between the work of this section and adjacent construction
4. Section 07 62 00 "Sheet Metal Flashing and Trim" Flashing between this work and other work
5. Section 07 84 00 "Firestopping:" Firestops between work of this section and other fire resistive assemblies.
6. Section 08 11 13 "Hollow Metal Doors and Frames." Hollow Metal doors prepped for the work of this section.
7. Section 08 41 23.13 "Fire Rated Aluminum Framed Entrances and Storefront-Fireframes Aluminum Series" for fire rated glass walls and framing to receive Fireframes Designer Series Doors.
8. Section 08 71 00 "Door Hardware:" Door hardware other than that provided by the work of this section
9. Section 08 71 13 "Automatic Door Operators" opener for door to comply with ADA and Local Authority opening force requirements.

1.2 REFERENCES

A. American Architectural Manufacturers Association (AAMA)

1. AAMA 501.1-2005: Standard Test Method for Water Penetration of Windows, Curtain Walls, and Doors Using Dynamic Pressure
2. AAMA 501.2-2003: Quality Assurance and Diagnostic Water Leakage Field Check of Installed Storefronts, Curtain Walls, and Sloped Glazing Systems
3. AAMA 501.5-2005: Test Method for Thermal Cycling of Exterior Walls
4. AAMA 1503-1998: Voluntary Test Method for Thermal Transmittance and Condensation Resistance of Windows, Doors and Glazed Wall Sections
5. AAMA 2603-2002 - Voluntary Specification, Performance Requirements and Test Procedures for Pigmented Organic Coatings on Aluminum Extrusions and Panels.
6. AAMA 2604-2005 - Voluntary Specification, Performance Requirements and Test Procedures for High Performance Organic Coatings on Aluminum Extrusions and Panels.
7. AAMA 2605-2005 - Voluntary Specification, Performance Requirements and Test Procedures for Superior Performing Organic Coatings on Aluminum Extrusions and Panels.

B. American Society for Testing and Materials (ASTM):

1. Material related
   a. ASTM A 1008/A 1008M - Standard Specification for Steel, Sheet, Cold-Rolled, Carbon, Structural, High-Strength, Low Alloy, and High-Strength Low-Alloy with Improved Formability, Solution Hardened, and Bake Hardenable; 2007.
   b. ASTM A 1011/A 1011M - Standard Specification for Steel, Sheet and Strip, Hot-Rolled, Carbon, Structural, High-Strength Low-Alloy and High-Strength Low-Alloy with Improved Formability, and Ultra-High Strength; 2006b.

2. Exterior related
   a. ASTM E 283-04: Test Method for Determining the Rate of Air Leakage through Exterior Windows, Curtain Walls, and Doors under Specified Pressure Differences across the Specimen
   b. ASTM E 330-02: Test Method for Structural Performance of Exterior Windows, Doors, Skylights and Curtain Walls by Uniform Static Air Pressure Difference Procedure A
   c. ASTM E 331-04: Test Method for Water Penetration of Exterior Windows, Skylights, Doors, and Curtain Walls by Uniform Static Air Pressure Difference
   d. ASTM E 783-02: Test Method for Field Measurement of Air Leakage through Installed Exterior Windows and Doors
   e. ASTM E 1105-00: Test Method for Field Determination of Water Penetration of Installed Exterior Windows, Skylights, Doors, and Curtain Walls by Uniform or Cyclic Static Air Pressure Difference

3. Sound related:
   a. ASTM E 90-04: Test Method for Laboratory Measurement of Airborne Sound Transmission Loss of Building Partitions and Elements
   b. ASTM E 413-04: Standard Classification for Rating Sound Insulation

C. American Welding Society (AWS)

1. AWS D1.3 - Structural Welding Code - Sheet Steel; 2007

D. Builders Hardware Manufacturers Association, Inc.
1. BHMA A156 - American National Standards for door hardware; 2006 (ANSI/BHMA A156).

E. Canadian Standards
1. CAN/ULC-S101 Standard Test of Fire Endurance Tests of Building Construction and Materials
2. CAN/ULC-S104 Standard Method of Fire Tests of Door Assemblies
3. CAN/ULC-S106 Standard Method of Fire Tests of Window and Glass Block Assemblies

F. National Fire Protection Association (NFPA):
1. NFPA 80: Standard for Fire Doors and Fire Windows.
2. NFPA 251: Standard Methods of Tests of Fire Endurance of Building Construction and Materials.
3. NFPA 252: Standard Methods of Fire Tests of Door Assemblies.
4. NFPA 257: Standard on Fire Test for Window and Glass Block Assemblies.

G. Underwriters Laboratories, Inc. (UL):
1. UL 9: Fire Tests of Window Assemblies.
2. UL 10B: Fire Tests of Door Assemblies.
3. UL 10C: Positive Pressure Fire Tests of Door Assemblies.

H. American National Standards Institute (ANSI):
1. ANSI Z97.1: Standard for Safety Glazing Materials Used in Buildings.

I. Consumer Product Safety Commission (CPSC):

1. CPSC 16 CFR 1201 Categories I and II: Safety Standard for Architectural Glazing Materials.

J. American Society of Civil Engineers (ASCE)
   1. ASCE 7 – Minimum Design Loads for Buildings and Other Structures; 2005

K. New York City approval
   1. MEA# 242-00-M

## 1.3 DEFINITIONS

A. Manufacturer: A firm that produces primary glass, fabricated glass or framing as defined in referenced glazing publications.

## 1.4 SUBMITTALS

A. Submit in accordance with Section 01 3300 Submittal Procedures.

B. Product Data:
   1. Technical Information: Submit latest edition of manufacturer's product data providing product descriptions, technical data, Underwriters Laboratories, Inc. listings and installation instructions.

C. Shop Drawings:
   1. Include plans, elevations and details of product showing component dimensions; framed opening requirements, dimensions, tolerances, and attachment to structure

D. Hardware schedule: list of manufacture supplied hardware and verification of cylinder size complying with Section 08 71 00

E. Samples (optional): For following products:
   1. Glass sample-as provided by manufacturer
   2. Sample of frame
   3. Verification of sample of selected finish

F. Glazing Schedule: Use same designations indicated on drawings for glazed openings in preparing a schedule listing glass types and thicknesses for each size opening and location.

G. Warranties: Submit manufacturer's warranty.

H. Certificates of compliance from glass and glazing materials manufacturers attesting that glass and glazing materials furnished for project comply with requirements.
   1. Separate certification will not be required for glazing materials bearing manufacturer's permanent label designating type and thickness of glass, provided labels represent a quality control program involving a recognized certification agency or independent testing laboratory acceptable to authority having jurisdiction.

## 1.5 QUALITY ASSURANCE

A. Testing Agency Qualifications: Qualified according to
   1. International Accreditation Service for a Type A Third-Party Inspection Body (Field Services ICC-ES Third-Party Inspections Standard Operating Procedures, 00-BL-S0400 and S0401)
   2. International Accreditation Service for Testing Body-Building Materials and Systems
      a. Fire Testing

1) ASTM Standard E 119
2) CPSC Standard 16 CFR 1201
3) NFPA Standards 251, 252, 257
4) UL Standards 9, 10B, 10C, 1784, UL Subject 63
5) BS 476; Part 22: 1987
6) EN 1634-1
7) CAN/ULC Standards S101, S104, S106

B. Installer Qualifications: An experienced installer who has completed glazing similar in material, design, and extent to that indicated for this Project; whose work has resulted in glass installations with a record of successful in-service performance; and who employs glass installers for this Project who are certified under the National Glass Association Glazier Certification Program as Level 2 (Senior Glaziers) or Level 3 (Master Glaziers).

C. Source Limitations for Glazing Accessories: Obtain framing system, glazing and glazing accessories from one source for each product and installation method indicated.

D. Fire-Rated Door Assemblies: Assemblies complying with NFPA 80 that are classified and labeled by UL, for fire ratings indicated, based on testing according to NFPA 252. Assemblies must be factory-welded or come complete with factory-installed mechanical joints and must not require job site fabrication.

E. Listings and Labels - Fire Rated Assemblies: Under current follow-up service by Underwriters Laboratories® maintaining a current listing or certification. Label assemblies accordance with limits of manufacturer's listing.

F. Regulatory Requirements: Comply with provisions of the following:
1. Where indicated to comply with accessibility requirements, comply with Americans with Disabilities Act (ADA), "Accessibility Guidelines for Buildings and Facilities (ADAAG)," ANSI A117.1 & FED-STD-795, "Uniform Federal Accessibility Standards," as follows:
    a. Handles, Pulls, Latches, Locks, and other Operating Devices: Shape that is easy to grasp with one hand and does not require tight grasping, tight pinching, or twisting of the wrist.
    b. Door Closers: Comply with the following maximum opening-force requirements indicated:
        1) Accessible doors no more than 5 lbf (22.2 N) push or pull force
        2) Fire Doors: Minimum opening force allowable by authorities having jurisdiction
2. Compliance with this standard requires auto openers to be added to the opening due to the weight of the doors. Coordinate the addition of auto-openers with the Division 8 section "Door Hardware" or other section containing these devices. Verify that the Authority Having Jurisdiction is using NFPA 101 and/or IBC and which edition dates of both as a requirement for the facility. NFPA 101: Comply with the following for means of egress doors:
    a. Latches, Locks, and Exit Devices: Not more than 15 lbf (67 N) to release the latch. Locks shall not require the use of a key, tool, or special knowledge for operation.
    b. Door Closers: Not more than 30 lbf (133 N) to set door in motion and not more than 15 lbf (67 N) to open door to minimum required width.
3. IBC 2018 Chapter 10 Means of Egress: Comply with the following for means of egress doors:
    a. Latches, Locks, and Exit Devices: Not more than 15 lbf (67 N) to release the latch. Locks shall not require the use of a key, tool, or special knowledge for operation.
    b. Door Closers: Not more than 30 lbf (133 N) to set door in motion and not more than 15 lbf (67 N) to open door to minimum required width.

## 1.6 DELIVERY, STORAGE AND HANDLING

A. Deliver, store and handle under provisions specified by manufacturer.

1.7 PROJECT CONDITIONS

A. Obtain field measurements prior to fabrication of frame units. If field measurements will not be available in a timely manner coordinate planned measurements with the work of other sections.
   1. Note whether field or planned dimensions were used in the creation of the shop drawings.

B. Coordinate the work of this section with others effected including but not limited to: other interior and/or exterior envelope components and door hardware beyond that provided by this section

1.8 WARRANTY

A. Provide the Fireframes® Designer Series standard five-year manufacturer warranty.

PART 2 - PRODUCTS

2.1 MANUFACTURERS - FIRE RATED [DOOR ASSEMBLY] [WINDOW]

A. Glass Material: Pilkington Pyrostop® fire-rated glazing as fabricated and distributed by Technical Glass Products, 8107 Bracken Place SE, Snoqualmie, WA 98065 phone (800.426.0279) fax (425.396.8300) e-mail sales@fireglass.com, web site http://www.fireglass.com.

B. Frame System: "Fireframes® Aluminum Series by TGP" fire-rated aluminum clad steel frame system as manufactured and supplied by Technical Glass Products, 8107 Bracken Place SE, Snoqualmie, WA 98065 phone (800.426.0279) fax (425.396.8300) e-mail sales@fireglass.com web site http://www.fireglass.com.

C. Substitutions: Substitutions for Glazing Material and Frame System not permitted.

2.2 PERFORMANCE REQUIREMENTS

A. Fire Rating Requirements
   1. Duration -- Doors: Capable of providing a fire rating for 90 minutes.
      a. When glazed with Pilkington Pyrostop (60-90 minutes) glazing products, doors meet the maximum transmitted temperature rise of not more than 450 degrees Fahrenheit (250 degrees Celsius) at the end of 30 minutes of the standard fire test exposure.
   2. Duration--Opening Applications in fire partitions or area separation walls and corridors where opening protection is specified: Capable of providing 90 minute rating.

B. Design Requirements:
   1. Dimensions – Door and Framing: Match Door type in door schedule. Style dimensions must accommodate hardware and meet accessibility requirements.
   2. Construction: Narrow-profile, roll-formed steel architectural grade specialty fire doors. Conventional break-shape type hollow metal steel fire-rated doors will not be considered an acceptable substitute for the Fireframes Designer Series doors specified in this section as they do not conform to the project design intent and/or aesthetic and quality standards.
      a. Knock down frames are not permitted.

C. Structural Performance

1. Design and size the system to withstand structural forces placed upon it without damage or permanent set when tested in accordance with ASTM E330 using load 1.5 times the design wind loads and of 10 seconds in duration.
2. Positive wind load: as indicated on the drawings.
3. Negative wind Load: as indicated on the drawings. Member deflection: Limit deflection of the edge of the glass normal to the plane of the glass to 1/175 of the glass edge length or ¾ inch, whichever is less of any framing member
4. Accommodate movement between storefront and adjoining systems

D. Air infiltration: Provide systems that allow a maximum air leakage through fixed glazed openings of 0.06 cfm/sq. ft. of area when tested per ASTM E 283 at a static air differential of [1.57] [6.24] lbf/sq ft

E. Water Penetration
1. Under Static pressure, provide systems that do not show uncontrolled water leakage when tested according to ASTM E 331 under static pressure equal to 20 percent of positive wind-load design pressure, but not less than 6.24 lbf/sq. ft.
2. Under Dynamic pressure, provide systems that do not show uncontrolled water leakage when tested according to AAMA 501.1 under static pressure equal to 20 percent of positive wind-load design pressure, but not less than 6.24 lbf/sq. ft.

2.3 MATERIALS - GLASS

A. Fire Rated Glazing: ASTM C 1036 and ASTM C 1048; composed of laminated glass with intumescent interlayers glazing material.

B. Thickness of Glazing Material:
1. 3/4" – 1-9/16" Pilkington Pyrostop®. Provide insulated glass units at exterior doors.

C. Approximate Visible Transmission: Varies with thickness (approximate range 88 percent).

D. Logo: Each piece of fire-rated glazing shall be labeled with a permanent logo including name of product, manufacturer, testing laboratory (UL® only), fire rating period, safety glazing standards, and date of manufacture.

E. Performance: Glass must be rated to stop fire from either direction and must meet all testing requirements including the required hose-stream test (where fire-rating exceeds 20 minutes).

2.4 MATERIALS – STEEL FRAMES AND DOORS

A. 120 minute rated Fireframes Aluminum Series aluminum clad Steel Framing System including 90-minute rated doors
1. Frame: Steel aluminum clad profiled formed tubing.
2. Fasteners: As recommended by manufacturer
3. Glazing Accessories: calcium silicate setting blocks.
4. Glazing Compounds:
   a. Pilkington Pyrostop®: Approved closed cell PVC tape.
      1) When glazed with Pilkington Pyrostop (60-90 minutes) glazing products, doors meet the maximum transmitted temperature rise of not more than 450 degrees Fahrenheit (250 degrees Celsius) at the end of 30 minutes of the standard fire test exposure.

2.5 FABRICATION

A. Furnish frame assemblies pre-welded.
   1. When necessary, splice frames too large for shop fabrication or shipping or to fit in available building openings.
   2. Fit with suitable fasteners.
   3. Knock-down frames are not permitted

B. Furnish interior frame assemblies "K-D" (or welded upon request).
   1. When necessary, splice frames too large for shop fabrication or shipping or to fit in available building openings.
   2. Fit with suitable fasteners.
   3. Knock-down door perimeter frames are not permitted

C. Field glaze door and frame assemblies.

D. Factory prepare steel door assemblies and install all hardware.

E. Fabrication Dimensions: Fabricate to fire-rated field dimensions.

F. Obtain approved shop drawings prior to fabrication.

2.6 FINISHES, GENERAL

A. Comply with NAAMM's "Metal Finishes Manual for Architectural and Metal Products" for recommendations for applying and designating finishes.

B. Finish frames after assembly.

C. Appearance of Finished Work: Variations in appearance of abutting or adjacent pieces are acceptable. Noticeable variations in the same piece are not acceptable.

2.7 POWDERCOAT FINISHES

A. Finish after fabrication.

B. Appearance of Finished Work: Variations in appearance of abutting or adjacent pieces are acceptable. Noticeable variations in the same piece are not acceptable.

C. Interior and Exterior Steel Finishes (Note: this finish is suitable for exterior exposed portions of the wall systems, including extruded aluminum covers).
   1. Powder-Coat Finish: Polyester Super Durable powder coating which meets AAMA 2604 for chalking and fading. Apply manufacturer's standard powder coating finish system applied to factory-assembled frames before shipping, complying with manufacturer's recommended instructions for surface preparation including pretreatment, application, and minimum dry film thickness.
   2. Color and Gloss: Match Architect's sample.
   3. Acceptable Manufacturers:
      a. Tiger Drylac
      b. Additional manufacturers as approved by TGP.

2.8 DOOR HARDWARE

A. Furnish hardware with 90 minute fire door by the manufacturer.

B. Door manufacturer to select hardware from door manufacturer's standard recommended and approved hardware groups based on the specified hardware groups in Division 8 Section – Door Hardware. Match levers in appearance and match hardware finish specified. Submit deviations for review.

C. Provide power assisted hardware for use at any door that cannot meet the opening force(s) required by code noted in Part I above.

1. High energy, power-operated doors must meet the requirements of ANSI/BHMA A156.10 and power-assisted low energy doors must comply with ANSI/BHMA A156.19

2.9 ACCESSORY MATERIALS

A. Bituminous Paint: Cold-applied, asphalt-mastic paint complying with SSPC-Paint 12 requirements except containing no asbestos; formulated for 30-mil thickness per coat.

PART 3 - EXECUTION

3.1 EXAMINATION

A. Examine substrates and members to which the work of this section attaches or adjoins prior to frame installation.

B. Provide openings plumb, square and within allowable tolerances.

1. Provide 3/8 inch shim space at all walls

C. Notify Architect of any conditions which jeopardize the integrity of the proposed fire wall / door system.

D. Do not proceed until such conditions are corrected.

3.2 INSTALLATION

A. See Fireframes Designer Series Installation Manual

3.3 REPAIR AND TOUCH UP

A. Limited to minor repair of small scratches. Use only manufacturer's recommended products.

1. Such repairs shall match original finish for quality or material and view.

B. Remove and replace glass that is broken, chipped, cracked, abraded, or damaged.

3.4 ADJUSTING

A. Adjust door function and hardware for smooth operation. Coordinate with other hardware suppliers for function and use of any other attached hardware.

3.5 PROTECTION AND CLEANING

A. Protect glass from damage immediately after installation by attaching crossed streamers to framing held away from glass. Do not apply markers to glass surface. Remove nonpermanent labels, and clean surfaces.
   1. Do not clean with astringent cleaners. Use a clean "grit free" cloth and a small amount of mild soap and water or mild detergent.
   2. Do not use any of the following:
      a. Steam jets
      b. Abrasives
      c. Strong acidic or alkaline detergents, or surface-reactive agents
      d. Detergents not recommended in writing by the manufacturer
      e. Do not use any detergent above 77 degrees F
      f. Organic solvents including but not limited to those containing ester, ketones, alcohols, aromatic compounds, glycol ether, or halogenated hydrocarbons.
      g. Metal or hard parts of cleaning equipment must not touch the glass surface

B. Protect glass from contact with contaminating substances resulting from construction operations, including weld splatter. If, despite such protection, contaminating substances do come into contact with glass, remove them immediately as recommended by glass manufacturer.

C. Wash glass on both exposed surfaces in each area of Project not more than four days before date scheduled for inspections that establish date of Substantial Completion. Wash glass as recommended by glass manufacturer.

END OF SECTION

SECTION 087113 - POWER DOOR OPERATORS

PART 1 - GENERAL

1.1 SUMMARY

A. Section Includes:

1. Low-energy door operators for swinging doors.
2. Design Assistance-selection and coordination of hardware for heavy fully glazed fire doors to suit project conditions.

1.2 DEFINITIONS

A. AAADM: American Association of Automatic Door Manufacturers.

B. Activation Device: A control that, when actuated, sends an electrical signal to the door operator to open the door.

C. Double-Egress (Doors): A pair of doors that simultaneously swing, with the two doors moving in opposite directions with no mullion between them.

D. Safety Device: A control that, to avoid injury, prevents a door from opening or closing.Retain first option in paragraph below for power-operated doors; retain second option for power-assist and low-energy doors.

E. For automatic door terminology, see BHMA A156.19 for definitions of terms.

1.3 COORDINATIONRetain applicable requirements in this article to suit Project.

A. Templates: Distribute for doors, frames, and other work specified to be factory prepared and reinforced for installing power door operators.

B. Coordinate hardware for doors with operators to ensure proper size, thickness, hand, function, and finish.

C. Electrical System Roughing-in: Coordinate layout and installation of power door operators with connections to the following:

1. Power supplies.Retain subparagraphs below to suit Project.
2. Access-control system.
3. Remote activation devices.
4. Remote monitoring systems.Retain "Pneumatic System Roughing-in" Paragraph below for pneumatic operating system.

1.4 PREINSTALLATION MEETINGSRetain "Preinstallation Conference" Paragraph below if

DocuSign Envelope ID: 923DF6D7-1A2F-49DB-93D7-23459389A7C5


Work of this Section is extensive or complex enough to justify a conference.

A. Preinstallation Conference: Conduct conference at Project site.

## 1.5 ACTION SUBMITTALS

A. Product Data: For each type of product.

1. Include construction details, material descriptions, dimensions of individual components and profiles, and finishes for power door operators.
2. Include rated capacities, operating characteristics, electrical characteristics, and furnished specialties and accessories.

B. Shop Drawings: For power door operators.

1. Include plans, elevations, sections, hardware mounting heights, and attachment details.
2. Indicate dimensions, weights, loads, required clearances, method of field assembly, components, and location and size of each field connection.
3. Indicate locations of activation and safety devices.
4. Include diagrams for power, signal, and control wiring.

C. Samples: For each exposed product and for each color and texture specified, manufacturer's standard size.

## 1.6 INFORMATIONAL SUBMITTALS

A. Qualification Data: For Installer and Certified Inspector.

B. Product Certificates: For each type of power door operator. For each operator for fire-rated door assemblies, certify that operator is listed and labeled by a qualified testing agency acceptable to authorities having jurisdiction for use on types and sizes of labeled fire doors required

C. Field quality-control reports.

D. Sample Warranties: For manufacturer's special warranties.

## 1.7 CLOSEOUT SUBMITTALS

A. Maintenance Data: For power door operators, safety devices, and control systems, to include in maintenance manuals.

## 1.8 QUALITY ASSURANCE

A. Installer Qualifications: An authorized representative who is trained and approved by manufacturer for installation and maintenance of units required for this Project and who employs a Certified Inspector.

1. Maintenance Proximity: Not more than four hours' normal travel time from Installer's place of business to Project site.

B. Certified Inspector Qualifications: Certified by AAADM.

## 1.9 WARRANTY

A. Special Warranty: Manufacturer agrees to repair or replace components of power door operators that fail in materials or workmanship within specified warranty period.

1. Failures include, but are not limited to, the following:

a. Faulty or sporadic operation of power door operator, including controls.
b. Deterioration of metals, metal finishes, and other materials beyond normal weathering or use.

2. Warranty Period: Two years from date of Substantial Completion.

# PART 2 - PRODUCTS

## 2.1 POWER DOOR OPERATORS, GENERAL

A. Basis-of-Design Product: Subject to compliance with requirements, provide STANLEY Access Technologies LLC; STANLEY Security Solutions, Inc.; M-Force Operator or comparable product by one of the following:

1. Assa Abloy

2. Norton

3. Entrematic

4. Dormakaba

B. Source Limitations: Obtain power door operators, including activation and safety devices, from single source from single manufacturer. If additional data, such as door size and weight, cycles per hour, and maximum wind velocity, are available, revise "General" Paragraph below to include requirements.

C. General: Provide operators of size recommended by manufacturer for door size, weight, and movement; for condition of exposure; and for long-term, maintenance-free operation under normal traffic load for occupancy type indicated; and in accordance with UL 325. Coordinate operator mechanisms with door operation, hinges, and activation and safety devices.

1. Fire-Rated Doors: Provide door operators for fire-rated door assemblies that comply with NFPA 80 for fire-rated door components and are listed and labeled by a qualified testing agency.
2. Wind Load: Provide door operators on exterior doors that will open and close doors and maintain them in fully closed position when subjected to wind load of as indicated on

structural drawings.

D. Electromechanical Operating System: Self-contained unit powered by permanent-magnet dc motor; with closing speed controlled mechanically by gear train and dynamically by braking action of electric motor, connections for power and activation- and safety-device wiring, and manual operation, including spring closing when power is off.

E. Hinges: See Section 087100 "Door Hardware" for hinge type for each door that door operator shall accommodate. Hinges are provided by door manufacturer as part of their fire tested assembly

F. Cover for Surface-Mounted Operators: Fabricated from 0.125-inch- thick, extruded or formed aluminum continuous over full width of operator-controlled door opening with enclosed end caps, provision for maintenance access, and fasteners concealed when door is in closed position.

G. Brackets and Reinforcements: Fabricated from aluminum with nonstaining, nonferrous shims for aligning system components.

H. Fire-Door Package: Consisting of UL-listed latch mechanism, power-reset box, and caution signage for fire-rated doors. Latch mechanism shall allow door to swing free during automatic operation; when fire is detected, latch actuator shall cause exit hardware to latch when door closes. Provide latch actuators with fail-secure design.

I. Electrical Components, Devices, and Accessories: Listed and labeled as defined in NFPA 70, by a qualified testing agency, and marked for intended location and application.

## 2.2 LOW-ENERGY DOOR OPERATORS FOR SWINGING DOORS

A. Standard: BHMA A156.19.

B. Performance Requirements:
1. Opening Force if Power Fails: Not more than 15 lbf required to release latch if provided, not more than 30 lbf required to manually set door in motion, and not more than 15 lbf required to fully open door.
2. Entrapment-Prevention Force: Not more than 15 lbf required to prevent stopped door from closing or opening.

C. Configuration, Single: Operator to control single swinging door.

1. Traffic Pattern: One way.
2. Operator Mounting: Surface.

D. Configuration, Pair: Operator to control pair of swinging doors.

1. Traffic Pattern: One way.
2. Operator Mounting: Surface.

E. Operation: Power opening. Provide time delay for door to remain open before initiating closing cycle as required by BHMA A156.19. When not in automatic mode, door operator shall

function as manual door closer, with or without electrical power.

F. Operating System: Electromechanical.

G. Microprocessor Control Unit: Solid-state controller.

H. Features:
1. Adjustable opening and closing speed.
2. Adjustable opening and closing force.
3. Adjustable backcheck.
4. Adjustable hold-open time from zero to 30 seconds.
5. Adjustable time delay.
6. Adjustable acceleration.
7. Obstruction recycle.
8. On-off/hold-open switch to control electric power to operator; key operated.

I. Activation Device: Push-plate switch on each side of door to activate door operator.

J. Exposed Finish: Powder coat finish matching door and frame.
1. Color: Match Architect's sample.

## 2.3 MATERIALS

A. Aluminum: Alloy and temper recommended by manufacturer for type of use and finish indicated.

1. Extrusions: ASTM B221.
2. Sheet: ASTM B209.

B. Fasteners and Accessories: Corrosion-resistant, nonstaining, nonbleeding fasteners and accessories compatible with adjacent materials.

## 2.4 CONTROLS

A. General: Provide controls, including activation and safety devices, in accordance with BHMA standards; for condition of exposure; and for long-term, maintenance-free operation under normal traffic load for occupancy type indicated. Coordinate activation and safety devices with door operation and door operator mechanisms.

B. Motion Sensors: Self-contained, K-band-frequency, microwave-scanner units; fully enclosed in plastic housing; adjustable to provide detection field sizes and functions required by BHMA A156.10.

1. Provide capability for switching between bidirectional and unidirectional detection.
2. For one-way traffic, sensor on egress side shall not be active when doors are fully closed.

C. Presence Sensors: Self-contained, active-infrared scanner units; adjustable to provide detection field sizes and functions required by BHMA A156.10. Sensors shall remain active at all times.

D. Photoelectric Beams: Pulsed infrared, sender-receiver assembly for recessed mounting. Beams

shall not be active when doors are fully closed.

E. Push-Plate Switch: Momentary-contact door control switch with flat push-plate actuator with contrasting-colored, engraved message.

1. Configuration:

a. Rectangular Push Plate: 2-by-4-inch junction box.

1) Mounting: Recess mounted, semiflush in wall.

2. Push-Plate Material: Stainless steel as selected by Architect from manufacturer's full range.
3. Message: International symbol of accessibility.

F. Electrical Interlocks: Unless units are equipped with self-protecting devices or circuits, provide electrical interlocks to prevent activation of operator when door is locked, latched, or bolted.

## 2.5 ACCESSORIES

A. Signage: As required by cited BHMA standard for type of door and its operation.
1. Application Process: Decals.
2. Provide sign materials with instructions for field application when operators are installed.

## 2.6 FABRICATION

A. Factory fabricate power door operators to comply with indicated standards.

B. Form aluminum shapes before finishing.

C. Fabricate exterior components to drain condensation and water-passing joints within operator enclosure to the exterior.

D. Use concealed fasteners to greatest extent possible. Where exposed fasteners are required, use countersunk Phillips flat-head machine screws, finished to match operator.

## 2.7 GENERAL FINISH REQUIREMENTS

A. Protect mechanical finishes on exposed surfaces from damage by applying strippable, temporary, protective covering before shipping.

B. Apply organic finishes to formed metal after fabrication unless otherwise indicated.

C. Appearance of Finished Work: Noticeable variations in same piece are unacceptable. Variations in appearance of adjoining components are acceptable if they are within range of approved Samples and are assembled or installed to minimize contrast.

2.8 ALUMINUM FINISHES

A. Baked-Enamel or Powder-Coat Finish: AAMA 2603 except with a minimum dry film thickness of 1.5 mils. Comply with coating manufacturer's written instructions for cleaning, conversion coating, and applying and baking finish.

PART 3 - EXECUTION

3.1 EXAMINATION

A. Examine conditions, with Installer present, for compliance with requirements for installation tolerances, door and frame preparation and reinforcements, and other conditions affecting performance of power door operators.

B. Examine roughing-in for electrical systems to verify actual locations of power connections before power door operator installation.

C. Examine roughing-in for compressed-air piping systems to verify actual locations of piping connections before power door operator installation.

D. Verify that full-height finger guards are installed at each door with pivot hinges, where door has a clearance at hinge side greater than 1/4 inch and less than 3/4 inch with door in any position.

E. Proceed with installation only after unsatisfactory conditions have been corrected.

3.2 INSTALLATION, GENERAL

A. Install power door operators in accordance with manufacturer's written instructions and cited BHMA standard for type of door operation and direction of pedestrian travel, including signage, controls, wiring, remote power units if any, and connection to building's power supply.

1. Do not install damaged components. Fit joints to produce hairline joints free of burrs and distortion.
2. Install operators true in alignment with established lines and door geometry without warp or rack. Anchor securely in place.

B. Controls: Install activation and safety devices in accordance with manufacturer's written instructions and cited BHMA standard for operator type and direction of pedestrian travel. Connect control wiring in accordance with Section 260519 "Low-Voltage Electrical Power Conductors and Cables."

C. Access-Control System: Connect operators to access-control system as specified in Section 281500 "Access Control Hardware Devices."

D. Signage: Apply on both sides of each door as required by cited BHMA standard for type of door operator and direction of pedestrian travel.

3.3 FIELD QUALITY CONTROL

A. Certified Inspector: Owner will engage a Certified Inspector to test and inspect components, assemblies, and installations, including connections.

B. Perform the following tests and inspections with the assistance of a factory-authorized service representative:

1. Test and inspect each power door operator installation, using AAADM inspection forms, to determine compliance of installed systems with applicable BHMA standards.

C. Power door operators will be considered defective if they do not pass tests and inspections.

D. Prepare test and inspection reports.

3.4 ADJUSTING

A. Adjust power door operators to function smoothly, and lubricate as recommended by manufacturer; comply with requirements of applicable BHMA standards.
1. Adjust operators on exterior doors for tight closure.

B. After completing installation of power door operators, inspect exposed finishes on doors and operators. Repair damaged finish to match original finish.

C. Readjust power door operators and controls after repeated operation of completed installation equivalent to three days' use by normal traffic (100 to 300 cycles).

D. Occupancy Adjustment: When requested within 12 months of date of Substantial Completion, provide on-site assistance in adjusting system to suit actual occupied conditions. Provide up to two visits to Project during other-than-normal occupancy hours for this purpose.

3.5 MAINTENANCE SERVICE

A. Initial Maintenance Service: Beginning at Substantial Completion, maintenance service shall include 12 months' full maintenance by skilled employees of power door operator Installer. Include quarterly preventive maintenance, repair or replacement of worn or defective components, lubrication, cleaning, and adjusting as required for proper door operation. Parts and supplies shall be manufacturer's authorized replacement parts and supplies.

1. Engage a Certified Inspector to perform safety inspection after each adjustment or repair and at end of maintenance period. Furnish completed inspection reports to Owner.
2. Perform maintenance, including emergency callback service, during normal working hours.
3. Include 24-hour-per-day, seven-day-per-week, emergency callback service.

3.6 DEMONSTRATION

A. Engage a factory-authorized service representative to train Owner's maintenance personnel to adjust, operate, and maintain power door operators.

END OF SECTION 087113

Email sales@sunmountaindoor.com or Web: www.sunmountaindoor.com.

2. Tru-Stile Doors Plank Door Rustic VG1000, Standard V-Groove Profile (@ 6" o.c.) in Tru-Stile Reserve Wood Door Construction, https://www.trustile.com/interior-doors/modern-doors ,1111 East 1st Avenue, Denver
CO 80229 (888) 286-3931.

3. Masonite Architectural

4. Lambton Doors

5. Oshkosh

6. Equal or better in all aspects as determined by Architect.

7. Substitutions: See Section 01 6000 - Product Requirements.

8. VT Industries

ASI 34R1
2

B. Interior Solid Core and Stile& Rail Doors:

1. Grade: Premium.

2. Faces: Veneer grade AA per Hardwood Veneer Manufacturers Association; veneer minimum 1/8-inch (3 mm) thickness at moisture content of 12% or less.

   a. Manufacturer Face: Sun Mountain Door- Plank Door #SQ-0000-F001-P, 1/8" vertical v-grooves at 6".o.c.as approved by architect/owner and other designs that match doors on door types schedule.

   b. Manufacturer Face: Trustile Doors- Plank Door Rustic VG1000, Standard V-Groove Profile (@ 6" o.c.) in Tru-Stile Reserve Wood Door Construction.

   c. Equal or better by other manufacturers as determined by Architect.

3. Veneer species, finish and cut is to be as scheduled in the interiors finish schedule.

4. Match between Veneer Leaves: Book match. Plank doors -veneer simulate individual planks.

5. Vertical Edges: Matching same species as faces. Wood or composite material, one piece, laminated, or veneered. Minimum requirements per WDMA section P-1, Performance Standards for Architectural Wood Flush Doors.

6. Horizontal Edges: Solid wood or structural composite material meeting the minimum requirements per WDMA section P-1, Performance Standards for Architectural Wood Flush Doors

7. Construction: Five plies. Stiles and rails are bonded to core, then entire unit sanded before applying face veneers.

8. At doors over 40% of the face cut-out for lights and or louvers, furnish engineered composite lumber core.

## 2.7 LIGHT FRAMES AND GLAZING

A. Wood Beads for Light Openings in Wood Doors up to and including 20-minute rating:

1. Wood Species: Same species as door faces.

2. Profile:

   a. M1 Flush Bead.

   b. At wood core doors with 20-minute fire protection ratings, provide wood beads and metal glazing clips approved for such use.

B. Metal Frames for Light Openings in Fire Rated Doors over 20-minute Rating: Manufacturer's standard frame formed of 0.048-inch-thick, cold rolled steel sheet; with baked enamel or powder coated finish; and approved for use in doors of fire protection rating indicated.

PERMANENT DEWATERING WELLS ARE A DESIGN-BUILD SYSTEM WITH RESPECT TO THE QUANTITIES, DEPTHS, LOCATIONS, CASINGS, PUMPS AND VAULTS FOR SAID WELLS. DESIGN INCLUDED HEREIN IS FOR COORDINATION OF THE DESIGN-BUILD SYSTEM WITH THE BUILDING'S DESIGN, INCLUDING POWER, CONTROLS, BAS INTEGRATION AND LANDSCAPE AS SHOWN ON THE CONTRACT DOCUMENTS.



1 FLOOR PLAN LEVEL P1 - AREA 3
A235 Scale: 1/8" = 1'-0"

## GENERAL NOTES

1. THE ARCHITECT IS NOT RESPONSIBLE FOR INFORMATION CONCERNING THE SITE AND SURVEY INFORMATION PREPARED BY OTHERS.
2. THE CONTRACTOR SHALL SITE VERIFY THE SURVEY INFORMATION PRIOR TO PROCEEDING WITH THE WORK. FAILURE TO REPORT ANY DISCREPANCIES SHALL CONSTITUTE ACCEPTANCE OF THE SITE CONDITIONS.
3. THE CONTRACT DOCUMENTS PREPARED BY THE ARCHITECT ARE THE ARCHITECT'S COPYRIGHT PROPERTY AND SHALL BE RETURNED TO THE ARCHITECT UPON REQUEST. REPRODUCTION OF CONTRACT DOCUMENTS IN WHOLE OR IN PART IS FORBIDDEN WITHOUT THE ARCHITECT'S WRITTEN PERMISSION.
4. THE CONTRACTOR SHALL REVIEW THE DRAWINGS FOR SCOPE OF DEMOLITION AND NEW WORK, INCLUDING ALL DISCIPLINES, AND SHALL COORDINATE WITH NEW WORK DRAWINGS FOR EXACT EXTENT OF DEMOLITION.
5. SCOPE OF WORK SHALL NOT BE LIMITED TO THAT SHOWN ON THE DRAWINGS AND SHALL INCLUDE WORK REQUIRED TO ELIMINATE ALL EXISTING, ABANDONED OR REDUNDANT COMPONENTS, AND TO FACILITATE PROPER EXECUTION OF THE WORK.
6. ALL DIMENSIONS, INCLUDING EXISTING DIMENSIONS AND SETTING-OUT GEOMETRIES, SHALL BE SITE VERIFIED BY THE CONTRACTOR PRIOR TO PROCEEDING WITH THE WORK.
7. REMOVAL AND DISPOSAL OF HAZARDOUS MATERIALS SHALL BE IN ACCORDANCE WITH LOCAL REGULATIONS AND AUTHORITIES HAVING JURISDICTION.
8. UNLESS NOTED OTHERWISE, MAKE GOOD ALL AREAS DISTURBED BY EXCAVATION AND/OR INSTALLATION OF CIVIL, MECHANICAL AND ELECTRICAL SERVICES. REFER TO CIVIL, MECHANICAL, AND ELECTRICAL DRAWINGS.
9. THE CONTRACTOR SHALL COORDINATE BASE BUILDING WORKS WITH WORK OF OTHER CONTRACTORS, INCLUDING TENANT WORKS AS REQUIRED TO FACILITATE PROPER INSTALLATION.
10. SOIL NAIL AND WATER MITIGATION IS DESIGN BUILD BY CONTRACTOR
11. ALL GUTTERS AND DOWNSPOUTS TO BE HEAT TRACED THROUGHOUT AS PER SPEC SECTION 23-0531

## KEYNOTE LEGEND

| Key Value | Keynote Text |
|---|---|
| 12.2 | MILLWORK AS PER ID DRAWINGS |
| 28.4 | DEWATERING WELL DISCONNECT AS PER 1/A707, 50-0" MAX. DISTANCE FROM DEWATERING WELL |



CODY LANE DEVELOPMENT CORPORATION

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1

CONSTRUCTION SET

LEVEL P1 AREA 3

119374

A235

2022-05-18 8:30:28 PM


GENERAL NOTES
1. THE ARCHITECT IS NOT RESPONSIBLE FOR INFORMATION CONCERNING THE SITE AND SURVEY INFORMATION PREPARED BY OTHERS.
2. THE CONTRACTOR SHALL SITE VERIFY THE SURVEY INFORMATION PRIOR TO PROCEEDING WITH THE WORK. FAILURE TO REPORT ANY DISCREPANCIES SHALL CONSTITUTE ACCEPTANCE OF THE SITE CONDITIONS.
3. THE CONTRACT DOCUMENTS PREPARED BY THE ARCHITECT ARE THE ARCHITECT'S COPYRIGHT PROPERTY AND SHALL BE RETURNED TO THE ARCHITECT UPON REQUEST. REPRODUCTION OF CONTRACT DOCUMENTS IN WHOLE OR IN PART IS FORBIDDEN WITHOUT THE ARCHITECT'S WRITTEN PERMISSION.
4. THE CONTRACTOR SHALL REVIEW THE DRAWINGS FOR SCOPE OF DEMOLITION AND NEW WORK, INCLUDING ALL DISCIPLINES, AND SHALL COORDINATE WITH NEW WORK DRAWINGS FOR EXACT EXTENT OF DEMOLITION.
5. SCOPE OF WORK SHALL NOT BE LIMITED TO THAT SHOWN ON THE DRAWINGS AND SHALL INCLUDE WORK REQUIRED TO ELIMINATE ALL EXISTING, ABANDONED OR REDUNDANT COMPONENTS, AND TO FACILITATE PROPER EXECUTION OF THE WORK.
6. ALL DIMENSIONS, INCLUDING EXISTING DIMENSIONS AND SETTING-OUT GEOMETRIES, SHALL BE SITE VERIFIED BY THE CONTRACTOR PRIOR TO PROCEEDING WITH THE WORK.
7. REMOVAL AND DISPOSAL OF HAZARDOUS MATERIALS SHALL BE IN ACCORDANCE WITH LOCAL REGULATIONS AND AUTHORITIES HAVING JURISDICTION.
8. UNLESS NOTED OTHERWISE, MAKE GOOD ALL AREAS DISTURBED BY EXCAVATION AND/OR INSTALLATION OF CIVIL, MECHANICAL AND ELECTRICAL SERVICES. REFER TO CIVIL, MECHANICAL AND ELECTRICAL DRAWINGS.
9. THE CONTRACTOR SHALL COORDINATE BASE BUILDING WORKS WITH WORK OF OTHER CONTRACTORS, INCLUDING TENANT WORKS AS REQUIRED TO FACILITATE PROPER INSTALLATION.
10. SOIL NAIL AND WATER MITIGATION IS DESIGN BUILD BY CONTRACTOR.
11. ALL GUTTERS AND DOWNSPOUTS TO BE HEAT TRACED THROUGHOUT AS PER SPEC SECTION 23-0533
KEYNOTE LEGEND
Key Value
Keynote Text
5.6 GUARDRAIL AS PER 4/A707
7.1 STANDING SEAM METAL ROOF (07 41 13)
CODY LANE DEVELOPMENT CORPORATION
DDRM
IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
TETON H1
CONSTRUCTION SET
LEVEL 01 AREA 2
A237
119374
1 FLOOR PLAN LEVEL 01 - AREA 2
Scale: 1/8" = 1'-0"
UNIT 103
UNIT 104
UNIT 105
UNIT 106
STAIR E
ELEV. LOBBY
CORR.
PROPERTY LINE
REQ'D SET BACK
BUILDING OVERHEAD
5'6" EASEMENT
AREA 1
AREA 2
2022-06-18 8:30:47 PM

CCD 063/ASI 34.R1

PERMANENT DEWATERING WELLS ARE A DESIGN-BUILD SYSTEM WITH RESPECT TO THE QUANTITIES, DEPTHS, LOCATIONS, CASINGS, PUMPS AND VAULTS FOR SAID WELLS. DESIGN INCLUDED HEREIN IS FOR COORDINATION OF THE DESIGN-BUILD SYSTEM WITH THE BUILDING'S DESIGN, INCLUDING POWER, CONTROLS, BAS INTEGRATION AND LANDSCAPE AS SHOWN ON THE CONTRACT DOCUMENTS.

## GENERAL NOTES

1. THE ARCHITECT IS NOT RESPONSIBLE FOR INFORMATION CONCERNING THE SITE AND SURVEY INFORMATION PREPARED BY OTHERS.
2. THE CONTRACTOR SHALL SITE VERIFY THE SURVEY INFORMATION PRIOR TO PROCEEDING WITH THE WORK. FAILURE TO REPORT ANY DISCREPANCIES SHALL CONSTITUTE ACCEPTANCE OF THE SITE CONDITIONS.
3. THE CONTRACT DOCUMENTS PREPARED BY THE ARCHITECT ARE THE ARCHITECT'S COPYRIGHT PROPERTY AND SHALL BE RETURNED TO THE ARCHITECT UPON REQUEST. REPRODUCTION OF CONTRACT DOCUMENTS IN WHOLE OR IN PART IS FORBIDDEN WITHOUT THE ARCHITECT'S WRITTEN PERMISSION.
4. THE CONTRACTOR SHALL REVIEW THE DRAWINGS FOR SCOPE OF DEMOLITION AND NEW WORK, INCLUDING ALL DISCIPLINES, AND SHALL COORDINATE WITH NEW WORK DRAWINGS FOR EXACT EXTENT OF DEMOLITION.
5. SCOPE OF WORK SHALL NOT BE LIMITED TO THAT SHOWN ON THE DRAWINGS AND SHALL INCLUDE WORK REQUIRED TO ELIMINATE ALL EXISTING, ABANDONED OR REDUNDANT COMPONENTS, AND TO FACILITATE PROPER EXECUTION OF THE WORK.
6. ALL DIMENSIONS, INCLUDING EXISTING DIMENSIONS AND SETTING-OUT GEOMETRIES, SHALL BE SITE VERIFIED BY THE CONTRACTOR PRIOR TO PROCEEDING WITH THE WORK.
7. REMOVAL AND DISPOSAL OF HAZARDOUS MATERIALS SHALL BE IN ACCORDANCE WITH LOCAL REGULATIONS AND AUTHORITIES HAVING JURISDICTION.
8. UNLESS NOTED OTHERWISE, MAKE GOOD ALL AREAS DISTURBED BY EXCAVATION AND/OR INSTALLATION OF CIVIL, MECHANICAL AND ELECTRICAL SERVICES. REFER TO CIVIL, MECHANICAL, AND ELECTRICAL DRAWINGS.
9. THE CONTRACTOR SHALL COORDINATE BASE BUILDING WORKS WITH WORK OF OTHER CONTRACTORS, INCLUDING TENANT WORKS AS REQUIRED TO FACILITATE PROPER INSTALLATION.
10. SOIL NAIL AND WATER MITIGATION IS DESIGN BUILD BY CONTRACTOR.
11. ALL GUTTERS AND DOWNSPOUTS TO BE HEAT TRACED THROUGHOUT AS PER SPEC SECTION 23-0533

## KEYNOTE LEGEND

| Key Value | Keynote Text |
|---|---|
| 5.5 | GUARDRAIL AS PER 4/A707 |
| 7.1 | STANDING SEAM METAL ROOF (07 41 13) |
| 26.8 | DEWATERING WELL DISCONNECT AS PER 11/A707. 50-0" MAX DISTANCE FROM DEWATERING WELL |




1 FLOOR PLAN LEVEL 01 - AREA 3
A238 Scale: 1/8" = 1'-0"

CODY LANE DEVELOPMENT CORPORATION

DDRM PARTNERS

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

# TETON H1

CONSTRUCTION SET

LEVEL 01 AREA 3

A238

119374

2022-06-18 8:30:52 PM

CCD 063/ASI 34.R1

## GENERAL NOTES ENLARGED FLOOR PLANS

1. G.C. TO FIELD VERIFY DIMENSIONS AND DISCREPANCY WITH DRAWINGS AND FIELD CONDITIONS. G.C. TO NOTIFY ARCHITECT IN TIMELY MANNER TO FACILITATE CORRECTION AND UPDATED AS-BUILT DRAWINGS.
2. DIMENSION ARE TO EXT FACE OF GYP / INT FACE OF FINISH OF WALL U.O.N. DIMENSIONS TO WOOD FRAMED DOORS ARE TO FAR SIDE OPENING SIDE FROM GRID OR NEAREST FINISH FACE. DIMENSIONS TO HM FRAMED DOORS ARE TO ROUGH OPENING G.C. TO FIELD VERIFY DIMENSIONS FOR OPENINGS.
3. DIMENSIONS TO WINDOW OPENINGS ARE TO R.O. FAR SIDE FROM GRID OR WALL FINISH. G.C. TO FIELD VERIFY DIMENSIONS FOR OPENINGS AND ENSURE THAT OPENINGS BETWEEN LEVELS ARE ALIGNED ABOVE AND BELOW FOR SAME WINDOW TYPES.
4. ROOM FINISHES ARE SET AS PER ID FINISH SCHEDULES. REFER TO ID DRAWINGS. TILE NOT SHOWN FOR CLARITY OF DIMENSIONING AND WALL TYPES AS SET BY ARCH SET. REFER TO ID DRAWINGS FOR LOCATIONS OF FINISH MATERIALS AND DETAILS.
5. G.C. TO PROVIDE SOLID BLOCKING WITHIN WALL ASSEMBLY AS REQUIRED FOR WALL MOUNTED ELEMENTS AND MILLWORK. REFER TO ID DRAWINGS FOR LOCATIONS OF MILLWORK AND ELEVATIONS OF MILLWORK.
6. G.C. TO COORDINATE ALL FIRE WALL PENETRATIONS AS PER
7. FOUNDER UNITS 306, 307, 401, 501 HAVE CUSTOM BASE DETAIL AS PER ID. REFER TO ID DRAWINGS FOR UNIT ELEVATIONS WITH BASE CONDITION LOCATIONS AND DETAILS.

## FLOOR PLAN SYMBOLS LEGEND

COMMON DOOR TAG (P123)
UNIT DOOR TAG 031
WINDOW/ LOUVER TAG (81)
WALL TAG P652
KEYNOTE TAG 1.1
ROOM TAG RM. NAME ### AREA

## KEYNOTE LEGEND

| Key Value | Keynote Text |
|---|---|
| 10.12 | ADA GRAB BARS |
| 10.13 | PORTABLE ADA POOL TRANSFER EQUIPMENT |
| 12.3 | MILLWORK AS PER ID DRAWINGS |
| 12.6 | SKI LOCKERS AS PER ID MILLWORK DRAWINGS |
| 12.8 | VANITY AS PER ID DRAWINGS |
| 21.1 | SMOKE CURTAIN |
| 21.2 | FIRE EXTINGUISHER CABINET |
| 22.1 | PLUMBING FIXTURE AS PER ID DRAWINGS |




1 A807 ENLARGED SKI LOCKERS
Scale: 1/4" = 1'-0"

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4230 fax 801 532 4231
ibigroup.com

TETON H1
CONSTRUCTION SET

ENLARGED FLOOR PLANS LEVEL 1

119374

A807

2022-06-16 8:31:05 PM




1 ENLARGED INDOOR POOL PLAN
Scale: 1/4" = 1'-0"

2 ENLARGED WATER CIRCUIT
Scale: 1/4" = 1'-0"




3 ENLARGED FITNESS
Scale: 1/4" = 1'-0"

## KEYNOTE LEGEND

| Key Value | Keynote Text |
|---|---|
| 3.2 | CONCRETE COLUMN AS PER STRUCTURAL DRAWINGS |
| 4.1 | CONCRETE COLUMN WRAPPED WITH ADHERED NATURAL STONE VENEER |
| 4.2 | STONE MASONRY VENEER(04 43 13) |
| 9.7 | HIMALAYAN SALT BLOCK WALL WITH LIGHTING AS PER ID DRAWINGS |
| 10.2 | FIREPLACE AS PER ID SPECIFICATIONS |
| 12.18 | PORTAL AS PER ID DRAWINGS |
| 13.1 | POOL AND SPA AS PER POOL AND SPA DRAWINGS |
| 13.2 | TEPADARIUM AS PER POOL AND SPA DRAWINGS |
| 13.3 | COLD PLUNGE AS PER POOL AND SPA DRAWINGS |
| 13.4 | CALDARIUM AS PER POOL AND SPA DRAWINGS |
| 13.5 | TRANSFER WALL |
| 23.5 | DIFFUSER AS PER MECHANICAL DRAWINGS |
| 23.8 | FRAMED WINDOW SEAT WITH MECHANICAL DIFFUSERS |

## GENERAL NOTES ENLARGED FLOOR PLANS

1. G.C. TO FIELD VERIFY DIMENSIONS, AND DISCREPANCY WITH DRAWINGS AND FIELD CONDITIONS, G.C. TO NOTIFY ARCHITECT IN TIMELY MANNER TO FACILITATE CORRECTION AND UPDATED AS-BUILT DRAWINGS.
2. DIMENSION ARE TO EXT FACE OF GYP./ INT FACE OF FINISH OF WALL U.O.N. DIMENSIONS TO WOOD FRAMED DOORS ARE TO FAR SIDE OPENING SIZE FROM GRID OR NEAREST FINISH FACE. DIMENSIONS TO HM FRAMED DOORS ARE TO ROUGH OPENING G.C. TO FIELD VERIFY DIMENSIONS FOR OPENINGS.
3. DIMENSIONS TO WINDOW OPENINGS ARE TO R.O. FAR SIDE FROM GRID OR WALL FINISH. G.C. TO FIELD VERIFY DIMENSIONS FOR OPENINGS AND ENSURE THAT OPENINGS BETWEEN LEVELS ARE ALIGNED ABOVE AND BELOW FOR SAME WINDOW TYPES.
4. ROOM FINISHES ARE SET AS PER ID FINISH SCHEDULES. REFER TO ID DRAWINGS. TILE NOT SHOWN FOR CLARITY OF DIMENSIONING AND WALL TYPES AS SET BY ARCH SET. REFER TO ID DRAWINGS FOR LOCATIONS OF FINISH MATERIALS AND DETAILS.
5. G.C. TO PROVIDE SOLID BLOCKING WITHIN WALL ASSEMBLY AS REQUIRED FOR WALL MOUNTED ELEMENTS AND MILLWORK. REFER TO ID DRAWINGS FOR LOCATIONS OF MILLWORK AND ELEVATIONS OF MILLWORK.
6. G.C. TO COORDINATE ALL FIRE WALL PENETRATIONS AS PER
7. FOUNDER UNITS 306, 307, 401, 501 HAVE CUSTOM BASE DETAIL AS PER ID. REFER TO ID DRAWINGS FOR UNIT ELEVATIONS WITH BASE CONDITION LOCATIONS AND DETAILS.

## FLOOR PLAN SYMBOLS LEGEND

COMMON DOOR TAG (P123)
UNIT DOOR TAG D51
WINDOW/LOUVER TAG (61)
WALL TAG P652
KEYNOTE TAG 3.1
ROOM TAG — RM. NAME / ### / AREA

GODY LANE DEVELOPMENT CORPORATION

DDRM PARTNERS

IBI
IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1

CONSTRUCTION SET

ENLARGED FLOOR PLANS LEVEL 1

119374

A808

2022-06-16 8:31:21 PM

### DOOR SCHEDULE P4

| No. | Location | Door Type | Door Width | Door Width | Door Height | Door Thickness | Panel Material | Panel Core | Panel Finish | Panel Glazing | Panel Glazing Thickness | Frame Type | Frame Material | Frame Core | Frame Finish | Fire Rating (minutes) | HW | Security | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P401 | MECHANICAL | 6 | 3'-0" | 3'-0" | 7'-0" | 1 3/4" | HM | ↔ | PT-09-B | ↔ | 0" | 1 | HM | ↔ | PT-09-B | 90 MIN. | 61.0 | Passage | |

### DOOR SCHEDULE P3

| No. | Location | Door Type | Door Width | Door Width | Door Height | Door Thickness | Panel Material | Panel Core | Panel Finish | Panel Glazing | Panel Glazing Thickness | Frame Type | Frame Material | Frame Core | Frame Finish | Fire Rating (minutes) | HW | Security | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P301A | LOADING DOCK | 9 | 25'-0" | | 14'-0" | 3" | STL | INS | PT-03 | ↔ | 0" | MFG. | STL | ↔ | GALV. | NA | 72.0 | | Motorized |
| P301B | LOADING DOCK | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | INS | PT-03 | ↔ | 0" | 2 | HM | INS | PT-03 | NA | 53.0 | Card Access | |
| P302 | FIRE PUMP | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | INS | PT-03 | ↔ | 0" | 2 | HM | INS | PT-03 | NA | 53.0 | | |
| P304 | GENERATORS | 6 | 3'-0" | 3'-0" | 8'-0" | 1 3/4" | HM | ↔ | PT-09-B | ↔ | 0" | 2 | HM | ↔ | PT-09-B | 90 MIN. | 52.0 | | |
| P306 | OFFICE | 4 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-06-B | IG-2 | 3/8" | | HM | ↔ | PT-06-B | NA | 62.0 | | STC 35 |
| P307 | OFFICE | 4 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-06-B | IG-2 | 3/8" | | HM | ↔ | PT-06-B | NA | 62.0 | | STC 35 |
| P308 | HOUSEKEEPING | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | NA | 55.0 | | |
| P309 | LINEN | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | NA | 55.0 | | |
| P312 | LIQUOR STORAGE | 6 | 3'-0" | 3'-0" | 8'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | NA | 68.0 | | |
| P313 | DRY STORAGE | 6 | 3'-0" | 3'-0" | 8'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | NA | 61.0 | | |
| P314 | STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | NA | 55.0 | | |
| P316A | LOADING DOCK | 9 | 10'-0" | | 10'-0" | 3" | STL | INS | PT-03 | ↔ | 0" | MFG. | STL | ↔ | GALV. | 45 MIN. | 72.0 | | Hand Crank |
| P316B | TRASH | 6 | 4'-0" | 4'-0" | 8'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 2 | HM | ↔ | PT-04-B | NA | 69.0 | | |
| SP3H | STAIR | 1 | 3'-0" | | 6'-8" | 1 3/4" | HM | ↔ | PT-09-B | ↔ | 0" | 1 | HM | ↔ | PT-09-B | 90 MIN. | 63.5 | Card Access | |

### DOOR SCHEDULE P2

| No. | Location | Door Type | Door Width | Door Width | Door Height | Door Thickness | Panel Material | Panel Core | Panel Finish | Panel Glazing | Panel Glazing Thickness | Frame Type | Frame Material | Frame Core | Frame Finish | Fire Rating (minutes) | HW | Security | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P200 | GARAGE DOOR | 36 | 30'-0" | | 9'-0" | 0" | AL | INS | | ↔ | 0" | ↔ | GALV. | | | NA | 72.0 | | |
| P201 | STORAGE | 2 | 3'-0" | | 7'-0" | 1 3/4" | WD | FRC | WD-01-B | ↔ | 0" | 4 | WD | FRC | WD-01-B | 45 MIN. | 67.0 | | STC 35 |
| P205A | MENS LOCKER | 2 | 3'-0" | | 7'-0" | 1 3/4" | WD | FRC | WD-01-B | ↔ | 0" | 4 | WD | FRC | WD-01-B | 45 MIN. | 67.0 | | STC 35 |
| P205B | MENS LOCKER | 1 | 3'-0" | | 7'-0" | 1 3/4" | HM | ↔ | PT-05-B | ↔ | 0" | 1 | HM | ↔ | PT-05-B | NA | 60.6 | | STC 35 |
| P205C | MENS LOCKER | 1 | 3'-0" | | 7'-0" | 1 3/4" | HM | ↔ | PT-05-B | ↔ | 0" | 1 | HM | ↔ | PT-05-B | NA | 3.0 | | STC 35 |
| P207 | ELEV. MACHINE ROOM | 2 | 3'-0" | | 7'-0" | 1 3/4" | WD | FRC | WD-01-B | ↔ | 0" | 4 | WD | FRC | WD-01-B | 90 MIN. | 60.5 | | STC 35 |
| P208 | ELEV. LOBBY | 1 | 4'-0" | | 7'-0" | 1 3/4" | HM | ↔ | WD-01-B | ↔ | 0" | 1 | HM | ↔ | WD-01-B | 180 MIN. | 48.1 | | TOTAL DOOR MAG HOLD OPEN |
| P209B | ELEV. LOBBY | 11 | 4'-0" | | 7'-0" | 1 3/4" | AL | | PT-09-B | TEMP | | | AL | | PT-09-B | S | 44.1 | | STOREFRONT |
| P211A | WOMENS LOCKER | 2 | 3'-0" | | 7'-6" | 1 3/4" | WD | FRC | WD-01-B | ↔ | 0" | 4 | WD | FRC | WD-01-B | 45 MIN. | 67.0 | | STC 35 |
| P211B | WOMENS LOCKER | 1 | 3'-0" | | 7'-0" | 1 3/4" | HM | ↔ | PT-05-B | ↔ | 0" | 1 | HM | ↔ | PT-05-B | NA | 60.6 | | STC 35 |
| P211C | WOMENS LOCKER | 1 | 3'-0" | | 7'-0" | 1 3/4" | HM | ↔ | PT-05-B | ↔ | 0" | 1 | HM | ↔ | PT-05-B | NA | 3.0 | | STC 35 |
| P213 | OFFICE | 2 | 3'-0" | | 7'-0" | 1 3/4" | WD | FRC | WD-01-B | ↔ | 0" | 1 | WD | FRC | WD-01-B | 45 MIN. | 62.0 | | STC 35 |
| P214 | OFFICE | 2 | 3'-0" | | 7'-8" | 1 3/4" | WD | FRC | WD-01-B | ↔ | 0" | 4 | WD | FRC | WD-01-B | 45 MIN. | 62.0 | | STC 35 |
| P215 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P216 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P217 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P218 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P219 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P220 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P221 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P222 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P223A | MAIN TELE. | 6 | 3'-0" | 3'-0" | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | 45 MIN. | 68.0 | | |
| P223B | MAIN TELE. | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | 45 MIN. | 60.0 | | |
| P224 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P225 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P226 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P227 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P228 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P229 | MAIN ELEC. | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 1 | HM | ↔ | PT-07-B | 90 MIN. | 67.0 | | |
| P230A | EM. ELEC. | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 1 | HM | ↔ | PT-07-B | 90 MIN. | 67.0 | | |
| P230B | EM. ELEC. | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 1 | HM | ↔ | PT-07-B | 90 MIN. | 67.0 | | |
| P231 | CORRIDOR | 3 | 3'-0" | | 8'-0" | 1 3/4" | AL | | PT-03 | TEMP | 1/2" | S16 | AL | | PT-03 | | 44.0 | | Panic |
| P232A | LOBBY | 5 | 4'-5" | | 8'-0" | 1 3/4" | AL | | PT-03 | | | S13 | AL | | PT-03 | | 44.0 | | STOREFRONT |
| P232B | LOBBY | 3 | 3'-0" | | 8'-0" | 1 3/4" | AL | | PT-03 | TEMP | 1/2" | 3 | AL | | PT-03 | | 44.1 | | STOREFRONT |
| P234 | TOILET | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | NA | 3.0 | Privacy | STC 35 |
| P235A | ELEV. LOBBY | 11 | 3'-0" | | 8'-0" | 1 3/4" | AL | | PT-09-B | TEMP | 1/2" | | AL | | PT-09-B | S | 44.1 | | STOREFRONT |
| P235B | ELEV. LOBBY | 11 | 3'-0" | | 8'-0" | 1 3/4" | AL | | PT-09-B | TEMP | 1/2" | | AL | | PT-09-B | S | 44.1 | | STOREFRONT |
| P236 | BOH | 6 | 3'-0" | 3'-0" | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 1 | HM | ↔ | PT-07-B | NA | 54.0 | | |
| P237 | ELEV. CONTROL | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 1 | HM | ↔ | PT-07-B | 90 MIN. | 60.5 | | STC 35 |
| P238 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P239 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P240 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P241 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P242 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P243A | ELEV. LOBBY | 11 | 3'-0" | | 8'-0" | 1 3/4" | AL | | PT-09-B | TEMP | 1/2" | | AL | | PT-09-B | S | 44.1 | | STOREFRONT |
| P243B | STORAGE | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | AF | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | 45 MIN. | 67.0 | | |
| P244 | ELEV. CONTROL | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | 90 MIN. | 67.0 | | STC 35 |
| P245 | ELEV. CONTROL | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 67.0 | | STC 35 |
| P247 | ELEV. LOBBY | 11 | 4'-0" | | 8'-0" | 1 3/4" | AL | | PT-09-B | TEMP | 1/2" | | AL | | PT-09-B | S | 44.1 | | STOREFRONT |
| P250 | LOBBY | 33 | 3'-0" | 3'-0" | 8'-0" | 1 3/4" | WD | AF | WD-01 | ↔ | 0" | 4 | WD | AF | WD-01 | NA | 60.0 | | |
| P251 | STORAGE | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | AF | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | NA | 60.0 | | |
| P252 | FIRE COMMAND | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | 45 MIN. | 67.0 | | Knox Box |
| SP2B | STAIR | 2 | 3'-0" | | 6'-8" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | Panic |
| SP2C | STAIR | 2 | 3'-0" | | 6'-8" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| SP2F | STAIR | 2 | 3'-0" | | 6'-8" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| SP2H | STAIR | 2 | 3'-0" | | 6'-8" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | Panic |

### DOOR SCHEDULE P1

| No. | Location | Door Type | Door Width | Door Width | Door Height | Door Thickness | Panel Material | Panel Core | Panel Finish | Panel Glazing | Panel Glazing Thickness | Frame Type | Frame Material | Frame Core | Frame Finish | Fire Rating (minutes) | HW | Security | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P101 | BOH | 6 | 3'-0" | 3'-0" | 7'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | | 61.0 | | |
| P102 | MECHANICAL | 6 | 3'-0" | 3'-0" | 7'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | | 61.0 | | STC 35 |
| P104 | POOL EQUIP. | 6 | 3'-0" | 3'-0" | 7'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | | 61.0 | | STC 35 |
| P105A | BOH | 6 | 3'-0" | 3'-0" | 7'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | | 61.0 | | |
| P105B | BOH | 6 | 3'-0" | 3'-0" | 8'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | 180 MIN. | 68.0 | | |
| P106A | ELEV. LOBBY | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | S | 67.0 | | |
| P106B | ELEV. LOBBY | 1 | 4'-0" | | 7'-6" | 1 3/4" | HM | ↔ | WD-01-B | ↔ | 0" | 1 | HM | ↔ | WD-01-B | 180 MIN. | 48.1 | | TOTAL DOOR MAG HOLD OPEN |
| P106C | ELEV. LOBBY | 3 | 4'-0" | | 8'-0" | 1 3/4" | AL | | PT-03 | TEMP | 1/2" | 3 | AL | | PT-03 | S | 44.1 | | |
| P107 | MECHANICAL | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 1 | HM | ↔ | PT-07-B | 180 MIN. | 60.5 | | STC 35 |
| P108 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P109 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P110 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P111 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P112 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P113 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P114 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P115 | ELEC. | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 53.1 | | STC 35 |
| P116 | BUILDING STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 53.1 | | |
| P117 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P118 | ELEV. LOBBY | 4 | 3'-0" | | 8'-0" | 1 3/4" | AL | | PT-09-B | TEMP | 3/8" | | AL | | PT-09-B | S | 44.1 | | STOREFRONT |
| P119 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P121 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P122 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P124 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P125 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P126 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P127 | ELEV. LOBBY | 4 | 3'-0" | | 8'-0" | 1 3/4" | AL | | PT-09-B | TEMP | 3/8" | | AL | | PT-09-B | S | 44.1 | | STOREFRONT |
| P128 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P129 | MECHANICAL | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 65.0 | | STC 35 |
| P131 | EMP. STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P132A | CORRIDOR | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | 90 MIN. | 67.0 | | |
| P132B | CORRIDOR | 4 | 3'-0" | | 8'-0" | 1 3/4" | WD | AF | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | NA | 71.0 | | |
| P133A | MECHANICAL | 6 | 3'-0" | 3'-0" | 8'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | | 65.0 | | STC 35 |
| P133B | MECHANICAL | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | | 65.0 | | STC 35 |

### DOOR SCHEDULE P1

| No. | Location | Door Type | Door Width | Door Width | Door Height | Door Thickness | Panel Material | Panel Core | Panel Finish | Panel Glazing | Panel Glazing Thickness | Frame Type | Frame Material | Frame Core | Frame Finish | Fire Rating (minutes) | HW | Security | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P139A | ELEV. LOBBY | 4 | 3'-0" | | 8'-0" | 1 3/4" | AL | | PT-09-B | TEMP | 3/8" | | AL | | PT-09-B | 90 MIN. | 69.1 | | TGP DESIGNER FRAME WITH PILKINGTON PYROSTOP |
| P139B | ELEV. LOBBY | 4 | 3'-0" | | 8'-0" | 1 3/4" | AL | | PT-09-B | TEMP | 3/8" | | AL | | PT-09-B | NA | 44.0 | | STOREFRONT |
| P140 | TOILET | 2 | 3'-0" | | 7'-6" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | NA | 3.0 | Privacy | STC 35 |
| P141 | EMP. STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | 60 MIN. | 55.0 | | |
| P142A | BOH | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | AF | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | NA | 67.0 | | |
| P143A | SKI CLUB | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | 45 MIN. | 67.0 | | STC 35 |
| P143B | SKI CLUB | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | 45 MIN. | 60.0 | | STC 35 |
| P144 | EMP. STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | 60 MIN. | 55.0 | | |
| P145A | SHELL SPACE | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | AF | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | NA | 60.0 | | STC 35 |
| P145B | BOH | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | NA | 60.0 | | |
| P147 | CORRIDOR | 27 | 7'-5" | | 9'-6" | | | | CASBA | | | | | | CASBA | | 72.0 | | Break Out |
| P149 | ELEV. CONTROL | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 60.5 | | STC 35 |
| P151 | ELEV. MACHINE ROOM | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | 90 MIN. | 60.5 | | STC 35 |
| P152 | CORRIDOR | 27 | 7'-5" | | 9'-8" | | | | CASBA | | | | | | CASBA | | 72.0 | | Break Out |
| P153 | ELEVATOR CONTROL | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | 90 MIN. | 60.5 | | STC 35 |
| P154 | ELEV. CONTROL | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | 90 MIN. | 60.5 | | STC 35 |
| P156 | CHANGING | 2 | 3'-0" | | 7'-6" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | NA | 3.0 | Privacy | STC 35 |
| P157 | TOILET | 2 | 3'-0" | | 7'-6" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | NA | 3.0 | Privacy | STC 35 |
| P160 | HOUSEKEEPING | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | NA | 55.0 | | STC 35 |
| P161 | STORAGE | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | | WD-01 | ↔ | 0" | 4 | WD | | WD-01 | 90 MIN. | 55.0 | | |
| P162 | OWNER STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| P163 | EMP. STORAGE | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-07-B | ↔ | 0" | 2 | HM | ↔ | PT-07-B | NA | 55.0 | | |
| SP1B | STAIR | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| SP1C | STAIR | 2 | 3'-0" | | 6'-8" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| SP1F | STAIR | 2 | 3'-0" | | 6'-8" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| SP1H | STAIR | 2 | 3'-0" | | 6'-8" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |

### DOOR SCHEDULE LEVEL 01

| No. | Location | Door Type | Door Width | Door Width | Door Height | Door Thickness | Panel Material | Panel Core | Panel Finish | Panel Glazing | Panel Glazing Thickness | Frame Type | Frame Material | Frame Core | Frame Finish | Fire Rating (minutes) | HW | Security | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101A | LOBBY | 7 | 3'-0" | 3'-0" | 8'-0" | 1 3/4" | AL | | ANOD. | TEMP. | 1/2" | CB | AL | | ANOD. | | 49.0 | | Panic Bar |
| 101B | LOBBY | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | WD-01-B | ↔ | 0" | 1 | HM | ↔ | WD-01-B | 180 MIN. | 67.1 | | TOTAL DOOR |
| 102A | ELEV. LOBBY | 4 | 3'-0" | | 8'-0" | 1 3/4" | AL | | PT-09-B | TEMP | 3/8" | | AL | | PT-09-B | 90 MIN. | 69.1 | | TGP DESIGNER FRAME WITH PILKINGTON PYROSTOP |
| 102B | ELEV. LOBBY | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-03 | ↔ | 0" | 1 | HM | ↔ | PT-03 | NA | | | |
| 110 | CORRIDOR | 3 | 3'-0" | | 8'-0" | 2 1/4" | AL | | PT-09-B | IG-2 | 3/8" | | AL | | PT-09-B | 90 MIN. | 69.1 | | TGP DESIGNER FRAME WITH PILKINGTON PYROSTOP |
| 111 | ELEC. | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | NA | | | STC 35 |
| 112A | SKI LOCKERS | 4 | 3'-0" | | 8'-0" | 1 3/4" | AL | | PT-09-B | TEMP | 3/8" | | AL | | PT-09-B | 90 MIN. | 69.1 | | TGP DESIGNER FRAME WITH PILKINGTON PYROSTOP |
| 112B | SKI LOCKERS | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | AF | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | NA | 59.0 | | EGRESS ONLY |
| 113 | TOILET | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | NA | 3.0 | | STC 35 |
| 114 | POOL LIFT STORAGE | 6 | 3'-0" | 3'-0" | 8'-0" | 1 3/4" | HM | ↔ | PT-04-B | ↔ | 0" | 1 | HM | ↔ | PT-04-B | | 68.0 | | |
| 115 | TOILET | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | NA | 3.0 | | STC 35 |
| 116A | INDOOR POOL | 7 | 3'-0" | 3'-0" | 8'-0" | 1 3/4" | AL | | PT-03 | IG-3 | 1/2" | S7 | AL | | PT-06 | | 48.0 | | DOUBLE EGRESS |
| 116B | INDOOR POOL | 34 | 24'-0" | | 7'-0" | 1 3/4" | AL | | PT-03 | IG-3 | 1/2" | | AL | | PT-03 | | 72.0 | | |
| 117 | CORRIDOR | 33 | 2'-10" | 2'-10" | 8'-0" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 68.5 | | |
| 118 | TOILET | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | NA | 3.0 | | STC 35 |
| 120 | HIMALAYAN SALT | 16 | 3'-0" | | 8'-0" | 1 3/4" | SS | ↔ | PT-03 | T-1 | 3/8" | | SS | ↔ | PT-03 | NA | 64.6 | | HINGES BY MFG. |
| 121A | VESTIBULE | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 2 | WD | ↔ | WD-01 | NA | 69.0 | | |
| 121B | VESTIBULE | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 2 | WD | ↔ | WD-01 | NA | 62.2 | | |
| 124 | SAUNA | 15 | 3'-0" | | 8'-0" | 1 3/4" | SS | ↔ | PT-03 | T-1 | 3/8" | | SS | ↔ | PT-03 | NA | 64.6 | | HINGES BY MFG. |
| 125 | COLD MIST | 15 | 3'-0" | | 8'-0" | 1 3/4" | SS | ↔ | PT-03 | T-1 | 3/8" | | SS | ↔ | PT-03 | NA | 64.6 | | HINGES BY MFG. |
| 126A | WATER CIRCUIT | 11 | 3'-0" | | 8'-0" | 1 3/4" | MTL | | PT-03 | TEMP | 3/8" | | MTL | | PT-03 | | 64.6 | | HINGES BY MFG. |
| 127 | TOILET | 1 | 2'-8" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 1 | WD | ↔ | WD-01 | NA | 3.0 | | STC 35 |
| 128 | STORAGE | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | NA | 55.0 | | |
| 129 | TOILET | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | NA | 3.0 | | STC 35 |
| 130 | W LOCKERS | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | NA | 62.2 | | STC 35 |
| 131 | CHANGING | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | NA | 3.0 | | STC 35 |
| 132 | STEAM | 15 | 3'-0" | | 8'-0" | 1 3/4" | SS | ↔ | PT-03 | T-1 | 3/8" | | SS | ↔ | PT-03 | NA | 64.6 | | HINGES BY MFG. |
| 133 | IR SAUNA | 15 | 3'-0" | | 6'-10" | 1 3/4" | SS | ↔ | PT-03 | T-1 | 3/8" | | SS | ↔ | PT-03 | NA | 64.6 | | HINGES BY MFG. |
| 136A | MECHANICAL | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-06-B | ↔ | 0" | 1 | HM | ↔ | PT-06-B | 45 MIN. | 69.0 | | STC 35 |
| 136B | MECHANICAL | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-06-B | ↔ | 0" | 1 | HM | ↔ | PT-06-B | | 69.0 | | STC 35 |
| 136C | VEST. | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 67.0 | | |
| 137 | VEST. | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 67.0 | | |
| 138 | ELECTRICAL | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-06-B | ↔ | 0" | 1 | HM | ↔ | PT-06-B | | 69.0 | | STC 35 |
| 139 | STORAGE | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 2 | WD | ↔ | WD-01 | NA | 55.0 | | |
| 140 | TREATMENT ROOM #1 | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 2 | WD | ↔ | WD-01 | NA | 67.0 | | STC 35 |
| 141 | TREATMENT ROOM #2 | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 2 | WD | ↔ | WD-01 | NA | 67.0 | | STC 35 |
| 142A | PREP ROOM | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 67.0 | | STC 35 |
| 142B | PREP ROOM | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 2 | WD | ↔ | WD-01 | NA | 67.0 | | STC 35 |
| 143 | RELAXATION LOUNGE | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 2 | WD | ↔ | WD-01 | NA | 63.0 | | STC 35 |
| 144A | SPA RETAIL | 33 | 2'-10" | 2'-10" | 8'-0" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 68.5 | | |
| 144B | SPA RETAIL | 10 | 3'-0" | | 8'-0" | 1 3/4" | MTL | | PT-03 | T-1 | 3/8" | ↔ | MTL | | PT-03 | | 64.1 | | |
| 145 | M LOCKERS | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 2 | WD | ↔ | WD-01 | NA | 62.2 | | STC 35 |
| 146 | TOILET | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | ↔ | WD-01 | ↔ | 0" | 4 | WD | ↔ | WD-01 | NA | 3.0 | | STC 35 |
| 150A | FITNESS | 7 | 3'-0" | 3'-0" | 8'-0" | 2 1/4" | AL | | CASBD | TEMP | 3/8" | MFG. | AL | | CASBD | 90 MIN. | 68.6 | | TGP DESIGNER DOUBLE FIRE FRAME WITH PILKINGTON PYROSTOP |
| 150B | FITNESS | 3 | 3'-0" | | 8'-0" | 2 1/4" | AL | | PT-03 | | 1/2" | | AL | | PT-03 | | 58.0 | | |
| 150C | FITNESS | 34 | 24'-0" | | 7'-0" | 1 3/4" | AL | | PT-03 | IG-2 | 3/8" | | AL | | PT-03 | | 72.0 | | |
| 150D | FITNESS | 22 | 8'-8" | 8'-8" | 9'-4" | 1 3/4" | MTL | | PT-03 | T-1 | 3/8" | | MTL | | PT-03 | | 64.4 | | |
| 151A | ELEV. LOBBY | 1 | 3'-0" | | 8'-0" | 1 3/4" | HM | ↔ | PT-06-B | ↔ | 0" | 1 | HM | ↔ | PT-06-B | 90 MIN. | 58.0 | | |
| 151B | ELEV. LOBBY | 4 | 3'-0" | | 8'-0" | 1 3/4" | AL | | PT-09-B | | 3/8" | | AL | | PT-09-B | 90 MIN. | 69.1 | | TGP DESIGNER FRAME WITH PILKINGTON PYROSTOP |
| 152 | ELEV. LOBBY | 4 | 3'-0" | | 8'-0" | 1 3/4" | AL | | PT-09-B | | 3/8" | | AL | | PT-09-B | 90 MIN. | 69.1 | | TGP DESIGNER FRAME WITH PILKINGTON PYROSTOP |
| 158 | ELECTRICAL | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 60.5 | | STC 35 |
| S1B | STAIR | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | Panic |
| S1C | STAIR | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S1D | STAIR | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S1E | STAIR | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S1F | STAIR | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S1G | STAIR | 3 | 3'-0" | | 8'-0" | 1 3/4" | AL | | PT-09-B | ↔ | 1/2" | S17 | AL | | PT-09-B | 90 MIN. | 44.2 | | TGP DESIGNER FRAME WITH PILKINGTON PYROSTOP |
| S1H | STAIR | 2 | 3'-0" | | 8'-0" | 1 3/4" | WD | FRC | WD-01 | ↔ | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |

## GENERAL NOTES

1. G.C. TO COORDINATE LOCATION OF UNIT DOORS WITHIN FIRE-RATED ASSEMBLY FOR CORRECT PLACEMENT OF DOOR TYPE WHERE SHOWN ON ENLARGED FLOOR PLANS/ UNIT FLOOR PLANS.
2. REFER TO ID SPECIFICATIONS FOR SPECIFIC DOOR HARDWARE TO COORDINATE WITH THE HARDWARE OF ARCHITECTURAL SPECS.
3. REFER TO SPECIFICATIONS FOR FINISH TYPE INFORMATION.
4. IF NO FRAME TYPE: FRAME BY MFG. INSTALL AS PER MFG. SPECIFICATIONS.
5. FRC = FIRE RATED CORE REFER TO SPEC FOR INFORMATION ON MINERAL DOOR WITH WOOD VENEER.
6. PB = PARTICLE BOARD CORE WITH WOOD VENEER.
7. HF = HALF CORE WITH WOOD VENEER.
8. S = SMOKE SEAL
9. CASBD = COLOR AS SELECTED BY ID PER MFG. SAMPLES.
10. UNIT DOOR LEGEND: EXAMPLE: BE2P

FIRST LETTER INDICATES DOOR TYPE FROM A801
SECOND INDICATES UNIT TYPE
E = EMPLOYEE
S = SUITE
F = FOUNDER UNITS

NUMBER INDICATES SIZE, HARDWARE, OR FIRE RATED DIFFERENCE

P AT THE END OF UNIT DOOR TYPE INDICATES PRIVACY

11. DOORS AT BEDROOMS, DENS, EQUIPMENT CLOSETS, BATHROOMS AND LAUNDRY AREAS GET DOUBLE ROW OF SMOKE SEALS.
12. SEE OWNER APPROVED UNIT THEME SUMMARY TO DETERMINE WHICH THEMES APPLY TO WHICH SUITES.

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1

CONSTRUCTION SET

DOOR SCHEDULE

110374

A902

DOOR SCHEDULE LEVEL 02

| No. | Location | Door Type | Door Width | Door Width | Door Height | Door Thickness | Panel Material | Panel Core | Panel Finish | Panel Glazing | Panel Glazing Thickness | Frame Type | Frame Material | Frame Core | Frame Finish | Fire Rating (minutes) | HW | Security | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201 | VEST | 1 | 3' - 0" | | 8' - 0" | 1 3/4" | HM | <-> | WD-01 | <-> | 0" | 1 | HM | <-> | WD-01 | 180 MIN. | 67.1 | | TOTAL DOOR |
| 201A | LOBBY | 12 | 3' - 0" | 3' - 0" | 8' - 0" | 1 3/4" | MTL | | PT-03 | T-1 | 1/2" | | MTL | | PT-03 | | 84.7 | | |
| 209 | DATA | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | <-> | WD-01 | <-> | 0" | 4 | WD | <-> | WD-01 | <-> | 67.0 | | STC 35 |
| 210A | KITCHEN | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | AG | WD-01 | <-> | 0" | 4 | WD | <-> | WD-01 | NA | 67.0 | | STC 35 |
| 210B | KITCHEN | 16 | 3' - 0" | | 8' - 0" | 1 3/4" | SS | | | ACRYLIC | 1/2" | 1 | SS | | | | 72.0 | | |
| 210C | KITCHEN | 17 | 3' - 0" | 3' - 0" | 8' - 0" | 1 3/4" | SS | | | ACRYLIC | 1/2" | 1 | SS | | | | 72.0 | | |
| 212 | COATS | 27 | 7' - 5" | | 10' - 0" | 2" | | | | | | | | | | | 72.0 | | Break Out |
| 212B | COATS | 10 | 3' - 0" | | 8' - 0" | 1 3/4" | MTL | | PT-03 | T-1 | 1/2" | <-> | MTL | | PT-03 | | 64.5 | | HINGES BY MFG |
| 213 | VESTIBULE | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | <-> | WD-01 | <-> | 0" | 2 | WD | <-> | WD-01 | NA | 67.0 | | STC 35 |
| 217A | CHEF'S TABLE | 28 | 2' - 7" | 2' - 7" | 8' - 6" | 1 3/4" | MTL | | PT-03 | T-1 | 1/2" | | MTL | | PT-03 | | 64.4 | | STC 35 |
| 217B | CHEF'S TABLE | 28 | 2' - 7" | 2' - 7" | 8' - 6" | 1 3/4" | MTL | | PT-03 | T-1 | 1/2" | | MTL | | PT-03 | | 64.4 | | STC 35 |
| 217C | CHEF'S TABLE | 24 | 18' - 10 15/16" | | 9' - 4" | 3" | <-> | <-> | <-> | <-> | 0" | <-> | <-> | <-> | <-> | <-> | 72.0 | <-> | ID 10 00 06 SPECIALTIES SCHEDULE (AMENITIES) |
| 217D | PRIVATE DINING | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | AF | WD-01 | <-> | 0" | 4 | WD | <-> | WD-01 | NA | 67.0 | | |
| 218A | GREAT HALL | 3 | 3' - 4" | | 8' - 0" | 2 1/4" | AL | | PT-03 | IG-2 | | C5 | AL | | PT-03 | | 44.0 | | Panic Bar |
| 218B | GREAT HALL | 26 | 15' - 0" | | 10' - 0" | | AL | | PT-03 | IG-2 | | | AL | | PT-03 | | 72.0 | | |
| 218C | GREAT HALL | 26 | 11' - 7" | | 10' - 0" | | AL | | PT-03 | IG-2 | | | AL | | PT-03 | | 72.0 | | |
| 218D | GREAT HALL | 26 | 11' - 7" | | 10' - 0" | | AL | | PT-03 | IG-2 | | | AL | | PT-03 | | 72.0 | | |
| 218E | GREAT HALL | 26 | 11' - 7" | | 10' - 0" | | AL | | PT-03 | IG-2 | | | AL | | PT-03 | | 72.0 | | |
| 218F | GREAT HALL | 3 | 3' - 4" | | 8' - 0" | 2 1/4" | AL | | PT-03 | IG-2 | | | AL | | PT-03 | | 44.0 | | Panic Bar |
| 219 | ELECTRICAL | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | <-> | WD-01 | <-> | 0" | 4 | WD | <-> | WD-01 | <-> | 67.0 | | STC 35 |
| 220 | TRASH | 1 | 3' - 0" | | 7' - 0" | 1 3/4" | HM | <-> | PT-04-B | <-> | 0" | 1 | HM | <-> | PT-04-B | NA | 60.0 | | |
| 221 | TOILET ROOM | 1 | 3' - 0" | | 7' - 0" | 1 3/4" | HM | <-> | PT-04-B | <-> | 0" | 1 | HM | <-> | PT-04-B | NA | 66.0 | | STC 35 |
| 222 | TOILET ROOM | 1 | 3' - 0" | | 7' - 0" | 1 3/4" | HM | <-> | PT-04-B | <-> | 0" | 1 | HM | <-> | PT-04-B | NA | 66.0 | | STC 35 |
| 223A | BAR | 21 | 25' - 6" | | 8' - 10" | 2" | WD | <-> | WD-02 | <-> | 0" | <-> | <-> | <-> | <-> | NA | 72.0 | <-> | DH-03 |
| 223B | BAR | 21 | 25' - 6" | | 8' - 10" | 2" | WD | <-> | WD-02 | <-> | 0" | <-> | <-> | <-> | <-> | NA | 72.0 | <-> | DH-03 |
| 223C | BAR | 20 | 25' - 0" | | 8' - 2 1/2" | 1 3/4" | AL | | PT-03 | | | | AL | | PT-03 | | 72.0 | | |
| 225 | MGR. OFFICE | 4 | 3' - 0" | | 7' - 0" | 1 3/4" | HM | <-> | PT-06-B | TEMP | 1/2" | 1 | HM | <-> | PT-06-B | NA | 62.1 | | STC 35 |
| 226 | TOILET | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | <-> | WD-01 | <-> | 0" | 2 | WD | <-> | WD-01 | NA | 3.0 | | STC 35 |
| 227 | TOILET | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | <-> | WD-01 | <-> | 0" | 2 | WD | <-> | WD-01 | NA | 3.0 | | STC 35 |
| 228 | TOILET | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | <-> | WD-01 | <-> | 0" | 2 | WD | <-> | WD-01 | NA | 3.0 | | STC 35 |
| 229 | TOILET | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | <-> | WD-01 | <-> | 0" | 2 | WD | <-> | WD-01 | NA | 3.0 | | STC 35 |
| 230 | TOILET | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | <-> | WD-01 | <-> | 0" | 2 | WD | <-> | WD-01 | NA | 3.0 | | STC 35 |
| 231 | TOILET | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | <-> | WD-01 | <-> | 0" | 2 | WD | <-> | WD-01 | NA | 3.0 | | STC 35 |
| 232 | TOILET | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | <-> | WD-01 | <-> | 0" | 2 | WD | <-> | WD-01 | NA | 3.0 | | STC 35 |
| 233 | JANITOR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | <-> | WD-01 | <-> | 0" | 2 | WD | <-> | WD-01 | NA | [illegible] | | STC 35 |
| 234 | VIRTUAL GOLF | 29 | 3' - 0" | 3' - 0" | 8' - 0" | 1 3/4" | MTL | | PT-03 | T-1 | 1/2" | | MTL | | PT-03 | | 64.7 | | HINGES BY MFG / STC 35 |
| 235 | GM OFFICE | 35 | 3' - 0" | | 8' - 0" | 1 3/4" | MTL | | PT-03 | T-1 | 1/2" | | MTL | | PT-03 | | [illegible] | | HINGES BY MFG / STC 35 |
| 236A | FIRESIDE LOUNGE | 14 | 3' - 0" | 3' - 0" | 8' - 0" | 1 3/4" | MTL | | PT-03 | T-1 | 1/2" | | MTL | | PT-03 | | 64.7 | | HINGES BY MFG / STC 35 |
| 236B | FIRESIDE LOUNGE | 3 | 3' - 4" | | 8' - 0" | 2 1/4" | AL | | PT-03 | IG-2 | 1/2" | C5 | AL | | PT-03 | | [illegible] | | Panic Bar |
| 236C | FIRESIDE LOUNGE | 30 | 37' - 0" | | 8' - 2 1/2" | 1 3/4" | AL | | PT-03 | IG-2 | 1/2" | | AL | | PT-03 | | 72.0 | | |
| 236D | FIRESIDE LOUNGE | 3 | 3' - 4" | | 8' - 0" | 2 1/4" | AL | | PT-03 | IG-2 | 1/2" | C5 | AL | | PT-03 | | [illegible] | | Panic Bar |
| 237 | GAMES | 13 | 3' - 0" | 3' - 0" | 8' - 0" | 1 3/4" | MTL | | PT-03 | T-1 | 1/2" | | MTL | | PT-03 | | 64.7 | | HINGES BY MFG / STC 35 |
| 238 | KIDS | 11 | 3' - 0" | | 8' - 0" | 1 3/4" | MTL | | PT-03 | T-1 | 1/2" | | MTL | | PT-03 | | 54.3 | | HINGES BY MFG / STC 35 |
| 239 | LIQUOR STORAGE | 1 | 3' - 0" | | 7' - 0" | 1 3/4" | HM | <-> | PT-04-B | <-> | 0" | 1 | HM | <-> | PT-04-B | NA | [illegible] | | |
| 245 | IDF | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 45 MIN. | 60.5 | | STC 35 |
| 254 | CHEF OFFICE | 4 | 3' - 0" | | 7' - 0" | 1 3/4" | HM | <-> | PT-06-B | TEMP | 1/2" | 1 | HM | <-> | PT-06-B | NA | 62.1 | | STC 35 |
| S2B | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | Flush Panic |
| S2C | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S2D | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S2E | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S2F | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S2GA | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S2GB | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 13.0 | | |
| S2H | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |

DOOR SCHEDULE LEVEL 03

| No. | Location | Door Type | Door Width | Door Width | Door Height | Door Thickness | Panel Material | Panel Core | Panel Finish | Panel Glazing | Panel Glazing Thickness | Frame Type | Frame Material | Frame Core | Frame Finish | Fire Rating (minutes) | HW | Security | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 134 | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| 308A | SKI LOBBY | 27 | 7' - 5" | | 9' - 6" | | AL | | | | 1/2" | | AL | | | | 72.0 | | |
| 308B | SKI LOBBY | 27 | 7' - 5" | | 9' - 6" | | AL | | | | 1/2" | | AL | | | | 72.0 | | |
| 309A | CORRIDOR | 1 | 3' - 0" | | 8' - 0" | 1 3/4" | HM | <-> | <-> | <-> | 0" | 1 | HM | <-> | <-> | NA | 51.0 | | |
| S3AB | STAIR | 1 | 3' - 0" | | 8' - 0" | 1 3/4" | HM | <-> | <-> | <-> | 0" | 1 | HM | <-> | <-> | 90 MIN. | 50.0 | | |
| S3B | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S3C | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S3D | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S3E | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S3F | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S3HA | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S3HB | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |

DOOR SCHEDULE LEVEL 04

| No. | Location | Door Type | Door Width | Door Width | Door Height | Door Thickness | Panel Material | Panel Core | Panel Finish | Panel Glazing | Panel Glazing Thickness | Frame Type | Frame Material | Frame Core | Frame Finish | Fire Rating (minutes) | HW | Security | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 407 | MECHANICAL | 1 | 3' - 0" | | 8' - 0" | 1 3/4" | HM | <-> | PT-06-B | <-> | 0" | 1 | HM | <-> | PT-06-B | NA | 60.0 | | STC 35 |
| S4A | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S4B | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S4C | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S4D | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |

DOOR SCHEDULE LEVEL 05

| No. | Location | Door Type | Door Width | Door Width | Door Height | Door Thickness | Panel Material | Panel Core | Panel Finish | Panel Glazing | Panel Glazing Thickness | Frame Type | Frame Material | Frame Core | Frame Finish | Fire Rating (minutes) | HW | Security | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 504 | CORRIDOR | 1 | 3' - 0" | | 8' - 0" | 1 3/4" | HM | <-> | PT-03 | <-> | 0" | 1 | HM | <-> | PT-03 | 180 MIN. | 50.0 | | |
| 505 | ELECTRICAL | 6 | 3' - 0" | 3' - 0" | 8' - 0" | 1 3/4" | HM | <-> | PT-04-B | <-> | 0" | 1 | HM | <-> | PT-04-B | | 61.0 | | STC 35 |
| 506 | CORRIDOR | 1 | 3' - 0" | | 8' - 0" | 1 3/4" | HM | <-> | PT-03 | <-> | 0" | 1 | HM | <-> | PT-03 | | 69.0 | | |
| 507 | MECHANICAL | 6 | 3' - 0" | 3' - 0" | 8' - 0" | 1 3/4" | HM | <-> | PT-04-B | <-> | 0" | 1 | HM | <-> | PT-04-B | | 61.0 | | STC 35 |
| 508 | CORRIDOR | 1 | 3' - 0" | | 8' - 0" | 1 3/4" | HM | <-> | PT-03 | <-> | 0" | 1 | HM | <-> | PT-03 | 90 MIN. | 57.0 | | |
| S5A | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S5BA | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S5BB | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |
| S5C | STAIR | 2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01 | <-> | 0" | 4 | WD | FRC | WD-01 | 90 MIN. | 57.0 | | |

DOOR SCHEDULE LEVEL 06

| No. | Location | Door Type | Door Width | Door Width | Door Height | Door Thickness | Panel Material | Panel Core | Panel Finish | Panel Glazing | Panel Glazing Thickness | Frame Type | Frame Material | Frame Core | Frame Finish | Fire Rating (minutes) | HW | Security | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 601 | STAIR B | 1 | 3' - 0" | | 8' - 0" | 1 3/4" | HM | <-> | PT-04-B | <-> | 0" | 1 | HM | <-> | PT-04-B | 90 MIN. | 57.0 | | |
| 601B | MECHANICAL | 1 | 3' - 5" | | 8' - 0" | 1 3/4" | HM | <-> | PT-04-B | <-> | 0" | 1 | HM | <-> | PT-04-B | 45 MIN. | [illegible] | | STC 35 |

DOOR SCHEDULE UNIT DOORS

| Type | Door Width | Door Width | Door Height | Door Thickness | Material | Core | Panel Finish | Panel Glazing | Panel Glazing Thickness | Frame Type | Frame Material | Frame Core | Frame Finish | Fire Rating (minutes) | Hardware | Security | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3' - 0" | | 8' - 0" | 1 3/4" | HM | <-> | PT-03 | <-> | 0" | 1 | HM | <-> | PT-03 | 180 MIN. | 14.0 | | STC 35 |
| 1.1 | 3' - 0" | | 8' - 0" | 1 3/4" | HM | <-> | WD-01-S | <-> | 0" | 1 | HM | <-> | WD-01-S | 180 MIN. | 14.2 | | STC 35, TOTAL DOOR W/ WOOD VENEER |
| 2 | [illegible] | | | | | | | | | | | | | | | | |
| 7 | 3' - 0" | 7' - 0" | 9' - 5" | 1 3/4" | AL | | ANOD. | TEMP | 1/2" | 3 | AL | | ANOD. | | 72.0 | | |
| AE1 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01-B | N/A | 0" | 1 | HM | <-> | PT-01A-B | 45 MIN. | 14.1 | | STC 35 |
| AS1 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01-S | N/A | 0" | <-> | WD | FRC | WD-01-S | 20 MIN. | 14.0/ 15.0 | | STC 35 |
| AS1 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01-S | N/A | 0" | <-> | WD | FRC | WD-01-S | 45 MIN. | 14.0/ 15.0 | Card Access | STC 35 |
| AS1 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01-S | N/A | 0" | <-> | WD | FRC | WD-01-S | NA | 14.0/ 15.0 | | STC 35 |
| AS2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01-S | N/A | 0" | <-> | WD | FRC | WD-01-S | 20 MIN. | 14.0/ 15.0 | | STC 35 |
| AS2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01-S | N/A | 0" | <-> | WD | FRC | WD-01-S | 90 MIN. | 14.0/ 15.0 | | STC 35 |
| AS3 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01-S | N/A | 0" | <-> | WD | FRC | WD-01-S | 20 MIN. | 14.0/ 15.0 | | STC 35 |
| AS4 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01-S | N/A | 0" | <-> | WD | FRC | WD-01-S | 90 MIN. | 14.0/ 15.0 | | STC 35 |
| AS5 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01-S | N/A | 0" | <-> | WD | FRC | WD-01-S | 45 MIN. | 14.0/ 15.0 | | STC 35 |
| AS6 | 3' - 6" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01-S | N/A | 0" | <-> | WD | FRC | WD-01-S | 20 MIN. | 14.0/ 15.0 | | STC 35 |
| AS7 | 3' - 6" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01-S | N/A | 0" | <-> | WD | FRC | WD-01-S | 20 MIN. | 14.0/ 15.0 | | STC 35 |
| AS7 | 3' - 8" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01-S | N/A | 0" | <-> | WD | FRC | WD-01-S | 90 MIN. | 14.0/ 15.0 | | STC 35 |
| BE1 | 7' - 6" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01 | <-> | 0" | 4 | WD | <-> | <-> | NA | 32.1 | | STC 35 |
| BE2 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | AF | PT-01A-B | <-> | 0" | 4 | WD | <-> | PT-01A-B | NA | 32.1 | | STC 35 |
| BE2P | 3' - 0" | | 8' - 0" | 1 3/4" | WD | AF | PT-01A-B | <-> | 0" | 4 | WD | <-> | PT-01A-B | NA | 38.1 | | STC 35 |
| BS1 | 2' - 6" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | <-> | 0" | 4 | WD | <-> | WD-01-S | NA | 32.0/ 34.0/ 35.0 | | STC 35 |
| BS2 | 2' - 8" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | <-> | 0" | 4 | WD | <-> | WD-01-S | NA | 32.0/ 34.0/ 35.0 | | STC 35 |
| BS2P | 2' - 8" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | <-> | 0" | 4 | WD | <-> | WD-01-S | NA | 38.0/ 40.0/ 41.0 | | STC 35 |
| BS3 | 2' - 10" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | <-> | 0" | 4 | WD | <-> | WD-01-S | NA | 32.0/ 34.0/ 35.0 | | STC 35 |
| BS4 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | <-> | 0" | 4 | WD | <-> | WD-01-S | NA | 32.0/ 34.0/ 35.0 | | STC 35 |
| BS4P | 3' - 0" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | <-> | 0" | 4 | WD | <-> | WD-01-S | NA | 38.0/ 40.0/ 41.0 | | |
| CE1 | 2' - 0" | 2' - 6" | 8' - 0" | 1 3/4" | WD | AF | PT-01A-B | <-> | 0" | 4 | WD | <-> | PT-01A-B | NA | 23.1 | | STC 35 |
| CE2 | 2' - 6" | 2' - 6" | 8' - 0" | 1 3/4" | WD | AF | PT-01A-B | <-> | 0" | 4 | WD | <-> | PT-01A-B | NA | 23.1 | | STC 35 |
| CE3 | 3' - 0" | 3' - 0" | 8' - 0" | 1 3/4" | WD | AF | PT-01A-B | <-> | 0" | 4 | WD | <-> | PT-01A-B | NA | 23.1 | | STC 35 |
| CS3 | 2' - 0" | 2' - 0" | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | <-> | 0" | 4 | WD | <-> | WD-01-S | NA | 23.0/ 25.0/ 26.0 | | STC 35 |
| CS4 | 2' - 4" | 2' - 4" | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | <-> | 0" | 4 | WD | <-> | WD-01-S | NA | 23.0/ 25.0/ 26.0 | | STC 35 |
| CS5 | 2' - 6" | 2' - 6" | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | <-> | 0" | 4 | WD | <-> | WD-01-S | NA | 23.0/ 25.0/ 26.0 | | STC 35 |
| CS6 | 3' - 0" | 3' - 0" | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | <-> | 0" | 4 | WD | <-> | WD-01-S | NA | 23.0/ 25.0/ 26.0 | | STC 35 |
| DS1 | 3' - 6" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | <-> | 0" | 4 | WD | <-> | WD-01-S | NA | 4.0/ 4.1/ 4.2 | | |
| DS2 | 4' - 0" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | | | 4 | WD | <-> | WD-01-S | NA | 4.0/ 4.1/ 4.2 | | |
| DS3 | 5' - 0" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | | | 4 | WD | <-> | WD-01-S | NA | 4.0/ 4.1/ 4.2 | | |
| DS4 | 5' - 6" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | <-> | 0" | 4 | WD | <-> | WD-01-S | NA | 4.0/ 4.1/ 4.2 | | |
| EE1P | 3' - 0" | | 8' - 0" | 1 3/4" | WD | AF | PT-01A-B | <-> | 0" | 4 | WD | <-> | PT-01A-B | NA | 36.1 | | |
| ES1 | 2' - 8" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | <-> | 0" | 4 | WD | <-> | WD-01-S | NA | 36.0/ 36.2/ 36.3 | | |
| ES1P | 2' - 8" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | <-> | 0" | 4 | WD | <-> | WD-01-S | NA | 36.0/ 36.2/ 36.3 | | |
| ES2 | 2' - 10" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | <-> | 0" | 4 | WD | <-> | WD-01-S | NA | 36.0/ 36.2/ 36.3 | | |
| ES2P | 2' - 10" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | <-> | 0" | 4 | WD | <-> | WD-01-S | NA | 36.0/ 36.2/ 36.3 | | |
| ES3 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | | | 4 | WD | <-> | WD-01-S | NA | 36.0/ 36.2/ 36.3 | | |
| ES3P | 3' - 0" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | | | 4 | WD | <-> | WD-01-S | NA | 36.0/ 36.2/ 36.3 | | |
| FS1P | 2' - 6" | 2' - 6" | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | | | 4 | WD | <-> | WD-01-S | NA | 31.1/ 31.2/ 31.3 | | |
| FS2 | 3' - 0" | 3' - 0" | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | <-> | 0" | 4 | WD | <-> | WD-01-S | NA | 31.1/ 31.2/ 31.3 | | |
| HS | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01-S | <-> | 0" | 4 | WD | FRC | WD-01-S | 45 MIN. | 9.0/ 11.0/ 12.0 | | STC 35 |
| HS | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01-S | <-> | 0" | 4 | WD | FRC | WD-01-S | NA | 9.0/ 11.0/ 12.0 | | STC 35 |
| HS | 3' - 0" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01-S | <-> | 0" | 4 | WD | FRC | WD-01-S | 45 MIN. | 9.0/ 11.0/ 12.0 | | STC 35 |
| KE | 3' - 0" | | 8' - 0" | 1 3/4" | MTL | | PT-03 | T-3 | 3/8" | | MTL | | | NA | 1.0 | Privacy | |
| L | 12' - 0" | | 9' - 6" | 2 1/4" | AL | | DRK BRNZ | | 1" | | AL | | | | 72.0 | | HARDWARE TO MATCH UNIT SCHEME |
| L2 | 12' - 0" | | 9' - 6" | 2 1/4" | AL | | | | 1" | | AL | | | | 72.0 | Card Access | HARDWARE TO MATCH UNIT SCHEME |
| M | 9' - 0" | | 9' - 6" | 2 1/4" | AL | | | | 1" | | AL | | | | 72.0 | Lockset | HARDWARE TO MATCH UNIT SCHEME |
| M2 | 9' - 0" | | 9' - 6" | 2 1/4" | AL | | | | 1" | | AL | | | | 72.0 | | HARDWARE TO MATCH UNIT SCHEME |
| N | 12' - 0" | | 9' - 6" | 2 1/4" | AL | | | | 1" | | AL | | | | 72.0 | Lockset | HARDWARE TO MATCH UNIT SCHEME |
| P | 9' - 0" | | 9' - 6" | 2 1/4" | AL | | | | 1" | | AL | | | | 72.0 | Lockset | HARDWARE TO MATCH UNIT SCHEME |
| Q | 12' - 0" | | 9' - 6" | 2 1/4" | AL | | | | 1" | | AL | | | | 72.0 | Lockset | HARDWARE TO MATCH UNIT SCHEME |
| R | 16' - 0" | | 9' - 6" | 2 1/4" | AL | | | | 1" | | AL | | | | 72.0 | Lockset | HARDWARE TO MATCH UNIT SCHEME |
| S | 14' - 0" | | 9' - 6" | 2 1/4" | AL | | | | 1" | | AL | | | | 72.0 | Lockset | HARDWARE TO MATCH UNIT SCHEME |
| T | 16' - 0" | | 9' - 6" | 2 1/4" | AL | | | | 1" | | AL | | | | 72.0 | | HARDWARE TO MATCH UNIT SCHEME |
| U | 3' - 0" | | 8' - 0" | 2 1/4" | AL | | | | | | AL | | | | 72.0 | | HARDWARE TO MATCH UNIT SCHEME |
| Y5 | 7' - 6" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-S | | | 4 | WD | <-> | WD-01-S | NA | 4.0/ 4.1/ 4.2 | | |

DOOR SCHEDULE UNIT 306

| No. | Type | Door Width | Door Width | Door Height | Door Thickness | Material | Core | Panel Finish | Panel Glazing | Panel Glazing Thickness | Frame Type | Frame Material | Frame Core | Frame Finish | Fire Rating (minutes) | Hardware | Security | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 306.1 | AF1 | 3' - 8" | | 8' - 0" | 1 3/4" | WD | FRC | WD-01-B | N/A | 0" | 4 | WD | FRC | WD-01-F | 20 MIN. | 13.0 | | LIGHT SCHEME, STC 35 |
| 306.2 | AAF2 | 3' - 0" | 3' - 0" | 8' - 0" | 1 3/4" | WD | FRC | WD-01-F | <-> | 0" | <-> | WD | <-> | WD-01-F | 45 MIN. | 16.0 | | LIGHT SCHEME |
| 306.3 | CF1 | 1' - 10" | 1' - 10" | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-F | <-> | 0" | 4 | WD | <-> | WD-01-F | NA | 24.0 | | LIGHT SCHEME, STC 35 |
| 306.4 | FF2 | 4' - 0" | 4' - 0" | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-F | | | 4 | WD | <-> | WD-01-F | NA | 31.0 | | LIGHT SCHEME |
| 306.5 | BF7P | 3' - 0" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-F | <-> | 0" | 4 | WD | <-> | WD-01-F | NA | 33.0 | | LIGHT SCHEME, STC 35 |
| 306.6 | BF7 | 3' - 0" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-F | <-> | 0" | 4 | WD | <-> | WD-01-F | NA | 33.0 | | LIGHT SCHEME, STC 35 |
| 306.7 | BF7P | 3' - 0" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-F | <-> | 0" | 4 | WD | <-> | WD-01-F | NA | 33.0 | | LIGHT SCHEME, STC 35 |
| 306.8 | CF2 | 2' - 0" | 2' - 0" | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-F | <-> | 0" | 4 | WD | <-> | WD-01-F | NA | 24.0 | | LIGHT SCHEME, STC 35 |
| 306.9 | EF4P | 3' - 0" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-F | <-> | 0" | 4 | WD | <-> | WD-01-F | NA | 37.0 | | LIGHT SCHEME |
| 306.10 | BF7P | 3' - 0" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-F | <-> | 0" | 4 | WD | <-> | WD-01-F | NA | 33.0 | | LIGHT SCHEME |
| 306.11 | EF4P | 3' - 0" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-F | <-> | 0" | 4 | WD | <-> | WD-01-F | NA | 37.0 | | LIGHT SCHEME |
| 306.12 | CF2 | 2' - 0" | 2' - 0" | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-F | <-> | 0" | 4 | WD | <-> | WD-01-F | NA | 24.0 | | LIGHT SCHEME, STC 35 |
| 306.13 | CF4P | 3' - 0" | 3' - 0" | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-F | <-> | 0" | 4 | WD | <-> | WD-01-F | NA | 23.0 | | LIGHT SCHEME, STC 35 |
| 306.14 | BF7P | 3' - 0" | | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-F | <-> | 0" | 4 | WD | <-> | WD-01-F | NA | 33.0 | | LIGHT SCHEME, STC 35 |
| 306.15 | CF8 | 3' - 0" | 3' - 0" | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-F | <-> | 0" | 4 | WD | <-> | WD-01-F | NA | 24.0 | | LIGHT SCHEME, STC 35 |
| 306.16 | CF3 | 2' - 4" | 2' - 4" | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-F | <-> | 0" | 4 | WD | <-> | WD-01-F | NA | 24.0 | | LIGHT SCHEME, STC 35 |
| 306.17 | CF3 | 2' - 4" | 2' - 4" | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-F | <-> | 0" | 4 | WD | <-> | WD-01-F | NA | 24.0 | | LIGHT SCHEME, STC 35 |
| 306.18 | CF8 | 3' - 0" | 3' - 0" | 8' - 0" | 1 3/4" | WD | SOLID | WD-01-F | <-> | 0" | 4 | WD | <-> | WD-01-F | NA | 24.0 | | LIGHT SCHEME, STC 35 |

## GENERAL NOTES

1. G.C. TO COORDINATE LOCATION OF UNIT DOORS WITHIN FIRE-RATED ASSEMBLY FOR CORRECT PLACEMENT OF DOOR TYPE WHERE SHOWN ON ENLARGED FLOOR PLANS/UNIT FLOOR PLANS.
2. REFER TO ID SPECIFICATIONS FOR SPECIFIC DOOR HARDWARE TO COORDINATE WITH THE HARDWARE OF ARCHITECTURAL SPECS.
3. REFER TO SPECIFICATIONS FOR FINISH TYPE INFORMATION.
4. IF NO FRAME TYPE, FRAME BY MFG. INSTALL AS PER MFG. SPECIFICATIONS.
5. FRC = FIRE RATED CORE REFER TO SPEC FOR INFORMATION ON MINERAL DOOR WITH WOOD VENEER
6. PB = PARTICLE BOARD CORE WITH WOOD VENEER
7. AF = HALF CORE WITH WOOD VENEER
8. S = SMOKE SEAL
9. CASED = COLOR AS SELECTED BY ID PER MFG. SAMPLES
10. UNIT DOOR LEGEND: EXAMPLE: BS2P
   FIRST LETTER INDICATES DOOR TYPE FROM [illegible]
   SECOND INDICATES UNIT TYPE
   E = EMPLOYEE
   S = SUITE
   F = FOUNDER UNITS
   NUMBER INDICATES SIZE, HARDWARE, OR FIRE RATED DIFFERENCE
   P AT THE END OF UNIT DOOR TYPE INDICATES PRIVACY
11. DOORS AT BEDROOMS, DENS, EQUIPMENT CLOSETS, BATHROOMS, AND LAUNDRY AREAS GET DOUBLE ROW OF DOOR SEALS.
12. SEE OWNER APPROVED UNIT THEME SUMMARY TO DETERMINE WHICH THEMES APPLY TO WHICH SUITES.

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA

TETON H1

CONSTRUCTION SET

DOOR SCHEDULE

A903

119374

2022-06-16 8:32:38 PM

## PANELBOARD SCHEDULE

PANEL: P3L1 — TYPE: Type 1 — VOLTS: 120/208 Wye — PHASE: 3 — WIRES: 4

LOCATION: MECHANICAL-1 P138-1 — FED FROM: P1LM1 — MOUNTING: SURFACE — BUSSING: ALUMINUM

MAINS/BUS AMPS: 400 — MAIN DISC. TYPE: MLO — MAIN DISC. TRIP: MLO

LUGS: Standard — X DOOR-IN-DOOR — 200% NEUTRAL — ISO GROUND — SPD

BRANCH BREAKERS: [illegible]

| | A | B | C |
|---|---|---|---|
| TOTAL (VA) | 2848 | 2958 | 2906 |
| AMPS/PHASE | 65 A | 25 A | 24 A |

CONNECTED LOAD TOTAL: 13708 VA

AIC RATING: 18,455 AMPS RMS SYM.

NOTES: * PROVIDE 5mA GFCI BREAKER

## PANELBOARD SCHEDULE

PANEL: P1OEH1 — TYPE: Type 1 — VOLTS: 480/277 Wye — PHASE: 3 — WIRES: 4

LOCATION: MECHANICAL-1 P138-1 — FED FROM: E2OH2 — MOUNTING: SURFACE — BUSSING: ALUMINUM

MAINS/BUS AMPS: 150 — MAIN DISC. TYPE: MLO — MAIN DISC. TRIP: MLO

LUGS: Standard — X DOOR-IN-DOOR — 200% NEUTRAL — ISO GROUND — X SPD

BRANCH BREAKERS: [illegible]

| | A | B | C |
|---|---|---|---|
| TOTAL (VA) | 17805 | 18491 | 17869 |
| AMPS/PHASE | 64 A | 67 A | 64 A |

CONNECTED LOAD TOTAL: 54177 VA

AIC RATING: 2,881 AMPS RMS SYM.

NOTES: * PROVIDE 5mA GFCI BREAKER

## PANELBOARD SCHEDULE

PANEL: P1EM1 — TYPE: Type 1 — VOLTS: 480/277 Wye — PHASE: 3 — WIRES: 4

LOCATION: MECHANICAL-1 P138-1 — FED FROM: E1ED — MOUNTING: SURFACE — BUSSING: ALUMINUM

MAINS/BUS AMPS: 150 — MAIN DISC. TYPE: MLO — MAIN DISC. TRIP: MLO

LUGS: Standard — X DOOR-IN-DOOR — 200% NEUTRAL — ISO GROUND — X SPD

BRANCH BREAKERS: [illegible]

| | A | B | C |
|---|---|---|---|
| TOTAL (VA) | 6623 | 5887 | 6411 |
| AMPS/PHASE | 24 A | 21 A | 23 A |

CONNECTED LOAD TOTAL: 18511 VA

AIC RATING: 2,443 AMPS RMS SYM.

NOTES: * PROVIDE 5mA GFCI BREAKER

## PANELBOARD SCHEDULE

PANEL: P3L2 — TYPE: Type 1 — VOLTS: 120/208 Wye — PHASE: 3 — WIRES: 4

LOCATION: MECHANICAL-1 P138-1 — FED FROM: P1LM1 — MOUNTING: SURFACE — BUSSING: ALUMINUM

MAINS/BUS AMPS: 400 — MAIN DISC. TYPE: MLO — MAIN DISC. TRIP: MLO

LUGS: Standard — X DOOR-IN-DOOR — 200% NEUTRAL — ISO GROUND — SPD

BRANCH BREAKERS: [illegible]

| | A | B | C |
|---|---|---|---|
| TOTAL (VA) | 27934 | 24268 | 26191 |
| AMPS/PHASE | 235 A | 203 A | 221 A |

CONNECTED LOAD TOTAL: 74392 VA

AIC RATING: 18,364 AMPS RMS SYM.

NOTES: * PROVIDE 5mA GFCI BREAKER

PROVIDE AFCI BREAKERS

## PANELBOARD SCHEDULE

PANEL: P1H2 — TYPE: Type 1 — VOLTS: 480/277 Wye — PHASE: 3 — WIRES: 4

LOCATION: LLLC, P71G — FED FROM: P1HDP — MOUNTING: SURFACE — BUSSING: ALUMINUM

MAINS/BUS AMPS: 225 — MAIN DISC. TYPE: MLO — MAIN DISC. TRIP: MLO

LUGS: Standard — X DOOR-IN-DOOR — 200% NEUTRAL — ISO GROUND — SPD

BRANCH BREAKERS: [illegible]

| | A | B | C |
|---|---|---|---|
| TOTAL (VA) | 12199 | 13922 | 15623 |
| AMPS/PHASE | 44 A | 51 A | 81 A |

CONNECTED LOAD TOTAL: 41765 VA

AIC RATING: 14,535 AMPS RMS SYM.

NOTES: * PROVIDE 5mA GFCI BREAKER

## PANELBOARD SCHEDULE

PANEL: P1EH2 — TYPE: Type 1 — VOLTS: 480/277 Wye — PHASE: 3 — WIRES: 4

LOCATION: LLLC, P71G — FED FROM: E1ED — MOUNTING: SURFACE — BUSSING: ALUMINUM

MAINS/BUS AMPS: 150 — MAIN DISC. TYPE: MLO — MAIN DISC. TRIP: MLO

LUGS: Standard — X DOOR-IN-DOOR — 200% NEUTRAL — ISO GROUND — SPD

BRANCH BREAKERS: [illegible]

| | A | B | C |
|---|---|---|---|
| TOTAL (VA) | 13156 | 13443 | 12474 |
| AMPS/PHASE | 48 A | 48 A | 45 A |

CONNECTED LOAD TOTAL: 39113 VA

AIC RATING: 2,272 AMPS RMS SYM.

NOTES: * PROVIDE 5mA GFCI BREAKER

## PANELBOARD SCHEDULE

PANEL: P3L3 — TYPE: Type 1 — VOLTS: 120/208 Wye — PHASE: 3 — WIRES: 4

LOCATION: MECHANICAL-1 P138-1 — FED FROM: P1LM1 — MOUNTING: SURFACE — BUSSING: ALUMINUM

MAINS/BUS AMPS: 225 — MAIN DISC. TYPE: MLO — MAIN DISC. TRIP: MLO

LUGS: Standard — X DOOR-IN-DOOR — 200% NEUTRAL — ISO GROUND — SPD

BRANCH BREAKERS: [illegible]

| | A | B | C |
|---|---|---|---|
| TOTAL (VA) | 17317 | 15079 | 19209 |
| AMPS/PHASE | 147 A | 125 A | 163 A |

CONNECTED LOAD TOTAL: 51625 VA

AIC RATING: 15,296 AMPS RMS SYM.

NOTES: * PROVIDE 5mA GFCI BREAKER

## SWITCHBOARD SCHEDULE

SWITCHBOARD: E2OHD

LOCATION: EMERGENCY ELEC. P238 — FED FROM: ATS-2 — MOUNTING: — ENCLOSURE: — BUSSING: ALUMINUM

VOLTS: 480/277 Wye — PHASE: 3 — WIRES: 4 — LUGS: Standard

MAINS/BUS AMPS: 2,500 — MAIN DISC. TYPE: MCB — MAIN DISC. TRIP: MCB — MAIN DISC. FRM: — DOOR-IN-DOOR: — SPD:

| CKT | CIRCUIT DESCRIPTION | # OF... | AMPS | Load | REMARKS |
|---|---|---|---|---|---|
| 1 | E2OH1 | 3 | 225 A | 46567 VA | |
| 2 | E2CX | 3 | 800 A | 324126 VA | |
| 3 | E4OH1 | 3 | 400 A | 250677 VA | |
| 4 | CH-1 | 3 | 400 A | 242052 VA | |
| 5 | CH-2 | 3 | 400 A | 242052 VA | |
| 6 | P1OEH1 | 3 | 150 A | 54068 VA | |
| 7 | P1OEH1 | 3 | 150 A | 54177 VA | |
| 8 | 4OEH1 | 3 | 400 A | 78518 VA | |
| 9 | 1OEH1 | 3 | 400 A | 117766 VA | |
| 10 | E2OH2 | 3 | 150 A | 9224 VA | |
| 11 | P1OEH2 | 3 | 150 A | 52868 VA | |
| 12 | 1OEH1 | 3 | 400 A | 178594 VA | |
| 13 | SPACE ONLY | – | – | 0 VA | |
| 14 | UPS | 3 | 75 A | 0 VA | |
| 15 | SPARE | 3 | 225 A | 0 VA | |
| 16 | SPARE | 3 | 225 A | 0 VA | |
| 17 | SPARE | 3 | 400 A | 0 VA | |
| 18 | SPACE ONLY | – | – | 0 VA | |
| 19 | SPACE ONLY | – | – | 0 VA | |
| 20 | SPACE ONLY | – | – | 0 VA | |
| | | | TOTAL CONN. LOAD: | 1787759 VA | |
| | | | TOTAL AMPS: | 2064 A | |

AIC RATING: 3,216

NOTES:

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1

CONSTRUCTION SET

PANELBOARD SCHEDULES

119374

E009

CCD 84/ASI 34.R1

# PANELBOARD SCHEDULE

PANEL: L2 TYPE: Type 1 VOLTS: 120/208 Wye PHASE: 3 WIRES: 4

LOCATION: ELEC. 158

[illegible]

NOTES: * PROVIDE 5mA GFCI BREAKER

# PANELBOARD SCHEDULE

PANEL: EQGL2

[illegible]

NOTES: * PROVIDE 5mA GFCI BREAKER

# SWITCHBOARD SCHEDULE

Switchboard: P1HDP

Location: ELEC. P115 | Volts: 480/277 Wye | A.I.C. Rating:
Supply From: MSC | Phases: 3 | Mains Type: MLO
Mounting: | Wires: 4 | Mains Rating: 400 A
Enclosure: | | Door-In-Door:
Bussing: ALUMINUM | | SPD:

| CKT | CIRCUIT DESCRIPTION | # OF... | AMPS | LOAD | REMARKS |
|---|---|---|---|---|---|
| 1 | TX-P1 | 3 | 400 A | 168118 VA | |
| 2 | P1H2 | 3 | 225 A | 42785 VA | |
| 3 | SPARE | 3 | 225 A | 0 VA | |
| 4 | SPARE | 3 | 400 A | 0 VA | |
| 5 | ELEVATOR E2 | 3 | 150 A | 38000 VA | |
| 6 | ELEVATOR E1 | 3 | 150 A | 38000 VA | |
| 7 | SPACE ONLY | — | — | 0 VA | — |
| 8 | SPACE ONLY | — | — | 0 VA | — |
| 9 | SPACE ONLY | — | — | 0 VA | — |
| 10 | SPACE ONLY | — | — | 0 VA | — |
| | | | TOTAL CONN. LOAD: | 286673 VA | |
| | | | TOTAL AMPS: | 323 A | |

Legend:

# SWITCHBOARD SCHEDULE

SWITCHBOARD: P1LDP

LOCATION: ELEC. P115 | VOLTS: 120/208 Wye | MAINS/BUS AMPS: 800
FED FROM: TX-P1 | PHASE: 3 | MAIN DISC. TYPE: MCB
MOUNTING: | WIRES: 4 | MAIN DISC. TRIP: MCB
ENCLOSURE: NEMA 1 | LUGS: Standard | MAIN DISC. FRM.:
BUSSING: ALUMINUM | | DOOR-IN-DOOR:
| | SPD: X

| CKT | CIRCUIT DESCRIPTION | # OF... | AMPS | Load | REMARKS |
|---|---|---|---|---|---|
| 1 | P1LS | 3 | 225 A | 11452 VA | |
| 2 | P1LB | 3 | 150 A | 8084 VA | |
| 3 | PL1 | 3 | 600 A | 139730 VA | |
| 4 | P2L4 | 3 | 225 A | 8853 VA | |
| 5 | SPARE | 3 | 225 A | 0 VA | |
| 6 | SPARE | 3 | 400 A | 0 VA | |
| 7 | SPACE ONLY | — | — | 0 VA | — |
| 8 | SPACE ONLY | — | — | 0 VA | — |
| 9 | SPACE ONLY | — | — | 0 VA | — |
| 10 | SPACE ONLY | — | — | 0 VA | — |
| | | TOTAL CONN. LOAD: | | 168118 VA | |
| | | TOTAL AMPS: | | 467 A | |

A/C RATING: 24,116

NOTES:

# SWITCHBOARD SCHEDULE

SWITCHBOARD: P1LM1

LOCATION: MECHANICAL-1 P1361 | VOLTS: 120/208 Wye | MAINS/BUS AMPS: 800
FED FROM: TX-PM1 | PHASE: 3 | MAIN DISC. TYPE: MCB
MOUNTING: | WIRES: 4 | MAIN DISC. TRIP: MCB
ENCLOSURE: | LUGS: Standard | MAIN DISC. FRM.:
BUSSING: | | DOOR-IN-DOOR:
| | SPD:

| CKT | CIRCUIT DESCRIPTION | # OF... | AMPS | Load | REMARKS |
|---|---|---|---|---|---|
| 1 | P1L1 | 3 | 400 A | 13708 VA | |
| 2 | P1L2 | 3 | 400 A | 78392 VA | |
| 3 | P1L3 | 3 | 225 A | 51525 VA | |
| 4 | 1L4 | 3 | 225 A | 20500 VA | |
| 5 | SPARE | 3 | 225 A | 0 VA | |
| 6 | SPARE | 3 | 400 A | 0 VA | |
| 7 | SPACE ONLY | — | — | 0 VA | — |
| 8 | SPACE ONLY | — | — | 0 VA | — |
| 9 | SPACE ONLY | — | — | 0 VA | — |
| 10 | SPACE ONLY | — | — | 0 VA | — |
| | | TOTAL CONN. LOAD: | | 164125 VA | |
| | | TOTAL AMPS: | | 456 A | |

A/C RATING: 25,851

NOTES:

# SWITCHBOARD SCHEDULE

SWITCHBOARD: P1HMDP1

LOCATION: MECHANICAL-1 P1361 | VOLTS: 480/277 Wye | MAINS/BUS AMPS: 400
FED FROM: MSC | PHASE: 3 | MAIN DISC. TYPE: MLO
MOUNTING: | WIRES: 4 | MAIN DISC. TRIP: MLO
ENCLOSURE: | LUGS: Standard | MAIN DISC. FRM.:
BUSSING: ALUMINUM | | DOOR-IN-DOOR:
| | SPD:

| CKT | CIRCUIT DESCRIPTION | # OF... | AMPS | Load | REMARKS |
|---|---|---|---|---|---|
| 1 | TX-PM1 | 3 | 400 A | 164125 VA | |
| 2 | 1H2 | 3 | 225 A | 2083 VA | |
| 3 | M1 | 3 | 150 A | 1845 VA | |
| 4 | SPARE | 3 | 225 A | 0 VA | |
| 5 | SPARE | 3 | 400 A | 0 VA | |
| 6 | SPACE ONLY | — | — | 0 VA | — |
| 7 | SPACE ONLY | — | — | 0 VA | — |
| 8 | SPACE ONLY | — | — | 0 VA | — |
| 9 | SPACE ONLY | — | — | 0 VA | — |
| 10 | SPACE ONLY | — | — | 0 VA | — |
| | | TOTAL CONN. LOAD: | | 167928 VA | |
| | | TOTAL AMPS: | | 202 A | |

A/C RATING: 72,810

NOTES:

# PANELBOARD SCHEDULE

PANEL: P1OEH2 TYPE: Type 1 VOLTS: 480/277 Wye PHASE: 3 WIRES: 4

MOUNTING: SURFACE LOCATION: ELEC. P115 MAINS: MLO

BUSSING: ALUMINUM FED FROM: E2OHD

[illegible]

Legend:
* PROVIDE 5mA GFCI CIRCUIT BREAKER

# PANELBOARD SCHEDULE

PANEL: P1LS TYPE: Type 1 VOLTS: 120/208 Wye PHASE: 3

LOCATION: ELEC. P115

[illegible]

NOTES: * PROVIDE 5mA GFCI BREAKER

# PANELBOARD SCHEDULE

PANEL: P1LB TYPE: Type 1 VOLTS: 120/208 Wye PHASE: 3

[illegible]

NOTES: * PROVIDE 5mA GFCI BREAKER

# PANELBOARD SCHEDULE

PANEL: P1OEH3 TYPE: Type 1 VOLTS: 480/277 Wye PHASE: 3

MOUNTING: SURFACE

BUSSING: ALUMINUM

[illegible]

Legend:
* PROVIDE 5mA GFCI CIRCUIT BREAKER

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

LANDSCAPE ARCHITECTURE — IBI GROUP
INTERIOR DESIGN — IBI GROUP
INTERIOR DESIGN
STRUCTURAL
CIVIL — The Land Group
MECHANICAL/PLUMBING
ELECTRICAL/ACOUSTICS — BNA Consulting
LIGHTING
FOOD SERVICE
ENVELOPE
POOL
CODE
SPA
WELLNESS/SUSTAINABILITY
SIGNAGE
TRASH MANAGEMENT
VERTICAL TRANSPORTATION

TETON H1

CONSTRUCTION SET

PANELBOARD SCHEDULES

116374

E010

## PANELBOARD SCHEDULE

PANEL: 1DEH1 TYPE: Type 1 VOLTS: 480/277 Wye PHASE: 3 WIRES: 4

LOCATION: ELEC.-1105-1 | FED FROM: E2DHD | MOUNTING: SURFACE | BUSSING: ALUMINUM

| ITEM | AMPS | POLE | WIRE SIZE | CIR. NO. | A | B | C | A | B | C | CIR. NO. | WIRE SIZE | POLE | AMPS | ITEM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | | | | | | | | | | |

AIC RATING: 2,752 AMPS RMS SYM.

NOTES: * PROVIDE 5mA GFCI BREAKER

## PANELBOARD SCHEDULE

PANEL: R302F TYPE: Type 1 VOLTS: 120/208 Wye PHASE: 3 WIRES: 4

MOUNTING: FLUSH | BUSSING: ALUMINUM | LOCATION: UNIT 302 302 | FED FROM: R302 | AMP: 400 A | MAINS: MLO

| ITEM | AMPS | POLE | WIRE SIZE | CIR. NO. | A | B | C | A | B | C | CIR. NO. | WIRE SIZE | POLE | AMPS | ITEM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | | | | | | | | | | |

CONNECTED LOAD TOTAL 77623 VA

AIC RATING: (SEE NOTES) AMPS RMS SYM.

Legend:
* PROVIDE 5mA GFCI CIRCUIT BREAKER
PROVIDE AFCI BREAKERS

## PANELBOARD SCHEDULE

PANEL: R501F TYPE: Type 1 VOLTS: 120/208 Wye PHASE: 3 WIRES: 4

MOUNTING: FLUSH | BUSSING: ALUMINUM | LOCATION: UNIT 581 581 | FED FROM: R501 | AMP: 400 A | MAINS: MLO

| ITEM | AMPS | POLE | WIRE SIZE | CIR. NO. | A | B | C | A | B | C | CIR. NO. | WIRE SIZE | POLE | AMPS | ITEM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | | | | | | | | | | |

CONNECTED LOAD TOTAL 59145 VA

AIC RATING: (SEE NOTES) AMPS RMS SYM.

Legend:
* PROVIDE 5mA GFCI CIRCUIT BREAKER

## SWITCHBOARD SCHEDULE

SWITCHBOARD: 1LDP

LOCATION: ELEC. 138 | FED FROM: T1 | MOUNTING: | ENCLOSURE: NEMA 1 | BUSSING: ALUMINUM

VOLTS: 120/208 Wye | PHASE: 3 | WIRES: 4 | LUGS: Standard

MAINS/BUS AMPS: 1,200 | MAIN DISC. TYPE: MCB | MAIN DISC. TRIP: MCB | MAIN DISC. FRM: | DOOR-IN-DOOR: | SPD:

| CKT | CIRCUIT DESCRIPTION | # OF... | AMPS | Load | REMARKS |
|---|---|---|---|---|---|
| 1 | 1L1 | 3 | 400 A | 9200 VA | |
| 2 | 1L3 | 3 | 250 A | 25900 VA | |
| 3 | 1L2 | 3 | 400 A | 187228 VA | |
| 4 | 2L1 | 3 | 400 A | 73649 VA | |
| 5 | SPARE | 3 | 225 A | 0 VA | |
| 6 | SPARE | 3 | 400 A | 0 VA | |
| 7 | SPACE ONLY | – | – | 0 VA | – |
| 8 | SPACE ONLY | – | – | 0 VA | – |
| 9 | SPACE ONLY | – | – | 0 VA | – |
| 10 | SPACE ONLY | – | – | 0 VA | – |
| | | | TOTAL CONN. LOAD: | 214147 VA | |
| | | | TOTAL AMPS: | 600 A | |

AIC RATING: 49,774

NOTES:

## PANELBOARD SCHEDULE

PANEL: P1OEL1 TYPE: Type 1 VOLTS: 120/208 Wye PHASE: 3 WIRES: 4

LOCATION: MECHANICAL-1 P136-1 | FED FROM: E2OLD | MOUNTING: SURFACE | BUSSING: ALUMINUM

MAINS/BUS AMPS: 225 | MAIN DISC. TYPE: MLO | MAIN DISC. TRIP: MLO | LUGS: Standard

| ITEM | AMPS | POLE | WIRE SIZE | CIR. NO. | A | B | C | A | B | C | CIR. NO. | WIRE SIZE | POLE | AMPS | ITEM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | | | | | | | | | | |

CONNECTED LOAD TOTAL 33118 VA

AIC RATING: 4,383 AMPS RMS SYM.

NOTES: * PROVIDE 5mA GFCI BREAKER
* PROVIDE 10mA GFCI BREAKER

## PANELBOARD SCHEDULE

PANEL: 4DEH1 TYPE: Type 1 VOLTS: 480/277 Wye PHASE: 3 WIRES: 4

LOCATION: MECH. 407 | FED FROM: E2DHD | MOUNTING: SURFACE | BUSSING: ALUMINUM

MAINS/BUS AMPS: 400 | MAIN DISC. TYPE: MLO | MAIN DISC. TRIP: MLO | LUGS: Standard

| ITEM | AMPS | POLE | WIRE SIZE | CIR. NO. | A | B | C | A | B | C | CIR. NO. | WIRE SIZE | POLE | AMPS | ITEM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | | | | | | | | | | |

CONNECTED LOAD TOTAL 78519 VA

AIC RATING: 2,645 AMPS RMS SYM.

NOTES: * PROVIDE 5mA GFCI BREAKER

## PANELBOARD SCHEDULE

PANEL: 1L3 TYPE: Type 1 VOLTS: 120/208 Wye PHASE: 3 WIRES: 4

LOCATION: ELEC. 138 | FED FROM: 1LDP | MOUNTING: SURFACE | BUSSING: ALUMINUM

MAINS/BUS AMPS: 250 | MAIN DISC. TYPE: MLO | MAIN DISC. TRIP: MLO | LUGS: Standard

| ITEM | AMPS | POLE | WIRE SIZE | CIR. NO. | A | B | C | A | B | C | CIR. NO. | WIRE SIZE | POLE | AMPS | ITEM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | | | | | | | | | | |

CONNECTED LOAD TOTAL 25966 VA

AIC RATING: 36,831 AMPS RMS SYM.

NOTES: * PROVIDE 5mA GFCI BREAKER

## PANELBOARD SCHEDULE

PANEL: 1L4 TYPE: Type 1 VOLTS: 120/208 Wye PHASE: 3 WIRES: 4

LOCATION: ELEC. 111 | FED FROM: P1OEL1 | MOUNTING: SURFACE | BUSSING: ALUMINUM

MAINS/BUS AMPS: 225 | MAIN DISC. TYPE: MLO | MAIN DISC. TRIP: MLO | LUGS: Standard

| ITEM | AMPS | POLE | WIRE SIZE | CIR. NO. | A | B | C | A | B | C | CIR. NO. | WIRE SIZE | POLE | AMPS | ITEM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | | | | | | | | | | |

CONNECTED LOAD TOTAL 25586 VA

AIC RATING: 19,875 AMPS RMS SYM.

NOTES: * PROVIDE 5mA GFCI BREAKER

## SWITCHBOARD SCHEDULE

SWITCHBOARD: 1HDP

LOCATION: ELEC. 131 | FED FROM: MSC | MOUNTING: | ENCLOSURE: | BUSSING: ALUMINUM

VOLTS: 480/277 Wye | PHASE: 3 | WIRES: 4 | LUGS: Standard

MAINS/BUS AMPS: 800 | MAIN DISC. TYPE: MLO | MAIN DISC. TRIP: MLO | MAIN DISC. FRM: | DOOR-IN-DOOR: | SPD:

| CKT | CIRCUIT DESCRIPTION | # OF... | AMPS | Load | REMARKS |
|---|---|---|---|---|---|
| 1 | T1 | 3 | 800 A | 214147 VA | |
| 2 | 2H1 | 3 | 225 A | 6423 VA | |
| 3 | SPARE | 3 | 225 A | 0 VA | |
| 4 | SPARE | 3 | 150 A | 0 VA | |
| 5 | SPACE ONLY | – | – | 0 VA | – |
| 6 | SPACE ONLY | – | – | 0 VA | – |
| 7 | SPACE ONLY | – | – | 0 VA | – |
| 8 | SPACE ONLY | – | – | 0 VA | – |
| 9 | SPACE ONLY | – | – | 0 VA | – |
| 10 | SPACE ONLY | – | – | 0 VA | – |
| | | | TOTAL CONN. LOAD: | 221570 VA | |
| | | | TOTAL AMPS: | 267 A | |

AIC RATING: 44,811

NOTES:

CODY LANE DEVELOPMENT CORPORATION

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1
CONSTRUCTION SET

PANELBOARD SCHEDULES

119374

E012

## PANELBOARD SCHEDULE

PANEL: KP6 TYPE: Type 1 VOLTS: 120/208 Wye PHASE: 3 WIRES: 4

MOUNTING: FLUSH LOCATION: EMP. 3-1 P1.3a-1 MAINS: MCB

BUSSING: ALUMINUM FED FROM: P1L3

AMP: 60 A

SUBFEED LUGS / X DOOR-IN-DOOR / ISO GROUND / 200% NEUTRAL / SPD

BRANCH BREAKERS

[illegible]

CONNECTED LOAD TOTAL 23489 VA

Legend:
* PROVIDE 5mA GFCI CIRCUIT BREAKER
PROVIDE AFCI PROTECTION

AIC RATING: 15,000 AMPS RMS SYSM.

## PANELBOARD SCHEDULE

PANEL: KP4 TYPE: Type 1 VOLTS: 120/208 Wye PHASE: 3 WIRES: 4

MOUNTING: FLUSH LOCATION: LMP. 4-1 P1.3a-1 MAINS: MCB

BUSSING: ALUMINUM FED FROM: P1L3

AMP: 60 A

SUBFEED LUGS / X DOOR-IN-DOOR / ISO GROUND / 200% NEUTRAL / SPD

BRANCH BREAKERS

[illegible]

CONNECTED LOAD TOTAL 22217 VA

Legend:
* PROVIDE 5mA GFCI CIRCUIT BREAKER
PROVIDE AFCI PROTECTION

AIC RATING: 15,000 AMPS RMS SYSM.

## GENERAL SHEET NOTES

1. ELECTRICAL CONTRACTOR SHALL COORDINATE EXACT LOCATION OF ALL MECHANICAL UNITS WITH MECHANICAL CONTRACTOR.
2. [illegible] TO ALL MECHANICAL EQUIPMENT SHALL BE [illegible] UNLESS NOTED OTHERWISE.
3. ALL THE INTERIOR RECEPTACLES SHALL BE TAMPER-PROOF TYPE RECEPTACLES AS PER NEC 406.12.
4. ALL RECEPTACLES SHALL BE INSTALLED SUCH THAT NO POINT MEASURED HORIZONTALLY ALONG THE FLOOR LINE OF ANY WALL SPACE IS MORE THAN 6' FROM A RECEPTACLE PER NEC 210.52(A).
5. ALL RECEPTACLES WITHIN 6' OF THE EDGE OF THE SINK ARE REQUIRED TO BE GFCI PROTECTED AS PER NEC 210.8(A)(7).
6. PROVIDE ARC FAULT CIRCUIT INTERRUPTER PROTECTION FOR ALL 20 AMPS BRANCH CIRCUITS SUPPLYING OUTLETS IN BEDROOMS, DINING ROOMS, HALLWAYS, CLOSETS AND SIMILAR AREAS PER NEC 210.12.
7. ALL BACK BOXES SHALL BE FLUSH MOUNTED UNLESS OTHERWISE NOTED. CONTRACTOR SHALL COORDINATE INSTALLATION OF [illegible] AND BACK BOXES IN POURED CONCRETE, PRE-CAST CONCRETE, MASONRY AND GYP WALLS.
8. PROVIDE 120V CIRCUIT FROM THE NEAREST PANELBOARD FOR FIRE/SMOKE DAMPER RELAYS. PROVIDE FIRE ALARM MODULES AND RELAYS AS NECESSARY FOR ALL FIRE/SMOKE DAMPERS SHOWN ON DIVISION 23 DRAWINGS. ALL FIRE/SMOKE DAMPERS SHALL HAVE A MANUAL OVERRIDE SWITCH. PROVIDE DUCT DETECTOR WITHIN 5 FEET OF EACH FIRE/SMOKE DAMPER.
9. ALL [illegible] PANELS LOCATED FURTHER AWAY THAN 60' FROM THE MSB PANEL LOCATION WILL BE UNDER 22,000 AIC AND ALL PANELS WITHIN 60' SHOULD BE RATED OVER 22,000 AIC.

## SHEET KEYNOTES

E18 POWER FOR LED STRIP LIGHT AND ELECTRICAL OUTLETS FURNISHED AS PART OF MILLWORK.

E19 PROVIDE MALE RJ-45 TERMINATOR FOR DATA CABLE. STRUCTURED CABLING CONTRACTOR SHALL CERTIFY CABLING TO MALE TERMINATOR. PROVIDE 5FT SERVICE LOOP AT CONDUIT EXIT ABOVE ACCESSIBLE CEILING WHERE POSSIBLE.

E37 POWER FOR FIRE SMOKE CURTAIN.

E42 PROVIDE POWER FOR HEAT TRACE CABLE FOR PIPING. COORDINATE WITH MECHANICAL FOR EXACT TERMINATION LOCATION AND CABLE RUN LENGTH.

E44 POWER FOR FAN COIL CONDENSATE PUMP.

E47 POWER FOR WASH EQUIPMENT PUMPS. COORDINATE EXACT LOCATION WITH WASH EQUIPMENT INSTALLERS PRIOR TO ROUGH-IN.

F57 PROVIDE CONNECTION TO MECHANICAL CONTROLS CABINET. COORDINATE WITH CONTROLS CONTRACTOR PRIOR TO ROUGH-IN.

## PANELBOARD SCHEDULE

PANEL: KP8 TYPE: Type 1 VOLTS: 120/208 Wye PHASE: 3 WIRES: 4

MOUNTING: FLUSH LOCATION: EMP. 2-1 P1.3a-1 MAINS: MCB

BUSSING: ALUMINUM FED FROM: P1L2

AMP: 60 A

SUBFEED LUGS / X DOOR-IN-DOOR / ISO GROUND / 200% NEUTRAL / SPD

BRANCH BREAKERS

[illegible]

CONNECTED LOAD TOTAL 23459 VA

Legend:
* PROVIDE 5mA GFCI CIRCUIT BREAKER
PROVIDE AFCI PROTECTION

AIC RATING: AMPS RMS SYSM.

## PANELBOARD SCHEDULE

PANEL: KP7 TYPE: Type 1 VOLTS: 120/208 Wye PHASE: 3 WIRES: 4

MOUNTING: FLUSH LOCATION: LMP. 5-1 P1.3a-1 MAINS: MCB

BUSSING: ALUMINUM FED FROM: P1L2

AMP: 60 A

SUBFEED LUGS / X DOOR-IN-DOOR / ISO GROUND / 200% NEUTRAL / SPD

BRANCH BREAKERS

[illegible]

CONNECTED LOAD TOTAL 22588 VA

Legend:
* PROVIDE 5mA GFCI CIRCUIT BREAKER
PROVIDE AFCI PROTECTION

AIC RATING: 15,000 AMPS RMS SYSM.




LEVEL P1 POWER PLAN - AREA 3

SCALE: 1/8" = 1'-0"

CODY LANE DEVELOPMENT CORPORATION

DORM

IBI GROUP
12 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1

CONSTRUCTION SET

LEVEL P1 POWER PLAN - AREA 3

110374

E302.3

6/14/2023 9:53:18 AM

CCD 863/ASI 54 R1

## SHEET KEYNOTES

- E6 POWER FOR FIRE PLACE IGNITION. COORDINATE WITH INSTALLER FOR WIRING TERMINATION REQUIREMENTS.
- E18 POWER FOR LED STRIP LIGHT AND ELECTRICAL OUTLETS FURNISHED AS PART OF MILLWORK.
- E19 PROVIDE WALL RJ-45 TERMINATOR FOR DATA CABLE. STRUCTURED CABLING CONTRACTOR SHALL CERTIFY CABLING TO WALL TERMINATOR. PROVIDE 3FT SERVICE LOOP AT CONDUIT EXIT ABOVE ACCESSIBLE CEILING WHERE POSSIBLE.
- E26 POWER FOR ENERGY RECOVERY WHEEL.
- E31 PROVIDE 8"X8"X6" HOFFMAN 8X-SG J-BOX. J-BOX ABOVE ACCESSIBLE CEILING FOR VAV BOX CONTROL TRANSFORMER. LEAVE 12" SLACK CONDUCTOR TO MAKE CONNECTION IN J-BOX. CONTROLS CONTRACTOR TO MAKE CONNECTION TO CONTROL TRANSFORMER AND VAV BOXES. COORDINATE EXACT LOCATION OF J-BOX WITH CONTROLS CONTRACTOR, PRIOR TO ROUGH-IN.
- E32 POWER FOR SPA TABLE. COORDINATE POLE THRU LOCATION WITH SPA TABLE PROVIDER PRIOR TO INSTALLATION.
- E33 POWER FOR SAUNA HEATER. COORDINATE WITH SAUNA INSTALLER FOR ALL ELECTRICAL REQUIREMENTS.
- E34 POWER FOR STEAM GENERATOR. COORDINATE FINAL LOCATION AND ELECTRICAL REQUIREMENTS WITH INSTALLER PRIOR TO ROUGH-IN.
- E35 POWER FOR TAPE LIGHTING. REFER TO INTERIOR DESIGNER DRAWINGS FOR LIGHT FIXTURE LOCATIONS AND CONTROLS.

## SHEET KEYNOTES

- E36 POWER FOR HALO GENERATOR. COORDINATE WITH INSTALLER FOR EXACT LOCATION PRIOR TO ROUGH-IN.
- E37 POWER FOR FIRE SMOKE CURTAIN.
- E38 PROVIDE LUTRON QSPS-P1-1E CONTROLLER FOR SHADES WITH MINIMUM OF 16 INPUT RELAYS. JUNCTION BOX DENOTES NUMBER OF QSPS CONTROLLERS AT EACH LOCATION. CONTROLLERS TO BE RECESSED IN THE WALL ABOVE THE DOOR. SUBSCRIPT IS NOTED THE SHADES AND DRAPERS CONTROLLED.
- E39 JUNCTION BOX FOR SHADE/DRAPERY LOW VOLTAGE WIRING. REFER TO INTERIOR DRAWINGS FOR EXACT LOCATION, QUANTITY AND TYPE OF SHADE/DRAPERY. REFER TO LIGHTING PLANS FOR LOCAL CONTROL STATION LOCATION. CONTRACTOR TO COORDINATE WITH SHADE/DRAPERY INSTALLER AND PROVIDE ALL REQUIRED LOW VOLTAGE WIRING AS NECESSARY FOR COMPLETE OPERATION.
- E42 PROVIDE POWER FOR HEAT TRACE CABLE FOR PIPING. COORDINATE WITH MECHANICAL FOR EXACT TERMINATION LOCATION AND CABLE RUN LENGTH.
- E43 POWER FOR INFRARED PANEL HEATERS.
- E44 DOOR POSITION SWITCH TIED TO ACCESS CONTROL PANEL.
- E49 ALARM BUTTON. COORDINATE LOCATION WITH EQUIPMENT INSTALLER AND PROVIDE ALL ELECTRICAL CONNECTIONS AS NEEDED.
- E57 PROVIDE CONNECTION TO MECHANICAL CONTROLS CABINET. COORDINATE WITH CONTROLS CONTRACTOR PRIOR TO ROUGH-IN.
- E61 PROVIDE CONNECTION TO FIRE ALARM POWER SUPPLY PANEL.

## GENERAL SHEET NOTES

1. ELECTRICAL CONTRACTOR SHALL COORDINATE EXACT LOCATION OF ALL MECHANICAL UNITS WITH MECHANICAL CONTRACTOR.
2. CIRCUITS TO ALL MECHANICAL EQUIPMENT SHALL BE DEDICATED UNLESS NOTED OTHERWISE.
3. ALL 277V LIGHTING CIRCUITS TERMINATING AT LIGHTING CONTROL PANELS SHALL HAVE A MINIMUM LENGTH OF 20 FEET BETWEEN LIGHTING CONTROL PANEL AND BRANCH LIGHTING PANEL.
4. FOR VAV POWER, PROVIDE A DEDICATED 120V 20A CIRCUIT FROM A PANEL LOCATED IN THE ELECTRICAL ROOM OF THE ASSOCIATED QUADRANT. COORDINATE EXACT LOCATION OF ALL VAV BOXES WITH MECHANICAL CONTRACTOR PRIOR TO ROUGH-IN.
5. ALL BACK BOXES SHALL BE FLUSH MOUNTED UNLESS OTHERWISE NOTED. CONTRACTOR SHALL COORDINATE INSTALLATION OF CONDUIT AND BACK BOXES IN POURED CONCRETE, PRE-CAST CONCRETE, MASONRY AND GYP WALLS.
6. PROVIDE 120V CIRCUIT FROM THE NEAREST PANELBOARD FOR FIRE/SMOKE DAMPER RELAYS. PROVIDE FIRE ALARM MODULES AND RELAYS AS NECESSARY FOR ALL FIRE/SMOKE DAMPERS SHOWN ON DIVISION 23 DRAWINGS. ALL FIRE/SMOKE DAMPERS SHALL HAVE A MANUAL OVERRIDE SWITCH. PROVIDE DUCT DETECTOR WITHIN 5 FEET OF EACH FIRE/SMOKE DAMPER.
7. REFER TO AUDIOVISUAL FLOOR PLAN AND ELEVATION DRAWINGS FOR MOUNTING HEIGHTS AND ADDITIONAL INFORMATION FOR DP FLAT PANEL DISPLAY BACK BOXES AND OTHER BACK BOXES / POWER / DATA OUTLETS FOR SUPPORT OF AUDIOVISUAL SYSTEMS.




LEVEL 01 POWER PLAN - AREA 1
SCALE - 1/8" = 1'-0"

CODY LANE DEVELOPMENT CORPORATION

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1

CONSTRUCTION SET

LEVEL 01 POWER PLAN - AREA 1

119374

E303.1

8/14/2022 9:53:31 AM

CCD 063/ASI 34.R1

## GENERAL SHEET NOTES

1. ELECTRICAL CONTRACTOR SHALL COORDINATE EXACT LOCATION OF ALL MECHANICAL UNITS WITH MECHANICAL CONTRACTOR.
2. CIRCUITS TO ALL MECHANICAL EQUIPMENT SHALL BE DEDICATED UNLESS NOTED OTHERWISE.
3. ALL 277V LIGHTING CIRCUITS TERMINATING AT LIGHTING CONTROL PANELS SHALL HAVE A MINIMUM LENGTH OF 20 FEET BETWEEN LIGHTING CONTROL PANEL AND BRANCH LIGHTING PANEL.
4. FOR VAV POWER, PROVIDE A DEDICATED 120V 20A CIRCUIT FROM A PANEL LOCATED IN THE ELECTRICAL ROOM OF THE ASSOCIATED QUADRANT. COORDINATE EXACT LOCATION OF ALL VAV BOXES WITH MECHANICAL CONTRACTOR PRIOR TO ROUGH-IN.
5. ALL BACK BOXES SHALL BE FLUSH MOUNTED UNLESS OTHERWISE NOTED. CONTRACTOR SHALL COORDINATE INSTALLATION OF CONDUIT AND BACK BOXES IN POURED CONCRETE, PRE-CAST CONCRETE, MASONRY AND GYP WALLS.
6. PROVIDE 120V CIRCUIT FROM THE NEAREST PANELBOARD FOR FIRE/SMOKE DAMPER RELAYS. PROVIDE FIRE ALARM MODULES AND RELAYS AS NECESSARY FOR ALL FIRE/SMOKE DAMPERS SHOWN ON DIVISION 23 DRAWINGS. ALL FIRE/SMOKE DAMPERS SHALL HAVE A MANUAL OVERRIDE SWITCH. PROVIDE DUCT DETECTOR WITHIN 5 FEET OF EACH FIRE/SMOKE DAMPER.
7. REFER TO AUDIOVISUAL FLOOR PLAN AND ELEVATION DRAWINGS FOR MOUNTING HEIGHTS AND ADDITIONAL INFORMATION FOR 'DF' FLAT PANEL DISPLAY BACK BOXES AND OTHER BACK BOXES / POWER / DATA OUTLETS FOR SUPPORT OF AUDIOVISUAL SYSTEMS.

## SHEET KEYNOTES

E39 JUNCTION BOX FOR SHADE/DRAPERY LOW VOLTAGE WIRING. REFER TO INTERIOR DRAWINGS FOR EXACT LOCATION, QUANTITY AND TYPE OF SHADE/DRAPERY. REFER TO LIGHTING PLANS FOR LOCAL CONTROL STATION LOCATION. CONTRACTOR TO COORDINATE WITH SHADE/DRAPERY INSTALLER AND PROVIDE ALL REQUIRED LOW VOLTAGE WIRING AS NECESSARY FOR COMPLETE OPERATION.

E45 POWER FOR FAN COIL CONDENSATE PUMP

E61 PROVIDE CONNECTION TO FIRE ALARM POWER SUPPLY PANEL.







LEVEL 01 POWER PLAN - AREA 2
SCALE: 1/8" = 1'-0"

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

# TETON H1

CONSTRUCTION SET

LEVEL 01 POWER PLAN - AREA 2

119374

E303.2

6/14/2022 9:53:34 AM

## GENERAL SHEET NOTES

1. ELECTRICAL CONTRACTOR SHALL COORDINATE EXACT LOCATION OF ALL MECHANICAL UNITS WITH MECHANICAL CONTRACTOR.
2. CIRCUITS TO ALL MECHANICAL EQUIPMENT SHALL BE DEDICATED UNLESS NOTED OTHERWISE.
3. ALL 277V LIGHTING CIRCUITS TERMINATING AT LIGHTING CONTROL PANELS SHALL HAVE A MINIMUM LENGTH OF 20 FEET BETWEEN LIGHTING CONTROL PANEL AND BRANCH LIGHTING PANEL.
4. FOR VAV POWER, PROVIDE A DEDICATED 120V 20A CIRCUIT FROM A PANEL LOCATED IN THE ELECTRICAL ROOM OF THE ASSOCIATED QUADRANT. COORDINATE EXACT LOCATION OF ALL VAV BOXES WITH MECHANICAL CONTRACTOR PRIOR TO ROUGH-IN.
5. ALL BACK BOXES SHALL BE FLUSH MOUNTED UNLESS OTHERWISE NOTED. CONTRACTOR SHALL COORDINATE INSTALLATION OF CONDUIT AND BACK BOXES IN POURED CONCRETE, PRE-CAST CONCRETE, MASONRY AND GYP WALLS.
6. PROVIDE 120V CIRCUIT FROM THE NEAREST PANELBOARD FOR FIRE/SMOKE DAMPER RELAYS. PROVIDE FIRE ALARM MODULES AND RELAYS AS NECESSARY FOR ALL FIRE/SMOKE DAMPERS SHOWN ON DIVISION 23 DRAWINGS. ALL FIRE/SMOKE DAMPERS SHALL HAVE A MANUAL OVERRIDE SWITCH. PROVIDE DUCT DETECTOR WITHIN 5 FEET OF EACH FIRE/SMOKE DAMPER.
7. REFER TO AUDIOVISUAL FLOOR PLAN AND ELEVATION DRAWINGS FOR MOUNTING HEIGHTS AND ADDITIONAL INFORMATION FOR 'DP' FLAT PANEL DISPLAY BACK BOXES AND OTHER BACK BOXES / POWER / DATA OUTLETS FOR SUPPORT OF AUDIOVISUAL SYSTEMS.

## SHEET KEYNOTES

E24 MOUNT INDICATED DEVICE ON THE VERTICAL FACE OF THE DECK. COORDINATE EXACT LOCATION WITH PANELING SYSTEM.

E44 DOOR POSITION SWITCH TIED TO ACCESS CONTROL PANEL.



LEVEL 01 POWER PLAN - AREA 3
SCALE = 1/8" = 1'-0"

CODY LANE DEVELOPMENT CORPORATION

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1

CONSTRUCTION SET

LEVEL 01 POWER PLAN - AREA 3

119374

E303.3

8/14/2022 9:53:38 AM

COR-049

ALLEGHENY COMMERCIAL DOORS

**Change Order Request**

**COR21023 - 049**

Project: **Teton Village H1 / Hoback Club**
To: DDRM
From: Allegheny Commercial Doors
Scope: HM Doors, HM Frames & Hardware

GC PM: Peter Smith
ACD PM: Rick Jones

Date: **9/23/2024**
Subcontract #: 066410-SU
Contractor CCD#/ASI #:

**Scope Change - REF:** As requested by SMC/DDRM. Allegheny to provide 1 batch of 5000 l/f of new casing detail per attached sketch. (NOTE- a total of 36,000 l/f could be required to complete this corrective work. this change order is only for a portion of this total that could be needed) This 1st batch is to have on hand to use in conditions where the door jamb sticks out beyond the plaster, making the rough opening out of tolerance or unacceptable to recieve the currently sized jambs. The casing will be scribed to the plaster wall. be advised that once the 5000 l/f of material is used an additional change order will be required to continue with this plan to correct this portion of the rough opening being out of tolerance for door jamb installation

**Qualifications**

**Lead Times:** Lead times for materials associated with this change order are **6-8 weeks** weeks. (Lead times are outlined in the COR summary below).

**Material Credits:** All materials currently purchased, received, stored, delivered, and/or installed that are subsequently deleted or not utilized due to any changes including RFI's, ASI's, CCD's or any written directive by the Contractor, Designer, or Owner will not be credited and will be turned over for attic stock upon request. Hardware ID's marked with an (I) have been installed and are not credited for installation.

**Proposal Expiration:** This Quote will expire 60 days from the date shown on the quote **or** when the status of material credit changes as outlined above.

| **Material** Description | Cost |
|---|---|
| **5000 L/f of rift white oak casing materials per attached detail #1** | $ 89,000.00 |
| Material Subtotal | $ 89,000.00 |
| **8.00%** Sales Tax | $ 7,120.00 |
| Freight & Handling | $ 2,500.00 |
| **Total Material & Handling** | **$ 98,620.00** |

In accordance with *Section 5, Article 3, Paragraph 2* of subcontract agreement # *066410-SU* Labor Rates for change order work are $104.91 /hr. for Journeyman $109.58 ›r Foreman

| **Labor** Description | | | | Cost |
|---|---|---|---|---|
| **Total Labor to Install materials as outlined in the included schedules.** | | | | |
| Labor | $104.91 | 165.0 | Hr(s) | $ 17,310.15 |
| | | | **Total Labor** | **$ 17,310.15** |

| **Project Engineering/Coordination** | | | | |
|---|---|---|---|---|
| Project Engineering Fees | $151.23 | 5.0 | Hr(s) | $ 756.15 |
| | | | **Total Project Engineering** | **$ 756.15** |

| **Mark-up** | | | |
|---|---|---|---|
| Bond | 0% | LS | $ 0.00 |
| Overhead & Profit - Materials | 15% | LS | $ 14,793.00 |
| Overhead & Profit - Subcontractor | 5% | LS | $ 865.51 |

**TOTAL COR VALUE: $ 132,345.00**

**Time Extension**

In accordance with *Section 1, Article 1, Paragraph 2* of subcontract agreement # *066410-SU* we are hereby requesting an additional 0 working days to complete all changes in Work related to this change order request, **Excluding material lead times**

**TIME EXTENSION (Working Days)** **4-6 weeks**

**Exclusions:**
Field modifications of jamb materials
Fire rated Plywood

**Includes:**
* Material and Hardware as outlined in the included COR schedule(s)
* Receiving and inventory of materials as outlined in the included schedule(s)

[signature]

Date: September 23, 2024

ACD - Project Manager Signature

Date:

COR-049



CCD 063/ASI 34.R1

## SECURITY GENERAL NOTES

[illegible]




LEVEL 01 SECURITY PLAN

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

# TETON H1

CONSTRUCTION SET

LEVEL 01 SECURITY PLAN

119374

E403

6/14/2022 9:53:56 AM

# Exhibit 6

## Tab 5

# Subcontractor Settlement Mountain Heights Hardware Floors Attachments

EXHIBIT 118
WIT: Stapely
DATE: 9/2/25
Laurel S. Tubbs, RPR, RMR, CRR

**Executed Subcontract Change Order 006**

SMC CONSTRUCTION CONTRACTING

# Subcontract Change Order

Detailed, Grouped by Each Number

**The Hoback Club**
3355 Cody Lane
Jackson Hole, WY

**Project # WYO-001**
Tel: Fax:

**SMC Construction Company**

**Date: 2/21/2025**
**To Subcontractor/Vendor:**
Mountain Heights Hardware Floors, Inc.
378 Industrial Drive
Pleasant Grove, UT 84062

**Architect's Project No:**
**Contract Date:**
**Contract Number: 025**
**Change Order Number: 006**

**The Contract is hereby revised by the following items:**

Change Order No. 6 Resolution Agreement

| PCO | Item # | Description | Amount |
|---|---|---|---|
| 4341.008 | 001 | Mountain Heights Resolution Agreement | 293,438 |

This Subcontractor Change Order includes the attached Proposed Mountain Heights SCO 6.

| | |
|---|---|
| The original Contract Value was | 3,030,471 |
| Sum of changes by prior Subcontract Change Orders | 159,920 |
| The Contract Value prior to this Subcontract Change Order was | 3,190,391 |
| The Contract Value will be changed by this Subcontract Change Order in the amount of | 293,438 |
| The new Contract Value including this Subcontract Change Order will be | 3,483,829 |
| The Contract duration will be changed by | 0 Days |
| The revised Substantial Completion date as of this Subcontract Change Order is | |

SMC Construction Company
CONTRACTOR
1086 Greg Street,
Sparks, NV 89431
Address
By Rich Schaller
SIGNATURE
DATE 3-4-25

Mountain Heights Hardware Floors, Inc.
SUBCONTRACTOR/VENDOR
378 Industrial Drive
Pleasant Grove, UT 84062
Address
By Kevin Hirschi
SIGNATURE
DATE 3/18/25

**Proposed Mountain Heights SCO 6**
**Resolution of Outstanding Change Orders and Compliance with Work Progress Schedule**
**WY Rule 408**

**Description:**

Resolution of outstanding change orders and compliance with Work Progress Schedule.

**Amount:**

$293,438.00

**Notes:**

1. The Effective Date of this Change Order is March 4, 2025.

2. SMC Construction Co. ("SMC") and Mountain Heights Hardwood Floors, Inc. ("Mountain Heights") agree that there are no outstanding and/or pending change orders related to Mountain Heights' work on the Hoback Club project (the "Project") as of the Effective Date of this Change Order.

3. Mountain Heights agrees to comply with the Work Progress Schedule, data date January 27, 2025.

4. SMC agrees to pay Mountain Heights bonuses totaling **$293,438.00** for achieving certain performance milestones in accordance with the Work Progress Schedule. *See* Work Progress Schedule, data date January 27, 2025). The bonuses are as follows:

    a) SMC agrees to pay Mountain Heights **$176,062.80** (60% of $293,438.00) upon execution of this Change Order.

    b) SMC agrees to pay Mountain Heights **$73,359.50** (25% of $293,438.00) if Mountain Heights completes Level 2 floor installations.

    c) SMC agrees to pay Mountain Heights **$44,015.70** (15% of $293,438.00) if Mountain Heights completes Level 5 floor installations on or before May 28, 2025, or as adjusted for non-Mountain Heights delays.

5. In consideration for the payments set forth in this Change Order, Mountain Heights irrevocably waives and releases any and all known or unknown claims that Mountain Heights has, had or may have in the future against Owner, DDRM and/or SMC related to the Project, including, without limitation, claims related to adjustment of the Contract Time, unpaid fees, delay, inefficiency, and extended general conditions up to the Effective Date of this Change Order, and further agrees this Change Order fully and completely resolves all claims that were, or could be asserted by Mountain Heights as of the Effective Date of this Change Order. SMC irrevocably waives and releases any and all claims against Mountain Heights for liquidated damages that were or could be asserted as of the Effective Date of this Change Order. Nothing contained herein shall be construed to constitute a waiver by any party of rights or defenses related to claims against Layton Construction Company LLC.

MH HARDWOOD FLOORING

February 11, 2024

To Whom It May Concern:

Here are the summary of costs to settle.

Cost impacts are as listed:

| | |
|---|---|
| Material Storage fees Idaho | $ 119,000.00 ✓ |
| Material Storage fees Utah | $ 27,500.00 ✓ |
| Employee lodging contract | $ 135,000.00 ✓ |
| Holland Netherlands Expenses | $. 8,257.60 ✓ |
| Attorney Fees upon Layton's dismissal | ~~$ 12,614.50~~ |
| MFMA Inspector | $. 3,680.00 |
| Lost profits due to delays | ~~$ 198,816.61~~ |
| Total | $ 504,868.71 |

289,757.60

215,111.11

Respectfully

Kevin J Hirschi
President

289,757.60
3680.

Approved 293,438

PO Box 337 Pleasant Grove UT 84062

# Exhibit 6

## Tab 6

# Subcontractor Settlement Phaze Concrete Inc Attachments

EXHIBIT 119
WIT: Stately
DATE: 9/2/25
Laurel S. Tubbs, RPR, RMR, CRR

DocuSign Envelope ID: 751C17BD-4119-4BD7-AE64-B3BB3767B5D9

Executed Subcontractor Change Order 027

9090 South Sandy Parkway
Sandy, UT 84070

Layton
CONSTRUCTING WITH INTEGRITY

# SUBCONTRACT CHANGE ORDER

SUBCONTRACTOR: Phaze Concrete Inc.
91 E Canyon Commercial Avenue
Cedar City UT 84721
Tel: 435-656-9500
Fax: 435-656-9501

SUBCONTRACT CHANGE ORDER NUMBER: **027**
SUB CHANGE ORDER DATE: 04/05/2024
SUBCONTRACT NO: 211002-022200
SUBCONTRACT FOR: Earthwork, Utilities, Asphalt Paving
ATTENTION:

PROJECT: **211002** Hoback Club/Teton H-1 (Jackson, WY)

This Contract is hereby modified to include changes specified herein, and this Change Order is hereby made part of this contract.

The Work shall be performed and completed in accordance with the Contract documents, and payment as specified herein shall be full compensation for furnishing all labor, materials, tools, equipment and incidentals as required to complete the work; and for all direct and indirect costs and damages, including delay, impact and acceleration, and extension of time related to the work and changes thereto described below.

The terms and other provisions of the original agreement or purchase order which are not expressly changed below are to remain in full force and effect.

| Task # | DESCRIPTION | AMOUNT |
|---|---|---|
| **Phaze Earth SCO 27** | | |
| | Regarding all applicable change items included in *SCO-027*, the Trade back charges, Contractor and or Owner costs have yet to undergo full review or approval by the subcontractors, Contractor and/or owner to whom costs have been attributed. The execution of this change order constitutes acknowledgment that the final determination and amounts of costs linked to Subcontractor back charges, Contractor and Owner costs are contingent upon review and substantiation. | |
| ICO-0056 | Move metal crates COR 223 | $5,022.00 |
| ICO-0056 | Backfill Gas line COR 224 | $3,870.00 |
| ICO-0056 | Move Rocks for Architect COR 276 | $707.00 |
| ICO-0056 | Remove Temp Concrete Wall COR 277 | $13,841.00 |
| ICO-0056 | Dug down around laundry COR 281 | $6,929.00 |
| ICO-0056 | Load Rock at hey meadow COR 287 | $2,708.00 |
| ICO-0056 | Clean up area 3 COR 289 | $351.00 |
| ICO-0056 | Haul off oversized rocks COR 309 | $4,643.00 |
| ICO-0056 | Turned stock pile COR 310 | $765.00 |
| ICO-0056 | Utility conflicts COR 311 | $5,641.00 |
| ICO-0056 | Grading for COR 313 | $1,395.00 |
| ICO-0056 | Pile up rocks COR 321 | $5,711.00 |
| ICO-0056 | Moved dirt from fence COR 325 | $2,206.00 |
| ICO-0056 | Prep for crane COR 327 | $17,314.00 |
| ICO-0056 | Place gravel in courtyard COR 335 | $1,323.00 |
| ICO-0056 | place sleeve under ski run COR 335 | $8,494.00 |
| ICO-0056 | Re Grade SKi run COR 343 | $5,563.00 |
| ICO-0056 | Move concrete barrier rails COR 351 | $1,979.00 |
| ICO-0056 | Forklift Mechanic COR 352 | $488.00 |
| PCO-0592 | 3.00 - Concrete - Exhibit A GMP<br>Phaze costs for February Weather 2023 | $7,093.00 |
| PCO-0709 | 31.00 - Earthwork - Exhibit A GMP<br>Phaze costs for RK's grease line Hit - COR 205 | $1,745.00 |
| | **TOTAL:** | **$97,788.00** |

SMC CONSTRUCTION CONTRACTING

# Subcontract Change Order

Detailed, Grouped by Each Number

**The Hoback Club**
3355 Cody Lane
Jackson Hole, WY

**Project # WYO-001**
Tel: Fax:

**SMC Construction Company**

**Date: 2/20/2025**
**To Subcontractor/Vendor:**
Phaze Concrete, Inc.
92 E. Canyon Commercial Ave
Cedar City, UT 84721

**Architect's Project No:**
**Contract Date:**
**Contract Number: 004**
**Change Order Number: 042**

**The Contract is hereby revised by the following items:**

Change Order No. 42 Resolution

| PCO | Item # | Description | Amount |
|---|---|---|---|
| 4341.002 | 001 | Phaze Resolution | 1,381,397 |

This Subcontract Change Order includes the attached Proposed Phaze SCO 42.

| | |
|---|---|
| The original Contract Value was | 26,459,296 |
| Sum of changes by prior Subcontract Change Orders | 1,477,779 |
| The Contract Value prior to this Subcontract Change Order was | 27,937,075 |
| The Contract Value will be changed by this Subcontract Change Order in the amount of | 1,381,397 |
| The new Contract Value including this Subcontract Change Order will be | 29,318,472 |
| The Contract duration will be changed by | 0 Days |
| The revised Substantial Completion date as of this Subcontract Change Order is | |

SMC Construction Company
CONTRACTOR
1086 Greg Street,
Sparks, NV 89431
Address
By Rich Schaller
SIGNATURE [signature]
DATE 3-19-25

Phaze Concrete, Inc.
SUBCONTRACTOR/VENDOR
92 E. Canyon Commercial Ave
Cedar City, UT 84721
Address
By Paul Beagley
SIGNATURE [signature]
DATE 3-19-2

DocuSign Envelope ID: DF45FD5B-79F1-4853-9ACB-A53C573176AF

Executed Subcontractor Change Order 030

9090 South Sandy Parkway
Sandy, UT 84070

Layton
CONSTRUCTING WITH INTEGRITY

## SUBCONTRACT CHANGE ORDER

SUBCONTRACTOR: Phaze Concrete Inc.
91 E Canyon Commercial Avenue
Cedar City UT 84721
Tel: 435-656-9500
Fax: 435-656-9501

| | |
|---|---|
| SUBCONTRACT CHANGE ORDER NUMBER: | **030** |
| SUB CHANGE ORDER DATE: | 04/08/2024 |
| SUBCONTRACT NO: | 211002-033900 |
| SUBCONTRACT FOR: | Cocnrete |
| ATTENTION: | Jacob Jessop |

PROJECT: **211002** Hoback Club/Teton H-1 (Jackson, WY)

This Contract is hereby modified to include changes specified herein, and this Change Order is hereby made part of this contract.

The Work shall be performed and completed in accordance with the Contract documents, and payment as specified herein shall be full compensation for furnishing all labor, materials, tools, equipment and incidentals as required to complete the work; and for all direct and indirect costs and damages, including delay, impact and acceleration, and extension of time related to the work and changes thereto described below.

The terms and other provisions of the original agreement or purchase order which are not expressly changed below are to remain in full force and effect.

| Task # | DESCRIPTION | AMOUNT |
|---|---|---|
| **Phaze Conc SCO 30 - Elevator Overrun and Coring** | | |
| ICO-0067 | Phaze COR 225 elevator 11 overruns | $8,809.00 |
| PCO-0466 | 3.00 - Concrete - Exhibit A GMP<br>Phaze costs for Weather 2022 | $29,287.00 |
| PCO-0854 | Phaze elevator cores COR 358 | $12,945.00 |

Regarding all applicable change items included in SCO-030, the Trade back charges, Contractor and or Owner costs have yet to undergo full review or approval by the subcontractors, Contractor and/or owner to whom costs have been attributed. The execution of this change order constitutes acknowledgment that the final determination and amounts of costs linked to Subcontractor back charges, Contractor and Owner costs are contingent upon review and substantiation.

**TOTAL:** **$51,041.00**

| | |
|---|---|
| Original Contract Sum | $23,203,100.00 |
| Net Previously Authorized Change Orders | $3,636,141.58 |
| Previous Contract Sum | $26,839,241.58 |
| Current Change Order Amount | $51,041.00 |
| New Contract Sum | $26,890,282.58 |

SCHEDULE IMPACT:
The contract schedule shall be changed **0** days.

AUTHORIZED:
Layton Construction Company, LLC
f/k/a Layton Construction Co., Inc.

BY: DocuSigned by: Cooper Darling AE365488EC0F459...

DATE: 4/9/2024

ACCEPTED:
Phaze Concrete Inc.

BY: DocuSigned by: JACOB JESSOP 084FDA031EA944E...

DATE: 4/9/2024

**Proposed Phaze SCO 42**
**WY Rule 408**

**Description:**

Resolution of non-conforming conditions, outstanding change orders, and compliance with Work Progress Schedule.

**Amount:**

$1,381,397.00

**Notes:**

1. The Effective Date of this Change Order is March 19, 2025.

2. SMC Construction Co. ("SMC") and Phaze Concrete, Inc. ("Phaze") agree that there are no outstanding and/or pending change orders related to Phaze's work on the Hoback Club project (the "Project") as of the Effective Date of this Change Order, including but not limited to PCO 4188.

3. Phaze agrees to remove all liens from the Project property immediately upon execution of this Change Order.

4. Phaze agrees that this Change Order does not resolve the soil nail issue (mortar removed resulting in soil nail exposure).

5. Phaze agrees to comply with the Work Progress Schedule, data date January 27, 2025.

6. SMC agrees to pay Phaze bonuses totaling $1,381,397.00 for achieving certain performance milestones in accordance with the Work Progress Schedule. *See* Work Progress Schedule, data date January 27, 2025). The bonuses are as follows:

   a) SMC agrees to pay Phaze $631,397.00 upon execution of this Change Order.

   b) SMC agrees to pay Phaze $250,000.00 upon Phaze completing the pool retaining walls.

   c) SMC agrees to pay Phaze $250,000.00 if Phaze completes the pouring of footing and stairs for D Line on or before May 1, 2025, or as adjusted for non-Phaze delays.

   d) SMC agrees to reduce retention from 10% to 6.25% on May 31, 2025.

   e) SMC agrees to pay Phaze $250,000.00 if Phaze completes Finished Sidewalks Slab for Area 8 of the courtyard on or before July 3, 2025, or as adjusted for non-Phaze delays.

   f) SMC agrees to reduce retention from 6.25% to 2.5% on July 31, 2025.

7. In consideration for the payments set forth in this Change Order, Phaze irrevocably waives and releases any and all known or unknown claims that Phaze has, had or may have in the future

**Proposed Phaze SCO 42**
**WY Rule 408**

against Owner, DDRM and/or SMC related to the Project, including, without limitation, claims related to adjustment of the Contract Time, unpaid fees, delay, inefficiency, and extended general conditions up to the Effective Date of this Change Order, and further agrees this Change Order fully and completely resolves all claims that were, or could be asserted by Phaze as of the Effective Date of this Change Order. SMC irrevocably waives and releases any and all claims against Phaze for liquidated damages that were or could be asserted as of the Effective Date of this Change Order. Nothing contained herein shall be construed to constitute a waiver by any party of rights or defenses related to claims against Layton Construction Company LLC.

Executed Subcontractor Change Order 027

DocuSign Envelope ID: 751C17BD-4119-4BD7-AE64-B3BB3767B5D9

9090 South Sandy Parkway
Sandy, UT 84070

Layton
CONSTRUCTING WITH INTEGRITY

## SUBCONTRACT CHANGE ORDER

| | |
|---|---|
| Original Contract Sum | $9,582,894.00 |
| Net Previously Authorized Change Orders | $3,399,935.47 |
| Previous Contract Sum | $12,982,829.47 |
| Current Change Order Amount | $97,788.00 |
| New Contract Sum | $13,080,617.47 |

SCHEDULE IMPACT:
The contract schedule shall be changed **0** days.

AUTHORIZED:
Layton Construction Company, LLC
f/k/a Layton Construction Co., Inc.

BY: DocuSigned by: Cooper Darling AE365488EC0F459...

DATE: 4/5/2024

ACCEPTED:
Phaze Concrete Inc.

BY: DocuSigned by: JACOB JESSOP 084FDA031EA944E...

DATE: 4/5/2024

Executed Subcontractor Change Order 028

DocuSign Envelope ID: 3B409303-1887-48B0-993E-1AC93EB227B4

9090 South Sandy Parkway
Sandy, UT 84070

Layton
CONSTRUCTING WITH INTEGRITY

# SUBCONTRACT CHANGE ORDER

SUBCONTRACTOR: Phaze Concrete Inc.
91 E Canyon Commercial Avenue
Cedar City UT 84721
Tel: 435-656-9500
Fax: 435-656-9501

SUBCONTRACT CHANGE ORDER NUMBER: **028**
SUB CHANGE ORDER DATE: 04/05/2024
SUBCONTRACT NO: 211002-033900
SUBCONTRACT FOR: Cocnrete
ATTENTION: Jacob Jessop

PROJECT: **211002** Hoback Club/Teton H-1 (Jackson, WY)

This Contract is hereby modified to include changes specified herein, and this Change Order is hereby made part of this contract.

The Work shall be performed and completed in accordance with the Contract documents, and payment as specified herein shall be full compensation for furnishing all labor, materials, tools, equipment and incidentals as required to complete the work; and for all direct and indirect costs and damages, including delay, impact and acceleration, and extension of time related to the work and changes thereto described below.

The terms and other provisions of the original agreement or purchase order which are not expressly changed below are to remain in full force and effect.

| Task # | DESCRIPTION | AMOUNT |
|---|---|---|
| **Phaze Conc SCO 28 - LCC work** | | |
| | Regarding all applicable change items included in SCO-028, the Trade back charges, Contractor and or Owner costs have yet to undergo full review or approval by the subcontractors, Contractor and/or owner to whom costs have been attributed. The execution of this change order constitutes acknowledgment that the final determination and amounts of costs linked to Subcontractor back charges, Contractor and Owner costs are contingent upon review and substantiation. | |
| ICO-0057 | Thickened slab over mat footing COR 87 | $22,051.00 |
| ICO-0057 | Pool sleves COR 151 | $2,541.00 |
| ICO-0057 | Forklift Fuel COR 173 | $1,122.00 |
| ICO-0057 | Phaze loading dock stairs COR 227 | $918.00 |
| ICO-0057 | Phaze Elevator platform | $54,320.00 |
| ICO-0057 | Elevator overrun COR 234 | $7,776.00 |
| ICO-0057 | Phaze elevator overrun #1 | $7,562.00 |
| ICO-0057 | Phaze post install embeds COR 255 | $1,113.00 |
| ICO-0057 | Phaze grouting on J line COR 256 | $4,639.00 |
| ICO-0057 | Phaze set control L1.5 COR 261 | $527.00 |
| ICO-0057 | Phaze Scan and cor COR 262 | $1,547.00 |
| ICO-0057 | Phaze remove platform COR 264 | $928.00 |
| ICO-0057 | Phaze place rebar in loading dock COR 274 | $701.00 |
| ICO-0057 | Phaze grout doors COR 292 | $1,655.00 |
| ICO-0057 | phaze scanning layton COR 307 | $577.00 |
| ICO-0057 | Phaze points L2 COR 299 | $719.00 |
| ICO-0057 | Phaze used scanner COR 296 | $752.00 |
| PCO-0466 | 3.00 - Concrete - Exhibit A GMP<br>Phaze costs for Weather 2022 | $30,468.00 |
| PCO-0487 | 3.00 - concrete - Exhibit A GMP<br>Phaze costs January Weather 2023 | $45,634.00 |
| PCO-0620 | 3.00 - Concrete - Exhibit A GMP<br>Phaze costs for March 2023 Weather | $26,833.00 |
| PCO-0638 | 3.00 - concrete - Exhibit A GMP<br>Phaze costs for April 2023 Weather | $64,354.00 |
| PCO-0854 | Phaze elevator scan COR 297 | $66,967.00 |
| PCO-0982 | 03.00 - Concrete - Exhibit A GMP Cost Breakdown<br>Phaze Concrete costs for Operable Partition - T&M | $54,111.00 |
| PCO-1196 | 03.00 - Concrete - Exhibit A GMP | $3,847.00 |

DocuSign Envelope ID: 3B409303-1887-48B0-993E-1AC93EB227B4

9090 South Sandy Parkway
Sandy, UT 84070

Layton
CONSTRUCTING WITH INTEGRITY

## SUBCONTRACT CHANGE ORDER

| | | |
|---|---|---|
| | Phaze Weather Conditions Costs | |
| PCO-1196 | 03.00 - Concrete - Exhibit A GMP<br>Phaze Weather Conditions Costs | $2,830.00 |
| PCO-1196 | 03.00 - Concrete - Exhibit A GMP<br>Phaze Weather Conditions Costs | $3,451.00 |
| PCO-1196 | 03.00 - Concrete - Exhibit A GMP<br>Phaze Weather Conditions Costs | $2,830.00 |
| PCO-1368 | Phaze Exit ramp asphalt haul COR 263 | $4,962.00 |
| PCO-1368 | Phaze boulder from haymeadow COR 295 | $1,729.00 |
| PCO-1368 | Phaze remove temp shoring COR 298 | $3,561.00 |
| PCO-1368 | Phaze pour conduits around greiner | $2,272.00 |
| PCO-1368 | Phaze epoxy header cor 302 | $2,083.00 |
| PCO-1368 | Phaze remodel scaffold COR 317 | $7,024.00 |
| PCO-1368 | Phaze grouting fire pump roof | $6,492.00 |
| PCO-1368 | Phaze elevator landing COR 329 | $3,058.00 |
| PCO-1368 | Phaze grout holes COR 349 | $3,898.00 |
| PCO-1368 | Phaze remove handrail cor 364 | $1,835.00 |
| PCO-1368 | Phaze chip doors COR 360 | $1,745.00 |
| PCO-1368 | Phaze broken pipe cor 381 | $9,642.00 |
| PCO-1368 | Phaze reshore balconies | $52,847.00 |
| PCO-1369 | Phaze costs to grind metal brackets | $11,102.00 |
| | **TOTAL:** | **$523,023.00** |

| | |
|---|---|
| Original Contract Sum | $23,203,100.00 |
| Net Previously Authorized Change Orders | $3,223,376.58 |
| Previous Contract Sum | $26,426,476.58 |
| Current Change Order Amount | $523,023.00 |
| New Contract Sum | $26,949,499.58 |

### SCHEDULE IMPACT:

The contract schedule shall be changed **0** days.

AUTHORIZED:
Layton Construction Company, LLC
f/k/a Layton Construction Co., Inc.

DocuSigned by:
BY: Cooper Darling
AE365488EC0F459...
DATE: 4/5/2024

ACCEPTED:
Phaze Concrete Inc.

DocuSigned by:
BY: JACOB JESSOP
084FDA031EA944E...
DATE: 4/5/2024

CO 029

**Layton Construction Company, LLC**
9090 South Sandy Parkway
Sandy, UT 84070

Layton
CONSTRUCTING WITH INTEGRITY

## SUBCONTRACT CHANGE ORDER

SUBCONTRACTOR: Phaze Concrete Inc.
91 E Canyon Commercial Avenue
Cedar City UT 84721
Tel: 435-656-9500
Fax: 435-656-9501

| | |
|---|---|
| SUBCONTRACT CHANGE ORDER NUMBER: | **029** |
| SUB CHANGE ORDER DATE: | 04/05/2024 |
| SUBCONTRACT NO: | 211002-033900 |
| SUBCONTRACT FOR: | Cocnrete |
| ATTENTION: | Jacob Jessop |

PROJECT: **211002** Hoback Club/Teton H-1 (Jackson, WY)

This Contract is hereby modified to include changes specified herein, and this Change Order is hereby made part of this contract.

The Work shall be performed and completed in accordance with the Contract documents, and payment as specified herein shall be full compensation for furnishing all labor, materials, tools, equipment and incidentals as required to complete the work; and for all direct and indirect costs and damages, including delay, impact and acceleration, and extension of time related to the work and changes thereto described below.

The terms and other provisions of the original agreement or purchase order which are not expressly changed below are to remain in full force and effect.

| Task # | DESCRIPTION | AMOUNT |
|---|---|---|
| **Phaze Conc SCO 29 - Backcharges** | | |
| PCO-0499 | Phaze backcharge % for missing embed per Cives CA 108 as agreed with Ralph on 3/30/23 | -$719.00 |
| PCO-0499 | Phaze backcharge for steel rework due to misplaced concrete | -$2,210.00 |
| PCO-0890 | 03.00 - Concrete - Exhibit A GMP Cost Breakdown<br>Phaze costs for added engineering required per RFI-1389 notice sent by Bill D 7.25.23 | -$1,800.00 |
| PCO-0897.2 | Phaze Cleanup Allocation - 2% | -$4,194.00 |
| PCO-1106 | 03.00 - Concrete - Exhibit A GMP Cost Breakdown<br>Phaze Concrete deduct for costs to repair concrete trade damaged walls in area P149. | -$2,234.00 |
| PCO-1372 | Potential Back charge to Phaze Concrete to float floors in unit 104, 105, 204 if the concrete is out of tolerance. | -$98,976.00 |

**TOTAL:** **-$110,133.00**

| | |
|---|---|
| Original Contract Sum | $23,203,100.00 |
| Net Previously Authorized Change Orders | $3,746,399.58 |
| Previous Contract Sum | $26,949,499.58 |
| Current Change Order Amount | ($110,133.00) |
| New Contract Sum | $26,839,366.58 |

### SCHEDULE IMPACT:

The contract schedule shall be changed **0** days.

AUTHORIZED:
Layton Construction Company, LLC
f/k/a Layton Construction Co., Inc.

BY: ______________________

DATE: ______________________

ACCEPTED:
Phaze Concrete Inc.

BY: ______________________

DATE: ______________________

Cives Steel Company

May 10, 2023

Layton Construction
9090 Sandy Parkway
Sandy, UT 84070

ATTN: Cooper Darling

RE: Teton Village H-1
Jackson, WY
Cives Change Alert #144- Loading Dock Main Steel Modifications

Cooper:

The purpose of this letter is to advise you of the costs impacts associated CA# 144 for the Teton Village H-1 project. Due to columns in loading dock being poured off, there became a necessity to drill new holes into clips that both beams connected to. Cives has completed these modifications to complete the installation of the loading dock main steel. Cives has provided a breakdown associated with this event below.

Enclosed with this pricing are the following attachments:

1) Exhibit A – Contract Amendment Summary for CA#144
2) Exhibit B – Subcontractor Pricing for CA#144

This pricing is subject to the terms and conditions of Layton Construction's Subcontract No. 055100-SU dated July 27, 2021, as well as the following specific clarifications:

- Pricing does NOT include P&P bond costs.
- Pricing includes the cost to layout holes in shear tabs.
- Pricing includes the cost to increase slot size for 24 holes.

As per the attached Contract Amendment Summary, Cives looks forward to a Change Order from Layton to update the Purchase Order to reflect a net increase of **$2,210.00**.

If you have any questions or comments, please do not hesitate to contact the undersigned.

Very truly yours,
Cives Steel Company
North-West Division

Tyler Landon
Project Engineer

CO 029

Cives Steel Company
North-West Division

| | | | |
|---|---|---|---|
| Project: | **Teton Village H-1** | Subject: | **CA#144** |
| | **Jackson, WY** | Date: | **5-10-23** |

## EXHIBIT A

| ITEM | QUANTITY | UNIT | AMOUNT |
|---|---|---|---|
| HSS Material | 0.00 Tons | $0.00 Ton | $0.00 |
| Detail Material | 0.00 Tons | $0.00 Ton | $0.00 |
| Freight | 0.0 Load | $0.00 /load | $0.00 |
| Taxes | | 8.00% | $0.00 |
| **MATERIAL TOTAL** | | | **$0.00** |
| Fabrication Labor | 0 Hrs. | $90.00 /Hr. | $0.00 |
| Drafting Labor | 0 Hrs. | $80.00 /Hr. | $0.00 |
| **LABOR TOTAL** | | | **$0.00** |
| Erection/ Misc Metals | | | $2,105.00 |
| **FIELD LABOR TOTAL** | | | **$2,105.00** |
| Subtotal | | | $2,105.00 |
| Mark-Up | | 15% | $0.00 |
| Mark-Up on subcontractors | | 5% | $105.00 |
| **CONTRACT AMENDMENT TOTAL** | | | **$2,210.00** |

CO 029

1546 N 25th E
Idaho Falls, Id 83401
Phone: 208.528.7544
Fax: 208.528.7548

FRQ-6.2
Rev 2.0 4/8/2020

Complete Steel Services

# CHANGE ORDER REQUEST

**IEI Change Order Request No.** 89

**Date:** 5/8/2023

**Issued to:**

Cives Steel

**Project:**

H1 Hotel Teton

**IEI Job Number:** 21079

**Attention: Tyler Landon**

**Issued By:** Kris Kinney / Jade Nelson

**Reference:**

**Schedule Impact:**

**This change request covers the following work scope:**

Due to columns in loading dock being poured off, there became a necessity to drill new holes into clips that both beams connected to. Layout holes, drill to create slot then finished with die grinder. 24 holes in total.

**Cost Breakdown:**

| | |
|---|---|
| Ironworker | $1,830.00 |
| Welder | $0.00 |
| Markup | $274.50 |
| Adjustment to cents | $0.50 |
| **Total** | **$2,105.00** |

**Accepted* By (signature, title):**

**Date:**

**Please note that signing this change order authorizes IEI to proceed with the work outlined herein. It also is acceptance of listed cost and schedule impact. This price and schedule once accepted shall not be re-negotiated.*

CO 029

PROCORE

# PCO #004

Prestige Construction & Development, LLC
936 US 190 East
Huntsville, Texas 77340
Phone: 936291388

**Project:** - Teton Village (Layton)
3335 W Cody Lane
Teton Village, Wyoming 83025

## Prime Contract Potential Change Order #004: CE #007 - Knight Wall Systems- RFI#1389

| | | | |
|---|---|---|---|
| **TO:** | Layton Construction Company<br>9090 South Sandy Pkwy<br>Sandy, Utah 84070 | **FROM:** | Prestige Contractor Supply, LLC.<br>936 Us HWY 190<br>Huntsville, Texas 77340 |
| **PCO NUMBER/REVISION:** | 004 / 0 | **CONTRACT:** | 2 MATERIALS ONLY - Teton Village (Layton) Prime Contract |
| **REQUEST RECEIVED FROM:** | | **CREATED BY:** | Paul Caterisano **(Prestige Construction & Development, LL)** |
| **STATUS:** | Pending - In Review | **CREATED DATE:** | 6/2/2023 |
| **REFERENCE:** | | **PRIME CONTRACT CHANGE ORDER:** | None |
| **FIELD CHANGE:** | No | | |
| **LOCATION:** | | **ACCOUNTING METHOD:** | Amount Based |
| **SCHEDULE IMPACT:** | | **PAID IN FULL:** | No |
| **EXECUTED:** | No | **SIGNED CHANGE ORDER RECEIVED DATE:** | |
| | | **TOTAL AMOUNT:** | $1,800.00 |

**POTENTIAL CHANGE ORDER TITLE:** CE #007 - Knight Wall Systems- RFI#1389

**CHANGE REASON:** Architect or GC Change

**POTENTIAL CHANGE ORDER DESCRIPTION:** *(The Contract Is Changed As Follows)*
CE #007 - Knight Wall Systems-RFI # 1389
Documentation from Knight Wall Systems engineer to add details for the column condition presented by Layton in RFI #1389.

**ATTACHMENTS:**
RFI-1389 Exterior CIP Column Framing - Response.pdf

| # | Budget Code | Description | Amount |
|---|---|---|---|
| 1 | 50-5530.O MATS - MISC.Other | Knight Wall Systems- RFI 1389 | $1,800.00 |
| | | **Grand Total:** | **$1,800.00** |

**Layton Construction Company**
9090 South Sandy Pkwy
Sandy, Utah 84070

**Prestige Contractor Supply, LLC.**
936 Us HWY 190
Huntsville, Texas 77340

| | | | | | |
|---|---|---|---|---|---|
| **SIGNATURE** | **DATE** | **SIGNATURE** | **DATE** | **SIGNATURE** | **DATE** |

CO 029

COR 146.11

STANDARD DRYWALL

STANDARD DRYWALL INC.

COMMERCIAL
DRYWALL
METAL FRAMING

LATH & PLASTER

SUSPENDED
ACOUSTICAL
CEILINGS
WALLPANELS

FIREPROOFING

EIFS

REGIONAL / ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

November 7, 2023

Cooper Darling
Layton Construction
Teton Village H1/Hoback Club
3355 Cody Lane Teton Village, Wy 83025

**Re:** **Night Crew Trash Cleanup WE 10.28.23**
**SDI:** **COR 146.11**

**Re:** ***Night Crew Trash Cleanup WE 10.28.23***

Cooper,

Per your request, see attached pricing and documentation regarding the pricing for the removal of trash from throughout the building on second shift.

| | |
|---|---|
| Night Crew Trash Cleanup WE 10.28.23 | $28,264.12 |
| Value of this Change Request | $28,264.12 |

Attached is a breakdown associated with the above changes.

**Qualifications:**

Removal and of trash and cleanup activities on second shift as discussed with LCC office and supervised and directed by LCC Superintendents for the week ending October 28, 2023.

Please see the attached signed T&M tickets regarding this work.

If you should have any questions or require clarification of any kind, please do not hesitate to call.
Sincerely,

**STANDARD DRYWALL, INC.**

Erik Kraege
Project Manager

CO 029

STANDARD DRYWALL

STANDARD DRYWALL INC.

COMMERICAL

DRYWALL

METAL FRAMING

LATH & PLASTER

SUSPENDED ACOUSTICAL CEILINGS WALLPANELS

FIREPROOFING

EIFS

REGIONAL / ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

**Re:** **Night Crew Trash Cleanup WE 10.28.23**

Labor Breakout

| | | | |
|---|---|---|---|
| Total Credit Hrs. | 0 | | |
| Total Add Hrs. | 480 | | |
| **Journeyman** | 480 | $73.95 | $35,496.00 |
| Premium Time | 60 | $18.00 | $1,080.00 |
| **20% Supervision** | 0.0 | $99.73 | $0.00 |
| Premium Time | 0.0 | $26.00 | $0.00 |
| **10% Cleanup** | 0.0 | $61.78 | $0.00 |
| Premium Time | 0.0 | $14.00 | $0.00 |
| **10% Stocking** | 0.0 | $61.78 | $0.00 |
| Premium Time | 0.0 | $14.00 | $0.00 |
| **Project Manager - Pricing & Doc. Review** | 1 | $106.83 | $106.83 |

| | |
|---|---|
| Labor Cost: | $36,682.83 |
| 15% OH & P | $5,502.42 |
| Labor Total | $42,185.25 |
| SDI Impact Reduction of 33% | $ (13,921.13) |
| Total Cost | $28,264.12 |

CO 029

COR 146.11

STANDARD DRYWALL

STANDARD DRYWALL
INC.

COMMERCIAL
DRYWALL
METAL FRAMING

LATH & PLASTER

SUSPENDED
ACOUSTICAL
CEILINGS
WALLPANELS

FIREPROOFING

EIFS

REGIONAL /
ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

November 7, 2023

Cooper Darling
Layton Construction
Teton Village H1/Hoback Club
3355 Cody Lane Teton Village, Wy 83025

**Re:** **Night Crew Trash Cleanup WE 10.28.23**
**SDI:** **COR 146.11**

**Re:** ***Night Crew Trash Cleanup WE 10.28.23***

**T&M Ticket Breakout**

| Ticket Number | Journeyman Time | | Supervision Time | |
|---|---|---|---|---|
| | Normal Hrs. | Prem. Hrs. | Normal Hrs. | Prem. Hrs. |
| 78490 | 80 | 20 | | |
| 78491 | 80 | 20 | | |
| 78492 | 80 | 20 | | |
| 78493 | 80 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Totals:** | 320 | 60 | 0 | 0 |

CO 029

COR 146.12

STANDARD DRYWALL

STANDARD DRYWALL INC.

COMMERCIAL
DRYWALL
METAL FRAMING

LATH & PLASTER

SUSPENDED
ACOUSTICAL
CEILINGS
WALLPANELS

FIREPROOFING

EIFS

REGIONAL/
ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

November 13, 2023

Cooper Darling
Layton Construction
Teton Village H1/Hoback Club
3355 Cody Lane Teton Village, Wy 83025

**Re:** **Night Crew Trash Cleanup WE 11.4.23**
**SDI:** **COR 146.12**

**Re:** ***Night Crew Trash Cleanup WE 11.4.23. PCO 897.***

Cooper,

Per your request, see attached pricing and documentation regarding the pricing for the removal of trash from throughout the building on second shift.

Night Crew Trash Cleanup WE 11.4.23 $22,788.18

Value of this Change Request $22,788.18

Attached is a breakdown associated with the above changes.

**Qualifications:**

Removal and of trash and cleanup activities on second shift as discussed with LCC office and supervised and directed by LCC Superintendents for the week ending November 4, 2023.

Please see the attached signed T&M tickets regarding this work.

If you should have any questions or require clarification of any kind, please do not hesitate to call.
Sincerely,

**STANDARD DRYWALL, INC.**

Erik Kraege
Project Manager

SDI STANDARD DRYWALL

STANDARD DRYWALL INC.

COMMERICAL

DRYWALL

METAL FRAMING

LATH & PLASTER

SUSPENDED ACOUSTICAL CEILINGS WALLPANELS

FIREPROOFING

EIFS

REGIONAL / ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

**Re:** **Night Crew Trash Cleanup WE 11.4.23**

Labor Breakout

| | | | |
|---|---|---|---|
| Total Credit Hrs. | 0 | | |
| Total Add Hrs. | 380 | | |
| **Journeyman** | 380 | $73.95 | $28,101.00 |
| Premium Time | 76 | $18.00 | $1,368.00 |
| **20% Supervision** | 0.0 | $99.73 | $0.00 |
| Premium Time | 0.0 | $26.00 | $0.00 |
| **10% Cleanup** | 0.0 | $61.78 | $0.00 |
| Premium Time | 0.0 | $14.00 | $0.00 |
| **10% Stocking** | 0.0 | $61.78 | $0.00 |
| Premium Time | 0.0 | $14.00 | $0.00 |
| **Project Manager - Pricing & Doc. Review** | 1 | $106.83 | $106.83 |

| | |
|---|---|
| Labor Cost: | $29,575.83 |
| 15% OH & P | $4,436.37 |
| Labor Total | $34,012.20 |
| SDI Impact Reduction of 33% | $ (11,224.03) |
| Total Cost | $22,788.18 |

CO 029

COR 146.12

STANDARD DRYWALL

STANDARD DRYWALL INC.

COMMERCIAL
DRYWALL
METAL FRAMING

LATH & PLASTER

SUSPENDED
ACOUSTICAL
CEILINGS
WALLPANELS

FIREPROOFING

EIFS

REGIONAL / ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

November 13, 2023

Cooper Darling
Layton Construction
Teton Village H1/Hoback Club
3355 Cody Lane Teton Village, Wy 83025

**Re:** **Night Crew Trash Cleanup WE 11.4.23**
**SDI:** **COR 146.12**

**Re:** ***Night Crew Trash Cleanup WE 11.4.23. PCO 897.***

**T&M Ticket Breakout**

| Ticket Number | Journeyman Time | | Supervision Time | |
|---|---|---|---|---|
| | Normal Hrs. | Prem. Hrs. | Normal Hrs. | Prem. Hrs. |
| 78494 | 80 | 20 | | |
| 78495 | 80 | 20 | | |
| 78496 | 80 | 20 | | |
| 78497 | 64 | 16 | | |
| **Totals:** | 304 | 76 | 0 | 0 |

CO 029

STANDARD DRYWALL

STANDARD DRYWALL INC.

COMMERCIAL
DRYWALL
METAL FRAMING

LATH & PLASTER

SUSPENDED
ACOUSTICAL
CEILINGS
WALLPANELS

FIREPROOFING

EIFS

REGIONAL / ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

COR 146.12

November 20, 2023

Cooper Darling
Layton Construction
Teton Village H1/Hoback Club
3355 Cody Lane Teton Village, Wy 83025

**Re:** **Night Crew Trash Cleanup WE 11.11.23**
**SDI:** **COR 146.12**

**Re:** *Night Crew Trash Cleanup WE 11.11.23. PCO 897.*

Cooper,

Per your request, see attached pricing and documentation regarding the pricing for the removal of trash from throughout the building on second shift.

| | |
|---|---|
| Night Crew Trash Cleanup WE 11.11.23 | $26,970.84 |
| Value of this Change Request | $26,970.84 |

Attached is a breakdown associated with the above changes.

**Qualifications:**

Removal and of trash and cleanup activities on second shift as discussed with LCC office and supervised and directed by LCC Superintendents for the week ending November 11, 2023.

Please see the attached signed T&M tickets regarding this work.

If you should have any questions or require clarification of any kind, please do not hesitate to call.
Sincerely,

**STANDARD DRYWALL, INC.**

Erik Kraege
Project Manager

CO 029

STANDARD DRYWALL

STANDARD DRYWALL INC.

COMMERICAL

DRYWALL

METAL FRAMING

LATH & PLASTER

SUSPENDED ACOUSTICAL CEILINGS WALLPANELS

FIREPROOFING

EIFS

REGIONAL / ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

**Re:** **Night Crew Trash Cleanup WE 11.11.23**

Labor Breakout

| | | | |
|---|---|---|---|
| Total Credit Hrs. | 0 | | |
| Total Add Hrs. | 450 | | |
| **Journeyman** | 450 | $73.95 | $33,277.50 |
| Premium Time | 90 | $18.00 | $1,620.00 |
| **20% Supervision** | 0.0 | $99.73 | $0.00 |
| Premium Time | 0.0 | $26.00 | $0.00 |
| **10% Cleanup** | 0.0 | $61.78 | $0.00 |
| Premium Time | 0.0 | $14.00 | $0.00 |
| **10% Stocking** | 0.0 | $61.78 | $0.00 |
| Premium Time | 0.0 | $14.00 | $0.00 |
| **Project Manager - Pricing & Doc. Review** | 1 | $106.83 | $106.83 |

| | |
|---|---|
| Labor Cost: | $35,004.33 |
| 15% OH & P | $5,250.65 |
| Labor Total | $40,254.98 |
| SDI Impact Reduction of 33% | $ (13,284.14) |
| Total Cost | $26,970.84 |

CO 029

COR 146.12

STANDARD DRYWALL

STANDARD DRYWALL INC.

COMMERCIAL DRYWALL METAL FRAMING

LATH & PLASTER

SUSPENDED ACOUSTICAL CEILINGS WALLPANELS

FIREPROOFING

EIFS

REGIONAL / ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

November 20, 2023

Cooper Darling
Layton Construction
Teton Village H1/Hoback Club
3355 Cody Lane Teton Village, Wy 83025

**Re:** **Night Crew Trash Cleanup WE 11.11.23**
**SDI:** **COR 146.12**

**Re:** *Night Crew Trash Cleanup WE 11.11.23. PCO 897.*

**T&M Ticket Breakout**

| Ticket Number | Journeyman Time | | Supervision Time | |
|---|---|---|---|---|
| | Normal Hrs. | Prem. Hrs. | Normal Hrs. | Prem. Hrs. |
| 78498 | 64 | 16 | | |
| 78499 | 64 | 16 | | |
| 78575 | 80 | 20 | | |
| 78576 | 72 | 18 | | |
| 78577 | 80 | 20 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Totals:** | 360 | 90 | 0 | 0 |

CO 029

COR 146.14

SDI STANDARD DRYWALL

STANDARD DRYWALL INC.

COMMERCIAL
DRYWALL
METAL FRAMING

LATH & PLASTER

SUSPENDED
ACOUSTICAL
CEILINGS
WALLPANELS

FIREPROOFING

EIFS

REGIONAL/
ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

November 20, 2023

Cooper Darling
Layton Construction
Teton Village H1/Hoback Club
3355 Cody Lane Teton Village, Wy 83025

**Re:** **Night Crew Trash Cleanup WE 11.18.23**
**SDI:** **COR 146.14**

**Re:** ***Night Crew Trash Cleanup WE 11.18.23. PCO 897.***

Cooper,

Per your request, see attached pricing and documentation regarding the pricing for the removal of trash from throughout the building on second shift.

Night Crew Trash Cleanup WE 11.18.23 $28,742.66

Value of this Change Request $28,742.66

Attached is a breakdown associated with the above changes.

**Qualifications:**

Removal and of trash and cleanup activities on second shift as discussed with LCC office and supervised and directed by LCC Superintendents for the week ending November 18, 2023.

Please see the attached signed T&M tickets regarding this work.

If you should have any questions or require clarification of any kind, please do not hesitate to call.
Sincerely,

**STANDARD DRYWALL, INC.**

Erik Kraege
Project Manager

CO 029

STANDARD DRYWALL

STANDARD DRYWALL INC.

COMMERICAL

DRYWALL

METAL FRAMING

LATH & PLASTER

SUSPENDED ACOUSTICAL CEILINGS WALLPANELS

FIREPROOFING

EIFS

REGIONAL / ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

**Re:** **Night Crew Trash Cleanup WE 11.18.23**

Labor Breakout

| | | | |
|---|---|---|---|
| Total Credit Hrs. | 0 | | |
| Total Add Hrs. | 498.5 | | |
| **Journeyman** | 498.5 | $73.95 | $36,864.08 |
| Premium Time | 19 | $18.00 | $333.00 |
| **20% Supervision** | 0.0 | $99.73 | $0.00 |
| Premium Time | 0.0 | $26.00 | $0.00 |
| **10% Cleanup** | 0.0 | $61.78 | $0.00 |
| Premium Time | 0.0 | $14.00 | $0.00 |
| **10% Stocking** | 0.0 | $61.78 | $0.00 |
| Premium Time | 0.0 | $14.00 | $0.00 |
| **Project Manager - Pricing & Doc. Review** | 1 | $106.83 | $106.83 |

| | |
|---|---|
| Labor Cost: | $37,303.91 |
| 15% OH & P | $5,595.59 |
| Labor Total | $42,899.49 |
| SDI Impact Reduction of 33% | $ (14,156.83) |
| Total Cost | $28,742.66 |

CO 029

COR 146.14

STANDARD DRYWALL

STANDARD DRYWALL INC.

COMMERCIAL
DRYWALL
METAL FRAMING

LATH & PLASTER

SUSPENDED
ACOUSTICAL
CEILINGS
WALLPANELS

FIREPROOFING

EIFS

REGIONAL / ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

November 20, 2023

Cooper Darling
Layton Construction
Teton Village H1/Hoback Club
3355 Cody Lane Teton Village, Wy 83025

**Re:** **Night Crew Trash Cleanup WE 11.18.23**
**SDI:** **COR 146.14**

**Re:** ***Night Crew Trash Cleanup WE 11.18.23. PCO 897.***

## T&M Ticket Breakout

| Ticket Number | Journeyman Time | | Supervision Time | |
|---|---|---|---|---|
| | Normal Hrs. | Prem. Hrs. | Normal Hrs. | Prem. Hrs. |
| 78578 | 80 | 20 | | |
| 78579 | 80 | 20 | | |
| 78580 | 80 | 20 | | |
| 78581 | 80 | 20 | | |
| 78582 | 80 | 18.5 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Totals:** | 400 | 98.5 | 0 | 0 |

CO 029

COR 146.15

STANDARD DRYWALL

STANDARD DRYWALL INC.

COMMERCIAL
DRYWALL
METAL FRAMING

LATH & PLASTER

SUSPENDED
ACOUSTICAL
CEILINGS
WALLPANELS

FIREPROOFING

EIFS

REGIONAL / ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

December 6, 2023

Cooper Darling
Layton Construction
Teton Village H1/Hoback Club
3355 Cody Lane Teton Village, Wy 83025

**Re:** **Night Crew Trash Cleanup WE 12.1.23**
**SDI:** **COR 146.15**

**Re:** ***Night Crew Trash Cleanup WE 12.1.23. PCO 897.***

Cooper,

Per your request, see attached pricing and documentation regarding the pricing for the removal of trash from throughout the building on second shift.

| | |
|---|---|
| Night Crew Trash Cleanup WE 12.1.23 | $27,284.97 |
| Value of this Change Request | $27,284.97 |

Attached is a breakdown associated with the above changes.

**Qualifications:**

Removal and of trash and cleanup activities on second shift as discussed with LCC office and supervised and directed by LCC Superintendents for the week ending December 1, 2023.

Please see the attached signed T&M tickets regarding this work.

If you should have any questions or require clarification of any kind, please do not hesitate to call.
Sincerely,

**STANDARD DRYWALL, INC.**

Erik Kraege
Project Manager

CO 029

STANDARD DRYWALL

STANDARD
DRYWALL
INC.

COMMERICAL

DRYWALL

METAL FRAMING

LATH & PLASTER

SUSPENDED
ACOUSTICAL
CEILINGS
WALLPANELS

FIREPROOFING

EIFS

REGIONAL /
ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

**Re:** **Night Crew Trash Cleanup WE 12.1.23**

Labor Breakout

| | | | |
|---|---|---|---|
| Total Credit Hrs. | 0 | | |
| Total Add Hrs. | 456 | | |
| **Journeyman** | 456.0 | $73.95 | $33,721.20 |
| Premium Time | 88 | $18.00 | $1,584.00 |
| **20% Supervision** | 0.0 | $99.73 | $0.00 |
| Premium Time | 0.0 | $26.00 | $0.00 |
| **10% Cleanup** | 0.0 | $61.78 | $0.00 |
| Premium Time | 0.0 | $14.00 | $0.00 |
| **10% Stocking** | 0.0 | $61.78 | $0.00 |
| Premium Time | 0.0 | $14.00 | $0.00 |
| **Project Manager - Pricing & Doc. Review** | 1 | $106.83 | $106.83 |

| | |
|---|---|
| Labor Cost: | $35,412.03 |
| 15% OH & P | $5,311.80 |
| Labor Total | $40,723.83 |
| SDI Impact Reduction of 33% | $ (13,438.87) |
| Total Cost | $27,284.97 |

CO 029

COR 146.15

STANDARD DRYWALL

STANDARD DRYWALL INC.

COMMERCIAL
DRYWALL
METAL FRAMING

LATH & PLASTER

SUSPENDED
ACOUSTICAL
CEILINGS
WALLPANELS

FIREPROOFING

EIFS

REGIONAL / ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

December 6, 2023

Cooper Darling
Layton Construction
Teton Village H1/Hoback Club
3355 Cody Lane Teton Village, Wy 83025

**Re:** **Night Crew Trash Cleanup WE 12.1.23**
**SDI:** **COR 146.15**

**Re:** *Night Crew Trash Cleanup WE 12.1.23. PCO 897.*

**T&M Ticket Breakout**

| Ticket Number | Journeyman Time | | Supervision Time | |
|---|---|---|---|---|
| | Normal Hrs. | Prem. Hrs. | Normal Hrs. | Prem. Hrs. |
| 78583 | 80 | 20 | | |
| 78584 | 72 | 14 | | |
| 78585 | 72 | 18 | | |
| 78586 | 72 | 18 | | |
| 78587 | 72 | 18 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Totals:** | 368 | 88 | 0 | 0 |

CO 029

COR 146.16

STANDARD DRYWALL

STANDARD DRYWALL INC.

COMMERCIAL
DRYWALL
METAL FRAMING

LATH & PLASTER

SUSPENDED
ACOUSTICAL
CEILINGS
WALLPANELS

FIREPROOFING

EIFS

REGIONAL/
ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

December 13, 2023

Cooper Darling
Layton Construction
Teton Village H1/Hoback Club
3355 Cody Lane Teton Village, Wy 83025

**Re:** **Night Crew Trash Cleanup WE 12.9.23**
**SDI:** **COR 146.16**

**Re:** ***Night Crew Trash Cleanup WE 12.9.23. PCO 897.***

Cooper,

Per your request, see attached pricing and documentation regarding the pricing for the removal of trash from throughout the building on second shift.

Night Crew Trash Cleanup WE 12.9.23 $25,178.27

Value of this Change Request $25,178.27

Attached is a breakdown associated with the above changes.

**Qualifications:**

Removal and of trash and cleanup activities on second shift as discussed with LCC office and supervised and directed by LCC Superintendents for the week ending December 9, 2023.

Please see the attached signed T&M tickets regarding this work.

If you should have any questions or require clarification of any kind, please do not hesitate to call.
Sincerely,

**STANDARD DRYWALL, INC.**

Erik Kraege
Project Manager

CO 029

STANDARD DRYWALL

STANDARD
DRYWALL
INC.

COMMERICAL

DRYWALL

METAL FRAMING

LATH & PLASTER

SUSPENDED
ACOUSTICAL
CEILINGS
WALLPANELS

FIREPROOFING

EIFS

REGIONAL/
ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

**Re:** **Night Crew Trash Cleanup WE 12.9.23**

Labor Breakout

| | | | |
|---|---|---|---|
| Total Credit Hrs. | 0 | | |
| Total Add Hrs. | 420 | | |
| **Journeyman** | 420 | $73.95 | $31,059.00 |
| Premium Time | 84 | $18.00 | $1,512.00 |
| **20% Supervision** | 0.0 | $99.73 | $0.00 |
| Premium Time | 0.0 | $26.00 | $0.00 |
| **10% Cleanup** | 0.0 | $61.78 | $0.00 |
| Premium Time | 0.0 | $14.00 | $0.00 |
| **10% Stocking** | 0.0 | $61.78 | $0.00 |
| Premium Time | 0.0 | $14.00 | $0.00 |
| **Project Manager - Pricing & Doc. Review** | 1 | $106.83 | $106.83 |

| | |
|---|---|
| Labor Cost: | $32,677.83 |
| 15% OH & P | $4,901.67 |
| Labor Total | $37,579.50 |
| SDI Impact Reduction of 33% | $ (12,401.24) |
| Total Cost | $25,178.27 |

CO 029

STANDARD DRYWALL

**STANDARD DRYWALL INC.**

COMMERCIAL
DRYWALL
METAL FRAMING

LATH & PLASTER

SUSPENDED
ACOUSTICAL
CEILINGS
WALLPANELS

FIREPROOFING

EIFS

REGIONAL / ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

**COR 146.16**

December 13, 2023

Cooper Darling
Layton Construction
Teton Village H1/Hoback Club
3355 Cody Lane Teton Village, Wy 83025

**Re:** **Night Crew Trash Cleanup WE 12.9.23**
**SDI:** **COR 146.16**

**Re:** ***Night Crew Trash Cleanup WE 12.9.23. PCO 897.***

**T&M Ticket Breakout**

| Ticket Number | Journeyman Time | | Supervision Time | |
|---|---|---|---|---|
| | Normal Hrs. | Prem. Hrs. | Normal Hrs. | Prem. Hrs. |
| 78588 | 72 | 18 | | |
| 78589 | 72 | 18 | | |
| 78590 | 64 | 16 | | |
| 78591 | 64 | 16 | | |
| 78592 | 64 | 16 | | |
| **Totals:** | 336 | 84 | 0 | 0 |

CO 029

COR 146.17

STANDARD DRYWALL

**STANDARD DRYWALL INC.**

COMMERCIAL
DRYWALL
METAL FRAMING

LATH & PLASTER

SUSPENDED
ACOUSTICAL
CEILINGS
WALLPANELS

FIREPROOFING

EIFS

REGIONAL / ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

December 19, 2023

Cooper Darling
Layton Construction
Teton Village H1/Hoback Club
3355 Cody Lane Teton Village, Wy 83025

**Re:** **Night Crew Trash Cleanup WE 12.16.23**
**SDI:** **COR 146.17**

**Re:** ***Night Crew Trash Cleanup WE 12.16.23. PCO 897.***

Cooper,

Per your request, see attached pricing and documentation regarding the pricing for the removal of trash from throughout the building on second shift.

| | |
|---|---|
| Night Crew Trash Cleanup WE 12.16.23 | $23,983.22 |
| Value of this Change Request | $23,983.22 |

Attached is a breakdown associated with the above changes.

**Qualifications:**

Removal and of trash and cleanup activities on second shift as discussed with LCC office and supervised and directed by LCC Superintendents for the week ending December 16, 2023.

Please see the attached signed T&M tickets regarding this work.

If you should have any questions or require clarification of any kind, please do not hesitate to call.
Sincerely,

**STANDARD DRYWALL, INC.**

Erik Kraege
Project Manager

CO 029

SDI STANDARD DRYWALL

STANDARD DRYWALL INC.

COMMERICAL

DRYWALL

METAL FRAMING

LATH & PLASTER

SUSPENDED ACOUSTICAL CEILINGS WALLPANELS

FIREPROOFING

EIFS

REGIONAL / ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

**Re:** **Night Crew Trash Cleanup WE 12.16.23**

Labor Breakout

| | | | |
|---|---|---|---|
| Total Credit Hrs. | 0 | | |
| Total Add Hrs. | 400 | | |
| **Journeyman** | 400 | $73.95 | $29,580.00 |
| Premium Time | 80 | $18.00 | $1,440.00 |
| **20% Supervision** | 0.0 | $99.73 | $0.00 |
| Premium Time | 0.0 | $26.00 | $0.00 |
| **10% Cleanup** | 0.0 | $61.78 | $0.00 |
| Premium Time | 0.0 | $14.00 | $0.00 |
| **10% Stocking** | 0.0 | $61.78 | $0.00 |
| Premium Time | 0.0 | $14.00 | $0.00 |
| **Project Manager - Pricing & Doc. Review** | 1 | $106.83 | $106.83 |

| | |
|---|---|
| Labor Cost: | $31,126.83 |
| 15% OH & P | $4,669.02 |
| Labor Total | $35,795.85 |
| SDI Impact Reduction of 33% | $ (11,812.63) |
| Total Cost | $23,983.22 |

CO 029

COR 146.17

STANDARD DRYWALL

STANDARD DRYWALL INC.

COMMERCIAL
DRYWALL
METAL FRAMING

LATH & PLASTER

SUSPENDED
ACOUSTICAL
CEILINGS
WALLPANELS

FIREPROOFING

EIFS

REGIONAL / ACCOUNTING OFFICE:
3100 PALISADES Dr.
CORONA, CA 92880
PH 951.256.8656
FX 951.256.8657

ADDITIONAL OFFICES

DEL VALLE, TX
JACKSON, WY
LAKESIDE, CA
LAS VEGAS, NV
SALT LAKE CITY, UT

CA # 444328

December 19, 2023

Cooper Darling
Layton Construction
Teton Village H1/Hoback Club
3355 Cody Lane Teton Village, Wy 83025

**Re:** **Night Crew Trash Cleanup WE 12.16.23**
**SDI:** **COR 146.17**

**Re:** *Night Crew Trash Cleanup WE 12.16.23. PCO 897.*

**T&M Ticket Breakout**

| Ticket Number | Journeyman Time | | Supervision Time | |
|---|---|---|---|---|
| | Normal Hrs. | Prem. Hrs. | Normal Hrs. | Prem. Hrs. |
| 78593 | 64 | 16 | | |
| 78594 | 64 | 16 | | |
| 78595 | 64 | 16 | | |
| 78596 | 64 | 16 | | |
| 78597 | 64 | 16 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Totals:** | 320 | 80 | 0 | 0 |

**SMC Construction Company, Co.**
1086 Greg Street
Sparks, NV 89431

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 9-Jul-24 CHANGE ORDER REQUEST: **PCO-4034**
TITLE: Import Graval as requested by SMC-Laydown area

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Import Graval as requested by SMC-Laydown area | | |
| 03.00 - Concrete - Exhibit A GMP Cost Breakdown<br>Phaze Concrete Costs for Importing Graval as requested by SMC-Laydown area | $ | 21,041✓ |
| **Subtotal:** | $ | 21,041✓ |
| Liability Insurance .33% | $ | 74✓ |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 16✓ |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 21,131✓ |

PCO is approved as a potential clawback from Layton.

Laydown area is a contracted scope of work and was inadequately provided by Layton.

No ASI is required for this scope of work.

Recommended for Approval [signature] 12.20.24

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed 0 calendar days.

ACCEPTED:

| SMC Construction, Co.<br>1086 Greg Street<br>Sparks, NV 89431 | DDRM Jackson, LLC<br>DEVELOPMENT MANAGER | Cody Lane Development<br>PO Box 734<br>Jackson, WY |
|---|---|---|
| By: [signature] | By: [signature] | By: Not Required |
| Date: 7-9-24 | Date: 12/29/24 | Date: |

PCO 4033

**SMC Construction Company, Co.**
1086 Greg Street
Sparks, NV 89431

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 9-Jul-24 CHANGE ORDER REQUEST: **PCO-4033**

TITLE: CCD 160 PR-9 Raised Slab to fill in between studs and Locker Room

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>CCD 160 PR-9 Raised Slab to fill in between studs and Locker Room | | |
| 03.00 - Concrete - Exhibit A GMP Cost Breakdown<br>Phaze Concrete Costs for CCD 160 PR-9 Raised Slab to fill in between studs and Locker Room | $ | 16,247 |
| **Subtotal:** | $ | 16,247 |
| Liability Insurance .33% | $ | 57 |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 12 |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 16,316 |

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed ___ calendar days.

ACCEPTED:

| SMC Construction, Co. | DDRM Jackson, LLC | Cody Lane Development |
|---|---|---|
| 1086 Greg Street<br>Sparks, NV 89431 | DEVELOPMENT MANAGER | PO Box 734<br>Jackson, WY |
| By: [signature] | By: | By: |
| Date: 7-9-24 | Date: | Date: |

4033

PHAZE CONCRETE

91 E. Canyon Commercial Ave.
Cedar City, UT 84721

**Phone** (435)656-9500 **Fax** (435)656-9501

# Change Order

**Date** 5/21/2024
**Customer** Layton Construction Company, LLC
**Project** 21.011 Teton Village H-1
**Number** 387
**Status**

**Reference Doc** CCD 160 PR-9

**Memo** Raised slab to fill in between studs at Locker Room

| | Material | | | | | Labor | | | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total |
| 1 | Concrete | yd | 18 | $247.00 | $4,446.00 T | Foreman | hr | 16 | $100.26 | $1,604.16 | Motorized wheel barrows | hr | 16 | $43.73 | $699.68 T |
| 2 | | | | | | Carpenter | hr | 8 | $88.66 | $709.28 | | | | | |
| 3 | | | | | | Conc finisher | hr | 16 | $82.87 | $1,325.92 | | | | | |
| 4 | | | | | | Laborer | hr | 32 | $72.00 | $2,304.00 | | | | | |
| 5 | **Patch Ramps** | | | | | | | | | | | | | | |
| 6 | PCR Patching Materail | bag | 6 | $40.75 | $244.50 T | Conc finisher 2 | hr | 16 | $82.87 | $1,325.92 | | | | | |
| 7 | PCR Activator | ea | 6 | $39.10 | $234.60 T | Laborer 2 | hr | 16 | $76.34 | $1,221.44 | | | | | |
| 8 | | | | | | Labor | hr | | $72.00 | | | | | | |
| **Material Totals** | | | | | $4,925.10 | **Labor Totals** | | | | $8,490.72 | **Equipment Totals** | | | | $699.68 |

**Scope Notes:** No Rebar

**Number of days added to the schedule:** 1

| | | |
|---|---|---|
| Sub Total | | $14,115.50 |
| Tax | 8% | $430.82 |
| P&O | 15% | $1,700.26 |
| Bond | % | $0.00 |
| Total | | $16,246.58 |

PCO 4033

**American CONSTRUCTION SUPPLY & RENTAL**

**Rexburg**
868 Jet Stream Dr
Rexburg, Idaho 83440
Phone: (208) 356-4429
Fax: (208) 356-4487

# Credit Note

| | |
|---|---|
| **Credit Note No** | **9499** |
| **Credit Date** | 01/05/2024 |
| **Customer** | 28550 |
| **Our Ref** | |
| **Your Ref** | 21.011 Teton Village |
| **Taken By** | Cole Wheeler |
| **Sales Rep** | Default |

Page 1 of 1

**Invoice Address**
Phaze Concrete, Inc.
91 E Canyon Commercial Av
Cedar City, UT, 84721

**Delivery Address:** 91 E Canyon Commercial Av, Cedar City, UT, 84721

| Line | Quantity | Description | Price | UOM | Restock Charge | Total |
|---|---|---|---|---|---|---|
| | | **Invoice number 273181, cust ref 21.011 Teton Village, order number 1389070** | | | | |
| 1 | 20 | GU-PCR2-1G - PCR Activator Part 2 - 1 Gallon | (39.10) | ea | | (782.00) |

| | |
|---|---|
| Total Amount | ($782.00) |
| 01 - Idaho 6.00% | ($46.92) |
| **Total Credit** | ($828.92) |

Subject to our terms and conditions of sale. Further copies available on request.

PCO 4033

American CONSTRUCTION SUPPLY & RENTAL

**Rexburg**
868 Jet Stream Dr
Rexburg, Idaho 83440
Phone: (208) 356-4429
Fax: (208) 356-4487

# Sales Invoice

| | |
|---|---|
| **Invoice No** | **273181** |
| Invoice Date | 12/12/2023 |
| Terms | Net 30 |
| Customer | 28550 |
| Contact Name | Daniel Cook |
| Contact Number | 832-316-6973 |
| Job | |
| Your Ref | 21.011 Teton Village |
| Our Ref | 1389070 |
| Taken By | Cole Wheeler |
| Sales Rep | Default |

**Invoice Address**
Phaze Concrete, Inc.
91 E Canyon Commercial Av
Cedar City, UT, 84721

Page 1 of 1

**Delivery Address:** Phaze Concrete, Inc., 91 E Canyon Commercial Av, Cedar City, UT, 84721

| Special Instructions | Notes |
|---|---|
| | |

| Line | Serial No | Description | Qty/Footage | Price | UOM | Total |
|---|---|---|---|---|---|---|
| 1 | | GU-PCR2-1G - PCR Activator Part 2 - 1 Gallon | 20 ea | 39.10 | ea | 782.00 |
| 2 | | GU-PCRLTA-25LB - PCR Low Temp Accelerator 25 LB Pail | 1 ea | 68.99 | ea | 68.99 |
| 3 | | GU-PCR2-1G - PCR Activator Part 2 - 1 Gallon | 20 ea | 39.10 | ea | 782.00 |
| 4 | | 411585FP-ACS - 12' x 24' Concrete Blanket | 1 ea | 95.00 | ea | 95.00 |

**The invoice is due on 01/31/2024.**

In the event that the Buyer's obligations arising under this invoice are enforced through a collection agency or attorneys with or without suit or any other proceeding, Buyer agrees to pay all collection costs, court costs, and reasonable attorney's fees.

| | |
|---|---|
| Total Amount | $1,727.99 |
| 01 - Idaho 6.00% | $103.68 |
| **Invoice Total** | $1,831.67 |

By signing below, you acknowledge and agree that the Terms and Conditions have been made available to you and you have read and agree to such Terms and Conditions .

Print name ____________________________

Signature ____________________________

PCO 4033



American CONSTRUCTION SUPPLY & RENTAL

Rexburg
868 Jet Stream Dr
Rexburg, Idaho 83440
Phone: (208) 356-4429
Fax: (208) 356-4487

# Sales Invoice

| | |
|---|---|
| Invoice No | 277655 |
| Invoice Date | 01/11/2024 |
| Terms | Net 30 |
| Customer | 28550 |
| Contact Name | Jake Jessup |
| Contact Number | |
| Job | |
| Your Ref | 21.011 |
| Our Ref | 1404445 |
| Taken By | Cole Wheeler |
| Sales Rep | Default |

Page 1 of 1

**Invoice Address**
Phaze Concrete, Inc.
91 E Canyon Commercial Av
Cedar City, UT, 84721

**Delivery Address:** Phaze Concrete, Inc., 91 E Canyon Commercial Av, Cedar City, UT, 84721

| Special Instructions | Notes |
|---|---|
| | |

| Line | Serial No | Description | Qty/Footage | Price | UOM | Total |
|---|---|---|---|---|---|---|
| 1 | | GU-PCR1F-B45G - PCR Aggregate Part 1 Fine Gray - Bag | 20 ea | 40.75 | ea | 815.00 |

**The invoice is due on 02/29/2024.**

In the event that the Buyer's obligations arising under this invoice are enforced through a collection agency or attorneys with or without suit or any other proceeding, Buyer agrees to pay all collection costs, court costs, and reasonable attorney's fees.

| | |
|---|---|
| Total Amount | $815.00 |
| 01 - Idaho 6.00% | $48.90 |
| **Invoice Total** | $863.90 |

By signing below, you acknowledge and agree that the Terms and Conditions have been made available to you and you have read and agree to such Terms and Conditions.

Print name ______________________

Signature ______________________

EVANS CONSTRUCTION
A CRH COMPANY
P.O. Box 4309
Jackson, WY 83001

Customer No: 134125
Invoice No: 238216
Inv Date: 10/12/23
Page: Page 1 of 1
Customer PO: 3355 Cody LN
Customer Job: 18973/101223/2

Phaze Concrete Inc
91 East Canyon Commercial Ave
Cedar City UT 84721

invoice@phazeconcrete.com

Evans Construction Company
P.O. Box 4309
Jackson, WY 83001
307-733-3029

**Delivered To:** 3355 Cody LN

| Date | | Item | Description | Quantity | UM | Unit Price | MatlTotal | TaxCode | TaxTotal | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Ticket #: 70195861 | | | | | | | | | From: 05401 | Evans Ready Mix |
| 10/12/23 | 70195861 | 3137560 | 4000 FA COMMERCIAL | 10.00 | CY | 227.00 | 2,270.00 | WY01 | 136.20 | 2,406.20 |
| 10/12/23 | 70195861 | 3ENV | ENVIRONMENTAL FEE | 10.00 | EA | 5.00 | 50.00 | WY01 | 3.00 | 53.00 |
| 10/12/23 | 70195861 | 901.FSCRM | FUEL SURCHARGE | 1.00 | EA | 16.00 | 16.00 | WY01 | 0.96 | 16.96 |
| Total | | | Cubic Yards of Readymix | 10.00 | | | 2,336.00 | | 140.16 | 2,476.16 |
| | | | Total Invoice: | | | | 2,336.00 | | 140.16 | 2,476.16 |

Total Cubic Yards of Readymix for this Invoice 10.00

Invoice Taxing Authority Summary:

WY01 WY - Sales & Use Tax Teton 140.16

***Don't be the victim of cyber fraud! Our banking details will likely NEVER change. If you receive any correspondence requesting a change in our banking details, please contact us immediately***

Finance Charges will be applied to any late invoices at a rate of 1.5% per month per credit agreement or the State's Lawful Amount

Invoice Amount: 2,476.16

Amount Paid: ____________

Customer Name: Phaze Concrete Inc
Customer No: 134125
Invoice #: 238216
Date: 10/12/23
Customer Job: 18973/101223/2
Customer PO: 3355 Cody LN
Due Date: 11/11/23

If you have any questions about your invoice please call 307-733-3029

Remit Payment To: Evans Construction Company
2350 S 1900 W Ste. 200
Ogden, UT 84401

Please provide your email address below if you would like to start receiving your invoices via email

____________________________________

PCO 4033

DocuSign Envelope ID: C83E45A8-F306-4010-8457-1126DDCF9A33

# AIA® Document G714™ – 2017

## Construction Change Directive

**PROJECT:** *(name and address)*
Hoback Club
Jackson, WY

**CONTRACT INFORMATION:**
Contract For: AIA A133/A201
Date: May 28, 2021

**CCD INFORMATION:**
Directive Number: 160
Date: November 18, 2022

**OWNER:** *(name and address)*
Cody Lane Development Corp.
P.O. Box 734
Teton Village, WY 83025-0734

**ARCHITECT:** *(name and address)*
IBI Group, a CA partnership
10 Exchange Place, Suite #112
Salt Lake City, UT 84111

**CONTRACTOR:** *(name and address)*
Layton Construction Company, LLC
9090 South Sandy Parkway
Sandy, UT 84070

DEVELOPMENT MANAGER:
DDRM Jackson, LLC
800 Tuacahn Dr.
Ivins, UT 84738

The Contractor is hereby directed to make the following change(s) in this Contract:
*(Insert a detailed description of the change and, if applicable, attach or reference specific exhibits.)*

In accordance with sections 7.3 and 7.4 of the A201 General conditions of the contract for construction, contractor is hereby directed to make the following change(s) in this contract:

1) Submit proposal for PR 09 dated 11/10/22 relating to BoH Operations Updates.

2) Establish an Allowance of $50,000 for field investigative labor by key trades (RK, Greiner and SDI) to layout the Work included in PR 09 and quantify the extent of required demolition and rerouting of existing work in place for estimating purposes.

DIRECTIVE TO PROCEED (in accordance with Section 7.3.6 of the A201 General Conditions)

____ Proceed with the Work described above immediately and concurrently with proposed adjustments noted below.

__X__ Proceed with proposal only for the Work described above in accordance with the proposed adjustments noted below.

**PROPOSED ADJUSTMENTS**

**1.** The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:

☐ Lump Sum decrease of $0.00

☐ Unit Price of $ per

☐ Cost, as defined below, plus the following fee:
*(Insert a definition of, or method for determining, cost)*

☒ As follows: The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:
____ Section 7.3.3.1 Mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation.
____ Section 7.3.3.2 Unit Prices stated in the Contract Documents or subsequently agreed upon.
__X__ Section 7.3.3.3 Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee.
____ Section 7.3.4 As per Section 7.3.4.
____ Section 7.4 Minor Changes in the Work – No adjustment in Guaranteed Maximum Cost or

**AIA Document G714™ – 2017.** Copyright © 2001, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:00:39 ET on 11/18/2022 under Order No.3104236475 which expires on 02/05/2023, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:** (3B9ADA4D)

PCO 4033

DocuSign Envelope ID: C83E45A8-F306-4010-8457-1126DDCF9A33

Contract Time.

2. The Contract Time is proposed to remain unchanged. The proposed adjustment, if any, is zero (0) days.

*NOTE: The Owner, Architect and Contractor should execute a Change Order to supersede this Construction Change Directive to the extent they agree upon adjustments to the Contract Sum, Contract Time, or Guaranteed Maximum price for the change(s) described herein.*

When signed by the Owner and Architect and received by the Contractor, this document becomes effective IMMEDIATELY as a Construction Change Directive (CCD), and the Contractor shall proceed with the change(s) described above.

Contractor signature indicates agreement with the proposed adjustments in Contract Sum and Contract Time set forth in this CCD.

DDRM Jackson, LLC
DEVELOPMENT MANAGER

DocuSigned by:
Marty Breen
SIGNATURE 3A9ED498CA34F5...

Martin J. Breen, Principal

11/18/2022
DATE
11/20/2022 | 1:14 PM PST

Note: Pursuant to Contract Exhibit F, Owner's signature is only required for single CCDs in excess of $750,000 or when collective CCDs together exceed $2,000,000, otherwise CCDs may be signed on behalf of the Owner by the Development Manager.

| | | |
|---|---|---|
| IBI Group, a CA partnership | Cody Lane Development Corp | Layton Construction Company, LLC |
| **ARCHITECT** *(Firm name)* | **OWNER** *(Firm name)* | **CONTRACTOR** *(Firm name)* |
| DocuSigned by: [signature] | DocuSigned by: [signature] | |
| **SIGNATURE** 31C2856DA4DC... | **SIGNATURE** FB45F60E1900489... | **SIGNATURE** |
| Steve Jones, AIA, Project Architect | David C. Saunders, President | Robert Minhondo, Construction Manager |
| **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** |
| 11/18/2022 | 11/18/2022 | |
| **DATE** | **DATE** | **DATE** |
| 11/22/2022 \| 9:06 PM PST | 11/23/2022 \| 8:19 AM PST | |

**AIA Document G714™ – 2017.** Copyright © 2001, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 17:00:39 ET on 11/18/2022 under Order No.3104236475 which expires on 02/05/2023, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:** (3B9ADA4D)

PCO 4033

# Proposal Request

**Project Title:** Teton H1

**PR Number: 009**
**BOH / Operations Updates**

**Owner:** Cody Lane Development Corp
PO Box 734
Teton Village, WY 83025

**Contractor:** Layton Construction Company, LLC
9090 S Sandy Parkway
Sandy, UT 84070

**Issue Date:** 11/10/2022

**Project Number:** 119374

**Owner's Development Manager**:
DDRM Jackson, LLC
800 Tuachan Dr
Ivins, UT 84738

Please submit an itemized proposal for changes in the Contract Sum and Contract Time for proposed modifications to the Contract Documents described herein. *All material and workmanship are to be as described in the contract documents unless otherwise stated.*

THIS IS A PROPOSAL REQUEST ONLY. THIS IS NOT DIRECTION TO PROCEED WITH THE WORK CONTAINED IN THIS DOCUMENT.

**Description of change(s):**

Contractor to x-ray all existing slab before proceeding with any slab penetrations.

Any products or items already in use and approved for this project do not require re-submission for review. New Products not previously submitted and reviewed will need to be submitted for approval.

This Proposal Request includes the following revisions in the Architectural, Interior Design, Mechanical, Electrical and Plumbing drawings:

P3 BOH Spaces
In order to prevent saw cutting the slab on grade, a pump system has been added to eject waste water
Addition of laundry facilities
Addition of (2) employee locker rooms, including restroom facilities
Addition of an Employee Breakroom with a sink
Addition of staff offices
Addition of storage space in the tunnel connecting P3 and P4

P2 BOH Spaces
Deleted employee locker rooms, relocated to P3
Added offices and conference room
Added engineer's office and workshop

L2 Spaces
Added door between Great Hall and Kitchen
Revised coat room
Revised Chef's Table furniture/TV layout
Added door between Chef's Table and corridor

L3 Ski Lobby
Revised location of automatic sliding doors

PCO 4033

# Proposal Request

Attachments:

A811R - ENLARGED PLANS CRC
A812R - ENLARGED PLANS CRC
ID100.1R - REFERENCE PLAN BOH
ID100.2R - REFLECTED CEILING PLAN BOH
ID100.3R - PLAN BOH
ID100.4R - COMMUNICATION PLAN BOH
ID100.6R - REFERENCE & REFLECTED CEILING BOH PLANS
ID100.7R - POWER + COMMUNICATION BOH PLANS
ID103.5R - REFERENCE PLAN AREA B -AMENITIES
ID103.6R - REFLECTED CEILING PLAN AREA B -AMENITIES
ID103.7R - PLAN AREA B -AMENITIES
ID103.8R - COMMUNICATION PLAN AREA B -AMENITIES
ID104.1R - REFERENCE PLAN & REFLECTED CEILING PLANS -SKI LOBBY AND GREATHALL RCP
ID104.2R - & POWER + COMMUNICATION PLANS -SKI LOBBY
ID200.1R - ELEVATIONS
ID300.1R - EMPLOYEE LOCKER ROOMS
ID300.2R - EMPLOYEE LOCKER ROOMS
ID300.3R - EMPLOYEE LOCKER ROOMS
ID301.1R - WASHROOM
ID500.1R - MILLWORK DETAILS
ID502.1R - MILLWORK DETAILS -I
M107 - MECHANICAL SCHEDULES
M200 - OVERALL FLOOR PLAN LEVEL P3 -MECHANICAL
M301A - LEVEL P2 AREA 1 -MECHANICAL
M301C - LEVEL P2 AREA 3 -MECHANICAL
M302C - LEVEL P1 AREA 3 -MECHANICAL
P102 80 - PLUMBING SCHEDULES AND DIAGRAMS
P113 80 - ECOVAC DIAGRAMS
P200 - OVERALL FLOOR PLAN LEVEL P3 -PLUMBING
P301A - LEVEL P2 AREA 1 -WATER & GAS
P401A - LEVEL P2 AREA 1 -SANITARY & VENT
E001 - SYMBOLS, SCHEDULES AND NOTES
E002 - SCHEDULES AND NOTES
E004 - SCHEDULES AND NOTES
E005 - ONE-LINE DIAGRAM
E008 - PANELBOARD SCHEDULES
E009 - PANELBOARD SCHEDULES

PCO 4033

IBI

# Proposal Request

E016 - PANELBOARD SCHEDULES
E200 - LEVEL P3 & P4 LIGHTING PLAN
E201.1 - LEVEL P2 LIGHTING PLAN -AREA 1
E300 - LEVEL P3 & P4 POWER PLAN
E301.1 - LEVEL P2 POWER PLAN -AREA 1
E304.1 - LEVEL 02 POWER PLAN -AREA 1
E400 - LEVEL P3 & P4 SECURITY PLAN
E401 - LEVEL P2 SECURITY PLAN
F501 - LEVEL P3 & P4 FIRE ALARM PLAN
F502 - LEVEL P2 FIRE ALARM PLAN
T600 - LEVEL P3 & P4 TELECOM PLAN
T601 - LEVEL P2 TELECOM PLAN
V820 - LEVEL P3 & P4 AUDIOVISUAL PLAN
V821 - LEVEL P2 AUDIOVISUAL PLAN
V824 - LEVEL 02 AUDIOVISUAL PLAN

Section 23 09 93 SEQUENCE OF OPERATIONA FOR HVAC

**SMC Construction Company, Co.**
1086 Greg Street
Sparks, NV 89431

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 26-Feb-25 CHANGE ORDER REQUEST: **PCO-4359**

TITLE: CCD 813 ASI 616
Phaze COR # 389

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs to incorporate updated drawings and specifications as indicated in CCD 813 ASI 616 | | |
| 03.00 - Concrete- Exhibit A GMP Cost Breakdown<br>Phaze COR 389-CCD 813 | $ | 3,172 |
| **Subtotal:** | $ | 3,172 |
| Liability Insurance .33% | $ | 11 |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 2 |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 3,186 |

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed ___ calendar days.

ACCEPTED:

| SMC Construction, Co. | DDRM Jackson, LLC | Cody Lane Development |
|---|---|---|
| 1086 Greg Street | DEVELOPMENT MANAGER | PO Box 734 |
| Sparks, NV 89431 | | Jackson, WY |
| By: P Smith | By: | By: |
| Date: 02/26/2025 | Date: | Date: |

PCO 4359

PHAZE CONCRETE INC.
91 E. Canyon Commercial Ave.
Cedar City, UT 84721
**Phone** (435)656-9500 **Fax** (435)656-9501

# Change Order

**Date** 6/28/2024
**Customer** Layton Construction Company, LLC
**Project** 21.011 Teton Village H-1
**Number** 389
**Status** **Submitted**

**Reference Doc** CCD 813 ASI 616

**Memo** Two Umbrella Anchors were added after Change Order #269 was approved. This Change Order Request #389 is the cost impact for the change

| Material | | | | | | Labor | | | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total |
| 1 | Umbrella Anchors | ea | 2 | $380.00 | $760.00 T | Operator | hr | 2 | $88.66 | $177.32 | Fork Lift | hr | 2 | $79.24 | $158.48 T |
| 2 | Freight anchors | | 1 | $255.00 | $255.00 T | | | | | | | | | | |
| 3 | Forms | sq ft | 25 | $4.00 | $100.00 T | Carpenter | hr | 3 | $88.66 | $265.98 | | | | | |
| 4 | Concrete | cy | 1 | $350.00 | $350.00 T | Laborer | hr | 4 | $76.34 | $305.36 | | | | | |
| 5 | Rebar | lb | 53 | $1.09 | $57.77 T | Iron Worker | hr | 2 | $88.66 | $177.32 | | | | | |
| 6 | Fiber Mesh | yd | 1 | $15.00 | $15.00 T | | | | | | | | | | |
| **Material Totals** | | | | | $1,537.77 | **Labor Totals** | | | | $925.98 | **Equipment Totals** | | | | $158.48 |

**Scope Notes:**

**Number of days added to the schedule:** 1

| | | |
|---|---|---|
| **Sub Total** | | $2,622.23 |
| **Tax** | 8% | $135.70 |
| **P&O** | 15% | $413.69 |
| **Bond** | % | $0.00 |
| **Total** | | $3,171.62 |

PCO 4359

BARTON
REBAR STEEL SUPPLY

Remit to
14800 E. Moncrieff Place
Aurora, CO 80011
Phone: (303) 576-2200
Email: credit@barton-supply.com

# Sales Invoice

| | |
|---|---|
| Invoice No | 99334 |
| Invoice Date | 06/30/2021 |
| Delivery Date | 06/30/2021 |
| Terms | Net 30 Days |
| Customer | P2570 |
| Contact Name | RALPH |
| Contact Number | 720-340-8439 |
| Branch | Aurora |
| Your Ref | TETON HI PUMP BUILDING |
| Our Ref | 490970 |
| Taken By | Peter Bjick |
| Sales Rep | Chris Wilson |
| Sale Type | Delivered |

Page 1 of 1

**Invoice Address**
PHAZE CONCRETE INC.
91 E CANYON COMMERCIAL AVENUE
CEDAR CITY, UT, 84721

**Delivery Address:** 5000 - PHAZE CONCRETE INC.
5700 SNAKE RIVER RANCH RD
WILSON, WY, 83014

| Special Instructions | Notes |
|---|---|
| DAN 832-316-6973 | MONDAY AM W/ LOAD |

| Line | Description | Qty/Footage | Price | UOM | Total |
|---|---|---|---|---|---|
| 1 | 56030 - #5 REBAR, GR.60 - 30' | 10.01 CWT | 109.00 | CWT | 1,091.09 |
| 2 | 560 - #5 REBAR, GR.60 | 66.67 CWT | 109.00 | CWT | 7,267.03 |
| 3 | 46030 - #4 REBAR, GR.60 - 30' | 6.01 CWT | 109.00 | CWT | 655.09 |
| 4 | 460 - #4 REBAR, GR.60 | 45.44 CWT | 109.00 | CWT | 4,952.96 |
| 5 | 360 - #3 REBAR, GR.60 | 4.37 CWT | 109.00 | CWT | 476.33 |
| | REBAR PACKAGE: CONCRETE PUMP HOUSE FND, SOG<br>CONTROL CODE: 34QD<br>RELEASE #: 1<br># OF TAGS: 37<br>TONNAGE: 6.625<br>SOV LINE: | | | | |

**The invoice is due on 07/30/2021.**

In the event the Buyer's obligations arising under this invoice are enforced through a collection agency or attorneys with or without suit or any other proceeding, Buyer agrees to pay all collection costs or reasonable attorney fees of 25% on the principal balance due plus court costs.

| | |
|---|---|
| Total Amount | $14,442.50 |
| Sales Tax | $866.55 |
| **Invoice Total** | $15,309.05 |

Tax Area: WYJAC-[Jackson]

Goods received in good condition

**Print name** RALPH

**Signature** ____________________

 PCO 4359

BARTON
REBAR STEEL SUPPLY

**Remit to**
14800 E. Moncrieff Place
Aurora, CO 80011
Phone: (303) 576-2200
Email: credit@barton-supply.com

# Sales Invoice

| | |
|---|---|
| **Invoice No** | **99334** |
| **Invoice Date** | 06/30/2021 |
| **Delivery Date** | 06/30/2021 |
| **Terms** | Net 30 Days |
| **Customer** | P2570 |
| **Contact Name** | RALPH |
| **Contact Number** | 720-340-8439 |
| **Branch** | Aurora |
| **Your Ref** | **TETON HI PUMP BUILDING** |
| **Our Ref** | **490970** |
| **Taken By** | Peter Bjick |
| **Sales Rep** | Chris Wilson |
| **Sale Type** | Delivered |

Page 1 of 1

**Invoice Address**
PHAZE CONCRETE INC.
91 E CANYON COMMERCIAL AVENUE
CEDAR CITY, UT, 84721

**Delivery Address:** 5000 - PHAZE CONCRETE INC.
5700 SNAKE RIVER RANCH RD
WILSON, WY, 83014

| Special Instructions | Notes |
|---|---|
| DAN 832-316-6973 | MONDAY AM W/ LOAD |

| Line | Description | Qty/Footage | Price | UOM | Total |
|---|---|---|---|---|---|
| 1 | 56030 - #5 REBAR, GR.60 - 30' | 10.01 CWT | 109.00 | CWT | 1,091.09 |
| 2 | 560 - #5 REBAR, GR.60 | 66.67 CWT | 109.00 | CWT | 7,267.03 |
| 3 | 46030 - #4 REBAR, GR.60 - 30' | 6.01 CWT | 109.00 | CWT | 655.09 |
| 4 | 460 - #4 REBAR, GR.60 | 45.44 CWT | 109.00 | CWT | 4,952.96 |
| 5 | 360 - #3 REBAR, GR.60 | 4.37 CWT | 109.00 | CWT | 476.33 |
| | REBAR PACKAGE: CONCRETE PUMP HOUSE FND, SOG<br>CONTROL CODE: 34QD<br>RELEASE #: 1<br># OF TAGS: 37<br>TONNAGE: 6.625<br>SOV LINE: | | | | |

**The invoice is due on 07/30/2021.**

In the event the Buyer's obligations arising under this invoice are enforced through a collection agency or attorneys with or without suit or any other proceeding, Buyer agrees to pay all collection costs or reasonable attorney fees of 25% on the principal balance due plus court costs.

| | |
|---|---|
| Total Amount | $14,442.50 |
| Sales Tax | $866.55 |
| **Invoice Total** | $15,309.05 |

Tax Area: WYJAC-[Jackson]

Goods received in good condition

**Print name** RALPH

**Signature** ______________________

PCO 4359

# Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| 1290 | 13 | 8" H-8020 CLEANOUT R&C "CLEANOUT" | EA | 76.25 | 991.25 |
| | | | | SUBTOTAL | 1,836.14 |
| 1300 | | NDS DRAIN BASINS | | | |
| 1310 | | NDS SPEE-D BASINS CALLED OUT ARE ONLY MADE WITH A 3" OR 4" INLET AND A 6" TOP. ENG HAS CALLED FOR THEM ON 6" AND 8" | | | |
| 1320 | | LINES. ADDITIONAL FITTINGS MAY BE REQUIRED. QUOTED AS CLOSE AS POSSIBLE UNDER THESE CIRCUMSTANCES. | | | |
| 1330 | 44 | NDS 101 SPEE-D CATCH BASIN F/3" OR 4" LOCKING OUTLET | EA | 16.19 | 712.36 |
| 1340 | 37 | NDS 201 DOUBLE SPEE-D BASIN 2-3" AND 4" LOCKING OUTLETS | EA | 16.19 | 599.03 |
| 1350 | 4 | NDS 250 SPEE-D BASIN, 2-3" AND 4" 90 DEGREE OUTLETS | EA | 2.76 | 11.04 |
| 1360 | 10 | NDS 300 SPEE-D BASIN 3-4" & 4" 90 DEGREE OUTLETS | EA | 30.80 | 308.00 |
| 1370 | 3 | NDS 350 SPEE-D BASIN | EA | 35.91 | 107.73 |
| 1380 | | RISER REFERENCE PRICE. UNABLE TO DETERMINE OFF PLANS IF AND WHEN THEY WILL BE NEEDED. | | | |
| 1390** | 1 | NDS 101R SPEE-D BASIN RISER | EA | 9.17 | 9.17 |
| 1400 | 32 | NDS 922PB BRASS GRATE | EA | 94.15 | 3,012.80 |
| 1410 | 66 | NDS 90B 6 BRASS ATRIUM GRATE | EA | 231.12 | 15,253.92 |
| | | | | SUBTOTAL | 20,004.88 |
| 1420 | | TRENCH DRAIN | | | |
| 1430 | 93 | ACO 74408 KS100 SLOPED CHANNEL SS RAIL | EA | 130.23 | 12,111.39 |
| 1440 | | CHANNEL NUMBERS TBD | | | |
| 1450 | 73 | K100S TRENCH BRICKSLOT TOP 1/2 METER | EA | 195.89 | 14,299.97 |
| 1460 | 20 | K100S TRENCH BRICKSLOT TOP 25.4MM METER | EA | 114.62 | 2,292.40 |
| 1470 | 20 | ACO SS BRICKSLOT ACCESS UNIT | EA | 268.32 | 5,366.40 |
| 1480 | 114 | INSTALLATION DEVICE | EA | 15.19 | 1,731.66 |
| 1490 | 15 | ACO 968 KS100S UNIVERSAL CAP | EA | 9.14 | 137.10 |
| 1500 | 1 | GRATE REMOVAL TOOL | EA | 15.19 | 15.19 |
| 1510 | 11 | 1056-44 4 CI/PVCXCI/PVC CPLG | EA | 7.41 | 81.51 |
| | | | | SUBTOTAL | 36,035.62 |
| 1520 | | WALK OFF GRATES | | | |
| 1530 | | STORM NOTE #12 CALLS FOR 24" | | | |
| 1540 | | NDS GRATES, LENGTH PER PLANS. | | | |
| 1550 | | THE LARGEST OFFERED IS 24"X24" | | | |
| 1560 | | THESE STRUCTURES WILL NEED TO | | | |
| 1570 | | CONCRETE. NO QUOTE ON THESE | | | |
| 1580 | | DRAINS. | | | |
| | | | | SUBTOTAL | 0.00 |
| 1590 | | MECHANICAL VAULT FLOOR DRAINS | | | |
| 1600 | | NO INFORMATION GIVEN | | | |
| | | | | SUBTOTAL | 0.00 |
| 1610 | | FOUNDATION DRAIN | | | |
| 1620 | 3500 | 4 ADS HWY CORR PERF 100' SGL WALL 04410100 | FT | 0.90 | 3,150.00 |
| 1630 | 1000 | 6 ADS CORR SOLID 100' SGL WALL 06510100 | FT | 2.60 | 2,600.00 |
| 1640 | 500 | 6 ADS CORR PERF 100' SGL WALL 06010100 | FT | 2.60 | 1,300.00 |
| 1650 | 4 | 24" X 150' STRIPDRAIN | ROL | 498.47 | 1,993.88 |
| 1660 | 10 | 4 X 50 SITEDRAIN 184 | ROL | 210.77 | 2,107.70 |
| 1670 | 35 | 0421AA 4 ADS SW SNAP TEE | EA | 6.84 | 239.40 |
| 1680 | 29 | 0490AA 4 ADS SW SNAP 90 | EA | 8.52 | 247.08 |
| 1690 | 23 | 0432AA 4 ADS SW SNAP END CAP | EA | 4.28 | 98.44 |
| 1700 | 8 | 0624AA 6X4 ADS SW RED TEE | EA | 15.65 | 125.20 |
| 1710 | 4 | 0626AA 6 ADS SW SNAP TEE | EA | 15.23 | 60.92 |
| 1720 | 7 | 0699ST 6 ADS N12 ST 90 MOLDED | EA | 24.60 | 172.20 |
| 1730 | 3 | 0667AA 6 ADS SNAP END CAP SGL WALL | EA | 8.12 | 24.36 |

** For reference only - not included in total

PCO 4359

CORE & MAIN

# Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| 1290 | 13 | 8" H-8020 CLEANOUT R&C "CLEANOUT" | EA | 76.25 | 991.25 |
| | | | | **SUBTOTAL** | **1,836.14** |
| 1300 | | NDS DRAIN BASINS | | | |
| 1310 | | NDS SPEE-D BASINS CALLED OUT ARE ONLY MADE WITH A 3" OR 4" INLET AND A 6" TOP. ENG HAS CALLED FOR THEM ON 6" AND 8" | | | |
| 1320 | | LINES. ADDITIONAL FITTINGS MAY BE REQUIRED. QUOTED AS CLOSE AS POSSIBLE UNDER THESE CIRCUMSTANCES. | | | |
| 1330 | 44 | NDS 101 SPEE-D CATCH BASIN F/3" OR 4" LOCKING OUTLET | EA | 16.19 | 712.36 |
| 1340 | 37 | NDS 201 DOUBLE SPEE-D BASIN 2-3" AND 4" LOCKING OUTLETS | EA | 16.19 | 599.03 |
| 1350 | 4 | NDS 250 SPEE-D BASIN, 2-3" AND 4" 90 DEGREE OUTLETS | EA | 2.76 | 11.04 |
| 1360 | 10 | NDS 300 SPEE-D BASIN 3-4" & 4" 90 DEGREE OUTLETS | EA | 30.80 | 308.00 |
| 1370 | 3 | NDS 350 SPEE-D BASIN | EA | 35.91 | 107.73 |
| 1380 | | RISER REFERENCE PRICE. UNABLE TO DETERMINE OFF PLANS IF AND WHEN THEY WILL BE NEEDED. | | | |
| 1390** | 1 | NDS 101R SPEE-D BASIN RISER | EA | 9.17 | 9.17 |
| 1400 | 32 | NDS 922PB BRASS GRATE | EA | 94.15 | 3,012.80 |
| 1410 | 66 | NDS 90B 6 BRASS ATRIUM GRATE | EA | 231.12 | 15,253.92 |
| | | | | **SUBTOTAL** | **20,004.88** |
| 1420 | | TRENCH DRAIN | | | |
| 1430 | 93 | ACO 74408 KS100 SLOPED CHANNEL SS RAIL | EA | 130.23 | 12,111.39 |
| 1440 | | CHANNEL NUMBERS TBD | | | |
| 1450 | 73 | K100S TRENCH BRICKSLOT TOP 1/2 METER | EA | 195.89 | 14,299.97 |
| 1460 | 20 | K100S TRENCH BRICKSLOT TOP 25.4MM METER | EA | 114.62 | 2,292.40 |
| 1470 | 20 | ACO SS BRICKSLOT ACCESS UNIT | EA | 268.32 | 5,366.40 |
| 1480 | 114 | INSTALLATION DEVICE | EA | 15.19 | 1,731.66 |
| 1490 | 15 | ACO 968 KS100S UNIVERSAL CAP | EA | 9.14 | 137.10 |
| 1500 | 1 | GRATE REMOVAL TOOL | EA | 15.19 | 15.19 |
| 1510 | 11 | 1056-44 4 CI/PVCXCI/PVC CPLG | EA | 7.41 | 81.51 |
| | | | | **SUBTOTAL** | **36,035.62** |
| 1520 | | WALK OFF GRATES | | | |
| 1530 | | STORM NOTE #12 CALLS FOR 24" | | | |
| 1540 | | NDS GRATES, LENGTH PER PLANS. | | | |
| 1550 | | THE LARGEST OFFERED IS 24"X24" | | | |
| 1560 | | THESE STRUCTURES WILL NEED TO | | | |
| 1570 | | CONCRETE. NO QUOTE ON THESE | | | |
| 1580 | | DRAINS. | | | |
| | | | | **SUBTOTAL** | **0.00** |
| 1590 | | MECHANICAL VAULT FLOOR DRAINS | | | |
| 1600 | | NO INFORMATION GIVEN | | | |
| | | | | **SUBTOTAL** | **0.00** |
| 1610 | | FOUNDATION DRAIN | | | |
| 1620 | 3500 | 4 ADS HWY CORR PERF 100' SGL WALL 04410100 | FT | 0.90 | 3,150.00 |
| 1630 | 1000 | 6 ADS CORR SOLID 100' SGL WALL 06510100 | FT | 2.60 | 2,600.00 |
| 1640 | 500 | 6 ADS CORR PERF 100' SGL WALL 06010100 | FT | 2.60 | 1,300.00 |
| 1650 | 4 | 24" X 150' STRIPDRAIN | ROL | 498.47 | 1,993.88 |
| 1660 | 10 | 4 X 50 SITEDRAIN 184 | ROL | 210.77 | 2,107.70 |
| 1670 | 35 | 0421AA 4 ADS SW SNAP TEE | EA | 6.84 | 239.40 |
| 1680 | 29 | 0490AA 4 ADS SW SNAP 90 | EA | 8.52 | 247.08 |
| 1690 | 23 | 0432AA 4 ADS SW SNAP END CAP | EA | 4.28 | 98.44 |
| 1700 | 8 | 0624AA 6X4 ADS SW RED TEE | EA | 15.65 | 125.20 |
| 1710 | 4 | 0626AA 6 ADS SW SNAP TEE | EA | 15.23 | 60.92 |
| 1720 | 7 | 0699ST 6 ADS N12 ST 90 MOLDED | EA | 24.60 | 172.20 |
| 1730 | 3 | 0667AA 6 ADS SNAP END CAP SGL WALL | EA | 8.12 | 24.36 |

** For reference only - not included in total

PCO 4359

BARTON
REBAR STEEL SUPPLY

Remit to
14800 E. Moncrieff Place
Aurora, CO 80011
Phone: (303) 576-2200
Email: credit@barton-supply.com

# Sales Invoice

| | |
|---|---|
| Invoice No | 99334 |
| Invoice Date | 06/30/2021 |
| Delivery Date | 06/30/2021 |
| Terms | Net 30 Days |
| Customer | P2570 |
| Contact Name | RALPH |
| Contact Number | 720-340-8439 |
| Branch | Aurora |
| Your Ref | TETON HI PUMP BUILDING |
| Our Ref | 490970 |
| Taken By | Peter Bjick |
| Sales Rep | Chris Wilson |
| Sale Type | Delivered |

Page 1 of 1

**Invoice Address**
PHAZE CONCRETE INC.
91 E CANYON COMMERCIAL AVENUE
CEDAR CITY, UT, 84721

**Delivery Address:** 5000 - PHAZE CONCRETE INC.
5700 SNAKE RIVER RANCH RD
WILSON, WY, 83014

| Special Instructions | Notes |
|---|---|
| DAN 832-316-6973 | MONDAY AM W/ LOAD |

| Line | Description | Qty/Footage | Price | UOM | Total |
|---|---|---|---|---|---|
| 1 | 56030 - #5 REBAR, GR.60 - 30' | 10.01 CWT | 109.00 | CWT | 1,091.09 |
| 2 | 560 - #5 REBAR, GR.60 | 66.67 CWT | 109.00 | CWT | 7,267.03 |
| 3 | 46030 - #4 REBAR, GR.60 - 30' | 6.01 CWT | 109.00 | CWT | 655.09 |
| 4 | 460 - #4 REBAR, GR.60 | 45.44 CWT | 109.00 | CWT | 4,952.96 |
| 5 | 360 - #3 REBAR, GR.60 | 4.37 CWT | 109.00 | CWT | 476.33 |
| | REBAR PACKAGE: CONCRETE PUMP HOUSE FND, SOG<br>CONTROL CODE: 34QD<br>RELEASE #: 1<br># OF TAGS: 37<br>TONNAGE: 6.625<br>SOV LINE: | | | | |

**The invoice is due on 07/30/2021.**

In the event the Buyer's obligations arising under this invoice are enforced through a collection agency or attorneys with or without suit or any other proceeding, Buyer agrees to pay all collection costs or reasonable attorney fees of 25% on the principal balance due plus court costs.

| | |
|---|---|
| Total Amount | $14,442.50 |
| Sales Tax | $866.55 |
| **Invoice Total** | $15,309.05 |

Tax Area: WYJAC-[Jackson]

Goods received in good condition

**Print name** RALPH

**Signature**

PCO 4359

CORE & MAIN

Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| 1290 | 13 | 8" H-8020 CLEANOUT R&C "CLEANOUT" | EA | 76.25 | 991.25 |
| | | | | **SUBTOTAL** | **1,836.14** |
| 1300 | | NDS DRAIN BASINS | | | |
| 1310 | | NDS SPEE-D BASINS CALLED OUT ARE ONLY MADE WITH A 3" OR 4" INLET AND A 6" TOP. ENG HAS CALLED FOR THEM ON 6" AND 8" | | | |
| 1320 | | LINES. ADDITIONAL FITTINGS MAY BE REQUIRED. QUOTED AS CLOSE AS POSSIBLE UNDER THESE CIRCUMSTANCES. | | | |
| 1330 | 44 | NDS 101 SPEE-D CATCH BASIN F/3" OR 4" LOCKING OUTLET | EA | 16.19 | 712.36 |
| 1340 | 37 | NDS 201 DOUBLE SPEE-D BASIN 2-3" AND 4" LOCKING OUTLETS | EA | 16.19 | 599.03 |
| 1350 | 4 | NDS 250 SPEE-D BASIN, 2-3" AND 4" 90 DEGREE OUTLETS | EA | 2.76 | 11.04 |
| 1360 | 10 | NDS 300 SPEE-D BASIN 3-4" & 4" 90 DEGREE OUTLETS | EA | 30.80 | 308.00 |
| 1370 | 3 | NDS 350 SPEE-D BASIN | EA | 35.91 | 107.73 |
| 1380 | | RISER REFERENCE PRICE. UNABLE TO DETERMINE OFF PLANS IF AND WHEN THEY WILL BE NEEDED. | | | |
| 1390** | 1 | NDS 101R SPEE-D BASIN RISER | EA | 9.17 | 9.17 |
| 1400 | 32 | NDS 922PB BRASS GRATE | EA | 94.15 | 3,012.80 |
| 1410 | 66 | NDS 90B 6 BRASS ATRIUM GRATE | EA | 231.12 | 15,253.92 |
| | | | | **SUBTOTAL** | **20,004.88** |
| 1420 | | TRENCH DRAIN | | | |
| 1430 | 93 | ACO 74408 KS100 SLOPED CHANNEL SS RAIL | EA | 130.23 | 12,111.39 |
| 1440 | | CHANNEL NUMBERS TBD | | | |
| 1450 | 73 | K100S TRENCH BRICKSLOT TOP 1/2 METER | EA | 195.89 | 14,299.97 |
| 1460 | 20 | K100S TRENCH BRICKSLOT TOP 25.4MM METER | EA | 114.62 | 2,292.40 |
| 1470 | 20 | ACO SS BRICKSLOT ACCESS UNIT | EA | 268.32 | 5,366.40 |
| 1480 | 114 | INSTALLATION DEVICE | EA | 15.19 | 1,731.66 |
| 1490 | 15 | ACO 968 KS100S UNIVERSAL CAP | EA | 9.14 | 137.10 |
| 1500 | 1 | GRATE REMOVAL TOOL | EA | 15.19 | 15.19 |
| 1510 | 11 | 1056-44 4 CI/PVCXCI/PVC CPLG | EA | 7.41 | 81.51 |
| | | | | **SUBTOTAL** | **36,035.62** |
| 1520 | | WALK OFF GRATES | | | |
| 1530 | | STORM NOTE #12 CALLS FOR 24" | | | |
| 1540 | | NDS GRATES, LENGTH PER PLANS. | | | |
| 1550 | | THE LARGEST OFFERED IS 24"X24" | | | |
| 1560 | | THESE STRUCTURES WILL NEED TO | | | |
| 1570 | | CONCRETE. NO QUOTE ON THESE | | | |
| 1580 | | DRAINS. | | | |
| | | | | **SUBTOTAL** | **0.00** |
| 1590 | | MECHANICAL VAULT FLOOR DRAINS | | | |
| 1600 | | NO INFORMATION GIVEN | | | |
| | | | | **SUBTOTAL** | **0.00** |
| 1610 | | FOUNDATION DRAIN | | | |
| 1620 | 3500 | 4 ADS HWY CORR PERF 100' SGL WALL 04410100 | FT | 0.90 | 3,150.00 |
| 1630 | 1000 | 6 ADS CORR SOLID 100' SGL WALL 06510100 | FT | 2.60 | 2,600.00 |
| 1640 | 500 | 6 ADS CORR PERF 100' SGL WALL 06010100 | FT | 2.60 | 1,300.00 |
| 1650 | 4 | 24" X 150' STRIPDRAIN | ROL | 498.47 | 1,993.88 |
| 1660 | 10 | 4 X 50 SITEDRAIN 184 | ROL | 210.77 | 2,107.70 |
| 1670 | 35 | 0421AA 4 ADS SW SNAP TEE | EA | 6.84 | 239.40 |
| 1680 | 29 | 0490AA 4 ADS SW SNAP 90 | EA | 8.52 | 247.08 |
| 1690 | 23 | 0432AA 4 ADS SW SNAP END CAP | EA | 4.28 | 98.44 |
| 1700 | 8 | 0624AA 6X4 ADS SW RED TEE | EA | 15.65 | 125.20 |
| 1710 | 4 | 0626AA 6 ADS SW SNAP TEE | EA | 15.23 | 60.92 |
| 1720 | 7 | 0699ST 6 ADS N12 ST 90 MOLDED | EA | 24.60 | 172.20 |
| 1730 | 3 | 0667AA 6 ADS SNAP END CAP SGL WALL | EA | 8.12 | 24.36 |

** For reference only - not included in total

PCO 4359

BARTON REBAR STEEL SUPPLY

**Remit to**
14800 E. Moncrieff Place
Aurora, CO 80011
Phone: (303) 576-2200
Email: credit@barton-supply.com

# Sales Invoice

| | |
|---|---|
| **Invoice No** | **99334** |
| Invoice Date | 06/30/2021 |
| Delivery Date | 06/30/2021 |
| Terms | Net 30 Days |
| Customer | P2570 |
| Contact Name | RALPH |
| Contact Number | 720-340-8439 |
| Branch | Aurora |
| Your Ref | TETON HI PUMP BUILDING |
| Our Ref | 490970 |
| Taken By | Peter Bjick |
| Sales Rep | Chris Wilson |
| Sale Type | Delivered |

Page 1 of 1

**Invoice Address**
PHAZE CONCRETE INC.
91 E CANYON COMMERCIAL AVENUE
CEDAR CITY, UT, 84721

**Delivery Address:** 5000 - PHAZE CONCRETE INC.
5700 SNAKE RIVER RANCH RD
WILSON, WY, 83014

| Special Instructions | Notes |
|---|---|
| DAN 832-316-6973 | MONDAY AM W/ LOAD |

| Line | Description | Qty/Footage | Price | UOM | Total |
|---|---|---|---|---|---|
| 1 | 56030 - #5 REBAR, GR.60 - 30' | 10.01 CWT | 109.00 | CWT | 1,091.09 |
| 2 | 560 - #5 REBAR, GR.60 | 66.67 CWT | 109.00 | CWT | 7,267.03 |
| 3 | 46030 - #4 REBAR, GR.60 - 30' | 6.01 CWT | 109.00 | CWT | 655.09 |
| 4 | 460 - #4 REBAR, GR.60 | 45.44 CWT | 109.00 | CWT | 4,952.96 |
| 5 | 360 - #3 REBAR, GR.60 | 4.37 CWT | 109.00 | CWT | 476.33 |
| | REBAR PACKAGE: CONCRETE PUMP HOUSE FND, SOG<br>CONTROL CODE: 34QD<br>RELEASE #: 1<br># OF TAGS: 37<br>TONNAGE: 6.625<br>SOV LINE: | | | | |

**The invoice is due on 07/30/2021.**

In the event the Buyer's obligations arising under this invoice are enforced through a collection agency or attorneys with or without suit or any other proceeding, Buyer agrees to pay all collection costs or reasonable attorney fees of 25% on the principal balance due plus court costs.

| | |
|---|---|
| Total Amount | $14,442.50 |
| Sales Tax | $866.55 |
| **Invoice Total** | $15,309.05 |

Tax Area: WYJAC-[Jackson]

Goods received in good condition

**Print name** RALPH

**Signature**

PCO 4359

CORE & MAIN

# Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| 1290 | 13 | 8" H-8020 CLEANOUT R&C "CLEANOUT" | EA | 76.25 | 991.25 |
| | | | | **SUBTOTAL** | **1,836.14** |
| 1300 | | NDS DRAIN BASINS | | | |
| 1310 | | NDS SPEE-D BASINS CALLED OUT ARE ONLY MADE WITH A 3" OR 4" INLET AND A 6" TOP. ENG HAS CALLED FOR THEM ON 6" AND 8" | | | |
| 1320 | | LINES. ADDITIONAL FITTINGS MAY BE REQUIRED. QUOTED AS CLOSE AS POSSIBLE UNDER THESE CIRCUMSTANCES. | | | |
| 1330 | 44 | NDS 101 SPEE-D CATCH BASIN F/3" OR 4" LOCKING OUTLET | EA | 16.19 | 712.36 |
| 1340 | 37 | NDS 201 DOUBLE SPEE-D BASIN 2-3" AND 4" LOCKING OUTLETS | EA | 16.19 | 599.03 |
| 1350 | 4 | NDS 250 SPEE-D BASIN, 2-3" AND 4" 90 DEGREE OUTLETS | EA | 2.76 | 11.04 |
| 1360 | 10 | NDS 300 SPEE-D BASIN 3-4" & 4" 90 DEGREE OUTLETS | EA | 30.80 | 308.00 |
| 1370 | 3 | NDS 350 SPEE-D BASIN | EA | 35.91 | 107.73 |
| 1380 | | RISER REFERENCE PRICE. UNABLE TO DETERMINE OFF PLANS IF AND WHEN THEY WILL BE NEEDED. | | | |
| 1390** | 1 | NDS 101R SPEE-D BASIN RISER | EA | 9.17 | 9.17 |
| 1400 | 32 | NDS 922PB BRASS GRATE | EA | 94.15 | 3,012.80 |
| 1410 | 66 | NDS 90B 6 BRASS ATRIUM GRATE | EA | 231.12 | 15,253.92 |
| | | | | **SUBTOTAL** | **20,004.88** |
| 1420 | | TRENCH DRAIN | | | |
| 1430 | 93 | ACO 74408 KS100 SLOPED CHANNEL SS RAIL | EA | 130.23 | 12,111.39 |
| 1440 | | CHANNEL NUMBERS TBD | | | |
| 1450 | 73 | K100S TRENCH BRICKSLOT TOP 1/2 METER | EA | 195.89 | 14,299.97 |
| 1460 | 20 | K100S TRENCH BRICKSLOT TOP 25.4MM METER | EA | 114.62 | 2,292.40 |
| 1470 | 20 | ACO SS BRICKSLOT ACCESS UNIT | EA | 268.32 | 5,366.40 |
| 1480 | 114 | INSTALLATION DEVICE | EA | 15.19 | 1,731.66 |
| 1490 | 15 | ACO 968 KS100S UNIVERSAL CAP | EA | 9.14 | 137.10 |
| 1500 | 1 | GRATE REMOVAL TOOL | EA | 15.19 | 15.19 |
| 1510 | 11 | 1056-44 4 CI/PVCXCI/PVC CPLG | EA | 7.41 | 81.51 |
| | | | | **SUBTOTAL** | **36,035.62** |
| 1520 | | WALK OFF GRATES | | | |
| 1530 | | STORM NOTE #12 CALLS FOR 24" | | | |
| 1540 | | NDS GRATES, LENGTH PER PLANS. | | | |
| 1550 | | THE LARGEST OFFERED IS 24"X24" | | | |
| 1560 | | THESE STRUCTURES WILL NEED TO | | | |
| 1570 | | CONCRETE. NO QUOTE ON THESE | | | |
| 1580 | | DRAINS. | | | |
| | | | | **SUBTOTAL** | **0.00** |
| 1590 | | MECHANICAL VAULT FLOOR DRAINS | | | |
| 1600 | | NO INFORMATION GIVEN | | | |
| | | | | **SUBTOTAL** | **0.00** |
| 1610 | | FOUNDATION DRAIN | | | |
| 1620 | 3500 | 4 ADS HWY CORR PERF 100' SGL WALL 04410100 | FT | 0.90 | 3,150.00 |
| 1630 | 1000 | 6 ADS CORR SOLID 100' SGL WALL 06510100 | FT | 2.60 | 2,600.00 |
| 1640 | 500 | 6 ADS CORR PERF 100' SGL WALL 06010100 | FT | 2.60 | 1,300.00 |
| 1650 | 4 | 24" X 150' STRIPDRAIN | ROL | 498.47 | 1,993.88 |
| 1660 | 10 | 4 X 50 SITEDRAIN 184 | ROL | 210.77 | 2,107.70 |
| 1670 | 35 | 0421AA 4 ADS SW SNAP TEE | EA | 6.84 | 239.40 |
| 1680 | 29 | 0490AA 4 ADS SW SNAP 90 | EA | 8.52 | 247.08 |
| 1690 | 23 | 0432AA 4 ADS SW SNAP END CAP | EA | 4.28 | 98.44 |
| 1700 | 8 | 0624AA 6X4 ADS SW RED TEE | EA | 15.65 | 125.20 |
| 1710 | 4 | 0626AA 6 ADS SW SNAP TEE | EA | 15.23 | 60.92 |
| 1720 | 7 | 0699ST 6 ADS N12 ST 90 MOLDED | EA | 24.60 | 172.20 |
| 1730 | 3 | 0667AA 6 ADS SNAP END CAP SGL WALL | EA | 8.12 | 24.36 |

** For reference only - not included in total

PCO 4359

TUUCI

**TUUCI, LLC**
1000 SE 8TH STREET, Miami - Hialeah, FL, 33010 United States
Tel + (305) 634-5116
www.tuuci.com

# ESTIMATE

**Bill To**

Phaze Concrete Inc
91 E Canyon Commercial Ave
Cedar City UT 84721-7784
United States
Contact: Jacob Jessop

**Ship To**

Phaze Concrete
3355 W Cody Ln
Teton Village WY 83025
United States

**QUOTE No: EX00026069**

Quote Date: 7/1/2024
Est Ship Date: TBD
Sales Rep: CHARLES EISEN & ASSOCIATES
Entered By: CPE
Shipping From: Miami

| Customer REF: | Ship Via: | Freight Terms: | Shipping Terms: | Payment Terms: |
|---|---|---|---|---|
| Teton Village H-1 | BEST WAY | Ex Works | Prepaid | <$5k 100% to WIP/ >$5k 50% down/50% befo |

| ITEM / PART | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| IGSM | In Ground Security Mount for MAX<br>Base Plate: Security Sleeve Packed with Frame | 19.000 | $380.00 | **$7,220.00** |

| | |
|---|---|
| Subtotal: | $7,220.00 |
| Freight: | $194.00 |
| Taxes: | $433.20 |
| **Grand Total:** | **$7,847.20** |
| Deposits: | $0.00 |
| **Balance Due:** | **$7,847.20** |

**All amounts are in USD**

Estimates are valid for 30 days. Estimated ship dates reflect the current manufacturing lead time from the receipt of complete Purchase Order and deposit payments. Custom Products or other factors may increase lead times. Stock items, replacement parts and the express ship program have shorter lead times. Estimated ship date is specified on your order confirmation. We accept payment via ACH, wire and check. Please include TUUCI invoice number with payment.

Your signature below acknowledges that you have reviewed and hereby confirm all specifications to be correct. All orders are custom made and once in production, cancellation or revision fees may apply. Any changes made to an order in production may result in additional charges and extended lead time. Freight charges are curbside or dockside only and do not include inside delivery or installation. Customs and Duties are not included on shipments outside the US. All sales are final, no shipping claims can be made after five days of receipt of items.

To proceed with this estimate please provide a signed copy to your Tuuci Sales Representative or Tuuci Regional Sales Team.

Jacob N Jessop
Signature

Jacob N. Jessop
Print Name

If required, a deposit will be requested once your Tuuci Rep has processed your Estimate.

July 1, 2024

EVANS CONSTRUCTION
A CRH COMPANY

P.O. Box 4309
Jackson, WY 83001

| | |
|---|---|
| **Customer No:** | 134125 |
| **Invoice No:** | 231950 |
| **Inv Date:** | 05/23/23 |
| **Page:** | Page 1 of 1 |
| **Customer PO:** | 3355 Cody LN |
| **Customer Job:** | 18973/052323/1 |

Phaze Concrete Inc
91 East Canyon Commercial Ave
Cedar City UT 84721

invoice@phazeconcrete.com

Evans Construction Company
P.O. Box 4309
Jackson, WY 83001
307-733-3029

**Delivered To:** 3355 Cody LN

| Date | | Item | Description | Quantity | UM | Unit Price | MatlTotal | TaxCode | TaxTotal | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Ticket #: 70194093** | | | | | | | | | **From: 05401 Evans Ready Mix** | |
| 05/23/23 | 70194093 | 3137544 | 5000 PSI Pea Rock High Range Concrete | 5.00 | CY | 284.50 | 1,422.50 | WY01 | 85.35 | 1,507.85 |
| 05/23/23 | 70194093 | TRKTIME | TRUCKTIME | 110.00 | EA | 2.85 | 313.50 | WY00 | 0.00 | 313.50 |
| 05/23/23 | 70194093 | 901.FSCRM | FUEL SURCHARGE | 1.00 | EA | 14.00 | 14.00 | WY01 | 0.84 | 14.84 |
| **Total** | | | **Cubic Yards of Readymix** | **5.00** | | | **1,750.00** | | **86.19** | **1,836.19** |
| | | | **Total Invoice:** | | | | **1,750.00** | | **86.19** | **1,836.19** |

**Total Cubic Yards of Readymix for this Invoice** **5.00**

**Invoice Taxing Authority Summary:**
**WY01 WY - Sales & Use Tax Teton** 85.35

***Don't be the victim of cyber fraud! Our banking details will likely NEVER change. If you receive any correspondence requesting a change in our banking details, please contact us immediately***

Finance Charges will be applied to any late invoices at a rate of 1.5% per month per credit agreement or the State's Lawful Amount

**Invoice Amount:** **1,836.19**

**Amount Paid:** ____________

| | |
|---|---|
| **Customer Name:** | Phaze Concrete Inc |
| **Customer No:** | 134125 |
| **Invoice #:** | 231950 |
| **Date:** | 05/23/23 |
| **Customer Job:** | 18973/052323/1 |
| **Customer PO:** | 3355 Cody LN |
| **Due Date:** | 06/22/23 |

If you have any questions about your invoice please call 307-733-3029

**Remit Payment To:** **Evans Construction Company**
**2350 S 1900 W Ste. 200**
**Ogden, UT 84401**

**Please provide your email address below if you would like to start receiving your invoices via email**

______________________________

PCO 4359

TUUCI

**TUUCI, LLC**
1000 SE 8TH STREET, Miami - Hialeah, FL, 33010 United States
Tel + (305) 634-5116
www.tuuci.com

# ESTIMATE

**Bill To**

Phaze Concrete Inc
91 E Canyon Commercial Ave
Cedar City UT 84721-7784
United States
Contact: Jacob Jessop

**Ship To**

Hoback Club
5700 Snake River Ranch Rd
Wilson WY 83014-9160
United States
Contact: Jacob Jessop
Phone: 928-218-0070

**QUOTE No: EX00021115**

Quote Date: 10/19/2023
Est Ship Date: TBD
Sales Rep: CHARLES EISEN & ASSOCIATES
Entered By: CPE
Shipping From: Miami

| Customer REF: | Ship Via: | Freight Terms: | Shipping Terms: | Payment Terms: |
|---|---|---|---|---|
| IGSM | BEST WAY | Ex Works | Prepaid | <$5k 100% to WIP/ >$5k 50% down/50% befo |

| ITEM / PART | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| IGSM | In Ground Security Mount for MAX<br>Base Plate: Security Sleeve Packed with Frame<br>JOB: EJOB050454 | 17.000 | $380.00 | **$6,460.00** |

| | |
|---|---|
| Subtotal: | $6,460.00 |
| Freight: | $255.00 |
| Taxes: | $387.60 |
| **Grand Total:** | **$7,102.60** |
| Deposits: | $0.00 |
| **Balance Due:** | **$7,102.60** |

**All amounts are in USD**

Estimates are valid for 30 days. Estimated ship dates reflect the current manufacturing lead time from the receipt of complete Purchase Order and deposit payments. Custom Products or other factors may increase lead times. Stock items, replacement parts and the express ship program have shorter lead times. Estimated ship date is specified on your order confirmation. We accept payment via ACH, wire and check. Please include TUUCI invoice number with payment.

Your signature below acknowledges that you have reviewed and hereby confirm all specifications to be correct. All orders are custom made and once in production, cancellation or revision fees may apply. Any changes made to an order in production may result in additional charges and extended lead time. Freight charges are curbside or dockside only and do not include inside delivery or installation. Customs and Duties are not included on shipments outside the US. All sales are final, no shipping claims can be made after five days of receipt of items.

To proceed with this estimate please provide a signed copy to your Tuuci Sales Representative or Tuuci Regional Sales Team.

Signature ______________________ Print Name ______________________

If required, a deposit will be requested once your Tuuci Rep has processed your Estimate.

PCO 4359

# Quote

**Mr. Rebar LLC**
1720 10th Ave S
Ste 4 #405
Great Falls, MT 59405
Phone: 406-205-0234

Page 1 of 1
11/8/2023 4:10:58 PM
Quote #: 00632
Salesman: Wallace Barlow

Customer Name: Phaze Concrete
Customer Contact: Charles Knudson
Job Description: Umbrella Anchorage- Teton Village
Payment Terms: Cash

Customer Code: Phaze Concrete
Phone:
Shipping Method: Counter Pickup

Ship To:

Bill To:

## Material

| Qty | Dimensions | Length | Grade | Total |
|---|---|---|---|---|
| 10 | REB 3 | 4'-6 | A615-60 | $13.20 |
| 51 | REB 3 | 6'-0 | A615-60 | $89.76 |
| 40 | REB 4 | 1'-6 | A615-60 | $29.20 |
| 136 | REB 4 | 2'-4 | A615-60 | $155.04 |
| **237** | | | | **$287.20** |

## Charges

| Type | Quantity | Amount Each | Total |
|---|---|---|---|
| Miscellaneous Delivery | 1 | $500.00 | $500.00 |
| | | | **$500.00** |

Sub-Total: $787.20
Tax: $0.00

**Total: $787.20**

PCO 4359

EVANS CONSTRUCTION
A CRH COMPANY

# Ready Mix Materials

Customer Quotation

*We are pleased to quote the following:*



www.evansconstruction.com

7255 S. HWY 89 • P.O. Box 4309 • Jackson, WY 83001 • Phone: (307) 733-3029 • Fax: (307) 733-8313

**Company:** Miscellaneous Customer

**Attention:** Interested Contractors

*Date:* 2/1/2021

*Phone:*

Phaze

**Project Name:** Teton Village H-1 Project

**Project Location:**

*Customer #* 124022

*Quote #* Q627107-4

*Project Sales Tax Exempt* No

| Material | Location | Unit | Approx Quantity | Delivered |
|---|---|---|---|---|
| 3000 FA Commercial-All Other Conc. | Evans Ready Mix | CY | 0 | $215.00 |
| 4000 FA COMMERCIAL-Foundations | Evans Ready Mix | CY | 0 | $227.00 |
| 4000 PSI Commercial 3/4" HR-Topping Slabs | Evans Ready Mix | CY | 0 | $249.00 |
| 5000 PSI FA, HR, 3/4 Concrete-Post-Tensioned Slabs & Beams | Evans Ready Mix | CY | 0 | $284.50 |
| 5000 PSI Fly Ash HR Concrete-Columns | Evans Ready Mix | CY | 0 | $257.00 |
| 6000 PSI FA, 3/4, High Range-Shear Walls | Evans Ready Mix | CY | 0 | $279.00 |
| 6000 PSI Fly Ash HR Concrete-Columns | Evans Ready Mix | CY | 0 | $279.00 |
| HIGH RANGE WATER REDUCER | Evans Ready Mix | GAL | 0 | $17.50 |
| NCA 1% | Evans Ready Mix | GAL | 0 | $13.25 |
| DCI-Corrosion Inhibitor Admixture | Evans Ready Mix | CY | 0 | $26.00 |
| DELVO STABILIZER | Evans Ready Mix | CY | 0 | $16.50 |
| MASTER FIBER F100 | Evans Ready Mix | BAG | 0 | $15.00 |
| HOT WATER | Evans Ready Mix | CY | 0 | $21.00 |
| Small Load Charge per each | Evans Ready Mix | CY | 0 | $150.00 |
| Truck Time - Per Minute | Evans Ready Mix | EA | 0 | $2.60 |

## Notes:

All prices exclude Wyoming State sales tax.

Concrete pricing includes delivery to & from the site, as well as 1/2 hour on site. Any time beyond 1/2 hour on site will be billed out at the above unit rate of $2.60 per minute.

Materials quoted will be delivered & billed based on this proposal w/ payment due net 30. Interest of 1 1/2% per month will be charged on all past due accounts. This is an annual percentage rate of 18%. Accounts 60 days past due may be subject to C.O.D. and turned over to collections.

Price excludes ASR mitigation. If ASR mitigation is required, Lithium Nitrate will be used as a mitigant, and the price increase would be $60.00 per CY.

Separate admixture pricing is given above for the benefit of the customer to determine how to best price the project based on their preferences etc. All 3000 and 4000 PSI mix designs are quoted to achieve a 5" slump at the end of the line after pumping. All other higher strength mix designs are quoted to achieve a 7" slump at the end of the hose after pumping. All mix designs are quoted with a slump retention admixture. All mix designs that are labeled with an HR in the description are priced including High Range water reducing admixture to increase slump for placement. Pricing is given for Delvo Stabilizer to possibly retard loads for delayed set, as well as non-chloride accelerator when needed/at the discretion of the contractor. Pricing is given per CY for Corrosion Inhibitor Admixture, and fiber mesh for areas required. Price is also given separately for hot water for any pours that may occur between the dates of October 15th and April 30th. Truck time charge is a per minuter charge at $2.60 per minute.

Wash out area shall be supplied and maintained by the contractor. Evans Construction must be able to rinse off their chutes prior to leaving the job. We cannot simply do a scrape and go method, as it is too great a distance to travel back to the plant to rinse the chutes in order to avoid major build up of material on the chutes.

PCO 4359

TUUCI

**TUUCI, LLC**
1000 SE 8TH STREET, Miami - Hialeah, FL, 33010 United States
Tel + (305) 634-5116
www.tuuci.com

# ESTIMATE

**Bill To**

Phaze Concrete Inc
91 E Canyon Commercial Ave
Cedar City UT 84721-7784
United States
Contact: Jacob Jessop

**Ship To**

Phaze Concrete
3355 W Cody Ln
Teton Village WY 83025
United States

**QUOTE No: EX00026069**
Quote Date: 7/1/2024
Est Ship Date: TBD
Sales Rep: CHARLES EISEN & ASSOCIATES
Entered By: CPE
Shipping From: Miami

| Customer REF: | Ship Via: | Freight Terms: | Shipping Terms: | Payment Terms: |
|---|---|---|---|---|
| Teton Village H-1 | BEST WAY | Ex Works | Prepaid | <$5k 100% to WIP/ >$5k 50% down/50% befo |

| ITEM / PART | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| IGSM | In Ground Security Mount for MAX<br>Base Plate: Security Sleeve Packed with Frame | 19.000 | $380.00 | **$7,220.00** |

| | |
|---|---|
| Subtotal: | $7,220.00 |
| Freight: | $194.00 |
| Taxes: | $433.20 |
| **Grand Total:** | **$7,847.20** |
| Deposits: | $0.00 |
| **Balance Due:** | **$7,847.20** |

**All amounts are in USD**

Estimates are valid for 30 days. Estimated ship dates reflect the current manufacturing lead time from the receipt of complete Purchase Order and deposit payments. Custom Products or other factors may increase lead times. Stock items, replacement parts and the express ship program have shorter lead times. Estimated ship date is specified on your order confirmation. We accept payment via ACH, wire and check. Please include TUUCI invoice number with payment.

Your signature below acknowledges that you have reviewed and hereby confirm all specifications to be correct. All orders are custom made and once in production, cancellation or revision fees may apply. Any changes made to an order in production may result in additional charges and extended lead time. Freight charges are curbside or dockside only and do not include inside delivery or installation. Customs and Duties are not included on shipments outside the US. All sales are final, no shipping claims can be made after five days of receipt of items.

To proceed with this estimate please provide a signed copy to your Tuuci Sales Representative or Tuuci Regional Sales Team.

Jacob N Jessop
Signature

Jacob N. Jessop
Print Name

July 1, 2024

If required, a deposit will be requested once your Tuuci Rep has processed your Estimate.

PCO 4359

EVANS CONSTRUCTION
A CRH COMPANY

P.O. Box 4309
Jackson, WY 83001

| | |
|---|---|
| **Customer No:** | 134125 |
| **Invoice No:** | 231950 |
| **Inv Date:** | 05/23/23 |
| **Page:** | Page 1 of 1 |
| **Customer PO:** | 3355 Cody LN |
| **Customer Job:** | 18973/052323/1 |

Phaze Concrete Inc
91 East Canyon Commercial Ave
Cedar City UT 84721

invoice@phazeconcrete.com

Evans Construction Company
P.O. Box 4309
Jackson, WY 83001
307-733-3029

**Delivered To:** 3355 Cody LN

| Date | | Item | Description | Quantity | UM | Unit Price | MatlTotal | TaxCode | TaxTotal | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Ticket #: 70194093** | | | | | | | | | **From: 05401** | **Evans Ready Mix** |
| 05/23/23 | 70194093 | 3137544 | 5000 PSI Pea Rock High Range Concrete | 5.00 | CY | 284.50 | 1,422.50 | WY01 | 85.35 | 1,507.85 |
| 05/23/23 | 70194093 | TRKTIME | TRUCKTIME | 110.00 | EA | 2.85 | 313.50 | WY00 | 0.00 | 313.50 |
| 05/23/23 | 70194093 | 901.FSCRM | FUEL SURCHARGE | 1.00 | EA | 14.00 | 14.00 | WY01 | 0.84 | 14.84 |
| **Total** | | | **Cubic Yards of Readymix** | **5.00** | | | **1,750.00** | | **86.19** | **1,836.19** |
| | | | **Total Invoice:** | | | | **1,750.00** | | **86.19** | **1,836.19** |

**Total Cubic Yards of Readymix for this Invoice 5.00**

**Invoice Taxing Authority Summary:**

**WY01 WY - Sales & Use Tax Teton** 85.35

***Don't be the victim of cyber fraud! Our banking details will likely NEVER change. If you receive any correspondence requesting a change in our banking details, please contact us immediately***

Finance Charges will be applied to any late invoices at a rate of 1.5% per month per credit agreement or the State's Lawful Amount

**Invoice Amount:** **1,836.19**

**Amount Paid:** ____________

| | |
|---|---|
| **Customer Name:** | Phaze Concrete Inc |
| **Customer No:** | 134125 |
| **Invoice #:** | 231950 |
| **Date:** | 05/23/23 |
| **Customer Job:** | 18973/052323/1 |
| **Customer PO:** | 3355 Cody LN |
| **Due Date:** | 06/22/23 |

If you have any questions about your invoice please call 307-733-3029

**Remit Payment To:** **Evans Construction Company**
**2350 S 1900 W Ste. 200**
**Ogden, UT 84401**

**Please provide your email address below if you would like to start receiving your invoices via email**

______________________________

PCO 4359

TUUCI

**TUUCI, LLC**
1000 SE 8TH STREET, Miami - Hialeah, FL, 33010 United States
Tel + (305) 634-5116
www.tuuci.com

# ESTIMATE

**Bill To**

Phaze Concrete Inc
91 E Canyon Commercial Ave
Cedar City UT 84721-7784
United States
Contact: Jacob Jessop

**Ship To**

Hoback Club
5700 Snake River Ranch Rd
Wilson WY 83014-9160
United States
Contact: Jacob Jessop
Phone: 928-218-0070

**QUOTE No: EX00021115**

Quote Date: 10/19/2023
Est Ship Date: TBD
Sales Rep: CHARLES EISEN & ASSOCIATES
Entered By: CPE
Shipping From: Miami

| Customer REF: | Ship Via: | Freight Terms: | Shipping Terms: | Payment Terms: |
|---|---|---|---|---|
| IGSM | BEST WAY | Ex Works | Prepaid | <$5k 100% to WIP/ >$5k 50% down/50% befo |

| ITEM / PART | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| IGSM | In Ground Security Mount for MAX<br>Base Plate: Security Sleeve Packed with Frame<br>JOB: EJOB050454 | 17.000 | $380.00 | **$6,460.00** |

| | |
|---|---|
| Subtotal: | $6,460.00 |
| Freight: | $255.00 |
| Taxes: | $387.60 |
| **Grand Total:** | **$7,102.60** |
| Deposits: | $0.00 |
| **Balance Due:** | **$7,102.60** |

**All amounts are in USD**

Estimates are valid for 30 days. Estimated ship dates reflect the current manufacturing lead time from the receipt of complete Purchase Order and deposit payments. Custom Products or other factors may increase lead times. Stock items, replacement parts and the express ship program have shorter lead times. Estimated ship date is specified on your order confirmation. We accept payment via ACH, wire and check. Please include TUUCI invoice number with payment.

Your signature below acknowledges that you have reviewed and hereby confirm all specifications to be correct. All orders are custom made and once in production, cancellation or revision fees may apply. Any changes made to an order in production may result in additional charges and extended lead time. Freight charges are curbside or dockside only and do not include inside delivery or installation. Customs and Duties are not included on shipments outside the US. All sales are final, no shipping claims can be made after five days of receipt of items.

To proceed with this estimate please provide a signed copy to your Tuuci Sales Representative or Tuuci Regional Sales Team.

Signature

Print Name

If required, a deposit will be requested once your Tuuci Rep has processed your Estimate.

PCO 4359

# Quote

**Mr. Rebar LLC**
1720 10th Ave S
Ste 4 #405
Great Falls, MT 59405
Phone: 406-205-0234

Page 1 of 1
11/8/2023 4:10:58 PM
Quote #: 00632
Salesman: Wallace Barlow

Customer Name: Phaze Concrete
Customer Contact: Charles Knudson
Job Description: Umbrella Anchorage- Teton Village
Payment Terms: Cash

Customer Code: Phaze Concrete
Phone:
Shipping Method: Counter Pickup

Ship To:

Bill To:

## Material

| Qty | Dimensions | Length | Grade | Total |
|---|---|---|---|---|
| 10 | REB 3 | 4'-6 | A615-60 | $13.20 |
| 51 | REB 3 | 6'-0 | A615-60 | $89.76 |
| 40 | REB 4 | 1'-6 | A615-60 | $29.20 |
| 136 | REB 4 | 2'-4 | A615-60 | $155.04 |
| **237** | | | | **$287.20** |

## Charges

| Type | Quantity | Amount Each | Total |
|---|---|---|---|
| Miscellaneous<br>Delivery | 1 | $500.00 | $500.00 |
| | | | **$500.00** |

Sub-Total: $787.20
Tax: $0.00

**Total: $787.20**

PCO 4359

EVANS CONSTRUCTION
A CRH COMPANY

# Ready Mix Materials

## Customer Quotation

*We are pleased to quote the following:*

www.evansconstruction.com

7255 S. HWY 89 • P.O. Box 4309 • Jackson, WY 83001 • Phone: (307) 733-3029 • Fax: (307) 733-8313

**Company:** Miscellaneous Customer
**Attention:** Interested Contractors
*Date:* 2/1/2021
*Phone:*

Phaze

**Project Name:** Teton Village H-1 Project
**Project Location:**
*Customer #* 124022
*Quote #* Q627107-4
*Project Sales Tax Exempt* No

| Material | Location | Unit | Approx Quantity | Delivered |
|---|---|---|---|---|
| 3000 FA Commercial-All Other Conc. | Evans Ready Mix | CY | 0 | $215.00 |
| 4000 FA COMMERCIAL-Foundations | Evans Ready Mix | CY | 0 | $227.00 |
| 4000 PSI Commercial 3/4" HR-Topping Slabs | Evans Ready Mix | CY | 0 | $249.00 |
| 5000 PSI FA, HR, 3/4 Concrete-Post-Tensioned Slabs & Beams | Evans Ready Mix | CY | 0 | $284.50 |
| 5000 PSI Fly Ash HR Concrete-Columns | Evans Ready Mix | CY | 0 | $257.00 |
| 6000 PSI FA, 3/4, High Range-Shear Walls | Evans Ready Mix | CY | 0 | $279.00 |
| 6000 PSI Fly Ash HR Concrete-Columns | Evans Ready Mix | CY | 0 | $279.00 |
| HIGH RANGE WATER REDUCER | Evans Ready Mix | GAL | 0 | $17.50 |
| NCA 1% | Evans Ready Mix | GAL | 0 | $13.25 |
| DCI-Corrosion Inhibitor Admixture | Evans Ready Mix | CY | 0 | $26.00 |
| DELVO STABILIZER | Evans Ready Mix | CY | 0 | $16.50 |
| MASTER FIBER F100 | Evans Ready Mix | BAG | 0 | $15.00 |
| HOT WATER | Evans Ready Mix | CY | 0 | $21.00 |
| Small Load Charge per each | Evans Ready Mix | CY | 0 | $150.00 |
| Truck Time - Per Minute | Evans Ready Mix | EA | 0 | $2.60 |

**Notes:**

All prices exclude Wyoming State sales tax.

Concrete pricing includes delivery to & from the site, as well as 1/2 hour on site. Any time beyond 1/2 hour on site will be billed out at the above unit rate of $2.60 per minute.

Materials quoted will be delivered & billed based on this proposal w/ payment due net 30. Interest of 1 1/2% per month will be charged on all past due accounts. This is an annual percentage rate of 18%. Accounts 60 days past due may be subject to C.O.D. and turned over to collections.

Price excludes ASR mitigation. If ASR mitigation is required, Lithium Nitrate will be used as a mitigant, and the price increase would be $60.00 per CY.

Separate admixture pricing is given above for the benefit of the customer to determine how to best price the project based on their preferences etc. All 3000 and 4000 PSI mix designs are quoted to achieve a 5" slump at the end of the line after pumping. All other higher strength mix designs are quoted to achieve a 7" slump at the end of the hose after pumping. All mix designs are quoted with a slump retention admixture. All mix designs that are labeled with an HR in the description are priced including High Range water reducing admixture to increase slump for placement. Pricing is given for Delvo Stabilizer to possibly retard loads for delayed set, as well as non-chloride accelerator when needed/at the discretion of the contractor. Pricing is given per CY for Corrosion Inhibitor Admixture, and fiber mesh for areas required. Price is also given separately for hot water for any pours that may occur between the dates of October 15th and April 30th. Truck time charge is a per minuter charge at $2.60 per minute.

Wash out area shall be supplied and maintained by the contractor. Evans Construction must be able to rinse off their chutes prior to leaving the job. We cannot simply do a scrape and go method, as it is too great a distance to travel back to the plant to rinse the chutes in order to avoid major build up of material on the chutes.

PCO 4359

PHAZE CONCRETE

# Change Order

91 E. Canyon Commercial Ave.
Cedar City, UT 84721

**Phone** (435)656-9500 **Fax** (435)656-9501

**Date** 6/28/2024
**Customer** Layton Construction Company, LLC
**Project** 21.011 Teton Village H-1
**Number** 389
**Status**

**Reference Doc** CCD 813 ASI 616

**Memo** Two Umbrella Anchors were added after Change Order #269 was approved. This Change Order Request #389 is the cost impact for the change

| | Material | | | | | Labor | | | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total |
| 1 | Umbrella Anchors | ea | 2 | $380.00 | $760.00 T | Operator | hr | 2 | $88.66 | $177.32 | Fork Lift | hr | 2 | $79.24 | $158.48 T |
| 2 | Freight anchors | | 1 | $255.00 | $255.00 T | | | | | | | | | | |
| 3 | Forms | sq ft | 25 | $4.00 | $100.00 T | Carpenter | hr | 3 | $88.66 | $265.98 | | | | | |
| 4 | Concrete | cy | 1 | $350.00 | $350.00 T | Laborer | hr | 4 | $76.34 | $305.36 | | | | | |
| 5 | Rebar | lb | 53 | $1.09 | $57.77 T | Iron Worker | hr | 2 | $88.66 | $177.32 | | | | | |
| 6 | Fiber Mesh | yd | 1 | $15.00 | $15.00 T | | | | | | | | | | |
| **Material Totals** | | | | | $1,537.77 | **Labor Totals** | | | | $925.98 | **Equipment Totals** | | | | $158.48 |

**Scope Notes:**

**Number of days added to the schedule:** 1

| | | |
|---|---|---|
| **Sub Total** | | $2,622.23 |
| **Tax** | 8% | $135.70 |
| **P&O** | 15% | $413.69 |
| **Bond** | % | $0.00 |
| **Total** | | $3,171.62 |

 PCO 4359

BARTON REBAR STEEL SUPPLY

**Remit to**
14800 E. Moncrieff Place
Aurora, CO 80011
Phone: (303) 576-2200
Email: credit@barton-supply.com

# Sales Invoice

| | |
|---|---|
| **Invoice No** | **99334** |
| **Invoice Date** | 06/30/2021 |
| **Delivery Date** | 06/30/2021 |
| **Terms** | Net 30 Days |
| **Customer** | P2570 |
| **Contact Name** | RALPH |
| **Contact Number** | 720-340-8439 |
| **Branch** | Aurora |
| **Your Ref** | **TETON HI PUMP BUILDING** |
| **Our Ref** | **490970** |
| **Taken By** | Peter Bjick |
| **Sales Rep** | Chris Wilson |
| **Sale Type** | Delivered |

Page 1 of 1

**Invoice Address**
PHAZE CONCRETE INC.
91 E CANYON COMMERCIAL AVENUE
CEDAR CITY, UT, 84721

**Delivery Address:** 5000 - PHAZE CONCRETE INC.
5700 SNAKE RIVER RANCH RD
WILSON, WY, 83014

| Special Instructions | Notes |
|---|---|
| DAN 832-316-6973 | MONDAY AM W/ LOAD |

| Line | Description | Qty/Footage | Price | UOM | Total |
|---|---|---|---|---|---|
| 1 | 56030 - #5 REBAR, GR.60 - 30' | 10.01 CWT | 109.00 | CWT | 1,091.09 |
| 2 | 560 - #5 REBAR, GR.60 | 66.67 CWT | 109.00 | CWT | 7,267.03 |
| 3 | 46030 - #4 REBAR, GR.60 - 30' | 6.01 CWT | 109.00 | CWT | 655.09 |
| 4 | 460 - #4 REBAR, GR.60 | 45.44 CWT | 109.00 | CWT | 4,952.96 |
| 5 | 360 - #3 REBAR, GR.60 | 4.37 CWT | 109.00 | CWT | 476.33 |
| | REBAR PACKAGE: CONCRETE PUMP HOUSE FND, SOG<br>CONTROL CODE: 34QD<br>RELEASE #: 1<br># OF TAGS: 37<br>TONNAGE: 6.625<br>SOV LINE: | | | | |

**The invoice is due on 07/30/2021.**

In the event the Buyer's obligations arising under this invoice are enforced through a collection agency or attorneys with or without suit or any other proceeding, Buyer agrees to pay all collection costs or reasonable attorney fees of 25% on the principal balance due plus court costs.

| | |
|---|---|
| Total Amount | $14,442.50 |
| Sales Tax | $866.55 |
| **Invoice Total** | $15,309.05 |

Tax Area: WYJAC-[Jackson]

Goods received in good condition

**Print name** RALPH

**Signature** ____________________

PCO 4359

CORE & MAIN

Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| 1290 | 13 | 8" H-8020 CLEANOUT R&C "CLEANOUT" | EA | 76.25 | 991.25 |
| | | | | SUBTOTAL | 1,836.14 |
| 1300 | | NDS DRAIN BASINS | | | |
| 1310 | | NDS SPEE-D BASINS CALLED OUT ARE ONLY MADE WITH A 3" OR 4" INLET AND A 6" TOP. ENG HAS CALLED FOR THEM ON 6" AND 8" | | | |
| 1320 | | LINES. ADDITIONAL FITTINGS MAY BE REQUIRED. QUOTED AS CLOSE AS POSSIBLE UNDER THESE CIRCUMSTANCES. | | | |
| 1330 | 44 | NDS 101 SPEE-D CATCH BASIN F/3" OR 4" LOCKING OUTLET | EA | 16.19 | 712.36 |
| 1340 | 37 | NDS 201 DOUBLE SPEE-D BASIN 2-3" AND 4" LOCKING OUTLETS | EA | 16.19 | 599.03 |
| 1350 | 4 | NDS 250 SPEE-D BASIN, 2-3" AND 4" 90 DEGREE OUTLETS | EA | 2.76 | 11.04 |
| 1360 | 10 | NDS 300 SPEE-D BASIN 3-4" & 4" 90 DEGREE OUTLETS | EA | 30.80 | 308.00 |
| 1370 | 3 | NDS 350 SPEE-D BASIN | EA | 35.91 | 107.73 |
| 1380 | | RISER REFERENCE PRICE. UNABLE TO DETERMINE OFF PLANS IF AND WHEN THEY WILL BE NEEDED. | | | |
| 1390** | 1 | NDS 101R SPEE-D BASIN RISER | EA | 9.17 | 9.17 |
| 1400 | 32 | NDS 922PB BRASS GRATE | EA | 94.15 | 3,012.80 |
| 1410 | 66 | NDS 90B 6 BRASS ATRIUM GRATE | EA | 231.12 | 15,253.92 |
| | | | | SUBTOTAL | 20,004.88 |
| 1420 | | TRENCH DRAIN | | | |
| 1430 | 93 | ACO 74408 KS100 SLOPED CHANNEL SS RAIL | EA | 130.23 | 12,111.39 |
| 1440 | | CHANNEL NUMBERS TBD | | | |
| 1450 | 73 | K100S TRENCH BRICKSLOT TOP 1/2 METER | EA | 195.89 | 14,299.97 |
| 1460 | 20 | K100S TRENCH BRICKSLOT TOP 25.4MM METER | EA | 114.62 | 2,292.40 |
| 1470 | 20 | ACO SS BRICKSLOT ACCESS UNIT | EA | 268.32 | 5,366.40 |
| 1480 | 114 | INSTALLATION DEVICE | EA | 15.19 | 1,731.66 |
| 1490 | 15 | ACO 968 KS100S UNIVERSAL CAP | EA | 9.14 | 137.10 |
| 1500 | 1 | GRATE REMOVAL TOOL | EA | 15.19 | 15.19 |
| 1510 | 11 | 1056-44 4 CI/PVCXCI/PVC CPLG | EA | 7.41 | 81.51 |
| | | | | SUBTOTAL | 36,035.62 |
| 1520 | | WALK OFF GRATES | | | |
| 1530 | | STORM NOTE #12 CALLS FOR 24" | | | |
| 1540 | | NDS GRATES, LENGTH PER PLANS. | | | |
| 1550 | | THE LARGEST OFFERED IS 24"X24" | | | |
| 1560 | | THESE STRUCTURES WILL NEED TO | | | |
| 1570 | | CONCRETE. NO QUOTE ON THESE | | | |
| 1580 | | DRAINS. | | | |
| | | | | SUBTOTAL | 0.00 |
| 1590 | | MECHANICAL VAULT FLOOR DRAINS | | | |
| 1600 | | NO INFORMATION GIVEN | | | |
| | | | | SUBTOTAL | 0.00 |
| 1610 | | FOUNDATION DRAIN | | | |
| 1620 | 3500 | 4 ADS HWY CORR PERF 100' SGL WALL 04410100 | FT | 0.90 | 3,150.00 |
| 1630 | 1000 | 6 ADS CORR SOLID 100' SGL WALL 06510100 | FT | 2.60 | 2,600.00 |
| 1640 | 500 | 6 ADS CORR PERF 100' SGL WALL 06010100 | FT | 2.60 | 1,300.00 |
| 1650 | 4 | 24" X 150' STRIPDRAIN | ROL | 498.47 | 1,993.88 |
| 1660 | 10 | 4 X 50 SITEDRAIN 184 | ROL | 210.77 | 2,107.70 |
| 1670 | 35 | 0421AA 4 ADS SW SNAP TEE | EA | 6.84 | 239.40 |
| 1680 | 29 | 0490AA 4 ADS SW SNAP 90 | EA | 8.52 | 247.08 |
| 1690 | 23 | 0432AA 4 ADS SW SNAP END CAP | EA | 4.28 | 98.44 |
| 1700 | 8 | 0624AA 6X4 ADS SW RED TEE | EA | 15.65 | 125.20 |
| 1710 | 4 | 0626AA 6 ADS SW SNAP TEE | EA | 15.23 | 60.92 |
| 1720 | 7 | 0699ST 6 ADS N12 ST 90 MOLDED | EA | 24.60 | 172.20 |
| 1730 | 3 | 0667AA 6 ADS SNAP END CAP SGL WALL | EA | 8.12 | 24.36 |

** For reference only - not included in total

PCO 4359

TUUCI

**TUUCI, LLC**
1000 SE 8TH STREET, Miami - Hialeah, FL, 33010 United States
Tel + (305) 634-5116
www.tuuci.com

# ESTIMATE

**Bill To**

Phaze Concrete Inc
91 E Canyon Commercial Ave
Cedar City UT 84721-7784
United States
Contact: Jacob Jessop

**Ship To**

Phaze Concrete
3355 W Cody Ln
Teton Village WY 83025
United States

**QUOTE No: EX00026069**

Quote Date: 7/1/2024
Est Ship Date: TBD
Sales Rep: CHARLES EISEN & ASSOCIATES
Entered By: CPE
Shipping From: Miami

| Customer REF: | Ship Via: | Freight Terms: | Shipping Terms: | Payment Terms: |
|---|---|---|---|---|
| Teton Village H-1 | BEST WAY | Ex Works | Prepaid | <$5k 100% to WIP/ >$5k 50% down/50% befo |

| ITEM / PART | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| IGSM | In Ground Security Mount for MAX<br>Base Plate: Security Sleeve Packed with Frame | 19.000 | $380.00 | **$7,220.00** |

| | |
|---|---|
| Subtotal: | $7,220.00 |
| Freight: | $194.00 |
| Taxes: | $433.20 |
| **Grand Total:** | **$7,847.20** |
| Deposits: | $0.00 |
| **Balance Due:** | **$7,847.20** |

**All amounts are in USD**

Estimates are valid for 30 days. Estimated ship dates reflect the current manufacturing lead time from the receipt of complete Purchase Order and deposit payments. Custom Products or other factors may increase lead times. Stock items, replacement parts and the express ship program have shorter lead times. Estimated ship date is specified on your order confirmation. We accept payment via ACH, wire and check. Please include TUUCI invoice number with payment.

Your signature below acknowledges that you have reviewed and hereby confirm all specifications to be correct. All orders are custom made and once in production, cancellation or revision fees may apply. Any changes made to an order in production may result in additional charges and extended lead time. Freight charges are curbside or dockside only and do not include inside delivery or installation. Customs and Duties are not included on shipments outside the US. All sales are final, no shipping claims can be made after five days of receipt of items.

To proceed with this estimate please provide a signed copy to your Tuuci Sales Representative or Tuuci Regional Sales Team.

Jacob N Jessop
Signature

Jacob N. Jessop
Print Name

July 1, 2024

If required, a deposit will be requested once your Tuuci Rep has processed your Estimate.

PCO 4359

EVANS CONSTRUCTION
A CRH COMPANY

P.O. Box 4309
Jackson, WY 83001

| | |
|---|---|
| **Customer No:** | 134125 |
| **Invoice No:** | 231950 |
| **Inv Date:** | 05/23/23 |
| **Page:** | Page 1 of 1 |
| **Customer PO:** | 3355 Cody LN |
| **Customer Job:** | 18973/052323/1 |

Phaze Concrete Inc
91 East Canyon Commercial Ave
Cedar City UT 84721

invoice@phazeconcrete.com

Evans Construction Company
P.O. Box 4309
Jackson, WY 83001
307-733-3029

**Delivered To:** 3355 Cody LN

| Date | | Item | Description | Quantity | UM | Unit Price | MatlTotal | TaxCode | TaxTotal | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Ticket #: 70194093** | | | | | | | | | **From: 05401** | **Evans Ready Mix** |
| 05/23/23 | 70194093 | 3137544 | 5000 PSI Pea Rock High Range Concrete | 5.00 | CY | 284.50 | 1,422.50 | WY01 | 85.35 | 1,507.85 |
| 05/23/23 | 70194093 | TRKTIME | TRUCKTIME | 110.00 | EA | 2.85 | 313.50 | WY00 | 0.00 | 313.50 |
| 05/23/23 | 70194093 | 901.FSCRM | FUEL SURCHARGE | 1.00 | EA | 14.00 | 14.00 | WY01 | 0.84 | 14.84 |
| **Total** | | | **Cubic Yards of Readymix** | **5.00** | | | **1,750.00** | | **86.19** | **1,836.19** |
| | | | **Total Invoice:** | | | | **1,750.00** | | **86.19** | **1,836.19** |

**Total Cubic Yards of Readymix for this Invoice** **5.00**

**Invoice Taxing Authority Summary:**

**WY01 WY - Sales & Use Tax Teton** 85.35

***Don't be the victim of cyber fraud! Our banking details will likely NEVER change. If you receive any correspondence requesting a change in our banking details, please contact us immediately***

Finance Charges will be applied to any late invoices at a rate of 1.5% per month per credit agreement or the State's Lawful Amount

**Invoice Amount:** **1,836.19**

**Amount Paid:** ____________

| | |
|---|---|
| **Customer Name:** | Phaze Concrete Inc |
| **Customer No:** | 134125 |
| **Invoice #:** | 231950 |
| **Date:** | 05/23/23 |
| **Customer Job:** | 18973/052323/1 |
| **Customer PO:** | 3355 Cody LN |
| **Due Date:** | 06/22/23 |

If you have any questions about your invoice please call 307-733-3029

**Remit Payment To:** **Evans Construction Company**
**2350 S 1900 W Ste. 200**
**Ogden, UT 84401**

**Please provide your email address below if you would like to start receiving your invoices via email**

____________________________________________

PCO 4359

TUUCI

**TUUCI, LLC**
1000 SE 8TH STREET, Miami - Hialeah, FL, 33010 United States
Tel + (305) 634-5116
www.tuuci.com

# ESTIMATE

**Bill To**

Phaze Concrete Inc
91 E Canyon Commercial Ave
Cedar City UT 84721-7784
United States
Contact: Jacob Jessop

**Ship To**

Hoback Club
5700 Snake River Ranch Rd
Wilson WY 83014-9160
United States
Contact: Jacob Jessop
Phone: 928-218-0070

**QUOTE No: EX00021115**

Quote Date: 10/19/2023
Est Ship Date: TBD
Sales Rep: CHARLES EISEN & ASSOCIATES
Entered By: CPE
Shipping From: Miami

| Customer REF: | Ship Via: | Freight Terms: | Shipping Terms: | Payment Terms: |
|---|---|---|---|---|
| IGSM | BEST WAY | Ex Works | Prepaid | <$5k 100% to WIP/ >$5k 50% down/50% befo |

| ITEM / PART | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| IGSM | In Ground Security Mount for MAX<br>Base Plate: Security Sleeve Packed with Frame<br>JOB: EJOB050454 | 17.000 | $380.00 | **$6,460.00** |

| | |
|---|---|
| Subtotal: | $6,460.00 |
| Freight: | $255.00 |
| Taxes: | $387.60 |
| **Grand Total:** | **$7,102.60** |
| Deposits: | $0.00 |
| **Balance Due:** | **$7,102.60** |

**All amounts are in USD**

Estimates are valid for 30 days. Estimated ship dates reflect the current manufacturing lead time from the receipt of complete Purchase Order and deposit payments. Custom Products or other factors may increase lead times. Stock items, replacement parts and the express ship program have shorter lead times. Estimated ship date is specified on your order confirmation. We accept payment via ACH, wire and check. Please include TUUCI invoice number with payment.

Your signature below acknowledges that you have reviewed and hereby confirm all specifications to be correct. All orders are custom made and once in production, cancellation or revision fees may apply. Any changes made to an order in production may result in additional charges and extended lead time. Freight charges are curbside or dockside only and do not include inside delivery or installation. Customs and Duties are not included on shipments outside the US. All sales are final, no shipping claims can be made after five days of receipt of items.

To proceed with this estimate please provide a signed copy to your Tuuci Sales Representative or Tuuci Regional Sales Team.

Signature      Print Name

If required, a deposit will be requested once your Tuuci Rep has processed your Estimate.

# Quote

**Mr. Rebar LLC**
1720 10th Ave S
Ste 4 #405
Great Falls, MT 59405
Phone: 406-205-0234

Page 1 of 1
11/8/2023 4:10:58 PM
Quote #: 00632
Salesman: Wallace Barlow

Customer Name: Phaze Concrete
Customer Contact: Charles Knudson
Job Description: Umbrella Anchorage- Teton Village
Payment Terms: Cash

Customer Code: Phaze Concrete
Phone:
Shipping Method: Counter Pickup

Ship To:

Bill To:

## Material

| Qty | Dimensions | Length | Grade | Total |
|---|---|---|---|---|
| 10 | REB 3 | 4'-6 | A615-60 | $13.20 |
| 51 | REB 3 | 6'-0 | A615-60 | $89.76 |
| 40 | REB 4 | 1'-6 | A615-60 | $29.20 |
| 136 | REB 4 | 2'-4 | A615-60 | $155.04 |
| **237** | | | | **$287.20** |

## Charges

| Type | Quantity | Amount Each | Total |
|---|---|---|---|
| Miscellaneous<br>Delivery | 1 | $500.00 | $500.00 |
| | | | **$500.00** |

Sub-Total: $787.20
Tax: $0.00

**Total: $787.20**

PCO 4359

EVANS CONSTRUCTION
A CRH COMPANY

# Ready Mix Materials

Customer Quotation

*We are pleased to quote the following:*



www.evansconstruction.com

7255 S. HWY 89 • P.O. Box 4309 • Jackson, WY 83001 • Phone: (307) 733-3029 • Fax: (307) 733-8313

**Company:** Miscellaneous Customer
**Attention:** Interested Contractors
*Date:* 2/1/2021
*Phone:*

Phaze

**Project Name:** Teton Village H-1 Project
**Project Location:**
*Customer #* 124022
*Quote #* Q627107-4
*Project Sales Tax Exempt* No

| Material | Location | Unit | Approx Quantity | Delivered |
|---|---|---|---|---|
| 3000 FA Commercial-All Other Conc. | Evans Ready Mix | CY | 0 | $215.00 |
| 4000 FA COMMERCIAL-Foundations | Evans Ready Mix | CY | 0 | $227.00 |
| 4000 PSI Commercial 3/4" HR-Topping Slabs | Evans Ready Mix | CY | 0 | $249.00 |
| 5000 PSI FA, HR, 3/4 Concrete-Post-Tensioned Slabs & Beams | Evans Ready Mix | CY | 0 | $284.50 |
| 5000 PSI Fly Ash HR Concrete-Columns | Evans Ready Mix | CY | 0 | $257.00 |
| 6000 PSI FA, 3/4, High Range-Shear Walls | Evans Ready Mix | CY | 0 | $279.00 |
| 6000 PSI Fly Ash HR Concrete-Columns | Evans Ready Mix | CY | 0 | $279.00 |
| HIGH RANGE WATER REDUCER | Evans Ready Mix | GAL | 0 | $17.50 |
| NCA 1% | Evans Ready Mix | GAL | 0 | $13.25 |
| DCI-Corrosion Inhibitor Admixture | Evans Ready Mix | CY | 0 | $26.00 |
| DELVO STABILIZER | Evans Ready Mix | CY | 0 | $16.50 |
| MASTER FIBER F100 | Evans Ready Mix | BAG | 0 | $15.00 |
| HOT WATER | Evans Ready Mix | CY | 0 | $21.00 |
| Small Load Charge per each | Evans Ready Mix | CY | 0 | $150.00 |
| Truck Time - Per Minute | Evans Ready Mix | EA | 0 | $2.60 |

**Notes:**

All prices exclude Wyoming State sales tax.

Concrete pricing includes delivery to & from the site, as well as 1/2 hour on site. Any time beyond 1/2 hour on site will be billed out at the above unit rate of $2.60 per minute.

Materials quoted will be delivered & billed based on this proposal w/ payment due net 30. Interest of 1 1/2% per month will be charged on all past due accounts. This is an annual percentage rate of 18%. Accounts 60 days past due may be subject to C.O.D. and turned over to collections.

Price excludes ASR mitigation. If ASR mitigation is required, Lithium Nitrate will be used as a mitigant, and the price increase would be $60.00 per CY.

Separate admixture pricing is given above for the benefit of the customer to determine how to best price the project based on their preferences etc. All 3000 and 4000 PSI mix designs are quoted to achieve a 5" slump at the end of the line after pumping. All other higher strength mix designs are quoted to achieve a 7" slump at the end of the hose after pumping. All mix designs are quoted with a slump retention admixture. All mix designs that are labeled with an HR in the description are priced including High Range water reducing admixture to increase slump for placement. Pricing is given for Delvo Stabilizer to possibly retard loads for delayed set, as well as non-chloride accelerator when needed/at the discretion of the contractor. Pricing is given per CY for Corrosion Inhibitor Admixture, and fiber mesh for areas required. Price is also given separately for hot water for any pours that may occur between the dates of October 15th and April 30th. Truck time charge is a per minuter charge at $2.60 per minute.

Wash out area shall be supplied and maintained by the contractor. Evans Construction must be able to rinse off their chutes prior to leaving the job. We cannot simply do a scrape and go method, as it is too great a distance to travel back to the plant to rinse the chutes in order to avoid major build up of material on the chutes.

PCO 4359

BARTON REBAR STEEL SUPPLY

Remit to
14800 E. Moncrieff Place
Aurora, CO 80011
Phone: (303) 576-2200
Email: credit@barton-supply.com

# Sales Invoice

| | |
|---|---|
| Invoice No | 99334 |
| Invoice Date | 06/30/2021 |
| Delivery Date | 06/30/2021 |
| Terms | Net 30 Days |
| Customer | P2570 |
| Contact Name | RALPH |
| Contact Number | 720-340-8439 |
| Branch | Aurora |
| Your Ref | TETON HI PUMP BUILDING |
| Our Ref | 490970 |
| Taken By | Peter Bjick |
| Sales Rep | Chris Wilson |
| Sale Type | Delivered |

Page 1 of 1

Invoice Address
PHAZE CONCRETE INC.
91 E CANYON COMMERCIAL AVENUE
CEDAR CITY, UT, 84721

Delivery Address: 5000 - PHAZE CONCRETE INC.
5700 SNAKE RIVER RANCH RD
WILSON, WY, 83014

| Special Instructions | Notes |
|---|---|
| DAN 832-316-6973 | MONDAY AM W/ LOAD |

| Line | Description | Qty/Footage | Price | UOM | Total |
|---|---|---|---|---|---|
| 1 | 56030 - #5 REBAR, GR.60 - 30' | 10.01 CWT | 109.00 | CWT | 1,091.09 |
| 2 | 560 - #5 REBAR, GR.60 | 66.67 CWT | 109.00 | CWT | 7,267.03 |
| 3 | 46030 - #4 REBAR, GR.60 - 30' | 6.01 CWT | 109.00 | CWT | 655.09 |
| 4 | 460 - #4 REBAR, GR.60 | 45.44 CWT | 109.00 | CWT | 4,952.96 |
| 5 | 360 - #3 REBAR, GR.60 | 4.37 CWT | 109.00 | CWT | 476.33 |
| | REBAR PACKAGE: CONCRETE PUMP HOUSE FND, SOG<br>CONTROL CODE: 34QD<br>RELEASE #: 1<br># OF TAGS: 37<br>TONNAGE: 6.625<br>SOV LINE: | | | | |

**The invoice is due on 07/30/2021.**

In the event the Buyer's obligations arising under this invoice are enforced through a collection agency or attorneys with or without suit or any other proceeding, Buyer agrees to pay all collection costs or reasonable attorney fees of 25% on the principal balance due plus court costs.

| | |
|---|---|
| Total Amount | $14,442.50 |
| Sales Tax | $866.55 |
| **Invoice Total** | $15,309.05 |

Tax Area: WYJAC-[Jackson]

Goods received in good condition

**Print name** RALPH

**Signature**

PCO 4359

# Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| 1290 | 13 | 8" H-8020 CLEANOUT R&C "CLEANOUT" | EA | 76.25 | 991.25 |
| | | | | **SUBTOTAL** | **1,836.14** |
| 1300 | | NDS DRAIN BASINS | | | |
| 1310 | | NDS SPEE-D BASINS CALLED OUT ARE ONLY MADE WITH A 3" OR 4" INLET AND A 6" TOP. ENG HAS CALLED FOR THEM ON 6" AND 8" | | | |
| 1320 | | LINES. ADDITIONAL FITTINGS MAY BE REQUIRED. QUOTED AS CLOSE AS POSSIBLE UNDER THESE CIRCUMSTANCES. | | | |
| 1330 | 44 | NDS 101 SPEE-D CATCH BASIN F/3" OR 4" LOCKING OUTLET | EA | 16.19 | 712.36 |
| 1340 | 37 | NDS 201 DOUBLE SPEE-D BASIN 2-3" AND 4" LOCKING OUTLETS | EA | 16.19 | 599.03 |
| 1350 | 4 | NDS 250 SPEE-D BASIN, 2-3" AND 4" 90 DEGREE OUTLETS | EA | 2.76 | 11.04 |
| 1360 | 10 | NDS 300 SPEE-D BASIN 3-4" & 4" 90 DEGREE OUTLETS | EA | 30.80 | 308.00 |
| 1370 | 3 | NDS 350 SPEE-D BASIN | EA | 35.91 | 107.73 |
| 1380 | | RISER REFERENCE PRICE. UNABLE TO DETERMINE OFF PLANS IF AND WHEN THEY WILL BE NEEDED. | | | |
| 1390** | 1 | NDS 101R SPEE-D BASIN RISER | EA | 9.17 | 9.17 |
| 1400 | 32 | NDS 922PB BRASS GRATE | EA | 94.15 | 3,012.80 |
| 1410 | 66 | NDS 90B 6 BRASS ATRIUM GRATE | EA | 231.12 | 15,253.92 |
| | | | | **SUBTOTAL** | **20,004.88** |
| 1420 | | TRENCH DRAIN | | | |
| 1430 | 93 | ACO 74408 KS100 SLOPED CHANNEL SS RAIL | EA | 130.23 | 12,111.39 |
| 1440 | | CHANNEL NUMBERS TBD | | | |
| 1450 | 73 | K100S TRENCH BRICKSLOT TOP 1/2 METER | EA | 195.89 | 14,299.97 |
| 1460 | 20 | K100S TRENCH BRICKSLOT TOP 25.4MM METER | EA | 114.62 | 2,292.40 |
| 1470 | 20 | ACO SS BRICKSLOT ACCESS UNIT | EA | 268.32 | 5,366.40 |
| 1480 | 114 | INSTALLATION DEVICE | EA | 15.19 | 1,731.66 |
| 1490 | 15 | ACO 968 KS100S UNIVERSAL CAP | EA | 9.14 | 137.10 |
| 1500 | 1 | GRATE REMOVAL TOOL | EA | 15.19 | 15.19 |
| 1510 | 11 | 1056-44 4 CI/PVCXCI/PVC CPLG | EA | 7.41 | 81.51 |
| | | | | **SUBTOTAL** | **36,035.62** |
| 1520 | | WALK OFF GRATES | | | |
| 1530 | | STORM NOTE #12 CALLS FOR 24" | | | |
| 1540 | | NDS GRATES, LENGTH PER PLANS. | | | |
| 1550 | | THE LARGEST OFFERED IS 24"X24" | | | |
| 1560 | | THESE STRUCTURES WILL NEED TO | | | |
| 1570 | | CONCRETE. NO QUOTE ON THESE | | | |
| 1580 | | DRAINS. | | | |
| | | | | **SUBTOTAL** | **0.00** |
| 1590 | | MECHANICAL VAULT FLOOR DRAINS | | | |
| 1600 | | NO INFORMATION GIVEN | | | |
| | | | | **SUBTOTAL** | **0.00** |
| 1610 | | FOUNDATION DRAIN | | | |
| 1620 | 3500 | 4 ADS HWY CORR PERF 100' SGL WALL 04410100 | FT | 0.90 | 3,150.00 |
| 1630 | 1000 | 6 ADS CORR SOLID 100' SGL WALL 06510100 | FT | 2.60 | 2,600.00 |
| 1640 | 500 | 6 ADS CORR PERF 100' SGL WALL 06010100 | FT | 2.60 | 1,300.00 |
| 1650 | 4 | 24" X 150' STRIPDRAIN | ROL | 498.47 | 1,993.88 |
| 1660 | 10 | 4 X 50 SITEDRAIN 184 | ROL | 210.77 | 2,107.70 |
| 1670 | 35 | 0421AA 4 ADS SW SNAP TEE | EA | 6.84 | 239.40 |
| 1680 | 29 | 0490AA 4 ADS SW SNAP 90 | EA | 8.52 | 247.08 |
| 1690 | 23 | 0432AA 4 ADS SW SNAP END CAP | EA | 4.28 | 98.44 |
| 1700 | 8 | 0624AA 6X4 ADS SW RED TEE | EA | 15.65 | 125.20 |
| 1710 | 4 | 0626AA 6 ADS SW SNAP TEE | EA | 15.23 | 60.92 |
| 1720 | 7 | 0699ST 6 ADS N12 ST 90 MOLDED | EA | 24.60 | 172.20 |
| 1730 | 3 | 0667AA 6 ADS SNAP END CAP SGL WALL | EA | 8.12 | 24.36 |

** For reference only - not included in total

PCO 4359

EVANS CONSTRUCTION A CRH COMPANY

P.O. Box 4309
Jackson, WY 83001

**Customer No:** 134125
**Invoice No:** 231950
**Inv Date:** 05/23/23
**Page:** Page 1 of 1
**Customer PO:** 3355 Cody LN
**Customer Job:** 18973/052323/1

Phaze Concrete Inc
91 East Canyon Commercial Ave
Cedar City UT 84721

invoice@phazeconcrete.com

Evans Construction Company
P.O. Box 4309
Jackson, WY 83001
307-733-3029

**Delivered To:** 3355 Cody LN

| Date | | Item | Description | Quantity | UM | Unit Price | MatlTotal | TaxCode | TaxTotal | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Ticket #: 70194093** | | | | | | | | | From: 05401 | Evans Ready Mix |
| 05/23/23 | 70194093 | 3137544 | 5000 PSI Pea Rock High Range Concrete | 5.00 | CY | 284.50 | 1,422.50 | WY01 | 85.35 | 1,507.85 |
| 05/23/23 | 70194093 | TRKTIME | TRUCKTIME | 110.00 | EA | 2.85 | 313.50 | WY00 | 0.00 | 313.50 |
| 05/23/23 | 70194093 | 901.FSCRM | FUEL SURCHARGE | 1.00 | EA | 14.00 | 14.00 | WY01 | 0.84 | 14.84 |
| **Total** | | | **Cubic Yards of Readymix** | **5.00** | | | **1,750.00** | | **86.19** | **1,836.19** |
| | | | **Total Invoice:** | | | | **1,750.00** | | **86.19** | **1,836.19** |

**Total Cubic Yards of Readymix for this Invoice** **5.00**

**Invoice Taxing Authority Summary:**

**WY01 WY - Sales & Use Tax Teton** 85.35

***Don't be the victim of cyber fraud! Our banking details will likely NEVER change. If you receive any correspondence requesting a change in our banking details, please contact us immediately***

Finance Charges will be applied to any late invoices at a rate of 1.5% per month per credit agreement or the State's Lawful Amount

**Invoice Amount:** **1,836.19**

**Amount Paid:** ____________

**Customer Name:** Phaze Concrete Inc
**Customer No:** 134125
**Invoice #:** 231950
**Date:** 05/23/23
**Customer Job:** 18973/052323/1
**Customer PO:** 3355 Cody LN
**Due Date:** 06/22/23

If you have any questions about your invoice please call 307-733-3029

**Remit Payment To:** **Evans Construction Company**
**2350 S 1900 W Ste. 200**
**Ogden, UT 84401**

**Please provide your email address below if you would like to start receiving your invoices via email**

PCO 4359

TUUCI

**TUUCI, LLC**
1000 SE 8TH STREET, Miami - Hialeah, FL, 33010 United States
Tel + (305) 634-5116
www.tuuci.com

# ESTIMATE

**Bill To**

Phaze Concrete Inc
91 E Canyon Commercial Ave
Cedar City UT 84721-7784
United States
Contact: Jacob Jessop

**Ship To**

Hoback Club
5700 Snake River Ranch Rd
Wilson WY 83014-9160
United States
Contact: Jacob Jessop
Phone: 928-218-0070

**QUOTE No: EX00021115**
Quote Date: 10/19/2023
Est Ship Date: TBD
Sales Rep: CHARLES EISEN & ASSOCIATES
Entered By: CPE
Shipping From: Miami

| Customer REF: | Ship Via: | Freight Terms: | Shipping Terms: | Payment Terms: |
|---|---|---|---|---|
| IGSM | BEST WAY | Ex Works | Prepaid | <$5k 100% to WIP/ >$5k 50% down/50% befo |

| ITEM / PART | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| IGSM | In Ground Security Mount for MAX<br>Base Plate: Security Sleeve Packed with Frame<br>JOB: EJOB050454 | 17.000 | $380.00 | **$6,460.00** |

| | |
|---|---|
| Subtotal: | $6,460.00 |
| Freight: | $255.00 |
| Taxes: | $387.60 |
| **Grand Total:** | **$7,102.60** |
| Deposits: | $0.00 |
| **Balance Due:** | **$7,102.60** |

**All amounts are in USD**

Estimates are valid for 30 days. Estimated ship dates reflect the current manufacturing lead time from the receipt of complete Purchase Order and deposit payments. Custom Products or other factors may increase lead times. Stock items, replacement parts and the express ship program have shorter lead times. Estimated ship date is specified on your order confirmation. We accept payment via ACH, wire and check. Please include TUUCI invoice number with payment.

Your signature below acknowledges that you have reviewed and hereby confirm all specifications to be correct. All orders are custom made and once in production, cancellation or revision fees may apply. Any changes made to an order in production may result in additional charges and extended lead time. Freight charges are curbside or dockside only and do not include inside delivery or installation. Customs and Duties are not included on shipments outside the US. All sales are final, no shipping claims can be made after five days of receipt of items.

To proceed with this estimate please provide a signed copy to your Tuuci Sales Representative or Tuuci Regional Sales Team.

Signature

Print Name

If required, a deposit will be requested once your Tuuci Rep has processed your Estimate.

PCO 4359

# Quote

**Mr. Rebar LLC**
1720 10th Ave S
Ste 4 #405
Great Falls, MT 59405
Phone: 406-205-0234

Page 1 of 1
11/8/2023 4:10:58 PM
Quote #: 00632
Salesman: Wallace Barlow

Customer Name: Phaze Concrete
Customer Code: Phaze Concrete
Customer Contact: Charles Knudson
Phone:
Job Description: Umbrella Anchorage- Teton Village
Payment Terms: Cash
Shipping Method: Counter Pickup

Ship To:
Bill To:

## Material

| Qty | Dimensions | Length | Grade | Total |
|---|---|---|---|---|
| 10 | REB 3 | 4'-6 | A615-60 | $13.20 |
| 51 | REB 3 | 6'-0 | A615-60 | $89.76 |
| 40 | REB 4 | 1'-6 | A615-60 | $29.20 |
| 136 | REB 4 | 2'-4 | A615-60 | $155.04 |
| **237** | | | | **$287.20** |

## Charges

| Type | Quantity | Amount Each | Total |
|---|---|---|---|
| Miscellaneous Delivery | 1 | $500.00 | $500.00 |
| | | | **$500.00** |

Sub-Total: $787.20
Tax: $0.00

**Total: $787.20**

**PCO 4359**

EVANS CONSTRUCTION
A CRH COMPANY

# Ready Mix Materials

## Customer Quotation

*We are pleased to quote the following:*



www.evansconstruction.com

7255 S. HWY 89 • P.O. Box 4309 • Jackson, WY 83001 • Phone: (307) 733-3029 • Fax: (307) 733-8313

**Company:** Miscellaneous Customer
**Attention:** Interested Contractors
*Date:* 2/1/2021
*Phone:*

Phaze

**Project Name:** Teton Village H-1 Project
**Project Location:**
*Customer #* 124022
*Quote #* Q627107-4
*Project Sales Tax Exempt* No

| Material | Location | Unit | Approx Quantity | Delivered |
|---|---|---|---|---|
| 3000 FA Commercial-All Other Conc. | Evans Ready Mix | CY | 0 | $215.00 |
| 4000 FA COMMERCIAL-Foundations | Evans Ready Mix | CY | 0 | $227.00 |
| 4000 PSI Commercial 3/4" HR-Topping Slabs | Evans Ready Mix | CY | 0 | $249.00 |
| 5000 PSI FA, HR, 3/4 Concrete-Post-Tensioned Slabs & Beams | Evans Ready Mix | CY | 0 | $284.50 |
| 5000 PSI Fly Ash HR Concrete-Columns | Evans Ready Mix | CY | 0 | $257.00 |
| 6000 PSI FA, 3/4, High Range-Shear Walls | Evans Ready Mix | CY | 0 | $279.00 |
| 6000 PSI Fly Ash HR Concrete-Columns | Evans Ready Mix | CY | 0 | $279.00 |
| HIGH RANGE WATER REDUCER | Evans Ready Mix | GAL | 0 | $17.50 |
| NCA 1% | Evans Ready Mix | GAL | 0 | $13.25 |
| DCI-Corrosion Inhibitor Admixture | Evans Ready Mix | CY | 0 | $26.00 |
| DELVO STABILIZER | Evans Ready Mix | CY | 0 | $16.50 |
| MASTER FIBER F100 | Evans Ready Mix | BAG | 0 | $15.00 |
| HOT WATER | Evans Ready Mix | CY | 0 | $21.00 |
| Small Load Charge per each | Evans Ready Mix | CY | 0 | $150.00 |
| Truck Time - Per Minute | Evans Ready Mix | EA | 0 | $2.60 |

**Notes:**

All prices exclude Wyoming State sales tax.

Concrete pricing includes delivery to & from the site, as well as 1/2 hour on site. Any time beyond 1/2 hour on site will be billed out at the above unit rate of $2.60 per minute.

Materials quoted will be delivered & billed based on this proposal w/ payment due net 30. Interest of 1 1/2% per month will be charged on all past due accounts. This is an annual percentage rate of 18%. Accounts 60 days past due may be subject to C.O.D. and turned over to collections.

Price excludes ASR mitigation. If ASR mitigation is required, Lithium Nitrate will be used as a mitigant, and the price increase would be $60.00 per CY.

Separate admixture pricing is given above for the benefit of the customer to determine how to best price the project based on their preferences etc. All 3000 and 4000 PSI mix designs are quoted to achieve a 5" slump at the end of the line after pumping. All other higher strength mix designs are quoted to achieve a 7" slump at the end of the hose after pumping. All mix designs are quoted with a slump retention admixture. All mix designs that are labeled with an HR in the description are priced including High Range water reducing admixture to increase slump for placement. Pricing is given for Delvo Stabilizer to possibly retard loads for delayed set, as well as non-chloride accelerator when needed/at the discretion of the contractor. Pricing is given per CY for Corrosion Inhibitor Admixture, and fiber mesh for areas required. Price is also given separately for hot water for any pours that may occur between the dates of October 15th and April 30th. Truck time charge is a per minuter charge at $2.60 per minute.

Wash out area shall be supplied and maintained by the contractor. Evans Construction must be able to rinse off their chutes prior to leaving the job. We cannot simply do a scrape and go method, as it is too great a distance to travel back to the plant to rinse the chutes in order to avoid major build up of material on the chutes.

PCO 4359

TUUCI

**TUUCI, LLC**
1000 SE 8TH STREET, Miami - Hialeah, FL, 33010 United States
Tel + (305) 634-5116
www.tuuci.com

# ESTIMATE

**Bill To**

Phaze Concrete Inc
91 E Canyon Commercial Ave
Cedar City UT 84721-7784
United States
Contact: Jacob Jessop

**Ship To**

Phaze Concrete
3355 W Cody Ln
Teton Village WY 83025
United States

**QUOTE No: EX00026069**

Quote Date: 7/1/2024
Est Ship Date: TBD
Sales Rep: CHARLES EISEN & ASSOCIATES
Entered By: CPE
Shipping From: Miami

| Customer REF: | Ship Via: | Freight Terms: | Shipping Terms: | Payment Terms: |
|---|---|---|---|---|
| Teton Village H-1 | BEST WAY | Ex Works | Prepaid | <$5k 100% to WIP/ >$5k 50% down/50% befo |

| ITEM / PART | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| IGSM | In Ground Security Mount for MAX<br>Base Plate: Security Sleeve Packed with Frame | 19.000 | $380.00 | **$7,220.00** |

| | |
|---|---|
| Subtotal: | $7,220.00 |
| Freight: | $194.00 |
| Taxes: | $433.20 |
| **Grand Total:** | **$7,847.20** |
| Deposits: | $0.00 |
| **Balance Due:** | **$7,847.20** |

**All amounts are in USD**

Estimates are valid for 30 days. Estimated ship dates reflect the current manufacturing lead time from the receipt of complete Purchase Order and deposit payments. Custom Products or other factors may increase lead times. Stock items, replacement parts and the express ship program have shorter lead times. Estimated ship date is specified on your order confirmation. We accept payment via ACH, wire and check. Please include TUUCI invoice number with payment.

Your signature below acknowledges that you have reviewed and hereby confirm all specifications to be correct. All orders are custom made and once in production, cancellation or revision fees may apply. Any changes made to an order in production may result in additional charges and extended lead time. Freight charges are curbside or dockside only and do not include inside delivery or installation. Customs and Duties are not included on shipments outside the US. All sales are final, no shipping claims can be made after five days of receipt of items.

To proceed with this estimate please provide a signed copy to your Tuuci Sales Representative or Tuuci Regional Sales Team.

Jacob N Jessop
Signature

Jacob N. Jessop
Print Name

If required, a deposit will be requested once your Tuuci Rep has processed your Estimate.

July 1, 2024

PCO 4359

TUUCI

**TUUCI, LLC**
1000 SE 8TH STREET, Miami - Hialeah, FL, 33010 United States
Tel + (305) 634-5116
www.tuuci.com

# ESTIMATE

**Bill To**

Phaze Concrete Inc
91 E Canyon Commercial Ave
Cedar City UT 84721-7784
United States
Contact: Jacob Jessop

**Ship To**

Phaze Concrete
3355 W Cody Ln
Teton Village WY 83025
United States

**QUOTE No: EX00026069**

Quote Date: 7/1/2024
Est Ship Date: TBD
Sales Rep: CHARLES EISEN & ASSOCIATES
Entered By: CPE
Shipping From: Miami

| Customer REF: | Ship Via: | Freight Terms: | Shipping Terms: | Payment Terms: |
|---|---|---|---|---|
| Teton Village H-1 | BEST WAY | Ex Works | Prepaid | <$5k 100% to WIP/ >$5k 50% down/50% befo |

| ITEM / PART | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| IGSM | In Ground Security Mount for MAX<br>Base Plate: Security Sleeve Packed with Frame | 19.000 | $380.00 | **$7,220.00** |

| | |
|---|---|
| Subtotal: | $7,220.00 |
| Freight: | $194.00 |
| Taxes: | $433.20 |
| **Grand Total:** | **$7,847.20** |
| Deposits: | $0.00 |
| **Balance Due:** | **$7,847.20** |

**All amounts are in USD**

Estimates are valid for 30 days. Estimated ship dates reflect the current manufacturing lead time from the receipt of complete Purchase Order and deposit payments. Custom Products or other factors may increase lead times. Stock items, replacement parts and the express ship program have shorter lead times. Estimated ship date is specified on your order confirmation. We accept payment via ACH, wire and check. Please include TUUCI invoice number with payment.

Your signature below acknowledges that you have reviewed and hereby confirm all specifications to be correct. All orders are custom made and once in production, cancellation or revision fees may apply. Any changes made to an order in production may result in additional charges and extended lead time. Freight charges are curbside or dockside only and do not include inside delivery or installation. Customs and Duties are not included on shipments outside the US. All sales are final, no shipping claims can be made after five days of receipt of items.

To proceed with this estimate please provide a signed copy to your Tuuci Sales Representative or Tuuci Regional Sales Team.

Jacob N Jessop
Signature

Jacob N. Jessop
Print Name

July 1, 2024

If required, a deposit will be requested once your Tuuci Rep has processed your Estimate.

PCO 4359

EVANS CONSTRUCTION
A CRH COMPANY

P.O. Box 4309
Jackson, WY 83001

| | |
|---|---|
| **Customer No:** | 134125 |
| **Invoice No:** | 231950 |
| **Inv Date:** | 05/23/23 |
| **Page:** | Page 1 of 1 |
| **Customer PO:** | 3355 Cody LN |
| **Customer Job:** | 18973/052323/1 |

Phaze Concrete Inc
91 East Canyon Commercial Ave
Cedar City UT 84721

invoice@phazeconcrete.com

Evans Construction Company
P.O. Box 4309
Jackson, WY 83001
307-733-3029

**Delivered To:** 3355 Cody LN

| Date | | Item | Description | Quantity | UM | Unit Price | MatlTotal | TaxCode | TaxTotal | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Ticket #: 70194093** | | | | | | | | | **From: 05401** | **Evans Ready Mix** |
| 05/23/23 | 70194093 | 3137544 | 5000 PSI Pea Rock High Range Concrete | 5.00 | CY | 284.50 | 1,422.50 | WY01 | 85.35 | 1,507.85 |
| 05/23/23 | 70194093 | TRKTIME | TRUCKTIME | 110.00 | EA | 2.85 | 313.50 | WY00 | 0.00 | 313.50 |
| 05/23/23 | 70194093 | 901.FSCRM | FUEL SURCHARGE | 1.00 | EA | 14.00 | 14.00 | WY01 | 0.84 | 14.84 |
| **Total** | | | **Cubic Yards of Readymix** | **5.00** | | | **1,750.00** | | **86.19** | **1,836.19** |
| | | | **Total Invoice:** | | | | **1,750.00** | | **86.19** | **1,836.19** |

**Total Cubic Yards of Readymix for this Invoice** **5.00**

**Invoice Taxing Authority Summary:**

**WY01 WY - Sales & Use Tax Teton** 85.35

***Don't be the victim of cyber fraud! Our banking details will likely NEVER change. If you receive any correspondence requesting a change in our banking details, please contact us immediately***

Finance Charges will be applied to any late invoices at a rate of 1.5% per month per credit agreement or the State's Lawful Amount

**Invoice Amount:** **1,836.19**

**Amount Paid:** ____________

| | |
|---|---|
| **Customer Name:** | Phaze Concrete Inc |
| **Customer No:** | 134125 |
| **Invoice #:** | 231950 |
| **Date:** | 05/23/23 |
| **Customer Job:** | 18973/052323/1 |
| **Customer PO:** | 3355 Cody LN |
| **Due Date:** | 06/22/23 |

If you have any questions about your invoice please call 307-733-3029

**Remit Payment To:** **Evans Construction Company**
**2350 S 1900 W Ste. 200**
**Ogden, UT 84401**

**Please provide your email address below if you would like to start receiving your invoices via email**

____________________

PCO 4359

TUUCI

**TUUCI, LLC**
1000 SE 8TH STREET, Miami - Hialeah, FL, 33010 United States
Tel + (305) 634-5116
www.tuuci.com

# ESTIMATE

**Bill To**

Phaze Concrete Inc
91 E Canyon Commercial Ave
Cedar City UT 84721-7784
United States
Contact: Jacob Jessop

**Ship To**

Hoback Club
5700 Snake River Ranch Rd
Wilson WY 83014-9160
United States
Contact: Jacob Jessop
Phone: 928-218-0070

**QUOTE No: EX00021115**

Quote Date: 10/19/2023
Est Ship Date: TBD
Sales Rep: CHARLES EISEN & ASSOCIATES
Entered By: CPE
Shipping From: Miami

| Customer REF: | Ship Via: | Freight Terms: | Shipping Terms: | Payment Terms: |
|---|---|---|---|---|
| IGSM | BEST WAY | Ex Works | Prepaid | <$5k 100% to WIP/ >$5k 50% down/50% befo |

| ITEM / PART | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| IGSM | In Ground Security Mount for MAX<br>Base Plate: Security Sleeve Packed with Frame<br>JOB: EJOB050454 | 17.000 | $380.00 | **$6,460.00** |

| | |
|---|---|
| Subtotal: | $6,460.00 |
| Freight: | $255.00 |
| Taxes: | $387.60 |
| **Grand Total:** | **$7,102.60** |
| Deposits: | $0.00 |
| **Balance Due:** | **$7,102.60** |

**All amounts are in USD**

Estimates are valid for 30 days. Estimated ship dates reflect the current manufacturing lead time from the receipt of complete Purchase Order and deposit payments. Custom Products or other factors may increase lead times. Stock items, replacement parts and the express ship program have shorter lead times. Estimated ship date is specified on your order confirmation. We accept payment via ACH, wire and check. Please include TUUCI invoice number with payment.

Your signature below acknowledges that you have reviewed and hereby confirm all specifications to be correct. All orders are custom made and once in production, cancellation or revision fees may apply. Any changes made to an order in production may result in additional charges and extended lead time. Freight charges are curbside or dockside only and do not include inside delivery or installation. Customs and Duties are not included on shipments outside the US. All sales are final, no shipping claims can be made after five days of receipt of items.

To proceed with this estimate please provide a signed copy to your Tuuci Sales Representative or Tuuci Regional Sales Team.

Signature

Print Name

If required, a deposit will be requested once your Tuuci Rep has processed your Estimate.

PCO 4359

# Quote

**Mr. Rebar LLC**
1720 10th Ave S
Ste 4 #405
Great Falls, MT 59405
Phone: 406-205-0234

Page 1 of 1
11/8/2023 4:10:58 PM
Quote #: 00632
Salesman: Wallace Barlow

Customer Name: Phaze Concrete
Customer Code: Phaze Concrete
Customer Contact: Charles Knudson
Phone:
Job Description: Umbrella Anchorage- Teton Village
Payment Terms: Cash
Shipping Method: Counter Pickup

Ship To:
Bill To:

## Material

| Qty | Dimensions | Length | Grade | Total |
|---|---|---|---|---|
| 10 | REB 3 | 4'-6 | A615-60 | $13.20 |
| 51 | REB 3 | 6'-0 | A615-60 | $89.76 |
| 40 | REB 4 | 1'-6 | A615-60 | $29.20 |
| 136 | REB 4 | 2'-4 | A615-60 | $155.04 |
| **237** | | | | **$287.20** |

## Charges

| Type | Quantity | Amount Each | Total |
|---|---|---|---|
| Miscellaneous Delivery | 1 | $500.00 | $500.00 |
| | | | **$500.00** |

Sub-Total: $787.20
Tax: $0.00

**Total: $787.20**

PCO 4359

EVANS CONSTRUCTION
A CRH COMPANY

# Ready Mix Materials

Customer Quotation

*We are pleased to quote the following:*

www.evansconstruction.com

7255 S. HWY 89 • P.O. Box 4309 • Jackson, WY 83001 • Phone: (307) 733-3029 • Fax: (307) 733-8313

**Company:** Miscellaneous Customer
**Attention:** Interested Contractors
*Date:* 2/1/2021
*Phone:*

Phaze

**Project Name:** Teton Village H-1 Project
**Project Location:**
*Customer #* 124022
*Quote #* Q627107-4
*Project Sales Tax Exempt* No

| Material | Location | Unit | Approx Quantity | Delivered |
|---|---|---|---|---|
| 3000 FA Commercial-All Other Conc. | Evans Ready Mix | CY | 0 | $215.00 |
| 4000 FA COMMERCIAL-Foundations | Evans Ready Mix | CY | 0 | $227.00 |
| 4000 PSI Commercial 3/4" HR-Topping Slabs | Evans Ready Mix | CY | 0 | $249.00 |
| 5000 PSI FA, HR, 3/4 Concrete-Post-Tensioned Slabs & Beams | Evans Ready Mix | CY | 0 | $284.50 |
| 5000 PSI Fly Ash HR Concrete-Columns | Evans Ready Mix | CY | 0 | $257.00 |
| 6000 PSI FA, 3/4, High Range-Shear Walls | Evans Ready Mix | CY | 0 | $279.00 |
| 6000 PSI Fly Ash HR Concrete-Columns | Evans Ready Mix | CY | 0 | $279.00 |
| HIGH RANGE WATER REDUCER | Evans Ready Mix | GAL | 0 | $17.50 |
| NCA 1% | Evans Ready Mix | GAL | 0 | $13.25 |
| DCI-Corrosion Inhibitor Admixture | Evans Ready Mix | CY | 0 | $26.00 |
| DELVO STABILIZER | Evans Ready Mix | CY | 0 | $16.50 |
| MASTER FIBER F100 | Evans Ready Mix | BAG | 0 | $15.00 |
| HOT WATER | Evans Ready Mix | CY | 0 | $21.00 |
| Small Load Charge per each | Evans Ready Mix | CY | 0 | $150.00 |
| Truck Time - Per Minute | Evans Ready Mix | EA | 0 | $2.60 |

**Notes:**

All prices exclude Wyoming State sales tax.

Concrete pricing includes delivery to & from the site, as well as 1/2 hour on site. Any time beyond 1/2 hour on site will be billed out at the above unit rate of $2.60 per minute.

Materials quoted will be delivered & billed based on this proposal w/ payment due net 30. Interest of 1 1/2% per month will be charged on all past due accounts. This is an annual percentage rate of 18%. Accounts 60 days past due may be subject to C.O.D. and turned over to collections.

Price excludes ASR mitigation. If ASR mitigation is required, Lithium Nitrate will be used as a mitigant, and the price increase would be $60.00 per CY.

Separate admixture pricing is given above for the benefit of the customer to determine how to best price the project based on their preferences etc. All 3000 and 4000 PSI mix designs are quoted to achieve a 5" slump at the end of the line after pumping. All other higher strength mix designs are quoted to achieve a 7" slump at the end of the hose after pumping. All mix designs are quoted with a slump retention admixture. All mix designs that are labeled with an HR in the description are priced including High Range water reducing admixture to increase slump for placement. Pricing is given for Delvo Stabilizer to possibly retard loads for delayed set, as well as non-chloride accelerator when needed/at the discretion of the contractor. Pricing is given per CY for Corrosion Inhibitor Admixture, and fiber mesh for areas required. Price is also given separately for hot water for any pours that may occur between the dates of October 15th and April 30th. Truck time charge is a per minuter charge at $2.60 per minute.

Wash out area shall be supplied and maintained by the contractor. Evans Construction must be able to rinse off their chutes prior to leaving the job. We cannot simply do a scrape and go method, as it is too great a distance to travel back to the plant to rinse the chutes in order to avoid major build up of material on the chutes.

PCO 4132

SMC Construction Company, Co.
1086 Greg Street
Sparks, NV 89431

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 18-Sep-24
TITLE: Mechanical Equipment Pads in Room P326

CHANGE ORDER REQUEST: PCO-4132

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs to provide 2 ea. Mechanical Pads in Room P326 3'x7'x4" | | |
| 03.00 - Concrete - Exhibit A GMP Cost Breakdown<br>Phaze Costs to provide 2 ea. Mechanical Pads in Room P326 3'x7'x4" | $ | 4,639 |
| **Subtotal:** | $ | 4,639 |
| Liability Insurance .33% | $ | 16 |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 3 |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 4,659 |

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed ___ calendar days.

ACCEPTED:

| SMC Construction, Co.<br>1086 Greg Street<br>Sparks, NV 89431 | DDRM Jackson, LLC<br>DEVELOPMENT MANAGER | Cody Lane Development<br>PO Box 734<br>Jackson, WY |
|---|---|---|
| By: [signature] | By: | By: |
| Date: 9-18-24 | Date: | Date: |

PCO - 4132

PHAZE CONCRETE

91 E. Canyon Commercial Ave.
Cedar City, UT 84721

**Phone** (435)656-9500 **Fax** (435)656-9501

# Change Order

**Date** 9/11/2024
**Customer** Layton Construction Company, LLC
**Project** 21.011 Teton Village H-1
**Number** 399
**Status**

**Reference Doc** Email from James Hannum

**Memo** Mechanical Equipment Pads

| | Material | | | | | Labor | | | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total |
| 1 | Concrete | yd | 3.25 | $258.00 | $838.50 T | Foreman | hr | 8 | $100.26 | $802.08 | Powered Wheel Barrow 2 ea | hr | 6 | $43.73 | $262.38 T |
| 2 | Short load | ea | 1 | $175.00 | $175.00 T | | | | | | | | | | |
| 3 | Truck TIme | | 1 | $132.75 | $132.75 T | | | | | | | | | | |
| 4 | Fuel Surcharge | | 1 | $13.00 | $13.00 T | | | | | | | | | | |
| 5 | Environmental fee | | 1 | $15.00 | $15.00 T | | | | | | | | | | |
| 6 | Forms | sq ft | 15 | $4.00 | $60.00 T | Laborer | hr | 8 | $76.34 | $610.72 | Hammer Drill | hr | 8 | $11.21 | $89.68 T |
| 7 | Rebar | lb | 80 | $1.09 | $87.20 T | Conc finisher | hr | 8 | $82.87 | $662.96 | | | | | |
| 8 | Epoxy Adhesive | ea | 2 | $69.79 | $139.58 T | | | | | | | | | | |
| Material Totals | | | | | $1,461.03 | Labor Totals | | | | $2,075.76 | Equipment Totals | | | | $352.06 |

**Scope Notes:** Mechanical pads in Room P326 2 ea 3'X7'X4"

The batch plant smallest load is 3.25 yards..

**Number of days added to the schedule:** 1

| | | |
|---|---|---|
| Sub Total | | $3,888.85 |
| Tax | 8% | $145.05 |
| P&O | 15% | $605.09 |
| Bond | % | $0.00 |
| Total | | $4,638.99 |



PCO 4132

PCO 4132

EVANS CONSTRUCTION A CRH COMPANY

P.O. Box 4309
Jackson, WY 83001

| | |
|---|---|
| Customer No: | 134125 |
| Invoice No: | 246923 |
| Inv Date: | 08/12/24 |
| Page: | Page 1 of 1 |
| Customer PO: | 3355 Cody LN |
| Customer Job: | 18973/081224/2 |

Phaze Concrete Inc
91 East Canyon Commercial Ave
Cedar City UT 84721

invoice@phazeconcrete.com

Evans Construction Company
P.O. Box 4309
Jackson, WY 83001
307-733-3029

**Delivered To:** 3355 Cody LN

| Date | | Item | Description | Quantity | UM | Unit Price | MatlTotal | TaxCode | TaxTotal | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Ticket #: 70198869 | | | | | | | | | From: 05401 | Evans Ready Mix |
| 08/12/24 | 70198869 | 3137560 | 4000 FA COMMERCIAL | 2.00 | CY | 258.00 | 516.00 | WY01 | 30.96 | 546.96 |
| 08/12/24 | 70198869 | 3DYE2 | STANDARD COLOR | 2.00 | LBS | 62.00 | 124.00 | WY01 | 7.44 | 131.44 |
| 08/12/24 | 70198869 | 3DYHDL | DYE HANDLING CHARGE | 2.00 | EA | 16.00 | 32.00 | WY01 | 1.92 | 33.92 |
| 08/12/24 | 70198869 | 3SL | Small Load Charge | 1.00 | EA | 175.00 | 175.00 | WY01 | 10.50 | 185.50 |
| 08/12/24 | 70198869 | TRKTIME | TRUCKTIME | 45.00 | EA | 2.95 | 132.75 | WY00 | 0.00 | 132.75 |
| 08/12/24 | 70198869 | 901.FSCRM | FUEL SURCHARGE | 1.00 | EA | 13.00 | 13.00 | WY01 | 0.78 | 13.78 |
| 08/12/24 | 70198869 | 3ENV | ENVIRONMENTAL FEE | 2.00 | EA | 5.00 | 10.00 | WY01 | 0.60 | 10.60 |
| Total | | | Cubic Yards of Readymix | 2.00 | | | 1,002.75 | | 52.20 | 1,054.95 |
| | | | Total Invoice: | | | | 1,002.75 | | 52.20 | 1,054.95 |

Total Cubic Yards of Readymix for this Invoice 2.00

**Invoice Taxing Authority Summary:**

WY01 WY - Sales & Use Tax Teton 52.20

***Don't be the victim of cyber fraud! Our banking details will likely NEVER change. If you receive any correspondence requesting a change in our banking details, please contact us immediately***

Finance Charges will be applied to any late invoices at a rate of 1.5% per month per credit agreement or the State's Lawful Amount

Invoice Amount: 1,054.95

Amount Paid: ____________

| | |
|---|---|
| Customer Name: | Phaze Concrete Inc |
| Customer No: | 134125 |
| Invoice #: | 246923 |
| Date: | 08/12/24 |
| Customer Job: | 18973/081224/2 |
| Customer PO: | 3355 Cody LN |
| Due Date: | 09/11/24 |

If you have any questions about your invoice please call 307-733-3029

Remit Payment To: Evans Construction Company
2350 S 1900 W Ste. 200
Ogden, UT 84401

Please provide your email address below if you would like to start receiving your invoices via email

____________________________________________

PCO 4132

HILTI

Hilti Inc.
PO Box 21448
Tulsa, OK 74121-1148

Customer Service
800-879-8000
www.hilti.com

Credit Dept
800 950-6196

# INVOICE 4621485558

Duns: 00-117-3525
Federal ID: 06-0732334

PHAZE CONCRETE
91 E CANYON COMMERCIAL AVE
CEDAR CITY UT 84721-7784

| | |
|---|---|
| Invoice date: | 07/21/2023 |
| Invoice due date: | 08/20/2023 |
| Cust. P.O. number: | 21.011 |
| Customer account: | 14365446 |

Page 1 (1)

Delivery Address: PHAZE CONCRETE,DAN COOKE, 3355 CODY LN, TETON VILLAGE 83001-9592 ATTN:DANIEL COOKE 0832816697?

| | | | | | |
|---|---|---|---|---|---|
| Hilti sales rep: | SHAWN STOOR, TUS0720810 | Order number: | 585105470 | Date: | 07/21/2023 |
| Terms of payment: | 30 days net | Location ID: | 28585871 | | |

SHIPMENT NUMBER APPEARS ON PACKING SLIP(S). USE TO MATCH ALL DOCUMENTS AND CONFIRM RECEIPT.

| Material Number | Material Description | Quantity Invoiced | Quantity Shipped | Sell Price | Amount Due | * |
|---|---|---|---|---|---|---|
| 3772637 | HY 200-A V3 1 MC 500ML W/ RED CART. | 1 EA | | 1,296.21 | 1,296.21 | A |
| 2334275 | INJECTABLE MORTAR HY 200-A V3 500/1/WH | | 20 EA | | | |
| 2007059 | CARTRIDGE HOLDER RED HIT-CR 500 | | 1 EA | | | |

| | |
|---|---|
| Items Total | 1,296.21 |
| Freight | 21.83 |
| Total net value | 1,318.04 |
| Total Tax | 77.77 |
| Total amount USD | 1,395.81 |

Taxes: State: 4 % $ 51.85 County: 2 % $ 25.92 City: 0 % $ 0.00

* A - Taxable B - Non-Taxable C - Limited Shelf Life D - Non-Domestic Source E - Non-Domestic Source NATO Exception

Material returns after 90 days are subject to a $ 125 restocking fee.
Chemicals returnable within 14 days by the case only.
Standard Hilti terms and conditions apply. Visit www.us.hilti.com/terms for full terms.

| Customer account | Invoice | Invoice date | Prepayment | Amount due (USD) | Payment enclosed |
|---|---|---|---|---|---|
| 14365446 | 4621485558 | 07/21/2023 | | $1,395.81 | |

Bill to:
PHAZE CONCRETE
91 E CANYON COMMERCIAL AVE
CEDAR CITY UT 84721-7784

Delivery Address:
PHAZE CONCRETE
DAN COOKE
3355 CODY LN
TETON VILLAGE 83001-9592

Please make checks payable to Hilti and remit in USD.
A fee of $ 25.00 is assessed for return checks.
Email Tax Certificates to us-tax-certificates@hilti.com

Remit to:
**HILTI INC.**
**PO BOX 70299**
**PHILADELPHIA PA**
**19176-0299**

9 14365446 4621485558 07212023 0000139581

Docusign Envelope ID: A2221042-3668-478E-935B-20FE17543F65



SMC Construction Company, Co.
1086 Greg Street
Sparks, NV 89431

SMC CONSTRUCTION CONTRACTING

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 4-Dec-24 CHANGE ORDER REQUEST: PCO-4155.1
TITLE: Phaze COR # 405

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs to incorporate updated drawings and specifications as to grout crane rails for Tower Crane | | |
| 03.00 - Concrete- Exhibit A GMP Cost Breakdown<br>Phaze COR 405 | $ 2034 | ~~4,580~~ |
| Subtotal: | $ | ~~4,580~~ |
| Liability Insurance .33% | $ 7 | ~~16~~ |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ 1 | ~~3~~ |
| Contractor Fee | | N/A |
| **Grand Total** | $ $2,042 | ~~4,600~~ |

Cumming recommend this PCO is accepted subject to adjustments.

The material price is fair and reasonable and labor rates are as agreed. However, the labor hours proposed appear high. Phaze concrete have proposed 49 hours to install 15 bags of non-shrink grouting, which we consider high. Cumming recommend reducing to 20 hours.

[signature] 2/12/25

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed 0 calendar days.

ACCEPTED:

| SMC Construction, Co.<br>1086 Greg Street<br>Sparks, NV 89431 | DDRM Jackson, LLC<br>DEVELOPMENT MANAGER | Cody Lane Development<br>PO Box 734<br>Jackson, WY |
|---|---|---|
| By: [signature] | By: DocuSigned by: Stan Castleton EDDB7619F3D4413... | By: Not Required |
| Date: 12/04/2024 | Date: 2/24/2025 | Date: |

Per Owner direction, DDRM approves in full

PCO 4188

**SMC Construction Company, Co.**
1086 Greg Street
Sparks, NV 89431

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 4-Dec-24 CHANGE ORDER REQUEST: **PCO-4188**

TITLE: CCD 996-RFI 2703
Phaze COR # 409

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs to incorporate updated drawings and specifications as indicated in CCD 996 | | |
| 03.00 - Concrete- Exhibit A GMP Cost Breakdown<br>Phaze COR 409-CCD 996 RFI 2703 | $ | ~~74,853~~ |
| **Subtotal:** | $ | ~~74,853~~ |
| Liability Insurance .33% | $ | ~~264~~ |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | ~~56~~ |
| Contractor Fee | | N/A |
| **Grand Total** | $ $75,173 | Rejected ~~75,173~~ |

We recommend this PCO is rejected. SSK-104, structural note, was issued to correct the opening for elevator #4 that was poured too small. RFI-2703 formally confirmed that SSK-104 can be used to modify the in-place opening to elevator #4. Phaze's COR does not confirm which elevator the door opening requires modification, but this appears to be #4. As the original opening was poured, by Phaze, incorrectly it is up to Phaze to correct the condition at no additional cost of the project. In lieu of adequate justification to substantiate the claim, the PCO should be rejected.

[signature]

CMG review
1/22/2025

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed 0 calendar days.

ACCEPTED:

| **SMC Construction, Co.**<br>1086 Greg Street<br>Sparks, NV 89431 | DDRM Jackson, LLC<br>DEVELOPMENT MANAGER | Cody Lane Development<br>PO Box 734<br>Jackson, WY |
|---|---|---|
| By: [signature: R Smith] | By: | By: |
| Date: 12/04/2024 | Date: | Date: |

Per Owner / Beck Direction per email dated 03/04/25, DDRM approves in full, against rejection recommendation by Cumming

**SMC Construction Company, Co.**
1086 Greg Street
Sparks, NV 89431

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 13-Dec-24
TITLE: Phaze COR # 412

CHANGE ORDER REQUEST: **PCO-4217**

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs to incorporate updated drawings and specifications for installation of Slick Line under ski run | | |
| 03.00 - Concrete- Exhibit A GMP Cost Breakdown<br>Phaze COR 412 | $ | 27,722 |
| **Subtotal:** | $ | 27,722 |
| Liability Insurance .33% | $ | 98 |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 21 |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 27,841 |

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed ___ calendar days.

ACCEPTED:

| | | |
|---|---|---|
| **SMC Construction, Co.**<br>1086 Greg Street<br>Sparks, NV 89431 | DDRM Jackson, LLC<br>DEVELOPMENT MANAGER | Cody Lane Development<br>PO Box 734<br>Jackson, WY |
| By: PSmith | By: | By: |
| Date: 12/13/2024 | Date: | Date: |

PCO 4217

PHAZE CONCRETE INC.

91 E. Canyon Commercial Ave.
Cedar City, UT 84721
**Phone** (435)656-9500 **Fax** (435)656-9501

# Change Order

**Date** 11/13/2024
**Customer** Layton Construction Company, LLC
**Project** 21.011 Teton Village H-1
**Number** 412
**Status**

**Reference Doc** PCO #4217
**Memo** Slick Line under ski run

| | Material | | | | | Labor | | | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total |
| 1 | **FD 11-12-24 Slick line under Ski run** | | | | | | | | | | | | | | |
| 2 | 18" SDR 35 PVC | ft | 70 | $23.79 | $1,665.30 T | Operator | hr | 7 | $88.66 | $620.62 | Truck & Trailer | hr | 4 | $37.00 | $148.00 T |
| 3 | **FD 11-13-24 Trenching for Slick line** | | | | | | | | | | | | | | |
| 4 | 8" SDR 35 | ft | 70 | $5.18 | $362.60 T | Foreman | hr | 12 | $100.26 | $1,203.12 | 305 Mini Excavater | day | 12 | $77.10 | $925.20 T |
| 5 | | | | | | Operator | hr | 88.66 | $12.00 | $1,063.92 | | | | | |
| 6 | Insulation 4X12 | ea | 12 | $50.67 | $608.04 T | Laborer 3 | hr | 36 | $76.34 | $2,748.24 | | | | | |
| 7 | Freight | ea | 12 | $0.99 | $11.88 | | | | | | | | | | |
| 8 | **FD 11-14-24 Slick Line Sleeve** | | | | | | | | | | | | | | |
| 9 | | | | | | Foreman | hr | 6 | $100.26 | $601.56 | 305 Mini Excavater | | 4 | $77.10 | $308.40 T |
| 10 | | | | | | Laborer 3 | hr | 18 | $176.24 | $3,172.32 | | | | | |
| 11 | **FD 11-18-24 Slick Line sleeve under ski run. Getting more pipe** | | | | | | | | | | | | | | |
| 12 | 18' pvc SDR 35 pipe | ft | 28 | $23.79 | $666.12 T | Operator | hr | 11 | $88.66 | $975.26 | Pickup & Trailer | hr | 11 | $37.00 | $407.00 T |
| 13 | **FD-11-20-24 Digging Trench for Slick line under ski run** | | | | | | | | | | | | | | |
| 14 | | | | | | Foreman | hr | 11 | $100.26 | $1,102.86 | 305 Mini Excavater | hr | 11 | $70.10 | $771.10 T |
| 15 | | | | | | Operator | hr | 11 | $88.66 | $975.26 | Jumping Jack | hr | 11 | $19.06 | $209.66 T |
| 16 | **FD 11-20 (19) 24 Digging Trench for Slick line under Ski Run** | | | | | | | | | | | | | | |
| 17 | | | | | | Foreman | hr | 11 | $100.26 | $1,102.86 | 305 Mini Excavater | hr | 11 | $70.10 | $771.10 T |
| 18 | | | | | | Operator | hr | 11 | $88.66 | $975.26 | Jumping Jack | hr | 11 | $19.06 | $209.66 T |
| 19 | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | |
| 21 | **FD 11-20-24 Digging Trench for slick line under ski run** | | | | | | | | | | | | | | |
| 22 | | | | | | Foreman | hr | 5 | $100.26 | $501.30 | Cat 305 Mini Excavater | hr | 5 | $77.10 | $385.50 T |
| 23 | | | | | | Operator | hr | 5 | $88.66 | $443.30 | Skid Steer | hr | 5 | $87.46 | $437.30 T |
| 24 | | | | | | | | | | | Jumping Jack | hr | 5 | $19.06 | $95.30 T |
| **Material Totals** | | | | | $3,313.94 | **Labor Totals** | | | | $15,485.88 | **Equipment Totals** | | | | $4,668.22 |

**Scope Notes:**

**Number of days added to the schedule:** 1

| | | |
|---|---|---|
| **Sub Total** | | $23,468.04 |
| **Tax** | 8% | $637.62 |
| **P&O** | 15% | $3,615.85 |
| **Bond** | % | $0.00 |
| **Total** | | $27,721.51 |

PCO 4217

SMC CONSTRUCTION CONTRACTING

11/7/2024

Phaze Concrete, Inc ("Subcontractor")
Attn: Ralph Jessop
91 E. Canyon Commercial AVE.
Cedar City, UT 84721

**VIA EMAIL ONLY (ralphj@phazeconcrete.com)**

**Re: Directive to Proceed – Hoback Club Project, Teton Village, Wyoming ("Project")**

Dear Ralph :

This is a directive to proceed pursuant to Section 4.2(a) of Attachment B General Terms and Conditions of the Master Subcontract Agreement (the "Subcontract") between Subcontractor and SMC Construction Co. ("SMC") as assigned from Cody Lane Development Corp. ("Owner"), Owner having previously taken assignment from Layton Construction Company, LLC ("Layton") for the Project.

The work under this directive is as follows:

> Install 18" sleeve under the ski run to allow for concrete pumping to the courtyard upon closure of the ski run. This directive only applies to work related to the issues described. Any additional repairs will require prior approval before proceeding.
>
> The work will be performed under time & material, overtime is approved for this work and will be tracked for payment under SMC **PCO 4217**
>
> For documentation of the repair work, before and after photos are required at the time T&M Tickets are presented to SMC for signature and must accompany the T&M tickets though the invoicing process.

For any work to be performed on a Time & Material ("T&M") basis, the following SMC manager is assigned and authorized to review and approve T&M tickets: Kevin Davis.

This Directive is approved by Marty Breen, Development Manager for the Project. MB
Initials

Please contact the undersigned should you wish to discuss this directive. All rights, remedies, and defenses under the Subcontract and at law and equity are expressly reserved.

Yours truly,

Peter Smith
SMC Construction Co.
P Smith
Enclosure:

CC: Marty Breen (mbreen@ddrmpartners.com)
Rich Schaller (rschaller@smcco.biz)
Scott Hernandez (shernandez@smcco.biz)
Rob DesLauriers (rob.deslauriers@terrassetgroup.com)
Alan Mullin (amullin@ddrmpartners.com)
Simon Wadsworth (swadsworth@cumming-group.com)
Stan Castleton (srcastleton@ddrmpartners.com)

PCO 4217

# Bid Proposal for Teton H1 Revision 3/2021

CUSTOMER

**All Bidders**

**Job**
Teton H1 Revision 3/2021
Bid Date: 02/12/2021
Bid #: 1730569

CONTACT

**Sales Representative**
Kyle Davis
(T) 208-523-3335
Kyle.Davis@coreandmain.com

**Core & Main**
1966 W Heyrend Way
Idaho Falls, ID 83402
(T) 208-523-3335

NOTES

PCO 4217

CORE&MAIN

Bid Proposal for Teton H1 Revision 3/2021

**All Bidders**
**Bid Date:** 02/12/2021
**Core & Main** 1730569

**Core & Main**
1966 W Heyrend Way
Idaho Falls, ID 83402
**Phone:** 208-523-3335
**Fax:** 208-523-5225

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| | | **Due to current global supply chain issues, PVC and** | | | |
| | | **HDPE Pipe pricing is subject to change based on the** | | | |
| | | **current price at the time of shipment, and** | | | |
| | | **availability is not guaranteed** | | | |
| 10 | | **THIS IS OUR INTERPRETATION OF** | | | |
| 20 | | **THE PLANS AND SPECS.** | | | |
| 30 | | **MANY ITEMS CALLED OUT ARE NOT** | | | |
| 40 | | **MADE IN THE SIZING ASKED FOR.** | | | |
| 50 | | **CORE AND MAIN IS NOT** | | | |
| 60 | | **RESPONSIBLE FOR ANY ADDITIONAL** | | | |
| 70 | | **MATERIALS THAT MAY BE NEEDED** | | | |
| 80 | | **TO COMPLETE ANY PHASE OF THIS** | | | |
| 90 | | **PROJECT. THE RESPONSIBILITY** | | | |
| 100 | | **LIES WITH THE CONTRACTOR TO** | | | |
| 110 | | **ORDER THE CORRECT MATERIALS** | | | |
| 120 | | **FOR THE JOB.** | | | |
| 150 | | **WATER** | | | |
| 170 | | MAINLINE | | | |
| 180 | 450 | 8 TJ CL52 DI PIPE | FT | 25.93 | 11,668.50 |
| 190 | 1 | 12GA COP WIRE SOLID BLUE 500' | RL | 45.00 | 45.00 |
| 200 | 1 | 2X1000' DET TAPE WATER | EA | 19.99 | 19.99 |
| 210 | 1 | 5# BOTTLE CHLORINE GRAN | EA | 25.00 | 25.00 |
| | | | | **SUBTOTAL** | **11,758.49** |
| 220 | | FITTINGS | | | |
| 230 | 3 | 8 MJ 45 C153 IMP | EA | 74.18 | 222.54 |
| 240 | 4 | 8 MJ 22-1/2 C153 IMP | EA | 72.39 | 289.56 |
| 250 | 2 | 8 MJ 11-1/4 C153 IMP | EA | 65.58 | 131.16 |
| 260 | 18 | 8 MJ REGULAR ACC SET | EA | 22.69 | 408.42 |
| | | | | **SUBTOTAL** | **1,051.68** |
| 270 | | HOT TAPS | | | |
| 280 | | MAINLINE SIZE NOT GIVEN. | | | |
| 290 | | CONTRACTOR TO VERIFY. | | | |
| 300 | 2 | FAST-905-8A 8X8 SS TAP SLV CARBON STEEL FLG,OD 8.63-9.05 | EA | 640.94 | 1,281.88 |
| 310 | 2 | 8 F6106 MJXFLG RW GV OL L/ACC CLOW GATE VALVE EPOXY COATED W/STAINLESS STEEL BOLTS & NUTS | EA | 908.65 | 1,817.30 |
| 320 | 2 | 36 M9064 VLV BOX BOTTOM IMP | EA | 33.35 | 66.70 |
| 330 | 2 | 26 M9060 VLV BOX TOP SCR IMP | EA | 28.01 | 56.02 |
| 340 | 2 | 5-1/4 VLV BOX LID M/WATER | EA | 17.37 | 34.74 |
| 350 | 2 | 8 MJ REGULAR ACC SET | EA | 22.69 | 45.38 |
| 360 | 2 | 8 ZINC PLTD HEX BOLT & NUT KIT | EA | 11.35 | 22.70 |
| 370 | 2 | 8X1/8 FLG RING RR GASKET | EA | 2.39 | 4.78 |
| | | | | **SUBTOTAL** | **3,329.50** |

** For reference only - not included in total

PCO 4217

CORE & MAIN

# Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| 380 | | CASING | | | |
| 390 | 120 | 16 .375 WALL STL CASING | FT | 59.64 | 7,156.80 |
| 400 | | SCH30 | | | |
| 410 | 25 | 8X16 PX CASING SPACER | EA | 52.69 | 1,317.25 |
| 420 | 2 | 8X16 END SEAL | EA | 66.70 | 133.40 |
| | | | | **SUBTOTAL** | **8,607.45** |
| 430 | | FIRE HYDRANT ASSEMBLY | | | |
| 440 | 18 | 6 TJ CL52 DI PIPE | FT | 18.38 | 330.84 |
| 450 | 1 | 8X6 MJ TEE C153 IMP | EA | 111.81 | 111.81 |
| 460 | 1 | 6 F6100 MJ RW GV OL ON L/ACC CLOW GATE VALVE EPOXY COATED W/STAINLESS STEEL BOLTS & NUTS | EA | 581.49 | 581.49 |
| 470 | 1 | 36 M9064 VLV BOX BOTTOM IMP | EA | 33.35 | 33.35 |
| 480 | 1 | 26 M9060 VLV BOX TOP SCR IMP | EA | 28.01 | 28.01 |
| 490 | 1 | 5-1/4 VLV BOX LID M/WATER | EA | 17.37 | 17.37 |
| 500 | 1 | 5-1/4" TR MJ MED MT HYD 6'6"B LESS ACC A NUT & 5 PUMPER | EA | 2,218.35 | 2,218.35 |
| 510 | 2 | 8 MJ REGULAR ACC SET | EA | 22.69 | 45.38 |
| 520 | 4 | 6 MJ REGULAR ACC SET | EA | 20.63 | 82.52 |
| | | | | **SUBTOTAL** | **3,449.12** |
| 530 | | FIRE RISER | | | |
| 540 | 1 | 8 MJ 90 C153 IMP | EA | 90.67 | 90.67 |
| 550 | 1 | 8 DI STARFLANGE ADPT RAC3208 W/ACC STARGRIP | EA | 178.45 | 178.45 |
| 560 | 1 | 8X2 TAPT BLIND FLG DI IMP | EA | 98.20 | 98.20 |
| 570 | 2 | 8 3008P DI STARGRIP RESTR. (I) W/ACC - SGDPPK08 | EA | 46.47 | 92.94 |
| 580 | 2 | 8 ZINC PLTD HEX BOLT & NUT KIT | EA | 11.35 | 22.70 |
| 590 | 1 | 8X1/8 FLG RING RR GASKET | EA | 2.39 | 2.39 |
| 600 | 80 | 3/4X10' ALL THREAD ROD ZINC PLATED | FT | 2.29 | 183.20 |
| | | | | **SUBTOTAL** | **668.55** |
| 610 | | POST INDICATOR VALVE | | | |
| 620 | | DETAILS NOT GIVEN. | | | |
| 630 | 1 | 8 F6100 MJ RW GV OL ON L/ACC CLOW GATE VALVE EPOXY COATED W/STAINLESS STEEL BOLTS & NUTS | EA | 926.17 | 926.17 |
| 640 | 1 | M2401024 8" POST IND PLATE F/8" CLOW VALVE ONLY | EA | 130.65 | 130.65 |
| 650 | 1 | 2945A CLOW ADJ IND POST "D" | EA | 1,262.04 | 1,262.04 |
| | | | | **SUBTOTAL** | **2,318.86** |
| | | | **WATER SUBTOTAL** | | **31,183.65** |
| | | | | | |
| | | | | | |
| 680 | | **SEWER** | | | |
| | | | | | |
| 700 | | MAINLINE | | | |
| 710 | 42 | 8 PVC SDR35 SWR PIPE (G) 14' | FT | 5.18 | 217.56 |
| 720 | 224 | 4 PVC SDR35 SWR PIPE (G) 14' | FT | 1.30 | 291.20 |
| 730 | 1 | 2X1000' DET TAPE SEWER GREEN | EA | 19.99 | 19.99 |
| 740 | 1 | 4 PVC SDR35 SWR 45 GXG | EA | 12.63 | 12.63 |
| | | | | **SUBTOTAL** | **541.38** |
| 750 | | CLEANOUTS | | | |
| 760 | 1 | 8 PVC SDR35 SWR WYE GXG | EA | 136.98 | 136.98 |
| 770 | 2 | 8 PVC SDR35 SWR 45 GXSP | EA | 68.54 | 137.08 |
| 780 | 1 | 8 SDR35 SW FEMALE ADPT CLEANOUT HXFITP | EA | 77.65 | 77.65 |
| 790 | 1 | 8 PVC SWR CLEANOUT PLUG MIPT | EA | 69.53 | 69.53 |
| 800 | 5 | 4X4 PVC SDR35 SWR WYE GXG | EA | 21.77 | 108.85 |
| 810 | 10 | 4 PVC SDR35 SWR 45 GXSP | EA | 11.35 | 113.50 |

** For reference only - not included in total

PCO 4217

Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| 820 | 5 | 4 SDR35 CLEANOUT ADPT HXF L/PL | EA | 6.06 | 30.30 |
| 830 | 5 | 4 PVC SWR CLEANOUT PLUG MIPT | EA | 3.67 | 18.35 |
| 840 | 6 | 8" H-8020 CLEANOUT R&C "SEWER" | EA | 76.25 | 457.50 |
| | | | | **SUBTOTAL** | **1,149.74** |
| 850 | | FORCE MAIN | | | |
| 860 | 200 | 3 IPS DR11 HDPE PIPE | FT | 2.58 | 516.00 |
| 870 | 1 | 3 IPS DR11 HDPE FLG ADPT | EA | 7.34 | 7.34 |
| 880 | 1 | 3" SDR11 DI IPS BACKING RING | EA | 4.67 | 4.67 |
| 890 | 1 | 3 ZINC PLTD HEX BOLT & NUT KIT | EA | 4.24 | 4.24 |
| 900 | 1 | 3X1/8 FLG RING RR GASKET | EA | 1.17 | 1.17 |
| 910 | 1 | 3 FLG 22-1/2 C110 IMP | EA | 58.11 | 58.11 |
| | | | | **SUBTOTAL** | **591.53** |
| | | | | **SEWER SUBTOTAL** | **2,282.65** |
| | | | | | |
| | | | | | |
| 940 | | **STORM DRAIN** | | | |
| | | | | | |
| 960 | | PIPE | | | |
| 970 | 126 | 18 PVC SDR35 SWR PIPE (G) 14' | FT | 23.79 | 2,997.54 |
| 980 | 1302 | 12 PVC SDR35 SWR PIPE (G) 14' | FT | 11.62 | 15,129.24 |
| 990 | 224 | 8 PVC SDR35 SWR PIPE (G) 14' | FT | 5.18 | 1,160.32 |
| 1000 | 672 | 6 PVC SDR35 SWR PIPE (G) 14' | FT | 2.87 | 1,928.64 |
| 1010 | 1554 | 4 PVC SDR35 SWR PIPE (G) 14' | FT | 1.30 | 2,020.20 |
| 1020 | 4 | 2X1000' DET TAPE-STORM SWR | EA | 26.67 | 106.68 |
| | | | | **SUBTOTAL** | **23,342.62** |
| 1030 | | FITTINGS | | | |
| 1040 | 3 | 12X6 PVC SDR35 SWR TEE GXG | EA | 277.34 | 832.02 |
| 1050 | 8 | 12X4 PVC SDR35 SWR TEE GXG | EA | 263.14 | 2,105.12 |
| 1060 | 2 | 8X6 PVC SDR35 SWR TEE GXG | EA | 68.54 | 137.08 |
| 1070 | 12 | 8X4 PVC SDR35 SWR TEE GXG | EA | 66.23 | 794.76 |
| 1080 | 1 | 8 PVC SDR35 SWR 45 GXG | EA | 71.74 | 71.74 |
| 1090 | 1 | 6X6 PVC SDR35 SWR TEE GXG | EA | 43.84 | 43.84 |
| 1100 | 19 | 6X4 PVC SDR35 SWR TEE GXG | EA | 42.87 | 814.53 |
| 1110 | 13 | 4X4 PVC SDR35 SWR TEE GXG | EA | 20.46 | 265.98 |
| 1120 | 1 | 6 PVC SDR35 SWR 22-1/2 GXG | EA | 24.84 | 24.84 |
| 1130 | 5 | 4X4 PVC SDR35 SWR TEE GXG | EA | 20.46 | 102.30 |
| 1140 | 3 | 4X4 PVC SDR35 SWR WYE GXG | EA | 21.77 | 65.31 |
| 1150 | 20 | 4 PVC SDR35 SWR 90 GXG | EA | 15.89 | 317.80 |
| 1160 | 13 | 4 PVC SDR35 SWR 45 GXG | EA | 12.63 | 164.19 |
| 1170 | 1 | 4 PVC SDR35 SWR 22-1/2 GXG | EA | 12.61 | 12.61 |
| | | | | **SUBTOTAL** | **5,752.12** |
| 1180 | | CLEANOUTS | | | |
| 1190 | 1 | 6X6 PVC SDR35 SWR TEE GXG | EA | 43.84 | 43.84 |
| 1200 | 1 | 6X4 PVC SDR35 SWR TEE GXG | EA | 42.87 | 42.87 |
| 1210 | 6 | 6 PVC SDR35 SWR 45 GXSP | EA | 22.72 | 136.32 |
| 1220 | 3 | 6 SDR35 CLEANOUT ADPT HXF L/PL | EA | 28.61 | 85.83 |
| 1230 | 3 | 6 PVC SWR CLEANOUT PLUG MIPT | EA | 18.49 | 55.47 |
| 1240 | 5 | 4X4 PVC SDR35 SWR TEE GXG | EA | 20.46 | 102.30 |
| 1250 | 3 | 4X4 PVC SDR35 SWR WYE GXG | EA | 21.77 | 65.31 |
| 1260 | 19 | 4 PVC SDR35 SWR 45 GXSP | EA | 11.35 | 215.65 |
| 1270 | 10 | 4 SDR35 CLEANOUT ADPT HXF L/PL | EA | 6.06 | 60.60 |
| 1280 | 10 | 4 PVC SWR CLEANOUT PLUG MIPT | EA | 3.67 | 36.70 |

** For reference only - not included in total

PCO 4217

# Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| 1290 | 13 | 8" H-8020 CLEANOUT R&C "CLEANOUT" | EA | 76.25 | 991.25 |
| | | | | **SUBTOTAL** | **1,836.14** |
| 1300 | | NDS DRAIN BASINS | | | |
| 1310 | | NDS SPEE-D BASINS CALLED OUT ARE ONLY MADE WITH A 3" OR 4" INLET AND A 6" TOP. ENG HAS CALLED FOR THEM ON 6" AND 8" | | | |
| 1320 | | LINES. ADDITIONAL FITTINGS MAY BE REQUIRED. QUOTED AS CLOSE AS POSSIBLE UNDER THESE CIRCUMSTANCES. | | | |
| 1330 | 44 | NDS 101 SPEE-D CATCH BASIN F/3" OR 4" LOCKING OUTLET | EA | 16.19 | 712.36 |
| 1340 | 37 | NDS 201 DOUBLE SPEE-D BASIN 2-3" AND 4" LOCKING OUTLETS | EA | 16.19 | 599.03 |
| 1350 | 4 | NDS 250 SPEE-D BASIN, 2-3" AND 4" 90 DEGREE OUTLETS | EA | 2.76 | 11.04 |
| 1360 | 10 | NDS 300 SPEE-D BASIN 3-4" & 4" 90 DEGREE OUTLETS | EA | 30.80 | 308.00 |
| 1370 | 3 | NDS 350 SPEE-D BASIN | EA | 35.91 | 107.73 |
| 1380 | | RISER REFERENCE PRICE. UNABLE TO DETERMINE OFF PLANS IF AND WHEN THEY WILL BE NEEDED. | | | |
| 1390** | 1 | NDS 101R SPEE-D BASIN RISER | EA | 9.17 | 9.17 |
| 1400 | 32 | NDS 922PB BRASS GRATE | EA | 94.15 | 3,012.80 |
| 1410 | 66 | NDS 90B 6 BRASS ATRIUM GRATE | EA | 231.12 | 15,253.92 |
| | | | | **SUBTOTAL** | **20,004.88** |
| 1420 | | TRENCH DRAIN | | | |
| 1430 | 93 | ACO 74408 KS100 SLOPED CHANNEL SS RAIL | EA | 130.23 | 12,111.39 |
| 1440 | | CHANNEL NUMBERS TBD | | | |
| 1450 | 73 | K100S TRENCH BRICKSLOT TOP 1/2 METER | EA | 195.89 | 14,299.97 |
| 1460 | 20 | K100S TRENCH BRICKSLOT TOP 25.4MM METER | EA | 114.62 | 2,292.40 |
| 1470 | 20 | ACO SS BRICKSLOT ACCESS UNIT | EA | 268.32 | 5,366.40 |
| 1480 | 114 | INSTALLATION DEVICE | EA | 15.19 | 1,731.66 |
| 1490 | 15 | ACO 968 KS100S UNIVERSAL CAP | EA | 9.14 | 137.10 |
| 1500 | 1 | GRATE REMOVAL TOOL | EA | 15.19 | 15.19 |
| 1510 | 11 | 1056-44 4 CI/PVCXCI/PVC CPLG | EA | 7.41 | 81.51 |
| | | | | **SUBTOTAL** | **36,035.62** |
| 1520 | | WALK OFF GRATES | | | |
| 1530 | | STORM NOTE #12 CALLS FOR 24" | | | |
| 1540 | | NDS GRATES, LENGTH PER PLANS. | | | |
| 1550 | | THE LARGEST OFFERED IS 24"X24" | | | |
| 1560 | | THESE STRUCTURES WILL NEED TO | | | |
| 1570 | | CONCRETE. NO QUOTE ON THESE | | | |
| 1580 | | DRAINS. | | | |
| | | | | **SUBTOTAL** | **0.00** |
| 1590 | | MECHANICAL VAULT FLOOR DRAINS | | | |
| 1600 | | NO INFORMATION GIVEN | | | |
| | | | | **SUBTOTAL** | **0.00** |
| 1610 | | FOUNDATION DRAIN | | | |
| 1620 | 3500 | 4 ADS HWY CORR PERF 100' SGL WALL 04410100 | FT | 0.90 | 3,150.00 |
| 1630 | 1000 | 6 ADS CORR SOLID 100' SGL WALL 06510100 | FT | 2.60 | 2,600.00 |
| 1640 | 500 | 6 ADS CORR PERF 100' SGL WALL 06010100 | FT | 2.60 | 1,300.00 |
| 1650 | 4 | 24" X 150' STRIPDRAIN | ROL | 498.47 | 1,993.88 |
| 1660 | 10 | 4 X 50 SITEDRAIN 184 | ROL | 210.77 | 2,107.70 |
| 1670 | 35 | 0421AA 4 ADS SW SNAP TEE | EA | 6.84 | 239.40 |
| 1680 | 29 | 0490AA 4 ADS SW SNAP 90 | EA | 8.52 | 247.08 |
| 1690 | 23 | 0432AA 4 ADS SW SNAP END CAP | EA | 4.28 | 98.44 |
| 1700 | 8 | 0624AA 6X4 ADS SW RED TEE | EA | 15.65 | 125.20 |
| 1710 | 4 | 0626AA 6 ADS SW SNAP TEE | EA | 15.23 | 60.92 |
| 1720 | 7 | 0699ST 6 ADS N12 ST 90 MOLDED | EA | 24.60 | 172.20 |
| 1730 | 3 | 0667AA 6 ADS SNAP END CAP SGL WALL | EA | 8.12 | 24.36 |

** For reference only - not included in total

PCO 4217

CORE & MAIN

Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| | | | | **STORM TOTAL** | **12,119.18** |
| 1740 | | **VORTECHS 3000** | | | |
| 1750 | 1 | VOTECHS 3000 | EA | 22,078.29 | 22,078.29 |
| | | STANDARD INLINE | | | |
| | | SITE DESIGNATION | | | |
| | | VSG-01, PIPE SIZE 18" | | | |
| | | PIPE SIZE OUT 18" RIM ELEV | | | |
| | | 6356.18, IE OUT: 6346.97 | | | |
| | | NOTES FOR QUOTE: | | | |
| | | EOR TO PROVIDE FLOW RATES | | | |
| | | AND RECURRENCE INTERVAL | | | |
| | | PRIOR TO FINAL DESIGN | | | |
| | | | | **SUBTOTAL** | **22,078.29** |
| | | | | **SUBTOTAL** | **121,168.85** |
| | | | | | |
| | | | | **Sub Total** | **154,635.15** |
| | | | | Freight | 2,600.00 |
| | | | | **Tax** | 0.00 |
| | | | | **Total** | **157,235.15** |

**Branch Terms:**

**UNLESS OTHERWISE SPECIFIED HEREIN, PRICES QUOTED ARE VALID IF ACCEPTED BY CUSTOMER AND PRODUCTS ARE RELEASED BY CUSTOMER FOR MANUFACTURE WITHIN THIRTY (30) CALENDAR DAYS FROM THE DATE OF THIS QUOTATION. CORE & MAIN LP RESERVES THE RIGHT TO INCREASE PRICES UPON THIRTY (30) CALENDAR DAYS' NOTICE TO ADDRESS FACTORS, INCLUDING BUT NOT LIMITED TO, GOVERNMENT REGULATIONS, TARIFFS, TRANSPORTATION, FUEL AND RAW MATERIAL COSTS. DELIVERY WILL COMMENCE BASED UPON MANUFACTURER LEAD TIMES. ANY MATERIAL DELIVERIES DELAYED BEYOND MANUFACTURER LEAD TIMES MAY BE SUBJECT TO PRICE INCREASES AND/OR APPLICABLE STORAGE FEES. THIS BID PROPOSAL IS CONTINGENT UPON BUYER'S ACCEPTANCE OF SELLER'S TERMS AND CONDITIONS OF SALE, AS MODIFIED FROM TIME TO TIME, WHICH CAN BE FOUND AT:** https://coreandmain.com/TandC/

CMI Metal Building Insulation

CMI Specialty Insulation
9390 South 300 West
Sandy UT 84070
801-352-9800

2048882-5501

# Service Invoice

Invoice#: 124045

Date: 08/31/2021

**Billed To:** Phaze Concrete Inc.
91 E. Canyon Commercial Ave
Cedar City UT 84721

**Project:**
Teton Village H1
5700 Snake River Ranch Road
Wilson WY 83014

**Shipped Via:** Shipped Direct **Terms:** 30DY **Order#:** Job #21.011

| Description | Quantity | Price | Ext Price | Sales Tax |
|---|---|---|---|---|
| 3" x 48" x 96" Styrofoam Brand Square Edge XPS Type IV Thermal Insulation | 768.0000 | 50.670000 | 38,914.56 | Y |
| Freight | 1.0000 | 750.000000 | 750.00 | N |

**Balances over 30 days will be subject to a finance charge of 2% per month (annual rate of 24%). Payments will be applied to finance charge then oldest invoice.**

**Thank you for your promp payment!**

| | |
|---|---|
| Taxable Amount: | 38,914.56 |
| Sales Tax: | 2,334.87 |
| Non-Taxable Amount: | 750.00 |
| **Amount Due** | **41,999.43** |

PCO 4217

PHAZE CONCRETE
91 E. Canyon Commercial Ave.
Cedar City, UT 84721
P 435-656-9500

| Contract # | Subcontract # |
|---|---|
| | |
| **Document #** | **Date Issued** |
| 119 | 11/12/24 |

# Field Directive

| Customer | Project Information |
|---|---|
| SMC Construction | Teton H-1 Hoback club<br>3355 W. Cody lane<br>Teton Village WY 83025<br>Job #21 011 |

| Description of Work | QTY | Units |
|---|---|---|
| 11-12-24 Slick line under ski run | | |
| | | |
| 1 Operator | 7 | Hours |
| Truck and trailer | 1/2 | Day |
| 14ft 18in SDR35 | 5 | Pipes |
| PCO# 4217 | | |

The Information provided in this Field Order is understood and accepted by signing parties. The information does not interpret contract responsibilities but is agreed that proper remuneration will be worked out. Items covered under this Field Order that are found to be outside the scope, or changes to the scope of the agreed contract will be reimbursed and negotiated by those responsible for the management of the contract.

***Authorized Signatures***

Company - Field Superviser

Customer - Field Supervisor

By signing this document it is agreed that all provisions outlined above are understood and acceptable.

PCO 4217

PHAZE CONCRETE

91 E. Canyon Commercial Ave.
Cedar City, UT 84721
P 435-656-9500

| Contract # | Subcontract # |
|---|---|
| | |
| **Document #** | **Date Issued** |
| 121 | 11/13/24 |

# Field Directive

| Customer | Project Information |
|---|---|
| SMC Construction | Teton H-1 Hoback club<br>3355 W. Cody lane<br>Teton Village WY 83025<br>Job #21 011 |

| Description of Work | QTY | Units |
|---|---|---|
| 11-13-24 Digging trench for slick line under ski run | | |
| | | |
| 1 Foreman | 12 | Hours |
| 1 Operator | 12 | Hours |
| 3 Laborer | 36 | Hours |
| 14ft 8in SDR35 | 5 | Pipes |
| 3in 4ft x 8ft Foam | 12 | Sheets |
| Cat 305 mini excavator | 1 | Day |
| PCO# 4217 | | |

The Information provided in this Field Order is understood and accepted by signing parties. The information does not interpret contract responsibilities but is agreed that proper remuneration will be worked out. Items covered under this Field Order that are found to be outside the scope, or changes to the scope of the agreed contract will be reimbursed and negotiated by those responsible for the management of the contract.

***Authorized Signatures***

[signature] Company - Field Superviser

[signature] Customer - Field Supervisor

By signing this document it is agreed that all provisions outlined above are understood and acceptable.

PCO 4217

PHAZE CONCRETE
91 E. Canyon Commercial Ave.
Cedar City, UT 84721
P 435-656-9500

| Contract # | Subcontract # |
|---|---|
| | |
| **Document #** | **Date Issued** |
| 120 | 11/13/24 |

# Field Directive

| Customer | Project Information |
|---|---|
| SMC Construction | Teton H-1 Hoback club<br>3355 W. Cody lane<br>Teton Village WY 83025<br>Job #21 011 |

| Description of Work | QTY | Units |
|---|---|---|
| 11-13-24 Finishing bending rebar and starting to form elevator openings | | |
| 1 Foreman | 12 | Hours |
| 5 Laborers | 60 | Hours |
| Torch | 12 | Hours |
| PCO# 4188 | | |

The Information provided in this Field Order is understood and accepted by signing parties. The information does not interpret contract responsibilities but is agreed that proper remuneration will be worked out. Items covered under this Field Order that are found to be outside the scope, or changes to the scope of the agreed contract will be reimbursed and negotiated by those responsible for the management of the contract.

***Authorized Signatures***

Company - Field Superviser

Customer - Field Supervisor

By signing this document it is agreed that all provisions outlined above are understood and acceptable.

PCO 4217

PHAZE CONCRETE
91 E. Canyon Commercial Ave.
Cedar City, UT 84721
P 435-656-9500

| Contract # | Subcontract # |
|---|---|
| | |
| **Document #** | **Date Issued** |
| 123 | 11/14/24 |

# Field Directive

**Customer**

SMC Construction

**Project Information**

Teton H-1 Hoback club
3355 W. Cody lane
Teton Village WY 83025
Job #21 011

| Description of Work | QTY | Units |
|---|---|---|
| 11-14-24 Digging trench for slick line under ski run | | |
| | | |
| 1 Foreman | 6 | Hours |
| 1 Operator | 6 | Hours |
| 3 Laborer | 18 | Hours |
| Cat 305 mini excavator | 1/2 | Day |
| PCO# 4217 | | |

The Information provided in this Field Order is understood and accepted by signing parties. The information does not interpret contract responsibilities but is agreed that proper remuneration will be worked out. Items covered under this Field Order that are found to be outside the scope, or changes to the scope of the agreed contract will be reimbursed and negotiated by those responsible for the management of the contract.

***Authorized Signatures***

Company - Field Superviser

Customer - Field Supervisor

By signing this document it is agreed that all provisions outlined above are understood and acceptable.

PCO 4217

PHAZE CONCRETE
91 E. Canyon Commercial Ave.
Cedar City, UT 84721
P 435-656-9500

| Contract # | Subcontract # |
|---|---|
| | |
| **Document #** | **Date Issued** |
| 128 | 11/18/24 |

# Field Directive

**Customer**

SMC Construction

**Project Information**

Teton H-1 Hoback club
3355 W. Cody lane
Teton Village WY 83025
Job #21 011

| Description of Work | QTY | Units |
|---|---|---|
| 11-18-24 Getting more pipe for slick line under ski run | | |
| | | |
| 1 Operator | 11 | Hours |
| Truck | 1 | Day |
| 14ft 18in SDR35 | 1 1/2 | Pipes |
| PCO# 4217 | | |

The Information provided in this Field Order is understood and accepted by signing parties. The information does not interpret contract responsibilities but is agreed that proper remuneration will be worked out. Items covered under this Field Order that are found to be outside the scope, or changes to the scope of the agreed contract will be reimbursed and negotiated by those responsible for the management of the contract.

*Authorized Signatures*

Company - Field Superviser

Customer - Field Supervisor

By signing this document it is agreed that all provisions outlined above are understood and acceptable.

PCO 4217

PHAZE CONCRETE

91 E. Canyon Commercial Ave.
Cedar City, UT 84721
P 435-656-9500

| Contract # | Subcontract # |
|---|---|
| | |
| **Document #** | **Date Issued** |
| 130 | 11/20/24 |

# Field Directive

| Customer | Project Information |
|---|---|
| SMC Construction | Teton H-1 Hoback club<br>3355 W. Cody lane<br>Teton Village WY 83025<br>Job #21 011 |

| Description of Work | QTY | Units |
|---|---|---|
| 11-19-24 Digging trench for slick line under ski run | | |
| | | |
| 1 Foreman | ~~12~~ 11 | Hours |
| Cat 305 mini excavator | 1 | Day |
| Jumping Jack | 1 | Day |
| PCO# 4217 | | |

The Information provided in this Field Order is understood and accepted by signing parties. The information does not interpret contract responsibilities but is agreed that proper remuneration will be worked out. Items covered under this Field Order that are found to be outside the scope, or changes to the scope of the agreed contract will be reimbursed and negotiated by those responsible for the management of the contract

***Authorized Signatures***

Company - Field Superviser

Customer - Field Supervisor

By signing this document it is agreed that all provisions outlined above are understood and acceptable.

PCO 4217

PHAZE CONCRETE
91 E. Canyon Commercial Ave.
Cedar City, UT 84721
P 435-656-9500

| Contract # | Subcontract # |
|---|---|
| | |
| **Document #** | **Date Issued** |
| 133 | 11/20/24 |

# Field Directive

**Customer**

SMC Construction

**Project Information**

Teton H-1 Hoback club
3355 W. Cody lane
Teton Village WY 83025
Job #21.011

| Description of Work | QTY | Units |
|---|---|---|
| 11-20-24 Digging trench for slick line under ski run | | |
| | | |
| 1 Foreman | 5 | Hours |
| 1 Operator | 5 | Hours |
| Cat 305 mini excavator | 1/2 | Day |
| Jumping Jack | 1/2 | Day |
| CAT 265 Skid steer | 1/2 | Day |
| PCO# 4217 | | |

The Information provided in this Field Order is understood and accepted by signing parties. The information does not interpret contract responsibilities but is agreed that proper remuneration will be worked out. Items covered under this Field Order that are found to be outside the scope, or changes to the scope of the agreed contract will be reimbursed and negotiated by those responsible for the management of the contract.

***Authorized Signatures***

Company - Field Superviser

Customer - Field Supervisor

By signing this document it is agreed that all provisions outlined above are understood and acceptable.

 PCO 4217

MOUNTAINLAND™ SUPPLY COMPANY
MLOR MOUNTAINLAND SUPPLY COMPANY
1505 West 130 South
Orem UT 84058
Phone 801-224-6050 Fax 801-224-6058

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 11/18/2024 | S106610547.001 |

REMIT TO:
MOUNTAINLAND SUPPLY COMPANY
PO Box 127
OREM, UT 84059-0127

**BILL TO:**

PHAZE CONCRETE
91 EAST CANYON COMMERCIAL AVE
CEDAR CITY UT 84721

**SHIP TO:**

MISC PHAZE CONCRETE
***JOB ACCOUNTS REQUIRED***
91 EAST CANYON COMMERCIAL AVE.
CEDAR CITY UT 84721

| CUSTOMER NUMBER | CUSTOMER PO NUMBER | ORDERED BY | SALESPERSON |
|---|---|---|---|
| 132048 | 21.011 | DAVID | WALTER OKOBIA |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| AUSTIN HALLOWS | PK NO PRINT | NET 30TH | 11/18/2024 | 11/18/2024 |

| ORDER QTY | SHIP QTY | DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|
| 1ea | 1ea | SPECTRA 92041 GRADE ROD<br>FIBERGLASS<br>16' IN TENTHS<br>Pn: 828338 | 115.564/ea | 115.56 |
| 14ft | 14ft | 18x14ft PVC GREEN SEWER PIPE RT<br>PS46 ASTM F679 (18.701 od)<br>RING TITE<br>Pn: 4760 | 48.341/ft | 676.78 |

For billing or payment questions call or text AR direct @ **385-236-5641**, or email **ar@mountainland.com**
For concerns regarding your credit account, please call credit direct @ **385-236-5645**, or email **credit@mountainland.com**
**For efficient check payment processing**, please mail all check payments to **PO BOX 127 OREM, UT 84059-0127**.
Please do not mail check payments to individual branches*

**Invoice is due by 12/31/24.**
**Past Due invoices may be subject to 2.00% late charge.**

**Please visit our website, www.mountainland.com, to login and pay your bill online.**

11-18-2024 08:53:11 AM
S106610547.001
David
DAVID

| | |
|---|---|
| SUBTOTAL | 792.34 |
| S&H CHARGES | 0.00 |
| TAX | 59.03 |
| PAYMENTS | 0.00 |
| AMOUNT DUE | 851.37 |

PCO 4227

**SMC Construction Company, Co.**
1086 Greg Street
Sparks, NV 89431

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 6-Dec-24 CHANGE ORDER REQUEST: **PCO-4227**
TITLE: Phaze COR #413

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs to incorporate updated drawings and specifications<br>for demo and removal of hoist foundation | | |
| 03.00 - Concrete- Exhibit A GMP Cost Breakdown<br>Phaze COR #413 | $ | 16,858 |
| **Subtotal:** | $ | 16,858 |
| Liability Insurance .33% | $ | 59 |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 13 |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 16,930 |

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed ___ calendar days.

ACCEPTED:

| SMC Construction, Co. | DDRM Jackson, LLC | Cody Lane Development |
|---|---|---|
| 1086 Greg Street | DEVELOPMENT MANAGER | PO Box 734 |
| Sparks, NV 89431 | | Jackson, WY |
| By: PSmith | By: | By: |
| Date: 12/06/2024 | Date: | Date: |

PCO 4227

11/11/2024

Phaze Concrete, Inc ("Subcontractor")
Attn: Ralph Jessop
91 E. Canyon Commercial AVE.
Cedar City, UT 84721

**VIA EMAIL ONLY (ralphj@phazeconcrete.com)**

**Re: Directive to Proceed – Hoback Club Project, Teton Village, Wyoming ("Project")**

Dear Ralph :

This is a directive to proceed pursuant to Section 4.2(a) of Attachment B General Terms and Conditions of the Master Subcontract Agreement (the "Subcontract") between Subcontractor and SMC Construction Co. ("SMC") as assigned from Cody Lane Development Corp. ("Owner"), Owner having previously taken assignment from Layton Construction Company, LLC ("Layton") for the Project.

The work under this directive is as follows:

> Demo and remove the hoist foundation and dispose of concrete. This directive only applies to work related to the issues described. Any additional repairs will require prior approval before proceeding.
>
> The work will be performed under time & material and will be tracked for payment under SMC **PCO 4227**
>
> For documentation of the repair work, before and after photos are required at the time T&M Tickets are presented to SMC for signature and must accompany the T&M tickets though the invoicing process.

For any work to be performed on a Time & Material ("T&M") basis, the following SMC manager is assigned and authorized to review and approve T&M tickets: Kevin Davis.

This Directive is approved by Marty Breen, Development Manager for the Project. MB
Initials

Please contact the undersigned should you wish to discuss this directive. All rights, remedies, and defenses under the Subcontract and at law and equity are expressly reserved.

Yours truly,
PSmith
Peter Smith
SMC Construction Co.

Enclosure:

CC:
Marty Breen (mbreen@ddrmpartners.com)
Rich Schaller (rschaller@smcco.biz)
Scott Hernandez (shernandez@smcco.biz)
Rob DesLauriers (rob.deslauriers@terrassetgroup.com)
Alan Mullin (amullin@ddrmpartners.com)
Simon Wadsworth (swadsworth@cumming-group.com)
Stan Castleton (srcastleton@ddrmpartners.com)

PCO 4227

PHAZE CONCRETE INC.

91 E. Canyon Commercial Ave.
Cedar City, UT 84721

**Phone** (435)656-9500 **Fax** (435)656-9501

# Change Order

**Date** 11/15/2024
**Customer** Layton Construction Company, LLC
**Project** 21.011 Teton Village H-1
**Number** 413
**Status**

**Reference Doc** PCO 4227

**Memo** Demo & Remove Material Hoist Slab

| | Material | | | | | Labor | | | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total |
| 1 | **FD 11-12-24 remove footing for Material Hoist @ grid H** | | | | | | | | | | | | | | |
| 2 | | | | | | Operator | hr | 5 | $88.66 | $443.30 | Truck & trailor | hr | 4 | $37.00 | $148.00 T |
| 3 | **FD 11-14-24 Chipping footing for Material hoist at grid line H** | | | | | | | | | | | | | | |
| 4 | | | | | | Foreman | hr | 6 | $100.26 | $601.56 | 305 Mini Exc | hr | 6 | $70.10 | $420.60 T |
| 5 | | | | | | Operator | hr | 6 | $88.66 | $531.96 | Hammer attachment | hr | 6 | $112.96 | $677.76 T |
| 6 | | | | | | Laborers 3 | hr | 18 | $76.34 | $1,374.12 | | | | | |
| 7 | **FD 11-15-24 Chipping Material hoist at Grid line H** | | | | | | | | | | | | | | |
| 8 | | | | | | Foreman | hr | 12 | $100.26 | $1,203.12 | 305 Mini exc | hr | 12 | $70.10 | $841.20 T |
| 9 | | | | | | Operator | hr | 24 | $88.66 | $2,127.84 | Hammer Attachment | ea | 12 | $112.96 | $1,355.52 T |
| 10 | | | | | | Laborer | hr | 24 | $76.34 | $1,832.16 | | | | | |
| 11 | **11-20-24 Haul off concrete from Material hoist Demo** | | | | | | | | | | | | | | |
| 12 | | | | | | Foreman | hr | 5 | $100.26 | $501.30 | 265 Skid Steer | hr | 5 | $87.46 | $437.30 T |
| 13 | | | | | | Operator | hr | 5 | $88.66 | $443.30 | Dump Trucks INV 2573 | hr | 9 | $145.00 | $1,305.00 T |
| **Material Totals** | | | | | $0.00 | **Labor Totals** | | | | $9,058.66 | **Equipment Totals** | | | | $5,185.38 |

**Scope Notes:**

**Number of days added to the schedule:** 1

| | | |
|---|---|---|
| **Sub Total** | | $14,244.04 |
| **Tax** | 8% | $414.83 |
| **P&O** | 15% | $2,198.83 |
| **Bond** | % | $0.00 |
| **Total** | | $16,857.70 |

 PCO 4227

# Invoice

C&G Trucking Inc.

246 W. 5000 SOUTH
VICTOR, ID 83455

| Date | Invoice # |
|---|---|
| 11/30/2024 | 2573 |

| Bill To |
|---|
| Phaze Concrete<br>91 East Canyon Commerical Ave.<br>Cedar City, UT 84721 |

| P.O. No. | Terms | Project |
|---|---|---|
| TVILLAGE | Net 20th | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 11/20 - 1 Truck | 9 | 145.00 | 1,305.00 |

**Total** $1,305.00

Mark (307) 690-2520

| E-mail |
|---|
| cctrucking@silverstar.com |

PCO 4227

# C&C TRUCKING INC. Daily Time Sheet

246 West 5000 South • Victor, ID 83455

307-690-2520

Inv.

Truck Owner: Tryph H Harbin #13 Driver Name: Cole Date: 11-20-24

Start Time: 7:00 Am End Time: 4:00 Pm Total Time: 9

Trucking Billed To: Phase Concrete

| # of Loads | Type of Material | Job Name Pick Up | Job Name Drop Off | # of Hrs. |
|---|---|---|---|---|
| 3 | Concrete | Teton Village | Bangey's Pit Victor | 9 |
| | | | | |
| | | | | |
| | | | | |

Authorized Signature [signature]

ECONOMY PRINTING SIGN & BANNER • 624-4382 • ST. ANTHONY ID

PCO 4227

PHAZE CONCRETE
91 E. Canyon Commercial Ave.
Cedar City, UT 84721
P 435-656-9500

| Contract # | Subcontract # |
|---|---|
| | |
| **Document #** | **Date Issued** |
| 118 | 11/12/24 |

# Field Directive

| Customer | Project Information |
|---|---|
| SMC Construction | Teton H-1 Hoback club<br>3355 W. Cody lane<br>Teton Village WY 83025<br>Job #21.011 |

| Description of Work | QTY | Units |
|---|---|---|
| 11-12-24 Removing footing for material hoist at grid line H | | |
| 1 Operator | 5 | Hours |
| Truck and a Trailer | 1/2 | Day |

The Information provided in this Field Order is understood and accepted by signing parties. The information does not interpret contract responsibilities but is agreed that proper remuneration will be worked out. Items covered under this Field Order that are found to be outside the scope, or changes to the scope of the agreed contract will be reimbursed and negotiated by those responsible for the management of the contract.

***Authorized Signatures***

[signature] Company - Field Superviser

[signature] Customer - Field Supervisor

By signing this document it is agreed that all provisions outlined above are understood and acceptable.

PCO - 4227

PCO 4227

PHAZE CONCRETE
91 E. Canyon Commercial Ave.
Cedar City, UT 84721
P 435-656-9500

| Contract # | Subcontract # |
|---|---|
| | |
| **Document #** | **Date Issued** |
| 124 | 11/14/24 |

# Field Directive

| Customer | Project Information |
|---|---|
| SMC Construction | Teton H-1 Hoback club<br>3355 W. Cody lane<br>Teton Village WY 83025<br>Job #21.011 |

| Description of Work | QTY | Units |
|---|---|---|
| 11-14-24 Chipping out footing for material hoist at grid line H | | |
| 1 Foreman | 6 | Hours |
| 1 Operator | 6 | Hours |
| 3 Laborers | 18 | Hours |
| CAT 305 mini excavator with hammer attachment | 1/2 | Day |

The Information provided in this Field Order is understood and accepted by signing parties. The information does not interpret contract responsibilities but is agreed that proper remuneration will be worked out. Items covered under this Field Order that are found to be outside the scope, or changes to the scope of the agreed contract will be reimbursed and negotiated by those responsible for the management of the contract.

***Authorized Signatures***

[signature] Company - Field Superviser

[signature] Customer - Field Supervisor

By signing this document it is agreed that all provisions outlined above are understood and acceptable.

PCO # 4227

PCO 4227

PHAZE CONCRETE
91 E. Canyon Commercial Ave.
Cedar City, UT 84721
P 435-656-9500

| Contract # | Subcontract # |
|---|---|
| | |
| **Document #** | **Date Issued** |
| 126 | 11/15/24 |

# Field Directive

| Customer | Project Information |
|---|---|
| SMC Construction | Teton H-1 Hoback club<br>3355 W. Cody lane<br>Teton Village WY 83025<br>Job #21 011 |

| Description of Work | QTY | Units |
|---|---|---|
| 11-15-24 Chipping out footing for material hoist at grid line H | | |
| 1 Foreman | 12 | Hours |
| 2 Operator | 24 | Hours |
| 2 Laborers | 24 | Hours |
| CAT 305 mini excavator with hammer attachment | 1 | Day |
| PCO# 4227 | | |

The Information provided in this Field Order is understood and accepted by signing parties. The information does not interpret contract responsibilities but is agreed that proper remuneration will be worked out. Items covered under this Field Order that are found to be outside the scope, or changes to the scope of the agreed contract will be reimbursed and negotiated by those responsible for the management of the contract.

***Authorized Signatures***

Company - Field Superviser

Customer - Field Supervisor

By signing this document it is agreed that all provisions outlined above are understood and acceptable.

PCO 4227

PHAZE CONCRETE

91 E. Canyon Commercial Ave.
Cedar City, UT 84721
P 435-656-9500

| Contract # | Subcontract # |
|---|---|
| | |
| **Document #** | **Date Issued** |
| 132 | 11/20/24 |

# Field Directive

**Customer**

SMC Construction

**Project Information**

Teton H-1 Hoback club
3355 W. Cody lane
Teton Village WY 83025
Job #21 011

| Description of Work | QTY | Units |
|---|---|---|
| 11-20-24 Hauling off concrete from material hoist | | |
| | | |
| | | |
| 1 Foreman | 5 | Hours |
| 1 Operator | 5 | Hours |
| CAT 265 Skid steer | 1/2 | Day |
| PCO# 4227 | | |

The Information provided in this Field Order is understood and accepted by signing parties. The information does not interpret contract responsibilities but is agreed that proper remuneration will be worked out. Items covered under this Field Order that are found to be outside the scope, or changes to the scope of the agreed contract will be reimbursed and negotiated by those responsible for the management of the contract.

***Authorized Signatures***

Company - Field Superviser

Customer - Field Supervisor

By signing this document it is agreed that all provisions outlined above are understood and acceptable.

PCO 4250

**SMC Construction Company, Co.**
1086 Greg Street
Sparks, NV 89431

SMC CONSTRUCTION CONTRACTING

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 4-Dec-24 CHANGE ORDER REQUEST: **PCO-4250**

TITLE: CCD 160 RFI 2756
Phaze COR # 387

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs to incorporate updated drawings and specifications as indicated in CCD 160 | | |
| 03.00 - Concrete- Exhibit A GMP Cost Breakdown<br>Phaze COR 387-CCD 160 RFI 2756 | $ | 16,247 |
| **Subtotal:** | $ | 16,247 |
| Liability Insurance .33% | $ | 57 |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 12 |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 16,316 |

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed ___ calendar days.

ACCEPTED:

| SMC Construction, Co. | DDRM Jackson, LLC | Cody Lane Development |
|---|---|---|
| 1086 Greg Street<br>Sparks, NV 89431 | DEVELOPMENT MANAGER | PO Box 734<br>Jackson, WY |
| By: P Smith | By: | By: |
| Date: 12/04/2024 | Date: | Date: |

PHAZE CONCRETE

# Change Order

91 E. Canyon Commercial Ave.
Cedar City, UT 84721

**Phone** (435)656-9500 **Fax** (435)656-9501

**Date** 5/21/2024
**Customer** Layton Construction Company, LLC
**Project** 21.011 Teton Village H-1
**Number** 387
**Status**

**Reference Doc** CCD 160 PR-9

**Memo** Raised slab to fill in between studs at Locker Room

| | Material | | | | | Labor | | | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total |
| 1 | Concrete | yd | 18 | $247.00 | $4,446.00 T | Foreman | hr | 16 | $100.26 | $1,604.16 | Motorized wheel barrows | hr | 16 | $43.73 | $699.68 T |
| 2 | | | | | | Carpenter | hr | 8 | $88.66 | $709.28 | | | | | |
| 3 | | | | | | Conc finisher | hr | 16 | $82.87 | $1,325.92 | | | | | |
| 4 | | | | | | Laborer | hr | 32 | $72.00 | $2,304.00 | | | | | |
| 5 | **Patch Ramps** | | | | | | | | | | | | | | |
| 6 | PCR Patching Materail | bag | 6 | $40.75 | $244.50 T | Conc finisher 2 | hr | 16 | $82.87 | $1,325.92 | | | | | |
| 7 | PCR Activator | ea | 6 | $39.10 | $234.60 T | Laborer 2 | hr | 16 | $76.34 | $1,221.44 | | | | | |
| 8 | | | | | | Labor | hr | | $72.00 | | | | | | |
| **Material Totals** | | | | | $4,925.10 | **Labor Totals** | | | | $8,490.72 | **Equipment Totals** | | | | $699.68 |

**Scope Notes:** No Rebar

**Number of days added to the schedule:** 1

| | | |
|---|---|---|
| **Sub Total** | | $14,115.50 |
| **Tax** | 8% | $430.82 |
| **P&O** | 15% | $1,700.26 |
| **Bond** | % | $0.00 |
| **Total** | | $16,246.58 |

 PCO 4250

American CONSTRUCTION SUPPLY & RENTAL

Rexburg
868 Jet Stream Dr
Rexburg, Idaho 83440
Phone: (208) 356-4429
Fax: (208) 356-4487

# Credit Note

| | |
|---|---|
| Credit Note No | 9499 |
| Credit Date | 01/05/2024 |
| Customer | 28550 |
| Our Ref | |
| Your Ref | 21.011 Teton Village |
| Taken By | Cole Wheeler |
| Sales Rep | Default |

Page 1 of 1

**Invoice Address**
Phaze Concrete, Inc.
91 E Canyon Commercial Av
Cedar City, UT, 84721

**Delivery Address:** 91 E Canyon Commercial Av, Cedar City, UT, 84721

| Line | Quantity | Description | Price | UOM | Restock Charge | Total |
|---|---|---|---|---|---|---|
| | | **Invoice number 273181, cust ref 21.011 Teton Village, order number 1389070** | | | | |
| 1 | 20 | GU-PCR2-1G - PCR Activator Part 2 - 1 Gallon | (39.10) | ea | | (782.00) |

| | |
|---|---|
| Total Amount | ($782.00) |
| 01 - Idaho 6.00% | ($46.92) |
| **Total Credit** | ($828.92) |

Subject to our terms and conditions of sale. Further copies available on request.

PCO 4250

American CONSTRUCTION SUPPLY & RENTAL

**Rexburg**
868 Jet Stream Dr
Rexburg, Idaho 83440
Phone: (208) 356-4429
Fax: (208) 356-4487

# Sales Invoice

| | |
|---|---|
| **Invoice No** | **273181** |
| Invoice Date | 12/12/2023 |
| Terms | Net 30 |
| Customer | 28550 |
| Contact Name | Daniel Cook |
| Contact Number | 832-316-6973 |
| Job | |
| Your Ref | 21.011 Teton Village |
| Our Ref | 1389070 |
| Taken By | Cole Wheeler |
| Sales Rep | Default |

**Invoice Address**
Phaze Concrete, Inc.
91 E Canyon Commercial Av
Cedar City, UT, 84721

Page 1 of 1

**Delivery Address:** Phaze Concrete, Inc., 91 E Canyon Commercial Av, Cedar City, UT, 84721

| Special Instructions | Notes |
|---|---|
| | |

| Line | Serial No | Description | Qty/Footage | Price | UOM | Total |
|---|---|---|---|---|---|---|
| 1 | | GU-PCR2-1G - PCR Activator Part 2 - 1 Gallon | 20 ea | 39.10 | ea | 782.00 |
| 2 | | GU-PCRLTA-25LB - PCR Low Temp Accelerator 25 LB Pail | 1 ea | 68.99 | ea | 68.99 |
| 3 | | GU-PCR2-1G - PCR Activator Part 2 - 1 Gallon | 20 ea | 39.10 | ea | 782.00 |
| 4 | | 411585FP-ACS - 12' x 24' Concrete Blanket | 1 ea | 95.00 | ea | 95.00 |

**The invoice is due on 01/31/2024.**

In the event that the Buyer's obligations arising under this invoice are enforced through a collection agency or attorneys with or without suit or any other proceeding, Buyer agrees to pay all collection costs, court costs, and reasonable attorney's fees.

| | |
|---|---|
| Total Amount | $1,727.99 |
| 01 - Idaho 6.00% | $103.68 |
| **Invoice Total** | $1,831.67 |

By signing below, you acknowledge and agree that the Terms and Conditions have been made available to you and you have read and agree to such Terms and Conditions .

Print name ______________________________

Signature ______________________________

PCO 4250



American CONSTRUCTION SUPPLY & RENTAL

Rexburg
868 Jet Stream Dr
Rexburg, Idaho 83440
Phone: (208) 356-4429
Fax: (208) 356-4487

# Sales Invoice

| | |
|---|---|
| Invoice No | 277655 |
| Invoice Date | 01/11/2024 |
| Terms | Net 30 |
| Customer | 28550 |
| Contact Name | Jake Jessup |
| Contact Number | |
| Job | |
| Your Ref | 21.011 |
| Our Ref | 1404445 |
| Taken By | Cole Wheeler |
| Sales Rep | Default |

Page 1 of 1

**Invoice Address**
Phaze Concrete, Inc.
91 E Canyon Commercial Av
Cedar City, UT, 84721

**Delivery Address:** Phaze Concrete, Inc., 91 E Canyon Commercial Av, Cedar City, UT, 84721

| Special Instructions | Notes |
|---|---|
| | |

| Line | Serial No | Description | Qty/Footage | Price | UOM | Total |
|---|---|---|---|---|---|---|
| 1 | | GU-PCR1F-B45G - PCR Aggregate Part 1 Fine Gray - Bag | 20 ea | 40.75 | ea | 815.00 |

**The invoice is due on 02/29/2024.**

In the event that the Buyer's obligations arising under this invoice are enforced through a collection agency or attorneys with or without suit or any other proceeding, Buyer agrees to pay all collection costs, court costs, and reasonable attorney's fees

| | |
|---|---|
| Total Amount | $815.00 |
| 01 - Idaho 6.00% | $48.90 |
| **Invoice Total** | $863.90 |

By signing below, you acknowledge and agree that the Terms and Conditions have been made available to you and you have read and agree to such Terms and Conditions

Print name ____________________

Signature ____________________

PCO 4250

EVANS CONSTRUCTION A CRH COMPANY

P.O. Box 4309
Jackson, WY 83001

| | |
|---|---|
| **Customer No:** | 134125 |
| **Invoice No:** | 238216 |
| **Inv Date:** | 10/12/23 |
| **Page:** | Page 1 of 1 |
| **Customer PO:** | 3355 Cody LN |
| **Customer Job:** | 18973/101223/2 |

Phaze Concrete Inc
91 East Canyon Commercial Ave
Cedar City UT 84721

invoice@phazeconcrete.com

Evans Construction Company
P.O. Box 4309
Jackson, WY 83001
307-733-3029

**Delivered To:** 3355 Cody LN

| Date | | Item | Description | Quantity | UM | Unit Price | MatlTotal | TaxCode | TaxTotal | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Ticket #: 70195861** | | | | | | | | | **From: 05401** | **Evans Ready Mix** |
| 10/12/23 | 70195861 | 3137560 | 4000 FA COMMERCIAL | 10.00 | CY | 227.00 | 2,270.00 | WY01 | 136.20 | 2,406.20 |
| 10/12/23 | 70195861 | 3ENV | ENVIRONMENTAL FEE | 10.00 | EA | 5.00 | 50.00 | WY01 | 3.00 | 53.00 |
| 10/12/23 | 70195861 | 901.FSCRM | FUEL SURCHARGE | 1.00 | EA | 16.00 | 16.00 | WY01 | 0.96 | 16.96 |
| **Total** | | | **Cubic Yards of Readymix** | **10.00** | | | **2,336.00** | | **140.16** | **2,476.16** |
| | | | **Total Invoice:** | | | | **2,336.00** | | **140.16** | **2,476.16** |

**Total Cubic Yards of Readymix for this Invoice** **10.00**

**Invoice Taxing Authority Summary:**

**WY01 WY - Sales & Use Tax Teton** **140.16**

***Don't be the victim of cyber fraud! Our banking details will likely NEVER change. If you receive any correspondence requesting a change in our banking details, please contact us immediately***

Finance Charges will be applied to any late invoices at a rate of 1.5% per month per credit agreement or the State's Lawful Amount

**Invoice Amount:** **2,476.16**

**Amount Paid:** ____________

| | |
|---|---|
| **Customer Name:** | Phaze Concrete Inc |
| **Customer No:** | 134125 |
| **Invoice #:** | 238216 |
| **Date:** | 10/12/23 |
| **Customer Job:** | 18973/101223/2 |
| **Customer PO:** | 3355 Cody LN |
| **Due Date:** | 11/11/23 |

If you have any questions about your invoice please call 307-733-3029

**Remit Payment To:** **Evans Construction Company**
**2350 S 1900 W Ste. 200**
**Ogden, UT 84401**

**Please provide your email address below if you would like to start receiving your invoices via email**

____________________________________________

PCO 4181.2

**SMC Construction Company, Co.**
1086 Greg Street
Sparks, NV 89431

SMC CONSTRUCTION CONTRACTING

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 17-Oct-24 CHANGE ORDER REQUEST: **PCO-4181.2**

TITLE: Move spoils to Hay Meadow site
Phaze COR # 407

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs to move spoil pile to Hay Meadow site | | |
| 03.00 - Concrete- Exhibit A GMP Cost Breakdown<br>Phaze Costs for moving spoils to Hay Meadow site. | $ | 9,699 |
| **Subtotal:** | $ | 9,699 |
| Liability Insurance .33% | $ | 34 |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 7 |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 9,740 |

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed ___ calendar days.

ACCEPTED:

| SMC Construction, Co. | DDRM Jackson, LLC | Cody Lane Development |
|---|---|---|
| 1086 Greg Street<br>Sparks, NV 89431 | DEVELOPMENT MANAGER | PO Box 734<br>Jackson, WY |
| By: R Smith | By: | By: |
| Date: 10/17/2024 | Date: | Date: |

PCO 4181.2

PHAZE CONCRETE INC.
91 E. Canyon Commercial Ave.
Cedar City, UT 84721
**Phone** (435)656-9500 **Fax** (435)656-9501

# Change Order

**Date** 10/16/2024
**Customer** Layton Construction Company, LLC
**Project** 21.011 Teton Village H-1
**Number** 407
**Status**

**Reference Doc** Email from Andrew Mitchell 10-15-23
**Memo** Move spoils pile to Hay Meadow

| Material | | | | | | Labor | | | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total |
| 1 | | | | | | Foreman | hr | 10 | $100.26 | $1,002.60 | Trucks 3 trucks | hr | 24 | $145.00 | $3,480.00 T |
| 2 | | | | | | Operator 2 | hr | 16 | $88.66 | $1,418.56 | 644 Loader | hr | 8 | $144.76 | $1,158.08 T |
| 3 | | | | | | | | | | | 644 loader push up pile | hr | 4 | $144.76 | $579.04 T |
| 4 | | | | | | | | | | | Skid Steer (cleanup) | hr | 4 | $87.46 | $349.84 T |
| Material Totals | | | | | $0.00 | Labor Totals | | | | $2,421.16 | Equipment Totals | | | | $5,566.96 |

**Scope Notes:** Move approximately 170 cu yds of spoils to Hay Meadow site.

**Number of days added to the schedule:** 1

| | | |
|---|---|---|
| Sub Total | | $7,988.12 |
| Tax | 8% | $445.36 |
| P&O | 15% | $1,265.02 |
| Bond | % | $0.00 |
| Total | | $9,698.50 |

C&C Trucking Inc.

246 W 5000 South
Victor, ID 83455

(307) 690-2520
cctrucking@silverstar.com

# 2025 TRUCKING RATE SHEET

| DESCRIPTION | $/HOUR |
|---|---|
| End Dump Truck | $ 145.00 |
| Drop Axle Dump Truck | $ 155.00 |
| Super Dump Truck | $ 165.00 |
| Dump Truck w/ Pup Trailer | $ 165.00 |
| Side Dump Truck | $ 185.00 |
| Belly Dump Truck | $ 185.00 |
| Transport Truck | $ 210.00 |

PCO 4280

SMC Construction Company, Co.
1086 Greg Street
Sparks, NV 89431

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 10-Dec-24 CHANGE ORDER REQUEST: **PCO-4280**
TITLE: Phaze COR # 404

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs to incorporate updated drawings and specifications for installation of Auger Foundation points | | |
| 03.00 - Concrete- Exhibit A GMP Cost Breakdown<br>Phaze COR 404-Auger Foundations | $ | 39,602 |
| **Subtotal:** | $ | 39,602 |
| Liability Insurance .33% | $ | 140 |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 30 |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 39,771 |

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed ___ calendar days.

ACCEPTED:

| **SMC Construction, Co.**<br>1086 Greg Street<br>Sparks, NV 89431 | DDRM Jackson, LLC<br>DEVELOPMENT MANAGER | Cody Lane Development<br>PO Box 734<br>Jackson, WY |
|---|---|---|
| By: PSmith | By: | By: |
| Date: 12/10/2024 | Date: | Date: |

PCO 4280

PHAZE CONCRETE INC.

91 E. Canyon Commercial Ave.
Cedar City, UT 84721

**Phone** (435)656-9500 **Fax** (435)656-9501

# Change Order

**Date** 10/11/2024
**Customer** Layton Construction Company, LLC
**Project** 21.011 Teton Village H-1
**Number** 404
**Status** **Submitted**

**Reference Doc** Email from Andrew Mitchel 10-11-24

**Memo** Auger Foundations Revised

| | Material | | | | | Labor | | | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total |
| 1 | Concrete | yd | 7 | $278.43 | $1,949.01 T | Laborer Excavate holes | hr | 48 | $76.34 | $3,664.32 | Mini Excavater | hr | 48 | $77.10 | $3,700.80 T |
| 2 | Sono Tube | ea | 144 | $7.88 | $1,134.72 T | Carpenter | hr | 48 | $88.66 | $4,255.68 | Auger Power unit | hr | 72 | $14.95 | $1,076.40 T |
| 3 | | | | | | Operator | hr | 72 | $88.66 | $6,383.52 | 15" auger | ea | 1 | $780.00 | $780.00 T |
| 4 | | | | | | Lay out Technician | hr | 72 | $76.34 | $5,496.48 | GPS Base | hr | 72 | $17.94 | $1,291.68 T |
| 5 | | | | | | | | | | | GPS Rover | hr | 72 | $28.41 | $2,045.52 T |
| 6 | | | | | | | | | | | Georgia Dump Buggy | hr | 36 | $43.73 | $1,574.28 T |
| **Material Totals** | | | | | $3,083.73 | **Labor Totals** | | | | $19,800.00 | **Equipment Totals** | | | | $10,468.68 |

**Scope Notes:** Rebar excluded as there is no detail.
Core Drilling excluded, to be done by others
Minimum concrete order 3 1/4 yards
All pumping concrete costs will be winterization costs. No winterization is included in this COR
It is anticipated to use 3 short loads of concrete

**Number of days added to the schedule:** 1

| | | |
|---|---|---|
| **Sub Total** | | $33,352.41 |
| **Tax** | 8% | $1,084.19 |
| **P&O** | 15% | $5,165.49 |
| **Bond** | % | $0.00 |
| **Total** | | $39,602.09 |

PCO 4280

Bobcat of the ROCKIES
www.bobcatoftherockies.com

Corporate Office - Henderson 10397 Havana St., Henderson, CO 80640 303.615.3140
Colorado Springs, CO 910 E Cheyenne Rd, Colorado Springs, CO 80906 719.219.2940
Cheyenne, WY 1608 E Allison Rd., Cheyenne WY 82007 307.635.1978
Golden, CO 501 McIntyre St., Golden, CO 80401 303.216.1402
Grand Junction, CO 3184 Hall Ave., Grand Junction, CO 81504 970.434.0647
Henderson, CO 10397 Havana St., Henderson, CO 80640 303.288.6603
Parker, CO 18562 Pony Express Dr., Parker, CO 80134 720.851.9484
Pueblo West, CO 579 E Enterprise Dr., Pueblo West, CO 81007 719.647.2317
Sterling, CO 18921 US-6 Sterling, CO 80751 970.522.7849
Windsor, CO 890 Champion Dr., Windsor, CO 80550 970.356.8800

# Quotation

| | |
|---|---|
| QUOTE # | 11030422 |
| LOCATION | 11 |
| DATE | 10/15/24 |
| PAGE | 1 of 1 |

**BILL TO**

062570
PHAZE CONCRETE INC
91 E CANYON COMMERCIAL AVE
CEDAR CITY, UT 84721-7784

**SHIP TO**

PHAZE CONCRETE INC
,

| QUOTE DATE | EXPIRE DATE | REQUIRED DATE | REFERENCE NUMBER | FREIGHT TERMS |
|---|---|---|---|---|
| 10/15/24 | 11/14/24 | | | Allow |
| WRITTEN BY: Wayne Suhr | | JOB NUMBER | CONTACT: RAWLAND BARLOW | SHIP VIA: Customer Pickup |
| PAYMENT TERMS: Charge Net/30 | | | SALES REP: Wayne Suhr | F.O.B |

| PRODUCT/DESCRIPTION | QUANTITY | PRICE | U/M | EXTENSION |
|---|---|---|---|---|
| A15060C<br>15" AUGER BIT (2" HEX) Double | 1 | 780.00 | EA | 780.00 |

Bin#: YARD

| MERCHANDISE TOTAL | HANDLING | MISC CHARGE | TAX | FREIGHT | QUOTE TOTAL |
|---|---|---|---|---|---|
| 780.00 | 0.00 | 0.00 | 72.15 | 0.00 | 852.15 |

COLORADO - 22.62 SCIENTIFIC & CULTURAL 0.78
ADAMS - 5.85
COMMERCE CITY - 35.10
RTD GREATER DENVER - 7.80

**Accepted:**

**By:** ____________________

**Date:** ____________________

Returns for credit of parts and supplies must be returned with invoice copy within 15 days of purchase, must be in new and salable condition and will be subject to a restocking charge. Special order, special use, and non-stocking items may be deemed non-returnable. Electrical components are not returnable if package is opened. Unless earlier accepted or withdrawn, this quote expires on the expire date.

 PCO 4280

Evans Construction A CRH Company

P.O. Box 4309
Jackson, WY 83001

| | |
|---|---|
| **Customer No:** | 134125 |
| **Invoice No:** | 246869 |
| **Inv Date:** | 08/09/24 |
| **Page:** | Page 1 of 1 |
| **Customer PO:** | 3355 Cody LN |
| **Customer Job:** | 18973/080924/3 |

Phaze Concrete Inc
91 East Canyon Commercial Ave
Cedar City UT 84721

invoice@phazeconcrete.com

Evans Construction Company
P.O. Box 4309
Jackson, WY 83001
307-733-3029

**Delivered To:** 3355 Cody LN

| Date | | Item | Description | Quantity | UM | Unit Price | MatlTotal | TaxCode | TaxTotal | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Ticket #: 70198866** | | | | | | | | | **From: 05401** | **Evans Ready Mix** |
| 08/09/24 | 70198866 | 3137560 | 4000 FA COMMERCIAL | 3.50 | CY | 214.00 | 749.00 | WY01 | 44.94 | 793.94 |
| 08/09/24 | 70198866 | 3DYE2 | STANDARD COLOR | 3.50 | LBS | 62.00 | 217.00 | WY01 | 13.02 | 230.02 |
| 08/09/24 | 70198866 | 3DYHDL | DYE HANDLING CHARGE | 3.50 | EA | 16.00 | 56.00 | WY01 | 3.36 | 59.36 |
| 08/09/24 | 70198866 | 3ENV | ENVIRONMENTAL FEE | 3.50 | EA | 5.00 | 17.50 | WY01 | 1.05 | 18.55 |
| 08/09/24 | 70198866 | 901.FSCRM | FUEL SURCHARGE | 1.00 | EA | 13.00 | 13.00 | WY01 | 0.78 | 13.78 |
| **Total** | | | **Cubic Yards of Readymix** | **3.50** | | | **1,052.50** | | **63.15** | **1,115.65** |
| | | | **Total Invoice:** | | | | **1,052.50** | | **63.15** | **1,115.65** |

**Total Cubic Yards of Readymix for this Invoice** **3.50**

**Invoice Taxing Authority Summary:**

**WY01 WY - Sales & Use Tax Teton** **63.15**

***Don't be the victim of cyber fraud! Our banking details will likely NEVER change. If you receive any correspondence requesting a change in our banking details, please contact us immediately***

Finance Charges will be applied to any late invoices at a rate of 1.5% per month per credit agreement or the State's Lawful Amount

**Invoice Amount:** **1,115.65**

**Amount Paid:** ____________

| | |
|---|---|
| **Customer Name:** | Phaze Concrete Inc |
| **Customer No:** | 134125 |
| **Invoice #:** | 246869 |
| **Date:** | 08/9/24 |
| **Customer Job:** | 18973/080924/3 |
| **Customer PO:** | 3355 Cody LN |
| **Due Date:** | 09/08/24 |

If you have any questions about your invoice please call 307-733-3029

**Remit Payment To:** **Evans Construction Company**
**2350 S 1900 W Ste. 200**
**Ogden, UT 84401**

**Please provide your email address below if you would like to start receiving your invoices via email**

____________________________________________

PCO 4280

American CONSTRUCTION SUPPLY & RENTAL

Rexburg
868 Jet Stream Dr
Rexburg, Idaho 83440
Phone: (208) 356-4429
Fax: (208) 356-4487

# Quotation

| | |
|---|---|
| Quote No | 87947 |
| Quote Date | 10/14/2024 |
| Expiration Date | 11/13/2024 |
| Customer | 28550 |
| Contact Name | Jake |
| Contact Number | |
| Job | |
| Your Ref | Teton Village |
| Delivery | By 10/14/24 |
| Taken By | Tyler Parker |
| Sales Rep | Default |

**Invoice Address**
Phaze Concrete, Inc.
91 E Canyon Commercial Av
Cedar City, UT, 84721
435-656-9500

**Delivery Address**
Phaze Concrete, Inc.
91 E Canyon Commercial Av
Cedar City, UT, 84721

Page 1 of 2

| Special Instructions | Notes |
|---|---|
| | |

| Line | Description | Qty/Footage | Price | UOM | Total |
|---|---|---|---|---|---|
| 1 | 14" x 12' Column Tube | 210 lf | 7.88 | lf | 1,654.80 |
| 2 | 60ea 14" round 3'6" tall | | | | |

This proposal ("Quotation") is for the sole use of the intended recipient described above ("Recipient") and may contain confidential proprietary information. By soliciting and receiving this Quotation, Recipient agrees to prohibit the unauthorized review, disclosure, or distribution of this Quotation or the information therein. If you are not the intended recipient, please destroy all copies of this document and notify American Construction Supply & Rental, Inc. ("American") immediately. By signing below, you acknowledge and agree that the Terms and Conditions have been made available to you and that you have read and agree to such Terms and Conditions.

| | |
|---|---|
| Total Amount | $1,654.80 |
| 01 - Idaho 6.00% | $99.29 |
| **Quotation Total** | $1,754.09 |

Buyer Date

PCO 4280

# TERMS AND CONDITIONS OF SALE ("Terms")

**1. Parties.** All references in this document to "Seller" include American Construction Supply & Rental, Inc. and/or any parent, subsidiary or affiliate of American Construction Supply & Renta Inc. (including any division of the foregoing) whether or not performing any or all of the scope hereunder or specifically identified herein. All references in this document to "Buyer" include al individuals and/or parent, subsidiaries and affiliates of the entity placing the order. Buyer and Seller may be referred to individually as a "Party" and collectively as the "Parties".
**2. General.** All sales to Buyer are subject to these Terms, which shall prevail over any additional or inconsistent terms of Buyer's purchase order or other Buyer documents. Additional or different terms and conditions in any way altering or modifying these Terms are expressly rejected by Seller and shall not be binding upon Seller unless specifically accepted in writing by Seller's authorized representative. No modification or alteration of these Terms shall result by Seller's shipment of goods or provision of services (such goods and services hereinafter collectively referred to as "Goods") following receipt of Buyer's purchase order or other documents containing additional, conflicting or inconsistent terms. These Terms are binding on the Parties and their successors and permitted assigns. All agreements, notices, disclosures and other communications that Seller provides to Buyer electronically shall satisfy any legal requirements that such communications be in writing. No representations, inducements, promises or agreements, oral or written, have been made by Seller, or anyone acting on behalf of Seller, that are not contained herein, and any prior agreements, promises, negotiations, or representations between the Parties are superseded by these Terms. Buyer acknowledges and agrees that it has not relied on any representations, inducements, promises or agreements, oral or written, by Seller, or anyone acting on behalf of Seller, that are not contained herein. All product information on Seller's website or in Seller's marketing materials is provided by the applicable manufacturer and/or supplier and shall not be deemed a representation, warranty or claim of Seller. Seller reserves the right to accept or reject any order of Buyer.
**3. Prices.** Prices on Seller's website, in Seller's marketing materials or in Seller's quotes are subject to change without notice. Prices shown do not include any sales, excise, or other governmental tax or charge payable by Seller to any federal, state or local authority. Any taxes now or hereafter imposed upon sales or shipments will be added to the purchase price, and Buyer shall reimburse Seller for any such tax or provide Seller with an acceptable tax exemption certificate. All prices and other terms provided to Buyer shall be kept confidential except to the extent a Party is required by law to disclose the same.
**4. Grant of Security Interest.** To secure payment and performance of all obligations, Buyer hereby grants to Seller a continuing purchase money security interest in all Goods, whenever sold, consigned or delivered, directly or indirectly, sold to or for the benefit of Buyer by Seller, wherever located, and all proceeds from the sale thereof until Buyer pays Seller in full for such Goods. Seller's purchase money security interest is explicitly limited to outstanding obligations between Buyer and Seller. Seller authorizes Buyer to file a financing statement describing th Goods. In addition, Buyer hereby authorizes Seller to have filed in any jurisdiction any financing statements or amendments thereto if filed prior to the date hereof. Buyer further authorizes Seller to file UCC Financing Statements in the filing office of any jurisdiction(s) Seller deems to be appropriate. Buyer waives its right to receive a verification statement evidencing the registration of a UCC Financing Statement or UCC Change Statement.
**5. Force Majeure.** Seller shall not be liable for delay or default in delivery resulting from any cause beyond Seller's reasonable control, including, but not limited to, governmental action, strikes or other labor troubles, fire, damage or destruction of Goods, wars (declared or undeclared), acts of terrorism, manufacturers' shortages, availability or timeliness of transportation, materials, fuels or supplies, and acts of God (each a "Force Majeure Event"). Upon the occurrence of a Force Majeure Event: (a) the time for Seller's performance shall be extended reasonably and the Parties shall adjust all affected dates accordingly; (b) the purchase price shall be adjusted for any increased costs to Seller resulting from such Force Majeure Event; anc (c) Buyer shall not be entitled to any other remedy.
**6. Warranty.** Seller is a reseller of Goods only, and as such does not provide any warranty for the Goods it supplies hereunder. Notwithstanding this As-Is limitation, Seller shall pass through to Buyer any transferable manufacturer's standard warranties with respect to Goods purchased hereunder. EXCEPT AS SET FORTH HEREIN, NO WARRANTY OR AFFIRMATIOI OF FACT OR DESCRIPTION, EXPRESS OR IMPLIED, IS MADE BY SELLER. BUYER AND PERSONS CLAIMING THROUGH BUYER (COLLECTIVELY, "CLAIMANT") SHALL SEEK RECOURSE EXCLUSIVELY FROM THE RELEVANT MANUFACTURER(S) IN CONNECTION WITH ANY DEFECTS IN OR FAILURES OF GOODS, AND THIS SHALL BE THE EXCLUSIVE RECOURSE OF CLAIMANT FOR DEFECTIVE GOODS, WHETHER THE CLAIM SHALL SOUND IN CONTRACT, TORT, STRICT LIABILITY, PURSUANT TO STATUTE, OR FOR NEGLIGENCE. BUYER SHALL PASS THESE TERMS TO SUBSEQUENT BUYERS AND USERS OF GOODS. SELLER EXCLUDES AND DISCLAIMS ALL OTHER EXPRESS AND IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ALL IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS. SELLER ASSUMES NO RESPONSIBILITY WHATSOEVER FOR INSTALLATION OF GOODS, USE, MISUSE, ALTERATION OR MODIFICATION OF GOODS, OR SELLER'S INTERPRETATION OF PLANS OR SPECIFICATIONS PROVIDED BY BUYER. SELLER DOES NOT CERTIFY OR GUARANTEE THAT ANY GOODS COMPLY WITH ANY STATUTES, LAWS, CODES, ORDINANCES OR REGULATIONS.
**7. Limitation of Liability.** TO THE EXTENT NOT PROHIBITED BY APPLICABLE LAW, IN NO EVENT, WHETHER IN CONTRACT, WARRANTY, INDEMNITY, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), STRICT LIABILITY OR OTHERWISE, ARISING DIRECTLY OR INDIRECTLY OUT OF THE PERFORMANCE OR BREACH OF THESE TERMS, SHALI SELLER BE LIABLE FOR (a) ANY INCIDENTAL, INDIRECT, PUNITIVE, SPECIAL, CONSEQUENTIAL OR SIMILAR DAMAGES SUCH AS LOSS OF USE, LOST PROFITS, ATTORNEYS FEES OR DELAY DAMAGES, EVEN IF SUCH DAMAGES WERE FORESEEABLE OR CAUSED BY SELLER'S BREACH OF THIS AGREEMENT, (b) ANY CLAIM THAT PROPERLY IS A CLAIM AGAINST A MANUFACTURER, OR (c) ANY AMOUNT EXCEEDING THE AMOUNT PAID TO SELLER FOR GOODS FURNISHED TO BUYER THAT ARE THE SUBJECT OF SUCH CLAIM(S). ALL CLAIMS MUST BE BROUGHT WITHIN ONE YEAR OF ACCRUAL OF A CAUSE OF ACTION.
**8. Indemnification.** Buyer shall indemnify, defend, and hold Seller its officers, directors, employees and agents harmless from any and all costs (including attorneys' and accountants' fees and expenses), liabilities and damages resulting from or related to any third party (including Buyer's employees) claim, complaint and/or judgment arising from Buyer's use of any Goods furnished hereunder, as well as any negligent, intentional or tortious act or omission of Buyer or any breach by Buyer of these Terms.
**9. Freight, Title and Risk of Loss.** If delivery occurs in Seller's own vehicles, shipments shall be delivered F.O.B. Buyer's designated delivery site. In all other cases, the F.O.B. point shall be Seller's store or warehouse, and all responsibility and costs of shipping and delivery beyond Seller's store or warehouse shall be borne by Buyer. Title and risk of loss shall pass to Buye at the applicable F.O.B. point. All claims for shortage of Goods or for loss or damage to Goods as to which Seller has the risk of loss shall be waived unless Buyer, within three business da after receipt of the short or damaged shipment, gives Seller written notice fully describing the alleged shortage or damage. Partial shipments are permitted at Seller's discretion.
**10. Changes and Returns.** Any change in product specifications, quantities, destination, shipping schedules or any other aspect of the scope of Goods must be agreed to in writing by Selle and may result in a price and delivery adjustment by Seller. No credit for Goods returned by Buyer shall be given without Seller's written authorization. All returns are subject to a restockin charge. The following items are not returnable: (a) special/customized product, including fabricated and custom made-to-order direct items; (b) hazmat items; (c) items shipped outside of the United States; (d) warranty items; or (e) factory direct items.
**11. Payment.** Unless otherwise agreed in writing, payment terms are net 30 days from delivery, payable in United States of America ("U.S.") dollars. Notwithstanding the foregoing, all orde are subject to Seller's continuing approval of Buyer's credit. Seller, in its sole discretion, may suspend or cancel performance, or require different payment terms, including, but not limited t cash on delivery or in advance of shipment. In addition, Seller may, in its discretion, require an advance deposit of up to 100% of Seller's selling price for any specially-manufactured Goods ordered by Buyer hereunder. Payments due hereunder shall be made in the form of cash, check, money order, ACH, or other tender approved in writing by Seller. Seller will not accept payments for credit accounts made by credit card or other fee-bearing payment methods. Seller may, in its sole discretion, apply Buyer's payment against any open charges. Past due accounts bear interest at the lesser of 1.5% per month or the maximum rate permitted by applicable law, continuing after Seller obtains judgment against Buyer. Seller may exercise setoff c recoupment to apply to or satisfy Buyer's outstanding debt. Buyer shall have no right of setoff hereunder, the same being expressly waived hereby. Seller expressly reserves its right to file liens in the ordinary course of business per applicable law and expressly disclaims any request for a waiver of lien rights by Buyer. Seller reserves all rights to invoice and be paid for Goods provided to Buyer, and any terms contained in any of Buyer's purchase orders or other documents that purport to limit in any way the time or manner within which Seller may invoice Buyer a hereby waived by Buyer.
**12. Collection Costs.** Buyer shall pay Seller all costs and expenses of collection, suit, or other legal action brought as a result of the commercial relationship between them, including, but n limited to, all actual attorneys' and paralegals' fees and expenses, and collection costs, incurred pre-suit, through trial, on appeal, and in any administrative or bankruptcy proceedings. Any cause of action that Seller has against Buyer may be assigned without Buyer's consent to any affiliate, parent or subsidiary of American Construction Supply & Rental, Inc..
**13. Disputes.** This Agreement, Buyer's account and the business relationship between Buyer and Seller shall be governed by and construed in accordance with the laws of the State of Idat without regard to conflicts of laws rules. The Parties agree that any legal action arising under or related to this Agreement shall be brought in Ada County, Idaho, and any right to object to such venue or to assert the inconvenience of such forum is hereby waived. The Parties waive all rights to jury trials.
**14. Termination.** If Buyer fails to comply with these Terms, Seller may terminate or restrict any order immediately upon notice to Buyer. Buyer certifies that it is solvent and that it will advise Seller immediately if it becomes insolvent. Buyer agrees to send Seller written notice of any changes in the form of ownership of Buyer's business within five business days of such change Buyer and Seller are the only intended beneficiaries of this document, and there are no third party beneficiaries.
**15. Severability.** The invalidity or unenforceability of all or part of these Terms will not affect the validity or enforceability of the other terms. The Parties agree to replace any void or unenforceable term with a new term that achieves substantially the same practical and economic effect and is valid and enforceable.
**16. Survival.** These Terms survive termination, cancellation, or completed performance of any sale as long as necessary to allow the aggrieved Party to fully enforce its rights.

PCO 4263

SMC Construction Company, Co.
1086 Greg Street
Sparks, NV 89431

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 1-Dec-24
CHANGE ORDER REQUEST: **PCO-4263**
TITLE: CCD 532
Phaze COR # 411

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs to incorporate updated drawings and specifications as indicated in CCD 532 | | |
| 03.00 - Concrete- Exhibit A GMP Cost Breakdown<br>Phaze COR 411-CCD 532 | $ | 25,927 |
| **Subtotal:** | $ | 25,927 |
| Liability Insurance .33% | $ | 91 |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 19 |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 26,038 |

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed ___ calendar days.

ACCEPTED:

| SMC Construction, Co. | DDRM Jackson, LLC | Cody Lane Development |
|---|---|---|
| 1086 Greg Street | DEVELOPMENT MANAGER | PO Box 734 |
| Sparks, NV 89431 | | Jackson, WY |
| By: [signature] | By: | By: |
| Date: 12/01/2024 | Date: | Date: |

PCO 4263

PHAZE CONCRETE INC.
91 E. Canyon Commercial Ave.
Cedar City, UT 84721
**Phone** (435)656-9500 **Fax** (435)656-9501

# Change Order

**Date** 11/12/2024
**Customer** Layton Construction Company, LLC
**Project** 21.011 Teton Village H-1
**Number** 411
**Status**

**Reference Doc** CCD 532
**Memo** Remove Foam on GL 1 for water proofing repair

| | Material | | | | | Labor | | | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total |
| 1 | **FD 10-19-24 Remove Foam on gridline 1 for water proofing repair** | | | | | | | | | | | | | | |
| 2 | | | | | T | Operator Forklift | hr | 9 | $88.66 | $797.94 | 10 54 Forklift | hr | 9 | $79.24 | $713.16 T |
| 3 | | | | | | Laborer | hr | 9 | $76.34 | $687.06 | | | | | |
| 4 | **FD 10-29-24 Putting in Storm Line on Grid line 1** | | | | | | | | | | | | | | |
| 5 | 4" 90 Bend | ea | 5 | $15.89 | $79.45 T | Foreman | hr | 12 | $100.26 | $1,203.12 | Excavater Cat 305 | hr | 8 | $77.10 | $616.80 T |
| 6 | 4" 45 bend | ea | 5 | $12.63 | $63.15 T | Operators 3 | hr | 36 | $88.66 | $3,191.76 | Hot wire | | 8 | $20.00 | $160.00 T |
| 7 | 6"x4" wye | ea | 5 | $42.87 | $214.35 T | Laborers 4 | hr | 48 | $76.34 | $3,664.32 | Crew Truck & Trailer | hr | 8 | $45.22 | $361.76 T |
| 8 | 4" SDR 35 3 pipes | ft | 42 | $1.30 | $54.60 T | CAD Technician | hr | 4 | $76.34 | $305.36 | | | | | |
| 9 | **FD 10-30-24 Putting foam back in at GL 1** | | | | | | | | | | | | | | |
| 10 | | | | | | Laborers 6 | hr | 66 | $76.34 | $5,038.44 | Cat Excavater 305 | hr | 3 | $77.10 | $231.30 T |
| 11 | | | | | | Operator | hr | 3 | $88.66 | $265.98 | Foam Hot wire | hr | 8 | $20.00 | $160.00 T |
| 12 | | | | | | Hot wire operators | hr | 16 | $88.66 | $1,418.56 | | | | | |
| 13 | **11-12-24 Putting Foam back in at grid line 1** | | | | | | | | | | | | | | |
| 14 | | | | | | Foreman | hr | 12 | $100.26 | $1,203.12 | 305 Excavater | hr | 8 | $77.10 | $616.80 T |
| 15 | | | | | | Operator | hr | 12 | $88.66 | $1,063.92 | Foam Hot wire | hr | 8 | $20.00 | $160.00 T |
| **Material Totals** | | | | | $411.55 | **Labor Totals** | | | | $18,839.58 | **Equipment Totals** | | | | $3,019.82 |

**Scope Notes:**

**Number of days added to the schedule:** 1

| | | |
|---|---|---|
| **Sub Total** | | $22,270.95 |
| **Tax** | 8% | $274.51 |
| **P&O** | 15% | $3,381.82 |
| **Bond** | % | $0.00 |
| **Total** | | $25,927.28 |

PCO 4263

PHAZE CONCRETE
91 E. Canyon Commercial Ave.
Cedar City, UT 84721
P 435-656-9500

| Contract # | Subcontract # |
|---|---|
| | |
| **Document #** | **Date Issued** |
| | 10/19/2024 |

# Field Directive

| Customer | Project Information |
|---|---|
| SMC construction | Teton H-1 Hoback club<br>3355 W. Cody lane<br>Teton Village WY 83025<br>Job #21.011 |

| Description of Work 10-11-24 | QTY | Units |
|---|---|---|
| Pulled out some foam on grid line 1 to access storm line and allow for water proofing repair. | | |
| 1054 forklift with operator | 9 | Hours |
| Laborer | 9 | Hours |

The Information provided in this Field Order is understood and accepted by signing parties. The information does not interpret contract responsibilities but is agreed that proper remuneration will be worked out. Items covered under this Field Order that are found to be outside the scope, or changes to the scope of the agreed contract will be reimbursed and negotiated by those responsible for the management of the contract.

***Authorized Signatures***

J David Steed
Company - Field Supervisor

[signature]
Customer - Field Supervisor

By signing this document it is agreed that all provisions outlined above are understood and acceptable.

CCD - 532

PCO 4263

PHAZE CONCRETE
91 E. Canyon Commercial Ave.
Cedar City, UT 84721
P 435-656-9500

| Contract # | Subcontract # |
|---|---|
| | |
| **Document #** | **Date Issued** |
| 105 | 10/29/24 |

# Field Directive

| Customer | Project Information |
|---|---|
| SMC Construction | Teton H-1 Hoback club<br>3355 W. Cody lane<br>Teton Village WY 83025<br>Job #21 011 |

| Description of Work | QTY | Units |
|---|---|---|
| 10-29-24 Putting in storm drain at grid line 1 | | |
| 1 Foreman | 12 | Hours |
| 3 Operators | 36 | Hours |
| 4 Laborers | 48 | Hours |
| 4in 90 degree bend | 5 | Fittings |
| 4in 45 degree bend | 5 | Fittings |
| 6x4 Y | 5 | Fittings |
| 14ft 4in SDR35 | 3 | Pipes |
| 305 Cat | 1 | Day |
| Foam hot saw | 1 | Day |
| Crew truck and trailer | 1 | Day |
| CAD Technician in Office | 4 | Hours |
| | | |
| CCD - 532 | | |

The Information provided in this Field Order is understood and accepted by signing parties. The information does not interpret contract responsibilities but is agreed that proper remuneration will be worked out. Items covered under this Field Order that are found to be outside the scope, or changes to the scope of the agreed contract will be reimbursed and negotiated by those responsible for the management of the contract.

***Authorized Signatures***

Company - Field Superviser

Customer - Field Supervisor

By signing this document it is agreed that all provisions outlined above are understood and acceptable.

PCO 4263

PHAZE CONCRETE
91 E. Canyon Commercial Ave.
Cedar City, UT 84721
P 435-656-9500

| Contract # | Subcontract # |
|---|---|
| | |
| **Document #** | **Date Issued** |
| 106 | 10/30/24 |

# Field Directive

| Customer | Project Information |
|---|---|
| SMC Construction | Teton H-1 Hoback club<br>3355 W. Cody lane<br>Teton Village WY 83025<br>Job #21 011 |

| Description of Work | QTY | Units |
|---|---|---|
| 10-30-24 Putting foam back in at grid line 1 | | |
| | | |
| 6 Laborers | 66 | Hours |
| 305 with operator | 3 | Hours |
| Foam hot saw with operators | 8 | Hours |

The Information provided in this Field Order is understood and accepted by signing parties. The information does not interpret contract responsibilities but is agreed that proper remuneration will be worked out. Items covered under this Field Order that are found to be outside the scope, or changes to the scope of the agreed contract will be reimbursed and negotiated by those responsible for the management of the contract.

***Authorized Signatures***

Company - Field Superviser

Customer - Field Supervisor

By signing this document it is agreed that all provisions outlined above are understood and acceptable.

CCD - 532

PCO 4263

PHAZE CONCRETE

91 E. Canyon Commercial Ave.
Cedar City, UT 84721
P 435-656-9500

| Contract # | Subcontract # |
|---|---|
| | |
| **Document #** | **Date Issued** |
| 117 | 11/12/24 |

# Field Directive

| Customer | Project Information |
|---|---|
| SMC Construction | Teton H-1 Hoback club<br>3355 W. Cody lane<br>Teton Village WY 83025<br>Job #21 011 |

| Description of Work | QTY | Units |
|---|---|---|
| 11-12-24 Putting foam back in at grid line 1 | | |
| | | |
| 1 Foreman | 12 | Hours |
| 1 Operator | 12 | Hours |
| 1 Laborer | 12 | Hours |
| 305 Excavator | 1 | Day |
| Foam hot saw | 1 | Day |

CCD-532

The Information provided in this Field Order is understood and accepted by signing parties. The information does not interpret contract responsibilities but is agreed that proper remuneration will be worked out. Items covered under this Field Order that are found to be outside the scope, or changes to the scope of the agreed contract will be reimbursed and negotiated by those responsible for the management of the contract.

***Authorized Signatures***

Company - Field Superviser

Customer - Field Supervisor

By signing this document it is agreed that all provisions outlined above are understood and acceptable.

# Bid Proposal for Teton H1 Revision 3/2021

CUSTOMER

**All Bidders**

**Job**
Teton H1 Revision 3/2021
Bid Date: 02/12/2021
Bid #: 1730569

CONTACT

**Sales Representative**
Kyle Davis
(T) 208-523-3335
Kyle.Davis@coreandmain.com

**Core & Main**
1966 W Heyrend Way
Idaho Falls, ID 83402
(T) 208-523-3335

NOTES

PCO 4263

CORE & MAIN

# Bid Proposal for Teton H1 Revision 3/2021

**All Bidders**
**Bid Date:** 02/12/2021
**Core & Main** 1730569

**Core & Main**
1966 W Heyrend Way
Idaho Falls, ID 83402
**Phone:** 208-523-3335
**Fax:** 208-523-5225

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| | | **Due to current global supply chain issues, PVC and HDPE Pipe pricing is subject to change based on the current price at the time of shipment, and availability is not guaranteed** | | | |
| 10 | | **THIS IS OUR INTERPRETATION OF** | | | |
| 20 | | **THE PLANS AND SPECS.** | | | |
| 30 | | **MANY ITEMS CALLED OUT ARE NOT** | | | |
| 40 | | **MADE IN THE SIZING ASKED FOR.** | | | |
| 50 | | **CORE AND MAIN IS NOT** | | | |
| 60 | | **RESPONSIBLE FOR ANY ADDITIONAL** | | | |
| 70 | | **MATERIALS THAT MAY BE NEEDED** | | | |
| 80 | | **TO COMPLETE ANY PHASE OF THIS** | | | |
| 90 | | **PROJECT. THE RESPONSIBILITY** | | | |
| 100 | | **LIES WITH THE CONTRACTOR TO** | | | |
| 110 | | **ORDER THE CORRECT MATERIALS** | | | |
| 120 | | **FOR THE JOB.** | | | |
| 150 | | **WATER** | | | |
| 170 | | MAINLINE | | | |
| 180 | 450 | 8 TJ CL52 DI PIPE | FT | 25.93 | 11,668.50 |
| 190 | 1 | 12GA COP WIRE SOLID BLUE 500' | RL | 45.00 | 45.00 |
| 200 | 1 | 2X1000' DET TAPE WATER | EA | 19.99 | 19.99 |
| 210 | 1 | 5# BOTTLE CHLORINE GRAN | EA | 25.00 | 25.00 |
| | | | | **SUBTOTAL** | **11,758.49** |
| 220 | | FITTINGS | | | |
| 230 | 3 | 8 MJ 45 C153 IMP | EA | 74.18 | 222.54 |
| 240 | 4 | 8 MJ 22-1/2 C153 IMP | EA | 72.39 | 289.56 |
| 250 | 2 | 8 MJ 11-1/4 C153 IMP | EA | 65.58 | 131.16 |
| 260 | 18 | 8 MJ REGULAR ACC SET | EA | 22.69 | 408.42 |
| | | | | **SUBTOTAL** | **1,051.68** |
| 270 | | HOT TAPS | | | |
| 280 | | MAINLINE SIZE NOT GIVEN. | | | |
| 290 | | CONTRACTOR TO VERIFY. | | | |
| 300 | 2 | FAST-905-8A 8X8 SS TAP SLV CARBON STEEL FLG,OD 8.63-9.05 | EA | 640.94 | 1,281.88 |
| 310 | 2 | 8 F6106 MJXFLG RW GV OL L/ACC CLOW GATE VALVE EPOXY COATED W/STAINLESS STEEL BOLTS & NUTS | EA | 908.65 | 1,817.30 |
| 320 | 2 | 36 M9064 VLV BOX BOTTOM IMP | EA | 33.35 | 66.70 |
| 330 | 2 | 26 M9060 VLV BOX TOP SCR IMP | EA | 28.01 | 56.02 |
| 340 | 2 | 5-1/4 VLV BOX LID M/WATER | EA | 17.37 | 34.74 |
| 350 | 2 | 8 MJ REGULAR ACC SET | EA | 22.69 | 45.38 |
| 360 | 2 | 8 ZINC PLTD HEX BOLT & NUT KIT | EA | 11.35 | 22.70 |
| 370 | 2 | 8X1/8 FLG RING RR GASKET | EA | 2.39 | 4.78 |
| | | | | **SUBTOTAL** | **3,329.50** |

** For reference only - not included in total

PCO 4263

CORE&MAIN

Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| 380 | | CASING | | | |
| 390 | 120 | 16 .375 WALL STL CASING | FT | 59.64 | 7,156.80 |
| 400 | | SCH30 | | | |
| 410 | 25 | 8X16 PX CASING SPACER | EA | 52.69 | 1,317.25 |
| 420 | 2 | 8X16 END SEAL | EA | 66.70 | 133.40 |
| | | | | **SUBTOTAL** | **8,607.45** |
| 430 | | FIRE HYDRANT ASSEMBLY | | | |
| 440 | 18 | 6 TJ CL52 DI PIPE | FT | 18.38 | 330.84 |
| 450 | 1 | 8X6 MJ TEE C153 IMP | EA | 111.81 | 111.81 |
| 460 | 1 | 6 F6100 MJ RW GV OL ON L/ACC CLOW GATE VALVE EPOXY COATED W/STAINLESS STEEL BOLTS & NUTS | EA | 581.49 | 581.49 |
| 470 | 1 | 36 M9064 VLV BOX BOTTOM IMP | EA | 33.35 | 33.35 |
| 480 | 1 | 26 M9060 VLV BOX TOP SCR IMP | EA | 28.01 | 28.01 |
| 490 | 1 | 5-1/4 VLV BOX LID M/WATER | EA | 17.37 | 17.37 |
| 500 | 1 | 5-1/4" TR MJ MED MT HYD 6'6"B LESS ACC A NUT & 5 PUMPER | EA | 2,218.35 | 2,218.35 |
| 510 | 2 | 8 MJ REGULAR ACC SET | EA | 22.69 | 45.38 |
| 520 | 4 | 6 MJ REGULAR ACC SET | EA | 20.63 | 82.52 |
| | | | | **SUBTOTAL** | **3,449.12** |
| 530 | | FIRE RISER | | | |
| 540 | 1 | 8 MJ 90 C153 IMP | EA | 90.67 | 90.67 |
| 550 | 1 | 8 DI STARFLANGE ADPT RAC3208 W/ACC STARGRIP | EA | 178.45 | 178.45 |
| 560 | 1 | 8X2 TAPT BLIND FLG DI IMP | EA | 98.20 | 98.20 |
| 570 | 2 | 8 3008P DI STARGRIP RESTR. (I) W/ACC - SGDPPK08 | EA | 46.47 | 92.94 |
| 580 | 2 | 8 ZINC PLTD HEX BOLT & NUT KIT | EA | 11.35 | 22.70 |
| 590 | 1 | 8X1/8 FLG RING RR GASKET | EA | 2.39 | 2.39 |
| 600 | 80 | 3/4X10' ALL THREAD ROD ZINC PLATED | FT | 2.29 | 183.20 |
| | | | | **SUBTOTAL** | **668.55** |
| 610 | | POST INDICATOR VALVE | | | |
| 620 | | DETAILS NOT GIVEN. | | | |
| 630 | 1 | 8 F6100 MJ RW GV OL ON L/ACC CLOW GATE VALVE EPOXY COATED W/STAINLESS STEEL BOLTS & NUTS | EA | 926.17 | 926.17 |
| 640 | 1 | M2401024 8" POST IND PLATE F/8" CLOW VALVE ONLY | EA | 130.65 | 130.65 |
| 650 | 1 | 2945A CLOW ADJ IND POST "D" | EA | 1,262.04 | 1,262.04 |
| | | | | **SUBTOTAL** | **2,318.86** |
| | | | | **WATER SUBTOTAL** | **31,183.65** |
| | | | | | |
| 680 | | **SEWER** | | | |
| | | | | | |
| 700 | | MAINLINE | | | |
| 710 | 42 | 8 PVC SDR35 SWR PIPE (G) 14' | FT | 5.18 | 217.56 |
| 720 | 224 | 4 PVC SDR35 SWR PIPE (G) 14' | FT | 1.30 | 291.20 |
| 730 | 1 | 2X1000' DET TAPE SEWER GREEN | EA | 19.99 | 19.99 |
| 740 | 1 | 4 PVC SDR35 SWR 45 GXG | EA | 12.63 | 12.63 |
| | | | | **SUBTOTAL** | **541.38** |
| 750 | | CLEANOUTS | | | |
| 760 | 1 | 8 PVC SDR35 SWR WYE GXG | EA | 136.98 | 136.98 |
| 770 | 2 | 8 PVC SDR35 SWR 45 GXSP | EA | 68.54 | 137.08 |
| 780 | 1 | 8 SDR35 SW FEMALE ADPT CLEANOUT HXFITP | EA | 77.65 | 77.65 |
| 790 | 1 | 8 PVC SWR CLEANOUT PLUG MIPT | EA | 69.53 | 69.53 |
| 800 | 5 | 4X4 PVC SDR35 SWR WYE GXG | EA | 21.77 | 108.85 |
| 810 | 10 | 4 PVC SDR35 SWR 45 GXSP | EA | 11.35 | 113.50 |

** For reference only - not included in total

PCO 4263

Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| 820 | 5 | 4 SDR35 CLEANOUT ADPT HXF L/PL | EA | 6.06 | 30.30 |
| 830 | 5 | 4 PVC SWR CLEANOUT PLUG MIPT | EA | 3.67 | 18.35 |
| 840 | 6 | 8" H-8020 CLEANOUT R&C "SEWER" | EA | 76.25 | 457.50 |
| | | | | **SUBTOTAL** | **1,149.74** |
| 850 | | FORCE MAIN | | | |
| 860 | 200 | 3 IPS DR11 HDPE PIPE | FT | 2.58 | 516.00 |
| 870 | 1 | 3 IPS DR11 HDPE FLG ADPT | EA | 7.34 | 7.34 |
| 880 | 1 | 3" SDR11 DI IPS BACKING RING | EA | 4.67 | 4.67 |
| 890 | 1 | 3 ZINC PLTD HEX BOLT & NUT KIT | EA | 4.24 | 4.24 |
| 900 | 1 | 3X1/8 FLG RING RR GASKET | EA | 1.17 | 1.17 |
| 910 | 1 | 3 FLG 22-1/2 C110 IMP | EA | 58.11 | 58.11 |
| | | | | **SUBTOTAL** | **591.53** |
| | | | | **SEWER SUBTOTAL** | **2,282.65** |
| 940 | | **STORM DRAIN** | | | |
| 960 | | PIPE | | | |
| 970 | 126 | 18 PVC SDR35 SWR PIPE (G) 14' | FT | 23.79 | 2,997.54 |
| 980 | 1302 | 12 PVC SDR35 SWR PIPE (G) 14' | FT | 11.62 | 15,129.24 |
| 990 | 224 | 8 PVC SDR35 SWR PIPE (G) 14' | FT | 5.18 | 1,160.32 |
| 1000 | 672 | 6 PVC SDR35 SWR PIPE (G) 14' | FT | 2.87 | 1,928.64 |
| 1010 | 1554 | 4 PVC SDR35 SWR PIPE (G) 14' | FT | 1.30 | 2,020.20 |
| 1020 | 4 | 2X1000' DET TAPE-STORM SWR | EA | 26.67 | 106.68 |
| | | | | **SUBTOTAL** | **23,342.62** |
| 1030 | | FITTINGS | | | |
| 1040 | 3 | 12X6 PVC SDR35 SWR TEE GXG | EA | 277.34 | 832.02 |
| 1050 | 8 | 12X4 PVC SDR35 SWR TEE GXG | EA | 263.14 | 2,105.12 |
| 1060 | 2 | 8X6 PVC SDR35 SWR TEE GXG | EA | 68.54 | 137.08 |
| 1070 | 12 | 8X4 PVC SDR35 SWR TEE GXG | EA | 66.23 | 794.76 |
| 1080 | 1 | 8 PVC SDR35 SWR 45 GXG | EA | 71.74 | 71.74 |
| 1090 | 1 | 6X6 PVC SDR35 SWR TEE GXG | EA | 43.84 | 43.84 |
| 1100 | 19 | 6X4 PVC SDR35 SWR TEE GXG | EA | 42.87 | 814.53 |
| 1110 | 13 | 4X4 PVC SDR35 SWR TEE GXG | EA | 20.46 | 265.98 |
| 1120 | 1 | 6 PVC SDR35 SWR 22-1/2 GXG | EA | 24.84 | 24.84 |
| 1130 | 5 | 4X4 PVC SDR35 SWR TEE GXG | EA | 20.46 | 102.30 |
| 1140 | 3 | 4X4 PVC SDR35 SWR WYE GXG | EA | 21.77 | 65.31 |
| 1150 | 20 | 4 PVC SDR35 SWR 90 GXG | EA | 15.89 | 317.80 |
| 1160 | 13 | 4 PVC SDR35 SWR 45 GXG | EA | 12.63 | 164.19 |
| 1170 | 1 | 4 PVC SDR35 SWR 22-1/2 GXG | EA | 12.61 | 12.61 |
| | | | | **SUBTOTAL** | **5,752.12** |
| 1180 | | CLEANOUTS | | | |
| 1190 | 1 | 6X6 PVC SDR35 SWR TEE GXG | EA | 43.84 | 43.84 |
| 1200 | 1 | 6X4 PVC SDR35 SWR TEE GXG | EA | 42.87 | 42.87 |
| 1210 | 6 | 6 PVC SDR35 SWR 45 GXSP | EA | 22.72 | 136.32 |
| 1220 | 3 | 6 SDR35 CLEANOUT ADPT HXF L/PL | EA | 28.61 | 85.83 |
| 1230 | 3 | 6 PVC SWR CLEANOUT PLUG MIPT | EA | 18.49 | 55.47 |
| 1240 | 5 | 4X4 PVC SDR35 SWR TEE GXG | EA | 20.46 | 102.30 |
| 1250 | 3 | 4X4 PVC SDR35 SWR WYE GXG | EA | 21.77 | 65.31 |
| 1260 | 19 | 4 PVC SDR35 SWR 45 GXSP | EA | 11.35 | 215.65 |
| 1270 | 10 | 4 SDR35 CLEANOUT ADPT HXF L/PL | EA | 6.06 | 60.60 |
| 1280 | 10 | 4 PVC SWR CLEANOUT PLUG MIPT | EA | 3.67 | 36.70 |

** For reference only - not included in total

PCO 4263

CORE&MAIN

## Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| 1290 | 13 | 8" H-8020 CLEANOUT R&C "CLEANOUT" | EA | 76.25 | 991.25 |
| | | | | **SUBTOTAL** | **1,836.14** |
| 1300 | | NDS DRAIN BASINS | | | |
| 1310 | | NDS SPEE-D BASINS CALLED OUT ARE ONLY MADE WITH A 3" OR 4" INLET AND A 6" TOP. ENG HAS CALLED FOR THEM ON 6" AND 8" | | | |
| 1320 | | LINES. ADDITIONAL FITTINGS MAY BE REQUIRED. QUOTED AS CLOSE AS POSSIBLE UNDER THESE CIRCUMSTANCES. | | | |
| 1330 | 44 | NDS 101 SPEE-D CATCH BASIN F/3" OR 4" LOCKING OUTLET | EA | 16.19 | 712.36 |
| 1340 | 37 | NDS 201 DOUBLE SPEE-D BASIN 2-3" AND 4" LOCKING OUTLETS | EA | 16.19 | 599.03 |
| 1350 | 4 | NDS 250 SPEE-D BASIN, 2-3" AND 4" 90 DEGREE OUTLETS | EA | 2.76 | 11.04 |
| 1360 | 10 | NDS 300 SPEE-D BASIN 3-4" & 4" 90 DEGREE OUTLETS | EA | 30.80 | 308.00 |
| 1370 | 3 | NDS 350 SPEE-D BASIN | EA | 35.91 | 107.73 |
| 1380 | | RISER REFERENCE PRICE. UNABLE TO DETERMINE OFF PLANS IF AND WHEN THEY WILL BE NEEDED. | | | |
| 1390** | 1 | NDS 101R SPEE-D BASIN RISER | EA | 9.17 | 9.17 |
| 1400 | 32 | NDS 922PB BRASS GRATE | EA | 94.15 | 3,012.80 |
| 1410 | 66 | NDS 90B 6 BRASS ATRIUM GRATE | EA | 231.12 | 15,253.92 |
| | | | | **SUBTOTAL** | **20,004.88** |
| 1420 | | TRENCH DRAIN | | | |
| 1430 | 93 | ACO 74408 KS100 SLOPED CHANNEL SS RAIL | EA | 130.23 | 12,111.39 |
| 1440 | | CHANNEL NUMBERS TBD | | | |
| 1450 | 73 | K100S TRENCH BRICKSLOT TOP 1/2 METER | EA | 195.89 | 14,299.97 |
| 1460 | 20 | K100S TRENCH BRICKSLOT TOP 25.4MM METER | EA | 114.62 | 2,292.40 |
| 1470 | 20 | ACO SS BRICKSLOT ACCESS UNIT | EA | 268.32 | 5,366.40 |
| 1480 | 114 | INSTALLATION DEVICE | EA | 15.19 | 1,731.66 |
| 1490 | 15 | ACO 968 KS100S UNIVERSAL CAP | EA | 9.14 | 137.10 |
| 1500 | 1 | GRATE REMOVAL TOOL | EA | 15.19 | 15.19 |
| 1510 | 11 | 1056-44 4 CI/PVCXCI/PVC CPLG | EA | 7.41 | 81.51 |
| | | | | **SUBTOTAL** | **36,035.62** |
| 1520 | | WALK OFF GRATES | | | |
| 1530 | | STORM NOTE #12 CALLS FOR 24" | | | |
| 1540 | | NDS GRATES, LENGTH PER PLANS. | | | |
| 1550 | | THE LARGEST OFFERED IS 24"X24" | | | |
| 1560 | | THESE STRUCTURES WILL NEED TO | | | |
| 1570 | | CONCRETE. NO QUOTE ON THESE | | | |
| 1580 | | DRAINS. | | | |
| | | | | **SUBTOTAL** | **0.00** |
| 1590 | | MECHANICAL VAULT FLOOR DRAINS | | | |
| 1600 | | NO INFORMATION GIVEN | | | |
| | | | | **SUBTOTAL** | **0.00** |
| 1610 | | FOUNDATION DRAIN | | | |
| 1620 | 3500 | 4 ADS HWY CORR PERF 100' SGL WALL 04410100 | FT | 0.90 | 3,150.00 |
| 1630 | 1000 | 6 ADS CORR SOLID 100' SGL WALL 06510100 | FT | 2.60 | 2,600.00 |
| 1640 | 500 | 6 ADS CORR PERF 100' SGL WALL 06010100 | FT | 2.60 | 1,300.00 |
| 1650 | 4 | 24" X 150' STRIPDRAIN | ROL | 498.47 | 1,993.88 |
| 1660 | 10 | 4 X 50 SITEDRAIN 184 | ROL | 210.77 | 2,107.70 |
| 1670 | 35 | 0421AA 4 ADS SW SNAP TEE | EA | 6.84 | 239.40 |
| 1680 | 29 | 0490AA 4 ADS SW SNAP 90 | EA | 8.52 | 247.08 |
| 1690 | 23 | 0432AA 4 ADS SW SNAP END CAP | EA | 4.28 | 98.44 |
| 1700 | 8 | 0624AA 6X4 ADS SW RED TEE | EA | 15.65 | 125.20 |
| 1710 | 4 | 0626AA 6 ADS SW SNAP TEE | EA | 15.23 | 60.92 |
| 1720 | 7 | 0699ST 6 ADS N12 ST 90 MOLDED | EA | 24.60 | 172.20 |
| 1730 | 3 | 0667AA 6 ADS SNAP END CAP SGL WALL | EA | 8.12 | 24.36 |

** For reference only - not included in total

PCO 4263

Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| | | | | STORM TOTAL | 12,119.18 |
| 1740 | | **VORTECHS 3000** | | | |
| 1750 | 1 | VOTECHS 3000 | EA | 22,078.29 | 22,078.29 |
| | | STANDARD INLINE | | | |
| | | SITE DESIGNATION | | | |
| | | VSG-01, PIPE SIZE 18" | | | |
| | | PIPE SIZE OUT 18" RIM ELEV | | | |
| | | 6356.18, IE OUT: 6346.97 | | | |
| | | NOTES FOR QUOTE: | | | |
| | | EOR TO PROVIDE FLOW RATES | | | |
| | | AND RECURRENCE INTERVAL | | | |
| | | PRIOR TO FINAL DESIGN | | | |
| | | | | **SUBTOTAL** | **22,078.29** |
| | | | | **SUBTOTAL** | **121,168.85** |
| | | | | | |
| | | | | **Sub Total** | **154,635.15** |
| | | | | Freight | 2,600.00 |
| | | | | **Tax** | 0.00 |
| | | | | **Total** | **157,235.15** |

**Branch Terms:**

**UNLESS OTHERWISE SPECIFIED HEREIN, PRICES QUOTED ARE VALID IF ACCEPTED BY CUSTOMER AND PRODUCTS ARE RELEASED BY CUSTOMER FOR MANUFACTURE WITHIN THIRTY (30) CALENDAR DAYS FROM THE DATE OF THIS QUOTATION. CORE & MAIN LP RESERVES THE RIGHT TO INCREASE PRICES UPON THIRTY (30) CALENDAR DAYS' NOTICE TO ADDRESS FACTORS, INCLUDING BUT NOT LIMITED TO, GOVERNMENT REGULATIONS, TARIFFS, TRANSPORTATION, FUEL AND RAW MATERIAL COSTS. DELIVERY WILL COMMENCE BASED UPON MANUFACTURER LEAD TIMES. ANY MATERIAL DELIVERIES DELAYED BEYOND MANUFACTURER LEAD TIMES MAY BE SUBJECT TO PRICE INCREASES AND/OR APPLICABLE STORAGE FEES. THIS BID PROPOSAL IS CONTINGENT UPON BUYER'S ACCEPTANCE OF SELLER'S TERMS AND CONDITIONS OF SALE, AS MODIFIED FROM TIME TO TIME, WHICH CAN BE FOUND AT:** https://coreandmain.com/TandC/

PCO 4319

SMC Construction Company, Co.
1086 Greg Street
Sparks, NV 89431

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 30-Jan-25 CHANGE ORDER REQUEST: **PCO-4319**
TITLE: Phaze COR # 418

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs to incorporate concrete placement with 2 stage system located at line 1 stairs and courtyard. | | |
| 03.00 - Concrete- Exhibit A GMP Cost Breakdown<br>Phaze COR 418-Concrete Pumping 2 stage system | $ | 9,040 |
| **Subtotal:** | $ | 9,040 |
| Liability Insurance .33% | $ | 32 |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 7 |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 9,079 |

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed ___ calendar days.

ACCEPTED:

**SMC Construction, Co.**
1086 Greg Street
Sparks, NV 89431
By: [signature]
Date: 01/30/2025

DDRM Jackson, LLC
DEVELOPMENT MANAGER
By:
Date:

Cody Lane Development
PO Box 734
Jackson, WY
By:
Date:

**PHAZE CONCRETE INC.**
91 E. Canyon Commercial Ave.
Cedar City, UT 84721
**Phone** (435)656-9500 **Fax** (435)656-9501

# Change Order

**Date** 1/24/2025
**Customer** Layton Construction Company, LLC
**Project** 21.011 Teton Village H-1
**Number** 418
**Status**

**Reference Doc** Email from Ralph
**Memo** Pumping Concrete with 2 stage System (2 pumps)

| | Material | | | | | Labor | | | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total |
| 1 | Materials | | | | T | | | | | | 32 m conc pump BB | hr | -4 | $225.00 | -$900.00 T |
| 2 | | | | | | | | | | | Yardage Fee | yd | -30 | $4.00 | -$120.00 T |
| 3 | | | | | | | | | | | Travel | ea | -1 | $300.00 | -$300.00 T |
| 4 | | | | | | | | | | | 15% surcharge | ea | -1 | $198.00 | -$198.00 T |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | Laborers Phaze 2 ea | hr | 16 | $76.34 | $1,221.44 | Phaze Trailer Pump | hr | 8 | $225.00 | $1,800.00 T |
| 7 | | | | | | Operator for trailer pmp | hr | 8 | $88.68 | $709.44 | Yardage Fee | yd | 30 | $4.00 | $120.00 T |
| 8 | | | | | | | | | | | Slick Line hose Phaze | ft | 190 | $4.00 | $760.00 T |
| 9 | | | | | | | | | | | Mobilization from & to Cedar | ea | 1 | $1,130.00 | $1,130.00 T |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | Labor add for slick line | hr | 8 | $76.34 | $610.72 | 32 M Concrete pump BB | hr | 6 | $225.00 | $1,350.00 T |
| 12 | | | | | | | | | | | Slick line from BB pump to trailor pump | ft | 130 | $4.00 | $520.00 T |
| 13 | | | | | | | | | | | Travel | ea | 300 | $1.00 | $300.00 T |
| 14 | | | | | | | | | | | Yardage fee | yd | 30 | $4.00 | $120.00 T |
| 15 | | | | | | | | | | | 15% Surcharge | ea | 1 | $343.50 | $343.50 T |
| Material Totals | | | | | $0.00 | Labor Totals | | | | $2,541.60 | Equipment Totals | | | | $4,925.50 |

| | | |
|---|---|---|
| Sub Total | | $7,467.10 |
| Tax | 8% | $394.04 |
| P&O | 15% | $1,179.17 |
| Bond | % | $0.00 |
| Total | | $9,040.31 |

**Scope Notes:** Crane to set Trailer Pump by others.

This price is per occurrence and to be paid each time this setup is used.

**Number of days added to the schedule:** 1

PCO 4352

SMC Construction Company, Co.
1086 Greg Street
Sparks, NV 89431

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 24-Feb-25 CHANGE ORDER REQUEST: **PCO-4352**
TITLE: Phaze COR # 422

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs to incorporate tent on Grid line 1 | | |
| 03.00 - Concrete- Exhibit A GMP Cost Breakdown<br>Phaze COR 422-Tent | $ | 9,977 |
| **Subtotal:** | $ | 9,977 |
| Liability Insurance .33% | $ | 35 |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 7 |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 10,020 |

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed ___ calendar days.

ACCEPTED:

| SMC Construction, Co. | DDRM Jackson, LLC | Cody Lane Development |
|---|---|---|
| 1086 Greg Street | DEVELOPMENT MANAGER | PO Box 734 |
| Sparks, NV 89431 | | Jackson, WY |
| By: [signature] | By: | By: |
| Date: 02/24/2025 | Date: | Date: |

PCO 4352

PHAZE CONCRETE INC.

91 E. Canyon Commercial Ave.
Cedar City, UT 84721

**Phone** (435)656-9500 **Fax** (435)656-9501

# Change Order

**Date** 2/7/2025
**Customer** Layton Construction Company, LLC
**Project** 21.011 Teton Village H-1
**Number** 422
**Status**

**Reference Doc** Field Directive 2-5-25 GL-1

**Memo** T&M for Tent

| | Material | | | | | Labor | | | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total |
| 1 | 2-5-25 Building Tent on Grid Line 1 | | | | | | | | | | | | | | |
| 2 | | | | | | Forman | hr | 10 | $100.26 | $1,002.60 | | | | | |
| 3 | | | | | | Laborers 5 | hr | 50 | $76.34 | $3,817.00 | | | | | |
| 4 | FD 2-6-25 Erect winter tent over sidewalk area in area 6 GL1 per Farrel R | | | | | | | | | | | | | | |
| 5 | | | | | | Foreman | hr | 8 | $100.26 | $802.08 | | | | | |
| 6 | | | | | | Labor | hr | 40 | $76.34 | $3,053.60 | | | | | |
| Material Totals | | | | | $0.00 | Labor Totals | | | | $8,675.28 | Equipment Totals | | | | $0.00 |

**Scope Notes:**

**Number of days added to the schedule:** 1

| | | |
|---|---|---|
| Sub Total | | $8,675.28 |
| Tax | 8% | $0.00 |
| P&O | 15% | $1,301.29 |
| Bond | % | $0.00 |
| Total | | $9,976.57 |

PCO 4352

PHAZE CONCRETE
91 E. Canyon Commercial Ave.
Cedar City, UT 84721
P 435-656-9500

| Contract # | Subcontract # |
|---|---|
| | |
| **Document #** | **Date Issued** |
| 157 | 2/5/25 |

# Field Directive

| Customer | Project Information |
|---|---|
| SMC Construction | Teton H-1 Hoback club<br>3355 W. Cody lane<br>Teton Village WY 83025<br>Job #21 011 |

| Description of Work | QTY | Units |
|---|---|---|
| 2-5-25 Building tent on grid line 1 per Farrel Rowe for concrete placement | | |
| 1 Foreman | 10 | Hours |
| 5 Laborers | 50 | Hours |

The Information provided in this Field Order is understood and accepted by signing parties. The information does not interpret contract responsibilities but is agreed that proper remuneration will be worked out. Items covered under this Field Order that are found to be outside the scope, or changes to the scope of the agreed contract will be reimbursed and negotiated by those responsible for the management of the contract.

*Authorized Signatures*

Company - Field Superviser      Customer - Field Supervisor

By signing this document it is agreed that all provisions outlined above are understood and acceptable.

PCO 4352

PHAZE CONCRETE

91 E. Canyon Commercial Ave.
Cedar City, UT 84721
P 435-656-9500

| Contract # | Subcontract # |
| --- | --- |
| | |
| **Document #** | **Date Issued** |
| 158 | 2-6-25 |

# Field Directive

| Customer | Project Information |
| --- | --- |
| SMC Contractors<br>Farrel Rowe<br>Kevin Davis | 21.011 Teton Village H1 Project<br>Teton Village, WY |

| Description of Work | QTY | Units |
| --- | --- | --- |
| Erect winter tent over sidewalk area in area 6 GL1. Per Farrel Rowe | | |
| Foreman | 8 | |
| Laborer | 40 | |
| Materials Supplied by SMC | | |

The information provided in this Field Order is understood and accepted by signing parties. The information does not interpret contract responsibilities but is agreed that proper remuneration will be worked out. Items covered under this Field Order that are found to be outside the scope, or changes to the scope of the agreed contract will be reimbursed and negotiated by those responsible for the management of the contract

*Authorized Signatures*

Company - Field Superviser

Customer - Field Supervisor

By signing this document it is agreed that all provisions outlined above are understood and acceptable.

**SMC Construction Company, Co.**
1086 Greg Street
Sparks, NV 89431

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 26-Feb-25 CHANGE ORDER REQUEST: **PCO-4359**

TITLE: CCD 813 ASI 616
Phaze COR # 389

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs to incorporate updated drawings and specifications as indicated in CCD 813 ASI 616 | | |
| 03.00 - Concrete- Exhibit A GMP Cost Breakdown<br>Phaze COR 389-CCD 813 | $ | 3,172 |
| **Subtotal:** | $ | 3,172 |
| Liability Insurance .33% | $ | 11 |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 2 |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 3,186 |

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed ___ calendar days.

ACCEPTED:

| **SMC Construction, Co.**<br>1086 Greg Street<br>Sparks, NV 89431 | DDRM Jackson, LLC<br>DEVELOPMENT MANAGER | Cody Lane Development<br>PO Box 734<br>Jackson, WY |
|---|---|---|
| By: PSmith | By: | By: |
| Date: 02/26/2025 | Date: | Date: |

PCO 4359

PHAZE CONCRETE INC.

91 E. Canyon Commercial Ave.
Cedar City, UT 84721

**Phone** (435)656-9500 **Fax** (435)656-9501

# Change Order

**Date** 6/28/2024
**Customer** Layton Construction Company, LLC
**Project** 21.011 Teton Village H-1
**Number** 389
**Status** **Submitted**

**Reference Doc** CCD 813 ASI 616

**Memo** Two Umbrella Anchors were added after Change Order #269 was approved. This Change Order Request #389 is the cost impact for the change

| Material | | | | | | Labor | | | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total | Description | UOM | Qty | Price | Total |
| 1 | Umbrella Anchors | ea | 2 | $380.00 | $760.00 T | Operator | hr | 2 | $88.66 | $177.32 | Fork Lift | hr | 2 | $79.24 | $158.48 T |
| 2 | Freight anchors | | 1 | $255.00 | $255.00 T | | | | | | | | | | |
| 3 | Forms | sq ft | 25 | $4.00 | $100.00 T | Carpenter | hr | 3 | $88.66 | $265.98 | | | | | |
| 4 | Concrete | cy | 1 | $350.00 | $350.00 T | Laborer | hr | 4 | $76.34 | $305.36 | | | | | |
| 5 | Rebar | lb | 53 | $1.09 | $57.77 T | Iron Worker | hr | 2 | $88.66 | $177.32 | | | | | |
| 6 | Fiber Mesh | yd | 1 | $15.00 | $15.00 T | | | | | | | | | | |
| Material Totals | | | | | $1,537.77 | Labor Totals | | | | $925.98 | Equipment Totals | | | | $158.48 |

**Scope Notes:**

**Number of days added to the schedule:** 1

| | | |
|---|---|---|
| Sub Total | | $2,622.23 |
| Tax | 8% | $135.70 |
| P&O | 15% | $413.69 |
| Bond | % | $0.00 |
| Total | | $3,171.62 |

PCO 4359

BARTON REBAR STEEL SUPPLY

**Remit to**
14800 E. Moncrieff Place
Aurora, CO 80011
Phone: (303) 576-2200
Email: credit@barton-supply.com

# Sales Invoice

| | |
|---|---|
| **Invoice No** | **99334** |
| Invoice Date | 06/30/2021 |
| Delivery Date | 06/30/2021 |
| Terms | Net 30 Days |
| Customer | P2570 |
| Contact Name | RALPH |
| Contact Number | 720-340-8439 |
| Branch | Aurora |
| Your Ref | TETON HI PUMP BUILDING |
| Our Ref | 490970 |
| Taken By | Peter Bjick |
| Sales Rep | Chris Wilson |
| Sale Type | Delivered |

Page 1 of 1

**Invoice Address**
PHAZE CONCRETE INC.
91 E CANYON COMMERCIAL AVENUE
CEDAR CITY, UT, 84721

**Delivery Address:** 5000 - PHAZE CONCRETE INC.
5700 SNAKE RIVER RANCH RD
WILSON, WY, 83014

| Special Instructions | Notes |
|---|---|
| DAN 832-316-6973 | MONDAY AM W/ LOAD |

| Line | Description | Qty/Footage | Price | UOM | Total |
|---|---|---|---|---|---|
| 1 | 56030 - #5 REBAR, GR.60 - 30' | 10.01 CWT | 109.00 | CWT | 1,091.09 |
| 2 | 560 - #5 REBAR, GR.60 | 66.67 CWT | 109.00 | CWT | 7,267.03 |
| 3 | 46030 - #4 REBAR, GR.60 - 30' | 6.01 CWT | 109.00 | CWT | 655.09 |
| 4 | 460 - #4 REBAR, GR.60 | 45.44 CWT | 109.00 | CWT | 4,952.96 |
| 5 | 360 - #3 REBAR, GR.60 | 4.37 CWT | 109.00 | CWT | 476.33 |
| | REBAR PACKAGE: CONCRETE PUMP HOUSE FND, SOG<br>CONTROL CODE: 34QD<br>RELEASE #: 1<br># OF TAGS: 37<br>TONNAGE: 6.625<br>SOV LINE: | | | | |

**The invoice is due on 07/30/2021.**

In the event the Buyer's obligations arising under this invoice are enforced through a collection agency or attorneys with or without suit or any other proceeding, Buyer agrees to pay all collection costs or reasonable attorney fees of 25% on the principal balance due plus court costs.

| | |
|---|---|
| Total Amount | $14,442.50 |
| Sales Tax | $866.55 |
| **Invoice Total** | $15,309.05 |

Tax Area: WYJAC-[Jackson]

Goods received in good condition

**Print name** RALPH

**Signature**

 PCO 4359

BARTON REBAR STEEL SUPPLY

**Remit to**
14800 E. Moncrieff Place
Aurora, CO 80011
Phone: (303) 576-2200
Email: credit@barton-supply.com

# Sales Invoice

| | |
|---|---|
| **Invoice No** | **99334** |
| **Invoice Date** | 06/30/2021 |
| **Delivery Date** | 06/30/2021 |
| **Terms** | Net 30 Days |
| **Customer** | P2570 |
| **Contact Name** | RALPH |
| **Contact Number** | 720-340-8439 |
| **Branch** | Aurora |
| **Your Ref** | **TETON HI PUMP BUILDING** |
| **Our Ref** | **490970** |
| **Taken By** | Peter Bjick |
| **Sales Rep** | Chris Wilson |
| **Sale Type** | Delivered |

Page 1 of 1

**Invoice Address**
PHAZE CONCRETE INC.
91 E CANYON COMMERCIAL AVENUE
CEDAR CITY, UT, 84721

**Delivery Address:** 5000 - PHAZE CONCRETE INC.
5700 SNAKE RIVER RANCH RD
WILSON, WY, 83014

| Special Instructions | Notes |
|---|---|
| DAN 832-316-6973 | MONDAY AM W/ LOAD |

| Line | Description | Qty/Footage | Price | UOM | Total |
|---|---|---|---|---|---|
| 1 | 56030 - #5 REBAR, GR.60 - 30' | 10.01 CWT | 109.00 | CWT | 1,091.09 |
| 2 | 560 - #5 REBAR, GR.60 | 66.67 CWT | 109.00 | CWT | 7,267.03 |
| 3 | 46030 - #4 REBAR, GR.60 - 30' | 6.01 CWT | 109.00 | CWT | 655.09 |
| 4 | 460 - #4 REBAR, GR.60 | 45.44 CWT | 109.00 | CWT | 4,952.96 |
| 5 | 360 - #3 REBAR, GR.60 | 4.37 CWT | 109.00 | CWT | 476.33 |
| | REBAR PACKAGE: CONCRETE PUMP HOUSE FND, SOG<br>CONTROL CODE: 34QD<br>RELEASE #: 1<br># OF TAGS: 37<br>TONNAGE: 6.625<br>SOV LINE: | | | | |

**The invoice is due on 07/30/2021.**

In the event the Buyer's obligations arising under this invoice are enforced through a collection agency or attorneys with or without suit or any other proceeding, Buyer agrees to pay all collection costs or reasonable attorney fees of 25% on the principal balance due plus court costs.

| | |
|---|---|
| Total Amount | $14,442.50 |
| Sales Tax | $866.55 |
| **Invoice Total** | $15,309.05 |

Tax Area: WYJAC-[Jackson]

Goods received in good condition

**Print name** RALPH

**Signature** ______________________

PCO 4359

CORE & MAIN

Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| 1290 | 13 | 8" H-8020 CLEANOUT R&C "CLEANOUT" | EA | 76.25 | 991.25 |
| | | | SUBTOTAL | | 1,836.14 |
| 1300 | | NDS DRAIN BASINS | | | |
| 1310 | | NDS SPEE-D BASINS CALLED OUT ARE ONLY MADE WITH A 3" OR 4" INLET AND A 6" TOP. ENG HAS CALLED FOR THEM ON 6" AND 8" | | | |
| 1320 | | LINES. ADDITIONAL FITTINGS MAY BE REQUIRED. QUOTED AS CLOSE AS POSSIBLE UNDER THESE CIRCUMSTANCES. | | | |
| 1330 | 44 | NDS 101 SPEE-D CATCH BASIN F/3" OR 4" LOCKING OUTLET | EA | 16.19 | 712.36 |
| 1340 | 37 | NDS 201 DOUBLE SPEE-D BASIN 2-3" AND 4" LOCKING OUTLETS | EA | 16.19 | 599.03 |
| 1350 | 4 | NDS 250 SPEE-D BASIN, 2-3" AND 4" 90 DEGREE OUTLETS | EA | 2.76 | 11.04 |
| 1360 | 10 | NDS 300 SPEE-D BASIN 3-4" & 4" 90 DEGREE OUTLETS | EA | 30.80 | 308.00 |
| 1370 | 3 | NDS 350 SPEE-D BASIN | EA | 35.91 | 107.73 |
| 1380 | | RISER REFERENCE PRICE. UNABLE TO DETERMINE OFF PLANS IF AND WHEN THEY WILL BE NEEDED. | | | |
| 1390** | 1 | NDS 101R SPEE-D BASIN RISER | EA | 9.17 | 9.17 |
| 1400 | 32 | NDS 922PB BRASS GRATE | EA | 94.15 | 3,012.80 |
| 1410 | 66 | NDS 90B 6 BRASS ATRIUM GRATE | EA | 231.12 | 15,253.92 |
| | | | SUBTOTAL | | 20,004.88 |
| 1420 | | TRENCH DRAIN | | | |
| 1430 | 93 | ACO 74408 KS100 SLOPED CHANNEL SS RAIL | EA | 130.23 | 12,111.39 |
| 1440 | | CHANNEL NUMBERS TBD | | | |
| 1450 | 73 | K100S TRENCH BRICKSLOT TOP 1/2 METER | EA | 195.89 | 14,299.97 |
| 1460 | 20 | K100S TRENCH BRICKSLOT TOP 25.4MM METER | EA | 114.62 | 2,292.40 |
| 1470 | 20 | ACO SS BRICKSLOT ACCESS UNIT | EA | 268.32 | 5,366.40 |
| 1480 | 114 | INSTALLATION DEVICE | EA | 15.19 | 1,731.66 |
| 1490 | 15 | ACO 968 KS100S UNIVERSAL CAP | EA | 9.14 | 137.10 |
| 1500 | 1 | GRATE REMOVAL TOOL | EA | 15.19 | 15.19 |
| 1510 | 11 | 1056-44 4 CI/PVCXCI/PVC CPLG | EA | 7.41 | 81.51 |
| | | | SUBTOTAL | | 36,035.62 |
| 1520 | | WALK OFF GRATES | | | |
| 1530 | | STORM NOTE #12 CALLS FOR 24" | | | |
| 1540 | | NDS GRATES, LENGTH PER PLANS. | | | |
| 1550 | | THE LARGEST OFFERED IS 24"X24" | | | |
| 1560 | | THESE STRUCTURES WILL NEED TO | | | |
| 1570 | | CONCRETE. NO QUOTE ON THESE | | | |
| 1580 | | DRAINS. | | | |
| | | | SUBTOTAL | | 0.00 |
| 1590 | | MECHANICAL VAULT FLOOR DRAINS | | | |
| 1600 | | NO INFORMATION GIVEN | | | |
| | | | SUBTOTAL | | 0.00 |
| 1610 | | FOUNDATION DRAIN | | | |
| 1620 | 3500 | 4 ADS HWY CORR PERF 100' SGL WALL 04410100 | FT | 0.90 | 3,150.00 |
| 1630 | 1000 | 6 ADS CORR SOLID 100' SGL WALL 06510100 | FT | 2.60 | 2,600.00 |
| 1640 | 500 | 6 ADS CORR PERF 100' SGL WALL 06010100 | FT | 2.60 | 1,300.00 |
| 1650 | 4 | 24" X 150' STRIPDRAIN | ROL | 498.47 | 1,993.88 |
| 1660 | 10 | 4 X 50 SITEDRAIN 184 | ROL | 210.77 | 2,107.70 |
| 1670 | 35 | 0421AA 4 ADS SW SNAP TEE | EA | 6.84 | 239.40 |
| 1680 | 29 | 0490AA 4 ADS SW SNAP 90 | EA | 8.52 | 247.08 |
| 1690 | 23 | 0432AA 4 ADS SW SNAP END CAP | EA | 4.28 | 98.44 |
| 1700 | 8 | 0624AA 6X4 ADS SW RED TEE | EA | 15.65 | 125.20 |
| 1710 | 4 | 0626AA 6 ADS SW SNAP TEE | EA | 15.23 | 60.92 |
| 1720 | 7 | 0699ST 6 ADS N12 ST 90 MOLDED | EA | 24.60 | 172.20 |
| 1730 | 3 | 0667AA 6 ADS SNAP END CAP SGL WALL | EA | 8.12 | 24.36 |

** For reference only - not included in total

PCO 4359

CORE & MAIN

# Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| 1290 | 13 | 8" H-8020 CLEANOUT R&C "CLEANOUT" | EA | 76.25 | 991.25 |
| | | | | **SUBTOTAL** | **1,836.14** |
| 1300 | | NDS DRAIN BASINS | | | |
| 1310 | | NDS SPEE-D BASINS CALLED OUT ARE ONLY MADE WITH A 3" OR 4" INLET AND A 6" TOP. ENG HAS CALLED FOR THEM ON 6" AND 8" | | | |
| 1320 | | LINES. ADDITIONAL FITTINGS MAY BE REQUIRED. QUOTED AS CLOSE AS POSSIBLE UNDER THESE CIRCUMSTANCES. | | | |
| 1330 | 44 | NDS 101 SPEE-D CATCH BASIN F/3" OR 4" LOCKING OUTLET | EA | 16.19 | 712.36 |
| 1340 | 37 | NDS 201 DOUBLE SPEE-D BASIN 2-3" AND 4" LOCKING OUTLETS | EA | 16.19 | 599.03 |
| 1350 | 4 | NDS 250 SPEE-D BASIN, 2-3" AND 4" 90 DEGREE OUTLETS | EA | 2.76 | 11.04 |
| 1360 | 10 | NDS 300 SPEE-D BASIN 3-4" & 4" 90 DEGREE OUTLETS | EA | 30.80 | 308.00 |
| 1370 | 3 | NDS 350 SPEE-D BASIN | EA | 35.91 | 107.73 |
| 1380 | | RISER REFERENCE PRICE. UNABLE TO DETERMINE OFF PLANS IF AND WHEN THEY WILL BE NEEDED. | | | |
| 1390** | 1 | NDS 101R SPEE-D BASIN RISER | EA | 9.17 | 9.17 |
| 1400 | 32 | NDS 922PB BRASS GRATE | EA | 94.15 | 3,012.80 |
| 1410 | 66 | NDS 90B 6 BRASS ATRIUM GRATE | EA | 231.12 | 15,253.92 |
| | | | | **SUBTOTAL** | **20,004.88** |
| 1420 | | TRENCH DRAIN | | | |
| 1430 | 93 | ACO 74408 KS100 SLOPED CHANNEL SS RAIL | EA | 130.23 | 12,111.39 |
| 1440 | | CHANNEL NUMBERS TBD | | | |
| 1450 | 73 | K100S TRENCH BRICKSLOT TOP 1/2 METER | EA | 195.89 | 14,299.97 |
| 1460 | 20 | K100S TRENCH BRICKSLOT TOP 25.4MM METER | EA | 114.62 | 2,292.40 |
| 1470 | 20 | ACO SS BRICKSLOT ACCESS UNIT | EA | 268.32 | 5,366.40 |
| 1480 | 114 | INSTALLATION DEVICE | EA | 15.19 | 1,731.66 |
| 1490 | 15 | ACO 968 KS100S UNIVERSAL CAP | EA | 9.14 | 137.10 |
| 1500 | 1 | GRATE REMOVAL TOOL | EA | 15.19 | 15.19 |
| 1510 | 11 | 1056-44 4 CI/PVCXCI/PVC CPLG | EA | 7.41 | 81.51 |
| | | | | **SUBTOTAL** | **36,035.62** |
| 1520 | | WALK OFF GRATES | | | |
| 1530 | | STORM NOTE #12 CALLS FOR 24" | | | |
| 1540 | | NDS GRATES, LENGTH PER PLANS. | | | |
| 1550 | | THE LARGEST OFFERED IS 24"X24" | | | |
| 1560 | | THESE STRUCTURES WILL NEED TO | | | |
| 1570 | | CONCRETE. NO QUOTE ON THESE | | | |
| 1580 | | DRAINS. | | | |
| | | | | **SUBTOTAL** | **0.00** |
| 1590 | | MECHANICAL VAULT FLOOR DRAINS | | | |
| 1600 | | NO INFORMATION GIVEN | | | |
| | | | | **SUBTOTAL** | **0.00** |
| 1610 | | FOUNDATION DRAIN | | | |
| 1620 | 3500 | 4 ADS HWY CORR PERF 100' SGL WALL 04410100 | FT | 0.90 | 3,150.00 |
| 1630 | 1000 | 6 ADS CORR SOLID 100' SGL WALL 06510100 | FT | 2.60 | 2,600.00 |
| 1640 | 500 | 6 ADS CORR PERF 100' SGL WALL 06010100 | FT | 2.60 | 1,300.00 |
| 1650 | 4 | 24" X 150' STRIPDRAIN | ROL | 498.47 | 1,993.88 |
| 1660 | 10 | 4 X 50 SITEDRAIN 184 | ROL | 210.77 | 2,107.70 |
| 1670 | 35 | 0421AA 4 ADS SW SNAP TEE | EA | 6.84 | 239.40 |
| 1680 | 29 | 0490AA 4 ADS SW SNAP 90 | EA | 8.52 | 247.08 |
| 1690 | 23 | 0432AA 4 ADS SW SNAP END CAP | EA | 4.28 | 98.44 |
| 1700 | 8 | 0624AA 6X4 ADS SW RED TEE | EA | 15.65 | 125.20 |
| 1710 | 4 | 0626AA 6 ADS SW SNAP TEE | EA | 15.23 | 60.92 |
| 1720 | 7 | 0699ST 6 ADS N12 ST 90 MOLDED | EA | 24.60 | 172.20 |
| 1730 | 3 | 0667AA 6 ADS SNAP END CAP SGL WALL | EA | 8.12 | 24.36 |

** For reference only - not included in total

PCO 4359

BARTON REBAR STEEL SUPPLY

**Remit to**
14800 E. Moncrieff Place
Aurora, CO 80011
Phone: (303) 576-2200
Email: credit@barton-supply.com

# Sales Invoice

| | |
|---|---|
| **Invoice No** | **99334** |
| Invoice Date | 06/30/2021 |
| Delivery Date | 06/30/2021 |
| Terms | Net 30 Days |
| Customer | P2570 |
| Contact Name | RALPH |
| Contact Number | 720-340-8439 |
| Branch | Aurora |
| Your Ref | TETON HI PUMP BUILDING |
| Our Ref | 490970 |
| Taken By | Peter Bjick |
| Sales Rep | Chris Wilson |
| Sale Type | Delivered |

Page 1 of 1

**Invoice Address**
PHAZE CONCRETE INC.
91 E CANYON COMMERCIAL AVENUE
CEDAR CITY, UT, 84721

**Delivery Address:** 5000 - PHAZE CONCRETE INC.
5700 SNAKE RIVER RANCH RD
WILSON, WY, 83014

| Special Instructions | Notes |
|---|---|
| DAN 832-316-6973 | MONDAY AM W/ LOAD |

| Line | Description | Qty/Footage | Price | UOM | Total |
|---|---|---|---|---|---|
| 1 | 56030 - #5 REBAR, GR.60 - 30' | 10.01 CWT | 109.00 | CWT | 1,091.09 |
| 2 | 560 - #5 REBAR, GR.60 | 66.67 CWT | 109.00 | CWT | 7,267.03 |
| 3 | 46030 - #4 REBAR, GR.60 - 30' | 6.01 CWT | 109.00 | CWT | 655.09 |
| 4 | 460 - #4 REBAR, GR.60 | 45.44 CWT | 109.00 | CWT | 4,952.96 |
| 5 | 360 - #3 REBAR, GR.60 | 4.37 CWT | 109.00 | CWT | 476.33 |
| | REBAR PACKAGE: CONCRETE PUMP HOUSE FND, SOG<br>CONTROL CODE: 34QD<br>RELEASE #: 1<br># OF TAGS: 37<br>TONNAGE: 6.625<br>SOV LINE: | | | | |

**The invoice is due on 07/30/2021.**

In the event the Buyer's obligations arising under this invoice are enforced through a collection agency or attorneys with or without suit or any other proceeding, Buyer agrees to pay all collection costs or reasonable attorney fees of 25% on the principal balance due plus court costs.

| | |
|---|---|
| Total Amount | $14,442.50 |
| Sales Tax | $866.55 |
| **Invoice Total** | $15,309.05 |

Tax Area: WYJAC-[Jackson]

Goods received in good condition

**Print name** RALPH

**Signature** ____________________

PCO 4359

CORE & MAIN

# Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| 1290 | 13 | 8" H-8020 CLEANOUT R&C "CLEANOUT" | EA | 76.25 | 991.25 |
| | | | | **SUBTOTAL** | **1,836.14** |
| 1300 | | NDS DRAIN BASINS | | | |
| 1310 | | NDS SPEE-D BASINS CALLED OUT ARE ONLY MADE WITH A 3" OR 4" INLET AND A 6" TOP. ENG HAS CALLED FOR THEM ON 6" AND 8" | | | |
| 1320 | | LINES. ADDITIONAL FITTINGS MAY BE REQUIRED. QUOTED AS CLOSE AS POSSIBLE UNDER THESE CIRCUMSTANCES. | | | |
| 1330 | 44 | NDS 101 SPEE-D CATCH BASIN F/3" OR 4" LOCKING OUTLET | EA | 16.19 | 712.36 |
| 1340 | 37 | NDS 201 DOUBLE SPEE-D BASIN 2-3" AND 4" LOCKING OUTLETS | EA | 16.19 | 599.03 |
| 1350 | 4 | NDS 250 SPEE-D BASIN, 2-3" AND 4" 90 DEGREE OUTLETS | EA | 2.76 | 11.04 |
| 1360 | 10 | NDS 300 SPEE-D BASIN 3-4" & 4" 90 DEGREE OUTLETS | EA | 30.80 | 308.00 |
| 1370 | 3 | NDS 350 SPEE-D BASIN | EA | 35.91 | 107.73 |
| 1380 | | RISER REFERENCE PRICE. UNABLE TO DETERMINE OFF PLANS IF AND WHEN THEY WILL BE NEEDED. | | | |
| 1390** | 1 | NDS 101R SPEE-D BASIN RISER | EA | 9.17 | 9.17 |
| 1400 | 32 | NDS 922PB BRASS GRATE | EA | 94.15 | 3,012.80 |
| 1410 | 66 | NDS 90B 6 BRASS ATRIUM GRATE | EA | 231.12 | 15,253.92 |
| | | | | **SUBTOTAL** | **20,004.88** |
| 1420 | | TRENCH DRAIN | | | |
| 1430 | 93 | ACO 74408 KS100 SLOPED CHANNEL SS RAIL | EA | 130.23 | 12,111.39 |
| 1440 | | CHANNEL NUMBERS TBD | | | |
| 1450 | 73 | K100S TRENCH BRICKSLOT TOP 1/2 METER | EA | 195.89 | 14,299.97 |
| 1460 | 20 | K100S TRENCH BRICKSLOT TOP 25.4MM METER | EA | 114.62 | 2,292.40 |
| 1470 | 20 | ACO SS BRICKSLOT ACCESS UNIT | EA | 268.32 | 5,366.40 |
| 1480 | 114 | INSTALLATION DEVICE | EA | 15.19 | 1,731.66 |
| 1490 | 15 | ACO 968 KS100S UNIVERSAL CAP | EA | 9.14 | 137.10 |
| 1500 | 1 | GRATE REMOVAL TOOL | EA | 15.19 | 15.19 |
| 1510 | 11 | 1056-44 4 CI/PVCXCI/PVC CPLG | EA | 7.41 | 81.51 |
| | | | | **SUBTOTAL** | **36,035.62** |
| 1520 | | WALK OFF GRATES | | | |
| 1530 | | STORM NOTE #12 CALLS FOR 24" | | | |
| 1540 | | NDS GRATES, LENGTH PER PLANS. | | | |
| 1550 | | THE LARGEST OFFERED IS 24"X24" | | | |
| 1560 | | THESE STRUCTURES WILL NEED TO | | | |
| 1570 | | CONCRETE. NO QUOTE ON THESE | | | |
| 1580 | | DRAINS. | | | |
| | | | | **SUBTOTAL** | **0.00** |
| 1590 | | MECHANICAL VAULT FLOOR DRAINS | | | |
| 1600 | | NO INFORMATION GIVEN | | | |
| | | | | **SUBTOTAL** | **0.00** |
| 1610 | | FOUNDATION DRAIN | | | |
| 1620 | 3500 | 4 ADS HWY CORR PERF 100' SGL WALL 04410100 | FT | 0.90 | 3,150.00 |
| 1630 | 1000 | 6 ADS CORR SOLID 100' SGL WALL 06510100 | FT | 2.60 | 2,600.00 |
| 1640 | 500 | 6 ADS CORR PERF 100' SGL WALL 06010100 | FT | 2.60 | 1,300.00 |
| 1650 | 4 | 24" X 150' STRIPDRAIN | ROL | 498.47 | 1,993.88 |
| 1660 | 10 | 4 X 50 SITEDRAIN 184 | ROL | 210.77 | 2,107.70 |
| 1670 | 35 | 0421AA 4 ADS SW SNAP TEE | EA | 6.84 | 239.40 |
| 1680 | 29 | 0490AA 4 ADS SW SNAP 90 | EA | 8.52 | 247.08 |
| 1690 | 23 | 0432AA 4 ADS SW SNAP END CAP | EA | 4.28 | 98.44 |
| 1700 | 8 | 0624AA 6X4 ADS SW RED TEE | EA | 15.65 | 125.20 |
| 1710 | 4 | 0626AA 6 ADS SW SNAP TEE | EA | 15.23 | 60.92 |
| 1720 | 7 | 0699ST 6 ADS N12 ST 90 MOLDED | EA | 24.60 | 172.20 |
| 1730 | 3 | 0667AA 6 ADS SNAP END CAP SGL WALL | EA | 8.12 | 24.36 |

** For reference only - not included in total

PCO 4359

BARTON
REBAR STEEL SUPPLY

**Remit to**
14800 E. Moncrieff Place
Aurora, CO 80011
Phone: (303) 576-2200
Email: credit@barton-supply.com

# Sales Invoice

| | |
|---|---|
| **Invoice No** | **99334** |
| Invoice Date | 06/30/2021 |
| Delivery Date | 06/30/2021 |
| Terms | Net 30 Days |
| Customer | P2570 |
| Contact Name | RALPH |
| Contact Number | 720-340-8439 |
| Branch | Aurora |
| Your Ref | TETON HI PUMP BUILDING |
| Our Ref | 490970 |
| Taken By | Peter Bjick |
| Sales Rep | Chris Wilson |
| Sale Type | Delivered |

Page 1 of 1

**Invoice Address**
PHAZE CONCRETE INC.
91 E CANYON COMMERCIAL AVENUE
CEDAR CITY, UT, 84721

**Delivery Address:** 5000 - PHAZE CONCRETE INC.
5700 SNAKE RIVER RANCH RD
WILSON, WY, 83014

| Special Instructions | Notes |
|---|---|
| DAN 832-316-6973 | MONDAY AM W/ LOAD |

| Line | Description | Qty/Footage | Price | UOM | Total |
|---|---|---|---|---|---|
| 1 | 56030 - #5 REBAR, GR.60 - 30' | 10.01 CWT | 109.00 | CWT | 1,091.09 |
| 2 | 560 - #5 REBAR, GR.60 | 66.67 CWT | 109.00 | CWT | 7,267.03 |
| 3 | 46030 - #4 REBAR, GR.60 - 30' | 6.01 CWT | 109.00 | CWT | 655.09 |
| 4 | 460 - #4 REBAR, GR.60 | 45.44 CWT | 109.00 | CWT | 4,952.96 |
| 5 | 360 - #3 REBAR, GR.60 | 4.37 CWT | 109.00 | CWT | 476.33 |
| | REBAR PACKAGE: CONCRETE PUMP HOUSE FND, SOG<br>CONTROL CODE: 34QD<br>RELEASE #: 1<br># OF TAGS: 37<br>TONNAGE: 6.625<br>SOV LINE: | | | | |

**The invoice is due on 07/30/2021.**

In the event the Buyer's obligations arising under this invoice are enforced through a collection agency or attorneys with or without suit or any other proceeding, Buyer agrees to pay all collection costs or reasonable attorney fees of 25% on the principal balance due plus court costs.

| | |
|---|---|
| Total Amount | $14,442.50 |
| Sales Tax | $866.55 |
| **Invoice Total** | $15,309.05 |

Tax Area: WYJAC-[Jackson]

Goods received in good condition

**Print name** RALPH

**Signature** ____________________

PCO 4359

CORE & MAIN

## Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| 1290 | 13 | 8" H-8020 CLEANOUT R&C "CLEANOUT" | EA | 76.25 | 991.25 |
| | | | | SUBTOTAL | 1,836.14 |
| 1300 | | NDS DRAIN BASINS | | | |
| 1310 | | NDS SPEE-D BASINS CALLED OUT ARE ONLY MADE WITH A 3" OR 4" INLET AND A 6" TOP. ENG HAS CALLED FOR THEM ON 6" AND 8" | | | |
| 1320 | | LINES. ADDITIONAL FITTINGS MAY BE REQUIRED. QUOTED AS CLOSE AS POSSIBLE UNDER THESE CIRCUMSTANCES. | | | |
| 1330 | 44 | NDS 101 SPEE-D CATCH BASIN F/3" OR 4" LOCKING OUTLET | EA | 16.19 | 712.36 |
| 1340 | 37 | NDS 201 DOUBLE SPEE-D BASIN 2-3" AND 4" LOCKING OUTLETS | EA | 16.19 | 599.03 |
| 1350 | 4 | NDS 250 SPEE-D BASIN, 2-3" AND 4" 90 DEGREE OUTLETS | EA | 2.76 | 11.04 |
| 1360 | 10 | NDS 300 SPEE-D BASIN 3-4" & 4" 90 DEGREE OUTLETS | EA | 30.80 | 308.00 |
| 1370 | 3 | NDS 350 SPEE-D BASIN | EA | 35.91 | 107.73 |
| 1380 | | RISER REFERENCE PRICE. UNABLE TO DETERMINE OFF PLANS IF AND WHEN THEY WILL BE NEEDED. | | | |
| 1390** | 1 | NDS 101R SPEE-D BASIN RISER | EA | 9.17 | 9.17 |
| 1400 | 32 | NDS 922PB BRASS GRATE | EA | 94.15 | 3,012.80 |
| 1410 | 66 | NDS 90B 6 BRASS ATRIUM GRATE | EA | 231.12 | 15,253.92 |
| | | | | SUBTOTAL | 20,004.88 |
| 1420 | | TRENCH DRAIN | | | |
| 1430 | 93 | ACO 74408 KS100 SLOPED CHANNEL SS RAIL | EA | 130.23 | 12,111.39 |
| 1440 | | CHANNEL NUMBERS TBD | | | |
| 1450 | 73 | K100S TRENCH BRICKSLOT TOP 1/2 METER | EA | 195.89 | 14,299.97 |
| 1460 | 20 | K100S TRENCH BRICKSLOT TOP 25.4MM METER | EA | 114.62 | 2,292.40 |
| 1470 | 20 | ACO SS BRICKSLOT ACCESS UNIT | EA | 268.32 | 5,366.40 |
| 1480 | 114 | INSTALLATION DEVICE | EA | 15.19 | 1,731.66 |
| 1490 | 15 | ACO 968 KS100S UNIVERSAL CAP | EA | 9.14 | 137.10 |
| 1500 | 1 | GRATE REMOVAL TOOL | EA | 15.19 | 15.19 |
| 1510 | 11 | 1056-44 4 CI/PVCXCI/PVC CPLG | EA | 7.41 | 81.51 |
| | | | | SUBTOTAL | 36,035.62 |
| 1520 | | WALK OFF GRATES | | | |
| 1530 | | STORM NOTE #12 CALLS FOR 24" | | | |
| 1540 | | NDS GRATES, LENGTH PER PLANS. | | | |
| 1550 | | THE LARGEST OFFERED IS 24"X24" | | | |
| 1560 | | THESE STRUCTURES WILL NEED TO | | | |
| 1570 | | CONCRETE. NO QUOTE ON THESE | | | |
| 1580 | | DRAINS. | | | |
| | | | | SUBTOTAL | 0.00 |
| 1590 | | MECHANICAL VAULT FLOOR DRAINS | | | |
| 1600 | | NO INFORMATION GIVEN | | | |
| | | | | SUBTOTAL | 0.00 |
| 1610 | | FOUNDATION DRAIN | | | |
| 1620 | 3500 | 4 ADS HWY CORR PERF 100' SGL WALL 04410100 | FT | 0.90 | 3,150.00 |
| 1630 | 1000 | 6 ADS CORR SOLID 100' SGL WALL 06510100 | FT | 2.60 | 2,600.00 |
| 1640 | 500 | 6 ADS CORR PERF 100' SGL WALL 06010100 | FT | 2.60 | 1,300.00 |
| 1650 | 4 | 24" X 150' STRIPDRAIN | ROL | 498.47 | 1,993.88 |
| 1660 | 10 | 4 X 50 SITEDRAIN 184 | ROL | 210.77 | 2,107.70 |
| 1670 | 35 | 0421AA 4 ADS SW SNAP TEE | EA | 6.84 | 239.40 |
| 1680 | 29 | 0490AA 4 ADS SW SNAP 90 | EA | 8.52 | 247.08 |
| 1690 | 23 | 0432AA 4 ADS SW SNAP END CAP | EA | 4.28 | 98.44 |
| 1700 | 8 | 0624AA 6X4 ADS SW RED TEE | EA | 15.65 | 125.20 |
| 1710 | 4 | 0626AA 6 ADS SW SNAP TEE | EA | 15.23 | 60.92 |
| 1720 | 7 | 0699ST 6 ADS N12 ST 90 MOLDED | EA | 24.60 | 172.20 |
| 1730 | 3 | 0667AA 6 ADS SNAP END CAP SGL WALL | EA | 8.12 | 24.36 |

** For reference only - not included in total

PCO 4359

TUUCI

TUUCI, LLC
1000 SE 8TH STREET, Miami - Hialeah, FL, 33010 United States
Tel + (305) 634-5116
www.tuuci.com

# ESTIMATE

**Bill To**

Phaze Concrete Inc
91 E Canyon Commercial Ave
Cedar City UT 84721-7784
United States
Contact: Jacob Jessop

**Ship To**

Phaze Concrete
3355 W Cody Ln
Teton Village WY 83025
United States

**QUOTE No: EX00026069**

Quote Date: 7/1/2024
Est Ship Date: TBD
Sales Rep: CHARLES EISEN & ASSOCIATES
Entered By: CPE
Shipping From: Miami

| Customer REF: | Ship Via: | Freight Terms: | Shipping Terms: | Payment Terms: |
|---|---|---|---|---|
| Teton Village H-1 | BEST WAY | Ex Works | Prepaid | <$5k 100% to WIP/ >$5k 50% down/50% befo |

| ITEM / PART | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| IGSM | In Ground Security Mount for MAX<br>Base Plate: Security Sleeve Packed with Frame | 19.000 | $380.00 | **$7,220.00** |

| | |
|---|---|
| Subtotal: | $7,220.00 |
| Freight: | $194.00 |
| Taxes: | $433.20 |
| **Grand Total:** | **$7,847.20** |
| Deposits: | $0.00 |
| **Balance Due:** | **$7,847.20** |

**All amounts are in USD**

Estimates are valid for 30 days. Estimated ship dates reflect the current manufacturing lead time from the receipt of complete Purchase Order and deposit payments. Custom Products or other factors may increase lead times. Stock items, replacement parts and the express ship program have shorter lead times. Estimated ship date is specified on your order confirmation. We accept payment via ACH, wire and check. Please include TUUCI invoice number with payment.

Your signature below acknowledges that you have reviewed and hereby confirm all specifications to be correct. All orders are custom made and once in production, cancellation or revision fees may apply. Any changes made to an order in production may result in additional charges and extended lead time. Freight charges are curbside or dockside only and do not include inside delivery or installation. Customs and Duties are not included on shipments outside the US. All sales are final, no shipping claims can be made after five days of receipt of items.

To proceed with this estimate please provide a signed copy to your Tuuci Sales Representative or Tuuci Regional Sales Team.

Jacob N Jessop
Signature

Jacob N. Jessop
Print Name

July 1, 2024

If required, a deposit will be requested once your Tuuci Rep has processed your Estimate.

 PCO 4359

EVANS CONSTRUCTION
A CRH COMPANY

P.O. Box 4309
Jackson, WY 83001

| | |
|---|---|
| **Customer No:** | 134125 |
| **Invoice No:** | 231950 |
| **Inv Date:** | 05/23/23 |
| **Page:** | Page 1 of 1 |
| **Customer PO:** | 3355 Cody LN |
| **Customer Job:** | 18973/052323/1 |

Phaze Concrete Inc
91 East Canyon Commercial Ave
Cedar City UT 84721

invoice@phazeconcrete.com

Evans Construction Company
P.O. Box 4309
Jackson, WY 83001
307-733-3029

**Delivered To:** 3355 Cody LN

| Date | | Item | Description | Quantity | UM | Unit Price | MatlTotal | TaxCode | TaxTotal | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Ticket #: 70194093 | | | | | | | | | From: 05401 | Evans Ready Mix |
| 05/23/23 | 70194093 | 3137544 | 5000 PSI Pea Rock High Range Concrete | 5.00 | CY | 284.50 | 1,422.50 | WY01 | 85.35 | 1,507.85 |
| 05/23/23 | 70194093 | TRKTIME | TRUCKTIME | 110.00 | EA | 2.85 | 313.50 | WY00 | 0.00 | 313.50 |
| 05/23/23 | 70194093 | 901.FSCRM | FUEL SURCHARGE | 1.00 | EA | 14.00 | 14.00 | WY01 | 0.84 | 14.84 |
| Total | | | Cubic Yards of Readymix | 5.00 | | | 1,750.00 | | 86.19 | 1,836.19 |
| | | | Total Invoice: | | | | 1,750.00 | | 86.19 | 1,836.19 |

Total Cubic Yards of Readymix for this Invoice 5.00

**Invoice Taxing Authority Summary:**
WY01 WY - Sales & Use Tax Teton 85.35

***Don't be the victim of cyber fraud! Our banking details will likely NEVER change. If you receive any correspondence requesting a change in our banking details, please contact us immediately***

Finance Charges will be applied to any late invoices at a rate of 1.5% per month per credit agreement or the State's Lawful Amount

**Invoice Amount:** 1,836.19

**Amount Paid:** ____________

| | |
|---|---|
| **Customer Name:** | Phaze Concrete Inc |
| **Customer No:** | 134125 |
| **Invoice #:** | 231950 |
| **Date:** | 05/23/23 |
| **Customer Job:** | 18973/052323/1 |
| **Customer PO:** | 3355 Cody LN |
| **Due Date:** | 06/22/23 |

If you have any questions about your invoice please call 307-733-3029

**Remit Payment To:** Evans Construction Company
2350 S 1900 W Ste. 200
Ogden, UT 84401

Please provide your email address below if you would like to start receiving your invoices via email

PCO 4359

TUUCI

TUUCI, LLC
1000 SE 8TH STREET, Miami - Hialeah, FL, 33010 United States
Tel + (305) 634-5116
www.tuuci.com

# ESTIMATE

**Bill To**

Phaze Concrete Inc
91 E Canyon Commercial Ave
Cedar City UT 84721-7784
United States
Contact: Jacob Jessop

**Ship To**

Hoback Club
5700 Snake River Ranch Rd
Wilson WY 83014-9160
United States
Contact: Jacob Jessop
Phone: 928-218-0070

**QUOTE No: EX00021115**

Quote Date: 10/19/2023
Est Ship Date: TBD
Sales Rep: CHARLES EISEN & ASSOCIATES
Entered By: CPE
Shipping From: Miami

| Customer REF: | Ship Via: | Freight Terms: | Shipping Terms: | Payment Terms: |
|---|---|---|---|---|
| IGSM | BEST WAY | Ex Works | Prepaid | <$5k 100% to WIP/ >$5k 50% down/50% befo |

| ITEM / PART | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| IGSM | In Ground Security Mount for MAX<br>Base Plate: Security Sleeve Packed with Frame<br>JOB: EJOB050454 | 17.000 | $380.00 | **$6,460.00** |

| | |
|---|---|
| Subtotal: | $6,460.00 |
| Freight: | $255.00 |
| Taxes: | $387.60 |
| **Grand Total:** | **$7,102.60** |
| Deposits: | $0.00 |
| **Balance Due:** | **$7,102.60** |

**All amounts are in USD**

Estimates are valid for 30 days. Estimated ship dates reflect the current manufacturing lead time from the receipt of complete Purchase Order and deposit payments. Custom Products or other factors may increase lead times. Stock items, replacement parts and the express ship program have shorter lead times. Estimated ship date is specified on your order confirmation. We accept payment via ACH, wire and check. Please include TUUCI invoice number with payment.

Your signature below acknowledges that you have reviewed and hereby confirm all specifications to be correct. All orders are custom made and once in production, cancellation or revision fees may apply. Any changes made to an order in production may result in additional charges and extended lead time. Freight charges are curbside or dockside only and do not include inside delivery or installation. Customs and Duties are not included on shipments outside the US. All sales are final, no shipping claims can be made after five days of receipt of items.

To proceed with this estimate please provide a signed copy to your Tuuci Sales Representative or Tuuci Regional Sales Team.

Signature                Print Name

If required, a deposit will be requested once your Tuuci Rep has processed your Estimate.

# Quote

**Mr. Rebar LLC**
1720 10th Ave S
Ste 4 #405
Great Falls, MT 59405
Phone: 406-205-0234

Page 1 of 1
11/8/2023 4:10:58 PM
Quote #: 00632
Salesman: Wallace Barlow

Customer Name: Phaze Concrete
Customer Contact: Charles Knudson
Job Description: Umbrella Anchorage- Teton Village
Payment Terms: Cash

Customer Code: Phaze Concrete
Phone:
Shipping Method: Counter Pickup

Ship To:

Bill To:

## Material

| Qty | Dimensions | Length | Grade | Total |
|---|---|---|---|---|
| 10 | REB 3 | 4'-6 | A615-60 | $13.20 |
| 51 | REB 3 | 6'-0 | A615-60 | $89.76 |
| 40 | REB 4 | 1'-6 | A615-60 | $29.20 |
| 136 | REB 4 | 2'-4 | A615-60 | $155.04 |
| **237** | | | | **$287.20** |

## Charges

| Type | Quantity | Amount Each | Total |
|---|---|---|---|
| Miscellaneous<br>Delivery | 1 | $500.00 | $500.00 |
| | | | **$500.00** |

Sub-Total: $787.20
Tax: $0.00

**Total: $787.20**

PCO 4359

EVANS CONSTRUCTION
A CRH COMPANY

# Ready Mix Materials

Customer Quotation

*We are pleased to quote the following:*



www.evansconstruction.com

7255 S. HWY 89 • P.O. Box 4309 • Jackson, WY 83001 • Phone: (307) 733-3029 • Fax: (307) 733-8313

**Company:** Miscellaneous Customer

**Attention:** Interested Contractors

*Date:* 2/1/2021

*Phone:*

Phaze

**Project Name:** Teton Village H-1 Project

**Project Location:**

*Customer #* 124022

*Quote #* Q627107-4

*Project Sales Tax Exempt* No

| Material | Location | Unit | Approx Quantity | Delivered |
|---|---|---|---|---|
| 3000 FA Commercial-All Other Conc. | Evans Ready Mix | CY | 0 | $215.00 |
| 4000 FA COMMERCIAL-Foundations | Evans Ready Mix | CY | 0 | $227.00 |
| 4000 PSI Commercial 3/4" HR-Topping Slabs | Evans Ready Mix | CY | 0 | $249.00 |
| 5000 PSI FA, HR, 3/4 Concrete-Post-Tensioned Slabs & Beams | Evans Ready Mix | CY | 0 | $284.50 |
| 5000 PSI Fly Ash HR Concrete-Columns | Evans Ready Mix | CY | 0 | $257.00 |
| 6000 PSI FA, 3/4, High Range-Shear Walls | Evans Ready Mix | CY | 0 | $279.00 |
| 6000 PSI Fly Ash HR Concrete-Columns | Evans Ready Mix | CY | 0 | $279.00 |
| HIGH RANGE WATER REDUCER | Evans Ready Mix | GAL | 0 | $17.50 |
| NCA 1% | Evans Ready Mix | GAL | 0 | $13.25 |
| DCI-Corrosion Inhibitor Admixture | Evans Ready Mix | CY | 0 | $26.00 |
| DELVO STABILIZER | Evans Ready Mix | CY | 0 | $16.50 |
| MASTER FIBER F100 | Evans Ready Mix | BAG | 0 | $15.00 |
| HOT WATER | Evans Ready Mix | CY | 0 | $21.00 |
| Small Load Charge per each | Evans Ready Mix | CY | 0 | $150.00 |
| Truck Time - Per Minute | Evans Ready Mix | EA | 0 | $2.60 |

**Notes**:

All prices exclude Wyoming State sales tax.

Concrete pricing includes delivery to & from the site, as well as 1/2 hour on site. Any time beyond 1/2 hour on site will be billed out at the above unit rate of $2.60 per minute.

Materials quoted will be delivered & billed based on this proposal w/ payment due net 30. Interest of 1 1/2% per month will be charged on all past due accounts. This is an annual percentage rate of 18%. Accounts 60 days past due may be subject to C.O.D. and turned over to collections.

Price excludes ASR mitigation. If ASR mitigation is required, Lithium Nitrate will be used as a mitigant, and the price increase would be $60.00 per CY.

Separate admixture pricing is given above for the benefit of the customer to determine how to best price the project based on their preferences etc. All 3000 and 4000 PSI mix designs are quoted to achieve a 5" slump at the end of the line after pumping. All other higher strength mix designs are quoted to achieve a 7" slump at the end of the hose after pumping. All mix designs are quoted with a slump retention admixture. All mix designs that are labeled with an HR in the description are priced including High Range water reducing admixture to increase slump for placement. Pricing is given for Delvo Stabilizer to possibly retard loads for delayed set, as well as non-chloride accelerator when needed/at the discretion of the contractor. Pricing is given per CY for Corrosion Inhibitor Admixture, and fiber mesh for areas required. Price is also given separately for hot water for any pours that may occur between the dates of October 15th and April 30th. Truck time charge is a per minuter charge at $2.60 per minute.

Wash out area shall be supplied and maintained by the contractor. Evans Construction must be able to rinse off their chutes prior to leaving the job. We cannot simply do a scrape and go method, as it is too great a distance to travel back to the plant to rinse the chutes in order to avoid major build up of material on the chutes.

PCO 4359

TUUCI

**TUUCI, LLC**
1000 SE 8TH STREET, Miami - Hialeah, FL, 33010 United States
Tel + (305) 634-5116
www.tuuci.com

# ESTIMATE

**Bill To**

Phaze Concrete Inc
91 E Canyon Commercial Ave
Cedar City UT 84721-7784
United States
Contact: Jacob Jessop

**Ship To**

Phaze Concrete
3355 W Cody Ln
Teton Village WY 83025
United States

**QUOTE No: EX00026069**

Quote Date: 7/1/2024
Est Ship Date: TBD
Sales Rep: CHARLES EISEN & ASSOCIATES
Entered By: CPE
Shipping From: Miami

| Customer REF: | Ship Via: | Freight Terms: | Shipping Terms: | Payment Terms: |
|---|---|---|---|---|
| Teton Village H-1 | BEST WAY | Ex Works | Prepaid | <$5k 100% to WIP/ >$5k 50% down/50% befo |

| ITEM / PART | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| IGSM | In Ground Security Mount for MAX<br>Base Plate: Security Sleeve Packed with Frame | 19.000 | $380.00 | **$7,220.00** |

| | |
|---|---|
| Subtotal: | $7,220.00 |
| Freight: | $194.00 |
| Taxes: | $433.20 |
| **Grand Total:** | **$7,847.20** |
| Deposits: | $0.00 |
| **Balance Due:** | **$7,847.20** |

**All amounts are in USD**

Estimates are valid for 30 days. Estimated ship dates reflect the current manufacturing lead time from the receipt of complete Purchase Order and deposit payments. Custom Products or other factors may increase lead times. Stock items, replacement parts and the express ship program have shorter lead times. Estimated ship date is specified on your order confirmation. We accept payment via ACH, wire and check. Please include TUUCI invoice number with payment.

Your signature below acknowledges that you have reviewed and hereby confirm all specifications to be correct. All orders are custom made and once in production, cancellation or revision fees may apply. Any changes made to an order in production may result in additional charges and extended lead time. Freight charges are curbside or dockside only and do not include inside delivery or installation. Customs and Duties are not included on shipments outside the US. All sales are final, no shipping claims can be made after five days of receipt of items.

To proceed with this estimate please provide a signed copy to your Tuuci Sales Representative or Tuuci Regional Sales Team.

Jacob N Jessop
Signature

Jacob N. Jessop
Print Name

July 1, 2024

If required, a deposit will be requested once your Tuuci Rep has processed your Estimate.

PCO 4359

EVANS CONSTRUCTION
A CRH COMPANY

P.O. Box 4309
Jackson, WY 83001

| | |
|---|---|
| **Customer No:** | 134125 |
| **Invoice No:** | 231950 |
| **Inv Date:** | 05/23/23 |
| **Page:** | Page 1 of 1 |
| **Customer PO:** | 3355 Cody LN |
| **Customer Job:** | 18973/052323/1 |

Phaze Concrete Inc
91 East Canyon Commercial Ave
Cedar City UT 84721

invoice@phazeconcrete.com

Evans Construction Company
P.O. Box 4309
Jackson, WY 83001
307-733-3029

**Delivered To:** 3355 Cody LN

| Date | | Item | Description | Quantity | UM | Unit Price | MatlTotal | TaxCode | TaxTotal | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Ticket #: 70194093** | | | | | | | | | **From: 05401** | **Evans Ready Mix** |
| 05/23/23 | 70194093 | 3137544 | 5000 PSI Pea Rock High Range Concrete | 5.00 | CY | 284.50 | 1,422.50 | WY01 | 85.35 | 1,507.85 |
| 05/23/23 | 70194093 | TRKTIME | TRUCKTIME | 110.00 | EA | 2.85 | 313.50 | WY00 | 0.00 | 313.50 |
| 05/23/23 | 70194093 | 901.FSCRM | FUEL SURCHARGE | 1.00 | EA | 14.00 | 14.00 | WY01 | 0.84 | 14.84 |
| **Total** | | | **Cubic Yards of Readymix** | **5.00** | | | **1,750.00** | | **86.19** | **1,836.19** |
| | | | **Total Invoice:** | | | | **1,750.00** | | **86.19** | **1,836.19** |

**Total Cubic Yards of Readymix for this Invoice** **5.00**

**Invoice Taxing Authority Summary:**

**WY01 WY - Sales & Use Tax Teton** 85.35

***Don't be the victim of cyber fraud! Our banking details will likely NEVER change. If you receive any correspondence requesting a change in our banking details, please contact us immediately***

Finance Charges will be applied to any late invoices at a rate of 1.5% per month per credit agreement or the State's Lawful Amount

**Invoice Amount:** **1,836.19**

**Amount Paid:** ____________

| | |
|---|---|
| **Customer Name:** | Phaze Concrete Inc |
| **Customer No:** | 134125 |
| **Invoice #:** | 231950 |
| **Date:** | 05/23/23 |
| **Customer Job:** | 18973/052323/1 |
| **Customer PO:** | 3355 Cody LN |
| **Due Date:** | 06/22/23 |

If you have any questions about your invoice please call 307-733-3029

**Remit Payment To:** **Evans Construction Company**
**2350 S 1900 W Ste. 200**
**Ogden, UT 84401**

**Please provide your email address below if you would like to start receiving your invoices via email**

______________________________

PCO 4359

TUUCI

**TUUCI, LLC**
1000 SE 8TH STREET, Miami - Hialeah, FL, 33010 United States
Tel + (305) 634-5116
www.tuuci.com

# ESTIMATE

**Bill To**

Phaze Concrete Inc
91 E Canyon Commercial Ave
Cedar City UT 84721-7784
United States
Contact: Jacob Jessop

**Ship To**

Hoback Club
5700 Snake River Ranch Rd
Wilson WY 83014-9160
United States
Contact: Jacob Jessop
Phone: 928-218-0070

**QUOTE No: EX00021115**

Quote Date: 10/19/2023
Est Ship Date: TBD
Sales Rep: CHARLES EISEN & ASSOCIATES
Entered By: CPE
Shipping From: Miami

| Customer REF: | Ship Via: | Freight Terms: | Shipping Terms: | Payment Terms: |
|---|---|---|---|---|
| IGSM | BEST WAY | Ex Works | Prepaid | <$5k 100% to WIP/ >$5k 50% down/50% befo |

| ITEM / PART | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| IGSM | In Ground Security Mount for MAX<br>Base Plate: Security Sleeve Packed with Frame<br>JOB: EJOB050454 | 17.000 | $380.00 | **$6,460.00** |

| | |
|---|---|
| Subtotal: | $6,460.00 |
| Freight: | $255.00 |
| Taxes: | $387.60 |
| **Grand Total:** | **$7,102.60** |
| Deposits: | $0.00 |
| **Balance Due:** | **$7,102.60** |

**All amounts are in USD**

Estimates are valid for 30 days. Estimated ship dates reflect the current manufacturing lead time from the receipt of complete Purchase Order and deposit payments. Custom Products or other factors may increase lead times. Stock items, replacement parts and the express ship program have shorter lead times. Estimated ship date is specified on your order confirmation. We accept payment via ACH, wire and check. Please include TUUCI invoice number with payment.

Your signature below acknowledges that you have reviewed and hereby confirm all specifications to be correct. All orders are custom made and once in production, cancellation or revision fees may apply. Any changes made to an order in production may result in additional charges and extended lead time. Freight charges are curbside or dockside only and do not include inside delivery or installation. Customs and Duties are not included on shipments outside the US. All sales are final, no shipping claims can be made after five days of receipt of items.

To proceed with this estimate please provide a signed copy to your Tuuci Sales Representative or Tuuci Regional Sales Team.

Signature　　　　　　　　　　Print Name

If required, a deposit will be requested once your Tuuci Rep has processed your Estimate.

PCO 4359

**Mr. Rebar LLC**
1720 10th Ave S
Ste 4 #405
Great Falls, MT 59405
Phone: 406-205-0234

# Quote

Page 1 of 1
11/8/2023 4:10:58 PM
Quote #: 00632
Salesman: Wallace Barlow

Customer Name: Phaze Concrete
Customer Contact: Charles Knudson
Job Description: Umbrella Anchorage- Teton Village
Payment Terms: Cash

Customer Code: Phaze Concrete
Phone:

Shipping Method: Counter Pickup

Ship To:

Bill To:

## Material

| Qty | Dimensions | Length | Grade | Total |
|---|---|---|---|---|
| 10 | REB 3 | 4'-6 | A615-60 | $13.20 |
| 51 | REB 3 | 6'-0 | A615-60 | $89.76 |
| 40 | REB 4 | 1'-6 | A615-60 | $29.20 |
| 136 | REB 4 | 2'-4 | A615-60 | $155.04 |
| **237** | | | | **$287.20** |

## Charges

| Type | Quantity | Amount Each | Total |
|---|---|---|---|
| Miscellaneous<br>Delivery | 1 | $500.00 | $500.00 |
| | | | **$500.00** |

Sub-Total: $787.20
Tax: $0.00

**Total: $787.20**

PCO 4359

EVANS CONSTRUCTION
A CRH COMPANY

# Ready Mix Materials

Customer Quotation

*We are pleased to quote the following:*



www.evansconstruction.com

7255 S. HWY 89 • P.O. Box 4309 • Jackson, WY 83001 • Phone: (307) 733-3029 • Fax: (307) 733-8313

**Company:** Miscellaneous Customer

**Attention:** Interested Contractors

*Date:* 2/1/2021

*Phone:*

Phaze

**Project Name:** Teton Village H-1 Project

**Project Location:**

*Customer #* 124022

*Quote #* Q627107-4

*Project Sales Tax Exempt* No

| Material | Location | Unit | Approx Quantity | Delivered |
|---|---|---|---|---|
| 3000 FA Commercial-All Other Conc. | Evans Ready Mix | CY | 0 | $215.00 |
| 4000 FA COMMERCIAL-Foundations | Evans Ready Mix | CY | 0 | $227.00 |
| 4000 PSI Commercial 3/4" HR-Topping Slabs | Evans Ready Mix | CY | 0 | $249.00 |
| 5000 PSI FA, HR, 3/4 Concrete-Post-Tensioned Slabs & Beams | Evans Ready Mix | CY | 0 | $284.50 |
| 5000 PSI Fly Ash HR Concrete-Columns | Evans Ready Mix | CY | 0 | $257.00 |
| 6000 PSI FA, 3/4, High Range-Shear Walls | Evans Ready Mix | CY | 0 | $279.00 |
| 6000 PSI Fly Ash HR Concrete-Columns | Evans Ready Mix | CY | 0 | $279.00 |
| HIGH RANGE WATER REDUCER | Evans Ready Mix | GAL | 0 | $17.50 |
| NCA 1% | Evans Ready Mix | GAL | 0 | $13.25 |
| DCI-Corrosion Inhibitor Admixture | Evans Ready Mix | CY | 0 | $26.00 |
| DELVO STABILIZER | Evans Ready Mix | CY | 0 | $16.50 |
| MASTER FIBER F100 | Evans Ready Mix | BAG | 0 | $15.00 |
| HOT WATER | Evans Ready Mix | CY | 0 | $21.00 |
| Small Load Charge per each | Evans Ready Mix | CY | 0 | $150.00 |
| Truck Time - Per Minute | Evans Ready Mix | EA | 0 | $2.60 |

**Notes:**

All prices exclude Wyoming State sales tax.

Concrete pricing includes delivery to & from the site, as well as 1/2 hour on site. Any time beyond 1/2 hour on site will be billed out at the above unit rate of $2.60 per minute.

Materials quoted will be delivered & billed based on this proposal w/ payment due net 30. Interest of 1 1/2% per month will be charged on all past due accounts. This is an annual percentage rate of 18%. Accounts 60 days past due may be subject to C.O.D. and turned over to collections.

Price excludes ASR mitigation. If ASR mitigation is required, Lithium Nitrate will be used as a mitigant, and the price increase would be $60.00 per CY.

Separate admixture pricing is given above for the benefit of the customer to determine how to best price the project based on their preferences etc. All 3000 and 4000 PSI mix designs are quoted to achieve a 5" slump at the end of the line after pumping. All other higher strength mix designs are quoted to achieve a 7" slump at the end of the hose after pumping. All mix designs are quoted with a slump retention admixture. All mix designs that are labeled with an HR in the description are priced including High Range water reducing admixture to increase slump for placement. Pricing is given for Delvo Stabilizer to possibly retard loads for delayed set, as well as non-chloride accelerator when needed/at the discretion of the contractor. Pricing is given per CY for Corrosion Inhibitor Admixture, and fiber mesh for areas required. Price is also given separately for hot water for any pours that may occur between the dates of October 15th and April 30th. Truck time charge is a per minuter charge at $2.60 per minute.

Wash out area shall be supplied and maintained by the contractor. Evans Construction must be able to rinse off their chutes prior to leaving the job. We cannot simply do a scrape and go method, as it is too great a distance to travel back to the plant to rinse the chutes in order to avoid major build up of material on the chutes.

PCO 4359

PHAZE CONCRETE

91 E. Canyon Commercial Ave.
Cedar City, UT 84721

**Phone** (435)656-9500 **Fax** (435)656-9501

# Change Order

**Date** 6/28/2024
**Customer** Layton Construction Company, LLC
**Project** 21.011 Teton Village H-1
**Number** 389
**Status**

**Reference Doc** CCD 813 ASI 616

**Memo** Two Umbrella Anchors were added after Change Order #269 was approved. This Change Order Request #389 is the cost impact for the change

| Material | | | | | | Labor | | | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Line** | **Description** | **UOM** | **Qty** | **Price** | **Total** | **Description** | **UOM** | **Qty** | **Price** | **Total** | **Description** | **UOM** | **Qty** | **Price** | **Total** |
| 1 | Umbrella Anchors | ea | 2 | $380.00 | $760.00 T | Operator | hr | 2 | $88.66 | $177.32 | Fork Lift | hr | 2 | $79.24 | $158.48 T |
| 2 | Freight anchors | | 1 | $255.00 | $255.00 T | | | | | | | | | | |
| 3 | Forms | sq ft | 25 | $4.00 | $100.00 T | Carpenter | hr | 3 | $88.66 | $265.98 | | | | | |
| 4 | Concrete | cy | 1 | $350.00 | $350.00 T | Laborer | hr | 4 | $76.34 | $305.36 | | | | | |
| 5 | Rebar | lb | 53 | $1.09 | $57.77 T | Iron Worker | hr | 2 | $88.66 | $177.32 | | | | | |
| 6 | Fiber Mesh | yd | 1 | $15.00 | $15.00 T | | | | | | | | | | |
| **Material Totals** | | | | | $1,537.77 | **Labor Totals** | | | | $925.98 | **Equipment Totals** | | | | $158.48 |

**Scope Notes:**

**Number of days added to the schedule:** 1

| | | |
|---|---|---|
| **Sub Total** | | $2,622.23 |
| **Tax** | 8% | $135.70 |
| **P&O** | 15% | $413.69 |
| **Bond** | % | $0.00 |
| **Total** | | $3,171.62 |

 PCO 4359

BARTON REBAR STEEL SUPPLY

**Remit to**
14800 E. Moncrieff Place
Aurora, CO 80011
Phone: (303) 576-2200
Email: credit@barton-supply.com

# Sales Invoice

| | |
|---|---|
| **Invoice No** | **99334** |
| Invoice Date | 06/30/2021 |
| Delivery Date | 06/30/2021 |
| Terms | Net 30 Days |
| Customer | P2570 |
| Contact Name | RALPH |
| Contact Number | 720-340-8439 |
| Branch | Aurora |
| Your Ref | TETON HI PUMP BUILDING |
| Our Ref | 490970 |
| Taken By | Peter Bjick |
| Sales Rep | Chris Wilson |
| Sale Type | Delivered |

Page 1 of 1

**Invoice Address**
PHAZE CONCRETE INC.
91 E CANYON COMMERCIAL AVENUE
CEDAR CITY, UT, 84721

**Delivery Address:** 5000 - PHAZE CONCRETE INC.
5700 SNAKE RIVER RANCH RD
WILSON, WY, 83014

| Special Instructions | Notes |
|---|---|
| DAN 832-316-6973 | MONDAY AM W/ LOAD |

| Line | Description | Qty/Footage | Price | UOM | Total |
|---|---|---|---|---|---|
| 1 | 56030 - #5 REBAR, GR.60 - 30' | 10.01 CWT | 109.00 | CWT | 1,091.09 |
| 2 | 560 - #5 REBAR, GR.60 | 66.67 CWT | 109.00 | CWT | 7,267.03 |
| 3 | 46030 - #4 REBAR, GR.60 - 30' | 6.01 CWT | 109.00 | CWT | 655.09 |
| 4 | 460 - #4 REBAR, GR.60 | 45.44 CWT | 109.00 | CWT | 4,952.96 |
| 5 | 360 - #3 REBAR, GR.60 | 4.37 CWT | 109.00 | CWT | 476.33 |
| | REBAR PACKAGE: CONCRETE PUMP HOUSE FND, SOG<br>CONTROL CODE: 34QD<br>RELEASE #: 1<br># OF TAGS: 37<br>TONNAGE: 6.625<br>SOV LINE: | | | | |

**The invoice is due on 07/30/2021.**

In the event the Buyer's obligations arising under this invoice are enforced through a collection agency or attorneys with or without suit or any other proceeding, Buyer agrees to pay all collection costs or reasonable attorney fees of 25% on the principal balance due plus court costs.

| | |
|---|---|
| Total Amount | $14,442.50 |
| Sales Tax | $866.55 |
| **Invoice Total** | $15,309.05 |

Tax Area: WYJAC-[Jackson]

Goods received in good condition

**Print name** RALPH

**Signature** ____________________

Bid Proposal for Teton H1 Revision 3/2021

Bid #: 1730569

| Seq# | Qty | Description | Units | Price | Ext Price |
|---|---|---|---|---|---|
| 1290 | 13 | 8" H-8020 CLEANOUT R&C "CLEANOUT" | EA | 76.25 | 991.25 |
| | | | | SUBTOTAL | 1,836.14 |
| 1300 | | NDS DRAIN BASINS | | | |
| 1310 | | NDS SPEE-D BASINS CALLED OUT ARE ONLY MADE WITH A 3" OR 4" INLET AND A 6" TOP. ENG HAS CALLED FOR THEM ON 6" AND 8" | | | |
| 1320 | | LINES. ADDITIONAL FITTINGS MAY BE REQUIRED. QUOTED AS CLOSE AS POSSIBLE UNDER THESE CIRCUMSTANCES. | | | |
| 1330 | 44 | NDS 101 SPEE-D CATCH BASIN F/3" OR 4" LOCKING OUTLET | EA | 16.19 | 712.36 |
| 1340 | 37 | NDS 201 DOUBLE SPEE-D BASIN 2-3" AND 4" LOCKING OUTLETS | EA | 16.19 | 599.03 |
| 1350 | 4 | NDS 250 SPEE-D BASIN, 2-3" AND 4" 90 DEGREE OUTLETS | EA | 2.76 | 11.04 |
| 1360 | 10 | NDS 300 SPEE-D BASIN 3-4" & 4" 90 DEGREE OUTLETS | EA | 30.80 | 308.00 |
| 1370 | 3 | NDS 350 SPEE-D BASIN | EA | 35.91 | 107.73 |
| 1380 | | RISER REFERENCE PRICE. UNABLE TO DETERMINE OFF PLANS IF AND WHEN THEY WILL BE NEEDED. | | | |
| 1390** | 1 | NDS 101R SPEE-D BASIN RISER | EA | 9.17 | 9.17 |
| 1400 | 32 | NDS 922PB BRASS GRATE | EA | 94.15 | 3,012.80 |
| 1410 | 66 | NDS 90B 6 BRASS ATRIUM GRATE | EA | 231.12 | 15,253.92 |
| | | | | SUBTOTAL | 20,004.88 |
| 1420 | | TRENCH DRAIN | | | |
| 1430 | 93 | ACO 74408 KS100 SLOPED CHANNEL SS RAIL | EA | 130.23 | 12,111.39 |
| 1440 | | CHANNEL NUMBERS TBD | | | |
| 1450 | 73 | K100S TRENCH BRICKSLOT TOP 1/2 METER | EA | 195.89 | 14,299.97 |
| 1460 | 20 | K100S TRENCH BRICKSLOT TOP 25.4MM METER | EA | 114.62 | 2,292.40 |
| 1470 | 20 | ACO SS BRICKSLOT ACCESS UNIT | EA | 268.32 | 5,366.40 |
| 1480 | 114 | INSTALLATION DEVICE | EA | 15.19 | 1,731.66 |
| 1490 | 15 | ACO 968 KS100S UNIVERSAL CAP | EA | 9.14 | 137.10 |
| 1500 | 1 | GRATE REMOVAL TOOL | EA | 15.19 | 15.19 |
| 1510 | 11 | 1056-44 4 CI/PVCXCI/PVC CPLG | EA | 7.41 | 81.51 |
| | | | | SUBTOTAL | 36,035.62 |
| 1520 | | WALK OFF GRATES | | | |
| 1530 | | STORM NOTE #12 CALLS FOR 24" | | | |
| 1540 | | NDS GRATES, LENGTH PER PLANS. | | | |
| 1550 | | THE LARGEST OFFERED IS 24"X24" | | | |
| 1560 | | THESE STRUCTURES WILL NEED TO | | | |
| 1570 | | CONCRETE. NO QUOTE ON THESE | | | |
| 1580 | | DRAINS. | | | |
| | | | | SUBTOTAL | 0.00 |
| 1590 | | MECHANICAL VAULT FLOOR DRAINS | | | |
| 1600 | | NO INFORMATION GIVEN | | | |
| | | | | SUBTOTAL | 0.00 |
| 1610 | | FOUNDATION DRAIN | | | |
| 1620 | 3500 | 4 ADS HWY CORR PERF 100' SGL WALL 04410100 | FT | 0.90 | 3,150.00 |
| 1630 | 1000 | 6 ADS CORR SOLID 100' SGL WALL 06510100 | FT | 2.60 | 2,600.00 |
| 1640 | 500 | 6 ADS CORR PERF 100' SGL WALL 06010100 | FT | 2.60 | 1,300.00 |
| 1650 | 4 | 24" X 150' STRIPDRAIN | ROL | 498.47 | 1,993.88 |
| 1660 | 10 | 4 X 50 SITEDRAIN 184 | ROL | 210.77 | 2,107.70 |
| 1670 | 35 | 0421AA 4 ADS SW SNAP TEE | EA | 6.84 | 239.40 |
| 1680 | 29 | 0490AA 4 ADS SW SNAP 90 | EA | 8.52 | 247.08 |
| 1690 | 23 | 0432AA 4 ADS SW SNAP END CAP | EA | 4.28 | 98.44 |
| 1700 | 8 | 0624AA 6X4 ADS SW RED TEE | EA | 15.65 | 125.20 |
| 1710 | 4 | 0626AA 6 ADS SW SNAP TEE | EA | 15.23 | 60.92 |
| 1720 | 7 | 0699ST 6 ADS N12 ST 90 MOLDED | EA | 24.60 | 172.20 |
| 1730 | 3 | 0667AA 6 ADS SNAP END CAP SGL WALL | EA | 8.12 | 24.36 |

** For reference only - not included in total

PCO 4359

TUUCI

**TUUCI, LLC**
1000 SE 8TH STREET, Miami - Hialeah, FL, 33010 United States
Tel + (305) 634-5116
www.tuuci.com

# ESTIMATE

**Bill To**

Phaze Concrete Inc
91 E Canyon Commercial Ave
Cedar City UT 84721-7784
United States
Contact: Jacob Jessop

**Ship To**

Phaze Concrete
3355 W Cody Ln
Teton Village WY 83025
United States

**QUOTE No: EX00026069**
Quote Date: 7/1/2024
Est Ship Date: TBD
Sales Rep: CHARLES EISEN & ASSOCIATES
Entered By: CPE
Shipping From: Miami

| Customer REF: | Ship Via: | Freight Terms: | Shipping Terms: | Payment Terms: |
|---|---|---|---|---|
| Teton Village H-1 | BEST WAY | Ex Works | Prepaid | <$5k 100% to WIP/ >$5k 50% down/50% befo |

| ITEM / PART | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| IGSM | In Ground Security Mount for MAX<br>Base Plate: Security Sleeve Packed with Frame | 19.000 | $380.00 | **$7,220.00** |

| | |
|---|---|
| Subtotal: | $7,220.00 |
| Freight: | $194.00 |
| Taxes: | $433.20 |
| **Grand Total:** | **$7,847.20** |
| Deposits: | $0.00 |
| **Balance Due:** | **$7,847.20** |

**All amounts are in USD**

Estimates are valid for 30 days. Estimated ship dates reflect the current manufacturing lead time from the receipt of complete Purchase Order and deposit payments. Custom Products or other factors may increase lead times. Stock items, replacement parts and the express ship program have shorter lead times. Estimated ship date is specified on your order confirmation. We accept payment via ACH, wire and check. Please include TUUCI invoice number with payment.

Your signature below acknowledges that you have reviewed and hereby confirm all specifications to be correct. All orders are custom made and once in production, cancellation or revision fees may apply. Any changes made to an order in production may result in additional charges and extended lead time. Freight charges are curbside or dockside only and do not include inside delivery or installation. Customs and Duties are not included on shipments outside the US. All sales are final, no shipping claims can be made after five days of receipt of items.

To proceed with this estimate please provide a signed copy to your Tuuci Sales Representative or Tuuci Regional Sales Team.

Jacob N Jessop
Signature

Jacob N. Jessop
Print Name

July 1, 2024

If required, a deposit will be requested once your Tuuci Rep has processed your Estimate.

PCO 4359

EVANS CONSTRUCTION A CRH COMPANY

P.O. Box 4309
Jackson, WY 83001

| | |
|---|---|
| Customer No: | 134125 |
| Invoice No: | 231950 |
| Inv Date: | 05/23/23 |
| Page: | Page 1 of 1 |
| Customer PO: | 3355 Cody LN |
| Customer Job: | 18973/052323/1 |

Phaze Concrete Inc
91 East Canyon Commercial Ave
Cedar City UT 84721

invoice@phazeconcrete.com

Evans Construction Company
P.O. Box 4309
Jackson, WY 83001
307-733-3029

**Delivered To:** 3355 Cody LN

| Date | | Item | Description | Quantity | UM | Unit Price | MatlTotal | TaxCode | TaxTotal | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Ticket #: 70194093 | | | | | | | | | From: 05401 | Evans Ready Mix |
| 05/23/23 | 70194093 | 3137544 | 5000 PSI Pea Rock High Range Concrete | 5.00 | CY | 284.50 | 1,422.50 | WY01 | 85.35 | 1,507.85 |
| 05/23/23 | 70194093 | TRKTIME | TRUCKTIME | 110.00 | EA | 2.85 | 313.50 | WY00 | 0.00 | 313.50 |
| 05/23/23 | 70194093 | 901.FSCRM | FUEL SURCHARGE | 1.00 | EA | 14.00 | 14.00 | WY01 | 0.84 | 14.84 |
| Total | | | Cubic Yards of Readymix | 5.00 | | | 1,750.00 | | 86.19 | 1,836.19 |
| | | | Total Invoice: | | | | 1,750.00 | | 86.19 | 1,836.19 |

Total Cubic Yards of Readymix for this Invoice 5.00

Invoice Taxing Authority Summary:

WY01 WY - Sales & Use Tax Teton 85.35

***Don't be the victim of cyber fraud! Our banking details will likely NEVER change. If you receive any correspondence requesting a change in our banking details, please contact us immediately***

Finance Charges will be applied to any late invoices at a rate of 1.5% per month per credit agreement or the State's Lawful Amount

Invoice Amount: 1,836.19

Amount Paid: ____________

| | |
|---|---|
| Customer Name: | Phaze Concrete Inc |
| Customer No: | 134125 |
| Invoice #: | 231950 |
| Date: | 05/23/23 |
| Customer Job: | 18973/052323/1 |
| Customer PO: | 3355 Cody LN |
| Due Date: | 06/22/23 |

If you have any questions about your invoice please call 307-733-3029

Remit Payment To: Evans Construction Company
2350 S 1900 W Ste. 200
Ogden, UT 84401

Please provide your email address below if you would like to start receiving your invoices via email

______________________________

PCO 4359

TUUCI

TUUCI, LLC
1000 SE 8TH STREET, Miami - Hialeah, FL, 33010 United States
Tel + (305) 634-5116
www.tuuci.com

# ESTIMATE

**Bill To**

Phaze Concrete Inc
91 E Canyon Commercial Ave
Cedar City UT 84721-7784
United States
Contact: Jacob Jessop

**Ship To**

Hoback Club
5700 Snake River Ranch Rd
Wilson WY 83014-9160
United States
Contact: Jacob Jessop
Phone: 928-218-0070

**QUOTE No: EX00021115**

Quote Date: 10/19/2023
Est Ship Date: TBD
Sales Rep: CHARLES EISEN & ASSOCIATES
Entered By: CPE
Shipping From: Miami

| Customer REF: | Ship Via: | Freight Terms: | Shipping Terms: | Payment Terms: |
|---|---|---|---|---|
| IGSM | BEST WAY | Ex Works | Prepaid | <$5k 100% to WIP/ >$5k 50% down/50% befo |

| ITEM / PART | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| IGSM | In Ground Security Mount for MAX<br>Base Plate: Security Sleeve Packed with Frame<br>JOB: EJOB050454 | 17.000 | $380.00 | **$6,460.00** |

| | |
|---|---|
| Subtotal: | $6,460.00 |
| Freight: | $255.00 |
| Taxes: | $387.60 |
| **Grand Total:** | **$7,102.60** |
| Deposits: | $0.00 |
| **Balance Due:** | **$7,102.60** |

**All amounts are in USD**

Estimates are valid for 30 days. Estimated ship dates reflect the current manufacturing lead time from the receipt of complete Purchase Order and deposit payments. Custom Products or other factors may increase lead times. Stock items, replacement parts and the express ship program have shorter lead times. Estimated ship date is specified on your order confirmation. We accept payment via ACH, wire and check. Please include TUUCI invoice number with payment.

Your signature below acknowledges that you have reviewed and hereby confirm all specifications to be correct. All orders are custom made and once in production, cancellation or revision fees may apply. Any changes made to an order in production may result in additional charges and extended lead time. Freight charges are curbside or dockside only and do not include inside delivery or installation. Customs and Duties are not included on shipments outside the US. All sales are final, no shipping claims can be made after five days of receipt of items.

To proceed with this estimate please provide a signed copy to your Tuuci Sales Representative or Tuuci Regional Sales Team.

Signature ____________________ Print Name ____________________

If required, a deposit will be requested once your Tuuci Rep has processed your Estimate.

# Exhibit 6

## Tab 7

# Subcontractor Settlement RK Mechanical Attachments

EXHIBIT 120
WIT: Stately
DATE: 9/2/25
Laurel S. Tubbs, RPR, RMR, CRR

**Executed Subcontractor Change Order 041**

SMC CONSTRUCTION CONTRACTING

# Subcontract Change Order

Detailed, Grouped by Each Number

**The Hoback Club**
3355 Cody Lane
Jackson Hole, WY

**Project # WYO-001**
Tel: Fax:

**SMC Construction Company**

**Date: 3/6/2025**
**To Subcontractor/Vendor:**
RK Mechanical
3800 Xanthia Street
Denver, CO 80238

**Architect's Project No:**
**Contract Date:**
**Contract Number: 039**
**Change Order Number: 041**

**The Contract is hereby revised by the following items:**

Change Order No. 41 (revised) - Resolution Agreement

| PCO | Item # | Description | Amount |
|---|---|---|---|
| 4341.006 | 001 | RK Resolution Agreement | 10,200,000 |

This Subcontractor Change Order includes the attached Proposed RK SCO 41.

| | |
|---|---|
| The original Contract Value was | 35,318,595 |
| Sum of changes by prior Subcontract Change Orders | 5,941,132 |
| The Contract Value prior to this Subcontract Change Order was | 41,259,727 |
| The Contract Value will be changed by this Subcontract Change Order in the amount of | 10,200,000 |
| The new Contract Value including this Subcontract Change Order will be | 51,459,727 |
| The Contract duration will be changed by | 0 Days |
| The revised Substantial Completion date as of this Subcontract Change Order is | |

SMC Construction Company
CONTRACTOR
1086 Greg Street,
Sparks, NV 89431
Address
By Rich Schaller
SIGNATURE [signature]
DATE 3-6-25

RK Mechanical
SUBCONTRACTOR/VENDOR
3800 Xanthia Street
Denver, CO 80238
Address
By [redacted] Kevin S. Disotelle
Digitally signed by Kevin S. Disotelle
SIGNATURE
DATE

**Proposed RK SCO 41**
**WY Rule 408**

**Description:**

Resolution of outstanding change orders and compliance with Work Progress Schedule.

**Amount:**

$10,200,000.00

**Notes:**

1. The Effective Date of this Change Order is March 6, 2025.

2. SMC Construction Co. ("SMC") and RK Mechanical, LLC ("RK") agree that there are no outstanding and/or pending change orders related to RK's work on the Hoback Club project (the "Project") as of the Effective Date of this Change Order, except for the following change orders listed below:
   a) CCP-243.1: RFI 2788 Vertical FCU Anchorage
   b) CCP-244.1: CCD 942 ASI 983 Indoor Pool & Fitness Bench vs Duct
   c) CCP-247.1: Forecasted Cost to Complete PCO 4222/4227
   d) CCP-248.1: Forecasted Cost to Complete PCO 4508
   e) CCP-249.1: Rework for Beverage Line Install
   f) CCP-250.1: RFI 2277 Floor Sink Relocation
   g) CCP-TBD: Unit Heater Changes CCD 1008 ASI 1071
   h) CCP-TBD: Electrical Panel Relocation CCD 980 ASI 104.1
   i) Outstanding Time & Materials ("T&M") sheets in process,
   j) "Make Ready" Work and Overtime Work,
   k) Requested Acceleration.

3. RK agrees to comply with the Work Progress Schedule, data date January 27, 2025.

4. SMC agrees to pay RK a total of **$10,200,000.00** for performance in accordance with the Work Progress Schedule. *See* Work Progress Schedule, data date January 27, 2025). The payments are as follows:

   a) SMC agrees to pay RK **$3,060,000.00** (30% of $10,200,000.00) upon its execution of this Change Order..

   b) SMC agrees to pay RK **$3,060,000.00** (30% of $10,200,000.00) when RK completes mechanical trim / plumbing fixture trim in unit 301 on or before April 22, 2025, or as adjusted for non-RK delays.

   c) SMC agrees to pay RK **$4,080,000.00** (40% of $10,200,000.00) when RK passes final plumbing / mechanical inspections on or before July 15, 2025, or as adjusted for non-RK delays.

**Proposed RK SCO 41**
**WY Rule 408**

5. SMC agrees that the payments outlined above in Section 4 will be made as scheduled and are not contingent on milestone achievement. While RK agrees it will make every effort to meet the milestone dates identified above in Section 4.

6. In consideration for the payments set forth in this Change Order, RK irrevocably waives and releases any and all known or unknown claims that RK has or had against Owner, DDRM and/or SMC related to the Project, including, without limitation, claims related to adjustment of the Contract Time, unpaid fees, delay, inefficiency, and extended general conditions up to the Effective Date of this Change Order, and further agrees this Change Order fully and completely resolves all claims that were, or could be asserted by RK as of the Effective Date of this Change Order. SMC irrevocably waives and releases any and all claims against RK for liquidated damages that were or could be asserted as of the Effective Date of this Change Order. Nothing contained herein shall be construed to constitute a waiver by any party of rights or defenses related to claims against Layton Construction Company LLC.

## PANELBOARD SCHEDULE

PANEL: S2 — TYPE: Type 1 — VOLTS: 120/208 Wye — PHASE: 3 — WIRES: 4

LOCATION: LLLC. 139 — FED FROM: 1LDP — MOUNTING: SURFACE — BUSSING: ALUMINUM

MAIN/BUS AMPS: 400 — MAIN DISC. TYPE: MLO — MAIN DISC. TRIP: MLO — LUGS: Standard — X DOOR-IN-DOOR — 200% NEUTRAL — ISO GROUND — SPD

CONNECTED LOAD TOTAL: 198566 VA

AIC RATING: 12,834 AMPS RMS SYM.

NOTES: * PROVIDE 5mA GFCI BREAKER

## PANELBOARD SCHEDULE

PANEL: EDOL2 — TYPE: Type 1 — VOLTS: 120/208 Wye — PHASE: 3 — WIRES: 4

LOCATION: MAPI TELECOM AV F223 — FED FROM: 1ZOLD — MOUNTING: SURFACE — BUSSING: ALUMINUM

MAIN/BUS AMPS: 150 — MAIN DISC. TYPE: MLO — MAIN DISC. TRIP: MLO — LUGS: Standard — X DOOR-IN-DOOR — 200% NEUTRAL — ISO GROUND — SPD

CONNECTED LOAD TOTAL: 50668 VA

AIC RATING: 2,629 AMPS RMS SYM.

NOTES: * PROVIDE 5mA GFCI BREAKER

## SWITCHBOARD SCHEDULE

SWITCHBOARD: P1LDP

LOCATION: ELEC. P115 — FED FROM: TX-P1 — MOUNTING: — ENCLOSURE: NEMA 1 — BUSSING: ALUMINUM

VOLTS: 120/208 Wye — PHASE: 3 — WIRES: 4 — LUGS: Standard

MAIN/BUS AMPS: 800 — MAIN DISC. TYPE: MCB — MAIN DISC. TRIP: MCB — MAIN DISC. FRAME: — DOOR-IN-DOOR: — SPD: X

| CKT | CIRCUIT DESCRIPTION | # OF... | AMPS | Load | REMARKS |
|---|---|---|---|---|---|
| 1 | P1L5 | 3 | 225 A | 11452 VA | |
| 2 | P1L6 | 3 | 150 A | 18166 VA | |
| 3 | PL1 | 3 | 600 A | 135239 VA | |
| 4 | P2L4 | 3 | 225 A | 11758 VA | |
| 5 | SPARE | 3 | 225 A | 0 VA | |
| 6 | SPARE | 3 | 400 A | 0 VA | |
| 7 | SPACE ONLY | — | — | 0 VA | — |
| 8 | SPACE ONLY | — | — | 0 VA | — |
| 9 | SPACE ONLY | — | — | 0 VA | — |
| 10 | SPACE ONLY | — | — | 0 VA | — |
| | | TOTAL CONN. LOAD: | | 172598 VA | |
| | | TOTAL AMPS: | | 478 A | |

AIC RATING: 24,518

NOTES:

## SWITCHBOARD SCHEDULE

SWITCHBOARD: P1LM1

LOCATION: MECH P138 — FED FROM: TX-PM1 — MOUNTING: — ENCLOSURE: — BUSSING:

VOLTS: 120/208 Wye — PHASE: 3 — WIRES: 4 — LUGS: Standard

MAIN/BUS AMPS: 800 — MAIN DISC. TYPE: MCB — MAIN DISC. TRIP: MCB — MAIN DISC. FRAME: — DOOR-IN-DOOR: — SPD:

| CKT | CIRCUIT DESCRIPTION | # OF... | AMPS | Load | REMARKS |
|---|---|---|---|---|---|
| 1 | P1L1 | 3 | 400 A | 30998 VA | |
| 2 | P1L2 | 3 | 400 A | 78758 VA | |
| 3 | P1L3 | 3 | 225 A | 51539 VA | |
| 4 | 1L4 | 3 | 225 A | 20000 VA | |
| 5 | SPARE | 3 | 225 A | 0 VA | |
| 6 | SPARE | 3 | 400 A | 0 VA | |
| 7 | SPACE ONLY | — | — | 0 VA | — |
| 8 | SPACE ONLY | — | — | 0 VA | — |
| 9 | SPACE ONLY | — | — | 0 VA | — |
| 10 | SPACE ONLY | — | — | 0 VA | — |
| | | TOTAL CONN. LOAD: | | 181493 VA | |
| | | TOTAL AMPS: | | 504 A | |

AIC RATING: 25,661

NOTES:

## SWITCHBOARD SCHEDULE

SWITCHBOARD: P1HMDP1

LOCATION: MECH P138 — FED FROM: MSC — MOUNTING: — ENCLOSURE: — BUSSING: ALUMINUM

VOLTS: 480/277 Wye — PHASE: 3 — WIRES: 4 — LUGS: Standard

MAIN/BUS AMPS: 600 — MAIN DISC. TYPE: MLO — MAIN DISC. TRIP: MLO — MAIN DISC. FRAME: — DOOR-IN-DOOR: — SPD:

| CKT | CIRCUIT DESCRIPTION | # OF... | AMPS | Load | REMARKS |
|---|---|---|---|---|---|
| 1 | TX-PM1 | 3 | 400 A | 181493 VA | |
| 2 | 1H2 | 3 | 225 A | 2843 VA | |
| 3 | 4H1 | 3 | 150 A | 1380 VA | |
| 4 | SPARE | 3 | 225 A | 0 VA | |
| 5 | SPARE | 3 | 400 A | 0 VA | |
| 6 | SPACE ONLY | — | — | 0 VA | — |
| 7 | SPACE ONLY | — | — | 0 VA | — |
| 8 | SPACE ONLY | — | — | 0 VA | — |
| 9 | SPACE ONLY | — | — | 0 VA | — |
| 10 | SPACE ONLY | — | — | 0 VA | — |
| | | TOTAL CONN. LOAD: | | 184818 VA | |
| | | TOTAL AMPS: | | 222 A | |

AIC RATING: 72,834

NOTES:

## SWITCHBOARD SCHEDULE

Switchboard: P1HDP

Location: ELEC. P115 — Supply From: MSC — Mounting: — Enclosure: — Bussing: ALUMINUM

Volts: 480/277 Wye — Phases: 3 — Wires: 4

A.I.C. Rating: — Mains Type: MLO — Mains Rating: 800 A — Door-In-Door: — SPD:

| CKT | CIRCUIT DESCRIPTION | # OF... | AMPS | LOAD | REMARKS |
|---|---|---|---|---|---|
| 1 | TX-P1 | 3 | 400 A | 172598 VA | |
| 2 | P1H2 | 3 | 225 A | 43454 VA | |
| 3 | SPARE | 3 | 225 A | 0 VA | |
| 4 | SPARE | 3 | 400 A | 0 VA | |
| 5 | ELEVATOR E2 | 3 | 150 A | 30000 VA | |
| 6 | ELEVATOR E1 | 3 | 150 A | 30000 VA | |
| 7 | SPACE ONLY | — | — | 0 VA | — |
| 8 | SPACE ONLY | — | — | 0 VA | — |
| 9 | SPACE ONLY | — | — | 0 VA | — |
| 10 | SPACE ONLY | — | — | 0 VA | — |
| | | TOTAL CONN. LOAD: | | 275002 VA | |
| | | TOTAL AMPS: | | 331 A | |

Legend:

## PANELBOARD SCHEDULE

PANEL: P1HDH2 — TYPE: Type 1 — VOLTS: 480/277 Wye — PHASE: 3 — WIRES: 4

MOUNTING: SURFACE — BUSSING: ALUMINUM

LOCATION: ELLC. P115 — FED FROM: 620HD — AMP: 150 A — MAINS: MLO — X SUBFEED LUGS — DOOR-IN-DOOR — ISO GROUND — 200% NEUTRAL — SPD

CONNECTED LOAD TOTAL: 42480 VA

AIC RATING: AMPS RMS SYM.

Legend: * PROVIDE 5mA GFCI CIRCUIT BREAKER

## PANELBOARD SCHEDULE

PANEL: P1L6 — TYPE: Type 1 — VOLTS: 120/208 Wye — PHASE: 3 — WIRES: 4

LOCATION: LLLC. P115 — FED FROM: P1LDP — MOUNTING: SURFACE — BUSSING: ALUMINUM

MAIN/BUS AMPS: 225 — MAIN DISC. TYPE: MLO — MAIN DISC. TRIP: MLO — LUGS: Standard — X DOOR-IN-DOOR — 200% NEUTRAL — ISO GROUND — SPD

CONNECTED LOAD TOTAL: 11452 VA

AIC RATING: 19,483 AMPS RMS SYM.

NOTES: * PROVIDE 5mA GFCI BREAKER

## PANELBOARD SCHEDULE

PANEL: P1L6 — TYPE: Type 1 — VOLTS: 120/208 Wye — PHASE: 3 — WIRES: 4

LOCATION: MECH P102 — FED FROM: P1LDP — MOUNTING: SURFACE — BUSSING: ALUMINUM

MAIN/BUS AMPS: 150 — MAIN DISC. TYPE: MLO — MAIN DISC. TRIP: MLO — LUGS: Standard — X DOOR-IN-DOOR — 200% NEUTRAL — ISO GROUND — SPD

CONNECTED LOAD TOTAL: 18166 VA

AIC RATING: 3,558 AMPS RMS SYM.

NOTES: * PROVIDE 5mA GFCI BREAKER

## PANELBOARD SCHEDULE

PANEL: P1HDH3 — TYPE: Type 1 — VOLTS: 480/277 Wye — PHASE: 3 — WIRES: 4

MOUNTING: SURFACE — BUSSING: ALUMINUM

LOCATION: MECH P102 — FED FROM: 620HD — AMP: 150 A — MAINS: MLO — X SUBFEED LUGS — X DOOR-IN-DOOR — ISO GROUND — 200% NEUTRAL — SPD

CONNECTED LOAD TOTAL: 50668 VA

AIC RATING: AMPS RMS SYM.

Legend: * PROVIDE 5mA GFCI CIRCUIT BREAKER

CODY LANE DEVELOPMENT CORPORATION

IBI GROUP — 12 Exchange Place - Suite 112, Salt Lake City UT 84111 USA — tel 801 532 4233 fax 801 532 4231 — ibigroup.com

TETON H1

CONSTRUCTION SET

PANELBOARD SCHEDULES

119374

E010

## SHEET KEYNOTES

- E6 POWER FOR FIRE PLACE IGNITION. COORDINATE WITH INSTALLER FOR WIRING TERMINATION REQUIREMENTS.
- E14 POWER FOR LED STRIP LIGHT AND ELECTRICAL OUTLETS FURNISHED AS PART OF MILLWORK.
- E19 PROVIDE MALE RJ-45 TERMINATOR FOR DATA CABLE. STRUCTURED CABLING CONTRACTOR SHALL CERTIFY CABLING TO MALE TERMINATOR. PROVIDE 3FT SERVICE LOOP AT CONDUIT EXIT ABOVE ACCESSIBLE CEILING WHERE POSSIBLE.
- E30 POWER FOR ENERGY RECOVERY WHEEL.
- E31 PROVIDE 8"X8"X8" (HOFFMAN A-8N EXEX8) J-BOX ABOVE ACCESSIBLE CEILING FOR VAV BOX CONTROL TRANSFORMER. LEAVE 12" SLACK CONDUCTOR TO MAKE CONNECTION IN J-BOX. CONTROLS CONTRACTOR TO MAKE CONNECTION TO CONTROL TRANSFORMER AND VAV BOXES. COORDINATE EXACT LOCATION OF J-BOX WITH CONTROLS CONTRACTOR PRIOR TO ROUGH-IN.
- E32 POWER FOR SPA TABLE. COORDIANTE POKE THRU LOCATION WITH SPA TABLE PROVIDER PRIOR TO INSTALLATION.
- E33 POWER FOR SAUNA HEATER. COORDIANTE WITH SAUNA INSTALLER FOR ALL ELECTRICAL REQUIREMENTS.
- E35 POWER FOR STEAM GENERATOR. COORDINATE FINAL LOCATION AND ELECTRICAL REQUIREMENTS WITH INSTALLER PRIOR TO ROUGH-IN.
- E36 POWER FOR TAPE LIGHTING. REFER TO INTERIOR DESIGNER DRAWINGS FOR LIGHT FIXTURE LOCATIONS AND CONTROLS.

## SHEET KEYNOTES

- E36 POWER FOR HALO GENERATOR. COORDINATE WITH INSTALLER FOR EXACT LOCATION PRIOR TO ROUGH-IN.
- E37 POWER FOR FIRE SMOKE CURTAIN.
- E38 PROVIDE LUTRON QSPS-P1-10 CONTROLLER FOR SHADES WITH MINIMUM OF 10 INPUT RELAYS. JUNCTION BOX DENOTES NUMBER OF QSPS CONTROLLERS AT EACH LOCATION. CONTROLLERS TO BE RECESSED IN THE WALL ABOVE THE DOOR. SUBSCRIPT DENOTED THE SHADES AND DRAPERS CONTROLLED.
- E39 JUNCTION BOX FOR SHADE/DRAPERY LOW VOLTAGE WIRING. REFER TO INTERIOR DRAWINGS FOR EXACT LOCATION, QUANTITY AND TYPE OF SHADES/DRAPERY. REFER TO LIGHTING PLANS FOR LOCAL CONTROL STATION LOCATION. CONTRACTOR TO COORDINATE WITH SHADES/DRAPERY INSTALLER AND PROVIDE ALL REQUIRED LOW VOLTAGE WIRING AS NECESSARY FOR COMPLETE OPERATION.
- E42 PROVIDE POWER FOR HEAT TRACE CABLE FOR PIPING. COORDINATE WITH MECHANICAL FOR EXACT TERMINATION LOCATION AND CABLE RUN LENGTH.
- E43 POWER FOR INFRARED PANEL HEATERS.
- E44 DOOR POSITION SWITCH TIED TO ACCESS CONTROL PANEL.
- E45 ALARM BUTTON. COORDINATE LOCATION WITH EQUIPMENT INSTALLER AND PROVIDE ALL ELECTRICAL CONNECTIONS AS NEEDED.
- E57 PROVIDE CONNECTION TO MECHANICAL CONTROLS CABINET. COORDINATE WITH CONTROLS CONTRACTOR PRIOR TO ROUGH-IN.
- E81 PROVIDE CONNECTION TO FIRE ALARM POWER SUPPLY PANEL.
- E84 PROVIDE A 3/4" CONDUIT FOR CHAIR LIGHTING. PROVIDE CONDUCTORS FOR CHAIR LIGHTING AS REQUIRED BY MANUFACTURER.
- E60 POWER FOR FIREPLACE CONTROLLER. COORDINATE LOCATION PER MANUFACTURER REQUIREMENTS. INSTALL IN AN ACCESSIBLE LOCATION.

## GENERAL SHEET NOTES

1. ELECTRICAL CONTRACTOR SHALL COORDINATE EXACT LOCATION OF ALL MECHANICAL UNITS WITH MECHANICAL CONTRACTOR.
2. CIRCUITS TO ALL MECHANICAL EQUIPMENT SHALL BE DEDICATED UNLESS NOTED OTHERWISE.
3. ALL 277V LIGHTING CIRCUITS TERMINATING AT LIGHTING CONTROL PANELS SHALL HAVE A MINIMUM LENGTH OF 20 FEET BETWEEN LIGHTING CONTROL PANEL AND BRANCH LIGHTING PANEL.
4. FOR VAV POWER: PROVIDE A DEDICATED 120V 20A CIRCUIT FROM A PANEL LOCATED IN THE ELECTRICAL ROOM OF THE ASSOCIATED QUADRANT. COORDINATE EXACT LOCATION OF ALL VAV BOXES WITH MECHANICAL CONTRACTOR PRIOR TO ROUGH-IN.
5. ALL BACK BOXES SHALL BE FLUSH MOUNTED UNLESS OTHERWISE NOTED. CONTRACTOR SHALL COORDINATE INSTALLATION OF CONDUIT AND BACK BOXES IN POURED CONCRETE, PRE-CAST CONCRETE, MASONRY AND GYP WALLS.
6. PROVIDE 120V CIRCUIT FROM THE NEAREST PANELBOARD FOR FIRE/SMOKE DAMPER RELAYS. PROVIDE FIRE ALARM MODULES AND RELAYS AS NECESSARY FOR ALL FIRE/SMOKE DAMPERS SHOWN ON DIVISION 23 DRAWINGS. ALL FIRE/SMOKE DAMPERS SHALL HAVE A MANUAL OVERRIDE SWITCH. PROVIDE DUCT DETECTOR WITHIN 5 FEET OF EACH FIRE/SMOKE DAMPER.
7. REFER TO AUDIOVISUAL FLOOR PLAN AND ELEVATION DRAWINGS FOR MOUNTING HEIGHTS AND ADDITIONAL INFORMATION FOR "DP" FLAT PANEL DISPLAY BACK BOXES AND OTHER BACK BOXES / POWER / DATA OUTLETS FOR SUPPORT OF AUDIOVISUAL SYSTEMS.




LEVEL 01 POWER PLAN - AREA 1

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1

CONSTRUCTION SET

LEVEL 01 POWER PLAN - AREA 1

119374

E303.1

9/21/2022 8:45:01 AM

RFI 0783R1

L1 hydro tap is shown on panel schedule 1L2-65 per E303.1 that circuit is dedicated power outlet to the fitness room hydro tap not the hydro tap highlighted in drawing ID102.8



RFI 785R1

Layton
CONSTRUCTING WITH INTEGRITY

Layton Construction Company, LLC
9090 South Sandy Parkway
Sandy UT 84070 USA

# Request For Information

RFI-785.R1

Printed On: 2023-01-11

**Subject:** Submittal 224000.05 Founder Plumbing Fixtures
**Project:** Hoback Club/Teton H-1
**To:** JRMA
Joe Marandola
**Address:**
Reno,{FLPM1200_V.FL1200_TO_REGION_CODE},895
**Phone:** 775-636-2634 **Fax:**
**Entered By:** Ty Selk

**Date:** 2022-08-10
**Job:** 211002
**Required:** 2022-08-24

---

***Co-Author:*** ***Contact:*** ***Co-Author RFI Number:***

***Reference:***

---

***Request:***
Reference Submittal 224000.05 for the following questions:

#1. PF-05-F specified model does not come in Dark Brass. A different model was provided for color. Please confirm alternate model is acceptable.
#2. PF-02,04,09,11,12,14,17,19,20,22,23,25,30,32,33,38,39,40-F are specified to be dark brass matte. Dornbracht has not put dark matte brass into production and fixtures are unavailable in that color. Please select and specify an alternate color.

Please see attachments and email chains for confirmation with fixture representatives that the above fixtures are unavailable as specified.

***Suggestion:***

***Answer:***

**Answered By:** **Signed:** ______________________________

**Date:**

IBI ID:
1- The finish has been updated to Dark Nickel
2- For PF-02-F, PF-04-F, PF-11-F, PF-14-F, PF-17-F, PF-19-F, PF-20-F, PF-22-F, PF-23-F, PF-25-F, PF-30-F and PF-40-F the finish is changed to Dark Platinum

For PF-09-F and PF-12-F the finish is changed to Dark platinum or Brushed Platinum depend on location

For PF-32-F, PF-39-F the finish is changed to Brushed Platinum

The PF-33-F mentioned in this RFI is not in use

For PF-38-F the finish is changed to Brass

please find updated schedule to conform with answer above.

Schedules will be issued in ASI-340

Reza Rahmanian - 20230131

RFI 785R1

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIOR RESIDENTIAL PLUMBING FIXTURE SCHEDULE - TABLE OF CONTENTS

INCLUDED:

1. GENERAL NOTES

2. PLUMBING FIXTURE SCHEDULE INDEX

3. PLUMBING FIXTURE SCHEDULE

RFI 785R1

IBI
NICOLEHOLLIS

TETON HI
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIORS PLUMBING FIXTURE SCHEDULE - GENERAL NOTES

**GENERAL NOTE:**

THIS DOCUMENT IS TO BE READ IN CONJUNCTION WITH THE PERFORMANCE DOCUMENTS. CONTRACTOR IS RESPONSIBLE FOR ENSURING THAT ALL SPECIFIED ITEMS ARE SUBMITTED TO IBI GROUP FOR DESIGNER'S APPROVAL PRIOR TO PROCEEDING WITH WORK. IBI GROUP MUST APPROVE ANY SUBSTITUTIONS.

**PLUMBING**

1. IBI Group specifications describe functional and aesthetic requirements for all listed items. If sustituded with a similar product meeting the above requirements, proposed sustitutions to be submitted for designer's ( IBI Group) review and approval, prior to purchase or manufacture.

2. All plumbing fixtures shall conform to all applicable governing codes and building requirements. General Contractor to advise designer ( IBI Group) inmediately of any contravention of local building codes prior to proceeding with work.

3. General Contractor is to ensure that all plumbing fixtures listed in the schedule as well as the proposed substitutions are reviewed and approved by Mechanical Consultant.

4. General Contractor is responsible for ensuring the ordering and installation of all background and support componentry required as per the Manufacturer's recommendation for each plumbing fixture/accessory specification.

5. Fabricator/Installer to follow Manufacturer's installation recommendations.

6. Manufacturer to provide cleaning and maintenance instructions for all materials and items specified.

RFI 785R1

IBI
NICOLEHOLLIS

TETON HI
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE - SCHEDULE INDEX

| TAG | LOCATION | DESCRIPTION | ISSUE DATE | REVISION DATE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-01-F | FOUNDERS MASTER BATHROOM WC 306/307, 401, 501 | TOILET & WASHLET | OCT.01.2021 | |
| PF-02 -F | FOUNDERS BATHROOM LAVATORIES 401 | WALL-MOUNTED FAUCET | OCT.01.2021 | JAN.30.2023 |
| PF-03-F | FOUNDERS BATHROOM LAVATORIES 307/306 | WALL-MOUNTED FAUCET | OCT.01.2021 | |
| PF-04-F | FOUNDERS BATHROOM LAVATORIES 501 | WALL-MOUNTED FAUCET | OCT.01.2021 | JAN.30.2023 |
| PF-05-F | UNIT 401 POWDER ROOM | WALL-MOUNTED SINGLE LEVER FAUCET | OCT.01.2021 | JAN.30.2023 |
| PF-06-F | UNIT 307/306 POWDER ROOM | WALL-MOUNTED SINGLE LEVER FAUCE | OCT.01.2021 | |
| PF-07A-F | FOUNDERS BATHROOM SHOWERS 401 | JET WALL SHOWER HEAD WITH ARM | OCT.01.2021 | |
| PF-07B-F | 401 HIS SHOWERS | SHOWER KIT WITH JET SHOWER HEAD | OCT.01.2021 | |
| PF-08 A-F | FOUNDERS BATHROOM SHOWERS 501 | JET WALL SHOWER HEAD WITH ARM | OCT.01.2021 | |
| PF-08B-F | 501 MASTER SHOWER | SHOWER KIT WITH JET SHOWER HEAD | OCT.01.2021 | |
| PF-09 -F | FOUNDERS BATHROOM SHOWERS 401 | WALL HEAD SHOWER KIT | OCT.01.2021 | JAN.30.2023 |
| PF-10-F | FOUNDERS BATHROOM SHOWERS 307/306 | WALL HEAD SHOWER KIT | OCT.01.2021 | |
| PF-11-F | FOUNDERS BATHROOM SHOWERS 501 | WALL HEAD SHOWER KIT | OCT.01.2021 | JAN.30.2023 |
| PF-12-F | FOUNDERS JUNIOR MASTER BATHROOM 401 | FLOOR-MOUNTED TUB FILLER WITH HANDSHOWER | OCT.01.2021 | JAN.30.2023 |
| PF-13-F | FOUNDERS MASTER BATHROOM 307/306 | FLOOR-MOUNTED TUB FILLER WITH HANDSHOWER | OCT.01.2021 | |
| PF-14-F | FOUNDERS MASTER BATHROOM 501 | FLOOR-MOUNTED TUB FILLER WITH HANDSHOWER | OCT.01.2021 | JAN.30.2023 |
| PF-15-F | MASTER BATHROOM 401, 501, 307/306 | FREESTANDING BATH | OCT.01.2021 | |
| PF-16-F | KITCHEN | UNDERMOUNT SINK | OCT.01.2021 | |
| PF-17-F | KITCHEN, KITCHENETTE, LAUNDRY 401 | FAUCET W/ SIDE SPRAY | OCT.01.2021 | JAN.30.2023 |
| PF-18-F | KITCHEN, KITCHENETTE, LAUNDRY 307/306 | FAUCET W/ SIDE SPRA | OCT.01.2021 | |
| PF-19-F | KITCHEN, KITCHENETTE, LAUNDRY 501 | FAUCET W/ SIDE SPRAY | OCT.01.2021 | JAN.30.2023 |
| PF-20-F | KITCHEN 401 | HOT/COLD WATER DISPENSER | OCT.01.2021 | JAN.30.2023 |
| PF-21-F | KITCHEN 307/306 | HOT/COLD WATER DISPENSER | OCT.01.2021 | |
| PF-22-F | KITCHEN 501 | HOT/COLD WATER DISPENSER | OCT.01.2021 | JAN.30.2023 |
| PF-23-F | WET BAR 401 | BAR FAUCET | OCT.01.2021 | JAN.30.2023 |
| PF-24-F | WET BAR 307/306 | BAR FAUCET | OCT.01.2021 | |
| PF-25-F | WET BAR 501 | BAR FAUCET | OCT.01.2021 | JAN.30.2023 |
| PF-26-F | GUEST BATHROOM LAVATORY | UNDERMOUNT SINK | OCT.01.2021 | |
| PF-27-F | WET BAR | BAR SINK | OCT.01.2021 | |
| PF-28-F | LAUNDRY, SMALL KITCHENS | UNDERMOUNT SINK | OCT.01.2021 | |
| PF-29-F | NOT IN USE | | OCT.01.2021 | APR.07.2022 |
| PF-30-F | KITCHEN SINK 401, 501 | GARBAGE DISPOSAL BUTTON | OCT.01.2021 | JAN.30.2023 |
| PF-31-F | KITCHEN SINK 307/306 | GARBAGE DISPOSAL BUTTON | OCT.01.2021 | |
| PF-32-F | FOUNDERS MASTER BATHROOM 401 | DECK MOUNTED FAUCET | OCT.01.2021 | JAN.20.2023 |
| PF-33-F | NOT IN USE | | OCT.01.2021 | APR.07.2022 |
| PF-34-F | FOUNDERS WC (UON) | TOILET | OCT.01.2021 | |
| PF-35 -F | FOUNDERS SHOWERS | SHOWER DRAIN | OCT.01.2021 | |

RFI 785R1

IBI
NICOLEHOLLIS

TETON HI
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE - SCHEDULE INDEX

| TAG | LOCATION | DESCRIPTION | ISSUE DATE | REVISION DATE |
|---|---|---|---|---|
| PF-36-F | FOUNDERS GUEST BATHROOM 307/306 | DECK MOUNTED FAUCET | OCT.01.2021 | |
| PF-37-F | 401 POWDER ROOM | SINK | OCT.01.2021 | |
| PF-38-F | 306/307 MASTER BATH | SINK DRAIN | OCT.01.2021 | JAN.30.2023 |
| PF-39-F | 401 MASTER BATH | SINK DRAIN | OCT.01.2021 | JAN.30.2023 |
| PF-40-F | 501 MASTER BATH | SINK DRAIN | OCT.01.2021 | JAN.30.2023 |
| PF-41-F | 501 POWDER ROOM | SINK | OCT.01.2021 | |
| PF-42-F | 401 KITCHEN | SINK | | |

RFI 785R1

NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-02-F | Wall-Mounted Faucet<br><br>Manufacturer: DornBracht/ Jack London Kitchen & bath<br>Product: Tara Wall-mounted Three-hole Lavatory Mixer without Drain<br>Color/Finish: #99 Dark Platinum<br>Dimensions: Refer to ID drawings for projection length coordination<br><br>Notes:<br>-Refer to ID drawings for exact locations.<br>-Wall-mounted three-hole lavatory mixer without drain<br>-Levers<br>-Rigid spout, Round aerated stream<br>-Projection options: 6-1/4" or 9-1/2"<br>-Valve hole diameter 1-5/8"<br>-Spout hole diameter 1-5/8"<br>-Flanges, diameter 2-1/8"<br>-Water flow rate limited to max. 1.2 gpm<br>-Lead-free<br>-ADA<br>-Rough, water supply, drain, and p-trap are not included - to be coordinated<br>separately in matching finish. | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway<br>Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | Founders Bathroom Lavatories 401 | <br>*Picture does not reflect finish. Please reference description for finish/color |

RFI 785R1

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-04-F | Wall-Mounted Faucet<br><br>Manufacturer: DornBracht/ Jack London Kitchen & bath<br>Product: Tara Wall-mounted Three-hole Lavatory Mixer without Drain<br>Color/Finish: #99 Dark Platinum<br>Dimensions: Refer to ID drawings for projection length coordination<br><br>Notes:<br>-Refer to ID drawings for exact locations.<br>-Wall-mounted three-hole lavatory mixer without drain<br>-Cross handles<br>-Rigid spout, Round aerated stream<br>-Projection options: 6-1/4" or 9-1/2"<br>-Valve hole diameter 1-5/8"<br>-Spout hole diameter 1-5/8"<br>-Flanges, diameter 2-1/8"<br>-Water flow rate limited to max. 1.2 gpm<br>-Lead-free<br>-ADA<br>-Rough, water supply, drain, and p-trap are not included - to be coordinated<br>separately in matching finish. | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | Founders Bathroom Lavatories 501 | <br>*Picture does not reflect finish. Please reference description for finish/color |

IBI
NICOLEHOLLIS

TETON HI
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-05-F | Deck Mounted Single Lever Faucet<br><br>Manufacturer: Waterworks Hospitality<br>Bond Solo Series One Hole Lavatory Faucet with Straight Lever Handle<br>Finish: Dark Nickel<br>SKU: 07-51881-51555<br>Style: BLS490<br><br>Notes: Refer to ID Drawings for exact location.<br><br>Components:<br>-ADA Compliance: Yes<br>-Deck Thickness Maximum: 1 13/16"<br>-Deck Thickness Minimum: 1/4"<br>-Drain Depth Maximum: 2 5/8"<br>-Drain Depth Minimum: 3/8"<br>-Drain Hole Diameter: 1 3/4"<br>-Drain Style: Push Touch<br>-Fittings Hole Diameter: 1 3/8"<br>-Handle Turn Angle: Quarter Turn<br>-Inlet Connection Size: 3/8"<br>-Inlet Connection Type: Compression Connection Hoses<br>-Number Of Holes: One Hole<br>-Primary Material: Brass<br>-Restricted Maximum Flow Rate: 1.2 gpm<br>-Spout Swivel: Y<br>-Valve Material: Ceramic<br>-Water Pressure Maximum: 85.0 psi<br>-Water Pressure Minimum: 20.0 psi<br>-Water Pressure Recommended: 45.0 psi<br><br>https://assets.waterworks.com/wasset/118/original/66118.pdf<br><br>https://assets.waterworks.com/wasset/83/original/67083.pdf | Waterworks<br><br>Contact: Christine Grant, Market Manager Commercial and Hospitality<br>Phone: (415) 431-7160<br>Fax: (415) 431-7387<br>Email: cgrant@waterworks.com<br>Address: 155 Rhode Island Street San Francisco, CA 94103<br>https://www.waterworks.com/us_en | Unit 401 Powder Room | <br>*Picture does not reflect finish. Please reference description for finish/color |

RFI 785R1

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-09-F | Wall Head Shower Kit<br><br>Manufacturer: DornBracht/ Jack London Kitchen & bath<br>Product: Tara Shower Kit (Levers)<br><br>Guest Bathrooms:<br>Color/Finish: #99 Dark Platinum<br><br>Her Ensuite (401.14C)<br>Color/Finish: #06 Brushed Platinum<br><br>Dimensions: Varies<br><br>Notes:<br>-Refer to ID drawings for exact locations.<br><br>Components:<br>- 1 x Tara 12" Rainshower Wall-Mounted (28679970)<br>- 1 x Tara Hand Shower Set (27802892)<br>- 1 x Xtool Concealed Thermostat Without Volume Control 3/4" (36503979)<br>- 2 x Volume Control Clockwise-closing 1/2" (36607882)<br>- 1 x Xtool Concealed Thermostat Rough With Two Volume Controls (35521970-900010)<br>- 2x Rough-In Adapter (35080970-900010) | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | Founders Bathroom Shower 401 | <br>*Picture does not reflect finish. Please reference description for finish/color |

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-11-F | Wall Head Shower Kit<br><br>Manufacturer: DornBracht/ Jack London Kitchen & bath<br>Product: Tara Shower Kit (Cross Handles)<br>Color/Finish: #99 Dark Platinum<br>Dimensions: Varies<br><br>Notes:<br>-Refer to ID drawings for exact locations.<br><br>Components:<br>- 1 x Tara 12" Rainshower Wall-Mounted (28679970)<br>- 1 x Tara Hand Shower Set (27802892)<br>- 1 x Xtool Concealed Thermostat Without Volume Control 3/4" (36503979)<br>- 2 x Volume Control Clockwise-closing 1/2" (36607892)<br>1 x Xtool Concealed Thermostat Rough With Two Volume Controls (35521970-900010)<br>- 2x Rough-In Adapter (35080970-900010) | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | Founders Bathroom Showers 501 | <br>*Picture does not reflect finish. Please reference description for finish/color |

RFI 785R1

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-12-F | Floor-Mounted Tub Filler with Hand shower<br><br>Manufacturer: DornBracht/ Jack London Kitchen & bath<br>Product: Meta Single-lever Tub Mixer with Hand Shower Set<br><br>401 Junior Master (401.06C)<br>Color/Finish: #99 Dark Platinum<br><br>Her Ensuite (401.14C)<br>Color/Finish: #06 Brushed Platinum<br><br>Dimensions: Total height @ 40-5/8" - 43-3/8" H; Projection @ 11-1/8"<br><br>Notes:<br>-Refer to ID drawings for exact locations.<br>-Freestanding assembly construction type<br>-Water flow rate limited to max. 6.5 gpm<br>-Hand shower flow rate max. 1.8 gpm<br>-Spout: Round aerated stream<br>-Hand shower set: Standard spray<br>-Baton hand shower with de-scaling system<br>-Hand shower bracket<br>-Integrated diverter | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | 401 Bathrooms | <br>*Picture does not reflect finish. Please reference description for finish/color |

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-13-F | Floor-Mounted Tub Filler with Hand shower<br><br>Manufacturer: Waterworks Hosptality<br>Product: Henry Exposed Floor Mtd Tub Filler with Hand shower 1.75gpm - HNXT60<br>Finish: Unlacquered Brass<br>Dimensions: 41-1/16" OAH; 35-9/15" to Bottom of Spout<br><br>Notes:<br>- Refer to ID Drawings for exact location<br><br>Components:<br>- 1x HNXT60, Henry Exposed Floor Mounted Tub Filler with 1.75gpm Handshower and Metal Cross Handles | Waterworks<br><br>Contact: Christine Grant, Market Manager Commercial and Hospitality<br>Phone: (415) 431-7160<br>Fax: (415) 431-7387<br>Email: cgrant@waterworks.com<br>Address: 155 Rhode Island Street San Francisco, CA 94103<br>https://www.waterworks.com/us_en | Founders Master, 307 Master Bathroom | <br>*Picture does not reflect finish. Please reference description for finish/color |
| PF-14-F | Floor-Mounted Tub Filler with Hand shower<br><br>Manufacturer: DornBracht/ Jack London Kitchen & bath<br>Product: Meta Single-lever Tub Mixer with Hand Shower Set<br>Color/Finish: #99 Dark Platinum<br>Dimensions: Total height @ 40-5/8" - 43-3/8" H; Projection @ 11-1/8"<br><br>Notes:<br>-Freestanding assembly construction type<br>-Water flow rate limited to max. 6.5 gpm<br>-Hand shower flow rate max. 1.8 gpm<br>-Spout: Round aerated stream<br>-Hand shower set: Standard spray<br>-Baton hand shower with de-scaling system<br>-Hand shower bracket<br>-Integrated diverter | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | 501 Master Bathroom | <br>*Picture does not reflect finish. Please reference description for finish/color |

RFI 785R1

IBI NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-17-F | Faucet w/ Side Spray<br><br>Manufacturer: DornBracht/ Jack London Kitchen & bath<br>Product: Tara Ultra Single-lever Mixer with Side Spray Set<br>Color/Finish: #99 Dark Platinum<br>Dimensions: 9.5" Projection x 15.5" H<br><br>Notes:<br>-Refer to ID drawings for exact locations.<br><br>Components:<br>- 1 x Single-lever Mixer / 33 826 875<br>- 1 x Side Spray / 27 721 970<br>-Water flow rate limited to max. 1.5 gpm<br>-Lead free<br>-ADA | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | Kitchen, Kitchenette, Laundry<br>401 | <br>*Picture does not reflect finish. Please reference description for finish/color |
| PF-18-F | Faucet w/ Side Spray<br><br>Manufacturer: Waterworks Hospitality<br>Product: Henry One Hole Gooseneck Kitchen Faucet, Metal Lever Handle and Spray, 1.75gpm - HNKM10<br>Finish: Unlacquered Brass<br>Dimensions: 14-5/8" OAH x 10-1/4" Projection<br><br>Notes:<br>- Refer to ID Drawings for exact location<br><br>Components:<br>- 1x HNKM10, Henry One Hole Gooseneck Kitchen Faucet, Metal Lever Handle and Spray, 1.75gpm | Waterworks<br><br>Contact: Christine Grant, Market Manager Commercial and Hospitality<br>Phone: (415) 431-7160<br>Fax: (415) 431-7387<br>Email: cgrant@waterworks.com<br>Address: 155 Rhode Island Street San Francisco, CA 94103<br>https://www.waterworks.com/us_en | Kitchen, Kitchenette, Laundry<br>307/306 | <br>*Picture does not reflect finish. Please reference description for finish/color |

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-19-F | Faucet w/ Side Spray<br><br>Manufacturer: DornBracht/ Jack London Kitchen & bath<br>Product: Tara Ultra Single-lever Mixer with Side Spray Set<br>Color/Finish: #99 Dark Platinum<br>Dimensions: 9.5" Projection x 15.5" H<br><br>Notes:<br>-Refer to ID drawings for exact locations.<br><br>Components:<br>- 1 x Single-lever Mixer / 33 826 875<br>- 1 x Side Spray / 27 721 970<br>-Water flow rate limited to max. 1.5 gpm<br>-Lead free<br>-ADA | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway<br>Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | Kitchen, Kitchenette, Laundry 501 | <br>*Picture does not reflect finish. Please reference description for finish/color |
| PF-20-F | Hot/Cold Water Dispenser<br><br>Manufacturer: DornBracht/ Jack London Kitchen & bath<br>Product: Tara Ultra Hot/ Cold Water Dispenser - 17 861 875-99<br>Color/Finish: #99 Dark Platinum<br>Dimensions: 1-3/8" Hole Diameter x 11-3/8" H x 5-3/4" Projection; See Attached Diagram<br><br>Notes:<br>- Refer to ID drawings for exact locations. | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway<br>Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | Kitchen, 401 | <br>*Picture does not reflect finish. Please reference description for finish/color |

RFI 785R1

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-22-F | Hot/Cold Water Dispenser<br><br>Manufacturer: DornBracht/ Jack London Kitchen & bath<br>Product: Tara Ultra Hot/ Cold Water Dispenser - 17 861 875-99<br>Color/Finish: #99 Dark Platinum<br>Dimensions: 1-3/8" Hole Diameter x 11-3/8" H x 5-3/4" Projection; See Attached Diagram<br><br>Notes:<br>- Refer to ID drawings for exact locations. | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | Kitchen 501 | <br>*Picture does not reflect finish. Please reference description for finish/color |
| PF-23-F | Bar Faucet<br><br>Manufacturer: DornBracht/ Jack London Kitchen & bath<br>Product: Tara Ultra BAR TAP Single-lever mixer - 33 805 875-990010<br>Color/Finish: #99 Dark Platinum<br>Dimensions: 1-3/8"DIA hole x 11-7/8"H<br><br>Notes:<br>- Refer to ID drawings for exact locations. | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | Wet Bar 401 | <br>*Picture does not reflect finish. Please reference description for finish/color |

IBI
NICOLEHOLLIS

TETON HI
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-24-F | Bar Faucet<br><br>Manufacturer: Waterworks Hospitality<br>Product: Henry One Hole High Profile Bar Faucet, Metal Cross Handle, 1.75gpm - HNKM40<br>Finish: Unlacquered Brass<br>Dimensions: 8-7/16" H x 2-7/8" L<br><br>Notes:<br>- Refer to ID Drawings for exact location | Waterworks<br><br>Contact: Christine Grant, Market Manager Commercial and Hospitality<br>Phone: (415) 431-7160<br>Fax: (415) 431-7387<br>Email: cgrant@waterworks.com<br>Address: 155 Rhode Island Street San Francisco, CA 94103<br>https://www.waterworks.com/us_en | Wet Bar 307/306 | <br>*Picture does not reflect finish. Please reference description for finish/color |
| PF-25-F | Bar Faucet<br><br>Manufacturer: DornBracht/ Jack London Kitchen & bath<br>Product: Tara Ultra BAR TAP Single-lever mixer - 33 805 875-990010<br>Color/Finish: #99 Dark Platinum<br>Dimensions: 1-3/8"DIA hole x 11-7/8"H<br><br>Notes:<br>- Refer to ID drawings for exact locations. | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | Wet Bar 501 | <br>*Picture does not reflect finish. Please reference description for finish/color |
| PF-26-F | Undermnt Sink<br><br>Manufacturer: Waterworks<br>Product: Universal Under mount Rectangular Lavatory Sink - #UNLV22<br>Color/Finish: Cool White<br>Dimensions: 22-1/4" L x 16 3/8" W x 7 1/2" D<br><br>Notes:<br>- Refer to ID drawings for exact locations. | Waterworks<br><br>Contact: Christine Grant, Market Manager Commercial and Hospitality<br>Phone: (415) 431-7160<br>Fax: (415) 431-7387<br>Email: cgrant@waterworks.com<br>Address: 155 Rhode Island Street San Francisco, CA 94103<br>https://www.waterworks.com/us_en | Guest Bathroom Lavatory |  |

RFI 785R1

IBI
NICOLEHOLLIS

TETON HI
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-30-F | Garbage Disposal Button<br><br>Manufacturer: DornBracht/ Jack London Kitchen & bath<br>Product: AIR SWITCH<br>Operating Button, Trim Parts Only - 10 713 970-99<br>Color/Finish: #99 Dark Platinum<br>Dimensions: Width 2", Depth 33", Button Diameter 1-1/4"<br><br>Notes:<br>-Refer to ID drawings for exact locations.<br>-Compatible with Insinkerator garbage disposal units. | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway<br>Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | Kitchen Sink 401,501 | <br>*Picture does not reflect finish. Please reference description for finish/color |
| PF-31-F | Garbage Disposal Button<br><br>Manufacturer: DornBracht/ Jack London Kitchen & bath<br>Product: AIR SWITCH<br>Operating Button, Trim Parts Only - 10713970<br>Color/Finish: #28 Brushed Durabrass<br>Dimensions: Width 2", Depth 33", Button Diameter 1-1/4"<br><br>Notes:<br>-Refer to ID drawings for exact locations.<br>-Compatible with Insinkerator garbage disposal units. | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway<br>Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | Kitchen Sink 307/306 | <br>*Picture does not reflect finish. Please reference description for finish/color |

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-32-F | Deck Mounted Faucet<br><br>Manufacturer: DornBracht/ Jack London Kitchen & bath<br>Product: Meta Three-Hole Basin Mixer with Pop-Up Waste - 20 713 661<br>Color/Finish: #06 Brushed Platinum<br>Dimensions: 11"H x 6-5/8" Projection<br><br>Notes:<br>- Refer to ID drawings for exact locations.<br>-US drain with overflow<br>-Swiveling spout 360°<br>-Round aerated stream<br>-Height to aerator/spout outlet 7-1/2"<br>-Valve hole diameter 1-1/4"<br>-Spout hole diameter 1-3/8"<br>-Flange diameter 2-3/8"<br>-Water flow rate limited to max. 1.2 gpm<br>-Lead-free<br>-(ADA)<br>-Suitable only for basins with overflow | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | Founders Master Bathroom 401 | <br>*Picture does not reflect finish. Please reference description for finish/color |

RFI 785R1

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-36-F | Deck Mounted Faucet<br><br>Manufacturer: Waterworks Hospitality<br>Product: Henry Gooseneck Three Hole Deck Mounted Lavatory Faucet with Metal Cross Handles, 1.2gpm - HNLS20<br>Finish: Unlacquered Brass<br>Dimensions: 7-13/16" H x 9"H<br><br>Notes:<br>- Refer to ID drawings for exact location. | Waterworks<br><br>Contact: Christine Grant, Market Manager Commercial and Hospitality<br>Phone: (415) 431-7160<br>Fax: (415) 431-7387<br>Email: cgrant@waterworks.com<br>Address: 155 Rhode Island Street San Francisco, CA 94103<br>https://www.waterworks.com/us_en | Founders Guest Bathroom 307/306 | <br>*Picture does not reflect finish. Please reference description for finish/color |
| PF-37-F | Lavatory Sink<br><br>Manufacturer: Waterworks<br>Product: Larsen Rectangular Porcelain Lavatory Sink<br>Model: LRCL82<br>SKU: 11-70182-92478<br>Finish: White<br>Dimensions: 39 9/16" x 18 1/2" x 6"<br>Number of Holes: One Hole<br><br>Notes:<br>- Refer to ID drawings for exact location. | Waterworks<br><br>Contact: Christine Grant, Market Manager Commercial and Hospitality<br>Phone: (415) 431-7160<br>Fax: (415) 431-7387<br>Email: cgrant@waterworks.com<br>Address: 155 Rhode Island Street San Francisco, CA 94103<br>https://www.waterworks.com/us_en | 401 Powder Room |  |
| PF-38-F | Sink Drain<br><br>Manufacturer: DornBracht<br>Product: European grid drain 1 1/4" -<br>Series: Various<br>Model: 10 110 970-09<br>Color/Finish: Brass (23kt Gold) | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | 306/307 Master Bath | <br>*Picture does not reflect finish. Please reference description for finish/color |

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-316.1 (FOUNDERS)
JANUARY 30, 2022

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-39-F | Sink Drain<br><br>Manufacturer: DornBracht<br>Product: European grid drain 1 1/4"<br>Series:Various<br>Model: 10 110 970-06<br>Color/Finish: #06 Brushed Platinum | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway<br>Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | 401 Master Bath | <br>*Picture does not reflect finish. Please reference description for finish/color |
| PF-40-F | Sink Drain<br><br>Manufacturer: DornBracht<br>Product: European grid drain 1 1/4"<br>Series:Various<br>Model: 10 110 970-99<br>Color/Finish: #99 Dark Platinum | DornBracht/ Jack London Kitchen & bath<br><br>Contact: Kevin Patrick Kirby<br>Phone: (925) 627-3300<br>Fax: (925) 627-3305<br>Email: kkirby@jlkbg.com<br>Address: 1800 N. Broadway<br>Walnut Creek, CA 94596<br>https://jacklondonkitchenandbath.com/home.php | 501 Master Bath | <br>*Picture does not reflect finish. Please reference description for finish/color |

RFI 785R1

Layton
CONSTRUCTING WITH INTEGRITY

Layton Construction Company, LLC
9090 South Sandy Parkway
Sandy UT 84070 USA

# Request For Information

RFI-0785

Printed On: 2022-08-10

**Subject:** Submittal 224000.05 Founder Plumbing Fixtures

**Date:** 2022-08-10

**Project:** Hoback Club/Teton H-1

**Job:** 211002

**To:** JRMA
Joe Marandola

**Required:** 2022-08-24

**Address:** 2700 Saturn Street
Brea,{FLPM1200_V.FL1200_TO_REGION_CODE},9282

**Phone:**

**Fax:**

**Entered By:** Ty Selk

---

***Co-Author:*** ***Contact:*** ***Co-Author RFI Number:***

---

***Reference:***

---

***Request:***
Reference Submittal 224000.05 for the following questions:

#1. PF-05-F specified model does not come in Dark Brass. A different model was provided for color. Please confirm alternate model is acceptable.
#2. PF-02,04,09,11,12,14,17,19,20,22,23,25,30,32,33,38,39,40-F are specified to be dark brass matte. Dornbracht has not put dark matte brass into production and fixtures are unavailable in that color. Please select and specify an alternate color.

IBI ID:

***Suggestion:***

Please see our answer for question above in order.

***Answer:***

#1- We have contacted both Waterworks representative and they have confirmed that custom order the BLS47 with all metal handle in Dark brass is available.It will need to submit a special order form for this. They noted that for commercial project so you should only call Waterworks directly and they can custom and do things that our standard showrooms will not have access to.

#2- We have contacted Dornbracht representative and they have confirmed that the #16 finish is still available and it has become a special finish and have to put special order.

Reza Rahmanian - 20220816

**Answered By:**

**Signed:** ______________________________

**Date:**

# Question #1

RFI 785R1

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR CONSTRUCTION (FOUNDERS)
OCTOBER 1, 2021

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-05-F | Deck Mounted Single Lever Faucet<br><br>Manufacturer: Waterworks Hospitality<br>Product: BOND UNION SERIES One hole Lavatory Faucet with Guilloche Link Lever Handel<br>Finish: Dark Brass<br>Fittings Hole Diameter: 1 3/8"<br><br>Notes: Refer to ID Drawings for exact location.<br><br>Components:<br>- ADA Compliance: Yes<br>- Deck Thickness Maximum: 1 11/16"<br>- Deck Thickness Minimum: 1/4"<br>- Drain Depth Maximum: 2 5/8"<br>- Drain Hole Diameter: 1 3/4"<br>- Drain Style: Push Touch<br>- Fittings Hole Diameter: 1 3/8"<br>- Handle Turn Angle: Quarter Turn<br>- Drain Depth Minimum: 3/8"<br>- Inlet Connection Size: 3/8"<br>- Inlet Connection Type: - Compression Connection Hoses<br>- Number of Holes: One Hole<br>- Primary Material: Brass<br>- Restricted Maximum Flow Rate: 1.2 gpm<br>- Spout Swivel: Y<br>- Valve Material: Ceramic<br>- Water Pressure Maximum: 85.0 psi<br>- Water Pressure Minimum: 20.0 psi<br>- Water Pressure Recommended: 45.0 psi<br><br>https://assets.waterworks.com/wasset/118/original/66118.pdf<br><br>https://assets.waterworks.com/wasset/83/original/67083.pdf | Waterworks<br><br>Contact: Christine Grant, Market Manager Commercial and Hospitality<br>Phone: (415) 431-7160<br>Fax: (415) 431-7387<br>Email: cgrant@waterworks.com<br>Address: 155 Rhode Island Street San Francisco, CA 94103<br>https://www.waterworks.com/us_en | Unit 401 Powder Room | <br>*Picture does not reflect finish. Please reference description for finish/color |

Guilloche Link Lever Handle is not available in Dark Brass as confirmed by RK mechanicals fixture rep in submittal #224000.05 and confirmed by IBI's fixture rep Christine Grant on 9.9.22 in phone call with Ty Selk.

RFI 785R1

Unit 401 - Powder Room PF-05F
FINISH: DARK BRASS

WATERWORKS

# BOND

BKM12P

Bond Solo Series One Hole Gooseneck Integrated Pull Spray Kitchen Faucet with Two-Piece Straight Lever Handle

recommended as specified handle is not available



SHOWN IN BOND SOLO SERIES ONE HOLE GOOSENECK INTEGRATED PULL SPRAY KITCHEN FAUCET WITH TWO-PIECE STRAIGHT LEVER HANDLE | BKM12P

## TECHNICAL DETAILS

ADA Compliance: Yes
Adjustable Versus Fixed Spray: Adjustable
Deck Thickness Maximum: 2 1/4"
Deck Thickness Minimum: 1/4"
Fittings Hole Diameter: 1 1/2"
Handle Turn Angle: Tilt and Turn
Handshower Spray Hose Length: 59"
Inlet Connection Size: 3/8"
Inlet Connection Type: Compression Connection Hoses
Integrated Diverter: Y
Restricted Maximum Flow Rate: 1.75 gpm
Spout Swivel: Y
Spray Included In Unit: Y
Valve Material: Ceramic
Water Pressure Maximum: 85.0 psi
Water Pressure Minimum: 25.0 psi
Water Pressure Recommended: 45.0 psi

PLEASE NOTE:
Original requested kitchen mixer with Guilloche Lines Lever Handle is unavailable in Dark Brass.

## INSPIRATION

Modern designs infused with rare soul and artistry. Explore our wide range of Bond bath and kitchen elements, from fittings to fixtures to hardware.

## CODES & STANDARDS

## PRODUCT FEATURES

Lever Handle.

Two Function Integrerated Pull Spray operated by a sliding button, switches from aerated stream to jet spray. The button returns to aerated stream when disengaged and remains in spray mode without holding down
Features Two-Piece Straight Lever Handle

Stocked in Chrome, Nickel, Brass and Dark Nickel

Available in 1.75gpm (6.6L/min) flow rate

## CERTIFICATIONS

## PRODUCT (NOTES)

RFI 785R1

**From:** Ty Selk
**Sent:** Friday, September 9, 2022 1:49 PM
**To:** Maid Korkut; Steve Jones; Peter Pillman; Arega Mehrabian; Joseph Marandola; Craig Rothenburger
**Cc:** Peter Frahm; Jim Lucas; Alan Mullin; Ting Yek; Cooper Darling; Tyler Koch; Reza Rahmanian
**Subject:** RE: IBI Project # - 119374 - 224000.05 - Founders Plumbing Fixtures_PD - Submittal:224000.05 - Founders Plumbing Fixtures_PD:uEE7U
**Attachments:** FINISH SCHEDULE.pdf; 224000.05 - Founders Plumbing Fixtures_PD.pdf

Thank you Maid,

I called Christine and she confirmed that the specified Guilloche Link Lever handle in PF-05-F does not come in Dark Brass. That same note was on submittal #224000.05 (see attached). Please re-open RFI 785, this PF-05-F needs to either specify a handle that is available in dark brass or specify a different color selection of fixture that is available for the specified handle.

Thank you,

TY SELK
*Assistant Project Manager*

Layton Construction Company
9090 South Sandy Parkway, Sandy, UT 84070

M 385.266.3692
laytonconstruction.com | Licenses

**From:** Maid Korkut <maid.korkut@ibigroup.com>
**Sent:** Friday, September 9, 2022 11:32 AM
**To:** Ty Selk <tselk@laytonconstruction.com>; Steve Jones <steve.jones@ibigroup.com>; Peter Pillman <ppillman@IBIGroup.com>; Arega Mehrabian <arega.mehrabian@ibigroup.com>; Joseph Marandola <joe@jrm-arch.com>; Craig Rothenburger <crothenburger@IBIGroup.com>
**Cc:** Peter Frahm <PFrahm@ddrmpartners.com>; Jim Lucas <jlucas@ddrmpartners.com>; Alan Mullin <amullin@ddrmpartners.com>; Ting Yek <tyek@ddrmpartners.com>; Cooper Darling <cdarling@laytonconstruction.com>; Tyler Koch <tkoch@laytonconstruction.com>; Reza Rahmanian <reza.rahmanian@ibigroup.com>
**Subject:** RE: IBI Project # - 119374 - 224000.05 - Founders Plumbing Fixtures_PD - Submittal:224000.05 - Founders Plumbing Fixtures_PD:uEE7U

**This Message Is From an External Sender**
This message came from outside your organization.

Ty,
Waterworks rep info is listed on our specifications:

# Question #2

RFI 785R1

3:32

+1 (925) 639-3697 >

iMessage
Today 3:30 PM

Sorry, I can't talk right now. In a meeting

Can you call Ty Selk?

(385) 266-3692

Read 3:30 PM

This is Sultan with Jack London Kitchen And Bath just wanted to let you know that the finish that project was scheduled is discontinued an obsolete.

# AS UNIQUE AS YOUR WISHES

EN With an innovative design concept for the handles, CYO gives new impetus to bathroom design. There is great freedom to be creative, thanks to a wide and inspiring choice of handle inserts in different finishes and designs. The handle inserts can be combined individually and are easily replaced.

IT Con un concetto di design innovativo per le maniglie, CYO conferisce nuovi impulsi al design del bagno. Un'ampia e stimolante selezione di maniglie in diverse superfici ed esecuzioni consente un elevato grado di libertà di progettazione. Le maniglie si possono combinare singolarmente e sono facili da sostituire.

ES Con un innovador concepto de diseño para las manetas, CYO sienta nuevos referentes para diseñar baños. Una rica selección inspiradora de manetas en diferentes acabados y ejecuciones ofrece un alto grado de posibilidades de individualización. Las manetas pueden combinarse individualmente e intercambiarse de forma sencilla.

EN Six exclusive special finishes of fine natural stones and extravagant textures increase the opportunity for individualisation. CYO has turned this diversity into the focal point of the individual architectural concepts.

The Dornbracht x-TRA SERVICE provides even more opportunities. dornbracht.com/x-tra-service

IT Sei superfici speciali esclusive in pietre naturali fini e strutture stravaganti ampliano le possibilità di personalizzazione. Questa varianza rende CYO il fulcro dei singoli concetti architettonici.

Dornbracht x-TRA SERVICE offre ancora più possibilità. dornbracht.com/x-tra-service

ES Seis acabados especiales exclusivos de nobles piedras naturales y de estructuras extravagantes amplían las opciones de individualización. Esta variancia logra que CYO pase a ser el centro de conceptos arquitectónicos individuales.

Dornbracht x-TRA SERVICE le ofrece aún más posibilidades. dornbracht.com/x-tra-service





**From:** Ty Selk
**Sent:** Wednesday, August 31, 2022 3:57 PM
**To:** Reza Rahmanian; Maid Korkut; Bill DeSmet; Cooper Darling; Eric Boyce; Tyler Koch
**Cc:** Alan Mullin; Arega Mehrabian; colby.evans; Craig Rothenburger; Jeremy King; jlucas@ddrmpartners.com; Joseph Marandola; Maid Korkut; Nicole Dumas; Peter Frahm; Peter Pillman; Steve Jones; Ting Yek
**Subject:** RE: IBI Project # - 119374 - RFI-0785 Submittal 224000.05 Foun... - RFI:RFI-0785 Submittal 224000.05 Founder Plumbing Fixtures:uEE7U
**Attachments:** Dornbracht Color for Finish #99.pdf; Dornbracht Confirmation Finish #16 is Discontinued.png

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Reza,

Please see attached Text Message from Sultan Nabkel. Sultan has confirmed that the Dark Brass Matte Finish #16 has been discontinued and is obsolete. The rep RK Mechanical has been working with has recommended Finish #99 Dark Platinum Matte. Please see clouded finish on the attached sheet.

Sultan also said over the phone that he does not work with Waterworks. Please send me the contact you used for the waterworks from RFI 785 Question #1.

Arega/Steve, Please re-open and revise the RFI 785 response.

Thank you,

TY SELK
*Assistant Project Manager*

Layton Construction Company
9090 South Sandy Parkway, Sandy, UT 84070

M 385.266.3692
laytonconstruction.com | Licenses

**From:** Reza Rahmanian <reza.rahmanian@ibigroup.com>
**Sent:** Thursday, August 25, 2022 1:56 PM
**To:** Ty Selk <tselk@laytonconstruction.com>; Maid Korkut <maid.korkut@ibigroup.com>; Bill DeSmet <bdesmet@laytonconstruction.com>; Cooper Darling <cdarling@laytonconstruction.com>; Eric Boyce <eboyce@laytonconstruction.com>; Tyler Koch <tkoch@laytonconstruction.com>
**Cc:** Alan Mullin <amullin@ddrmpartners.com>; Arega Mehrabian <arega.mehrabian@ibigroup.com>; colby.evans <colby.evans@ibigroup.com>; Craig Rothenburger <crothenburger@IBIGroup.com>; Jeremy King <jeremy.king@ibigroup.com>; jlucas@ddrmpartners.com; Joseph Marandola <joe@jrm-arch.com>; Maid Korkut <maid.korkut@ibigroup.com>; Nicole Dumas <nicole.dumas@ibigroup.com>; Peter Frahm <PFrahm@ddrmpartners.com>; Peter Pillman <ppillman@IBIGroup.com>; Steve Jones <steve.jones@ibigroup.com>; Ting Yek <tyek@ddrmpartners.com>

**Subject:** RE: IBI Project # - 119374 - RFI-0785 Submittal 224000.05 Foun... - RFI:RFI-0785 Submittal 224000.05 Founder Plumbing Fixtures:uEE7U

**This Message Is From an External Sender**

This message came from outside your organization.

Hi Ty,

Please see contact below.

**Sultan Nabkel**
**Branch Manager**

Jack London Kitchen and Bath
1800 North Broadway
Walnut Creek, CA 94596
Office: 925-627-3300
Cell : 925-639-3697
**snabkel@kellersupply.com**

Regards,

Reza Rahmanian

Associate, Project Manager

**IBI GROUP**
7th Floor - 55 St. Clair Avenue West
Toronto ON M4V 2Y7 Canada
tel +1 416 596 1930 ext 61502

**Defining the cities of tomorrow**
ibigroup.com

NOTE: This email message/attachments may contain privileged and confidential information. If received in error, please notify the sender and delete this e-mail message.
NOTE: Ce courriel peut contenir de l'information privilégiée et confidentielle. Si vous avez recu ce message par erreur, veuillez le mentionner immédiatement à l'expéditeur et effacer ce courriel.

**From:** Ty Selk <tselk@laytonconstruction.com>
**Sent:** Thursday, August 25, 2022 11:53 AM
**To:** Maid Korkut <maid.korkut@ibigroup.com>; Bill DeSmet <bdesmet@laytonconstruction.com>; Cooper Darling <cdarling@laytonconstruction.com>; Eric Boyce <eboyce@laytonconstruction.com>; Tyler Koch <tkoch@laytonconstruction.com>
**Cc:** Alan Mullin <amullin@ddrmpartners.com>; Arega Mehrabian <arega.mehrabian@ibigroup.com>; Colby Evans <colby.evans@ibigroup.com>; Craig Rothenburger <crothenburger@IBIGroup.com>;

RFI 785R1

Jeremy King <jeremy.king@ibigroup.com>; jlucas@ddrmpartners.com; Joseph Marandola <joe@jrm-arch.com>; Maid Korkut <maid.korkut@ibigroup.com>; Nicole Dumas <nicole.dumas@ibigroup.com>; Peter Frahm <PFrahm@ddrmpartners.com>; Peter Pillman <ppillman@IBIGroup.com>; Steve Jones <steve.jones@ibigroup.com>; Ting Yek <tyek@ddrmpartners.com>; Reza Rahmanian <reza.rahmanian@IBIgroup.com>
**Subject:** RE: IBI Project # - 119374 - RFI-0785 Submittal 224000.05 Foun... - RFI:RFI-0785 Submittal 224000.05 Founder Plumbing Fixtures:uEE7U

*** Exercise caution. This is an EXTERNAL email. DO NOT open attachments or click links from unknown senders or unexpected email. ***
Reza,

Following up on the below from RFI 785. Please send me a contact for the reps from Waterworks and Dornbracht that were worked with on the RFI response. Are they the contacts listed in the finish schedule? Please confirm.

Thank you,

TY SELK
*Assistant Project Manager*

Layton Construction Company
9090 South Sandy Parkway, Sandy, UT 84070

M 385.266.3692
laytonconstruction.com | Licenses

**From:** Ty Selk
**Sent:** Monday, August 22, 2022 4:42 PM
**To:** Maid Korkut <maid.korkut@ibigroup.com>; Bill DeSmet <bdesmet@laytonconstruction.com>; Cooper Darling <cdarling@laytonconstruction.com>; Eric Boyce <eboyce@laytonconstruction.com>; Tyler Koch <tkoch@laytonconstruction.com>
**Cc:** Alan Mullin <amullin@ddrmpartners.com>; Arega Mehrabian <arega.mehrabian@ibigroup.com>; colby.evans <colby.evans@ibigroup.com>; Craig Rothenburger <crothenburger@IBIGroup.com>; Jeremy King <jeremy.king@ibigroup.com>; jlucas@ddrmpartners.com; Joseph Marandola <joe@jrm-arch.com>; Maid Korkut <maid.korkut@ibigroup.com>; Nicole Dumas <nicole.dumas@ibigroup.com>; Peter Frahm <PFrahm@ddrmpartners.com>; Peter Pillman <ppillman@IBIGroup.com>; Steve Jones <steve.jones@ibigroup.com>; Ting Yek <tyek@ddrmpartners.com>; Reza Rahmanian <reza.rahmanian@IBIgroup.com>
**Subject:** RE: IBI Project # - 119374 - RFI-0785 Submittal 224000.05 Foun... - RFI:RFI-0785 Submittal 224000.05 Founder Plumbing Fixtures:uEE7U

IBI Team,

See below email chain in reference to RFI 785. I have highlighted in yellow the response from David Scarborough who is a Product Portfolio Manager for Dornbracht. According to David the finish -16 finish is discontinued and have no plans to bring them back..

Who from Dornbracht were you working with? Can I get their contact information? I have tried calling David but have not heard back yet. When I hear back from David we need to schedule a coordination call and close this loop.

Thank you,

TY SELK
*Assistant Project Manager*

Layton Construction Company
9090 South Sandy Parkway, Sandy, UT 84070

M 385.266.3692
laytonconstruction.com | Licenses

**From:** Lisa Cordi lcordi@rkmechanical.com
**Sent:** Wednesday, August 17, 2022 10:12 AM
**To:** Tyler Koch tkoch@laytonconstruction.com; Ty Selk tselk@laytonconstruction.com
**Cc:** Rich Trapp Richard.Trapp@rkmechanical.com; Damon Wilson Damon.Wilson@rkmechanical.com
**Subject:** FW: Dornbracht Dark Brass Matte

**This Message Is From an External Sender**
This message came from outside your organization.

Tyler/Ty,

Below is an email correspondence from Dornbracht regarding the Dark Brass Matte finish. Let us know if Ownership needs anything else. David Scarborough is the Product Portfolio Manager, contact info below, if the team wants to reach out directly.

Thanks,

RK
**Lisa Cordi**
**Project Manager**
**RK Mechanical**
720-818-0124 (mobile)

**From:** Michael.Fisher@Ferguson.com <Michael.Fisher@Ferguson.com>
**Sent:** Wednesday, August 17, 2022 9:10 AM
**To:** Lisa Cordi <lcordi@rkmechanical.com>
**Subject:** Dornbracht Dark Brass Matte

This message was sent from outside the company. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Lisa-

RFI 785R1

See below for the statement from Dornbracht regarding the Dark Brass Matte finish.

**Michael Fisher**
**Quotations**
**Ferguson, a Wolseley company**
**Idaho**
T: (208) 855-2033
E: michael.fisher@ferguson.com
www.ferguson.com

**From:** Jim Leung <jim@lmiar.com>
**Sent:** Wednesday, August 17, 2022 8:44 AM
**To:** Michael Fisher <Michael.Fisher@Ferguson.com>
**Cc:** Idaho Quotes[Ferguson] <Idaho.quotes@ferguson.com>; DScarborough@dornbrachtgroup.com; kimberly@lmiar.com; inga@lmiar.com
**Subject:** Re: Teton - Fixture Submittal Revisions

Hi Michael,

This is what David sent us:

Good Afternoon,

The -16 and -17 finishes were discontinued and to date there is not any plan to bring them back. Any interest in these older finishes can be diverted to -99 finish which has proven to be better received in the market.

David Scarborough
Product Portfolio Manager

Dornbracht Americas Inc.
1700 Executive Drive South, Suite 600
Duluth, GA 30096 USA

Tel. +1 470-243-9587
E-Mail dscarborough@dornbracht.com

dornbracht.com | alape.com

Dornbracht | Sustainability

**Jim P. Leung**
LMI Architectural Resources

**Address** Seattle, WA **Phone** (800) 924-1620 x5
**Mobile** (206) 313-0778 **Email** jim@lmiar.com
**Website** www.lmiar.com

design + wellness through water..

RFI 1805R2

Layton
CONSTRUCTING WITH INTEGRITY

**Layton Construction Company, LLC**
9090 South Sandy Parkway
Sandy, UT 84070

801-568-9090

# Request For Information
## RFI-1805R2

Printed On: 10/02/2023
Page 1 of 1

**Subject:** Unit 307 25 Line Void in Roof
**Project:** Hoback Club/Teton H-1
**To:** IBI Group
Steve Jones
**Address:** 10 Exchange Place, 112
Salt Lake City, UT 84111 United States
**Phone:** 801-532-4233 **Fax:** 949-833-5511

**Entered By:** Eric Boyce

**Date:** 10/02/2023
**Job:** 211002

**Required:** 10/16/2023

***Co-Author:*** ***Contact:*** ***Co-Author RFI Number:*** MT
***Phone:***

***Reference:***

***Request:***

Per the response to RFI-1805R1, the reply was to rebuild according to the original contract documents. In reviewing the documents, there does not appear to be a beam called out adjacent to the building for the decking to be attached to. See markups from S204C and attached pictures for reference.

Please advise how the metal roof decking is to be supported at the exterior wall. Please provide details for this.

***Suggestion:***

**Answered By:**

**Date:** **Signed:** ____________________

***Answer:***

***Attachments:***

See attached SSK-103. Drawing will be issued in ASI-769.

Add another short W12x14 beam in the roof plane to support a new W12x14 parallel to the exterior wall and the opposite end will be supported by a double angle hanger per 15/S503.

M. Korkut - Arcadis
10/05/2023

RFI 1805R2




| | | | |
|---|---|---|---|
| **JWSE** STRUCTURAL ENGINEERS | FRAMING AT LEVEL 4 ROOF (REF S204C) | Project No. 11952<br>Drawn By AQ | SSK |
| Requested By JWSE<br>Reason FIELD FIX | Project<br>TETON H1 | Date 10/5/23 | 103 |

RFI 1805R2






Image from the model

RFI 1805R2





RFI 1805R2

Layton
CONSTRUCTING WITH INTEGRITY

**Layton Construction Company, LLC**
9090 South Sandy Parkway
Sandy, UT 84070

801-568-9090

# Request For Information
## RFI-1805R1

Printed On: 08/30/2023
Page 1 of 1

**Subject:** Unit 307 25 Line Void in Roof
**Project:** Hoback Club/Teton H-1
**To:** IBI Group
Steve Jones
**Address:** 10 Exchange Place, 112
Salt Lake City, UT 84111 United States
**Phone:** 801-532-4233 **Fax:** 949-833-5511
**Entered By:** Eric Boyce

**Date:** 08/30/2023
**Job:** 211002
**Required:** 09/13/2023

FOR REFERENCE

***Co-Author:*** ***Contact:*** ***Co-Author RFI Number:***
***Phone:***

***Reference:***

***Request:***

THere is more clarity needed from the response on RFI-1805. The void in the roof that is mentioned in the previous question is in the dormer. Please see the attached picture for reference.

Please advise on what is to cover this void. Please provide details for how this will be addressed.

***Suggestion:***

**Answered By:**

**Date:**

**Signed:** ______________________

***Answer:***

***Attachments:***

I believe the original JWSE reply for the dormer reconstruction was to build it according to the original contract drawings, which had the typical roof metal deck all the way to the beam adjacent to the exterior wall. This is still required.
JW
August 31, 2023

RFI 1805R2



VOID in Roof. Please note that the dormer was reinstalled per the details provided.



This is just a piece of plywood

RFI 1805R2

Layton
CONSTRUCTING WITH INTEGRITY

Layton Construction Company, LLC
9090 South Sandy Parkway
Sandy, UT 84070

801-568-9090

# Request For Information
## RFI-1805

Printed On: 08/22/2023
Page 1 of 1

**Subject:** Unit 307 25 Line Void in Roof
**Project:** Hoback Club/Teton H-1
**To:** IBI Group
Steve Jones
**Address:** 10 Exchange Place, 112
Salt Lake City, UT 84111 United States
**Phone:** 801-532-4233 **Fax:** 949-833-5511
**Entered By:** Eric Boyce

**Date:** 08/22/2023
**Job:** 211002
**Required:** 09/05/2023

FOR REFERENCE

***Co-Author:*** ***Contact:*** ***Co-Author RFI Number:***
***Phone:***

***Reference:***

***Request:***

The new dormer for Unit 307 has a void in the roofing, see the attached elevation for exact location. THere appears to be no cut or detail to show exactly what is to be done in this area.

Please advise if the intent is to have this void in the roof. If not, please provide details for what is to be done in this area.

***Suggestion:***

**Answered By:** John Hedrich, Arcadis

**Date:** 2023-08-22

***Answer:*** There should be no void at this location. There should be a cricket with the same R1 roof assembly as the main roof. The steel roof deck of the dormer should have continued down as far as the furrred wall at the faux chimney. If it did not, then the cricket will have to be framed with cold formed stud framing. See wall section 1/A508, called out on A825, and comments on attached sheet.

***Attachments:***

pm3010




CODY LANE DEVELOPMENT CORPORATION

DDRM PARTNERS

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

**TETON H1**

CONSTRUCTION SET

WEST EXTERIOR ELEVATION

119374

A303

2022-04-27 1:38:03 PM

RFI 1863R1

Layton
CONSTRUCTING WITH INTEGRITY

**Layton Construction Company, LLC**
9090 South Sandy Parkway
Sandy, UT 84070

801-568-9090

# Request For Information
# RFI-1863R1

Printed On: 12/19/2023
Page 1 of 1

**Subject:** Plumbing Finish Clarifications
**Project:** Hoback Club/Teton H-1 (Jackson, WY)
**To:** IBI Group
Steve Jones
**Address:** 10 Exchange Place, 112
Salt Lake City, UT 84111 United States
**Phone:** 801-532-4233 **Fax:** 949-833-5511

**Entered By:** Joshua Allen

**Date:** 12/19/2023
**Job:** 211002

**Required:** 01/02/2024

**Priority:** A

***Co-Author:*** RK Mechanical, LLC ***Contact:*** Lisa Cordi ***Co-Author RFI Number:*** 304.1
***Phone:*** 970-420-5159

***Reference:***

***Request:***

Based on the response to RFI 1863, additional information is required.

Please provide specs (make/model) for stops and supplies. Due to various plumbing finishes and schemes, please specify for all fixtures and locations. Example: PF-17-S has a #01 cotton finish with a chrome trip lever per the finish schedule. If chrome stops/escutheons and stainless supplies are no longer approved, please specify requested product.

Decorative traps, supplies, and tailpieces are only provided for fixtures identified by a PF-#. Example is PF-04.

Please define 'exposed' conditions to avoid confusion. Several lavatories have an open shelf below drawers, are these considered exposed? If so, all location stops and supplies need to be specified.

***Suggestion:***

**Answered By:**

**Signed:** ______________________

**Date:**

***Answer:***

***Attachments:***

Updated drawings and specifications will be issued in ASI-872.

M. Korkut - Arcadis
03/21/2024

pm3010

RFI 1863R1



1 LEVEL P1 - REFERENCE PLAN SKI CLUB AMENITIES - RFI-1863R1
IDSK-1863R1.1 Scale 1/4" = 1'-0" Referencing Sheet 1/ ID101.2



2 LEVEL 01 - REFERENCE PLAN AREA A - AMENITIES - RFI-1863R1
IDSK-1863R1.1 Scale 1/4" = 1'-0" Referencing Sheet 1/ID102.1



3 LEVEL 01 - REFERENCE PLAN AREA A - AMENITIES - RFI-1863R1 2
IDSK-1863R1.1 Scale 1/4" = 1'-0" Referencing Sheet 1/ID102.1



4 LEVEL 01 - REFERENCE PLAN AREA B - AMENITIES & BOH - RFI-1863R1
IDSK-1863R1.1 Scale 1/4" = 1'-0" Referencing Sheet 1/ID102.5



5 LEVEL 01 - REFERENCE PLAN AREA B - AMENITIES & BOH - RFI-1863R1 2
IDSK-1863R1.1 Scale 1/4" = 1'-0" Referencing Sheet 1/ID102.5



6 LEVEL 02 - REFERENCE PLAN AREA C - AMENITIES - RFI-1863R1
IDSK-1863R1.1 Scale 1/4" = 1'-0" Referencing Sheet 1/ID103.0

KEYNOTE LEGEND - RFI-1863R1

| KEYNOTE | NOTE |
| --- | --- |
| RP11 | FOR AMENITY ID ROOM SIGNAGE LOCATION, MOUNTING HEIGHT & SPECIFICATIONS REFER TO SIGNAGE CONSULTANT DWGS. |
| RP29 | FOR AMENITY PLUMBING COMPONENTS FINISH. REFER TO PF-11 AS SCHEDULED |

IBI GROUP
18 Exchange Place,
Salt Lake City, UT 84111, USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

PROJECT TITLE: TETON H3-ID
SHEET TITLE: PLUMBING FIXTURE CLARIFICATION - AMENITIES
SCALE: AS NOTED
IDSK-1863R1.1


RFI 1863R1
1 BOH WASHROOM - (EAST) - RFI-1863R1
IDSK-1863R1.2 Scale: 1/2" = 1'-0" Referencing Sheet: 3/ ID301.6
TILE FINISH TO CONTINUE 4" BEHIND MIRROR
2 LEVEL P2 - ADA WASHROOM - ENLARGED PLAN - RFI-1863R1
IDSK-1863R1.2 Scale: 1/2" = 1'-0" Referencing Sheet: 6/ ID301.6
3 AMENITIES - P1 SKI CLUB ADA WC (WEST) - RFI-1863R1
IDSK-1863R1.2 Scale: 1/2" = 1'-0" Referencing Sheet: 5/ ID302.1
4 SKI LOCKERS ADA WC (WEST) - RFI-1863R1
IDSK-1863R1.2 Scale: 1/2" = 1'-0" Referencing Sheet: 9/ ID303.1
5 AMENITIES - INDOOR POOL WC (EAST) - RFI-1863R1
IDSK-1863R1.2 Scale: 1/2" = 1'-0" Referencing Sheet: 12/ ID303.1
6 AMENITIES - INDOOR POOL WC (SOUTH) - RFI-1863R1
IDSK-1863R1.2 Scale: 1/2" = 1'-0" Referencing Sheet: 13/ ID303.1
7 AMENITIES - WOMEN'S CHANGE (NORTH) - RFI-1863R1
IDSK-1863R1.2 Scale: 1/2" = 1'-0" Referencing Sheet: 6/ ID303.3
DOOR TO ADA SHOWER
DOOR TO ADA WC
8 AMENITIES - WC (SOUTH) - RFI-1863R1
IDSK-1863R1.2 Scale: 1/2" = 1'-0" Referencing Sheet: 13/ ID304.2
9 AMENITIES - WC (WEST) - RFI-1863R1
IDSK-1863R1.2 Scale: 1/2" = 1'-0" Referencing Sheet: 14/ ID304.2
2 EQ. SECTIONS STONE SLABS
IBI
IBI GROUP
10 Exchange Place
Salt Lake City UT 84111 USA
TETON H140
PLUMBING FIXTURE CLARIFICATION - AMENITIES
IDSK-1863R1.2

RFI 1863R1




1 LEVEL P2 & P1 - ADA WC VANITY TYPE B - PLAN - RFI-1863R1
IDSK-1863R1.3 Scale 1/2" = 1'-0" Referencing Sheet 7/ID504.1




2 LEVEL P2 & P1 - ADA WC VANITY TYPE B - ELEVATION - RFI-1863R1
IDSK-1863R1.3 Scale 1/2" = 1'-0" Referencing Sheet 8/ID504.1




3 LEVEL P2 - ADA WC VANITY - SECTION - RFI-1863R1
IDSK-1863R1.3 Scale 1" = 1'-0" Referencing Sheet 9/ID504.1




4 LEVEL 1 - WC VANITY TYPE A & C - PLAN - RFI-1863R1
IDSK-1863R1.3 Scale 1/2" = 1'-0" Referencing Sheet 10/ID504.1




5 LEVEL 1 - WC VANITY TYPE A & C - ELEVATION - RFI-1863R1
IDSK-1863R1.3 Scale 1/2" = 1'-0" Referencing Sheet 11/ID504.1

IBI GROUP
10 Exchange Place,
Salt Lake City, UT 84111, USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1-B3

PLUMBING FIXTURE CLARIFICATION - AMENITIES

AS NOTED

IDSK-1863R1.3

RFI 1863R1




1 LEVEL 01 - SKI LOCKERS (SL) ADA WC - ELEV. - RFI-1863R1
IDSK-1863R1.4 Scale 1/2" = 1'-0" Referencing Sheet 6/ID504.2




2 L1 - SKI LOCKERS ADA & WC - TYP. SECTION - RFI-1863R1
IDSK-1863R1.4 Scale 1" = 1'-0" Referencing Sheet 8/ID504.2




3 WC VANITY TYPE A, C & D - SECTION - RFI-1863R1
IDSK-1863R1.4 Scale 1" = 1'-0" Referencing Sheet 12/ID504.2




4 LEVEL 01- WOMEN LOCKERS VANITY TYPE D- ELEVATION - RFI-1863R1
IDSK-1863R1.4 Scale 1/2" = 1'-0" Referencing Sheet 11/ID504.2




5 LEVEL 01 - MEN LOCKERS VANITY TYPE D - ELEVATION - RFI-1863R1
IDSK-1863R1.4 Scale 1/2" = 1'-0" Referencing Sheet 16/ID504.2




6 LEVEL 02 - BOH UNISEX WC VANITY - ELEVATION - RFI-1863R1
IDSK-1863R1.4 Scale 1/2" = 1'-0" Referencing Sheet 1/ID504.3

IBI GROUP
18 Exchange Place,
Salt Lake City, UT 84111 USA
TETON H1-ID
PLUMBING FIXTURE CLARIFICATION - AMENITIES
AS NOTED
IDSK-1863R1.4

RFI 1863R1



1 UNIT 103 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.5 Scale: 1/4" = 1'-0" Referencing Sheet: ID611.1



2 UNIT 103 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.5 Scale: 1/4" = 1'-0" Referencing Sheet: ID611.1



3 UNIT 103 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.5 Scale: 1/4" = 1'-0" Referencing Sheet: ID611.1



4 UNIT 103 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.5 Scale: 1/4" = 1'-0" Referencing Sheet: ID611.1



5 UNIT 103 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.5 Scale: 1/4" = 1'-0" Referencing Sheet: ID611.1



6 UNIT 104 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.5 Scale: 1/4" = 1'-0" Referencing Sheet: ID612.1



7 UNIT 104 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.5 Scale: 1/4" = 1'-0" Referencing Sheet: ID612.1



8 UNIT 104 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.5 Scale: 1/4" = 1'-0" Referencing Sheet: ID612.1



9 UNIT 105 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.5 Scale: 1/4" = 1'-0" Referencing Sheet: ID613.1



10 UNIT 105 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.5 Scale: 1/4" = 1'-0" Referencing Sheet: ID613.1

KEYNOTE LEGEND - RFI-4863R1

| KEYNOTE | NOTE |
| --- | --- |
| KP1-0 | WET WALL ASSEMBLY TO BE USED IN SHOWER/BATHTUB ENCLOSURES. REFER TO ARCHITECTURAL DWGS/SPECIFICATIONS FOR DETAILS |
| KP2-0 | BLOCKING TO BE ADDED FOR FUTURE GRAB BAR INSTALLATION. REFER TO ARCHITECTURAL DRAWING A0611 "GRAB BARS AND REINFORCED WALLS FOR GRAB BARS" FOR COMPLIANCE AND DETAILS |
| KP3-0 | TO BE FROSTED GLAZING |
| KP13-0 | DENOTES OPTION B ENSUITE/WC. REFER TO ARCHITECTURAL DRAWING A0611 "USABLE BATHROOMS" FOR CONDITIONS AND DETAILS |
| KP29-0 | FOR SALES PLUMBING COMPONENTS FINISH. REFER TO PF-26-0 AS SCHEDULED |

IBI GROUP
10 Exchange Place
Salt Lake City, UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1-ID
PLUMBING FIXTURE CLARIFICATION - FOR SALE UNITS
AS NOTED
IDSK-1863R1.5

RFI 1863R1



1 UNIT 106 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.6 Scale: 1/4" = 1'-0" Referencing Sheet: 1 / ID614.1



2 UNIT 106 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.6 Scale: 1/4" = 1'-0" Referencing Sheet: 1 / ID614.1



3 UNIT 106 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.6 Scale: 1/4" = 1'-0" Referencing Sheet: 1 / ID614.1



4 UNIT 106 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.6 Scale: 1/4" = 1'-0" Referencing Sheet: 1 / ID614.1



5 UNIT 107 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.6 Scale: 1/4" = 1'-0" Referencing Sheet: ID615.1



6 UNIT 107 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.6 Scale: 1/4" = 1'-0" Referencing Sheet: ID615.1



7 UNIT 107 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.6 Scale: 1/4" = 1'-0" Referencing Sheet: ID615.1



8 UNIT 108 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.6 Scale: 1/4" = 1'-0" Referencing Sheet: ID616.1



9 UNIT 108 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.6 Scale: 1/4" = 1'-0" Referencing Sheet: ID616.1



10 UNIT 108 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.6 Scale: 1/4" = 1'-0" Referencing Sheet: ID616.1



11 UNIT 108 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.6 Scale: 1/4" = 1'-0" Referencing Sheet: ID616.1

KEYNOTE LEGEND - RFI-1863R1

| KEYNOTE | NOTE |
|---|---|
| RF1-0 | WET WALL ASSEMBLY TO BE USED IN SHOWER/BATHTUB ENCLOSURES. REFER TO ARCHITECTURAL DWGS/SPECIFICATIONS FOR DETAILS |
| RF2-5 | BLOCKING TO BE ADDED FOR FUTURE GRAB BAR INSTALLATION. REFER TO ARCHITECTURAL DRAWING A0811 "GRAB BARS AND REINFORCED WALLS FOR GRAB BARS" FOR COMPLIANCE AND DETAILS |
| RF5-F | TO BE FROSTED GLAZING |
| RF7-0 | FOR TYPICAL CLOSET DETAIL, REFER TO DWG ID772.1 |
| RF13-C | DENOTES OPTION B ENSUITE/WC. REFER TO ARCHITECTURAL DRAWING A0811 "USABLE BATHROOMS" FOR COMPLIANCE AND DETAILS |
| RF28-C | FOR TV BACKING AT NON-FIREPLACE LOCATIONS - TV BACKING TO BE 2'-8" HIGH BY 3'-4" WIDE. VERTICAL LOCATION ON WALL (HEIGHT) TO BE MEASURE ON CENTER OF BACKING AND MOUNTED AT 5'-6" HIGH. HORIZONTAL LOCATION ON WALL TO BE MEASURED ON CENTER OF BACKING AS PER THE REFERENCE PLAN. AT FIREPLACE LOCATIONS, REFER TO RF8-E. |
| RF29-5 | FOR SALES PLUMBING COMPONENTS FINISH, REFER TO PF-24-5 AS SCHEDULED |

| | |
|---|---|
| IBI GROUP<br>19 Exchange Place,<br>Salt Lake City, UT 84111, USA<br>tel 801 532 4233 fax 801 532 4231<br>ibigroup.com | SCALE: AS NOTED<br>PROJECT: 116174<br>DRAWN BY: BA EP |
| PROJECT TITLE: TETON H1-ID | IDSK-1863R1.6 |
| SHEET TITLE: PLUMBING FIXTURE CLARIFICATION - FOR SALE UNITS | |

RFI 1863R1



1 UNIT 109 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.7 Scale 1/4" = 1'-0" Referencing Sheet ID617.1



2 UNIT 109 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.7 Scale 1/4" = 1'-0" Referencing Sheet ID617.1



3 UNIT 109 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.7 Scale 1/4" = 1'-0" Referencing Sheet ID617.1



4 UNIT 109 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.7 Scale 1/4" = 1'-0" Referencing Sheet ID617.1



5 UNIT 109 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.7 Scale 1/4" = 1'-0" Referencing Sheet ID617.1

KEYNOTE LEGEND - RFI-1863R1

| KEYNOTE | NOTE |
|---|---|
| RF1-0 | WET WALL ASSEMBLY TO BE USED IN SHOWER/BATHTUB ENCLOSURES. REFER TO ARCHITECTURAL DWGS/SPECIFICATIONS FOR DETAILS |
| RF2-0 | BLOCKING TO BE ADDED FOR FUTURE GRAB BAR INSTALLATION. REFER TO ARCHITECTURAL DRAWING AG811 "GRAB BARS AND REINFORCED WALLS FOR GRAB BARS" FOR COMPLIANCE AND DETAILS |
| RF3-0 | TO BE FROSTED GLAZING |
| RF13-0 | DENOTES OPTION B ENSUITE/WC. REFER TO ARCHITECTURAL DRAWING AG011 CURBLESS BATHROOMS FOR COMPLIANCE AND DETAILS |
| RF29-0 | FOR SALES PLUMBING COMPONENTS FINISH. REFER TO PF-2xx AS SCHEDULED |

IBI GROUP
10 Exchange Place
Salt Lake City, UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

AS NOTED
116276
RA RP
IDSK-1863R1.7

TETON H1-D
PLUMBING FIXTURE CLARIFICATION - FOR SALE UNITS

RFI 1863R1



1 UNIT 403 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.8 Scale: 1/4" = 1'-0" Referencing Sheet: 1/ID621.1



2 UNIT 403 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.8 Scale: 1/4" = 1'-0" Referencing Sheet: 1/ID621.1



3 UNIT 403 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.8 Scale: 1/4" = 1'-0" Referencing Sheet: 1/ID621.1



4 UNIT 403 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.8 Scale: 1/4" = 1'-0" Referencing Sheet: 1/ID621.1



5 UNIT 403 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.8 Scale: 1/4" = 1'-0" Referencing Sheet: 1/ID621.1



6 STACKED UNIT 203 & 303 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.8 Scale: 1/4" = 1'-0" Referencing Sheet: 1/ID621.1A



7 STACKED UNIT 203 & 303 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.8 Scale: 1/4" = 1'-0" Referencing Sheet: 1/ID621.1A



8 STACKED UNIT 203 & 303 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.8 Scale: 1/4" = 1'-0" Referencing Sheet: 1/ID621.1A



9 STACKED UNIT 203 & 303 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.8 Scale: 1/4" = 1'-0" Referencing Sheet: 1/ID621.1A



10 STACKED UNIT 203 & 303 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.8 Scale: 1/4" = 1'-0" Referencing Sheet: 1/ID621.1A

KEYNOTE LEGEND - RFI-1863R1

| KEYNOTE | NOTE |
|---|---|
| RF1-5 | WET WALL ASSEMBLY TO BE USED IN SHOWER/BATHTUB ENCLOSURES. REFER TO ARCHITECTURAL DWGS/SPECIFICATIONS FOR DETAILS |
| RF2-5 | BLOCKING TO BE ADDED FOR FUTURE GRAB BAR INSTALLATION. REFER TO ARCHITECTURAL DRAWING AG011 "GRAB BARS AND REINFORCED WALLS FOR GRAB BARS" FOR COMPLIANCE AND DETAILS |
| RF3-5 | TO BE FROSTED GLAZING |
| RF13-5 | DENOTES OPTION B ENSUITE/WC. REFER TO ARCHITECTURAL DRAWING AG011 "USABLE BATHROOMS" FOR COMPLIANCE AND DETAILS |
| RF29-5 | FOR SALES PLUMBING COMPONENTS FINISH. REFER TO PF-34-8 AS SCHEDULED |

IBI GROUP
18 Exchange Place
Salt Lake City, UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1-ID
PLUMBING FIXTURE CLARIFICATION / FOR SALE UNITS
AS NOTED
118374
IDSK-1863R1.8
[illegible]


RFI 1863R1
1 UNIT 204 - ENLARGED REFERENCE PLAN - RFI-1863R1
2 UNIT 204 - ENLARGED REFERENCE PLAN - RFI-1863R1
3 UNIT 204 - ENLARGED REFERENCE PLAN - RFI-1863R1
4 UNIT 204 - ENLARGED REFERENCE PLAN - RFI-1863R1
5 UNIT 204 - ENLARGED REFERENCE PLAN - RFI-1863R1
6 UNIT 205 - ENLARGED REFERENCE PLAN - RFI-1863R1
7 UNIT 205 - ENLARGED REFERENCE PLAN - RFI-1863R1
8 UNIT 205 - ENLARGED REFERENCE PLAN - RFI-1863R1
9 UNIT 205 - ENLARGED REFERENCE PLAN - RFI-1863R1
10 UNIT 206 - ENLARGED REFERENCE PLAN - RFI-1863R1
11 UNIT 206 - ENLARGED REFERENCE PLAN - RFI-1863R1
12 UNIT 206 - ENLARGED REFERENCE PLAN - RFI-1863R1
13 UNIT 206 - ENLARGED REFERENCE PLAN - RFI-1863R1
14 UNIT 206 - ENLARGED REFERENCE PLAN - RFI-1863R1
IBI
IBI GROUP
18 Exchange Place,
Salt Lake City UT 84111 USA
IDSK-1863R1.9
TETON HHD
PLUMBING FIXTURE CLARIFICATION - FOR SALE UNITS

RFI 1863R1



1 UNIT 207 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.10 Scale 1/4" = 1'-0" Referencing Sheet: 1ID625.1



2 UNIT 207 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.10 Scale 1/4" = 1'-0" Referencing Sheet: 1ID625.1



3 UNIT 207 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.10 Scale 1/4" = 1'-0" Referencing Sheet: 1ID625.1



4 UNIT 207 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.10 Scale 1/4" = 1'-0" Referencing Sheet: 1ID625.1



5 UNIT 207 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.10 Scale 1/4" = 1'-0" Referencing Sheet: 1ID625.1



6 UNIT 207 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.10 Scale 1/4" = 1'-0" Referencing Sheet: 1ID625.1

KEYNOTE LEGEND - RFI-1863R1

| KEYNOTE | NOTE |
| --- | --- |
| FP1-6 | TILED FLOOR IN NON-SHOWER AREAS TO BE HEATED. REFER TO ELECTRICAL CONSULTANT DRAWINGS FOR DETAILS AND SPECIFICATIONS. |
| RP1-6 | WET WALL ASSEMBLY TO BE USED IN SHOWER/BATHTUB ENCLOSURES. REFER TO ARCHITECTURAL DWGS/SPECIFICATIONS FOR DETAILS |
| RP2-6 | BLOCKING TO BE ADDED FOR FUTURE GRAB BAR INSTALLATION. REFER TO ARCHITECTURAL DRAWING AG811 "GRAB BARS AND REINFORCED WALLS FOR GRAB BARS" FOR COMPLIANCE AND DETAILS |
| RP3-6 | TO BE FROSTED GLAZING |
| RP13-6 | DENOTES OPTION B ENSUITE/WC. REFER TO ARCHITECTURAL DRAWING AG811 "USABLE BATHROOMS" FOR DIMENSIONS AND DETAILS |
| RP29-6 | FOR SALES PLUMBING COMPONENTS FINISH. REFER TO FF-24-6 AS SCHEDULED |

IBI
IBI GROUP
18 Exchange Place,
Salt Lake City, UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

AS NOTED
KF/RA

IDSK-1863R1.10

TETON H1-ID

PLUMBING FIXTURE CLARIFICATION - FOR SALE UNITS

RFI 1863R1



1 UNIT 301- ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.11 Scale: 1/4" = 1'-0" Referencing Sheet: ID631.1



2 UNIT 301- ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.11 Scale: 1/4" = 1'-0" Referencing Sheet: ID631.1



3 UNIT 301- ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.11 Scale: 1/4" = 1'-0" Referencing Sheet: ID631.1



4 UNIT 302 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.11 Scale: 1/4" = 1'-0" Referencing Sheet: ID632.1



5 UNIT 302 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.11 Scale: 1/4" = 1'-0" Referencing Sheet: ID632.1



6 UNIT 302 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.11 Scale: 1/4" = 1'-0" Referencing Sheet: ID632.1



7 UNIT 302 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.11 Scale: 1/4" = 1'-0" Referencing Sheet: ID632.1



8 UNIT 302 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.11 Scale: 1/4" = 1'-0" Referencing Sheet: ID632.1



9 UNIT 302 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.11 Scale: 1/4" = 1'-0" Referencing Sheet: ID632.1



10 UNIT 302 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.11 Scale: 1/4" = 1'-0" Referencing Sheet: ID632.1



11 UNIT 302 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.11 Scale: 1/4" = 1'-0" Referencing Sheet: ID632.1

KEYNOTE LEGEND - RFI-1863R1

| KEYNOTE | NOTE |
|---|---|
| FP1-5 | TILED FLOOR IN NON-SHOWER AREAS TO BE HEATED. REFER TO ELECTRICAL CONSULTANT DRAWINGS FOR DETAILS AND SPECIFICATIONS. |
| FP4-5 | LINEAR TILEABLE DRAIN AS SPECIFIED. LENGTHWISE SLOTS TO BE CONTINUOUS (WALL TO WALL) OR AS SHOWN ON PLAN. TO ALSO BE READ IN CONJUNCTION WITH MANUFACTURER INSTALLATION RECOMMENDATIONS. |
| KP1-5 | WET WALL ASSEMBLY TO BE USED IN SHOWER/BATHTUB ENCLOSURES. REFER TO ARCHITECTURAL DWGS/SPECIFICATIONS FOR DETAILS. |
| KP2-5 | BLOCKING TO BE ADDED FOR FUTURE GRAB BAR INSTALLATION. REFER TO ARCHITECTURAL DRAWING AG811 "GRAB BARS AND REINFORCED WALLS FOR GRAB BARS" FOR COMPLIANCE AND DETAILS. |
| KP3-5 | TO BE FROSTED GLAZING |
| KP13-5 | DENOTES OPTION B ENSUITE/WC. REFER TO ARCHITECTURAL DRAWING AG811 "USABLE BATHROOMS" FOR COMPLIANCE AND DETAILS. |
| KP26-5 | FOR SALES PLUMBING COMPONENTS FINISH. REFER TO PF-26-0 AS SCHEDULED. |

| ISSUES | | |
|---|---|---|
| NO. | DESCRIPTION | DATE |
| 11 | RFI-1863R1 | 2024-10-21 |

IBI
IBI GROUP
15 Exchange Place,
Salt Lake City, UT 84111, USA
tel 801 532 4232 fax 801 532 4231
ibigroup.com

PROJECT TITLE
TETON HI-MC

SHEET TITLE
PLUMBING FIXTURE CLARIFICATION - FOR SALE UNITS

SCALE
AS NOTED

PROJECT NO.
115116

DRAWN BY
BP/RB

SHEET NUMBER
IDSK-1863R1.11

RFI 1863R1



1 UNIT 304 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.12 Scale 1/4" = 1'-0" Referencing Sheet ID633.1



2 UNIT 304 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.12 Scale 1/4" = 1'-0" Referencing Sheet ID633.1



3 UNIT 304 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.12 Scale 1/4" = 1'-0" Referencing Sheet ID633.1



4 UNIT 304 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.12 Scale 1/4" = 1'-0" Referencing Sheet ID633.1



5 UNIT 304 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.12 Scale 1/4" = 1'-0" Referencing Sheet ID633.1



6 UNIT 305 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.12 Scale 1/4" = 1'-0" Referencing Sheet ID635.1



7 UNIT 305 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.12 Scale 1/4" = 1'-0" Referencing Sheet ID635.1



8 UNIT 305 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.12 Scale 1/4" = 1'-0" Referencing Sheet ID635.1



9 UNIT 305 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.12 Scale 1/4" = 1'-0" Referencing Sheet ID635.1



10 UNIT 402 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.12 Scale 1/4" = 1'-0" Referencing Sheet ID641.1



11 UNIT 402 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.12 Scale 1/4" = 1'-0" Referencing Sheet ID641.1



12 UNIT 402 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.12 Scale 1/4" = 1'-0" Referencing Sheet ID641.1



13 UNIT 402 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.12 Scale 1/4" = 1'-0" Referencing Sheet ID641.1



14 UNIT 402 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.12 Scale 1/4" = 1'-0" Referencing Sheet ID641.1



15 UNIT 402 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.12 Scale 1/4" = 1'-0" Referencing Sheet ID641.1

KEYNOTE LEGEND - RFI-1863R1

| KEYNOTE | NOTE |
| --- | --- |
| FP1-S | TILED FLOOR IN NON-SHOWER AREAS TO BE HEATED. REFER TO ELECTRICAL CONSULTANT DRAWINGS FOR DETAILS AND SPECIFICATIONS |
| RP1-S | WET WALL ASSEMBLY TO BE USED IN SHOWER/BATHTUB ENCLOSURES. REFER TO ARCHITECTURAL DWGS/SPECIFICATIONS FOR DETAILS |
| RP2-S | BLOCKING TO BE ADDED FOR FUTURE GRAB BAR INSTALLATION. REFER TO ARCHITECTURAL DRAWING A0011 "GRAB BARS AND REINFORCED WALLS FOR GRAB BARS" FOR COMPLIANCE AND DETAILS |
| RP3-S | TO BE FROSTED GLAZING |
| RP13-S | DENOTES OPTION B ENSUITE/WC. REFER TO ARCHITECTURAL DRAWING A0011 "MOBILE BATHROOMS" FOR COMPLIANCE AND DETAILS |
| RP29-S | FOR SALES PLUMBING COMPONENTS FINISH. REFER TO FF-2A-2 AS SCHEDULED |

IBI
IBI GROUP
18 Exchange Place
Salt Lake City, UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1-ID
PLUMBING FIXTURE CLARIFICATION - FOR SALE UNITS
AS NOTED
IDSK-1863R1.12

RFI 1863R1



1 UNIT 404 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.13 Scale 1/4" = 1'-0" Referencing Sheet ID642.1



2 UNIT 404 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.13 Scale 1/4" = 1'-0" Referencing Sheet ID642.1



3 UNIT 404 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.13 Scale 1/4" = 1'-0" Referencing Sheet ID642.1



4 UNIT 404 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.13 Scale 1/4" = 1'-0" Referencing Sheet ID642.1



5 UNIT 404 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.13 Scale 1/4" = 1'-0" Referencing Sheet ID642.1



6 UNIT 502 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.13 Scale 1/4" = 1'-0" Referencing Sheet ID651.1



7 UNIT 502 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.13 Scale 1/4" = 1'-0" Referencing Sheet ID651.1



8 UNIT 502 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.13 Scale 1/4" = 1'-0" Referencing Sheet ID651.1



9 UNIT 502 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.13 Scale 1/4" = 1'-0" Referencing Sheet ID651.1



10 UNIT 502 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.13 Scale 1/4" = 1'-0" Referencing Sheet ID651.1

KEYNOTE LEGEND - RFI-1863R1

| KEYNOTE | NOTE |
|---|---|
| FP1-5 | TILED FLOOR IN NON-SHOWER AREAS TO BE HEATED. REFER TO ELECTRICAL CONSULTANT DRAWINGS FOR DETAILS AND SPECIFICATIONS. |
| RP1-6 | WET WALL ASSEMBLY TO BE USED IN SHOWER/BATHTUB ENCLOSURES. REFER TO ARCHITECTURAL DWGS/SPECIFICATIONS FOR DETAILS. |
| RP2-5 | BLOCKING TO BE ADDED FOR FUTURE GRAB BAR INSTALLATION. REFER TO ARCHITECTURAL DRAWING AG811 "GRAB BARS AND REINFORCED WALLS FOR GRAB BARS" FOR COMPLIANCE AND DETAILS. |
| RP5-5 | TO BE FROSTED GLAZING |
| RP13-5 | DENOTES OPTION B ENSUITE/WC. REFER TO ARCHITECTURAL DRAWING AG811 "USABLE BATHROOMS" FOR COMPLIANCE AND DETAILS. |
| RP28-5 | FOR SALES PLUMBING COMPONENTS FINISH, REFER TO PF-24-5 AS SCHEDULED. |

IBI GROUP
10 Exchange Place,
Salt Lake City, UT 84111, USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

SCALE: AS NOTED
IDSK-1863R1.13

PROJECT TITLE: TETON HSD
SKETCH TITLE: PLUMBING FIXTURE CLARIFICATION - FOR SALE UNITS

RFI 1863R1




1 UNIT 306 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.14 Scale 1/4" = 1'-0" Referencing Sheet: ID901.1




2 UNIT 306 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.14 Scale 1/4" = 1'-0" Referencing Sheet: ID901.1



3 UNIT 307 - ENLARGED REFERENCE PLAN PART 1 - RFI-1863R1
IDSK-1863R1.14 Scale 1/4" = 1'-0" Referencing Sheet: 1ID903.1




4 UNIT 307 - ENLARGED REFERENCE PLAN PART 1 - RFI-1863R1
IDSK-1863R1.14 Scale 1/4" = 1'-0" Referencing Sheet: 1ID903.1




5 UNIT 307 - ENLARGED REFERENCE PLAN PART 1 - RFI-1863R1
IDSK-1863R1.14 Scale 1/4" = 1'-0" Referencing Sheet: 1ID903.1




6 UNIT 307 - ENLARGED REFERENCE PLAN PART 1 - RFI-1863R1
IDSK-1863R1.14 Scale 1/4" = 1'-0" Referencing Sheet: 1ID903.1




7 UNIT 307 - ENLARGED REFERENCE PLAN PART 2 - RFI-1863R1
IDSK-1863R1.14 Scale 1/4" = 1'-0" Referencing Sheet: 2ID903.1

KEYNOTE LEGEND - RFI-1863R1

| KEYNOTE | NOTE |
| --- | --- |
| RP1-F | WET WALL ASSEMBLY TO BE USED IN SHOWER/BATHTUB ENCLOSURES. REFER TO ARCHITECTURAL DWGS/SPECIFICATIONS FOR DETAILS |
| RP2-F | BLOCKING TO BE ADDED FOR FUTURE GRAB BAR INSTALLATION. REFER TO ARCHITECTURAL DRAWING AG011 "GRAB BARS AND REINFORCED WALLS FOR GRAB BARS" FOR COMPLIANCE AND DETAILS |
| RP6-F | BLOCKING TO BE ADDED FOR FUTURE ART INSTALLATION.<br>- FOR SINGLE ART PIECES ON WALLS, EXTENTS TO BE 5'-6" to 7'-6" HIGH AND 4'-6" WIDE. DIMENSIONS AS PER REFERENCE PLAN. MEASURED ON CENTER OF BLOCKING.<br>- FOR MULTIPLE ART PIECES ON SAME WALL, EXTENTS TO BE 5'-6" to 7'-6" HIGH. REFER TO ELEVATIONS FOR BLOCKING WIDTH EXTENTS. |
| RP10-F | FOR WINDOW INSERT DETAILS FOR BOTH TYPICAL ROOM (WOOD FRAME) AND ENSUITES (STONE FRAME), REFER TO DWG ID854.1 |
| RP15-F | DENOTES OPTION B ENSUITE/WC. REFER TO ARCHITECTURAL DRAWING AG011 "USABLE BATHROOMS" FOR COMPLIANCE AND DETAILS |
| RP30-F | FOR FOUNDERS PLUMBING COMPONENTS FINISH, REFER TO FF-44-F, FF-45-F & FF-46-F AS SCHEDULED |

| NO. | DESCRIPTION | DATE |
| --- | --- | --- |
| 1 | RFI-1863R1 | 2024.07.23 |

IBI GROUP
10 Exchange Place
Salt Lake City UT 84111 USA
tel 801 532 4231 fax 801 532 4231
ibigroup.com

PROJECT TITLE: TETON H1-ID
SHEET TITLE: PLUMBING FIXTURE CLARIFICATION - FOUNDER'S UNITS
SCALE: AS NOTED
DRAWN BY: EUSA
SHEET NUMBER: IDSK-1863R1.14

RFI 1863R1




1 UNIT 401 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.15 Scale 1/4" = 1'-0" Referencing Sheet ID921.1




2 UNIT 401 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.15 Scale 1/4" = 1'-0" Referencing Sheet ID921.1




3 UNIT 401 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.15 Scale 1/4" = 1'-0" Referencing Sheet ID921.1




4 UNIT 401 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.15 Scale 1/4" = 1'-0" Referencing Sheet ID921.1




5 UNIT 401 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.15 Scale 1/4" = 1'-0" Referencing Sheet ID921.1




6 UNIT 401 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.15 Scale 1/4" = 1'-0" Referencing Sheet ID921.1

KEYNOTE LEGEND - RFI-1863R1

| KEYNOTE | NOTE |
|---|---|
| FP4-F | LINEAR TILEABLE DRAIN AS SPECIFIED. LENGTHWISE SLOTS TO BE CONTINUOUS (WALL TO WALL) OR AS SHOWN ON PLAN. TO ALSO BE READ IN CONJUNCTION WITH MANUFACTURER INSTALLATION RECOMMENDATIONS. |
| KP1-F | WET WALL ASSEMBLY TO BE USED IN SHOWER/BATHTUB ENCLOSURES. REFER TO ARCHITECTURAL DWGS/SPECIFICATIONS FOR DETAILS |
| KP2-F | BLOCKING TO BE ADDED FOR FUTURE GRAB BAR INSTALLATION. REFER TO ARCHITECTURAL DRAWING AG011 "GRAB BARS AND REINFORCED WALLS FOR GRAB BARS" FOR COMPLIANCE AND DETAILS |
| KP5-F | BLOCKING TO BE ADDED FOR FUTURE ART INSTALLATION.<br>- FOR SINGLE ART PIECES ON WALLS, EXTENTS TO BE 5'-4" to 7'-4" HIGH AND 4'-4" WIDE. DIMENSIONS AS PER REFERENCE PLAN. MEASURED ON CENTER OF BLOCKING.<br>- FOR MULTIPLE ART PIECES ON SAME WALL, EXTENTS TO BE 5'-4" to 7'-4" HIGH. REFER TO ELEVATIONS FOR BLOCKING WIDTH EXTENTS. |
| KP18-F | FOR WINDOW INSERT DETAILS FOR BOTH TYPICAL ROOM (WOOD FRAME) AND ENSUITES (STONE FRAME). REFER TO DWG ID864.1 |
| KP26-F | FOR TV BACKING AT NON-FIREPLACE LOCATIONS - TV BACKING TO BE 2'-6" HIGH BY 3'-0" WIDE. VERTICAL LOCATION ON WALL (HEIGHT) TO BE MEASURE ON CENTER OF BACKING AND MOUNTED AT 5'-6" HIGH, UNLESS OTHERWISE NOTED IN ELEVATION. HORIZONTAL LOCATION ON WALL TO BE MEASURED ON CENTER OF BACKING AS PER THE REFERENCE PLAN. AT FIREPLACE LOCATIONS, REFER TO KP54. |
| KP30-F | FOR FOUNDERS PLUMBING COMPONENTS FINISH, REFER TO PF-44-F, PF-45-F & PF-46-F AS SCHEDULED |

| NO. | DESCRIPTION | DATE |
|---|---|---|
| 19 | RFI-1863R1 | 2024.01.23 |

IBI GROUP
10 Exchange Place,
Salt Lake City, UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

PROJECT TITLE
TETON H1-ID

SHEET TITLE
PLUMBING FIXTURE CLARIFICATION - FOUNDER'S UNITS

SCALE
AS NOTED

PROJECT NO.
118574

DRAWN BY
FIRA

IDSK-1863R1.15

RFI 1863R1




1 UNIT 501 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.16 Scale 1/4" = 1'-0"




2 UNIT 501 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.16 Scale 1/4" = 1'-0"




3 UNIT 501 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.16 Scale 1/4" = 1'-0" Referencing Sheet: ID941.1




4 UNIT 501 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.16 Scale 1/4" = 1'-0"




5 UNIT 501 - ENLARGED REFERENCE PLAN - RFI-1863R1
IDSK-1863R1.16 Scale 1/4" = 1'-0"

KEYNOTE LEGEND - RFI-1863R1

| KEYNOTE | NOTE |
|---|---|
| RF1-F | WET WALL ASSEMBLY TO BE USED IN SHOWER/BATHTUB ENCLOSURES. REFER TO ARCHITECTURAL DWGS/SPECIFICATIONS FOR DETAILS |
| RF2-F | BLOCKING TO BE ADDED FOR FUTURE GRAB BAR INSTALLATION. REFER TO ARCHITECTURAL DRAWING A0811 "GRAB BARS AND REINFORCED WALLS FOR GRAB BARS" FOR COMPLIANCE AND DETAILS |
| RF6-F | BLOCKING TO BE ADDED FOR FUTURE ART INSTALLATION.<br>- FOR SINGLE ART PIECES ON WALLS. EXTENTS TO BE 5'-6" to 7'-6" HIGH AND 4'-6" WIDE, DIMENSIONS AS PER REFERENCE PLAN. MEASURED ON CENTER OF BLOCKING.<br>- FOR MULTIPLE ART PIECES ON SAME WALL. EXTENTS TO BE 5'-6" to 7'-6" HIGH, REFER TO ELEVATIONS FOR BLOCKING WIDTH EXTENTS. |
| RF15-F | DENOTES OPTION B ENSUITE/WC. REFER TO ARCHITECTURAL DRAWING A0811 "USABLE BATHROOM" FOR COMPLIANCE AND DETAILS |
| RF30-F | FOR FOUNDERS PLUMBING COMPONENTS FINISH. REFER TO PF-44-F, PF-45-F & PF-46-F AS SCHEDULED |

IBI GROUP
18 Exchange Place,
Salt Lake City, UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

SCALE: AS NOTED

IDSK-1863R1.16

PROJECT TITLE: TETON H1-ID

SHEET TITLE: PLUMBING FIXTURE CLARIFICATION - FOUNDER'S UNITS

RFI 1863R1

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION 22 40 00 (AS)
ISSUED FOR ASI-872
JANUARY 29, 2024

## INTERIOR RESIDENTIAL PLUMBING FIXTURE SCHEDULE - TABLE OF CONTENTS

INCLUDED:

1. GENERAL NOTES

2. PLUMBING FIXTURE SCHEDULE INDEX

3. PLUMBING FIXTURE SCHEDULE

RFI 1863R1

IBI
NICOLEHOLLIS

TETON HI
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION 22 40 00 (AS)
ISSUED FOR ASI-872
JANUARY 29, 2024

## INTERIORS PLUMBING FIXTURE SCHEDULE - GENERAL NOTES

### GENERAL NOTE:

THIS DOCUMENT IS TO BE READ IN CONJUNCTION WITH THE PERFORMANCE DOCUMENTS. CONTRACTOR IS RESPONSIBLE FOR ENSURING THAT ALL SPECIFIED ITEMS ARE SUBMITTED TO IBI GROUP FOR DESIGNER'S APPROVAL PRIOR TO PROCEEDING WITH WORK. IBI GROUP MUST APPROVE ANY SUBSTITUTIONS.

### PLUMBING

1. IBI Group specifications describe functional and aesthetic requirements for all listed items. If sustituded with a similar product meeting the above requirements, proposed sustitutions to be submitted for designer's ( IBI Group) review and approval, prior to purchase or manufacture.
2. All plumbing fixtures shall conform to all applicable governing codes and building requirements. General Contractor to advise designer ( IBI Group) inmediately of any contravention of local building codes prior to proceeding with work.
3. General Contractor is to ensure that all plumbing fixtures listed in the schedule as well as the proposed substitutions are reviewed and approved by Mechanical Consultant.
4. General Contractor is responsible for ensuring the ordering and installation of all background and support componentry required as per the Manufacturer's recommendation for each plumbing fixture/accessory specification.
5. Fabricator/Installer to follow Manufacturer's installation recommendations.
6. Manufacturer to provide cleaning and maintenance instructions for all materials and items specified.

RFI 1863R1

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION 22 40 00 (AS)
ISSUED FOR ASI-872
JANUARY 29, 2024

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE - SCHEDULE INDEX

| TAG | LOCATION | DESCRIPTION | ISSUE DATE | REVISION DATE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-01-S | WC (UON) | TOILET | OCT.1.2021 | |
| PF-02-S | MASTER BATHROOM WC | TOILET + WASHLET | OCT.1.2021 | |
| PF-03-S | SHOWERS | SHOWER DRAIN | OCT.1.2021 | |
| PF-04-S | JR MASTER, POWDER, GUEST BATHROOM LAVATORIES | UNDERMOUNT SINK | OCT.1.2021 | |
| PF-05-S | BATHROOM LAVATORIES | THREE HOLE DECK MOUNTED FAUCET | OCT.1.2021 | |
| PF-06-S | BATHROOM SHOWERS | WALL HEAD SHOWER KIT | OCT.1.2021 | |
| PF-07-S | MASTER BATHROOM | FLOOR-MOUNTED TUB FILLER WITH HANDSHOWER | OCT.1.2021 | |
| PF-08-S | MASTER BATHROOM | FREESTANDING BATHTUB | OCT.1.2021 | |
| PF-09-S | KITCHEN | UNDERMOUNT SINK | OCT.1.2021 | |
| PF-10-S | KITCHEN, LAUNDRY | FAUCET WITH SIDE SPRAY | OCT.1.2021 | |
| PF-11-S | KITCHEN | HOT/COLD WATER DISPENSER | OCT.1.2021 | SEPT.20.2023 |
| PF-12-S | WET BAR | BAR FAUCET | OCT.1.2021 | |
| PF-13-S | MASTER BATHROOM LAVATORY | UNDERMOUNT SINK | OCT.1.2021 | |
| PF-14-S | WET BAR | BAR SINKUNDERMOUNT | OCT.1.2021 | |
| PF-14A-S | WET BAR | BAR SINKUNDERMOUNT | | MAR.30.2023 |
| PF-15-S | LAUNDRY, SMALL KITCHENS | UNDERMOUNT SINK | OCT.1.2021 | |
| PF-16-S | ADA LAUNDRY, SMALL ADA KITCHENS | ADA UNDERMOUNT SINK | OCT.1.2021 | |
| PF-17-S | ADA WC | ADA TOILET | OCT.1.2021 | |
| PF-18-S | UNIT 106 (MASTER) AND 204 (LOCK OFF) | ADA SINK | OCT.1.2021 | |
| PF-19-S | ADA KITCHEN | ADA UNDERMOUNT SINK | OCT.1.2021 | |
| PF-20-S | ADA BATHROOM SHOWERS | ADA WALL HEAD SHOWER KIT | OCT.1.2021 | |
| PF-21-S | ADA BATHROOM | BATHTUB | OCT.1.2021 | |
| PF-22-S | SHOWERS | SHOWER DRAIN | OCT.1.2021 | |
| PF-23-S | ADA BATHROOM | ADA WALL HEAD SHOWER KIT WITH SPOUT | OCT.1.2021 | |
| PF-24-S | PLUMBING CONNECTIONS | WASHROOMS | | JAN.29.2024 |
| GS-01-S | KITCHEN | INSINKERATOR BUTTON | OCT.1.2021 | |

RFI 1863R1

NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION 22 40 00 (AS)
ISSUED FOR ASI-872
JANUARY 29, 2024

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | SCHEME | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|---|
| PF-24-S | MEDIUM/ DARK | Plumbing Connections<br><br>Toilet Supplt Kit<br><br>Manufacturer: New Port Brass<br>Product: 495X Toilet Supply Kit, 1/2" Compression<br>Finish: Antique Nickel (15A)<br>SKU: 495X<br><br>Lavatory Supplt Kit<br><br>Manufacturer: New Port Brass<br>Product: 493X Lavatory Supply Kit, 1/2" Compression<br>Finish: Antique Nickel (15A)<br>SKU: 493X | New Port Brass<br><br>Contact: Customer Care<br>2001 Carnegie Avenue<br>Santa Ana, CA 92705-5531<br>Phone: 949-417-5207 | Washroom | <br> |
| PF-24-S | LIGHT | Plumbing Connections<br><br>Toilet Supplt Kit<br><br>Manufacturer: New Port Brass<br>Product: 495X Toilet Supply Kit, 1/2" Compression<br>Finish: Satin Nickel - PVD (15S)<br>SKU: 495X<br><br>Lavatory Supplt Kit<br><br>Manufacturer: New Port Brass<br>Product: 493X Lavatory Supply Kit, 1/2" Compression<br>Finish: Satin Nickel - PVD (15S)<br>SKU: 493X | New Port Brass<br><br>Contact: Customer Care<br>2001 Carnegie Avenue<br>Santa Ana, CA 92705-5531<br>Phone: 949-417-5207 | Washroom | <br> |

RFI 1863R1

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-872(AMENITIES)
JANUARY 29, 2024

# INTERIORS SPECIALTIES SCHEDULE - TABLE OF CONTENTS

INCLUDED:


1. GENERAL NOTES

2. SPECIALTIES SCHEDULE INDEX

3. SPECIALTIES SCHEDULE

IBI
NICOLEHOLLIS

TETON HI
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-872(AMENITIES)
JANUARY 29, 2024

## INTERIORS SPECIALTIES SCHEDULE - SCHEDULE INDEX

| ITEM NO. | LOCATION | DESCRIPTION | ISSUE DATE | REVISION DATE |
|---|---|---|---|---|
| SPECIALTY EQUIPMENT (EQ) | | | | |
| EQ-01 | TREATMENT ROOM | MULTI-PURPOSE TABLE | OCT.01.2021 | |
| EQ-02 | INDOOR POOL | SWIM SUIT SPINNER | OCT.01.2021 | |
| EQ-03 | TREATMENT ROOM | FACE PILLOW | OCT.01.2021 | |
| EQ-04 | TREATMENT ROOM | STOOL | OCT.01.2021 | |
| EQ-05 | VIRTUAL GOLF | VIRTUAL GOLF SCREEN | OCT.01.2021 | |
| EQ-06 | L1 SKI CLUB & RELAX LOUNGE COMFORT STATION & GOLF | U/C REFRIGERATOR DRAWER | OCT.01.2021 | |
| EQ-07 | NOT IN USE | | | |
| EQ-08 | NOT IN USE | | | |
| EQ-09 | NOT IN USE | | | |
| EQ-10 | SKI LOCKERS | LOCKER BOOT DRYER | OCT.01.2021 | DEC.19.2023 |
| EQ-11 | SKI LOCKERS | GLOVE AND BOOT DRYER | OCT.01.2021 | DEC.19.2023 |
| EQ-12 | NOT IN USE | | | |
| EQ-13 | NOT IN USE | | | |
| EQ-14 | STEAM ROOM | STEAM EQUIPMENT | OCT.01.2021 | |
| EQ-15 | SAUNA | SAUNA EQUIPMENT | OCT.01.2021 | |
| EQ-16 | COLD MIST EQUIPMENT | COLD MIST | OCT.01.2021 | |
| EQ-17 | NOT IN USE | | | |
| EQ-18 | TREATMENT ROOM | TOWEL WARMER | OCT.01.2021 | |
| EQ-19 | TREATMENT ROOM | WARMING DRAWER-PANEL READY | OCT.01.2021 | |
| GS-01 | FITNESS | BALLET BARS | OCT.01.2021 | |
| MANUFACTURED FIREPLACES (FP) - SECTION 10 31 07 | | | | |
| FP-01 | GREAT HALL | GAS FIREPLACE INSERT | OCT.01.2021 | |
| FP-02 | FIRESIDE LOUNGE | GAS FIREPLACE INSERT | OCT.01.2021 | |
| FP-03 | INDOOR POOL | GAS FIREPLACE INSERT | OCT.01.2021 | |
| FP-04 | P2 LOBBY | GAS FIREPLACE | OCT.01.2021 | |
| TOILET ACCESSORIES (TA) - SECTION 10 28 00 | | | | |
| TA-01A | LOCKERS AND RESTROOMS | 36" ADA GRAB BAR | OCT.01.2021 | |
| TA-01B | LOCKERS AND RESTROOMS | 42" ADA GRAB BAR | OCT.01.2021 | |
| TA-01C | LOCKERS AND RESTROOMS | 12" ADA GRAB BAR | OCT.01.2021 | |
| TA-01D | LOCKERS AND RESTROOMS | 18" ADA GRAB BAR | OCT.01.2021 | |
| TA-01E | LOCKERS AND RESTROOMS | 48" ADA GRAB BAR | OCT.01.2021 | |
| TA-01F | LOCKERS AND RESTROOMS | 30" ADA GRAB BAR | OCT.01.2021 | |
| TA-02 | WC'S THROUGHOUT | TP HOLDER | OCT.01.2021 | |
| TA-03 | THROUGHOUT | ROBE/COAT HOOKS | OCT.01.2021 | |
| TA-04 | THROUGHOUT | ADA P-TRAP COVER | OCT.01.2021 | JAN.29.2024 |
| TA-04A | THROUGHOUT | ADA P-TRAP COVER | | JAN.29.2024 |
| TA-05 | HYDRO CIRUCUIT | ADA TRANSFER LEDGE GRAB BARS | OCT.01.2021 | |
| TA-06 | WC'S | TOILET SEAT COVER DISPENSER | OCT.01.2021 | |
| TA-07 | ADA SHOWER | ADA SEAT | OCT.01.2021 | |

RFI 1863R1

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-872(AMENITIES)
JANUARY 29, 2024

| INTERIORS SPECIALTIES SCHEDULE - SCHEDULE INDEX | | | | |
|---|---|---|---|---|
| ITEM NO. | LOCATION | DESCRIPTION | ISSUE DATE | REVISION DATE |
| TA-08 | ADA SHOWER | BABY CHANGING TABLE | OCT.01.2021 | |
| TUB AND SHOWER ENCLOSURES - SECTION 10 28 00 | | | | |
| SE-01 | NOT IN USE | | | |
| SE-02 | NOT IN USE | | | |
| SE-03 | NOT IN USE | | | |
| SE-04 | SHOWER 122 & 123 | SHOWER ENCLOSURE | OCT.01.2021 | |
| SE-05 | NOT IN USE | | | |
| PARTITIONS - SECTION 10 22 26 | | | | |
| OP-01 | CHEF'S TABLE | OPERABLE PARTITION | OCT.01.2021 | |
| FOOD SERVICE EQUIPMENT - SECTION 10 30 00 | | | | |
| FE-01 | CHEF'S TABLE | WINE RACK SYSTEM | | JUL.13.2023 |

RFI 1863R1

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-872(AMENITIES)
JANUARY 29, 2024

## INTERIORS SPECIALTIES SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| TOILET ACCESSORIES (TA) - SECTION 10 28 00 | | | | |
| TA-03 | Robe/Coat Hooks<br><br>Manufacturer: Rocky Mountain Hardware<br>Product: CH5; Peggy Coat Hook<br>Color/Finish: White Dark Dull<br>Dimensions: 3/4" W x 4" H.<br>Projection: 2 5/16"<br><br>Notes:<br>-GC to verify mounting hardware | Rocky Mountain Hardware<br><br>Contact: Lisa Carlomagno<br>Phone: (415) 259-9441<br>Fax: (415) 382-8893<br>Email: Lcarlomagno@sbcglobal.net<br>Address: 1020 Airport Way Halley, Id 83333<br>https://www.rockymountainhardware.com/ | Throughout |  |
| TA-04 | ADA P-trap Cover<br><br>Manufacturer: LACAVA<br>Product: Trap Cover/ #RA098<br>Color/Finish: Matte Black<br>Dimensions: Length 4-3/4", Width 4-5/8", Height 11-3/4"<br><br>Notes:<br>-Refer to ID drawings for placement.<br>-GC to verify mounting hardware.<br>- Made of stainless steel<br>- Works with most American or European traps<br>- Easy clip-on installation without any tools or hardware<br>- Mounting clip covered | LACAVA<br><br>Contact: Andrew Lau, Director of Sales<br>Phone: (773) 637-9600<br>Fax: (773) 637-9601<br>Email: andrew@lacava.com<br>Address: 6630 W. Wrightwood Avenue Chicago, IL 60707<br>https://www.lacava.com/ | Throughout | <br>*Picture does not reflect finish. Please reference description for finish/color |

RFI 1863R1

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-872(AMENITIES)
JANUARY 29, 2024

| INTERIORS SPECIALTIES SCHEDULE | | | | |
|---|---|---|---|---|
| **TAG** | **PRODUCT** | **SUPPLIER** | **LOCATION** | **IMAGE REFERENCE** |
| TOILET ACCESSORIES (TA) - SECTION 10 28 00 | | | | |
| TA-04a | ADA P-trap Cover<br><br>Manufacturer: LACAVA<br>Product: Trap Cover/ #RA098<br>Color/Finish: Polished Stainless Steel<br>Dimensions: Length 4-3/4", Width 4-5/8", Height 11-3/4"<br><br>Notes:<br>-Refer to ID drawings for placement.<br>-GC to verify mounting hardware.<br>- Made of stainless steel<br>- Works with most American or European traps<br>- Easy clip-on installation without any tools or hardware<br>- Mounting clip covered | LACAVA<br><br>Contact: Andrew Lau, Director of Sales<br>Phone: (773) 637-9600<br>Fax: (773) 637-9601<br>Email: andrew@lacava.com<br>Address: 6630 W. Wrightwood Avenue Chicago, IL 60707<br>https://www.lacava.com/ | Throughout | <br>*Picture does not reflect finish. Please reference description for finish/color |
| TA-04 ALT 1 | ADA P-trap Cover<br><br>Manufacturer: IPS Corp<br>Series: Lav Shield<br>Model: WTP-270B<br>Product: 82723<br>Finish: Stainless Steel Over Black | IPS Corp<br><br>Contact: Customer Service<br>Phone: (310) 898-3300<br>Email:<br>Address: 455 W. Victoria Street Compton, CA 90220 U.S.A. | Throughout |  |
| TA-04 ALT 2 | ADA P-trap Cover<br><br>Manufacturer: Pace Supply<br>Series: Handy Shield<br>Model: PLU2003BLK<br>Product: HANDY-SHIELD MAXX™ Soft ADA Under Lavatory/Sink Insulator Protector Kit, PVC<br>Finish: Black | Pace Supply<br><br>Contact: Customer Service<br>Phone:<br>Email: quotes-finish@pacesupply.com | Throughout |  |

RFI 1863R1

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-872
JANUARY 29, 2024

## INTERIOR RESIDENTIAL PLUMBING FIXTURE SCHEDULE - TABLE OF CONTENTS

INCLUDED:


1. GENERAL NOTES

2. PLUMBING FIXTURE SCHEDULE INDEX

3. PLUMBING FIXTURE SCHEDULE


• IBI Group • 7th floor - 55 St. Clair Ave. West Toronto ON M4V 2Y7 • Tel 416 596 1930 • Fax 416 596 0644 •
• Group is a group of firms providing professional services • www.ibigroup.com

RFI 1863R1

IBI
NICOLEHOLLIS

TETON HI
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-872
JANUARY 29, 2024

## INTERIORS PLUMBING FIXTURE SCHEDULE - GENERAL NOTES

**GENERAL NOTE:**

THIS DOCUMENT IS TO BE READ IN CONJUNCTION WITH THE PERFORMANCE DOCUMENTS. CONTRACTOR IS RESPONSIBLE FOR ENSURING THAT ALL SPECIFIED ITEMS ARE SUBMITTED TO IBI GROUP FOR DESIGNER'S APPROVAL PRIOR TO PROCEEDING WITH WORK. IBI GROUP MUST APPROVE ANY SUBSTITUTIONS.

**PLUMBING**

1. IBI Group specifications describe functional and aesthetic requirements for all listed items. If sustituded with a similar product meeting the above requirements, proposed sustitutions to be submitted for designer's ( IBI Group) review and approval, prior to purchase or manufacture.

2. All plumbing fixtures shall conform to all applicable governing codes and building requirements. General Contractor to advise designer ( IBI Group) inmediately of any contravention of local building codes prior to proceeding with work.

3. General Contractor is to ensure that all plumbing fixtures listed in the schedule as well as the proposed substitutions are reviewed and approved by Mechanical Consultant.

4. General Contractor is responsible for ensuring the ordering and installation of all background and support componentry required as per the Manufacturer's recommendation for each plumbing fixture/accessory specification.

5. Fabricator/Installer to follow Manufacturer's installation recommendations.

6. Manufacturer to provide cleaning and maintenance instructions for all materials and items specified.

RFI 1863R1

IBI
NICOLEHOLLIS

TETON HI
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-872
JANUARY 29, 2024

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE - SCHEDULE INDEX

| TAG | LOCATION | DESCRIPTION | ISSUE DATE | REVISION DATE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-01-F | FOUNDERS MASTER BATHROOM WC 306/307, 401, 501 | TOILET & WASHLET | OCT.01.2021 | JAN.30.2023 |
| PF-02-F | FOUNDERS BATHROOM LAVATORIES 401 | WALL-MOUNTED FAUCET | OCT.01.2021 | JAN.30.2023 |
| PF-03-F | FOUNDERS BATHROOM LAVATORIES 307/306 | WALL-MOUNTED FAUCET | OCT.01.2021 | |
| PF-04-F | FOUNDERS BATHROOM LAVATORIES 501 | WALL-MOUNTED FAUCET | OCT.01.2021 | JAN.30.2023 |
| PF-05-F | UNIT 401 POWDER ROOM | WALL-MOUNTED SINGLE LEVER FAUCET | OCT.01.2021 | JAN.30.2023 |
| PF-06-F | UNIT 307/306 POWDER ROOM | WALL-MOUNTED SINGLE LEVER FAUCE | OCT.01.2021 | |
| PF-07A-F | FOUNDERS BATHROOM SHOWERS 401 | JET WALL SHOWER HEAD WITH ARM | OCT.01.2021 | |
| PF-07B-F | 401 HIS SHOWERS | SHOWER KIT WITH JET SHOWER HEAD | OCT.01.2021 | JAN.30.2023 |
| PF-08A-F | FOUNDERS BATHROOM SHOWERS 501 | JET WALL SHOWER HEAD WITH ARM | OCT.01.2021 | JAN.30.2023 |
| PF-08B-F | 501 MASTER SHOWER | SHOWER KIT WITH JET SHOWER HEAD | OCT.01.2021 | JAN.30.2023 |
| PF-09-F | FOUNDERS BATHROOM SHOWERS 401 | WALL HEAD SHOWER KIT | OCT.01.2021 | JAN.30.2023 |
| PF-10-F | FOUNDERS BATHROOM SHOWERS 307/306 | WALL HEAD SHOWER KIT | OCT.01.2021 | |
| PF-11-F | FOUNDERS BATHROOM SHOWERS 501 | WALL HEAD SHOWER KIT | OCT.01.2021 | JAN.30.2023 |
| PF-12-F | FOUNDERS JUNIOR MASTER BATHROOM 401 | FLOOR-MOUNTED TUB FILLER WITH HANDSHOWER | OCT.01.2021 | JAN.30.2023 |
| PF-13-F | FOUNDERS MASTER BATHROOM 307/306 | FLOOR-MOUNTED TUB FILLER WITH HANDSHOWER | OCT.01.2021 | |
| PF-14-F | FOUNDERS MASTER BATHROOM 501 | FLOOR-MOUNTED TUB FILLER WITH HANDSHOWER | OCT.01.2021 | JAN.30.2023 |
| PF-15-F | MASTER BATHROOM 401, 501, 307/306 | FREESTANDING BATH | OCT.01.2021 | |
| PF-16-F | KITCHEN | UNDERMOUNT SINK | OCT.01.2021 | |
| PF-17-F | KITCHEN, KITCHENETTE, LAUNDRY 401 | FAUCET W/ SIDE SPRAY | OCT.01.2021 | JAN.30.2023 |
| PF-18-F | KITCHEN, KITCHENETTE, LAUNDRY 307/306 | FAUCET W/ SIDE SPRA | OCT.01.2021 | |
| PF-19-F | KITCHEN, KITCHENETTE, LAUNDRY 501 | FAUCET W/ SIDE SPRAY | OCT.01.2021 | JAN.30.2023 |
| PF-20-F | KITCHEN 401 | HOT/COLD WATER DISPENSER | OCT.01.2021 | SEPT.20.2023 |
| PF-21-F | KITCHEN 307/306 | HOT/COLD WATER DISPENSER | OCT.01.2021 | |
| PF-22-F | KITCHEN 501 | HOT/COLD WATER DISPENSER | OCT.01.2021 | SEPT.20.2023 |
| PF-23-F | WET BAR 401 | BAR FAUCET | OCT.01.2021 | JAN.30.2023 |
| PF-24-F | WET BAR 307/306 | BAR FAUCET | OCT.01.2021 | |
| PF-25-F | WET BAR 501 | BAR FAUCET | OCT.01.2021 | JAN.30.2023 |
| PF-26-F | GUEST BATHROOM LAVATORY | UNDERMOUNT SINK | OCT.01.2021 | |
| PF-27-F | WET BAR | BAR SINK | OCT.01.2021 | |
| PF-28-F | LAUNDRY, SMALL KITCHENS | UNDERMOUNT SINK | OCT.01.2021 | |
| PF-29-F | NOT IN USE | | OCT.01.2021 | APR.07.2022 |
| PF-30-F | KITCHEN SINK 401, 501 | GARBAGE DISPOSAL BUTTON | OCT.01.2021 | JAN.30.2023 |
| PF-31-F | KITCHEN SINK 307/306 | GARBAGE DISPOSAL BUTTON | OCT.01.2021 | |
| PF-32-F | FOUNDERS MASTER BATHROOM 401 | DECK MOUNTED FAUCET | OCT.01.2021 | JAN.20.2023 |
| PF-33-F | NOT IN USE | | OCT.01.2021 | APR.07.2022 |
| PF-34-F | FOUNDERS WC (UON) | TOILET | OCT.01.2021 | JAN.30.2023 |
| PF-35-F | FOUNDERS SHOWERS | SHOWER DRAIN | OCT.01.2021 | |

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-872
JANUARY 29, 2024

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE - SCHEDULE INDEX

| TAG | LOCATION | DESCRIPTION | ISSUE DATE | REVISION DATE |
|---|---|---|---|---|
| PF-36-F | FOUNDERS GUEST BATHROOM 307/306 | DECK MOUNTED FAUCET | OCT.01.2021 | |
| PF-37-F | 401 POWDER ROOM | SINK | OCT.01.2021 | |
| PF-38-F | 306/307 MASTER BATH | SINK DRAIN | OCT.01.2021 | JAN.30.2023 |
| PF-39-F | 401 MASTER BATH | SINK DRAIN | OCT.01.2021 | JAN.30.2023 |
| PF-40-F | 501 MASTER BATH | SINK DRAIN | OCT.01.2021 | JAN.30.2023 |
| PF-41-F | 501 POWDER ROOM | SINK | OCT.01.2021 | |
| PF-42-F | 401 KITCHEN | SINK | | JAN.30.2023 |
| PF-43-F | 307 GUEST BATHROOM | FREESTANDING TUB | | DEC.13.2023 |
| PF-44-F | 306/307 WASHROOM | PLUMBING CONNECTIONS | | JAN.29.2024 |
| PF-45-F | 501 WASHROOM<br>401 POWDER WASHROOM<br>401 GUEST WASHROOMS | PLUMBING CONNECTIONS | | JAN.29.2024 |
| PF-46-F | 401 HIS AND HER ENSUITE | PLUMBING CONNECTIONS | | JAN.29.2024 |

IBI
NICOLEHOLLIS

TETON HI
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-872
JANUARY 29, 2024

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-43-F | Freestanding Bathtub<br><br>Manufacturer: WET Style<br>Product: Straight Bathtub BST01<br>Color/Finish: Matte<br>Dimensions: 58 15/16" x 27 15/16" x 21 1/16"<br>Drain Connection: ABS<br>Overflow: Satin Brass<br>Faucet: Floor mounted<br><br>Notes:<br>-Refer to ID drawings for exact locations.<br>-Integrated waste & overflow included. | WET Style<br><br>1-888-536-9001<br>question@wetstyle.com<br>wetstyle.com | Unit 307 - Guest Bathroom |  |
| PF-44-F | Plumbing Connections<br><br>Toilet Supplt Kit<br><br>Manufacturer: New Port Brass<br>Product: 495X Toilet Supply Kit, 1/2" Compression<br>Finish: Uncoated Polished Brass (03N)<br>SKU: 495X<br><br>Lavatory Supplt Kit<br><br>Manufacturer: New Port Brass<br>Product: 493X Lavatory Supply Kit, 1/2" Compression<br>Finish: Uncoated Polished Brass (03N)<br>SKU: 493X | New Port Brass<br><br>Contact: Customer Care<br>2001 Carnegie Avenue<br>Santa Ana, CA 92705-5531<br>Phone: 949-417-5207 | 306/307 Washroom | <br> |

RFI 1863R1

IBI
NICOLEHOLLIS

TETON HI
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION AS NOTED
ISSUED FOR ASI-872
JANUARY 29, 2024

## INTERIORS RESIDENTIAL PLUMBING FIXTURE SCHEDULE

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PLUMBING (PF) - SECTION 22 40 00 | | | | |
| PF-45-F | Plumbing Connections<br><br>Toilet Supplt Kit<br><br>Manufacturer: New Port Brass<br>Product: 495X Toilet Supply Kit, 1/2" Compression<br>Finish: Antique Nickel (15A)<br>SKU: 495X<br><br>Lavatory Supplt Kit<br><br>Manufacturer: New Port Brass<br>Product: 493X Lavatory Supply Kit, 1/2" Compression<br>Finish: Antique Nickel (15A)<br>SKU: 493X | New Port Brass<br><br>Contact: Customer Care<br>2001 Carnegie Avenue<br>Santa Ana, CA 92705-5531<br>Phone: 949-417-5207 | 501 Washroom<br>401 Powder Washroom<br>401 Guest Washroom | <br> |
| PF-46-F | Plumbing Connections<br><br>Toilet Supplt Kit<br><br>Manufacturer: New Port Brass<br>Product: 495X Toilet Supply Kit, 1/2" Compression<br>Finish: Satin Nickel - PVD (15S)<br>SKU: 495X<br><br>Lavatory Supplt Kit<br><br>Manufacturer: New Port Brass<br>Product: 493X Lavatory Supply Kit, 1/2" Compression<br>Finish: Satin Nickel - PVD (15S)<br>SKU: 493X | New Port Brass<br><br>Contact: Customer Care<br>2001 Carnegie Avenue<br>Santa Ana, CA 92705-5531<br>Phone: 949-417-5207 | 401His and Her Ensuite | <br> |

RFI 1863R1

IBI
NICOLEHOLLIS

TETON H I
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION 22 40 00
ISSUED FOR ASI-872 (AMENITIES)
JANUARY 29, 2024

## INTERIORS PLUMBING FIXTURE SCHEDULE - TABLE OF CONTENTS

INCLUDED:


1. GENERAL NOTES

2. PLUMBING FIXTURE SCHEDULE INDEX

3. PLUMBING FIXTURE SCHEDULE

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION 22 40 00
ISSUED FOR ASI-872 (AMENITIES)
JANUARY 29, 2024

## INTERIORS PLUMBING FIXTURE SCHEDULE - SCHEDULE INDEX

PLUMBING (PF) - SECTION 22 40 00

| TAG | LOCATION | DESCRIPTION | ISSUE DATE | REVISION DATE |
|---|---|---|---|---|
| PF-01 | COMFORT STATION, LOCKER ROOMS, FITNESS & BUFFET | WATER FILLER | OCT.01.2021 | |
| PF-01A | COMFORT STATION, LOCKER ROOMS, FITNESS & BUFFET | IN COUNTER DRAIN | OCT.01.2021 | |
| PF-02 | NOT IN USE | | | |
| PF-02A | NOT IN USE | | | |
| PF-03 | SKI LOCKERS AND P1 RESTROOMS | UNDERMOUNT SINK | OCT.01.2021 | |
| PF-03A | SKI LOCKERS AND P1 WC'S | GRID DRAIN | OCT.01.2021 | |
| PF-04 | WC'S | P-TRAP & SUPPLY KIT | OCT.01.2021 | |
| PF-05 | WC'S | WALL HUNG TOILET | OCT.01.2021 | FEB.06.2023 |
| PF-06 | WC'S | ADA URINAL | OCT.01.2021 | |
| PF-07 | TREATMENT ROOMS | SERVICE SINK | OCT.01.2021 | |
| PF-08 | TREATMENT ROOMS | SERVICE FAUCET | OCT.01.2021 | |
| PF-09 | SHOWERS | RAIN SHOWER | OCT.01.2021 | |
| PF-09A | SHOWERS | CONCEALED THERMOSTAT W/2WAY VOLUME CONTROL | OCT.01.2021 | |
| PF-09B | SHOWERS | CONCEALED THERMOSTAT W/SUPPLY STOPS | OCT.01.2021 | |
| PF-09C | SHOWERS | HANDSHOWER | OCT.01.2021 | |
| PF-09D | SHOWERS | DRAIN | OCT.01.2021 | |
| PF-09E | RAINSHOWER @ SHOWERS | CONCEALED WALL ELBOW | OCT.01.2021 | |
| PF-09F | HANDSHOWER @ SHOWERS | ROUGH IN ADAPTOR | OCT.01.2021 | |
| PF-09G | HANDSHOWER @ SHOWERS | WALL ELBOW | OCT.01.2021 | |
| PF-09H | NOT IN USE | | | |
| PF-10 | THROUGHOUT | DECK MOUNT LAV SPOUT | OCT.01.2021 | |
| PF-10A | SPA LOCKER ROOM VANITY | P-TRAP & SUPPLY KIT | OCT.01.2021 | |
| PF-10B | INTEGRATED SINKS THROUGHOUT | GRID DRAIN | OCT.01.2021 | |
| PF-11 | SHOWERS | DRAIN | OCT.01.2021 | |
| PF-12 | NOT IN USE | | | |
| PF-13 | PLUMBING CONNECTIONS | WASHROOM | | JAN.29.2024 |

RFI 1863R1

IBI
NICOLEHOLLIS

TETON H1
JACKSON HOLE, WYOMING
PROJECT #119374
SECTION 22 40 00
ISSUED FOR ASI-872 (AMENITIES)
JANUARY 29, 2024

## INTERIORS PLUMBING FIXTURE SCHEDULE

PLUMBING (PF) - SECTION 22 40 00

| TAG | PRODUCT | SUPPLIER | LOCATION | IMAGE REFERENCE |
|---|---|---|---|---|
| PF-13 | Plumbing Connections<br><br>Toilet Supplt Kit<br><br>Manufacturer: New Port Brass<br>Product: 495X Toilet Supply Kit, 1/2" Compression<br>Finish: Antique Nickel (15A)<br>SKU: 495X<br><br>Lavatory Supplt Kit<br><br>Manufacturer: New Port Brass<br>Product: 493X Lavatory Supply Kit, 1/2" Compression<br>Finish: Antique Nickel (15A)<br>SKU: 493X | New Port Brass<br><br>Contact: Customer Care<br>2001 Carnegie Avenue<br>Santa Ana, CA 92705-5531<br>Phone: 949-417-5207 | Washroom | <br> |

RFI 2076

Layton
CONSTRUCTING WITH INTEGRITY

**Layton Construction Company, LLC**
9090 South Sandy Parkway
Sandy, UT 84070

801-568-9090

# Request For Information
# RFI-2076

Printed On: 11/17/2023


**Subject:** PR 9 Laundry Room Design
**Project:** Hoback Club/Teton H-1
**To:** IBI Group
Steve Jones
**Address:** 10 Exchange Place, 112
Salt Lake City, UT 84111 United States
**Phone:** 801-532-4233 **Fax:** 949-833-5511

**Entered By:** Ty Selk

**Date:** 11/17/2023
**Job:** 211002

**Required:** 12/01/2023

---

***Co-Author:*** ***Contact:*** ***Co-Author RFI Number:***
***Phone:***

---

***Reference:***

---

***Request:***

1. ASI 470 and PR 9 do not tag or indicate the equipment in the laundry room. Please confirm the stacked W/D combo and the 2 commercial washers and 2 commercial dryers are to be owner provided. If they are to be contractor provided please provide an ASI that provides directive and an updated ID drawing with fixture tags and updated finish schedule.

2. The stacked W/D was priced in PR 9 and assumed to be LG (see pages 2-8 of this RFI). If these are contractor provided please confirm the assumed models are acceptable and provided updated ID drawings with fixture tag and finish schedule.

2a. The stacked W/D equipment assumed above do not have electrical shown on ESK-470-10 included in ASI 470 (pricing for electrical was not provided in PR-9). Please provide updated Electrical Drawings and Panel Schedule.

3. The commercial dryer cut sheets were provided in RFI-1972. If these are to be contractor provided please confirm which electrical model is to be provided. The 24 or 36 kw? As there is no gas lines ran to this Laundry room the equipment is assumed to be Electric.

3a. The electrical requirements for the commercial dryer cut sheet in RFI-1972 are greater than the current electrical design issued in ASI 470. Please provide updated P3L2 panel schedule for these commercial dryers. It would appear that the additional electrical load for these dryers would put the panel load over 80%, please review and confirm panel loads.

4. Please review and confirm the plumbing and mechanical requirements for the commercial washer and dryer provided in RFI-1972 are sufficient.Please also confirm the electrical requirements for the commercial washer provided in RFI-1972.

5. RFI-2057 added an alternate for the commercial washer and dryers. Please confirm electrical, plumbing, and mechanical requirements are sufficient for this alternate or advise as they seem to have different MEP requirements for the 2 models.

---

***Suggestion:***

1. Layton is to provide laundry equipment and the installation.
2. Refer to ASI-801 & ASI-809 for specified equipment.
2a. Updated electrical drawings will be issued in ASI-882.
3. Commercial dryer to be electrical - XX kw.
3a. Updated electrical drawings will be issued in ASI-882.
4. Updated drawings will be issued in ASI-882.
5. Electrical, plumbing, and mechanical requirements are per base of design. Alternate models are proposed by LCC in interest of competitive pricing and availability.
Unimac options, UWT065V40L (Washer) and UT075N (Dryer), are acceptable manufacturer / model to ownership.
Coordination of electrical, plumbing, and mechanical requirements is LCC responsibility.

M. Korkut - Arcadis

G2 Response:

4. The plumbing in plans meets the requirements for the washer provided in RFI-1972. The dryer provided in RFI-1972 requires a larger exhaust connection than originally coordinated and needs to increase from 8" round to 10" round. See attached revised mechanical drawings.

5. The mechanical and plumbing in plans meets the requirements for the alternate commercial washers and dryers.

Anna Salvatorelli
1/22/2024

**Answered By:**

**Date:**

***Answer:***

---

***Attachments:*** 2

1. See notes 2 and 5 below.
2. Stacked Dryer selection (LG DLEX6700B) is not compatible with available electrical service. Dryer specifies 240v, Electrical service available is 277/480v and 120/208v. LG Technical Support confirmed 240v is required for the dryer to work properly. It is confirmed that the LG DLEX4000B model is acceptable.
3. Commercial dryer to be electrical - not to exceed 24kw.
3a. 24kw electric dryers option do not exceed 80% of this panel.
5. Unimac dryer is a gas dryer. If gas heat is used in lieu of electrical smaller, gas service will need to be provided and electrical service can be reduced to accommodate.

Sam Schexnayder - Arcadis

pm3010


WORK NOTES
WORK NOTES
CODY LANE DEVELOPMENT CORPORATION
DDRM
IBI GROUP
15 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com
TETON H1
Project Status
OVERALL FLOOR PLAN LEVEL P3 - MECHANICAL
M200
119374
3 P3 EXHAUST & OUTSIDE AIR LOUVERS
1/8" = 1'-0"
LEVEL 01 6386' - 0"
LEVEL P1 6377' - 4"
LEVEL P2 6366' - 0"
LEVEL P3 6356' - 0"
72"X28" OA LOUVER
2 ENLARGED FLOOR PLAN LEVEL P3 - MECHANICAL
1/8" = 1'-0"
1 OVERALL FLOOR PLAN LEVEL P3 - MECHANICAL
1/16" = 1'-0"
SNOWMELT ZONE 2
SNOWMELT ZONE 1
1/22/2024 3:23:27 PM

## GENERAL NOTES:

## WORK NOTES




1 ENLARGED FLOOR PLAN LEVEL P2 AREA 3 - MECHANICAL

1/8" = 1'-0"

CODY LANE DEVELOPMENT CORPORATION

DDRM PARTNERS

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

# TETON H1

Project Status

LEVEL P2 AREA 3 - MECHANICAL

119374

M301C

1/22/2024 3:23:30 PM

## GENERAL NOTES:

## WORK NOTES



1 ENLARGED FLOOR PLAN LEVEL P1 AREA 3 - MECHANICAL

1/8" = 1'-0"



CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

**TETON H1**

Project Status

LEVEL P1 AREA 3 - MECHANICAL

119374

M302C

1/22/2024 3:23:35 PM

RFI 2076




# LEVEL P3 POWER PLAN - BOH BRC

SCALE = 1/8" = 1'-0"

| ISSUES | | |
|---|---|---|
| No. | DESCRIPTION | DATE |
| 403 | RFI-2076 | 2024.03.01 |

PROJECT TITLE
TETON H1

SKETCH TITLE
WASHER/DRYER

| | | |
|---|---|---|
| SCALE AS NOTED | SKETCH NO. ESK 2076A | REF SHEET E300 |
| JOB NO. 211002 | | REF RFI 2076 |
| DRAWN BY AHD | | REF ASI |

DO NOT SCALE THIS DRAWING. THE CONTRACTOR SHALL BE RESPONSIBLE FOR TAKING AND VERIFYING ALL THE DIMENSIONS AND REPORTING ERRORS AND/OR OMISSIONS TO THE ARCHITECT IN WRITING BEFORE PROCEEDING WITH THE WORK.

RFI 2076

# PANELBOARD SCHEDULE

PANEL: P3L2 TYPE: Type 1 VOLTS: 120/208 Wye PHASE: 3 WIRES: 4

MOUNTING: FLUSH
BUSSING: ALUMINUM

LOCATION: LAUNDRY P328
FED FROM: LDP
AMP: 400 A

MAINS: MCB
X SUBFEED LUGS
X DOOR-IN-DOOR
ISO GROUND
200% NEUTRAL
SPD

BRANCH BREAKERS

| ITEM | AMPS | POLE | WIRE SIZE | CIR. NO. | A | B | C | A | B | C | CIR. NO. | WIRE SIZE | POLE | AMPS | ITEM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RECEPTACLE | 20 A | 1 | 12 | 1 | 1440 VA | | | 8636 VA | | | 2 | 2 | 3 | 90 A | DRYER |
| RECEPTACLE | 20 A | 1 | 12 | 3 | | 900 VA | | | 8636 VA | | 4 | -- | -- | -- | -- |
| BOOT DRYER | 20 A | 1 | 12 | 5 | | | 1200 VA | | | 8636 VA | 6 | -- | -- | -- | -- |
| BOOT DRYER | 20 A | 1 | 12 | 7 | 1200 VA | | | 0 VA | | | 8 | -- | 1 | 20 A | SPARE |
| BOOT DRYER | 20 A | 1 | 12 | 9 | | 1200 VA | | | 1456 VA | | 10 | 12 | 2 | 20 A | WASHER |
| BOOT DRYER | 20 A | 1 | 12 | 11 | | | 1200 VA | | | 1456 VA | 12 | -- | -- | -- | -- |
| RECEPTACLE | 20 A | 1 | 12 | 13 | 360 VA | | | 1456 VA | | | 14 | 12 | 2 | 20 A | WASHER |
| RECEPTACLE | 20 A | 1 | 12 | 15 | | 360 VA | | | 1456 VA | | 16 | -- | -- | -- | -- |
| BOOT DRYER | 20 A | 1 | 12 | 17 | | | 1200 VA | | | 900 VA | 18 | 12 | 1 | 20 A | RECEPTACLE |
| BOOT DRYER | 20 A | 1 | 12 | 19 | 1200 VA | | | 900 VA | | | 20 | 12 | 1 | 20 A | RECEPTACLE |
| BOOT DRYER | 20 A | 1 | 12 | 21 | | 1200 VA | | | 720 VA | | 22 | 12 | 1 | 20 A | RECEPTACLE |
| BOOT DRYER | 20 A | 1 | 12 | 23 | | | 1200 VA | | | 900 VA | 24 | 12 | 1 | 20 A | RECEPT |
| RECEPTACLE | 20 A | 1 | 12 | 25 | 900 VA | | | 900 VA | | | 26 | 12 | 1 | 20 A | RECEPT |
| RECEPTACLE | 20 A | 1 | 12 | 27 | | 1220 VA | | | 1600 VA | | 28 | 12 | 1 | 20 A | MICROWAVE |
| REFRIGERATOR | 20 A | 1 | 12 | 29 | | | 1000 VA | | | 360 VA | 30 | 12 | 1 | 20 A | RECEPTACLE |
| DISHWASHER | 20 A | 1 | 12 | 31 | 1000 VA | | | 696 VA | | | 32 | 12 | 1 | 20 A | EF - P3-3 |
| MICROWAVE | 20 A | 1 | 12 | 33 | | 1600 VA | | | 562 VA | | 34 | 12 | 2 | 15 A | FCU - P3-7 |
| REFRIGERATOR | 20 A | 1 | 12 | 35 | | | 1000 VA | | | 562 VA | 36 | -- | -- | -- | -- |
| | | | | 37 | | | | 8636 VA | | | 38 | 2 | 3 | 90 A | DRYER |
| | | | | 39 | | | | | 8636 VA | | 40 | -- | -- | -- | -- |
| SPARE | 20 A | 1 | -- | 41 | | | 0 VA | | | 8636 VA | 42 | -- | -- | -- | -- |
| | | | | | 35545 | 37946 | 36746 | TOTAL (VA) | | | | | | | CONNECTED LOAD TOTAL |
| | | | | | 296 A | 318 A | 308 A | AMPS/PHASE | | | | | | | 110236 VA |

Legend:
* PROVIDE 5mA GFCI CIRCUIT BREAKER

A/C RATING ________ AMPS RMS SYSM.

# PANELBOARD SCHEDULE

PANEL: P3L3 TYPE: Type 1 VOLTS: 120/208 Wye PHASE: 3 WIRES: 4

MOUNTING: FLUSH
BUSSING: ALUMINUM

LOCATION: LAUNDRY P328
FED FROM: P3L2
AMP: 400 A

MAINS: MLO
SUBFEED LUGS
X DOOR-IN-DOOR
ISO GROUND
200% NEUTRAL
SPD

BRANCH BREAKERS

| ITEM | AMPS | POLE | WIRE SIZE | CIR. NO. | A | B | C | A | B | C | CIR. NO. | WIRE SIZE | POLE | AMPS | ITEM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *HAND DRYER | 20 A | 1 | 12 | 1 | 1000 VA | | | 1200 VA | | | 2 | 12 | 1 | 20 A | BOOT DRYER |
| *HAND DRYER | 20 A | 1 | 12 | 3 | | 1000 VA | | | 1200 VA | | 4 | 12 | 1 | 20 A | BOOT DRYER |
| *HAND DRYER | 20 A | 1 | 12 | 5 | | | 1000 VA | | | 1200 VA | 6 | 12 | 1 | 20 A | BOOT DRYER |
| *HAND DRYER | 20 A | 1 | 12 | 7 | 1000 VA | | | 1200 VA | | | 8 | 12 | 1 | 20 A | BOOT DRYER |
| RECEPTACLE | 20 A | 1 | 12 | 9 | | 800 VA | | | 1200 VA | | 10 | 12 | 1 | 20 A | BOOT DRYER |
| RECEPTACLE | 20 A | 1 | 12 | 11 | | | 800 VA | | | 1200 VA | 12 | 12 | 1 | 20 A | BOOT DRYER |
| CP-4 | 15 A | 1 | 12 | 13 | 125 VA | | | 1200 VA | | | 14 | 12 | 1 | 20 A | BOOT DRYER |
| DWHX-4 | 25 A | 1 | 12 | 15 | | 1800 VA | | | 1200 VA | | 16 | 12 | 1 | 20 A | BOOT DRYER |
| DWHX-5 | 25 A | 1 | 12 | 17 | | | 1800 VA | | | 0 VA | 18 | -- | 1 | 20 A | SPARE |
| SPARE | 20 A | 1 | -- | 19 | 0 VA | | | 0 VA | | | 20 | -- | 1 | 20 A | SPARE |
| SPARE | 20 A | 1 | -- | 21 | | 0 VA | | | 0 VA | | 22 | -- | 1 | 20 A | SPARE |
| SPARE | 20 A | 1 | -- | 23 | | | 0 VA | | | 0 VA | 24 | -- | 1 | 20 A | SPARE |
| SPARE | 20 A | 1 | -- | 25 | 0 VA | | | 0 VA | | | 26 | -- | 1 | 20 A | SPARE |
| SPARE | 20 A | 1 | -- | 27 | | 0 VA | | | 1200 VA | | 28 | 12 | 1 | 20 A | STACKED WASHER |
| SPARE | 20 A | 1 | -- | 29 | | | 0 VA | | | 2496 VA | 30 | 10 | 2 | 30 A | STACKED DRYER |
| SPACE ONLY | -- | -- | -- | 31 | 0 VA | | | 2496 VA | | | 32 | -- | -- | -- | -- |
| SPACE ONLY | -- | -- | -- | 33 | | 0 VA | | | 0 VA | | 34 | -- | -- | -- | SPACE ONLY |
| SPACE ONLY | -- | -- | -- | 35 | | | 0 VA | | | 0 VA | 36 | -- | -- | -- | SPACE ONLY |
| SPACE ONLY | -- | -- | -- | 37 | 0 VA | | | 0 VA | | | 38 | -- | -- | -- | SPACE ONLY |
| SPACE ONLY | -- | -- | -- | 39 | | 0 VA | | | 0 VA | | 40 | -- | -- | -- | SPACE ONLY |
| SPACE ONLY | -- | -- | -- | 41 | | | 0 VA | | | 0 VA | 42 | -- | -- | -- | SPACE ONLY |
| | | | | | 8221 | 8400 | 8496 | TOTAL (VA) | | | | | | | CONNECTED LOAD TOTAL |
| | | | | | 69 A | 70 A | 71 A | AMPS/PHASE | | | | | | | 25117 VA |

Legend:
* PROVIDE 5mA GFCI CIRCUIT BREAKER

A/C RATING ________ AMPS RMS SYSM.

| ISSUES | | |
|---|---|---|
| No. | DESCRIPTION | DATE |
| 403 | RFI-2076 | 2024.03.01 |

PROJECT TITLE
TETON H1

SKETCH TITLE
WASHER/DRYER

SCALE
AS NOTED

JOB NO.
211002

DRAWN BY
AHD

SKETCH NO.
ESK 2076B

REF SHEET
E016

REF RFI
2076

REF ASI

DO NOT SCALE THIS DRAWING. THE CONTRACTOR SHALL BE RESPONSIBLE FOR TAKING AND VERIFYING ALL THE DIMENSIONS AND REPORTING ERRORS AND/OR OMISSIONS TO THE ARCHITECT IN WRITING BEFORE PROCEEDING WITH THE WORK.

RFI 2076

LG Life's Good

HOME APPLIANCES

## LG LAUNDRY

# DLEX4000_ / DLGX4001_

## 7.4 cu.ft. Front Load Dryer with TurboSteam™ and Built-In Intelligence



KEY FEATURES

- 7.4 cu. ft. Ultra Large Capacity
- TurboSteam™ Technology
- AI Fabric Sensor/ Smart Pairing™
- LG ThinQ® Technology / Proactive Customer Care
- Tempered Glass Door
- FlowSense™ Duct Clogging and Lint Filter Indicators
- ENERGY STAR® Certified
- Closet Depth
- LoDecibel™ Quiet Operation
- Reversible Door
- Wrinkle Care Option

AVAILABLE COLORS

- WHITE
- BLACK STEEL

ENERGY STAR

SMART APPLIANCE

LG ThinQ

**Enjoy new ways to control your home with LG smart appliances**

- Use the ThinQ® app to start the laundry while you're out
- Get alerts when the cycle is finished
- With Smart Pairing™, the washer can tell the dryer to select a compatible drying cycle

works with the Google Assistant — works with alexa

PRODUCT FEATURES

| | |
|---|---|
| **SUMMARY** | |
| Type | Front Load Dryer |
| Capacity | 7.4 cu. ft. |
| Matching Washer | WM4000HWA, WM4000HBA |
| Sensor Dry | Yes |
| Steam | Yes |
| Color | White (W), Black Steel (B) |
| **APPEARANCE** | |
| Intelligent Electronic Controls with LED Display | Yes |
| Dial-A-Cycle™ | Yes |
| Touch Buttons | Yes |
| **DRYER PROGRAMS** | |
| No. of Programs | 12 |
| Programs (Sensor Dry) | Normal, Heavy Duty, Bedding, Anti Bacterial, SteamSanitary™, SteamFresh™, Perm Press, Delicates, Towels, Speed Dry (Manual Dry), Air Dry (Manual Dry), Downloaded |
| No. of Options | 12 |
| Options | More Time, Less Time, Damp Dry Signal, Wrinkle Care, Control Lock, Wi-Fi, Energy Saver, TurboSteam™, Reduce Static, Remote Start, Drum Light, Signal |
| Temperature Settings | High, Med.High, Medium, Low, Ultra Low |
| Drying Levels | Very Dry, More Dry, Normal Dry, Less Dry, Damp Dry |
| Manual Dry Times | 60 min., 50 min., 40 min., 30 min., 20 min., More Time/Less Time |

| | |
|---|---|
| **FABRIC CARE FEATURES** | |
| A.I Dry | Yes |
| Sensor Dry | Yes |
| Precise Temperature Control with Variable Heater | Yes |
| Steam | TurboSteam™ |
| **CONVENIENCE FEATURES** | |
| 3 Minute Installation Check | Yes |
| LoDecibel™ Quiet Operation | Yes |
| End of Cycle Signal | Yes |
| Drum Light | Yes |
| Reversible Door | Yes |
| FlowSense™ Duct Clogging Indicator | Yes |
| Wrinkle Care Option | Yes |
| Child Lock | Yes |
| Venting Option | Electric: 4 Way Venting / Gas: 3 Way Venting |
| 4 Adjustable Legs | Yes |
| Remaining Time Display/Status Indicator(s) | Yes |
| **ThinQ® TECHNOLOGY** | |
| SmartDiagnosis™ (v3.0) | Yes |
| Wi-Fi | Yes |
| Remote Start and Cycle Monitor | Yes |
| Energy Monitoring | Yes (Wi-Fi) |
| **ENERGY** | |
| ENERGY STAR® Certified | Yes |
| CEF | 3.94 (Electric), 3.49 (Gas) |
| **MATERIALS AND FINISHES** | |
| Aluminized Alloy Steel Drum | Yes |
| Tub Rear | Painted |
| Cabinet | Painted Steel |
| Door | Tempered Glass Door |
| All Available Colors | White (W), Black Steel (B) |

| | |
|---|---|
| **POWER SOURCE** | |
| Ratings | CSA Listed |
| Electrical Requirements | 120V, 15 Amps (Gas) / 240V 30 Amps (Electric) |
| Type | Electric, Gas |
| BTU Rating | 20,000 Feet |
| **OPTIONS** | |
| LP Conversion Kit | 383EEL3002D |
| Side Venting Kit | 3911EZ9131X |
| Pedestal | WDP4W, WDP4B |
| Pedestal (WxHxD) | 27 x 14 1/8 x 30 3/4 (50 1/2 D with door open) |
| **DIMENSIONS (ELECTRIC)** | |
| Product (WxHxD) | 27" x 39" x 30 1/8" |
| Depth with Door Open | 51 3/8" |
| Carton (WxHxD) | 29 1/2" x 42 1/4" x 31 1/4" |
| Weight (Product) | 125.3 lbs |
| Weight (Carton) | 142.6 lbs |
| **DIMENSIONS (GAS)** | |
| Product (WxHxD) | 27" x 39" x 30 1/8" |
| Depth with Door Open | 51 3/8" |
| Carton (WxHxD) | 29 1/2" x 42 1/4" x 31 1/4" |
| Weight (Product) | 139.3 lbs |
| Weight (Carton) | 155.0 lbs |
| **LIMITED WARRANTY** | |
| Parts & Labor | 1 Year |
| Drum | 3 Years |
| **UPC CODES** | |
| DLEX4000W (White) | 048231028370 |
| DLGX4001W (White) | 048231028387 |
| WM4000HWA (White) | 048231028288 |
| DLEX4000B (Black Steel) | 048231028356 |
| DLGX4001B (Black Steel) | 048231028363 |
| WM4000HBA (Black Steel) | 048231028271 |

© 2020 LG Electronics USA, Inc. All rights reserved. "LG Life's Good" is a registered trademark of LG Corp. All other product and brand names are trademarks or registered trademarks of their respective owners. Design, features and specifications are subject to change without notice. Non-metric weights and measurements are approximate. Some features may require Internet access. Content and services may vary by product and are subject to change without notice. 12/11/20

RFI 2081

Layton
CONSTRUCTING WITH INTEGRITY

Layton Construction Company, LLC
9090 South Sandy Parkway
Sandy, UT 84070

801-568-9090

# Request For Information
## RFI-2081

Printed On: 11/21/2023
Page 1 of 1

**Subject:** Unit 301 FSD Modifications
**Project:** Hoback Club/Teton H-1
**To:** IBI Group
Steve Jones
**Address:** 10 Exchange Place, 112
Salt Lake City, UT 84111 United States
**Phone:** 801-532-4233 **Fax:** 949-833-5511

**Entered By:** Ryan Brown

**Date:** 11/21/2023
**Job:** 211002

**Required:** 12/05/2023

---

***Co-Author:*** RK Mechanical, LLC ***Contact:*** Aaron Gambino ***Co-Author RFI Number:*** 339
***Phone:*** 970-420-5159

---

***Reference:***

---

***Request:***

G2 observation report noted a fire smoke damper in the master bedroom of unit 301 that was located behind the fireplace enclosure.

Per their report, RK is requesting to relocate FSD currently behind fireplace enclosure and move outside of the wall as notated in markups. The old location will be fire wrapped back to the shaft. Please see attached markups and advise if this is an acceptable solution.

---

***Suggestion:***

---

**Answered By:**

**Signed:** ____________________

**Date:**

***Answer:***

---

***Attachments:***

G2 Response:

Proposed solution is acceptable so long as FSD is installed per details on sheet M128.

Anna Salvatorelli
11/28/2023

Note that RCP Submittal 095426.17 was issued to LCC (reviewed as noted) on 10/12/23 and this new location will require the addition of a 24” x 24” access panel. Location will need to be coordinated w/ ID.

M. Korkut - Arcadis
11/28/2023

RFI 2081

# Request For Information

**RFI# 21012- 339**
Project: Teton H-1
Date: 11/20/2023

**To:** **Ty Selk**
Layton Construction Co., Inc.
9090 S Sandy Parkway
Sandy, UT 84070
**Phone:** 385-266-3692
**Fax:**
**Email:**
**CC:**

**From:** **Aaron Gambino**
RK Mechanical, LLC
3800 Xanthia Street
Denver, CO 80238
**Phone:** 303-355-9696
**Fax:** 303-355-8666
**Email:** aaron.gambino@rkmechanical.com

| **Subject:** | Unit 301 FSD Modifications | **Drawing #:** | M530 | **Status:** | Open |
|---|---|---|---|---|---|

| ***Information Requested:*** | ***Dated Required:*** | **11/27/2023** |
|---|---|---|

See attached markups. RK is requesting to relocate FSD currently behind fireplace enclosure and move outside of wall as notated in markups. We will fire wrap back to shaft as done in past RFIs. Please advise if this is an acceptable solution.
Additional Information:

| ***Potential Schedule &/or Cost Impacts:*** | | | | |
|---|---|---|---|---|
| Schedule Impact: | | days | Cost Impact: | $ |

Submitted By: ______________________
Aaron Gambino

***Response:***

RFI 2081




1 ENLARGED FLOOR PLAN UNIT 301 - MECHANICAL
1/4" = 1'-0"

## GENERAL NOTES:

## WORK NOTES

| UNIT 301 LOCAL CONDO FCU SCHEDULE | | | | | |
|---|---|---|---|---|---|
| TAG | UNIT SIZE | SUPPLY AIR (CFM) | OUTSIDE AIR (CFM) | HUMIDIFIER TAG | NOTES |
| FCU-301-1 | CDV 08 | 400 | 70 | EH-1 | A, B |
| FCU-301-2 | CDV 08 | 420 | 75 | EH-1 | A, B |
| FCU-301-3 | CDV 12 | 800 | 155 | EH-1 | A, B |
| FCU-301-4 | CDV 08 | 330 | 60 | EH-1 | A, B |

NOTES:
A) LOCAL SCHEDULE FOR QUICK REFERENCE ONLY, REFER TO CONDO FAN COIL UNIT SCHEDULE ON SHEET [illegible] FOR ADDITIONAL INFORMATION
B) REFERENCE DIAGRAM ON [illegible]

CODY LANE DEVELOPMENT CORPORATION

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

09/29/2021

TETON H1

Project Status

ENLARGED FLOOR PLAN UNIT 301 - MECHANICAL

M530

119374

3/27/2023 7:32:23 PM

RFI 2081



G2 CONSULTING ENGINEERS, INC.

## #289 Mechanical

**Status**
Open

**Type**
Issue

**Created**
Nov 8, 2023 12:57 PM

**Last Updated**
Nov 8, 2023 12:57 PM

**Sheet**
M530




**Description**

FSD off riser located behind master bedroom fireplace enclosure. FSD must be accessible, either damper needs to move outside of fireplace enclosure or access needs to be made through enclosure above the ceiling.

**Photos**



20231107_102608_photo
nick casady
Nov 7, 2023 10:26 AM



20231107_102737_photo
nick casady
Nov 7, 2023 10:27 AM

RFI 2299

Layton
CONSTRUCTING WITH INTEGRITY

**Layton Construction Company, LLC**
9090 South Sandy Parkway
Sandy, UT 84070

801-568-9090

# Request For Information
# RFI-2299

Printed On: 01/31/2024


**Subject:** L2 A1 Kitchen Spray Foam

**Date:** 01/31/2024

**Project:** Hoback Club/Teton H-1 (Jackson, WY)

**Job:** 211002

**To:** IBI Group
Steve Jones

**Required:** 02/14/2024

**Address:** 10 Exchange Place, 112
Salt Lake City, UT 84111 United States

**Phone:** 801-532-4233 **Fax:** 949-833-5511

**Entered By:** Eric Boyce

---

***Co-Author:*** Layton Construction Company ***Contact:*** Ted Casto ***Co-Author RFI Number:***

***Phone:*** 801-563-3807

---

***Reference:***

---

***Request:***

In the response to RFI-2171, balconies over conditioned space need 6" of spray foam under the deck to achieve an R-39 insulation value. There is an area in the Level 2 Area 1 Kitchen where this may apply. See the attached mark up of where this will be. This area has MEP installed in the above ceiling area and is already tight to the ceiling. See the attached pictures for the current site conditions for reference. If the 6" of spray foam is required in this area it will cause the MEPs to move down which will lower the ceiling height.

Please advise if the 6" of spray foam is required in this area and to what extent. If so, please advise if the MEPs will be required to move down and the ceiling to lower.

---

***Suggestion:***

---

**Answered By:** John Hedrich, Arcadis

**Date:** 2024-02-09

***Answer:***

There is space between the top of ducts/duct insulation and underside of slab in this area as installed. The RCP indicates a ceiling height of 7'-10", which will clear the lowest point of the MEP installation (below the pipe supports). The pink area on the attached marked up plan shows the extent of the area requiring insulation extending well beyond the walls around the balcony on the level above. The sprayed foam insulation is required by the contract documents at the underside of slab and shall extend as far as the inside face of the walls surrounding the recessed balcony above as a minimum (see next page for hatched area indicating extent of required insulation).

Almost the entire area that requires insulation has ducts below, with approximately 4" of space. Since this is a limited area in the kitchen and not within a dwelling unit, it will be acceptable to provide 4" of sprayed foam insulation (basically filling the space between the ducts and the slab), in lieu of the 6".

***Attachments:***

RFI 2299




PARTIAL PLAN AT KITCHEN 210

RFI 2299




SECTION AT KITCHEN 210

RFI 2299


4
5
28' - 6"
28' - 6"
Shaded Area to receive 6" of spray foam insulation.
CHEF OFFICE
254
EMP. BRE
224
TRASH
220
ELEC.
219
E2
UNISEX
221
UNISEX
222
ADA WC
227
WC
226
7

RFI 2299









RFI 2260

Layton
CONSTRUCTING WITH INTEGRITY

Layton Construction Company, LLC
9090 South Sandy Parkway
Sandy, UT 84070

801-568-9090

# Request For Information
# RFI-2260

Printed On: 01/29/2024
Page 1 of 1

**Subject:** Ski Lobby Spray Foam
**Project:** Hoback Club/Teton H-1 (Jackson, WY)
**To:** IBI Group
Steve Jones
**Address:** 10 Exchange Place, 112
Salt Lake City, UT 84111 United States
**Phone:** 801-532-4233 **Fax:** 949-833-5511

**Entered By:** Eric Boyce

**Date:** 01/29/2024
**Job:** 211002

**Required:** 02/12/2024

***Co-Author:*** Layton Construction Company ***Contact:*** Ted Casto ***Co-Author RFI Number:***

***Phone:*** 801-563-3807

***Reference:***

***Request:***

1.In the response to RFI-2171, 6" of spray foam is required under balcony decks over conditioned spaced to achieve an R39 value. 2.The overhead MEPs have been roughed in and 3 there is not enough room to place the 6" of spray foam in this area 4 without encasing some of the MEPs. 5 This is seen in the vestibule where the duct must go over the header framing. 6 There is roughly 10" from bottom of deck to top of header. 7 The finished ceiling height is to be 9'-6" which is roughly where the bottom of the header is shown. 8 The rest of the MEPs have been placed as tight as possible with the available space above ceiling.

9.Please advise if the 6" of spray foam is required in this area. If so, please provide updated details and alternate paths for MEP.

Arcadis
Craig Rothenburger
3/7/24

Background: See related RFIs 2274, 2278,2288, 2299, & 2333. Wall section 3/A503 requires spray foam insulation below balcony 401C and above the Ski Lobby. Per typical note on detail 3/A705, the liquid applied thermal break is required at both the top, bottom and sides of balcony decks over conditioned space. Per RFI 2333, the liquid applied thermal break is not thermally required under the spray foam.

1. Noted.
2. The MEP installed tight to underside of deck is not in conformance with contract documents as it is occupying the insulation zone.
3. Floor to floor is 11'-8", Ceiling is 9'-6", Slab is 8" thick, ceiling is 2 3/4" thick, ducts are 8" with internal 1" liner. 11'-8"- 8" =11'-0", 11'-0"-9'-6"= 1'-6", 1'-6" -2 3/4" = 1'-3 1/4", 1'-6"-2 3/4" = 1'-3 1/4" , 1'-3 1/4"-8"= 7 3/4". There is enough room for 6" of spray foam.
4. See 3. There is enough room to install 6" spray foam without encasing some of the MEPs.
5. Seen. Duct could be routed east of wall. Internally lined 8" duct provides 2" more clearance than externally wrapped duct.
6. See 5.
7. See 5.
8. See 2., 3. & 5.
9. 6" spray foam is required in this area. Contractor means and methods are contractually required to effect insulation installation and correct non-conforming work. No updated details are required. See 5.

pm3010

RFI 2260




## ENLARGED SKI LOBBY

2 A800 Scale: 1/4" = 1'-0"

RFI 2260











RFI 2288

Layton
CONSTRUCTING WITH INTEGRITY

Layton Construction Company, LLC
9090 South Sandy Parkway
Sandy, UT 84070

801-568-9090

# Request For Information
## RFI-2288

Printed On: 01/30/2024
Page 1 of 1

**Subject:** Bar-Fireside Lounge Spray Foam
**Project:** Hoback Club/Teton H-1 (Jackson, WY)
**To:** IBI Group
Steve Jones
**Address:** 10 Exchange Place, 112
Salt Lake City, UT 84111 United States
**Phone:** 801-532-4233 **Fax:** 949-833-5511

**Entered By:** Eric Boyce

**Date:** 01/30/2024
**Job:** 211002

**Required:** 02/13/2024

***Co-Author:*** Layton Construction Company ***Contact:*** Ted Casto ***Co-Author RFI Number:***
***Phone:*** 801-563-3807

***Reference:***

***Request:***

1 The response to RFI-2171 stated that balconies over conditioned space need to have 6" of spray foam at the underside of the deck to achieve an R-39 insulation value. 2 This could apply to the south ceiling area of the Bar/Fireside Lounge on Level 2. 3 The MEPs have already installed in this area and are tight up to the bottom of the deck. 4 See attached plan of the affected area and the pictures of the current field conditions for reference. 5 If the 6" of foam is required the MEPS will need to lower in this area and this would lower the ceiling. 6 Please note that the spray foam would need to extend past the unconditioned space into the area under conditioned space by roughly 2'.

7 Please advise if the 6" of spray foam is required in this area. If so, please advise if the ceilings are to be lower to accommodate the MEPs and provide updated drawings to reflect this.

Arcadis 2/20/24-Background: Wall section 2/A505 shows insulation under slab. Detail 3/A705 notes "Liquid applied thermal break at both interior and exterior face of all decks over conditioned space (typ.)". Detail 8/A848 shows insulation under slab. Jorgenson Slab Elevation Survey shows Level 2 at Great Hall to be 2" high and Level 4 to be at correct elevation. Level 2 slab elevation is not in compliance with contract documents.

1. Noted. See Background above.
2. Yes. See markup. Roofs east and west of balcony 302C have insulation above concrete deck. Per Background it is a contractual requirement to supply insulation below deck, as is the liquid applied thermal break at both interior and exterior face of all decks over conditioned space.
3. The MEP installed tight to underside of deck is not in compliance with contract documents as it is occupying the insulation zone.
4. Seen.
5. There is adequate vertical clearance in the insulation zone for the liquid applied thermal break, insulation, ductwork and ceiling. There is 2'-0" from underside of concrete slab to underside of ceiling. Ductwork is 7" & 10". Ceiling is 2 3/4" leaving 9 1/4" for insulation at 10" duct, 12 1/4" at 7" duct. There is one light and one speaker in this area. Light occurs between ducts and speaker to west.
6. Note the extent of the insulation needs to be adequate to create the thermal barrier.
7. Contractor means and methods are contractually required to effect insulation installation and correct non-compliant work. Ceiling is not to be lowered.

RFI 2288

Arcadis: Roof east and west of third floor balcony has insulation above concrete deck




Arcadis: Area of balcony above

insulative coating above and below balcony required per typical note on 3/A705. Insulation below slab required per 8/A848.









RFI 2278

Layton
CONSTRUCTING WITH INTEGRITY

Layton Construction Company, LLC
9090 South Sandy Parkway
Sandy, UT 84070

801-568-9090

# Request For Information
## RFI-2278

Printed On: 01/29/2024
Page 1 of 1

**Subject:** Great Hall Spray Foam
**Project:** Hoback Club/Teton H-1 (Jackson, WY)
**To:** IBI Group
Steve Jones
**Address:** 10 Exchange Place, 112
Salt Lake City, UT 84111 United States
**Phone:** 801-532-4233 **Fax:** 949-833-5511

**Entered By:** Eric Boyce

**Date:** 01/29/2024
**Job:** 211002

**Required:** 02/12/2024

***Co-Author:*** Layton Construction Company ***Contact:*** Ted Casto ***Co-Author RFI Number:***

***Phone:*** 801-563-3807

***Reference:***

***Request:***

1. In the response to RFI-2171, balconies over conditioned space need 6" of spray foam under the deck to achieve an R-39 insulation value. 2 There is an area along the South wall of the Great Hall where this will apply. 3 See the attached detail for a mark up of where this will be. 4 This area has MEP installed in the above ceiling area and is already tight to the ceiling. 5 See attached pictures of the current site conditions for reference. 6 If the 6" of spray foam is required in this area it will cause the MEPs to move down which will lower the ceiling height.

7. Please advise if the 6" of spray foam is required in this area. 8 If so, please advise if the MEPs will be required to move down and the ceiling to lower.

Arcadis
Craig Rothenburger
2/19/24

Background: Wall section 3/A504 shows insulation under slab. Detail 3/A705 shows insulation underslab. Detail 3/A705 also notes "Liquid applied thermal break at both interior and exterior face of all decks over conditioned space (typ.)". Detail 7/A848 shows insulation under slab. Jorgenson Slab Elevation Survey shows Level 2 at Great Hall to be 2" high and Level 4 to be at correct elevation. Level 2 slab elevation is not in compliance with contract documents.

1. Noted. See Background above.
2. Yes. Per Background it is a contractual requirement, as is the liquid applied thermal break at both interior and exterior face of all decks over conditioned space.
3. Seen. Note the extent of the insulation needs to be adequate to create the thermal barrier.
4. The MEP installed tight to underside of deck is not in compliance with contract documents as it is occupying the insulation zone.
5. Seen.
6. There is adequate vertical clearance in the insulation zone for the liquid applied thermal break, insulation, ductwork and ceiling. There is 1'-11" from underside of concrete slab to underside of ceiling. Ductwork is 10". Ceiling is 2 3/4" leaving 6 1/4" for insulation. There are no lights or speakers in this area.
7. Liquid applied thermal break and insulation is required in the area shown.
8. Contractor means and methods are contractually required to effect insulation installation and correct non compliant work. Ceiling is not to be lowered.

RFI 2278


Shaded Area to receive 8" of spray foam insulation
GREAT HALL
218
2,127 SF
ENLARGED GREAT HALL PLAN









RFI 2120

Layton
CONSTRUCTING WITH INTEGRITY

**Layton Construction Company, LLC**
9090 South Sandy Parkway
Sandy, UT 84070

801-568-9090

# Request For Information
## RFI-2120

Printed On: 12/05/2023
Page 1 of 1

**Subject:** L2 and L3 Balcony Framing
**Project:** Hoback Club/Teton H-1
**To:** IBI Group
Steve Jones
**Address:** 10 Exchange Place, 112
Salt Lake City, UT 84111 United States
**Phone:** 801-532-4233 **Fax:** 949-833-5511

**Entered By:** Ryan Brown

**Date:** 12/05/2023
**Job:** 211002

**Required:** 12/19/2023

---

***Co-Author:*** RK Mechanical, LLC ***Contact:*** Aaron Gambino ***Co-Author RFI Number:*** 345
***Phone:*** 970-420-5159

---

***Reference:***

---

***Request:***

1. On levels 2 and 3, there are several balcony's that do not protrude past the edge of the building.

2. Please advise on how the framing will be installed to allow for the linear drain and the associated piping to be ran and concealed. See attached marked up A240, A242 for balcony locations.

---

***Suggestion:***

---

**Answered By:** Craig Rothenburger
1/18/24
**Signed:**
**Date:**
**Answer:**
1. Yes there are. Units 203(1&3/A842), 301(1&3/A847), 302 A(1&3/A848) and 302 B(2&5/A848).
2.a Unit 203- See 8/A704 & 4/A502 for suspended ceiling framing. No linear drain. Gutter with ACM fascia.
***Attachments:***
2 b. Unit 301 Balcony. See 1/P405C and 1&3/A847.See 1/A504 for suspended ceiling framing. No linear drain. Gutter with ACM fascia.
2. c. Unit 302 A Balcony See 2/A503 & 2/A512. See 8/A704 Sim. for drain. Scan and core wall. No framing. No linear drain. Gutter with ACM fascia.
2 d. Unit 302 B Balcony See 3/A512. See 8/A704 Sim. for drain. Scan and core wall. Suspended ceiling framing. No linear drain. Gutter with ACM fascia.

See attached ASI-875.

RFI 2120

rk mechanical

# Request For Information

**RFI# 21012- 345**
Project: Teton H-1
Date: 12/04/2023

**To:** **Ty Selk**
Layton Construction Co., Inc.
9090 S Sandy Parkway
Sandy, UT 84070
**Phone:** 385-266-3692
**Fax:**
**Email:**
**CC:**

**From:** **Aaron Gambino**
RK Mechanical, LLC
3800 Xanthia Street
Denver, CO 80238
**Phone:** 303-355-9696
**Fax:** 303-355-8666
**Email:** aaron.gambino@rkmechanical.com

| **Subject:** | L2 and L3 Balcony Framing | **Drawing #:** | A240, A242 | **Status:** | Open |
|---|---|---|---|---|---|

| ***Information Requested:*** | ***Dated Required:*** | **12/11/2023** |
|---|---|---|

On levels 2 and 3, there are several balcony's that do not protrude past the edge of the building. Please advise on how the framing will be installed to allow for the linear drain and the associated piping to be ran and concealed. See attached marked up A240, A242 for balcony locations.
Additional Information:

| ***Potential Schedule &/or Cost Impacts:*** | | | | |
|---|---|---|---|---|
| Schedule Impact: | | days | Cost Impact: | $ |

Submitted By: ______________________
Aaron Gambino

***Response:***

RFI 2120

## KEYNOTE LEGEND

| Key Value | Keynote Text |
|---|---|
| 4.2 | STONE MASONRY VENEER(04 43 13) |
| 4.3 | STONE CAP (04 43 13) |
| 5.6 | GUARDRAIL AS PER 4/A707 |
| 6.6 | WOOD CORNER TRIM, STAINED (06 46 00) |
| 7.4 | HORIZONTAL WOOD SIDING (07 46 25) |
| 7.6 | VERTICAL WOOD SIDING (07 46 25) |
| 7.12 | ACM PANEL FASCIA W/ GUTTER TO DRAIN REF DETAIL 8/A704 |
| 8.9 | FOLDING GLASS DOORS |
| 26.3 | IN-WALL LIGHT FIXTURE 18" A.F.F. RE: ELEC FOR FIXTURE TYPE |




1 A842 ENLARGED UNIT 203 BALCONY "A" PLAN
Scale: 1/2" = 1'-0"




3 A842 UNIT 203 BALCONY ENLARGED ELEVATION
Scale: 1/2" = 1'-0"

IBI
IBI GROUP
10 Exchange Place,
Salt Lake City, UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

PROJECT TITLE
TETON H1

SHEET TITLE
INSET BALCONIES

SCALE
AS NOTED

ASK-2120.1

RFI 2120

## KEYNOTE LEGEND

| Key Value | Keynote Text |
| --- | --- |
| 5.2 | PAINTED STEEL & DOUGLAS FIR WOOD ROOF BRACKETS (A710 & A602)(05 50 00) |
| 5.6 | GUARDRAIL AS PER 4/A707 |
| 6.3 | DOUGLAS FIR RIDGE BEAM |
| 6.6 | WOOD CORNER TRIM. STAINED (06 46 00) |
| 7.2 | SNOW GUARDS (07 72 00) |
| 7.9 | BRAKE METAL FASCIA (07 62 00) |
| 7.12 | ACM PANEL FASCIA W/ GUTTER TO DRAIN REF DETAIL 8/A704 |
| 8.9 | FOLDING GLASS DOORS |
| 23.2 | ROOF VALLEY SNOW MELT |
| 26.3 | IN-WALL LIGHT FIXTURE 18" A.F.F. RE: ELEC FOR FIXTURE TYPE |




1 A547 ENLARGED UNIT 301 BALCONY PLAN
Scale: 1/2" = 1'-0"




3 A547 UNIT 301 BALCONY ENLARGED ELEVATION
Scale: 1/2" = 1'-0"

IBI GROUP
10 Exchange Place,
Salt Lake City, UT 84111, USA
tel 801 532 4230 fax 801 532 4231
ibigroup.com

TETON HI

INSET BALCONIES

AS NOTED

ESE

ASK-2120.2

A547

RFI-2120

RFI 2120

## KEYNOTE LEGEND

| Key Value | Keynote Text |
|---|---|
| 5.6 | GUARDRAIL AS PER 4/A707 |
| 5.12 | STEEL LINTEL (05 50 00) |
| 6.6 | WOOD CORNER TRIM, STAINED (06 46 00) |
| 7.6 | VERTICAL WOOD SIDING (07 46 25) |
| 7.12 | ACM PANEL FASCIA W/ GUTTER TO DRAIN REF DETAIL 6/A704 |
| 8.9 | FOLDING GLASS DOORS |
| 10.2 | FIREPLACE AS PER ID SPECIFICATIONS |
| 23.7 | FCU AS PER MECHANICAL DRAWINGS |
| 26.3 | IN-WALL LIGHT FIXTURE 18" A.F.F. RE: ELEC FOR FIXTURE TYPE |




1 A848 ENLARGED UNIT 302 BALCONY "A" PLAN
Scale: 1/2" = 1'-0"




2 A848 ENLARGED UNIT 302 BALCONY "B" PLAN
Scale: 1/2" = 1'-0"




4 A848 UNIT 302 BALCONY "A" ENLARGED ELEVATION
Scale: 1/2" = 1'-0"




5 A848 UNIT 302 BALCONY "B" ENLARGED ELEVATION
Scale: 1/2" = 1'-0"

| No. | DESCRIPTION | DATE |
|---|---|---|
| 1 | RFI-2120 | 2024.01.14 |

IBI GROUP
18 Exchange Place,
Salt Lake City, UT 84111, USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

PROJECT TITLE: TETON H1
SKETCH TITLE: INSET BALCONIES
SCALE: AS NOTED
JOB NO: 116576
DRAWN BY: CSE
SKETCH NO.: ASK-2120.3
REF SHEET: A848
REF: RFI-2120

RFI 2120




8
A704

## TYP. NORTH BALCONY EDGE ACM PANEL

Scale: 1 1/2" = 1'-0"

| ISSUES | | |
|---|---|---|
| No. | DESCRIPTION | DATE |
| 411 | RFI-2120 | 2024.01.18 |

IBI

**IBI GROUP**
10 Exchange Place,
Salt Lake City, UT 84111, USA
tel 801 532 4233 fax 801 532 4231
**ibigroup.com**

PROJECT TITLE
TETON H1

SKETCH TITLE
ACM FASCIA OVER GUTTER AT BALCONIES

SCALE
AS NOTED

JOB NO.
119374

DRAWN BY
CSE

SKETCH NO.
ASK-2120.4

REF SHEET
A704

REF RFI
RFI-2120

REF ASI

DO NOT SCALE THIS DRAWING. THE CONTRACTOR SHALL BE RESPONSIBLE FOR TAKING AND VERIFYING ALL THE DIMENSIONS AND REPORTING ERRORS AND/OR OMISSIONS TO THE ARCHITECT IN WRITING BEFORE PROCEEDING WITH THE WORK.

RFI 2120




1 ACM GUTTER WALL END FLASHING
ASK-2120.5 Scale: 3" = 1'-0"

| ISSUES | | |
|---|---|---|
| No. | DESCRIPTION | DATE |
| 411 | RFI-2120 | 2024.01.18 |

IBI GROUP
10 Exchange Place,
Salt Lake City, UT 84111, USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

PROJECT TITLE
TETON H1

SKETCH TITLE
ACM GUTTER WALL END FLASHING

SCALE
AS NOTED

JOB NO.
119374

DRAWN BY
CSE

SKETCH NO.
ASK-2120.5

REF SHEET

REF RFI
RFI-2120

REF ASI

DO NOT SCALE THIS DRAWING. THE CONTRACTOR SHALL BE RESPONSIBLE FOR TAKING AND VERIFYING ALL THE DIMENSIONS AND REPORTING ERRORS AND/OR OMISSIONS TO THE ARCHITECT IN WRITING BEFORE PROCEEDING WITH THE WORK.



WORK NOTES
TETON H1
Project Status
LEVEL 02 AREA 2 - SANITARY & VENT
P404B
119374
ENLARGED FLOOR PLAN LEVEL 02 AREA 2 - SANITARY & VENT

## WORK NOTES




1 ENLARGED FLOOR PLAN LEVEL 03 AREA 1 - SANITARY & VENT

1/8" = 1'-0"



CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1

Project Status

LEVEL 03 AREA 1 - SANITARY & VENT

119374

P405A

1/16/2024 2:55:52 PM

## GENERAL NOTES

1. THE ARCHITECT IS NOT RESPONSIBLE FOR INFORMATION CONCERNING THE SITE AND SURVEY INFORMATION PREPARED BY OTHERS.
2. THE CONTRACTOR SHALL SITE VERIFY THE SURVEY INFORMATION PRIOR TO PROCEEDING WITH THE WORK. FAILURE TO REPORT ANY DISCREPANCIES SHALL CONSTITUTE ACCEPTANCE OF THE SITE CONDITIONS.
3. THE CONTRACT DOCUMENTS PREPARED BY THE ARCHITECT ARE THE ARCHITECT'S COPYRIGHT PROPERTY AND SHALL BE RETURNED TO THE ARCHITECT UPON REQUEST. REPRODUCTION OF CONTRACT DOCUMENTS IN WHOLE OR IN PART IS FORBIDDEN WITHOUT THE ARCHITECT'S WRITTEN PERMISSION.
4. THE CONTRACTOR SHALL REVIEW THE DRAWINGS FOR SCOPE OF DEMOLITION AND NEW WORK, INCLUDING ALL DISCIPLINES, AND SHALL COORDINATE WITH NEW WORK DRAWINGS FOR EXACT EXTENT OF DEMOLITION.
5. SCOPE OF WORK SHALL NOT BE LIMITED TO THAT SHOWN ON THE DRAWINGS AND SHALL INCLUDE WORK REQUIRED TO ELIMINATE ALL EXISTING, ABANDONED OR REDUNDANT COMPONENTS, AND TO FACILITATE PROPER EXECUTION OF THE WORK.
6. ALL DIMENSIONS, INCLUDING EXISTING DIMENSIONS AND SETTING-OUT GEOMETRIES, SHALL BE SITE VERIFIED BY THE CONTRACTOR PRIOR TO PROCEEDING WITH THE WORK.
7. REMOVAL AND DISPOSAL OF HAZARDOUS MATERIALS SHALL BE IN ACCORDANCE WITH LOCAL REGULATIONS AND AUTHORITIES HAVING JURISDICTION.
8. UNLESS NOTED OTHERWISE, MAKE GOOD ALL AREAS DISTURBED BY EXCAVATION AND/OR INSTALLATION OF CIVIL, MECHANICAL AND ELECTRICAL SERVICES. REFER TO CIVIL, MECHANICAL, AND ELECTRICAL DRAWINGS.
9. THE CONTRACTOR SHALL COORDINATE BASE BUILDING WORKS WITH WORK OF OTHER CONTRACTORS, INCLUDING TENANT WORKS AS REQUIRED TO FACILITATE PROPER INSTALLATION.
10. SOIL NAIL AND WATER MITIGATION IS DESIGN BUILD BY CONTRACTOR.
11. ALL GUTTERS AND DOWNSPOUTS TO BE HEAT TRACED THROUGHOUT AS PER SPEC SECTION 23-0533

## KEYNOTE LEGEND

| Key Value | Keynote Text |
|---|---|
| 5.8 | GUARDRAIL AS PER 4/A707 |
| 21.1 | SMOKE CURTAIN |




1 FLOOR PLAN LEVEL 02 - AREA 2
A240 Scale: 1/8" = 1'-0"

CODY LANE DEVELOPMENT CORPORATION

DDRM PARTNERS

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

LANDSCAPE ARCHITECTURE — INTERIOR DESIGN — STRUCTURAL — CIVIL — MECHANICAL/PLUMBING — ELECTRICAL/ACOUSTICS — LIGHTING — FOOD SERVICE — ENVELOPE — POOL — CODE — SPA — WELLNESS/SUSTAINABILITY — SIGNAGE — TRASH MANAGEMENT — VERTICAL TRANSPORTATION

| No. | DATE | DESCRIPTION |
|---|---|---|
| 15 | 2021.06.02 | Addendum 15 |

TETON H1
CONSTRUCTION SET

LEVEL 02 AREA 2

119374

A240

2021-10-08 2:20:31 PM

PERMANENT DEWATERING WELLS ARE A DESIGN-BUILD SYSTEM WITH RESPECT TO THE QUANTITIES, DEPTHS, LOCATIONS, CASINGS, PUMPS AND VAULTS FOR SAID WELLS. DESIGN INCLUDED HEREIN IS FOR COORDINATION OF THE DESIGN-BUILD SYSTEM WITH THE BUILDING'S DESIGN, INCLUDING POWER, CONTROLS, BAS INTEGRATION AND LANDSCAPE AS SHOWN ON THE CONTRACT DOCUMENTS.

## GENERAL NOTES

1. THE ARCHITECT IS NOT RESPONSIBLE FOR INFORMATION CONCERNING THE SITE AND SURVEY INFORMATION PREPARED BY OTHERS.
2. THE CONTRACTOR SHALL SITE VERIFY THE SURVEY INFORMATION PRIOR TO PROCEEDING WITH THE WORK. FAILURE TO REPORT ANY DISCREPANCIES SHALL CONSTITUTE ACCEPTANCE OF THE SITE CONDITIONS.
3. THE CONTRACT DOCUMENTS PREPARED BY THE ARCHITECT ARE THE ARCHITECT'S COPYRIGHT PROPERTY AND SHALL BE RETURNED TO THE ARCHITECT UPON REQUEST. REPRODUCTION OF CONTRACT DOCUMENTS IN WHOLE OR IN PART IS FORBIDDEN WITHOUT THE ARCHITECT'S WRITTEN PERMISSION.
4. THE CONTRACTOR SHALL REVIEW THE DRAWINGS FOR SCOPE OF DEMOLITION AND NEW WORK, INCLUDING ALL DISCIPLINES, AND SHALL COORDINATE WITH NEW WORK DRAWINGS FOR EXACT EXTENT OF DEMOLITION.
5. SCOPE OF WORK SHALL NOT BE LIMITED TO THAT SHOWN ON THE DRAWINGS AND SHALL INCLUDE WORK REQUIRED TO ELIMINATE ALL EXISTING, ABANDONED OR REDUNDANT COMPONENTS, AND TO FACILITATE PROPER EXECUTION OF THE WORK.
6. ALL DIMENSIONS, INCLUDING EXISTING DIMENSIONS AND SETTING-OUT GEOMETRIES, SHALL BE SITE VERIFIED BY THE CONTRACTOR PRIOR TO PROCEEDING WITH THE WORK.
7. REMOVAL AND DISPOSAL OF HAZARDOUS MATERIALS SHALL BE IN ACCORDANCE WITH LOCAL REGULATIONS AND AUTHORITIES HAVING JURISDICTION.
8. UNLESS NOTED OTHERWISE, MAKE GOOD ALL AREAS DISTURBED BY EXCAVATION AND/OR INSTALLATION OF CIVIL, MECHANICAL AND ELECTRICAL SERVICES. REFER TO CIVIL, MECHANICAL, AND ELECTRICAL DRAWINGS.
9. THE CONTRACTOR SHALL COORDINATE BASE BUILDING WORKS WITH WORK OF OTHER CONTRACTORS, INCLUDING TENANT WORKS AS REQUIRED TO FACILITATE PROPER INSTALLATION.
10. SOIL NAIL AND WATER MITIGATION IS DESIGN BUILD BY CONTRACTOR.
11. ALL GUTTERS AND DOWNSPOUTS TO BE HEAT TRACED THROUGHOUT AS PER SPEC SECTION 23-0533

## KEYNOTE LEGEND

| Key Value | Keynote Text |
|---|---|
| 5.6 | GUARDRAIL AS PER A/A707 |
| 7.1 | STANDING SEAM METAL ROOF (07 41 13) |
| 21.1 | SMOKE CURTAIN |
| 26.6 | DEWATERING WELL DISCONNECT AS PER 11/A707, 50'-0" MAX DISTANCE FROM DEWATERING WELL |




1 FLOOR PLAN LEVEL 03 - AREA 1
A242 Scale: 1/8" = 1'-0"

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

| No. | DATE | DESCRIPTION |
|---|---|---|
| 24 | 2021.08.26 | Construction Set |
| 31 | 2022.01.07 | Addendum 21.R1 |

TETON H1

CONSTRUCTION SET

LEVEL 03 AREA 1

119374

A242

2022-02-04 4:13:19 PM

RFI 2164

Layton CONSTRUCTING WITH INTEGRITY

Layton Construction Company
9090 South Sandy Parkway
Sandy UT 84070 USA

# REQUEST FOR INFORMATION

## RFI-2164

Printed On: Jan 02, 2024
Page: 1 of 1

**Subject:** Corridor 137 Ceiling Heights

**Date:** 01/02/2024

**Project:** Hoback Club/Teton H-1 (Jackson, WY)

**Job:** 211002

**Address:** 3355 West Cody Lane
Teton Village WY 83025

**Required:** 01/16/2024

**Phone:**

**Fax:**

**To:** Steve Jones
IBI Group

**From:** Bill DeSmet
Layton Construction Company

***Co-Author:*** Layton Construction Company ***Contact:*** Bill DeSmet ***Co-Author RFI Number:*** BD

***Reference:***

**Specsect**
**Activity**
**Responsibl**

**Priority** A
**Act Start**

***Request:***

See attached ID102.6, M505, and refer to CCD 57R1 - ASI 49R1.

Based on the depth of the speakers which are ~8.86" and the other MEPs in this area the 9'3" ceiling height in the highlighted portion of corridor 137 is not constructable. For the speakers, lights, and MEPs to fit in the plenum space in this area the ceiling would need to be lowered to 8'6", and the speakers should be revised to the low-profile speakers.

1. Please advise if it is acceptable to lower the ceiling to 8'6". If the highlighted speakers in the "horizontal" section of the corridor are relocated to be in line with the plan south recessed lights, then they would not need to be changed to low profile speakers. Please provide updated RCP as needed.

***Suggestion:***

***Answer:*** ☐ ***Accept Suggestion***

ARCADIS ID:
We have updated location of speakers in part of hallway to avoid ceiling height adjustment. And lowered the ceiling in part that had MEP conflict. These part of of hallway are separated by new portal. Please see updated ID drawing.

**Answered By:**

**Signed:** ______________________

**Date:** Reza Rahmanian - 20240126

***Distribution:***

Updated drawing will be issued in ASI-883.
M. Korkut - Arcadis
01/26/2023

RFI 2164




1 LEVEL 01 - REFERENCE PLAN AREA B - AMENITIES & BOH - RFI-2164
IDSK-2164.1 Scale: 1/8" = 1'-0" Referencing Sheet: 1/ID102.5




2 LEVEL 01 - REFLECTED CEILING PLAN AREA B - AMENITIES & BOH- RFI-2164
IDSK-2164.1 Scale: 1/4" = 1'-0" Referencing Sheet: 1/ID102.6




3 LEVEL 01 - FINISHES PLAN AREA B - AMENITIES & BOH - RFI-2164
IDSK-2164.1 Scale: 1/4" = 1'-0" Referencing Sheet: 1/ID102.7



4 LEVEL 01 - POWER & COMMUNICATIONS PLAN AREA B - AMENITIES & BOH - RFI-2164
IDSK-2164.1 Scale: 1/4" = 1'-0" Referencing Sheet: 1/ID102.8

CUSTOM PORTAL SCHEDULE - MW-04 - TYPICAL AMENITY

| TAG CODE | HEIGHT | WIDTH | DEPTH | COMMENTS |
|---|---|---|---|---|
| LEVEL P2 - AMENITY | | | | |
| MW-04-P2-01 | 8' - 7" | [illegible] | 1' - 9" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| LEVEL P1 - AMENITY | | | | |
| MW-04-P1-01 | 7' - 8" | [illegible] | [illegible] | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-P1-02 | 7' - 8" | [illegible] | [illegible] | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-P1-03 | 7' - 8" | [illegible] | [illegible] | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-P1-04 | 7' - 8" | [illegible] | 1' - 9" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| [illegible] | 7' - 8" | 7' - 7" | [illegible] | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-P1-07 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| LEVEL 01 - AMENITY | | | | |
| | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-01-01 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-01-02 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-01-03 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-01-04 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-01-05 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-01-06 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-01-07 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| [illegible] | [illegible] | [illegible] | [illegible] | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-01-09 | 8' - 2" | [illegible] | 2' - 3 1/2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| LEVEL 02 - AMENITY | | | | |
| MW-04-02-05 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-02-06 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-02-07 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-02-08 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-02-04 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-02-09 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-02-10 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-02-11 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-02-12 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-02-13 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| LEVEL 03 - AMENITY | | | | |
| MW-04-03-01 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-03-02 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-03-03 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-03-04 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| MW-04-03-05 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |
| LEVEL 34 - AMENITY | | | | |
| MW-04-01-01 | 8' - 2" | [illegible] | 1' - 2" | ALL PORTALS DIMENSIONS TO BE VERIFIED IN FIELD |




5 AMENITIES - ELEVATOR LOBBY (SOUTH) - RFI-2164
IDSK-2164.1 Scale: 1/4" = 1'-0" Referencing Sheet: 4/ID204.1

IBI GROUP
55 St. Clair Avenue West
Toronto, ON M4V 2Y7 Canada
tel 416 596 1930 fax 416 596 0644
ibigroup.com

TETON H1-ID

LEVEL 01- RCP AREA B - SPEAKER LOCATION UPDATE

AS NOTED

IDSK-2164.1

RFI 2164

Layton
CONSTRUCTING WITH INTEGRITY

Layton Construction Company, LLC
9090 South Sandy Parkway
Sandy UT 84070 USA

# Request For Information

RFI-0573

Printed On: 2022-04-26

**Subject:** Lvl Area 1 Ceiling Space vs Speakers
**Date:** 2022-04-27
**Project:** Hoback Club/Teton H-1
**Job:** 211002
**To:** JRMA
Joe Marandola
**Required:** 2022-05-11
**Address:** 2700 Saturn Street
Brea,{FLPM1200_V.FL1200_TO_REGION_CODE},9282
**Phone:**
**Fax:**
**Entered By:** Ty Selk

---

***Co-Author:*** Greiner Electric LLC ***Contact:*** Jose Ramos ***Co-Author RFI Number:*** G160

***Reference:*** G160

***Request:***
See highlighted sheet V813, the speakers in the highlighted areas on the attached do not fit within given space between finished ceiling and bottom of slab (see BIM screen shots on page 3,4) Speakers are 8.86" in height.

***Suggestion:***

***Answer:*** Provide Low-profile loudspeaker (Sonance PS-C63RTLP) in lieu of PS-C63RT for (Qty.4) loudspeakers in water circuit area. Loudspeakers and subwoofers in Fitness and movement studio shall stay as originally specified since ceiling cavity has grown to sufficient depth.

**Answered By:** Kiel Mapes, BNA Consulting

**Signed:** ______________________

**Date:** 05/26/2022

1. The entire ceiling area highlighted in "orange" does not conflict with the speakers. Only the high ceiling area in the Water Circuit is an issue. As a result, the (4) speakers in this area are revised to the low-profile version of the specified speakers. See the attached revised AV drawings. This revised drawings with be issued in a forthcoming ASI.

2. In Fitness / Movement Studio, due to ceiling conflicts with above ceiling drain piping, the ceiling in these (2) areas is being lowered to 9'-4". As such, this will provide 10" to the underside of the concrete deck and accommodate the specified speakers and subwoofer. The revised ceiling height will be addressed in the response to RFI 0438.R1.

JM - JRMA / IBI 05-31-2022



TETON H1-ID
CONSTRUCTION SET
LEVEL 01 - REFLECTED CEILING PLAN AREA B - AMENITIES
ID102.6
LEVEL 01 - REFLECTED CEILING PLAN AREA B - AMENITIES & BOH
REFER TO ARCH FOR PLAN EXTENT
REFER TO ID102.2 FOR CONTINUATION OF PLAN
LIGHTING BETWEEN WOOD FINS TO ALIGN W/WINDOWS, TO BE COORDINATED W/LIGHTING DESIGNER

## M505 LOCAL VAV BOX SCHEDULE

| TAG | MODEL | INLET SIZE | HW HTG (MBH) | MAX PRIMARY COOLING (CFM) | MIN. PRIMARY (CFM) | MAX PRIMARY HEATING (CFM) | NOTES |
|---|---|---|---|---|---|---|---|
| A1-VH-01 | DESV | 8" | 6 | 600 | 150 | 300 | A |
| A1-VH-02 | DESV | 6" | 3 | 240 | 60 | 120 | A |
| A1-VH-03 | DESV | 6" | 3 | 240 | 60 | 120 | A |
| A1-VH-04 | DESV | 8" | 6 | 600 | 150 | 300 | A |
| A1-VH-05 | DESV | 10" | 12 | 1115 | 280 | 560 | A |
| A1-VH-06 | DESV | 10" | 9 | 800 | 200 | 400 | A |
| A1-VH-07 | DESV | 10" | 9 | 925 | 235 | 465 | A |
| A1-VH-08 | DESV | 6" | 3 | 350 | 90 | 175 | A |
| A1-LPH-01 | DFLP | 14"X8" | 15 | 1420 | 355 | 710 | A |
| A1-LPH-02 | DFLP | 14"X8" | 15 | 1400 | 350 | 700 | A |
| A1-LPH-03 | DFLP | 14"X8" | 9 | 800 | 325 | 400 | A |

NOTES:
A) LOCAL SCHEDULE FOR QUICK REFERENCE ONLY. REFER TO VAV BOX SCHEDULE ON SHEET [illegible] FOR ADDITONAL INFORMATION

Revised Per CCD-421 ASI-386

## GENERAL NOTES:

## WORK NOTES



1 ENLARGED LEVEL 1 SPA AND FITNESS - MECHANICAL
1/4" = 1'-0"

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

09/29/2021

TETON H1
Project Status

ENLARGED LEVEL 1 SPA AND FITNESS - MECHANICAL

119374

M505

6/26/2023 12:26:06 PM

RFI 2440

SMC CONSTRUCTION CONTRACTING

# REQUEST FOR INFORMATION

## No. 2440

HOBACK TETON H1
3355 W. Cody Lane, TETON, WY 83025

PROJECT # H1
TEL:

SMC Construction Company
FAX:

**ANSWER COMPANY:**
Arcadis

**ANSWERED BY:**

**AUTHOR COMPANY:**
SMC
3355 W. Cody Lane
TETON, WY 83025

**AUTHORED BY:**
Jessica Crawford

**Co-Respondent**
RK

**Co-Author RFI Number**
404

**Subject**
FS and Aldez Damper Access 104,205,305

**Discipline**

**Category**

| Cc: | Company Name | Contact Name | Copies | Notes |
|---|---|---|---|---|

**Question**

**Date Required:**

See attached markups. Due to space constraints in FCU closets, 104-2, 205-1, and 305-1 the Aldez and / or FSDs will not be accesible once FCU is installed. Please advise on acceptable solution to access these dampers.

**Suggestion**

**Answer:**

**Date Answered:**

G2 Response:

Unit 104: The Aldes damper should be moved to the corridor for access.
An access panel will be required in the corridor for the damper and needs to be added to RCPs.

Unit 205: See response for RFI-2325 (below), the FSD and Aldes damper were removed.

> G2 Response:
>
> The outside air duct, FSD, and Aldes damper to this FCU can be removed as there will still be adequate outside air into Unit 205 to meet code ventilation requirements for the condo. See attached updated mechanical sheets to remove outside air duct and adjustment to the condo ventilation schedule for code compliance.
>
> Anna Salvatorelli
> 3/14/2024

Unit 305: Same solution in Unit 205 RFI-2325, remove the outside air duct, FSD, ans Aldes damper as there is adequate OA in the condo to meed code ventilation requirements.

Anna Salvatorelli
5/29/2024

Updated drawings will be issued in ASI-1010.
M. Korkut - Arcadis
05/29/2024

## AHU-2 VENTILATION SCHEDULE

### ASHRAE STANDARD 62.1-2016

VENTILATION PARAMETERS

| ROOM | OCCUPANCY CATEGORY | Rp cfm/p | Pz People | Ra cfm/ft² | Az ft² | Vbz cfm | COOLING Ez | COOLING Voz cfm | HEATING Ez | HEATING Voz cfm | PROVIDED VENTILATION Vot cfm | COMPLIES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SKI LOCKERS | LOCKER ROOM | 0.00 | 0 | 0.00 | 2,620 | 0 | 1.00 | 0 | 0.80 | 0 | 1,376 | YES |
| SKI LOCKER RESTROOMS | RESTROOM | 0.00 | 0 | 0.00 | 110 | 0 | 1.00 | 0 | 0.80 | 0 | 22 | YES |
| CORRIDOR | CORRIDOR | 0.00 | 0 | 0.06 | 1,245 | 75 | 1.00 | 75 | 0.80 | 93 | 628 | YES |
| KIDS | GAME ARCADES | 7.50 | 3 | 0.18 | 150 | 50 | 1.00 | 50 | 0.80 | 62 | 66 | YES |
| GAMES | GAME ARCADES | 7.50 | 14 | 0.18 | 716 | 236 | 1.00 | 236 | 0.80 | 295 | 344 | YES |
| FIRESIDE LOUNGE | BARS, COCKTAIL LOUNGES | 7.50 | 138 | 0.18 | 1,300 | 1,283 | 1.00 | 1,283 | 0.80 | 1,604 | 1,766 | YES |
| VIRTUAL GOLF | GAME ARCADES | 7.50 | 8 | 0.18 | 375 | 124 | 1.00 | 124 | 0.80 | 155 | 175 | YES |
| MEETING | CONFERENCE | 5.00 | 8 | 0.06 | 160 | 50 | 1.00 | 50 | 0.80 | 62 | 175 | YES |
| BAR | BARS, COCKTAIL LOUNGES | 7.50 | 63 | 0.18 | 690 | 642 | 1.00 | 642 | 0.80 | 802 | 826 | YES |
| EMPLOYEE BREAK | BREAK ROOM | 5.00 | 8 | 0.06 | 363 | 68 | 1.00 | 68 | 0.80 | 84 | 172 | YES |
| MGR. OFFICE | OFFICE | 5.00 | 1 | 0.06 | 90 | 10 | 1.00 | 10 | 0.80 | 13 | 43 | YES |
| GREAT HALL | DINING ROOM | 7.50 | 148 | 0.18 | 2,116 | 1,488 | 1.00 | 1,488 | 0.80 | 1,859 | 3,913 | YES |
| CHEF'S TABLE | KITCHEN | 7.50 | 12 | 0.14 | 600 | 198 | 1.00 | 198 | 0.80 | 248 | 260 | YES |
| BUFFET | KITCHEN | 7.50 | 5 | 0.14 | 240 | 79 | 1.00 | 79 | 0.80 | 99 | 138 | YES |
| COATS | CORRIDOR | 0.00 | 0 | 0.06 | 125 | 8 | 1.00 | 8 | 0.80 | 9 | 43 | YES |
| BOH | CORRIDOR | 0.00 | 0 | 0.06 | 140 | 8 | 1.00 | 8 | 0.80 | 11 | 43 | YES |
| KITCHEN | KITCHEN | 7.50 | 43 | 0.12 | 2,398 | 643 | 1.00 | 643 | 0.80 | 803 | 3,448 | YES |
| TOTAL | | | | | 13,485 | 4,988 | | 4,988 | | 6,209 | 13,472 | YES |

## AHU-1 VENTILATION SCHEDULE

### ASHRAE STANDARD 62.1-2016

VENTILATION PARAMETERS

| ROOM | OCCUPANCY CATEGORY | Rp cfm/p | Pz People | Ra cfm/ft² | Az ft² | Vbz cfm | COOLING Ez | COOLING Voz cfm | HEATING Ez | HEATING Voz cfm | PROVIDED VENTILATION Vot cfm | COMPLIES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STAIR / LOBBY | CORRIDOR | 0.00 | 0 | 0.06 | 760 | 46 | 1.00 | 46 | 0.80 | 57 | 1,296 | YES |
| FITNESS | HEALTH CLUB/WEIGHT | 20.00 | 12 | 0.06 | 1,229 | 317 | 1.00 | 317 | 0.80 | 397 | 2,896 | YES |
| MOVEMENT STUDIO | HEALTH CLUB/AEROBIC | 20.00 | 13 | 0.06 | 320 | 275 | 1.00 | 275 | 1.00 | 275 | 869 | YES |
| SPA 1 | BEAUTY | 20.00 | 3 | 0.12 | 125 | 78 | 1.00 | 78 | 0.80 | 97 | 249 | YES |
| SPA 2 | BEAUTY | 20.00 | 3 | 0.12 | 135 | 84 | 1.00 | 84 | 0.80 | 105 | 249 | YES |
| SPA STORAGE | STORAGE | 0.00 | 0 | 0.06 | 95 | 6 | 1.00 | 6 | 0.80 | 6 | 49 | YES |
| SPA LOUNGE | LOBBY | 5.00 | 3 | 0.06 | 265 | 31 | 1.00 | 31 | 0.80 | 39 | 249 | YES |
| SPA RETAIL | SALES | 7.50 | 6 | 0.12 | 450 | 93 | 1.00 | 93 | 0.80 | 116 | 555 | YES |
| M. LOCKER | LOCKER ROOM | 0.00 | 0 | 0.00 | 350 | 0 | 1.00 | 0 | 0.80 | 0 | 579 | YES |
| W. LOCKER | LOCKER ROOM | 0.00 | 0 | 0.00 | 550 | 0 | 1.00 | 0 | 0.80 | 0 | 575 | YES |
| STEAM | SWIMMING | 20.00 | 1 | 0.06 | 95 | 25 | 1.00 | 25 | 1.00 | 25 | 25 | YES |
| ICE MIST | SWIMMING | 20.00 | 1 | 0.06 | 75 | 20 | 1.00 | 20 | 1.00 | 20 | 25 | YES |
| SAUNA | SWIMMING | 20.00 | 1 | 0.06 | 90 | 23 | 1.00 | 23 | 1.00 | 23 | 25 | YES |
| HIMALAYAN SALT | HEALTH CLUB | 20.00 | 3 | 0.06 | 250 | 65 | 1.00 | 65 | 0.80 | 81 | 148 | YES |
| WATER CIRCUIT | SWIMMING | 0.00 | 0 | 0.48 | 960 | 461 | 1.00 | 461 | 1.00 | 461 | 1,015 | YES |
| VESTIBULE | CORRIDOR | 0.00 | 0 | 0.06 | 105 | 6 | 1.00 | 6 | 1.00 | 6 | 186 | YES |
| TOTAL | | | | | 5,798 | 1,538 | | 1,538 | | 1,789 | 7,940 | YES |

## CONDO VENTILATION SCHEDULE

### ASHRAE STANDARD 62.2-2019

VENTILATION PARAMETERS

| ROOM | OCCUPANCY CATEGORY | BEDROOMS | AREA ft² | OA cfm | PROVIDED VENTILATION Vot cfm | COMPLIES |
|---|---|---|---|---|---|---|
| EMPLOYEE 1 | RESIDENTIAL | 1 | 442 | 29 | 59 | YES |
| EMPLOYEE 2 | RESIDENTIAL | 1 | 442 | 29 | 59 | YES |
| EMPLOYEE 3 | RESIDENTIAL | 1 | 485 | 30 | 59 | YES |
| EMPLOYEE 4 | RESIDENTIAL | 1 | 466 | 30 | 59 | YES |
| INN KEEPER'S UNIT | RESIDENTIAL | 2 | 1,260 | 60 | 126 | YES |
| UNIT 102 | RESIDENTIAL | 5 | 4,768 | 186 | 590 | YES |
| UNIT 104 | RESIDENTIAL | 1 | 1,702 | 64 | 248 | YES |
| UNIT 105 | RESIDENTIAL | 2 | 2,671 | 85 | 278 | YES |
| UNIT 106 | RESIDENTIAL | 3 | 2,988 | 120 | 348 | YES |
| UNIT 107 | RESIDENTIAL | 2 | 2,618 | 101 | 268 | YES |
| UNIT 108 | RESIDENTIAL | 3 | 2,468 | 116 | 338 | YES |
| UNIT 109 | RESIDENTIAL | 5 | 5,298 | 204 | 590 | YES |
| UNIT 203 | RESIDENTIAL | 5 | 5,688 | 216 | 660 | YES |
| UNIT 204 | RESIDENTIAL | 4 | 3,996 | 156 | 438 | YES |
| UNIT 205 | RESIDENTIAL | 3 | 3,546 | 136 | 378 | YES |
| UNIT 206 | RESIDENTIAL | 5 | 5,232 | 207 | 828 | YES |
| UNIT 207 | RESIDENTIAL | 5 | 4,996 | 195 | 678 | YES |
| UNIT 301 | RESIDENTIAL | 3 | 3,259 | 129 | 390 | YES |
| UNIT 302 | RESIDENTIAL | 6 | 6,197 | 238 | 965 | YES |
| UNIT 303 | RESIDENTIAL | 5 | 5,651 | 218 | 668 | YES |
| UNIT 304 | RESIDENTIAL | 4 | 3,985 | 156 | 418 | YES |
| UNIT 305 | RESIDENTIAL | 3 | 3,542 | 136 | 318 | YES |
| UNIT 306 | RESIDENTIAL | 4 | 4,542 | 168 | 398 | YES |
| UNIT 307 | RESIDENTIAL | 5 | 4,638 | 244 | 698 | YES |
| UNIT 401 | RESIDENTIAL | 5 | 6,509 | 248 | 640 | YES |
| UNIT 402 | RESIDENTIAL | 5 | 5,468 | 210 | 608 | YES |
| UNIT 403 | RESIDENTIAL | 5 | 5,642 | 214 | 638 | YES |
| UNIT 404 | RESIDENTIAL | 4 | 4,817 | 158 | 488 | YES |
| UNIT 501 | RESIDENTIAL | 5 | 6,584 | 248 | 698 | YES |
| UNIT 502 | RESIDENTIAL | 4 | 4,851 | 163 | 528 | YES |
| TOTAL | | | 115,287 | 4,484 | 13,813 | YES |

## DX FAN COIL UNIT SCHEDULE - INDIVIDUAL COMPONENTS SHALL BE FIELD ASSEMBLED

| SERVICE | LOCATION | CONTROL | FAN DATA: TAG | MANUF. | MODEL | AIR QTY. (CFM) | ESP ("W.C.) | TYPE | RPM | MOUNT | DRIVE | HP | VOLTS/ø | E-POWER | VFD | OPER. WEIGHT (LBS.) | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPA COLD ROOM | SPA | BAS | CSF-1 | COOK | 120SQN2RD ORT1 | 330 | 2 | CENTRIFUGAL | 2500 | INLINE | DIRECT | .625 | 120/1 | N | EC | 88 | 1, 2 |

| ELECTRIC DUCT HEATER: TAG | MANUF. | MODEL | SIZE | KW | VOLTS/ø | E-POWER | NOTES | DX EVAPORATOR COIL: TAG | MANUF. | MODEL | COIL CAPACITY TOTAL (MBH) | COIL CAPACITY SENSIBLE (MBH) | AIRSIDE DATA EAT (°F) DB/WB | AIRSIDE DATA UNIT LAT (°F) DB/WB | OPER. WEIGHT (LBS.) | NOTES | ACCESS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EDH-1 | MARLEY | QSCC002 | 12X10 | 2 | 120/1 | N | 1 2 3 | DCC-1 | BUDZAR | - | 11.2 | 6 | 32 | 30 | 200 | 1, 2 | 1 THRU 4 |

ACCESSORIES
1) 1" MERV 8 FILTER
2) INTEGRAL DEFROST CONTROL
3) CONDENSATE SHUT-OFF SWITCH
4) PROVIDE CONDENSATE PUMP

NOTES
1) FAN RUNS CONTINUOUSLY
2) ECM MOTOR WITH PROPORTIONAL SPEED CONTROL

NOTES
1) DEFROST CYCLE CONTROL
2) DISCONNECT SWITCH
3) AIRFLOW SWITCH

NOTES
1) R-407C REFRIGERANT
2) CAPACITIES INDICATED AT 6000 FT

## WATER-COOLED CONDENSING UNIT SCHEDULE

| TAG | MANUF. | MODEL | LOCATION | SERVICE | HOT SIDE: FLUID | FLOW (GPM) | EWT (°F) | LWT (°F) | PD (FT HD) | COLD SIDE: FLUID | FLOW (GPM) | EWT (°F) | LWT (°F) | PD (FT HD) | ELECTRICAL DATA: VOLTAGE / PHASE | MCA | MOCP | WEIGHT (LBS) | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CU 1 | BUDZAR | - | MECH ROOM 136 | DCC 1 | WATER | 2 | 50 | 60 | - | R-407C | -- | 35 | 35 | 3 | 480/3 | 3.0 | 6 | 450 | 1, 2 |

NOTES
1) PROVIDE WITH INSULATED REFRIGERANT LINE SETS INSTALLED ACCORDING TO MANUFACTURER'S RECOMMENDATIONS
2) LIQUID LINE SOLENOID VALVE AND SIGHT GLASS.

## GREASE DUCT SUMP SCHEDULE

| TAG | MANUF. | MODEL | LOCATION | SIZE | CFM | GPM | E-POWER | ACCESSORIES | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| GDE 1 | HALTON | HDS | L2 KITCHEN | 36"W X 14"H X 24"L | 6000 | 4.5 | N | 1 | 1 |

NOTES
1) 120V/1 ELECTRICAL CONNECTION AT CONTROL PANEL

ACCESSORIES
1) HALTON HDS5-25 DUCT SUMP HOT WATER WASH CONTROL PANEL, SURFACE MOUNTED, BMS CONTROLLED, REDUCED PRESSURE BACK FLOW PREVENTER, ISOLATION VALVES, AND DETERGENT WASH CYCLE

## AMENITY SPACES/BOH FAN COIL UNIT SCHEDULE

| TAG | MANUF. | MODEL | SERVICE | CONTROL | FAN SPEED | VAV/CV UNIT | AIR QUANTITIES IN CFM: SUPPLY | ESP (IN WC) | UNIT RETURN | UNIT OA | MOTOR DATA: TYPE | MOTOR HP | ELECTRICAL DATA: VOLTS/ø | MCA | MOCP | E-PWR | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FCU P3-7 | ENVIRO-TEC | HLP08 | P3 LOCKERS/ LAUNDRY | BAS | ECM VARIABLE | SZ-VAV | 1200 | 0.5 | SEE PLANS | 450 PRE-HEATED | ECM | (2) 1/3 | 208/1 | 6.75 | 15 | N | 1 |

| PRE-HEAT COIL: FLUID TYPE | ROWS / FPI | COIL CAPACITY TOTAL (MBH) | AIRSIDE DATA EAT (°F) DB | AIRSIDE DATA COIL/UNIT LAT (°F) DB/WB | WATERSIDE DATA EWT (°F) | LWT (°F) | FLOW (GPM) | BRANCH PIPE SIZE | MAX. PD (FT) | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| 25% PG | 2/10 | 41.6 | 55 | 93 | 130 | 100 | 3 | 3/4" | 3 | --- |

| COOLING COIL: FLUID TYPE | ROWS / FPI | COIL CAPACITY TOTAL (MBH) | COIL CAPACITY SENSIBLE (MBH) | AIRSIDE DATA EAT (°F) DB/WB | AIRSIDE DATA COIL/UNIT LAT (°F) DB/WB | WATERSIDE DATA EWT (°F) | LWT (°F) | FLOW (GPM) | BRANCH PIPE SIZE | MAX. PD (FT) | NOTES | HUMIDIFIER | GENERAL: OPER. WEIGHT (LBS.) | ACCESS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25% PG | 6/10 | 25.9 | 25.0 | 60/54 | 55/44 | 46 | 80 | 4 | 1" | 3 | --- | N | 280 | 1 THRU 7 |

ACCESSORIES
1) 2" MERV 13 FILTER
2) SINGLE POINT ELECTRICAL CONNECTION
3) ECM MOTOR WITH PROPORTIONAL SPEED CONTROL
4) STAINLESS STEEL TEMPERATURE SENSOR, CONNECTED TO BAS
5) CONDENSATE SHUT-OFF SWITCH
6) PROVIDE CONDENSATE PUMP
7) 2-WAY MODULATING PRESSURE INDEPENDENT CONTROL VALVE (FOR CHILLED AND HEATING WATER)

NOTES
1) SINGLE POINT POWER CONNECTION

## EXHAUST FAN SCHEDULE

| TAG | MANUF. | MODEL | LOCATION | SERVICE | CONTROL | FAN DATA: AIR QTY. (CFM) | ESP ("W.C.) | FEG | TYPE | RPM | MOUNT | MOTOR DATA: DRIVE | HP | VOLTS/ø | VFD | E-POWER | SOUND POWER DATA | OPER. WEIGHT (LBS) | NOTES | ACCESSORIES | TAG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF P3-1 | COOK | 120SQN17D | P3 LOCKER ROOMS | P3 LOCKER ROOMS | BAS | 650 | 0.75 | N/A | INLINE CENTRIFUGAL | 1725 | INLINE | DIRECT | 0.25 | 120/1 | Y | --- | 62 DBA | 75 | A | 1, 2 | EF P3-1 |

NOTES
A) FAN RUNS CONTINUOUSLY

ACCESSORIES
1) FACTORY PROVIDED DISCONNECT SWITCH MOUNTED OUTSIDE OF FAN HOUSING
2) SPRING HANGER(S)

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1

Project Status

MECHANICAL SCHEDULES

M107

119374

GENERAL NOTES:

WORK NOTES



ENLARGED FLOOR PLAN UNIT 104 & 105 - MECHANICAL

1/4" = 1'-0"

UNIT 104 & 105 LOCAL CONDO FCU SCHEDULE

| TAG | UNIT SIZE | SUPPLY AIR (CFM) | OUTSIDE AIR (CFM) | HUMIDIFIER TAG | NOTES |
|---|---|---|---|---|---|
| FCU-104-1 | CDV 08 | 400 | 80 | EH-1 | A, B |
| FCU-104-2 | CDV 12 | 810 | 160 | EH-1 | A, B |
| FCU-105-1 | CDV 08 | 430 | 90 | EH-1 | A, B |
| FCU-105-2 | CDV 12 | 855 | 100 | EH-1 | A, B |

NOTES:
A) LOCAL SCHEDULE FOR QUICK REFERENCE ONLY. REFER TO CONDO FAN COIL UNIT SCHEDULE ON SHEET M106 FOR ADDITIONAL INFORMATION
B) REFERENCE DIAGRAM ON M120

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1

Project Status

ENLARGED FLOOR PLAN UNIT 104 & 105 - MECHANICAL

119374

M511

5/28/2024 11:18:12 AM

## GENERAL NOTES:

## WORK NOTES



1 ENLARGED FLOOR PLAN UNIT 305 - MECHANICAL

1/4" = 1'-0"

**UNIT 305 LOCAL CONDO FCU SCHEDULE**

| TAG | UNIT SIZE | SUPPLY AIR (CFM) | OUTSIDE AIR (CFM) | HUMIDIFIER TAG | NOTES |
|---|---|---|---|---|---|
| FCU-305-1 | CDV 08 | 350 | 0 | EH-1 | A, B |
| FCU-305-2 | CDV 10 | 700 | 95 | EH-1 | A, B |
| FCU-305-3 | CDV 08 | 180 | 20 | EH-1 | A, B |
| FCU-305-4 | CDV 20 | 700 | 95 | EH-1 | A, B |
| FCU-305-5 | HPP 12 | 900 | 120 | EH-1 | A, B |

NOTES:
A) LOCAL SCHEDULE FOR QUICK REFERENCE ONLY. REFER TO CONDO FAN COIL UNIT SCHEDULE ON SHEET M109 FOR ADDITIONAL INFORMATION
B) REFERENCE DIAGRAM ON M120.

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

**TETON H1**

Project Status

ENLARGED FLOOR PLAN UNIT 305 - MECHANICAL

115374

M532

5/29/2024 11:18:15 AM

# Exhibit 6

## Tab 8

# Subcontractor Settlement Specialty Systems Inc Attachments

EXHIBIT 121
WIT: Stateler
DATE: 9/2/25
Laurel S. Tubbs, RPR, RMR, CRR

**Executed Subcontractor Change Order 029**

# Subcontract Change Order

Detailed, Grouped by Each Number

**The Hoback Club**
3355 Cody Lane
Jackson Hole, WY

**Project # WYO-001**
Tel: Fax:

**SMC Construction Company**

**Date: 2/21/2025**
**To Subcontractor/Vendor:**
Specialty Systems, Inc.
264 Cottage Avenue
Sandy, UT 84070

**Architect's Project No:**
**Contract Date:**
**Contract Number: 010**
**Change Order Number: 029**

**The Contract is hereby revised by the following items:**

Change Order No. 29 Resolution Agreement

| PCO | Item # | Description | Amount |
|---|---|---|---|
| 4341.012 | 001 | Specialty Systems Resolution Agreement | 96,931 |

This Subcontractor Change Order includes the attached Proposed SSI SCO 29.

| | |
|---|---|
| The original Contract Value was.......... | 4,071,842 |
| Sum of changes by prior Subcontract Change Orders.......... | 376,249 |
| The Contract Value prior to this Subcontract Change Order was.......... | 4,448,091 |
| The Contract Value will be changed by this Subcontract Change Order in the amount of.......... | 96,931 |
| The new Contract Value including this Subcontract Change Order will be.......... | 4,545,022 |
| The Contract duration will be changed by.......... | 0 Days |
| The revised Substantial Completion date as of this Subcontract Change Order is.......... | |

SMC Construction Company
CONTRACTOR
1086 Greg Street,
Sparks, NV 89431
Address
By Rich Schaller
SIGNATURE [signature]
DATE 2-21-25

Specialty Systems, Inc.
SUBCONTRACTOR/VENDOR
264 Cottage Avenue
Sandy, UT 84070
Address
By Michael Lloyd
SIGNATURE [signature]
DATE 3/6/25

**Proposed SSI SCO 29**
**Resolution of Outstanding Change Orders and Compliance with Work Progress Schedule**
**WY Rule 408**

**Description:**

Resolution of outstanding change orders and compliance with Work Progress Schedule.

**Amount:**

$96,931.00

**Notes:**

1. The Effective Date of this Change Order is February 21, 2025.
2. SMC Construction Co. ("SMC") and Specialty Systems, Inc. ("SSI") agree that there are no outstanding and/or pending change orders related to SSI's work on the Hoback Club project (the "Project") as of the Effective Date of this Change Order.
3. SSI agrees to comply with the Work Progress Schedule, data date January 27, 2025.
4. SMC agrees to pay SSI bonuses totaling **$96,931.00** for achieving certain performance milestones in accordance with the Work Progress Schedule. *See* Work Progress Schedule, data date January 27, 2025). The bonuses are as follows:
   a) SMC agrees to pay SSI **$29,079.30** (30% of $96,931.00), upon execution of this Change Order.
   b) SMC agrees to pay SSI **$29.079.30** (30% of $96,931.00) when the exterior siding for the courtyard is complete on or before April 25, 2025, or as adjusted for non-SSI delays.
   c) SMC agrees to pay SSI **$38,772.40** (40% of $96,931.00) if SSI completes the parking garage traffic coating work on or before June 18, 2025, or as adjusted for non-SSI delays.
5. In consideration for the payments set forth in this Change Order, SSI irrevocably waives and releases any and all known or unknown claims that SSI has, had or may have in the future against Owner, DDRM and/or SMC related to the Project, including, without limitation, claims related to adjustment of the Contract Time, unpaid fees, delay, inefficiency, and extended general conditions up to the Effective Date of this Change Order, and further agrees this Change Order fully and completely resolves all claims that were, or could be asserted by SSI as of the Effective Date of this Change Order. SMC irrevocably waives and releases any and all claims against SSI for liquidated damages that were or could be asserted as of the Effective Date of this Change Order. Nothing contained herein shall be construed to constitute a waiver by any party of rights or defenses related to claims against Layton Construction Company LLC.

CCD 560

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

# AIA® Document G714® – 2017

## Construction Change Directive

**PROJECT:** *(name and address)*
Hoback Club
Jackson, WY

**OWNER:** *(name and address)*
Cody Lane Development Corp.
P.O. Box 734
Teton Village, WY 83025-0734

DEVELOPMENT MANAGER:
DDRM Jackson, LLC
800 Tuacahn Dr.
Ivins, UT 84738

**CONTRACT INFORMATION:**
Contract For: AIA A133/A201
Date: May 28, 2021

**ARCHITECT:** *(name and address)*
IBI Group, a CA partnership
10 Exchange Place, Suite #112
Salt Lake City, UT 84111

**CCD INFORMATION:**
Directive Number: 560
Date: June 29, 2023

**CONTRACTOR:** *(name and address)*
Layton Construction Company, LLC
9090 South Sandy Parkway
Sandy, UT 84070

The Contractor is hereby directed to make the following change(s) in this Contract:
*(Insert a detailed description of the change and, if applicable, attach or reference specific exhibits.)*

In accordance with sections 7.3 and 7.4 of the A201 General Conditions of the contract for construction, contractor is hereby directed to make the following change(s) in this contract:

Incorporate ASI 584 dated 06/15/2023, which relates to the Architect's response to RFI-1558, into the Contract with the associated drawings listed therein into the Work.

DIRECTIVE TO PROCEED (in accordance with Section 7.3.6 of the A201 General Conditions)
__X__ Proceed with the Work described above immediately and concurrently with proposed adjustments noted below.
____ Proceed with proposal only for the Work described above in accordance with the proposed adjustments noted below.

**PROPOSED ADJUSTMENTS**

**1.** The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:

☐ Lump Sum decrease of $0.00

☐ Unit Price of $ per

☐ Cost, as defined below, plus the following fee:
*(Insert a definition of, or method for determining, cost)*

☒ As follows: The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:
____ Section 7.3.3.1 Mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation.
____ Section 7.3.3.2 Unit Prices stated in the Contract Documents or subsequently agreed upon.
__X__ Section 7.3.3.3 Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee.
____ Section 7.3.4 As per Section 7.3.4.
____ Section 7.4 Minor Changes in the Work – No adjustment in Guaranteed Maximum Cost or Contract Time.

AIA Document G714 – 2017. Copyright © 2001, 2007 and 2017. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This document was produced at 14:14:46 ET on 06/29/2023 under Order No.3104237960 which expires on 02/05/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
User Notes: (3B9ADA54)

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

CCD 560

2. The Contract Time is proposed to remain unchanged. The proposed adjustment, if any, is zero (0) days.

*NOTE: The Owner, Architect and Contractor should execute a Change Order to supersede this Construction Change Directive to the extent they agree upon adjustments to the Contract Sum, Contract Time, or Guaranteed Maximum price for the change(s) described herein.*

When signed by the Owner and Architect and received by the Contractor, this document becomes effective IMMEDIATELY as a Construction Change Directive (CCD), and the Contractor shall proceed with the change(s) described above.

Contractor signature indicates agreement with the proposed adjustments in Contract Sum and Contract Time set forth in this CCD.

DDRM Jackson, LLC
DEVELOPMENT MANAGER

DocuSigned by:
Marty Breen
CDA9ED4DCA34F5...
SIGNATURE

Martin J. Breen, Principal

06/29/2023
DATE
7/7/2023 | 10:25 AM PDT

Note: Pursuant to Contract Exhibit F, Owner's signature is only required for single CCDs in excess of $750,000 or when collective CCDs together exceed $2,000,000, otherwise CCDs may be signed on behalf of the Owner by the Development Manager.

| IBI Group, a CA partnership | Cody Lane Development Corp | Layton Construction Company, LLC |
|---|---|---|
| **ARCHITECT** *(Firm name)* | **OWNER** *(Firm name)* | **CONTRACTOR** *(Firm name)* |
| DocuSigned by: [signature] C2656DA4DC... **SIGNATURE** | DocuSigned by: [signature] FD45F60E1900489... **SIGNATURE** | **SIGNATURE** |
| Steve Jones, AIA, Project Architect | David Saunders, President | Robert Minhondo, Construction Manager |
| **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** |
| 06/29/2023 | 06/29/2023 | |
| **DATE** | **DATE** | **DATE** |
| 7/7/2023 \| 5:13 PM PDT | 7/12/2023 \| 1:51 PM PDT | |

AIA Document G714 – 2017. Copyright © 2001, 2007 and 2017. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This document was produced at 14:14:46 ET on 06/29/2023 under Order No.3104237960 which expires on 02/05/2024, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com
User Notes:

CCD 560

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

IBI

# Architect's Supplemental Instructions

**Project Title:** Teton H1
**ASI Number: 584**

**Issue Date:** 15 June 2023

The Contractor shall carry out the Work in accordance with the following supplemental instructions without change in Contract Sum or Contract Time unless otherwise directed by an approved CCD. Proceeding with the Work in accordance with these instructions indicates your acknowledgment that there will be no change in the Contract Sum or Contract Time unless otherwise directed by an approved CCD.

**Description of Change(s):**

1. Delete and provide credit for the unwarrantable TPO roofing system at the Mechanical Yard (including TPO membrane, cover board and tapered insulation).
2. Provide PUMA pedestrian system waterproofing in Mechanical Yard and add insulation board at underside of roof slab in P4 Mechanical Room where indicated, per attached ASK-1558, Tremco product data and revised specification section 07 1400 - Fluid Applied Waterproofing.

   This ASI is associated with RFI-1558 response.

## Included Sketches:

ASK-1558 Waterproofing at Mechanical Yard

**Additional information:**

Section 07 1400 - Fluid Applied Waterproofing (revised 2023-06-15)

Tremco Vulkem EWS Pedestrian Waterproof Traffic Coating System product data


CCD 560
2 1/2" FOIL FACED GLASS FIBER INSULATION BOARD PER 07 2100 2.04.B WITH FOIL TAPED JOINTS, ATTACHED TO UNDERSIDE OF CONC. SLAB WITH STICK PINS (IN GRAY TONED AREA)
RFI-1558
MECH. P401
ROOF HATCH
MECH. YARD P301 1,940 SF
GENERATORS P304 652 SF
FIRE PUMP P302 143 SF
TRASH P316 632 SF
NO CURB AT THIS LOCATION - PROVIDE DYMONIC 100 SEALANT AND BACKER ROD IN JOINT TO S.O.G.
PUMA PEDESTRIAN SYSTEM WATERPROOFING (GRAY TONED AREA)
- SYSTEM SHALL BE TREMCO VULKEM EWS PEDESTRIAN SYSTEM (COLOR: GRAY)
- REPAIR ANY CRACKS PER MANUFACTURER'S STANDARD DETAILS
- PROVIDE UPTURNS AT PERIMETER PER MANUFACTURER'S STANDARD DETAIL AND EXTEND UP WALLS, PILASTERS AND ROOF HATCH MINIMUM 12"
- EXTEND UP STEEL EQUIPMENT FRAMES PER MANUFACTURER'S STANDARD DETAIL MINIMUM 6" (COMPLETELY COVER ALL BOLTS AND BASE PLATES TO SEAL)
- EXTEND UP PENETRATIONS PER MANUFACTURER'S STANDARD DETAIL MINIMUM 6"
- TIE-IN TO FLOOR DRAINS PER MANUFACTURER'S STANDARD DETAIL
MENANICAL YARD OVERFLOW THROUGH GATE OPENING
2 ENLARGED LEVEL P4 RCP (REF. 1/A254)
ASK-1558 Scale: 1/8" = 1'-0"
1 ENLARGED MECHANICAL YARD PLAN (REF. 1/A800)
ASK-1558 Scale: 1/8" = 1'-0"
IBI
IBI GROUP
10 Exchange Place
Salt Lake City, UT 84111 USA
TETON H1
WATERPROOFING AT MECHANICAL YARD
AS NOTED
ASK-1558

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C



Revised as part of ASI-584, 2023-06-15

## SECTION 07 1400

## FLUID-APPLIED WATERPROOFING

PART 1 GENERAL

1.01 SECTION INCLUDES

A. Fluid-Applied Waterproofing:

1. Cold-applied polyurethane-methacrylate (PUMA) waterproofing system.

2. Under-tile waterproofing and anti-fracture membrane.

3. Cold-applied polyurethane-methacrylate (PUMA) pedestrian waterproof traffic coating system.

1.02 RELATED REQUIREMENTS

A. Section 03 3000 - Cast-in-Place Concrete: Concrete substrate.

B. Section 07 1413 – Hot Fluid Applied Rubberized Asphalt Waterproofing.

C. Section 07 2100 - Thermal Insulation.

D. Section 07 9200 - Joint Sealants: Sealing moving joints in waterproofed surfaces that are not part of work in this section.

E. Division 22 - Plumbing Piping Specialties.

F. Division 33 - Utilities.

1.03 REFERENCE STANDARDS

A. ANSI A118.10 - American National Standard Specifications for Load Bearing, Bonded, Waterproof Membranes For Thin-Set Ceramic Tile And Dimension Stone Installation.

B. ASTM C1306/C1306M - Standard Test Method for Hydrostatic Pressure Resistance of a Liquid-Applied Waterproofing Membrane.

C. ASTM D4263 - Standard Test Method for Indicating Moisture in Concrete by the Plastic Sheet Method.

D. ASTM D638 - Standard Test Method for Tensile Properties of Plastics.

E. ASTM D4541 - Standard Test Method for Pull-Off Strength of Coatings Using Portable Adhesion Testers.

F. ASTM D6506/D6506M - Standard Specification for Asphalt Based Protection Board for Below-Grade Waterproofing.

G. ASTM E96/E96M - Standard Test Methods for Water Vapor Transmission of Materials.

H. ICC-ES AC29 - Acceptance Criteria for Cold, Liquid-Applied, Below-Grade, Exterior Dampproofing and Waterproofing Materials.

I. NRCA (WM) - The NRCA Waterproofing Manual.

1.04 SUBMITTALS

A. See Section 01 3000 - Administrative Requirements, for submittal procedures.

B. Product Data: Provide data for membrane, flexible flashings, and drainage board.

C. Shop Drawings: Indicate special joint or termination conditions and conditions of interface with other materials.

1. Show locations and extent of waterproofing.

2. Include project specific details for substrate joints and cracks, sheet flashings, penetrations, inside and outside corners, tie-ins with adjoining waterproofing and other termination conditions.

D. Preconstruction Field Test Reports: Indicate which primer and surface preparation methods resulted in optimum adhesion to substrates based on preconstruction testing.

E. Certificate: Certify that products meet or exceed specified requirements.

F. Manufacturer's Installation Instructions: Indicate special procedures.

G. Warranty:

1. Submit manufacturer warranty and ensure that forms have been completed in Owner's name and registered with manufacturer.

2. Submit installer's certification that installation complies with warranty conditions for the waterproofing membrane.

1.05 QUALITY ASSURANCE

A. Manufacturer Qualifications: Company specializing in manufacturing products specified in this section, with not less than five years documented experience.

B. Installer Qualifications: Company specializing in performing work of the type specified and with at least five years of documented experience and approved by manufacturer.

C. Preconstruction Field Testing: Before installing waterproofing, perform field test adhesion to Project substrates as follows:

1. Conduct tests for each type of substrate as found on-site. Determine if primer is required. If so, re-test using primer.

2. Notify Architect 72 hours in advance of dates and times when waterproofing will be tested.

3. Arrange for tests to take place with manufacturer's technical representative present.

4. Report whether waterproofing failed to adhere to substrates or tore cohesively.

D. Manufacturer: Make tests determining compatibility of waterproofing with substrates and other adjacent flashings as necessary to conform to manufacturer's Warranty provisions and project requirements.

E. Inspection: Prior to, during installation and at completion of installation, conduct inspections by the membrane manufacturer's field representative to ascertain that the waterproofing system meets the manufacturer's published specifications, standards and details.

1.06 MOCK-UP

A. Construct mock-up consisting of 100 sq ft of horizontal waterproofed panel; to represent finished work including internal and external corners, drainage panel, base flashings, control joints, and counterflashings.

B. Locate where directed.

C. Mock-up may remain as part of this Work.

1.07 PREINSTALLATION CONFERENCE

A. Preinstallation Meeting: Convene a meeting at least one week prior to starting work; require attendance of manufacturer's representative and affected installers; invite Architect and Owner.

1. Review waterproofing requirements including, but not limited to, the following:

a. Surface preparation specified as Work of other Sections.

b. Minimum curing period.

c. Forecasted weather conditions.

d. Special details and sheet flashings.

e. Interface with adjacent materials.

f. Repairs.

1.08 FIELD CONDITIONS

A. Maintain ambient temperatures above 40 degrees F for 24 hours before and during application and until cured.

1.09 WARRANTY

A. See Section 01 7800 - Closeout Submittals, for additional warranty requirements.

B. Manufacturer's Warranty: Provide manufacturer's warranty for waterproofing failing to resist penetration of water, including adhesive failure, cohesive failure and waterproofing failure resulting from substrate cracking up to 1/16 inch.

1. Warranty Period: Ten years from date of Substantial Completion.

C. Installer's Warranty: Submit Installer's warranty, on Installer's standard or customized form, signed by Installer, covering the Work of this Section for the following warranty period.

1. Warranty Period: Two years from date of Substantial Completion.
2. Warranty includes removing and reinstalling overburden in order to repair membrane.

D. Provide five year manufacturer warranty for waterproofing failing to resist penetration of water, including adhesive failure, cohesive failure and waterproofing failure resulting from substrate cracking up to 1/16 inch.

E. Vegetated Roof Assemblies Over Waterproofing: Provide manufacturer's twenty year, single-source "full system" warranty.

PART 2 PRODUCTS

2.01 MANUFACTURERS

A. Cold-Applied Polyurethane-Methacrylate (PUMA) Waterproofing Systems: Use systems that are provided by the same manufacturer where possible to ensure detail/material compatibility and warranty.

1. Henry Company; Henry Pumadeq System: www.henry.com
2. Tremco Commercial Sealants & Waterproofing; TREMproof PUMA Below-Grade Membrane (Asphalt Overlay) and Vulkem EWS pedestrian waterproof traffic coating system: www.tremcosealants.com
3. CETCO, a division of Minerals Technologies Inc: www.mineralstech.com

Substitutions: See Section 01 6000 - Product Requirements.

B. Under-Tile Waterproofing and Anti-Fracture Membrane:

1. AVM Industries, Inc: www.avmindustries.com

Substitutions: See Section 01 6000 - Product Requirements.

2.02 FLUID APPLIED WATERPROOFING MATERIALS

A. Cold-Applied Polyurethane-Methacrylate (PUMA) Waterproofing System: Consists of a primer, base coat, and topcoat.

1. Application: Waterproofing concrete slabs.
2. Cured Thickness: 97 mils, 0.097 inch, minimum, with applied base coat and top coat.
3. Suitable for installation over concrete substrates properly prepared in accordance with manufacturers requirements.
4. Primer: Two-component, methyl-methacrylate (MMA) based.

5. Base Coat: Modified polyurethane-methacrylate (PUMA) that bonds firmly to primer.
   a. Elongation: 407 percent in accordance with ASTM D638.
   b. Tensile Strength: 1680 psi at 75 degrees F in accordance with ASTM D638.
   c. Durometer Hardness, Type D: 35, minimum, in accordance with ASTM D2240.
6. Top Coat: Methyl-methacrylate (MMA) based, with excellent abrasion resistance, UV stability and chemical resistance.
   a. Elongation: 130 percent in accordance with ASTM D638.
   b. Tensile Strength: 986 psi at 75 degrees F in accordance with ASTM D638.
   c. Durometer Hardness, Type D: 55, minimum, in accordance with ASTM D2240.
   d. Color: Gray.
7. Manufacturers: Use systems that are provided by the same manufacturer where possible to ensure detail/material compatibility and warranty.
   a. CETCO, a division of Minerals Technologies Inc; CETGUARD SG: www.mineralstech.com/#sle.
   b. Tremco Commercial Sealants & Waterproofing; TREMproof PUMA Below-Grade Membrane (Ideal for Asphalt Overlay) and Vulkem EWS pedestrian waterproof traffic coating system: www.tremcosealants.com/#sle.

   Substitutions: See Section 01 6000 - Product Requirements.

B. Under-Tile Waterproofing and Anti-Fracture Membrane: Specifically designed for bonding to concrete, backer boards, and plywood under ceramic tile; complying with ANSI A118.10.
   1. Material: Fluid-applied water-based SBS rubber membrane, 40 mils, 0.040 inch thick, minimum, with polyester fabric reinforcing at edges, corners, joints, and cracks.
   2. ICC-ES approved.
C. Flexible Flashings: Type recommended by membrane manufacturer.
D. Joint Cover Sheet: 1 inch thick elastic sheet material designated for and compatible with membrane.

2.03 ACCESSORIES

A. Primer: As recommended by waterproofing manufacturer for substrates found on site.
B. Surface Conditioner: Compatible with membrane compound; as recommended by membrane manufacturer.
C. Sealant for Joints and Cracks in Substrate: Type compatible with waterproofing material and as recommended by waterproofing manufacturer.
D. Reinforcing Fabric for Between Liquid Applied Membranes (LAM): Polyester fabric, unsaturated spun bond and nonwoven, used as reinforcement between LAM waterproofing systems.
   1. Thickness: 9.5 mils, 0.0095 inch, minimum.
E. Protection Board: Provide type capable of preventing damage to waterproofing due to backfilling and construction traffic.
   1. Hardboard, 1/8 inch thick.
   2. Asphalt impregnated wood fiberboard, 1/4 inch thick.
   3. Polystyrene foam board, 1 inch thick.
   4. Multi-layer internally-reinforced asphaltic panels, 1/8 inch thick, nominal, comp lying with ASTM D6506/D6506M.

5. Semi-rigid glass fiber board; unaffected by water, freeze-thaw, fungus, or soil bacteria; containing no formaldehyde, phenol, acrylic, or artificial color; 3/4 inch thick, nominal.

F. Drainage Panel: Drainage layer with geotextile filter fabric on earth side.

1. Composition: Dimpled polyethylene core; polypropylene or polyester filter fabric.
2. Thickness: 1/4 inch, minimum.
3. Core Compressive Strength: 15,000 psf, minimum, in accordance with ASTM D1621

G. Cant Strips: Premolded composition material or sealant backer, as recommended by waterproofing manufacturer.

PART 3 EXECUTION

3.01 EXAMINATION

A. Verify substrate surfaces are free of frozen matter, dampness, loose particles, cracks, pits, projections, penetrations, or foreign matter detrimental to adhesion or application of waterproofing system.

1. Verify that concrete has cured and aged for minimum time period recommended in writing by waterproofing manufacturer.
2. Verify that substrate is visibly dry and within the moisture limits recommended by writing by manufacturer. Test for capillary moisture by plastic sheet method according to ASTM D4263.

C. Verify that substrate surfaces are smooth, free of honeycomb or pitting, and not detrimental to full contact bond of waterproofing materials.

3.02 INSTALLATION

A. Install waterproofing to specified minimum thickness in accordance with manufacturer's instructions and NRCA (WM) applicable requirements.

B. Apply primer or surface conditioner at a rate recommended by manufacturer, and protect conditioner from rain or frost until dry.

C. At joints and cracks less than 1/2 inch in width including joints between horizontal and vertical surfaces, apply 12 inch wide strip of joint cover sheet.

D. Center joint cover sheet over joints, roll sheet into 1/8 inch thick coating of waterproofing material and apply second coat over sheet extending at least 6 inches beyond sheet edges.

E. Apply extra thickness of waterproofing material at corners, intersections, and angles.

F. Flexible Flashings: Seal items watertight that penetrate through waterproofing membrane with flexible flashings.

G. Extend waterproofing material and flexible flashing into drain clamp flange, apply adequate coating of liquid membrane to ensure clamp ring seal, and coordinate with drain installation requirements specified in Section 22 1006.

H. Seal membrane and flashings to adjoining surfaces. Install counterflashing over all exposed edges.

3.03 INSTALLATION - DRAINAGE PANEL

A. After membrane has cooled, but before it becomes dusty, apply separation sheet and lap joints to ensure complete coverage.

B. Place drainage panel directly against protection course, butt joints, place to encourage drainage downward. Scribe and cut boards around projections, penetrations, and interruptions.

1. Attach in accordance with waterproofing manufacturer's recommendations.

C. Adhere protection board to substrate with compatible adhesive.

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C



3.04 FIELD QUALITY CONTROL

A. Provide adhesion testing conducted by or in the presence of manufacturer's technical representative. Submit results to Architect.

1. Perform adhesion cut tests on first completed 100 square feet. Then test one location for each 500 square feet of membrane thereafter.

2. Maintain test log and submit to Architect with locations, dates, results, and remedial actions.

B. Manufacturer Field Inspection: Coordinate with manufacturer's technical representative to conduct periodic in-progress inspections to verify installation is in compliance with manufacturer's recommendations. Conduct a minimum of three field inspections.

C. Owner will provide testing services in accordance with Section 01 4000 - Quality Requirements. Contractor shall provide temporary construction and materials for testing.

D. Upon completion of horizontal membrane installation, dam installation area in preparation for flood testing.

E. Flood to minimum depth of 1 inch with clean water, and after 48 hours inspect for leaks.

F. If leaking is found, remove water, repair leaking areas with new waterproofing materials as directed by Architect; repeat flood test, and repair damage to building.

END OF SECTION 07 1400

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

# Pedestrian (PUMA)

## Table of Contents


| | |
|---|---|
| Vulkem EWS Pedestrian Data Sheet - EN | 1 |
| PUMA Technology Color Chart - EN | 4 |
| Tremco Universal ColorPaks Color Chart - EN | 5 |
| Vulkem EWS Pedestrian Application Instructions - EN | 7 |
| Vulkem EWS Pedestrian Features/Benefits - EN | 12 |
| Vulkem EWS Recommended Maintenance Procedures - EN | 14 |
| EWS-P-D-01: Vulkem EWS Pedestrian System at Drain (PDF) - EN | 16 |
| EWS-P-G-01: Vulkem EWS Pedestrian System (PDF) - EN | 17 |
| EWS-P-G-02: Vulkem EWS Pedestrian System Termination at Reglet (PDF) - EN | 18 |
| EWS-P-G-03: Vulkem EWS Pedestrian System at Cracks Less Than 1/16" (PDF) - EN | 19 |
| EWS-P-G-04: Vulkem EWS Pedestrian System at Cracks Greater Than 1/16" with Sealant (PDF) - EN | 20 |
| EWS-P-G-07: Vulkem EWS Pedestrian System at Metal Post - Option 1 (PDF) - EN | 21 |
| EWS-P-P-01: Vulkem EWS Pedestrian System at Penetration (PDF) - EN | 22 |
| EWS-P-U-02: Vulkem EWS Pedestrian System at Upturn (PDF) - EN | 23 |
| EWS-P-U-04: Vulkem EWS Pedestrian System at Upturn with Dymonic 100 - Isometric (PDF) - EN | 24 |
| Pedestrian Traffic Coating System Warranty - EN | 25 |

TREMCO

TECHNICAL DATA SHEET

# VULKEM EWS® WITH PUMA TECHNOLOGY

Waterproof Traffic Coating System
Pedestrian System

## PRODUCT DESCRIPTION

Vulkem® EWS with PUMA Technology is designed to have tenacious adhesion and extreme abrasion resistance. It can be walked on in one hour, which will minimize operation disruption. Vulkem Extreme Wearing System (EWS) is a waterproof traffic deck coating system that utilizes polyurethane-methacrylate (PUMA) technology. Vulkem EWS pedestrian system is composed of a primer (Tremco PUMA Primer or TREMprime VB Primer), a base coat (Tremco PUMA BC or BC LM), and a top coat (Tremco PUMA TC). All system components, except TREMprime VB, are cured using Tremco PUMA Initiator or Initiator+.

Tremco PUMA Primer is a polymethyl-methacrylate (PMMA), two-component primer for porous and non-porous substrates.

TREMprime VB Primer is a two-component, epoxy-based, solvent-free vapor barrier primer for concrete and plywood surfaces.

Tremco PUMA BC is a polyurethane-methacrylate (PUMA) base coat. Tremco PUMA BC bonds firmly to Tremco PUMA Primer. It retains its integrity even if substrate movement causes hair-line cracks of up to 1/16" (1.5 mm). If cut or damaged, Tremco PUMA BC will prevent water migration between itself and the substrate.

Tremco PUMA BC LM is a low-modulus version of Tremco PUMA BC waterproofing membrane that is used when dynamic movement and extreme service temperature ranges are anticipated.

Tremco PUMA TC is a polymethyl-methacrylate (PMMA) top coat. Interlaminary adhesion to Tremco PUMA BC is exceedingly strong. The top coat affords excellent abrasion resistance, UV stability and chemical resistance to complete the Vulkem EWS pedestrian system.

Tremco PUMA Initiator/Initiator+ is a reactive catalyst in the form of a white powder used to cure all PUMA/PMMA resins.

## BASIC USES

Vulkem EWS is a cold-applied traffic deck coating system designed for waterproofing concrete slabs and protecting occupied areas underneath from water damage. Additionally, the system will protect the concrete from the damaging effects of chloride, deicing salts, chemicals, gasoline, oils and anti- freeze. The Pedestrian System is ideal for stadiums, balconies, pedestrian walkways, roof terraces, mechanical rooms, recreation decks, and similar applications requiring a waterproof coating system.

## FEATURES & BENEFITS

- PUMA technology delivers extreme durability while maintaining its crack-bridging characteristics, eliminating the need for reinforcing fabric.
- Rapid set-up times allow for quick overall installation, as well as the ability to open up to traffic one hour later.
- Can be applied at temperatures as low as 14 °F (-10 °C), which allows for continuation of projects in the colder months.
- Initiator adjustments allow for 30 to 45 min cure time between applications, even at temperatures below freezing.
- Extremely forgiving application allows users to apply additional coats long after the previous coat has cured.
- Unique chemistry allows for easy repair.
- Compatible with Tremco sealants, coatings and expansion joints, which is essential for tie-ins, detailing and penetrations.

## AVAILABILITY

Immediately available from your local Tremco Sales Representative.

## PACKAGING

Tremco PUMA Primer: 2-gal and 6-gal pails
TREMprime VB Primer: Part A: 2.4-gal pails Part B: 1.2-gal pails
Tremco PUMA BC (all grades): 6-gal pails
Tremco PUMA TC: 6-gal pails
Tremco PUMA Initiator: 22-lb in 2-gal pails & 55-lb in 6-gal pails

## COLORS

Tremco PUMA TC is available in Gray, Slate Gray, Charcoal, White, Beige, Tintable and *Decorative
Universal Color Paks are available for use with Tremco PUMA TC Tintable.

*For use with decorative aggregate.

## APPLICABLE STANDARDS

ASTM C957
CSA S413

## FIRE RATED ASSEMBLIES

ANSI/UL790 - Standard Test Methods for Fire Tests of Roof Coverings
CAN/ULC-S107 - Methods of Fire Tests of Roof Coverings

## INSTALLATION

Concrete shall be water-cured and attain a 3000 PSI minimum compressive strength. Concrete finish shall be a light steel trowel followed by an equivalent ICRI #3-#4 finish. Moisture content in the concrete must be lower than 6% as measured using a Tramex CME 4 Moisture Meter. Depending on concrete construction and job site location, additional concrete testing may be required. Please contact your local Tremco Sales or Technical representative.

Please refer to the Vulkem EWS Application Instructions for complete application details. The techniques involved may require modification to adjust to job-site specific conditions. Consult your Tremco Sales Representative or Tremco Technical Services for site conditions and requirements.

## LIMITATIONS

- Use with adequate ventilation.
- Not for use over expanded polystyrene, extruded polystyrene, poured in place gypsum, lightweight insulating concrete, cementitious wood fiber decks and coal tar pitch.
- Do not apply in falling precipitation or when precipitation is imminent.
- All surfaces must be sound, clean, free of standing water and free from contamination.
- Any questions regarding drying times, coverage rates and unique application techniques should be directed to Tremco Technical Services or your local Tremco Sales Representative.
- Do not apply over contaminated surfaces.
- Do not thin.
- Substrate must be at least 5 °F (3 °C) above the measured dew point temperatures to avoid dew point conditions.
- Do not store in direct sunlight for prolonged periods.
- Unvented metal pan decks, slab-on-grade and hollow core plank decks require additional qualification prior to application. Please contact Tremco technical services for more information.

## WARRANTY

A repair or replacement warranty is available on all Tremco products. Visit https://www.tremcosealants.com/warranties/ for details.

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

## TYPICAL PHYSICAL PROPERTIES

| PROPERTY | TEST METHOD | TREMCO PUMA BC | TREMCO PUMA TC |
|---|---|---|---|
| VOC Content | Method 310 | 0 g/L | 0 g/L |
| % Solids (by weight) | ASTM D1353 | 100% | 100% |
| Drying Time @ 75 °F, 50% RH | ASTM D1640 | 80 mil film, 1 hr | 17 mil film, 1 hr |
| Weathering | ASTM D822 Wetherometer 350 hr | N/A | No effect |
| Elongation | ASTM D638 | 407-420% | 130% |
| Elongation | ASTM D5147 | Min 30% | Min 30% |
| Tensile Strength | ASTM D638 @ 75 °F | 991-1680 psi | 986 psi |
| Tearing Resistance | ASTM D4073 | 91 lbf | 203 lbf |
| Hardness (Shore D) | ASTM D2240 | 18-35 | 55 |
| Hardness (Shore A) | ASTM D2240 | 65-87 | 100 |
| Abrasion Resistance (1000 cycles) | ASTM D4060 | N/A | 51 mg |
| Low-Temperature Crack Bridging | ASTM C1305 | Passes | N/A |
| Taber Abrasion | ASTM C501 | Passes | N/A |
| Peak Load @ 73 °F, avg. | ASTM D5147 | >70 lbf/in | 238 lbf/in |
| Puncture Resistance | ASTM D5602 | >56 lbs | >56 lbs |
| Water Absorption | ASTM D570 | <0.1% | <0.1% |
| Water Vapor Transmission | ASTM E96 | 0.03 perms | 0.03 perms |
| Adhesion-in-Peel | ASTM C794 | Concrete failure with primer | N/A |
| Self-Ignition Temperature | ASTM D1929 | 800 °F<br>427 °C | 850 °F<br>454 °C |
| Smoke Density | ASTM D2843 | 4.1% | 2.1% |
| Rate of Burn | ASTM D635 | 1.2 in/min | 0.2 in/min |

**Please refer to our website at www.tremcosealants.com for the most up-to-date Product Data Sheets.**

**NOTE: All Tremco Safety Data Sheets (SDS) are in alignment with the Globally Harmonized System of Classification and Labelling of Chemicals (GHS) requirements.**

EWSPDS-DS/0922

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

CCD 560

TREMCO

# PUMA TOP COAT COLOR CARD

## PRODUCT DESCRIPTION

Tremco systems featuring polyurethane-methacrylate (PUMA) technology provide superior elongation over traditional MMA/PMMA technology systems. A component of the Vulkem® EWS and select TREMproof® PUMA systems, Tremco PUMA TC (top coat) affords excellent abrasion resistance, UV stability and chemical resistance.

### STANDARD COLORS

WHITE

DECORATIVE[1]

TINTABLE[2]

BEIGE

GRAY

SLATE GRAY

CHARCOAL

1 For use with decorative aggregate.
2 For use with Tremco Universal ColorPaks.

All colors shown are approximate and may not reflect sheen or shade precisely, as varying amounts of aggregate will alter light-reflecting properties. Tremco always recommends a test patch to gain final color approval. Different lighting conditions can influence color appearance: for truer color please view in daylight. Some colors may require a minimum quantity. Custom colors are available upon request. Contact Tremco Customer Service for more information.

Tremco Commercial Sealants & Waterproofing | 3735 Green Road | Beachwood, OH 44122 | US: 800.852.9068 | CAN: 800.363.3213 | tremcosealants.com

Tremco Construction Products Group (CPG) brings together the Commercial Sealants & Waterproofing and Roofing & Building Maintenance divisions of Tremco CPG Inc.; Dryvit and Willseal brands; Nudura Inc.; Prebuck LLC; Tremco Barrier Solutions, Inc.; Weatherproofing Technologies, Inc.; Weatherproofing Technologies Canada, Inc.; and Pure Air Control Services, Inc.

Part of TREMCO Construction Products Group

*Vulkem®, TREMproof®, and Tremco® are registered trademarks of Tremco CPG Inc.*
*Use of the ® symbol indicates registration with the US Patent & Trademark Office and the Canadian Intellectual Property Office.*

PUMACC/0423

tremcocpg.com

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

TREMCO

# UNIVERSAL COLORPAK COLOR CARD

Tremco Universal ColorPaks are available in 70 colors, and can be used to tint a variety of Tremco sealants and traffic coatings in the field. One Universal ColorPak will tint 1.5 gallons of material.[1]

All colors shown are approximate. Please request a sample for final color approval.

Universal ColorPaks are compatible with these Tremco products:

- Spectrem® 4-TS
- PUMA Tintable Top Coat[1]
- Tremco® Sealer 200
- Tremco® Sealer 300
- Vulkem® 445SSL

## UNIVERSAL COLORPAK STANDARD COLORS

| | | | | |
|---|---|---|---|---|
| ANTIQUE PINK | RIVER ROUGE RED | BLUE GRAY | DARK GREEN | HARTFORD GREEN |
| DUSTY ROSE | BOYSENBERRY | NAVY BLUE | BLUE SPRUCE | MINT |
| DESERT TAUPE | ADOBE TAN | JEFFERSON CITY PINK | REDWOOD TAN | BAPTIST BRICK |
| BANNER RED | BRICK RED | MELON | KELLY PINK | RUSTIC RED |
| IVORY | CHAMPAGNE | PEARL ASH | STONE | LIGHT BRONZE |
| LIMESTONE | GREY STONE | NATURAL CLAY | MILE GRAY | CHARCOAL |
| MEDIUM GRAY | DARK GRAY | BRONZE | DARK BRONZE | BLACK |
| ALUMINUM | MOUNTAIN FOG | ALUMINUM STONE | INDEPENDENCE GRAY | GRAY |

[1] Use 1 ColorPak per 2 gallons of PUMA Tintable Top Coat

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

CCD 560

TREMCO

# UNIVERSAL COLORPAK COLOR CARD

## UNIVERSAL COLORPAK STANDARD COLORS

| | | | | |
|---|---|---|---|---|
| NATURAL WHITE | DOVER SKY | ANODIZED ALUMINUM | SUEDE | BUCKSKIN |
| GEOGRAPHIC BEIGE | VAN DYKE | OFF WHITE | MOUNTAIN FOG | LIGHT CREAM |
| SUNSET YELLOW | ALMOND | EGGSHELL CREAM | SANDSTONE | SANDALWOOD BEIGE |
| BEIGE | BRITE WHITE | CHINA WHITE | SUPER WHITE | PARCHMENT |
| BUILDER'S BEIGE | BUFF | TOAST TAN | BEACH | MANOR WHITE |
| COTTON | AMARILLO WHITE | MOONLIGHT | OFF WHITE | ANTIQUE WHITE |

All colors shown are approximate and may not reflect sheen or shade precisely, as varying amounts of aggregate will alter light-reflecting properties. Tremco always recommends a test patch to gain final color approval.

Different lighting conditions can influence color appearance: for truer color please view in daylight. Some colors may require a minimum quantity.

Contact Tremco Customer Service for more information.

Tremco Commercial Sealants & Waterproofing | 3735 Green Road | Beachwood, OH 44122 | US: 800.852.9068 | CAN: 800.363.3213 | tremcosealants.com

Tremco Construction Products Group (CPG) brings together Tremco Incorporated's Commercial Sealants & Waterproofing and Roofing & Building Maintenance operating divisions; Dryvit Systems, Inc.; Nudura Inc.; Willseal; Weatherproofing Technologies, Inc. and Weatherproofing Technologies Canada, Inc.

Part of TREMCO Construction Products Group

Tremco® is a registered trademark of Tremco Incorporated. Willseal is a registered trademark of
Use of the ® symbol indicates registration with the US Patent & Trademark Office and the Canadian Intellectual Property Office.

TUCPCC/0223

tremcocpg.com

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C



TREMCO

# APPLICATION INSTRUCTIONS

# VULKEM EWS® WITH PUMA TECHNOLOGY

Waterproof Traffic Coating System - Pedestrian System

## 1. PURPOSE

1.1 The purpose of this document is to establish uniform procedures for applying the Vulkem® Extreme Wearing System (EWS) in pedestrian applications. The techniques involved may require modifications to adjust to job-site conditions. If you have any questions regarding your application, contact your local Tremco Field Sales Representative for specific design requirements. This document will provide instructions and troubleshooting for the application of the Vulkem EWS to qualify for the manufacturer's warranty.

## 2. SUBSTRATE PREPARATION

2.1 Investigation of the substrate should be performed to determine the type of surface preparation that will need to take place to achieve the appropriate surface profile required for the coating application. Shotblast is required prior to any Vulkem EWS installation. Refer to ICRI's Technical Guideline No. 310.2R-2013 - Selecting and Specifying Concrete Surface Preparation for Sealers, Coatings, Polymer Overlays and Concrete Repair for best practices on selecting the appropriate method of concrete preparation. Vulkem EWS application requires a CSP 3-4.

2.2 For preparation of metal substrates, please follow The Society for Protective Coatings recommendations that followed in section 3.12.

## 3. CONDITIONS FOR SUBSTRATES

**Concrete Surfaces:**

3.1 Concrete shall be water cured and attain a 3000 PSI minimum compressive strength. Moisture content in the concrete must be lower than 6% as measured using a Tramex CME 4 Moisture Meter. Excess moisture in the concrete can prevent the coating materials from performing as intended. Depending on the concrete construction and job site location, additional concrete testing may be required. Please contact your local Tremco Sales or Technical Representative.

3.2 Excess moisture in the concrete can prevent the coating materials from performing as intended. To detect the presence of excess moisture, several tests may be employed:

- ASTM D4263 – Plastic Sheet
- ASTM F1869 – Calcium Chloride
- ASTM F2659 – Tramex CME 4
- ASTM F2170 – Insitu

3.3 All concrete surfaces must be shotblast prior to any coating application. For proper methods, refer to ICRI's Technical Guideline No. 310.2R-2013. For supplier information contact Tremco's Technical Service.

3.4 Concrete surface shall be properly cleaned so that the surface to receive the coating, sealant or liquid applied flashing is free of all laitance, mold, paint, sealers, coatings, curing agents, loose particles and other contamination or foreign matter which may interfere with the adhesion. Consult a Tremco Technical Service Representative for recommendations prior to installing materials.

3.5 Shrinkage cracks in the concrete surface which are 1/16" (1.5 mm) wide or greater shall be treated according to the instructions in Sections 5 and 7.

3.6 Structural cracks, regardless of width, shall be treated according to the instructions in Sections 5 and 7.

3.7 Spalled areas shall be cleaned and free of loose contaminants prior to repair. Due to the fact that jobsite conditions vary, it is recommended that you contact Tremco's Technical Service or your local Tremco Sales Representative for the best method of repair.

3.8 In the event of exposed reinforcing steel, it is recommended that the structural engineer of record be contacted for investigation of the condition and for the best method of repair.

3.9 Surfaces shall be made free of defects that may telegraph and show through the finished coating. Surfaces which are rough (fins, ridges, exposed aggregate, honeycombs, deep broom finish, etc.) shall be leveled and made smooth by applying a coat of sand-filled Tremco PUMA WC according to the instructions in Section 7.

3.10 All drains shall be cleaned and operative. Drains shall be recessed lower than the deck surface. Surface shall be sloped to drain and provide positive drainage. Drains should be detailed as instructed below:
•Cut a 1/4" wide x 1/4" deep (6 mm x 12 mm) keyway into the concrete surface at any point where the coating will have an exposed terminating edge- that is, any point where the coating will end in an open area subject to traffic, for example, at the end of a ramp, around drains and alongside expansion joints.

3.11 If the project is a restoration deck, old sealant and backing material shall be removed. The joint interface will require a thorough wire brushing, grinding, sandblasting and primer.

**Metal Surfaces:**

3.12 Follow standard SSPC-SP 10/NACE No. 2 Near White Blast Cleaning. A near-white metal blast cleaned surface, when viewed without magnification, shall be free of all visible oil, grease, dust, dirt, mill scale, rust, coating, oxides, corrosion products, and foreign matter.

**Wood Surfaces:**

3.13 Wood must be 5/8", exterior-grade plywood, "A"-side up and well fastened with ring shank nails, or screws, with proper consideration given to joints and movement.

3.14 All drains shall be cleaned and operative. Drains shall be recessed lower than the deck surface. Surface shall be sloped to drain and provide positive drainage.

## 4. JOBSITE MATERIALS

4.1 Recommended materials and their use are as follows:

**Dymonic 100:** A one-part, moisture curing, gun grade polyurethane sealant for use in precast, masonry, expansion joints, control joints and for use in forming cants.

**Tremco PUMA Primer:** A two-part, chemical-curing PMMA primer for porous and non-porous surfaces.

**Tremco PUMA BC:** A two-part, chemical-curing PUMA coating used as an elastomeric, waterproofing membrane for Vulkem EWS.

**Tremco PUMA BC LM:** A lower modulus version of Tremco PUMA BC used as the waterproofing membrane for Vulkem EWS for service temperatures below 32° F (0° C).

**Tremco PUMA BC T:** A thixotropic version of Tremco PUMA BC used for detailing and field applied cant beads.

**Tremco PUMA BC R:** A rollable version of Tremco PUMA BC used for ramps and upturns.

**Tremco PUMA WC:** A two-part, chemical curing PUMA wearing course that can also be used with sand to level out uneven areas in the concrete.

**Tremco PUMA TC:** A two-part, chemical-curing PMMA coating used to lock in aggregate and provide additional chemical and UV resistance to Vulkem EWS.

**Tremco PUMA Cleaner:** A one-part MMA cleaner for all tools such as mixing paddles, squeegees, spiked rollers and spatulas. Always use this cleaner for Vulkem EWS materials. Never use any kind of solvent to clean any of your tools as this will cause contamination and inhibit cure.

**Tremco PUMA Initiator+:** A reactive catalyst in the form of a white powder used to cure all resins of Vulkem EWS.

**Tremco PUMA Filler Powder:** A non-reactive, white, filler powder used to thicken Tremco PUMA WC.

**Aggregate:** 0.3 to 0.6 mm (30-50 mesh)-sized silica sand for the primer application. 0.6 to 1.2 mm (16-30 mesh)-sized silica sand for the wear application, which imparts a textured surface and contributes to wear resistance. In a pedestrian system, the first top coat is considered the wear coat. For supplier information, contact Tremco Technical Service.

## 5. DETAIL WORK – DYMONIC 100

**The preferred method of crack detailing is Tremco PUMA BC or BC LM. Tremco PUMA BC or BC LM will fill cracks and non-moving joints when applied at the recommended thickness, noted in section 8. Tremco PUMA BC and BC LM are not for use inside expansion joints. If using the preferred crack detailing method, please proceed to section 6, Priming Concrete Surface.**

**Note: Do not apply sealant to a frosty, damp or wet surface or when substrate temperature is below 40 °F (4 °C) or the surface temperature is above 110 °F (43 °C). Cure times as stated below are based upon standard ambient conditions of 75 °F (25 °C), 50% RH. A decrease in ambient temperature and humidity will significantly lengthen the cure time.**

**Dymonic 100 must be fully cured before application of Tremco PUMA Primer.**

5.1 Lay a 1/4" (6 mm) diameter backer rod into the corner at the juncture of all horizontal and vertical surfaces such as curbs, wall sections, columns or penetrations through the deck. Apply a bead of Dymonic 100 1" (2.5 cm) wide over the backer rod. Tool the sealant bead to form a 45°cant. Use sufficient pressure to force out any trapped air and to assure complete wetting of the surface. Remove excess sealant from the deck or wall joint. NOTE: Backer rod is only required for moving joints.

5.2 Install a backer rod, 1/8" to 1/4" (3 mm to 6 mm) diameter larger than the joint width to all prepared control joints. Set depth of backer rod to control the depth of the sealant. (Depth of sealant is measured from the top of the backer rod to the top of the concrete surface.) Proper depth of sealant is as follows:

5.2.1 For joints 1/4" (6.4 mm) to 1 /2 " (12.7 mm) wide, the depth ratio should be equal.

5.2.2 Joints 1/2" (12.7 mm) wide or greater should have a sealant depth of 1/2" (12.7 mm). The minimum joint size is 1/4" x 1/4" (6.4 mm x 6.4 mm).

5.3 All cracks and joints shall be sealed with Dymonic 100 and tooled flush with the surface. Note: Expansion joints should not be coated over. A full line of expansion joint solutions is available from Tremco Construcitons Products Group companies. For treatment of expansion joints, contact your local Tremco Sales Representative.

5.4 Allow sealant to fully cure.

## 6. PRIMING CONCRETE SURFACE

**Note: When detailing cracks with Tremco PUMA BC or BC LM, the surface must be primed but cracks should not be filled with Tremco PUMA Primer.**

6.1 Mix Tremco PUMA Primer for 1 to 2 min prior to the addition of Tremco PUMA Initiator+.

6.2 Mix Tremco PUMA Primer thoroughly together with Tremco PUMA Initiator+ in accordance with Table 3 for 2 to 3 min.

6.3 Apply Tremco PUMA Primer at a minimum of 90 $ft^2$/gal to yield 17 wet mils to the entire area to be coated. The recommended method of application is with a roller. Application below 17 wet mils will result in the primer not curing.

6.4 Once primer is rolled out evenly, lightly broadcast 0.3 to 0.6 mm (30-50 mesh)-sized silica sand into the primer at a rate of 0.7 lb/10 $ft^2$.

6.5 Allow Tremco PUMA Primer a minimum of 30 min to fully cure.

## 7. DETAIL WORK – TREMCO PUMA PRODUCTS

Contact local sales representative for expansion joint detailing.

**Defects, Patching and Sloping**

7.1 Mix Tremco PUMA WC for 1 to 2 min prior to the addition of the silica sand.

7.2 Begin with 10 lb of sand for every gallon of Tremco PUMA WC. Additional sand can be added if a thicker consistency is desired.

7.3 Once Tremco PUMA WC and the sand are blended together, combine this mixture with the Tremco PUMA Initiator+ in accordance with Table 3 and mix thoroughly for 2 to 3 min. Amount of Tremco PUMA Initiator+ is dependent on ambient temperature. Please note the Tremco PUMA Initiator+ addition is based in the ratio of Initiator+ to Tremco PUMA WC, not Initiator+ to Tremco PUMA WC with silica sand. Please see Table 3 for addition amounts.

7.4 For uneven spots and other defects in the surface, such as pitting or cratering, a thicker mix of Tremco PUMA WC and sand may be required. Trowel the material to create an even surface with the concrete.

7.5 Allow Tremco PUMA WC with sand mixture to cure a minimum of 45 min before proceeding to base coat application.

**Horizontal to Vertical Transition**

**Note: Proceed to 7.9 if horizontal to vertical transitions were treated with Dymonic 100.**

7.6 Mix the Tremco PUMA BC T for 2 to 3 min prior to the addition of the Tremco PUMA Initiator+. Ensure that Tremco PUMA BC T is thoroughly mixed together with the Tremco PUMA Initiator+ in accordance with Table 3 for 2 to 3 min.

7.7 Apply a cant of Tremco PUMA BC T 1" (2.5 cm) wide at the juncture of all horizontal and vertical surfaces (such as curbs, wall sections, columns or penetrations through the deck). Tool Tremco PUMA BC T to form a 45° cant. Use sufficient pressure to force out any trapped air and to assure complete wetting of the surface. Remove excess material from the deck or wall surface. For a cant bead at a 45° angle in a horizontal to veritcal transition, 1 gallon of Tremco PUMA BC T for every 38.5 LF (11.7 M) is required.

7.8 Apply a strip of tape (masking tape or duct tape) to the vertical sections, 2 to 3" above the Tremco PUMA BC T or Dymonic 100 cant to provide a neat termination of Tremco PUMA BC R.

7.9 Apply Tremco PUMA Primer over Dymonic 100 cant before applying coating.

7.10 For penetrations, apply Tremco PUMA Primer over the cant, up the penetration to 1" below the top of the projected overburden. Allow primer to cure.

7.11 Following the primer application, mix Tremco PUMA BC R. Mix in Tremco PUMA Initiator+ in accordance with Table 3.

7.12 Apply the Tremco PUMA BC R mixture using a medium-nap roller to achieve a minimum thickness of 40 mils over the primed penetration, over the cant and extended minimum of 9 inches onto the horizontal plane. Spiked rollers are not required for change in plane.

## 8. BASE COAT APPLICATION

**Note: In environmental conditions where large temperature swings exist, such as Northern US and Canada, Tremco PUMA BC LM can be used in lieu of Tremco PUMA BC.**

**Note: When using more than one consecutive coat of Tremco PUMA BC or BC LM, please contact Tremco Technical Service for further details.**

8.1 Mix Tremco PUMA BC or BC LM for 1 to 2 min prior to the addition of Tremco PUMA Initiator+. Note: for ramps up to a 40% slope, mix Tremco PUMA BC R for 2 to 3 min before adding Tremco PUMA Initiator+.

8.2 Tremco PUMA BC, Tremco PUMA BC LM or Tremco PUMA BC R is thoroughly mixed together with the Tremco PUMA Initiator+ in accordance with Table 3 for 2 to 3 min. Amount of Tremco PUMA Initiator+ is dependent on the ambient temperature. Please see Table 3 for addition amounts.

8.3 Apply Tremco PUMA BC, Tremco PUMA BC LM or Tremco PUMA BC R at 27 $ft^2$/gal to yield 60 wet mils (1.5 mm) thick to the entire area. The recommended method of application is with a metal notched rake for Tremco PUMA BC or BC LM and a nap roller for BC R.

8.4 Spike roll Tremco PUMA BC or Tremco PUMA BC LM immediately to release all air bubbles from the coating. Tremco PUMA BC R does not need to be spike rolled.

8.5 Allow Tremco PUMA BC, Tremco PUMA BC LM or Tremco PUMA BC R a minimum of 45 min to cure.

## 9. TOP COAT APPLICATION

**Note: If using Tremco PUMA TC Tintable, add the universal color paks prior to mixing at a ratio of 1 color pak to 2 gallons of tintable top coat.**

9.1 Mix Tremco PUMA TC for 1 to 2 min prior to the addition of Tremco PUMA Initiator+.

9.2 Thoroughly mix Tremco PUMA TC together with the Tremco PUMA Initiator+ in accordance with Table 3. Amount of Tremco PUMA Initiator+ is dependent on the ambient temperature. Please see Table 3 for addition amounts.

9.3 Apply Tremco PUMA TC at 17 to 20 mils (80-90 $ft^2$/gal). The recommended method of application is with a roller.

9.4 Immediately following the application of the Tremco PUMA TC, broadcast to refusal (flood coat) the material with 0.6 to 1.2 mm (16-30 mesh)-sized silica sand.

9.5 Allow Tremco PUMA TC a minimum of 45 min to cure. Before proceeding with the final Tremco PUMA TC, sweep or blow off any excess sand.

9.6 Apply Tremco PUMA TC at 25 to 30 mils (53-64 $ft^2$/gal). Allow to cure a minimum of 1 hr before opening to pedestrian traffic.

## 10. CLEAN UP

10.1 Immediately clean all adjacent areas to remove any stains or spills with Tremco PUMA Cleaner before material cures.

10.2 Immediately clean tools or equipment with Tremco PUMA Cleaner to remove curing material. Intermittent cleaning during application is recommended.

10.3 Clean hands by soaking in hot, soapy water then brush with a stiff bristle brush.

## 11. MATERIAL USAGE GUIDELINES

The following is a guide to determine material usage. Recommended coverage rates are approximate. Sand broadcasting methods and concrete surface profiles may increase the amount of material required to obtain uniform coverage.

**Tremco PUMA Primer:** When applied at 90 $ft^2$/gal (2.2 $M^2$/L) will yield a mil thickness of 17 wet mils.
**Dymonic 100:** For a 1" (25 mm) cant bead over a 1/4" (6 mm) backer rod, 1 case of sealant for every 48 lf (14.6 M) is required.
**Tremco PUMA BC, BC LM or BC R:** When applied at 27 $ft^2$/gal (0.6 $M^2$/L) will yield a mil thickness of 60 wet mils.
**Tremco PUMA BC T:** For a cant bead at a 45° angle in a horizontal to vertical transition, 1 gallon of Tremco PUMA BC T for every 38.5 LF (11.7 M) is required.
**Tremco PUMA TC:** When applied at 53 to 90 $ft^2$/gal (1.3 to 2.2 $M^2$/L) depending on silica method will yield a mil thickness of 17 to 30 wet mils.
**Tremco PUMA Initiator+:** See Table 3 for exact addition amounts.
**Aggregate:** Broadcast silica sand at a rate of 0.7 lb/10 $ft^2$ immediately after the Tremco PUMA Primer application.
**Aggregate:** Broadcast silica sand at a rate of 1 lb/$ft^2$ immediately after the Tremco PUMA TC application.

## 12. TROUBLESHOOTING

This section describes common industry application issues when certain environmental conditions exist. Below are some commonly seen issues and remedies. If any of these should occur, it is always recommended you contact your local Tremco Sales Representative or Tremco's Technical Service.

12.1 Tremco requires that any possible recoating job be reviewed and approved by your Sales and/or Technical Representative prior to installation.

12.2 When a deck contains too much moisture, the excess moisture may change into a vapor which then condenses at the concrete-membrane interface before the coating has cured, which will cause blisters or bubbles, which, in turn, will interfere with proper adhesion. If this should occur the blisters/bubbles can be cut out, allowing the moisture to escape. After moisture has escaped and the surface is dry, the area can be repaired.

12.3 If the coating is applied in very hot ambient temperatures, the air in the small spaces between the concrete particles increases in volume and forms blisters. Contact Tremco's Technical Service should this occur.

12.4 Tremco PUMA products should only be applied when the UV index is less than 7 and substrate temperature is below 115 °F (46 °C).

**TABLE 1: Quick Reference Application Chart**

| LAYER | PRODUCT | WET MILS | CURE TIME | SQUARE FEET PER GALLON |
|---|---|---|---|---|
| Primer | Tremco PUMA Primer | 17 | 30 min | 90 |
| Base Coat | Tremco PUMA BC or BC LM | 60 | 45 min | 27 |
| Top Coat | Tremco PUMA TC | 17-20 | 45 min | 80-90 |
| Top Coat | Tremco PUMA TC | 25-30 | 1 hr | 53-64 |

**TABLE 2: Quick Reference Application Chart (Ramps)**

| LAYER | PRODUCT | WET MILS | CURE TIME | SQUARE FEET PER GALLON |
|---|---|---|---|---|
| Primer | Tremco PUMA Primer | 17 | 30 min | 90 |
| Base Coat | Tremco PUMA BC R | 60 | 45 min | 27 |
| Top Coat | Tremco PUMA TC | 17-20 | 45 min | 80-90 |
| Top Coat | Tremco PUMA TC | 25-30 | 1 hr | 53-64 |

Recommended coverage rates are approximate. Sand loading methods and concrete surface profiles may increase the amount of material required to obtain uniform coverage.

| TABLE 3: Temperature Chart | | Tremco PUMA Initiator+ |
|---|---|---|
| TEMPERATURE °F | TEMPERATURE °C | GRAMS OR OUNCES/GALLON |
| 68 to 95 | 20 to 35 | 37.5 g or 1.35 oz of initiator/gal resin |
| 50 to 68 | 10 to 20 | 75 g or 2.7 oz of initiator/gal resin |
| 32 to 50 | 0 to 10 | 150 g or 5.4 oz of initiator/gal resin |
| 14 to 32 | -10 to 0 | 225 g or 8 oz of initiator/gal resin |

The prescribed amount of initiator in Table 3 is the minimum amount required per gallon for that temperature range.

EWSPE-AI/0323

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C


# VULKEM® EWS PEDESTRIAN SYSTEM

Ideal system for stadiums, balconies, pedestrian walkways, roof terraces, mechanical rooms, recreation decks and similar applications requiring a waterproof coating system

## Features & Benefits

- Minimal downtime (approximately 30 to 45 min) between application coats, even in cold temperatures.
- Open to foot traffic within one hour after application completion.
- Polyurethane-methacrylate (PUMA) technology delivers extreme durability, decorative functionality and crack bridging capabilities.
- Can be applied in temperatures as low as 14° F (-10° C).



*Vulkem® EWS Pedestrian System*



TREMCO™

# Vulkem EWS Pedestrian System

| PRODUCT | COVERAGE RATE | WET MILS | COMMENTS |
|---|---|---|---|
| 1: Tremco PUMA Primer | 90 ft²/gal | 17 | Lightly broadcast silica sand. |
| 2: Tremco PUMA BC | 26 ft²/gal | 60 | Allow 45 min to cure before proceeding. |
| 3: Tremco PUMA TC | 80 to 90 ft²/gal | 17 to 20 | Broadcast silica sand to refusal. |
| 4: Tremco PUMA TC | 53 to 64 ft²/gal | 25 to 30 | Allow 45 min to cure before opening to traffic. |




Information may vary by region. For specific information, please reference the application instructions or contact your local Tremco representative.



Tremco Construction Products Group (CPG) brings together Tremco Incorporated's Commercial Sealants & Waterproofing and Roofing & Building Maintenance operating divisions; Dryvit Systems, Inc.; Nudura Inc.; Willseal; Weatherproofing Technologies, Inc. and Weatherproofing Technologies Canada, Inc.

Construction Products Group

*Tremco® and Vulkem® are registered trademarks of Tremco Incorporated.*
*Use of the ® symbol indicates registration with the US Patent & Trademark Office and the Canadian Intellectual Property Office.*

1220/EWSPSS

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

TREMCO®
Commercial Sealants & Waterproofing

# Vulkem® EWS with PUMA Technology

Waterproof Traffic Coating System

## Recommended Maintenance Procedures

### General

A. Maintenance of THE VULKEM EWS must be performed at regular intervals to assure that the coating system will continue to provide the service for which it was intended.

B. Maintenance procedures should include:
   a. Periodic physical inspections
   b. Cleaning
   c. Snow removal and ice control (where/when applicable)
   d. Repairs to deck coating system and periodic replacement of Vulkem EWS
   e. Repairs to structure

### Inspections

A. The deck coating system is subject to extreme abrasive conditions as well as to physical damage from general use and damage resulting from structural problems. Periodic inspections will provide a basis for the proper maintenance work to assure a long life expectancy of the coating system.

B. Monthly – Make a physical inspection to determine if there are any areas of excessive wear or physical damage to the coating.

C. Semi-annually – make a thorough physical inspection. Such inspections should include (but are not limited to):
   a. Inspect the sealant in joints for proper adhesion. Also determine if there is any cohesive failure or physical damage to the sealant from traffic.
   b. Inspect the underside of the joints for evidence of leaks where possible.
   c. Inspect drains or scuppers to assure there is nothing clogging or blocking them to avoid ponding water on the deck.
   d. Inspect coating surface to determine if there are any substantial structural cracks in the substrates which have caused the coating to crack.
   e. Inspect the areas where beams are resting on columns for evidence of stress cracking or excessive movement.
   f. Inspect the entire structure from the underside for cracks which show evidence of a difference in the plane of the materials on each side of the crack.
   g. Inspect area at juncture of horizontal and vertical sections (parapet walls, planter walls, building walls, etc.) to determine if there has been excessive movement at this point which may have caused the coating to crack.

### Cleaning

A. The use and location of the deck will cause the cleaning frequency to vary. Our recommendation for cleaning is as follows:
   a. Weekly – Sweep or vacuum deck to remove all loose debris and dirt.
   b. Monthly – Thoroughly clean deck to remove dirt, debris, and (grill) grease drippings. Cleaning may be by:
      i. Power scrubbing with low suds or biodegradable detergent. Detergent shall not be abrasive. When using power scrubbing equipment, the use of soft bristles is required. Thoroughly rinse to avoid becoming slippery when wet or stains from detergent residue.
      ii. High pressure water blast not greater than 1,000 psi at nozzle. When using this method, maintain at least a 24" distance from the surface, using a continuous back & forth motion.
      iii. If a stronger solvent is required, use of the Vulkem EWS cleaner is recommended.
   c. Avoid the use of strong bases and acids or solvents.
   d. Contact Tremco Technical Services prior to using any chemicals or detergents.

### Snow Removal & Ice Control

A. It should be recognized that piled snow can significantly load the deck surface beyond its design load capacity resulting in significant structural cracks and/or more serious structural damage. Therefore, immediate removal of piled snow is recommended.

B. The use of metal blades should be avoided at all times to prevent physical damage to the coating system.

C. Snow blowers (with rubber blades) and snow brooms are recommended, as opposed to heavy snow removal equipment.

D. Ice should be removed with chemical deicing materials. Acceptable deicing materials could include calcium chloride, potassium chloride or magnesium chloride. Sand, aggregate or rock salt is not an acceptable form of deicing.

### Repairs to Structure

A. All structural damage repairs should be at the direction of a structural engineer.

### Repairs to Deck Coating Materials

A. Minor repairs may be made with Tremco Technical or Sales Representative present, however, it is suggested that to protect the manufacturer's warranty, major repairs should be accompanied by the original approved applicator.

B. Physical damage to the coating system.

   a. Remove loose damaged coating materials to expose a sound substrate.
   b. Thoroughly clean exposed substrate and existing coating surrounding the area with a cloth which has been wet with Tremco PUMA Cleaner.
   c. Allow the Tremco PUMA Cleaner to fully flash off prior to proceeding.
   d. Apply Tremco PUMA Primer in at 90 sq. ft. per gallon to the cleaned, existing coating surrounding the area to be replaced.

e. Allow the Tremco PUMA Primer to fully cure.
f. Install the coating system to the original film thickness, extending each coat onto the existing coating, featheredging the terminating edge of the coating. Addition of additional aggregate may be required to insure a non-skid surface.
g. Allow the repaired area to cure for 1-hour minimum before opening area to traffic.

## Additional

In addition to these general maintenance and cleaning procedures, it should be noted that lighter fluid and grill drippings should be cleaned up as soon as possible to avoid damage to the deck coating. Also, hot coals from charcoal grills, along with cigarettes, must not be allowed to drop on the deck coating to prevent burns.

Fat, grease drippings, and food waste should be cleaned up as noted above.

**Tremco requires that any possible recoating job be reviewed and approved by your Sales and/or Technical Representative prior to installation.**

**1117/EWSRMP-DC**
Please refer to our website at www.tremcosealants.com for the most up-to-date Product Data Sheets.



3735 Green Rd
Beachwood OH 44122
216.292.5000 / 800.321.7906

1451 Jacobson Ave
Ashland OH 44805
419.289.2050 / 800.321.6357

220 Wicksteed Ave
Toronto ON M4H1G7
416.421.3300 / 800.363.3213

1445 Rue de Coulomb
Boucherville QC J4B 7L8
514.521.9555

CCD 560

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

*A COMPONENT OF THE VULKEM*EWS TRAFFIC COATING SYSTEM WITH PUMA (POLYURETHANE METHACRYLATE)




*The architecture, engineering, and design of the project using the Tremco products are the responsibility of the project's design professional. All products and systems must comply with local building codes and standards. This detail is for general information and guidance only and Tremco specifically disclaims any liability for the use of this detail. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. This detail is subject to change without notice. Contact Tremco to ensure you have the most recent version.*

**Vulkem EWS Pedestrian**

| | | | | |
|---|---|---|---|---|
| TREMCO<br>Tremco Technical Support: 866-209-2404 | Detail: Vulkem EWS Pedestrian System at Drain | | | File Name: EWS-P-D-01 |
| | Drawn by: KAB | Checked by: EL | Scale: NTS | Date: 5/21/2022 |
| | www.tremcocpg.com | | | TREMCO Construction Products Group |

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

*A COMPONENT OF THE VULKEM EWS TRAFFIC COATING SYSTEM WITH PUMA (POLYURETHANE METHACRYLATE)






*The architecture, engineering, and design of the project using the Tremco products are the responsibility of the project's design professional. All products and systems must comply with local building codes and standards. This detail is for general information and guidance only and Tremco specifically disclaims any liability for the use of this detail. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. This detail is subject to change without notice. Contact Tremco to ensure you have the most recent version.*

**Vulkem EWS Pedestrian**

TREMCO
Tremco Technical Support: 866-209-2404

| | | | | |
|---|---|---|---|---|
| Detail: Vulkem EWS Pedestrian System | | | | File Name: EWS-P-G-01 |
| Drawn by: KAB | Checked by: EL | Scale: NTS | Date: 5/21/2022 | |
| www.tremcocpg.com | | | | |

TREMCO
Construction Products Group

CCD 560

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

*A COMPONENT OF THE VULKEM® EWS TRAFFIC COATING SYSTEM WITH PUMA (POLYURETHANE METHACRYLATE)




*The architecture, engineering, and design of the project using the Tremco products are the responsibility of the project's design professional. All products and systems must comply with local building codes and standards. This detail is for general information and guidance only and Tremco specifically disclaims any liability for the use of this detail. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. This detail is subject to change without notice. Contact Tremco to ensure you have the most recent version.*

**Vulkem EWS Pedestrian**

| | | | | |
|---|---|---|---|---|
| TREMCO | Detail: Vulkem EWS Pedestrian System Termination at Reglet | | | File Name: EWS-P-G-02 |
| Tremco Technical Support: 866-209-2404 | Drawn by: KAB | Checked by: EL | Scale: NTS | Date: 5/21/2022 |
| | www.tremcocpg.com | | | TREMCO Construction Products Group |

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

CCD 560

*A COMPONENT OF THE VULKEM® EWS TRAFFIC COATING SYSTEM WITH PUMA (POLYURETHANE METHACRYLATE)




*The architecture, engineering, and design of the project using the Tremco products are the responsibility of the project's design professional. All products and systems must comply with local building codes and standards. This detail is for general information and guidance only and Tremco specifically disclaims any liability for the use of this detail. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. This detail is subject to change without notice. Contact Tremco to ensure you have the most recent version.*

**Vulkem EWS Pedestrian**

| | | | | | |
|---|---|---|---|---|---|
| TREMCO<br>Tremco Technical Support: 866-209-2404 | Detail: Vulkem EWS Pedestrian System at Cracks Less Than 1/16" | | | | File Name: EWS-P-G-03 |
| | Drawn by: KAB | Checked by: EL | Scale: NTS | Date: 5/21/2022 | TREMCO Construction Products Group |
| | www.tremcocpg.com | | | | |

CCD 560

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

*A COMPONENT OF THE VULKEM*EWS TRAFFIC COATING SYSTEM WITH PUMA (POLYURETHANE METHACRYLATE)




*The architecture, engineering, and design of the project using the Tremco products are the responsibility of the project's design professional. All products and systems must comply with local building codes and standards. This detail is for general information and guidance only and Tremco specifically disclaims any liability for the use of this detail. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. This detail is subject to change without notice. Contact Tremco to ensure you have the most recent version.*

**Vulkem EWS Pedestrian**

| | | | | | |
|---|---|---|---|---|---|
| TREMCO | Detail: Vulkem EWS Pedestrian System at Cracks Greater Than 1/16" with Sealant | | | | File Name: EWS-P-G-04 |
| Tremco Technical Support: 866-209-2404 | Drawn by: KAB | Checked by: EL | Scale: NTS | Date: 5/21/2022 | |
| | www.tremcocpg.com | | | | TREMCO Construction Products Group |

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

"A COMPONENT OF THE VULKEM®EWS TRAFFIC COATING SYSTEM WITH PUMA (POLYURETHANE METHACRYLATE)

CCD 560

NOTE: ALL METAL TO BE COATED SHOULD BE PREPARED IN ACCORDANCE WITH TREMCO'S VULKEM EWS APPLICATION INSTRUCTIONS




*The architecture, engineering, and design of the project using the Tremco products are the responsibility of the project's design professional. All products and systems must comply with local building codes and standards. This detail is for general information and guidance only and Tremco specifically disclaims any liability for the use of this detail. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. This detail is subject to change without notice. Contact Tremco to ensure you have the most recent version.*

**Vulkem EWS Pedestrian**

| | | | | | |
|---|---|---|---|---|---|
| TREMCO<br>Tremco Technical Support: 866-209-2404 | Detail: Vulkem EWS Pedestrian System at Metal Post - Option 1 | | | | File Name: EWS-P-G-07 |
| | Drawn by: KAB | Checked by: EL | Scale: NTS | Date: 5/21/2022 | |
| | www.tremcocpg.com | | | | TREMCO Construction Products Group |

CCD 560

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

*A COMPONENT OF THE VULKEM* EWS TRAFFIC COATING SYSTEM WITH PUMA (POLYURETHANE METHACRYLATE)

NOTE: ALL METAL TO BE COATED SHOULD BE PREPARED IN ACCORDANCE WITH TREMCO'S VULKEM EWS APPLICATION INSTRUCTIONS




*The architecture, engineering, and design of the project using the Tremco products are the responsibility of the project's design professional. All products and systems must comply with local building codes and standards. This detail is for general information and guidance only and Tremco specifically disclaims any liability for the use of this detail. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. This detail is subject to change without notice. Contact Tremco to ensure you have the most recent version.*

**Vulkem EWS Pedestrian**

| | | | | | |
|---|---|---|---|---|---|
| TREMCO<br>Tremco Technical Support: 866-209-2404 | Detail: Vulkem EWS Pedestrian System at Penetration | | | | File Name: EWS-P-P-01 |
| | Drawn by: KAB | Checked by: EL | Scale: NTS | Date: 5/21/2022 | |
| | www.tremcocpg.com | | | | TREMCO Construction Products Group |

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C



*A COMPONENT OF THE VULKEM*EWS TRAFFIC COATING SYSTEM WITH PUMA (POLYURETHANE METHACRYLATE)




*The architecture, engineering, and design of the project using the Tremco products are the responsibility of the project's design professional. All products and systems must comply with local building codes and standards. This detail is for general information and guidance only and Tremco specifically disclaims any liability for the use of this detail. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. This detail is subject to change without notice. Contact Tremco to ensure you have the most recent version.*

**Vulkem EWS Pedestrian**

| | | | | | |
|---|---|---|---|---|---|
| TREMCO<br>Tremco Technical Support: 866-209-2404 | Detail: Vulkem EWS Pedestrian System at Upturn | | | | File Name: EWS-P-U-02 |
| | Drawn by: KAB | Checked by: EL | Scale: NTS | Date: 5/21/2022 | |
| | www.tremcocpg.com | | | | TREMCO Construction Products Group |

CCD 560

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

*A COMPONENT OF THE VULKEM*EWS TRAFFIC COATING SYSTEM WITH PUMA (POLYURETHANE METHACRYLATE)




*The architecture, engineering, and design of the project using the Tremco products are the responsibility of the project's design professional. All products and systems must comply with local building codes and standards. This detail is for general information and guidance only and Tremco specifically disclaims any liability for the use of this detail. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. This detail is subject to change without notice. Contact Tremco to ensure you have the most recent version.*

**Vulkem EWS Pedestrian**

| | | | | |
|---|---|---|---|---|
| TREMCO — Tremco Technical Support: 866-209-2404 | Detail: Vulkem EWS Pedestrian System at Upturn with Dymonic 100 | | | File Name: EWS-P-U-04 |
| | Drawn by: KAB | Checked by: EL | Scale: NTS | Date: 5/21/2022 |
| | www.tremcocpg.com | | | TREMCO Construction Products Group |

TREMCO
Construction Products Group

# BUILDING ENVELOPE WARRANTY

Comprehensive Protection for Your Building Envelope

**WARRANTY NUMBER:** [Project Number]-[Warranty Number]

| | | | |
|---|---|---|---|
| PROJECT NAME & ADDRESS: | | CONSTRUCTION MANAGER: | |
| OWNER: | | GENERAL CONTRACTOR: | |
| ARCHITECT/ ENGINEER: | | AGGREGATE MATERIAL PURCHASE VALUE: | |
| ISSUER (THE "COMPANY"): | [List all manufacturers/ sellers of Products listed in the Exhibit. For example, Tremco Incorporated, Dryvit Systems, Inc., The Euclid Chemical Company, etc.] | DATE OF PROJECT SUBSTANTIAL COMPLETION: | |

**WHAT IS WARRANTED AND WHAT WILL THE COMPANY DO?**

Subject to the terms, conditions, and limitations stated in this warranty, the products (the "Products") will be free from manufacturing defect at the time of purchase, will remain in a watertight condition and will perform as warranted in the manner specified for the stated term(s) measured from the Date of Project Substantial Completion, all as outlined on the attached Exhibit. The Exhibit is an integral part of this warranty.

**THE COMPANY WILL SUPPLY LABOR AND MATERIALS TO REPAIR OR REPLACE ANY PRODUCTS THAT DO NOT PERFORM AS WARRANTED HEREUNDER.**

The Company will determine in its sole discretion the appropriate scope and method of repair or replacement to remedy any condition covered by this warranty.

The total liability of the Company over the life of this warranty shall not in any event exceed the aggregate dollar value of the original cost of the Products specified in the attached Exhibit.

The term of this warranty may be extended for an additional 2 years with involvement on the project of a Company-approved, third-party consultant ("Consultant") engaged by the Owner or its authorized representative, at the Owner's sole expense. Inspection reports generated by the Consultant shall be made available to the Company and the Owner. All deficiencies identified by the Consultant in the inspection reports must be addressed and corrected in accordance with the project specifications, good waterproofing practices generally accepted in the industry, and the Company's published application instructions. Written confirmation that all deficiencies have been addressed and corrected must be provided by the Consultant and Applicator to the Company and the Owner. Actions taken to resolve all deficiencies identified shall be specifically noted in the written confirmation.

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

**HOW DO I GET SERVICE?**

The Owner must notify the Company within 30 calendar days from the date that the Owner discovered, or should have discovered, the existence of a claim under this warranty, and before beginning any permanent repair, by submitting a service request form at https://warranties.tremcocpg.com or by emailing the Warranty Administrator at **warrantyadmin@tremcoinc.com**. Emailed notice must include the warranty number and a written description of the location, scope, and nature of the alleged failure of the Products to perform as warranted. Photographs or videos of the damaged area are often useful and should also be submitted if available.

The Owner must provide the Company with a reasonable opportunity to investigate the claim and the alleged failure of the Products to perform as warranted herein. The Owner shall have the sole responsibility, at the Owner's cost and expense, to provide the Company with free and full access to the installed Products during regular business hours for purposes of the investigation, including obtaining necessary approval and/or releases from building occupants who may be affected by the investigation and/or by any remedy the Company may provide under this warranty. The Company shall not be responsible for removal of any materials which may cover the Products, or any costs associated with removing or replacing any such materials.

**GENERAL REQUIREMENTS:**

There will not be any coverage under this warranty unless all the following apply:

- The Products were installed in strict compliance with the project specifications, good waterproofing practices generally accepted in the industry, the Company's published application instructions and technical literature, and any additional written requirements provided by the Company.
- The installation was performed by an Applicator who has received appropriate training prior to installing the Products.
- A pre-construction meeting was conducted with representatives of the Company, the Applicator, the Owner, and the Consultant (if applicable) prior to installation of the Products.
- The Products are used with compatible materials and substrates (in compliance with the Company's published application instructions/technical literature or as otherwise approved in writing by the Company).
- The Products are applied within their stated shelf life.
- The Products are used in applications approved by the Company as suitable.
- The Products are applied to a sound, properly prepared substrate in accordance with published application instructions.
- Request for Issuance of the warranty must be made within 12 months following the "Installation Completion Date " of the Tremco Product (s)
    - The Installation Date of Material(s) by Exhibit will serve as the Project Substantial Completion Date for Warranties filed over 24-months after the date of the installation of the materials.

**LIMITATIONS AND EXCLUSIONS:**

The Company shall not be responsible for, and this limited warranty does not cover, any loss resulting from any of the following:

- The use of other manufacturers' products unless such products are specifically recommended or approved by the Company in writing in advance of their installation, in connection with the use of the Products.
- Any repairs, replacements, penetrations, or alterations of the Products by any person or entity other than authorized representatives of the Company without prior written consent of the Company.
- Water passing through any portion of a structure or building component other than directly through the Products due to a failure in the Products and/or connections between the Products (so long as the connections are Company Products), or any interior moisture, vapor, or condensation.
- Construction, design, specification, storage, application, exposure, installation practices, use of the Products, or use of material, that is not in compliance with the Company's published literature.
- Unauthorized changes in the Products' details or specifications for the project that were not reviewed and approved in advance by the Company in writing.
- Failure to maintain the building and the Products with reasonable care.
- Mold, mildew, insects, pests, fungi, algae, bacteria, air quality, and similar conditions.
- Improper design, engineering, application installation or workmanship of any portion or component of the Products or the structure; or failure, distortion or structural movement of the walls, foundation, or any other portion or component of the structure, including, but not limited to, movement, cracking, deflection, settling of the building or movement of the framing members.
- Impact with objects, hurricanes, tropical storms, tornadoes, high winds, hailstorms, earthquakes, sandstorms, floods, natural disasters, fires, vandalism, war, terrorism, animals, other similar acts of God or nature, force majeure events, or significant or unintended immersion or pooling of water.
- Abuse, misuse, neglect, damage, or negligence by the Owner, the Applicator, the general contractor, or other trades performing work on the project, or any third party.
- Change in principal usage or amount of usage of structure without prior written approval of the Company.
- Intermixing of the Products with other chemicals or materials not specifically required by the Company's specifications or application instructions.

If, at the Owner's request, the Company performs any services or supplies any materials as a mitigation or remediation measure in connection with any unwarranted loss described above, the Company shall be entitled to compensation for such services or materials.

The Company makes no warranty with respect to appearance or color. No representative of the Company has the authority to make any representations, warranties, or promises except as stated herein.

No waiver by the Company of any limitation, term or condition of this warranty shall operate as a waiver of any other limitation, term or condition applicable to any claim, whether of like or different nature. No delay or failure on the Company's part to enforce any right or claim, which it may have hereunder, shall constitute a waiver of such right or claim.

If any part of this warranty shall be determined to be invalid, then such portion shall be deemed severed from the warranty and the remaining terms, exclusions and limitations shall apply.

The Company's obligations under this warranty are expressly conditioned upon receipt of full payment for the Products. Any delay in full payment to the Company shall not extend the warranty term.

This warranty is issued to the above-named Owner and is not assignable or transferable, except upon the express written consent of the Company.

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C

THE COMPANY UNDERTAKES NO RESPONSIBILITY FOR THE QUALITY OF THE PRODUCTS EXCEPT AS PROVIDED IN THIS LIMITED WARRANTY. **IN OTHER WORDS, THE COMPANY EXPRESSLY DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES OF MERCHANTABILITY.**

THE COMPANY ASSUMES NO RESPONSIBILITY THAT THE PRODUCTS WILL BE FIT FOR ANY PARTICULAR PURPOSE FOR WHICH THE PRODUCTS MAY BE PURCHASED, EXCEPT AS PROVIDED IN THIS LIMITED WARRANTY. **IN OTHER WORDS, THE COMPANY EXPRESSLY DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE.**

THE COMPANY MAKES NO OTHER OR FURTHER WARRANTIES IN CONNECTION WITH THE PRODUCTS EXCEPT AS EXPRESSLY STATED IN THIS WARRANTY DOCUMENT.

THE COMPANY WILL NOT BE RESPONSIBLE UNDER THIS LIMITED WARRANTY FOR ANY INCIDENTAL, SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES, WHETHER ARISING IN CONTRACT OR TORT (INCLUDING INTENTIONAL,

NEGLIGENCE OR OTHERWISE), FOR BREACH OF WARRANTY OR UNDER ANY OTHER THEORY OF LIABILITY, WHETHER OR NOT ARISING FROM OR RELATING TO, DIRECTLY OR INDIRECTLY, THIS WARRANTY, OR THE PERFORMANCE OF, DEFECTS IN, OR IN ANY WAY CONNECTED WITH, THE PRODUCTS COVERED BY THIS WARRANTY. THE COMPANY WILL HAVE NO LIABILITY FOR, AND EXPRESSLY DISCLAIMS LIABILITY FOR, ANY OTHER DAMAGE TO THE BUILDING OR THE CONTENTS OF THE BUILDING AND FOR ANY OTHER CLAIMED DAMAGES, LOSSES, COSTS AND EXPENSES OTHER THAN AS EXPRESSLY SET FORTH IN THIS WARRANTY.

THIS REMEDY EXPRESSLY SET OUT IN THIS WARRANTY WILL BE THE EXCLUSIVE REMEDY FOR ALL PERSONS ENTITLED TO WARRANTY COVERAGE AS DESCRIBED ABOVE. NO OTHER REMEDY SHALL BE APPLICABLE.

SOME JURISDICTIONS LIMIT OR DO NOT ALLOW THE DISCLAIMER OF CERTAIN REMEDIES OR THE EXCLUSION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES. THE EXCLUSIONS AND LIMITATIONS OF REMEDIES AND DAMAGES IN THIS SECTION FULLY APPLY TO THE EXTENT NOT PROHIBITED BY APPLICABLE LAW.

The terms of this warranty may not be altered, modified, or supplemented except in a writing signed by an officer of the Company that expressly refers to this warranty document and number.

In the event the Owner: (i) fails to provide the Company with timely notice as described above, (ii) fails to provide required access to the installed Products, (iii) undertakes or permits any actions that cause or contribute to failures, such as unauthorized repairs or perforations of the Products, or (iv) otherwise fails to fulfill its responsibilities as described herein, the Company reserves the right to void this warranty upon written notice to the Owner.

To expedite processing, this document may be completed and delivered in electronic form only. This limited warranty applies only to Products installed in the United States and Canada. Under the Quebec Consumer Protection Act, the Company must provide a warranty to consumers, as defined in the Act, that the Company's products shall be fit for the purpose for which such products of that kind are ordinarily used and that the Products must be durable in normal use for a reasonable length of time, having regard to their price and other factors. For more information about your rights if you are a consumer as defined in the Act, you should consult the Quebec Consumer Protection Act at https://www.educaloi.qc.ca/en/capsules/legal-warranty-automatic-protection-consumers.

Since the Products are building materials and are not intended to be sold to a "consumer" except as part of real estate or as a major addition thereto, this warranty shall not apply to any party constituting a "consumer" as such term is defined by the Magnuson-Moss Warranty Act.

DocuSign Envelope ID: 3159DEDE-27CE-40B8-9411-3BB099A8D21C



**EXHIBIT**

Subject to the terms, conditions, and limitations stated in this warranty, the Company warrants to the Owner:

**Warranty No.: [Project Number]-[Warranty Number]**

**Pedestrian Traffic Coating System** (Common Applications: Balconies, walkways, pedestrian plazas, mechanical rooms, stadiums, athletic surfaces, recreation decks, roof terraces)

That the Product(s) 1) will not crack due to normal exposure or normal expansion or contraction, and 2) will not fail cohesively or adhesively under conditions of normal wear and tear where movement and/or cracking of the underlying substrate does not exceed 1/16 of an inch, for the period stated in the table below from the Date of Project Substantial Completion.

The Pedestrian Traffic Coating System is eligible for an extension of the warranty period under the original terms and conditions, for the number of years listed under the Warranty Term Extension Eligibility section below, provided (i) the system has been properly maintained according to published instructions and has not been subject to abuse or misuse and/or damage by any acts or conditions that are outside coverage under the terms of the original warranty and (ii) the Owner completes, at its expense and to the Company's reasonable satisfaction, all recommended maintenance to the system, including without limitation application of a prescribed Vulkem® top coat. Upon written request of the Owner made at least thirty days prior to the expiration of the original warranty term, the Company will inspect the system to determine if the warranty will be extended, in its sole discretion.

Warranty Term Extension Eligibility:

- Vulkem Urethane Systems, including systems with an additional top coat: 5 years
- Vulkem EWS with PUMA Technology Pedestrian Traffic Coating System: 10 years

The Company's obligations and Owner's rights shall be void if the system is ruptured, cracked or otherwise damaged by any misuse or abnormal use or conditions, including but not limited to, industrial truck or heavy equipment traffic, snow plowing, building alterations or structural defects, surface scaling or spalling of underlying concrete or substrates or any cause other than defects in the system as manufactured and supplied.

SAMPLE

**Warranty Issued**

| | | | |
|---|---|---|---|
| Applicator: | | Installation Completion Date: | |
| Consultant (if applicable): | | Warranty Term: | |
| Product: | | Linear/Square Footage: | |
| Product: | | Linear/Square Footage: | |

CCD 954.R1

Docusign Envelope ID: 01AF4075-6D9A-4052-9243-AF6C75236B56

# AIA® Document G714® – 2017

## Construction Change Directive

**PROJECT:** *(name and address)*
Hoback Club
Jackson, WY

**OWNER:** *(name and address)*
Cody Lane Development Corp.
P.O. Box 734
Teton Village, WY 83025-0734

DEVELOPMENT MANAGER:
DDRM Jackson, LLC
800 Tuacahn Dr.
Ivins, UT 84738

**CONTRACT INFORMATION:**
Contract For: AIA A134/A201
Date: March 12, 2024

**ARCHITECT:** *(name and address)*
Arcadis, A California Partnership
10 Exchange Place, Suite #112
Salt Lake City, UT 84111

**CCD INFORMATION:**
Directive Number: 954R1
Date: August 9, 2024

**CONTRACTOR:** *(name and address)*
SMC Construction Co.
1086 Greg Street,
Sparks, NV 89431

The Contractor is hereby directed to make the following change(s) in this Contract:
*(Insert a detailed description of the change and, if applicable, attach or reference specific exhibits.)*

In accordance with sections 7.3 and 7.4 of the A201 General Conditions of the contract for construction, contractor is hereby directed to make the following change(s) in this contract:

Incorporate ASI 1012R1 dated 08/05/2024, which relates to the Architect's responses to RFI-2324, into the Contract with the associated drawings listed therein into the Work.

A201 Section 7.3.3.3 is applicable to updates in sheets AG013, A908, A911, IDSK 2324, and LESK 05 / LESK 05A.

A201 Section 7.4 is applicable to updates to sheets A505,A705,A808, and A810.

DIRECTIVE TO PROCEED (in accordance with Section 7.3.6 of the A201 General Conditions)
__X__ Proceed with the Work described above immediately and concurrently with proposed adjustments noted below.
____ Proceed with proposal only for the Work described above in accordance with the proposed adjustments noted below.

**PROPOSED ADJUSTMENTS**

**1.** The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:

☐ Lump Sum decrease of $0.00

☐ Unit Price of $ per

☐ Cost, as defined below, plus the following fee:
*(Insert a definition of, or method for determining, cost)*

☒ As follows: The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:
____ Section 7.3.3.1 Mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation.
____ Section 7.3.3.2 Unit Prices stated in the Contract Documents or subsequently agreed upon.
__X__ Section 7.3.3.3 Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee.
____ Section 7.3.4 As per Section 7.3.4.
__X__ Section 7.4 Minor Changes in the Work – No adjustment in Guaranteed Maximum Cost or Contract Time.

AIA Document G714 – 2017. Copyright © 2001, 2007 and 2017. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This document was produced at 14:00:41 ET on 08/08/2024 under Order No.3104240179 which expires on 02/05/2025, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
**User Notes:** (3B9ADA46)

**2.** The Contract Time is proposed to remain unchanged. The proposed adjustment, if any, is zero (0) days.

*NOTE: The Owner, Architect and Contractor should execute a Change Order to supersede this Construction Change Directive to the extent they agree upon adjustments to the Contract Sum, Contract Time, or Guaranteed Maximum price for the change(s) described herein.*

---

When signed by the Owner and Architect and received by the Contractor, this document becomes effective IMMEDIATELY as a Construction Change Directive (CCD), and the Contractor shall proceed with the change(s) described above.

Contractor signature indicates agreement with the proposed adjustments in Contract Sum and Contract Time set forth in this CCD.

DDRM Jackson, LLC
DEVELOPMENT MANAGER

DocuSigned by: Marty Breen
SIGNATURE 19F820DB2ED843D...

Martin J. Breen, Principal

08/09/2024
DATE
8/12/2024 | 2:54 PM PDT

ANote: Pursuant to Contract Exhibit F, Owner's signature is only required for single CCDs in excess of $750,000 or when collective CCDs together exceed $2,000,000, otherwise CCDs may be signed on behalf of the Owner by the Development Manager.

| | | |
|---|---|---|
| Arcadis, A California Partnership | Cody Lane Development Corp | SMC Construction Co. |
| **ARCHITECT** *(Firm name)* | **OWNER** *(Firm name)* | **CONTRACTOR** *(Firm name)* |
| Signed by: Jonathan Steel | DocuSigned by: David Saunders | |
| **SIGNATURE** BE794D6F8441... | **SIGNATURE** FB45F60E1900489... | **SIGNATURE** |
| Jonathan Steel, RIBA, ARB, Director | David Saunders, President | Richard Schaller, President |
| **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** | **PRINTED NAME AND TITLE** |
| 08/09/2024 | 08/09/2024 | |
| **DATE** | **DATE** | **DATE** |
| 8/13/2024 \| 7:07 AM PDT | 8/15/2024 \| 5:36 AM PDT | |

AIA Document G714 – 2017. Copyright © 2001, 2007 and 2017. All rights reserved. "The American Institute of Architects," "American Institute of Architects," "AIA," the AIA Logo, and "AIA Contract Documents" are trademarks of The American Institute of Architects. This document was produced at 14:00:41 ET on 08/08/2024 under Order No.3104240179 which expires on 02/05/2025, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail docinfo@aiacontracts.com.
**User Notes:**

CCD 954.R1

Docusign Envelope ID: 01AF4075-6D9A-4052-9243-AF6C75236B56

IBI

# Architect's Supplemental Instructions

**Project Title:** Teton H1
**ASI Number: 1012R1-Nonconformance**

**Issue Date:** August 05, 2024

The Contractor shall carry out the Work in accordance with the following supplemental instructions without change in Contract Sum or Contract Time unless otherwise directed by an approved CCD. Proceeding with the Work in accordance with these instructions indicates your acknowledgment that there will be no change in the Contract Sum or Contract Time unless otherwise directed by an approved CCD.

**Description of Change(s):**

**RFI-2324**
This portion of ASI clarifies exterior door threshold details, in response to RFI-2324, for which a non-conformance notice was sent to LCC on May 29, 2024.
Delete stone thresholds previously shown on ID drawings at these locations and provide thresholds as detailed in the attached architectural drawings.

**AG013**
- Delete drainage mat above rigid insulation in floor assembly F7 to allow top of exterior stone tile to be 1/4" lower than interior finish floor elevation.

**A505**
- Callouts updated or added in sections 1, 2 and 3. Section 4 added.

**A705**
- Detail 4 was deleted since it was no longer applicable.

A808
- Detail references added for thresholds at doors 116A, 101A and 150B.

**A810**
- Detail references added for thresholds at doors 218A, 218B,218C, 218D, 218E and 218F.
- Detail callout added at door 223C jamb.

**A908**
- Detail 7 updated to clarify storefront door threshold.
- Details 8, 11 and 12 added, illustrating folding door assemblies in Fireside Lounge and Bar moved outward beyond slab step and lowered to provide accessible threshold condition.

**A911**
- Details 1, 7 and 8 updated to clarify threshold conditions.

**LESK 05 and LESK 05A**
- Provide HSS support at stacking ends of folding doors in Bar and Fireside Lounge.

**IDSK-2324 – LEVEL P1, 01, & 02 DOOR THRESHOLD FINISH UPDATE:**

Docusign Envelope ID: 01AF4075-6D9A-4052-9243-AF6C75236B56



IBI

# Architect's Supplemental Instructions

- Det. 1:
  - Removed stone threshold hatch.
  - Deleted threshold detail reference.
- Det. 2:
  - Removed stone threshold hatch.
- Det. 3:
  - Removed stone threshold hatch.
  - Deleted threshold detail reference.
- Det. 4-9:
  - Removed stone threshold hatch. Deleted threshold detail reference.
  - Deleted threshold finish tag.

# EXTERIOR WALL ASSEMBLIES:



PX°C - TYPICAL FOUNDATION WALL NO INSULATION

PX°CR - TYPICAL FOUNDATION WALL W/ INSULATION

PX°CR - BELOW GRADE FOUNDATION WALL W/ SHORING PANEL

PX°C - F1 - STONE VENEER ON CONC. WALL

P6S - F1 - STONE VENEER ON STEEL STUD WALL

P5S - F2 - HORIZONTAL WOOD SIDING ON STEEL STUD WALL LIGHT WOOD

P5S - F3 - VERTICAL WOOD SIDING ON STEEL STUD WALL DARK WOOD

P6S - F4 - INSULATED METAL PANEL SIDING ON STEEL STUD WALL

# FLOOR ASSEMBLIES:



F1 - CONCRETE SLAB-ON-GRADE

F2 - PARKING DECK W/ WATERPROOFING

F3 - TYPICAL PT SLAB

F4 - LVL 1 CONCRETE DECK

F5 - CONCRETE DECK AT MECH/ELEC. ROOMS

F6 - P1 TERRACE DECK W/ STONE PAVERS

F7 - LVL 2 TERRACE DECK W/ STONE PAVERS

F8 - TYP. BALCONY DECK

S1 - TYP. BALCONY DECK SOFFIT

# ROOF ASSEMBLIES:



R1 - TYPICAL SLOPED MAIN ROOF

R2 - SOIL OVER CONCRETE ROOF

R3 - TERRACE PLANTER ROOF

R4 - STANDING SEAM ROOF

R5 - ELEVATOR OVER RUN TPO ROOF

R6 - BALLAST TPO ROOF

R7 - STANDING SEAM METAL ROOF

R8 - MECH. YARD TPO ROOF

# GENERAL NOTES:

1. GENERAL SCOPE
2. FOUNDATION DRAINAGE
3. BELOW GRADE WATERPROOFING
4. UL REQUIREMENTS - FIRE RATED ASSEMBLIES
5. PENETRATIONS IN FIRE RATED ASSEMBLIES
6. JOINTS IN FIRE RATED ASSEMBLIES
7. MEP PENETRATIONS IN SOUND RATED ASSEMBLIES
8. WET WALLS
9. WALLS
10. CONTROL JOINTS
11. ACOUSTICAL REQUIREMENTS
12. NOT USED
13. NOT USED
14. FIRESTOPPING - UL REQUIREMENTS
15. GENERAL CONTRACTOR
16. SHAFTS
17. NOT USED
18. STRUCTURAL
19. METAL STUD FRAMING
20. NOT USED
21. EXTERIOR WALLS
22. SLAB-ON-GRADE
23. ROOF ASSEMBLIES

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1

EXTERIOR WALL & ROOF ASSEMBLIES

115074

AG013

2024-04-30 1:55:50 PM

## GENERAL NOTES

1. THE ARCHITECT IS NOT RESPONSIBLE FOR INFORMATION CONCERNING THE SITE AND SURVEY INFORMATION PREPARED BY OTHERS.
2. THE CONTRACTOR SHALL SITE VERIFY THE SURVEY INFORMATION PRIOR TO PROCEEDING WITH THE WORK. FAILURE TO REPORT ANY DISCREPANCIES SHALL CONSTITUTE ACCEPTANCE OF THE SITE CONDITIONS.
3. THE CONTRACT DOCUMENTS PREPARED BY THE ARCHITECT ARE THE ARCHITECT'S COPYRIGHT PROPERTY AND SHALL BE RETURNED TO THE ARCHITECT UPON REQUEST. REPRODUCTION OF CONTRACT DOCUMENTS IN WHOLE OR IN PART IS FORBIDDEN WITHOUT THE ARCHITECT'S WRITTEN PERMISSION.
4. THE CONTRACTOR SHALL REVIEW THE DRAWINGS FOR SCOPE OF DEMOLITION AND NEW WORK, INCLUDING ALL DISCIPLINES, AND SHALL COORDINATE WITH NEW WORK DRAWINGS FOR EXACT EXTENT OF DEMOLITION.
5. SCOPE OF WORK SHALL NOT BE LIMITED TO THAT SHOWN ON THE DRAWINGS AND SHALL INCLUDE WORK REQUIRED TO ELIMINATE ALL EXISTING, ABANDONED OR REDUNDANT COMPONENTS, AND TO FACILITATE PROPER EXECUTION OF THE WORK.
6. REMOVAL AND DISPOSAL OF HAZARDOUS MATERIALS SHALL BE IN ACCORDANCE WITH LOCAL REGULATIONS AND AUTHORITIES HAVING JURISDICTION.
7. UNLESS NOTED OTHERWISE, MAKE GOOD ALL AREAS DISTURBED BY EXCAVATION AND/OR INSTALLATION OF CIVIL, MECHANICAL AND ELECTRICAL SERVICES. REFER TO CIVIL, MECHANICAL, AND ELECTRICAL DRAWINGS.
8. SOIL NAIL AND WATER MITIGATION IS DESIGN BUILD BY CONTRACTOR.
9. ALL GUTTERS AND DOWNSPOUTS TO BE HEAT TRACED THROUGHOUT

## KEYNOTE LEGEND

| Key Value | Keynote Text |
|---|---|
| 5.6 | GUARDRAIL AS PER 4/A707 |
| 7.2 | SNOW GUARDS (07 72 00) |
| 22.5 | CONT. FOOTING DRAIN AS PER CIVIL DRAWINGS |




4 WALL SECTION AT FIRESIDE LOUNGE FOLDING DOOR — A505 Scale: 1/4" = 1'-0"

3 WALL SECTION 17 — A505 Scale: 1/4" = 1'-0"

2 WALL SECTION 16 — A505 Scale: 1/4" = 1'-0"

1 WALL SECTION 15 — A505 Scale: 1/4" = 1'-0"

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1

WALL SECTIONS

A505

119374

2024-04-30 1:53:39 PM


TETON H1
SECTION DETAILS
A705
DETAIL REMOVED
TYP. WINDOW SILL AT SPA
TYP. STONE INFILL
CONC. CURB AT LEVEL 3
GREAT HALL FIREPLACE
DRAIN AT SKI LOCKER BASE
AMENITY OVERHEAD GLASS DOOR HEAD
ROOF FALL ARREST CONNECTION
C-CHANNEL AT WOOD SOFFIT DETAIL
UNIT 302 BALCONY EDGE
LEVEL 3 FLAT ROOF PARAPET
2024-04-30 1:56:52 PM



1 ENLARGED INDOOR POOL PLAN
A808 Scale: 1/4" = 1'-0"



2 ENLARGED WATER CIRCUIT
A808 Scale: 1/4" = 1'-0"



3 ENLARGED FITNESS
A808 Scale: 1/4" = 1'-0"

## KEYNOTE LEGEND

| Key Value | Keynote Text |
|---|---|
| 3.2 | CONCRETE COLUMN AS PER STRUCTURAL DRAWINGS |
| 6.1 | CONCRETE COLUMN WRAPPED WITH ADHERED NATURAL STONE VENEER |
| 9.7 | HIMALAYAN SALT BLOCK WALL WITH LIGHTING AS PER ID DRAWINGS |
| 10.2 | FIREPLACE AS PER ID SPECIFICATIONS |
| 12.10 | PORTAL AS PER ID DRAWINGS |
| 13.1 | POOL AND SPA AS PER POOL AND SPA DRAWINGS |
| 13.2 | TEPADARIUM AS PER POOL AND SPA DRAWINGS |
| 13.3 | COLD PLUNGE AS PER POOL AND SPA DRAWINGS |
| 13.4 | CALDARIUM AS PER POOL AND SPA DRAWINGS |
| 13.5 | TRANSFER WALL |
| 22.13 | LINEAR TRENCH DRAIN |
| 23.5 | DIFFUSER AS PER MECHANICAL DRAWINGS |
| 23.8 | FRAMED WINDOW SEAT WITH MECHANICAL DIFFUSERS |

## GENERAL NOTES ENLARGED FLOOR PLANS

1. G.C. TO FIELD VERIFY DIMENSIONS AND DISCREPANCY WITH DRAWINGS AND FIELD CONDITIONS. G.C. TO NOTIFY ARCHITECT IN TIMELY MANNER TO FACILITATE CORRECTION AND UPDATED AS-BUILT DRAWINGS.
2. DIMENSION ARE TO EXT FACE OF GYP / INT FACE OF FINISH OF WALL U.O.N. DIMENSIONS TO WOOD FRAMED DOORS ARE TO FAR SIDE OPENING SIZE FROM GRID OR NEAREST FINISH FACE. DIMENSIONS TO HM FRAMED DOORS ARE TO ROUGH OPENING G.C. TO FIELD VERIFY DIMENSIONS FOR OPENINGS.
3. DIMENSIONS TO WINDOW OPENINGS ARE TO R.O. FAR SIDE FROM GRID OR WALL FINISH. G.C. TO FIELD VERIFY DIMENSIONS FOR OPENINGS AND ENSURE THAT OPENINGS BETWEEN LEVELS ARE ALIGNED ABOVE AND BELOW FOR SAME WINDOW TYPES.
4. ROOM FINISHES ARE SET AS PER ID FINISH SCHEDULES. REFER TO ID DRAWINGS. TILE NOT SHOWN FOR CLARITY OF DIMENSIONING AND WALL TYPES AS SET BY ARCH SET. REFER TO ID DRAWINGS FOR LOCATIONS OF FINISH MATERIALS AND DETAILS.
5. G.C. TO PROVIDE SOLID BLOCKING WITHIN WALL ASSEMBLY AS REQUIRED FOR WALL MOUNTED ELEMENTS AND MILLWORK. REFER TO ID DRAWINGS FOR LOCATIONS OF MILLWORK AND ELEVATIONS OF MILLWORK.
6. G.C. TO COORDINATE ALL FIRE WALL PENETRATIONS AS PER
7. FOUNDER UNITS 306, 307, 401, 501 HAVE CUSTOM BASE DETAIL AS PER ID. REFER TO ID DRAWINGS FOR UNIT ELEVATIONS WITH BASE CONDITION LOCATIONS AND DETAILS.

## FLOOR PLAN SYMBOLS LEGEND

- COMMON DOOR TAG (P123)
- UNIT DOOR TAG 007
- WINDOW/ LOUVER TAG (01)
- WALL TAG P453
- KEYNOTE TAG 3.1
- ROOM TAG — RM. NAME / 000 / AREA
- WINDOW/ LOUVER TAG (01) SEE A804

CODY LANE DEVELOPMENT CORPORATION

DDRM PARTNERS

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

# TETON H1

## ENLARGED FLOOR PLANS LEVEL 1

A808

119374

2024-04-30 2:19:22 PM



3 ENLARGED KITCHEN PLAN LEVEL 2
A810 Scale: 1/4" = 1'-0"



2 ENLARGED GREAT HALL PLAN
A810 Scale: 1/4" = 1'-0"



1 ENLARGED BAR PLAN
A810 Scale: 1/4" = 1'-0"

## GENERAL NOTES ENLARGED FLOOR PLANS

1. G.C. TO FIELD VERIFY DIMENSIONS AND DISCREPANCY WITH DRAWINGS AND FIELD CONDITIONS. G.C. TO NOTIFY ARCHITECT IN TIMELY MANNER TO FACILITATE CORRECTION AND UPDATED AS-BUILT DRAWINGS
2. DIMENSION ARE TO EXT FACE OF GYP./ INT FACE OF FINISH OF WALL UON. DIMENSIONS TO WOOD FRAMED DOORS ARE TO FAR SIDE OPENING SIZE FROM GRID OR NEAREST FINISH FACE. DIMENSIONS TO HM FRAMED DOORS ARE TO ROUGH OPENING G.C. TO FIELD VERIFY DIMENSIONS FOR OPENINGS.
3. DIMENSIONS TO WINDOW OPENINGS ARE TO R.O. FAR SIDE FROM GRID OR WALL FINISH. G.C. TO FIELD VERIFY DIMENSIONS FOR OPENINGS AND ENSURE THAT OPENINGS BETWEEN LEVELS ARE ALIGNED ABOVE AND BELOW FOR SAME WINDOW TYPES.
4. ROOM FINISHES ARE SET AS PER ID FINISH SCHEDULES, REFER TO ID DRAWINGS. TILE NOT SHOWN FOR CLARITY OF DIMENSIONING AND WALL TYPES AS SET BY ARCH SET. REFER TO ID DRAWINGS FOR LOCATIONS OF FINISH MATERIALS AND DETAILS
5. G.C. TO PROVIDE SOLID BLOCKING WITHIN WALL ASSEMBLY AS REQUIRED FOR WALL MOUNTED ELEMENTS AND MILLWORK. REFER TO ID DRAWINGS FOR LOCATIONS OF MILLWORK AND ELEVATIONS OF MILLWORK
6. G.C. TO COORDINATE ALL FIRE WALL PENETRATIONS AS PER
7. FOUNDER UNITS 306, 307, 401, 501 HAVE CUSTOM BASE DETAIL AS PER ID. REFER TO ID DRAWINGS FOR UNIT ELEVATIONS WITH BASE CONDITION LOCATIONS AND DETAILS.

## FLOOR PLAN SYMBOLS LEGEND

| | | | |
|---|---|---|---|
| COMMON DOOR TAG | P123 | KEYNOTE TAG | 3.1 |
| UNIT DOOR TAG | D31 | ROOM TAG | RM. NAME / ### / AREA |
| WINDOW/ LOUVER TAG | 61 | WINDOW/ LOUVER TAG | 01 / SEE A404 |
| WALL TAG | P852 | | |

## KEYNOTE LEGEND

| Key Value | Keynote Text |
|---|---|
| 3.2 | CONCRETE COLUMN AS PER STRUCTURAL DRAWINGS |
| 12.1 | COUNTERTOP AS PER ID DRAWINGS |
| 12.2 | MILLWORK AS PER ID DRAWINGS |
| 21.1 | SMOKE CURTAIN |
| 21.2 | FIRE EXTINGUISHER CABINET |

CODY LANE DEVELOPMENT CORPORATION

DDRM

IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com

TETON H1

ENLARGED FLOOR PLANS LEVEL 2

119374

A810

2024-04-30 2:08:34 PM


GENERAL NOTES ENLARGED FLOOR PLANS
FLOOR PLAN SYMBOLS LEGEND
KEYNOTE LEGEND
ENLARGED VIRTUAL GOLF/ MEETING PLAN
ENLARGED EMP LOUNGE/ GAME ROOM/ KIDS
ENLARGED FIRESIDE LOUNGE PLAN
ENLARGED BUFFET/ CHEFS TABLE PLAN
DDRM
IBI GROUP
TETON H1
ENLARGED FLOOR PLANS LEVEL 2
A811


HEAD SECTION AT FIRESIDE LOUNGE FOLDING DOOR
JAMB DETAIL AT FIRSIDE LOUNGE FOLDING DOOR
THRESHOLD SECTION AT FIRESIDE LOUNGE FOLDING DOOR
AUTOMATIC SLIDING DOOR THRESHOLD EXT.
STOREFRONT THRESHOLD LEVEL 2 TERRACE
AUTOMATIC SLIDING DOOR THRESHOLD INT.
STOREFRONT THRESHOLD @ CONCRETE
THRESHOLD @ HM DOOR EXTERIOR
THRESHOLD @ HM DOOR TYPICAL
THRESHOLD @ GARAGE / ELEV. LOBBY
THRESHOLD @ STAIRS SWING OUT
THRESHOLD @ STAIRS SWING IN
CODY LAMB DEVELOPMENT CORPORATION
DDRM
IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
ibigroup.com
TETON H1
DOOR THRESHOLD DETAILS
A908
119374


10 STAIR DOOR MOUNTING A911 Scale: 3" = 1'-0"
9 OVERHEAD COILING DOOR HEAD A911 Scale: 1 1/2" = 1'-0"
6 OVERHEAD COILING DOOR JAMB A911 Scale: 3" = 1'-0"
3 LIFT-AWAY GLAZED WALL HEAD A911 Scale: 3" = 1'-0"
8 STOREFRONT DOOR THRESHOLD @ LEVEL 1 A911 Scale: 3" = 1'-0"
5 SECTION @ MOVEABLE PARTITION SUPPORT A911 Scale: 1 1/2" = 1'-0"
7 STOREFRONT THRESHOLD LEVEL 2 TERRACE A911 Scale: 3" = 1'-0"
1 LIFT-AWAY GLAZED WALL SILL A911 Scale: 3" = 1'-0"
2 LIFT-AWAY GLAZED WALL JAMB A911 Scale: 3" = 1'-0"
CODY LANE DEVELOPMENT CORPORATION
DDRM
IBI GROUP
10 Exchange Place - Suite 112
Salt Lake City UT 84111 USA
tel 801 532 4233 fax 801 532 4231
TETON H1
DOOR DETAILS
119374
A911
2024-05-01 7:54:00 AM

CCD 954.R1

Docusign Envelope ID: 01AF4075-6D9A-4052-9243-AF6C75236B56




Lochsa engineering

Idaho: (208) 342-7168 | Nevada: (702) 365-9312

Civil | Flood Control | Structural | Surveying | Traffic

**Enlarged North Courtyard Elevation**

# LESK 05

JOB# 234016.00
PROJECT: Hoback Club
DATE: 07/29/2024
DRAWN/REVIEWED: NH/RM

Professional Engineer (Civil)
RILEY J. MAHAFFEY
10291
Date: 07/29/2024
WYOMING

EXP. 12/31/2025

CCD 954.R1

Docusign Envelope ID: 01AF4075-6D9A-4052-9243-AF6C75236B56




Lochsa engineering

Idaho: (208) 342-7168 | Nevada: (702) 365-9312

Civil | Flood Control | Structural | Surveying | Traffic

**Enlarged Detail at HSS Jamb Base**

**LESK 05A**

JOB# 234016.00

PROJECT: Hoback Club

DATE: 07/29/2024

DRAWN/REVIEWED: NH/RM

Professional Engineer (Civil) RILEY J. MAHAFFEY 10291 Date: 07/29/2024 WYOMING

EXP. 12/31/2025

Docusign Envelope ID: 01AF4075-0D9A-4052-8243-AF0C75234814

CCD 954.R1



1 IDSK-2324 LEVEL 01 - FINISHES PLAN AREA A - AMENITIES - RFI-2324
Scale: 1/4" = 1'-0" Referencing Sheet: ID102.3



2 IDSK-2324 LEVEL P1 - FINISHES PLAN - SKI CLUB AMENITIES - RFI-2324
Scale: 1/4" = 1'-0" Referencing Sheet: ID101.4



3 IDSK-2324 LEVEL 01 - FINISHES PLAN AREA B - AMENITIES & BOH - RFI-2324
Scale: 1/4" = 1'-0" Referencing Sheet: ID102.7



4 IDSK-2324 LEVEL 01 - ELEVATOR LOBBY & CORR AREA A - RFI-2324
Scale: 1/4" = 1'-0" Referencing Sheet: ID102.14



5 IDSK-2324 LEVEL 01 - ELEVATOR LOBBY & CORR AREA A - RFI-2324
Scale: 1/4" = 1'-0" Referencing Sheet: ID102.14



6 IDSK-2324 LEVEL 01 - ELEVATOR LOBBY & CORR AREA B - RFI-2324
Scale: 1/4" = 1'-0" Referencing Sheet: ID102.15



7 IDSK-2324 LEVEL 02 - FINISHES PLAN AREA B - AMENITIES - RFI-2324
Scale: 1/4" = 1'-0" Referencing Sheet: ID103.7



8 IDSK-2324 LEVEL 02 - FINISHES PLAN AREA B - AMENITIES - RFI-2324
Scale: 1/4" = 1'-0" Referencing Sheet: ID103.7



9 IDSK-2324 LEVEL 02 - FINISHES PLAN AREA C - AMENITIES - RFI-2324
Scale: 1/4" = 1'-0" Referencing Sheet: ID103.11

IBI GROUP
55 St. Clair Avenue West,
Toronto, ON M4V 2Y7, Canada
tel 416 596 1930 fax 416 596 0644
ibigroup.com

PROJECT TITLE: TETON H1-ID
SKETCH TITLE: LEVEL P1, 01 & 02 STONE THRESHOLD FINISH UPDATE
SCALE: AS NOTED
SKETCH NO.: IDSK-2324

# Exhibit 6

## Tab 9

# Subcontractor Settlement Standard Drywall (SDI) Attachments

EXHIBIT 122
WIT: Stately
DATE: 9/2/25
Laurel S. Tubbs, RPR, RMR, CRR

SMC CONSTRUCTION CONTRACTING

# Subcontract Change Order

Detailed, Grouped by Each Number

**The Hoback Club**
3355 Cody Lane
Jackson Hole, WY

**Project # WYO-001**
Tel: Fax:

**SMC Construction Company**

**Date: 3/4/2025**

**To Subcontractor/Vendor:**
Standard Drywall
1990 South 4130 West
Salt Lake City, UT 84104

**Architect's Project No:**
**Contract Date:**
**Contract Number: 020**
**Change Order Number: 046**

**The Contract is hereby revised by the following items:**

Change Order No. 46 - Resolution Agreement

| PCO | Item # | Description | Amount |
|---|---|---|---|
| 4341.004 | 001 | Standard Drywall Resolution | 3,941,270 |

This Subcontract Change Order includes the attached Proposed SDI SCO 46.

| | |
|---|---|
| The original Contract Value was.................................................... | 9,807,191 |
| Sum of changes by prior Subcontract Change Orders.................................................... | 3,768,122 |
| The Contract Value prior to this Subcontract Change Order was.................................................... | 13,575,313 |
| The Contract Value will be changed by this Subcontract Change Order in the amount of.................................................... | 3,941,270 |
| The new Contract Value including this Subcontract Change Order will be.................................................... | 17,516,583 |
| The Contract duration will be changed by.................................................... | 0 Days |
| The revised Substantial Completion date as of this Subcontract Change Order is.................................................... | |

SMC Construction Company
CONTRACTOR
1086 Greg Street,
Sparks, NV 89431
Address
By Rich Schaller
SIGNATURE [signature]
DATE 3-4-25

Standard Drywall
SUBCONTRACTOR/VENDOR
1990 South 4130 West
Salt Lake City, UT 84104
Address
By Jeff Miller
SIGNATURE [signature]
DATE 3/4/25

**Proposed SDI SCO 46**
**Corrective Work and Compliance with Work Progress Schedule**
**WY Rule 408**

**Description:**

Resolution of outstanding change orders and compliance with Work Progress Schedule.

**Amount:**

$3,941,270.15

**Notes:**

1. The Effective Date of this Change Order is March 4, 2025.

2. SMC Construction Co. ("SMC") and Standard Drywall, Inc. ("SDI") agree that there are no outstanding and/or pending change orders related to SDI's work on the Hoback Club project (the "Project") as of the Effective Date of this Change Order.

3. SDI agrees to comply with the Work Progress Schedule, data date January 27, 2025.

4. SMC agrees to pay SDI bonuses totaling $3,941,270.15 for achieving certain performance milestones in accordance with the Work Progress Schedule. *See* Work Progress Schedule, data date January 27, 2025). The bonuses are as follows:

    a) SMC agrees to pay SDI $1,970,635.15 (50% of $3,941,270.15) upon execution of this Change Order.

    b) SMC agrees to pay SDI $591,190.50 (15% of $3,941,270.15) if SDI completes Stair A & E drywall hanging on or before March 13, 2025, or as adjusted for non-SDI delays.

    c) SMC agrees to pay SDI $591,190.50 (15% of $3,941,270.15) if SDI completes drywall hanging for Level 3 Corridors on or before April 23, 2025, or as adjusted for non-SDI delays.

    d) SMC agrees to pay SDI $788,254.00 (20% of $3,941,270.15) if SDI completes all work through the hanging of drywall in Level 4 elevator lobbies on or before May 12, 2025, or as adjusted for non-SDI delays.

5. In consideration for the payments set forth in this Change Order, SDI irrevocably waives and releases any and all known or unknown claims that SDI has, had or may have in the future against Owner, DDRM and/or SMC related to the Project, including, without limitation, claims related to adjustment of the Contract Time, unpaid fees, delay, inefficiency, and extended general conditions up to the Effective Date of this Change Order, and further agrees this Change Order fully and completely resolves all claims that were, or could be asserted by SDI as of the Effective Date of this Change Order. SMC irrevocably waives and releases any and all claims against SDI for liquidated damages that were or could be asserted as of the Effective Date of this Change Order. Nothing contained herein shall be construed to constitute a waiver by any party of rights or defenses related to claims against Layton Construction Company LLC.

# Exhibit 6

## Tab 10

# Subcontractor Settlement Structural Hardscapes Specialties Attachments

EXHIBIT 123
WIT: Stately
DATE: 9/2/25
Laurel S. Tubbs, RPR, RMR, CRR

**Executed Subcontractor Change Order 003**

SMC CONSTRUCTION CONTRACTING

# Subcontract Change Order

Detailed, Grouped by Each Number

**The Hoback Club**
3355 Cody Lane
Jackson Hole, WY

**Project # WYO-001**
Tel: Fax:

**SMC Construction Company**

**Date: 2/21/2025**
**To Subcontractor/Vendor:**
Structural Hardscapes Specialties, Inc.
117 Peavey Circle
Chaska, MN 55318

**Architect's Project No:**
**Contract Date:**
**Contract Number: 047**
**Change Order Number: 003**

**The Contract is hereby revised by the following items:**

Change Order No. 3 Resolution Agreement

| PCO | Item # | Description | Amount |
|---|---|---|---|
| 4341.014 | 001 | Structures Inc. Resolution Agreement | 42,000 |

This Subcontractor Change Order includes the attached Proposal Structural Hardscapes SCO 3.

| | |
|---|---|
| The original Contract Value was | 1,537,007 |
| Sum of changes by prior Subcontract Change Orders | 160,789 |
| The Contract Value prior to this Subcontract Change Order was | 1,697,796 |
| The Contract Value will be changed by this Subcontract Change Order in the amount of | 42,000 |
| The new Contract Value including this Subcontract Change Order will be | 1,739,796 |
| The Contract duration will be changed by | 0 Days |
| The revised Substantial Completion date as of this Subcontract Change Order is | |

SMC Construction Company
CONTRACTOR
1086 Greg Street,
Sparks, NV 89431
Address
By Rich Schaller
SIGNATURE [signature]
DATE 2-21-25

Structural Hardscapes Specialties, Inc.
SUBCONTRACTOR/VENDOR
117 Peavey Circle
Chaska, MN 55318
Address
By Pete Ohnsorg Scott Sustacek
SIGNATURE Scott R Sustacek
DATE 2/21/2025

**Proposed Structures Hardscapes SCO 3**
**Resolution of Outstanding Change Orders and Compliance with Work Progress Schedule**
**WY Rule 408**

**Description:**

Resolution of outstanding change orders and compliance with Work Progress Schedule.

**Amount:**

$42,000.00

**Notes:**

1. The Effective Date of this Change Order is February 21, 2025.
2. SMC Construction Co. ("SMC") and Structures Hardscapes Specialist, Inc. ("Structures Hardscapes") agree that there are no outstanding and/or pending change orders related to Structures Hardscapes' work on the Hoback Club project (the "Project") as of the Effective Date of this Change Order.
3. Structures Hardscapes agrees to comply with the Work Progress Schedule, data date January 27, 2025.
4. SMC agrees to pay Structures Hardscapes bonuses totaling **$42,000.00** for achieving certain performance milestones in accordance with the Work Progress Schedule. *See* Work Progress Schedule, data date January 27, 2025). The bonuses are as follows:
   a) SMC agrees to pay Structures Hardscapes **$12,600.00** (30% of $42,000.00) upon execution of this Change Order.
   b) SMC agrees to pay Structures Hardscapes **$12,600.00** (30% of $42,000.00) if Structures Hardscapes completes pavers in the upper courtyard on or before May 30, 2025, or as adjusted for non-Structures Hardscape delays.
   c) SMC agrees to pay Structures Hardscapes **$16,800.00** (40% of $42,000.00) if Structures Hardscapes completes finish the courtyard and pool deck on or before June 26, 2025, or as adjusted for non-Structures Hardscape delays.
5. In consideration for the payments set forth in this Change Order, Structures Hardscapes irrevocably waives and releases any and all known or unknown claims that Structures Hardscapes has, had or may have in the future against Owner, DDRM and/or SMC related to the Project, including, without limitation, claims related to adjustment of the Contract Time, unpaid fees, delay, inefficiency, and extended general conditions up to the Effective Date of this Change Order, and further agrees this Change Order fully and completely resolves all claims that were, or could be asserted by Structures Hardscapes as of the Effective Date of this Change Order. SMC irrevocably waives and releases any and all claims against Structures Hardscapes for liquidated damages that were or could be asserted as of the Effective Date of this Change Order. Nothing contained herein shall be construed to constitute a waiver by any party of rights or defenses related to claims against Layton Construction Company LLC.

# Exhibit 6

## Tab 11

# Subcontractor Settlement Trimark Raygal Inc Attachments

EXHIBIT 124
WIT: Stately
DATE: 9/2/25
Laurel S. Tubbs, RPR, RMR, CRR

Executed Subcontractor Change Order 005

SMC CONSTRUCTION CONTRACTING

# Subcontract Change Order

Detailed, Grouped by Each Number

**The Hoback Club**
3355 Cody Lane
Jackson Hole, WY

**Project # WYO-001**
Tel: Fax:

**SMC Construction Company**

**Date: 3/6/2025**
**To Subcontractor/Vendor:**
Trimark Raygal, LLC
210 Commerce
Irvine, CA 92602

**Architect's Project No:**
**Contract Date:**
**Contract Number: 033**
**Change Order Number: 005**

**The Contract is hereby revised by the following items:**

Change Order No. 5 Resolution Agreement

| PCO | Item # | Description | Amount |
|---|---|---|---|
| 4341.013 | 001 | TriMark Resolution Agreement | 140,932 |

This Subcontract Change Order includes the attached Proposed Trimark SCO 5.
PCO 4285 $13,137
PCO 4356 $38,652
PCO 4358 $70,149
PCO 4402 $11,085
PCO 4403 $7,744

| | |
|---|---|
| The original Contract Value was | 1,081,900 |
| Sum of changes by prior Subcontract Change Orders | 244,095 |
| The Contract Value prior to this Subcontract Change Order was | 1,325,995 |
| The Contract Value will be changed by this Subcontract Change Order in the amount of | 140,932 |
| The new Contract Value including this Subcontract Change Order will be | 1,466,927 |
| The Contract duration will be changed by | 0 Days |
| The revised Substantial Completion date as of this Subcontract Change Order is | |

SMC Construction Company
CONTRACTOR
1086 Greg Street,
Sparks, NV 89431
Address
By Rich Schaller
SIGNATURE [signature]
DATE 3-17-25

Trimark Raygal, LLC
SUBCONTRACTOR/VENDOR
210 Commerce
Irvine, CA 92602
Address
By Christopher Riedell
SIGNATURE Christopher B. Riedell
DATE 3/17/25

**Proposed Trimark SCO 5**
**WY Rule 408**

**Description:**

Resolution of outstanding change orders and compliance with Work Progress Schedule.

**Amount:**

$140,932

**Notes:**

1. The Effective Date of this Change Order is March 11, 2025.

2. SMC Construction Co. ("SMC") and Trimark Raygal, LLC ("Trimark") agree that there are no outstanding and/or pending change orders related to Trimark's work on the Hoback Club project (the "Project") as of the Effective Date of this Change Order.

3. SMC agrees to pay Trimark bonuses totaling **$140,932.00** for achieving certain performance milestones in accordance with the Work Progress Schedule. The bonuses are as follows:

   a) SMC agrees to pay Trimark **$70,466.00** (50% of $140,932.00) upon Trimark completing all hood and walk-in installations.

   b) SMC agrees to pay Trimark **$70,466.00** (50% of $140,932.00) upon Trimark completing all food service equipment installations.

4. In consideration for the payments set forth in this Change Order, Trimark irrevocably waives and releases any and all known or unknown claims that Trimark has or had against Owner, DDRM and/or SMC related to the Project, including, without limitation, claims related to adjustment of the Contract Time, unpaid fees, delay, inefficiency, and extended general conditions up to the Effective Date of this Change Order, and further agrees this Change Order fully and completely resolves all claims that were, or could be asserted by Trimark as of the Effective Date of this Change Order. SMC irrevocably waives and releases any and all claims against Trimark for liquidated damages that were or could be asserted as of the Effective Date of this Change Order. Nothing contained herein shall be construed to constitute a waiver by any party of rights or defenses related to claims against Layton Construction Company LLC.

PCO 4285

**SMC Construction Company, Co.**
1086 Greg Street
Sparks, NV 89431

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 16-Dec-24
TITLE: Stainless Steel Materials

CHANGE ORDER REQUEST: **PCO-4285**

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs for stainless steel materials for food service equipment. | | |
| 11.40-Food Service Equipment - Exhibit A GMP Cost Breakdown<br>TriMark CO # 20-Stainless steel materials | $ | 13,137 |
| **Subtotal:** | $ | 13,137 |
| Liability Insurance .33% | $ | 46 |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 10 |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 13,193 |

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed ___ calendar days.

ACCEPTED:

| SMC Construction, Co. | DDRM Jackson, LLC | Cody Lane Development |
|---|---|---|
| 1086 Greg Street<br>Sparks, NV 89431 | DEVELOPMENT MANAGER | PO Box 734<br>Jackson, WY |
| By: PSmith | By: | By: |
| Date: 12/16/2024 | Date: | Date: |

PCO 4285

# Quote

12/13/2024

TriMark WEST

**To:**
SMC Construction Company
Rich Schaller

**Project:**
Teton Village - Teton Village, WY
~CO#20
3335 W Cody Lane
Teton Village, WY 83025

**From:**
TriMark Orange County
Christopher Riedell
1200 7th Street
San Francisco, CA 92602
(949)474-1000
415-218-7647 (Contact)

Job Reference Number: 14083

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | **CHANGE ORDER #20** | | <Alternate> |
| 0023 | -1 lt | **DOUBLE WALL SHELF**<br>Pacific Stainless Products Model No. STAINLESS Packed lt<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $348.77 | $-348.77 |
| | | | **ITEM TOTAL:** | **$-348.77** |
| 0023-CO20 | 2 ea | **DOUBLE WALL SHELF**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $462.00 | $924.00 |
| | | | **ITEM TOTAL:** | **$924.00** |
| 0024 | -1 ea | **WORK TABLE W/ SINKS**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $2,366.64 | $-2,366.64 |
| | | | **ITEM TOTAL:** | **$-2,366.64** |

PCO 4285

TriMark Orange County

*12/13/2024*

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 0024-CO20 | 1 ea | **WORK TABLE W/ SINKS**<br><br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $2,191.90 | $2,191.90 |
| | | | **ITEM TOTAL:** | **$2,191.90** |
| 0034 | -1 ea | **MOBILE WORK TABLE**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $1,442.82 | $-1,442.82 |
| | | | **ITEM TOTAL:** | **$-1,442.82** |
| 0034-CO20 | 1 ea | **MOBILE WORK TABLE**<br><br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $1,401.85 | $1,401.85 |
| | | | **ITEM TOTAL:** | **$1,401.85** |
| 0044 | -1 lt | **DOUBLE WALL SHELF**<br>Pacific Stainless Products Model No. STAINLESS Packed lt<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $1,544.54 | $-1,544.54 |
| | | | **ITEM TOTAL:** | **$-1,544.54** |
| 0044-CO20 | 2 ea | **DOUBLE WALL SHELF**<br><br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $830.30 | $1,660.60 |
| | | | **ITEM TOTAL:** | **$1,660.60** |
| 0045 | -1 ea | **WORK COUNTER W/ SINK**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $7,099.92 | $-7,099.92 |
| | | | **ITEM TOTAL:** | **$-7,099.92** |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 0045-CO20 | 1 ea | **WORK COUNTER W/ SINK**<br><br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $10,159.00 | $10,159.00 |
| | | **ITEM TOTAL:** | | **$10,159.00** |
| 0046 | -1 ea | **PASS SHELF**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $2,000.23 | $-2,000.23 |
| | | **ITEM TOTAL:** | | **$-2,000.23** |
| 0046-CO20 | 1 ea | **PASS SHELF**<br><br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $2,089.55 | $2,089.55 |
| | | **ITEM TOTAL:** | | **$2,089.55** |
| 0047 | -1 ea | **UTENSIL RACK**<br>Pacific Stainless Products Model No. STAINLESS<br>Included in Item #0046 | | <Included> |
| 0047-CO20 | 1 ea | **UTENSIL RACK**<br><br>Pacific Stainless Products Model No. STAINLESS<br>Included in Item #0046 | | <Included> |
| 0048 | -1 ea | **WORK TABLE W/ SINK**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $1,923.41 | $-1,923.41 |
| | | **ITEM TOTAL:** | | **$-1,923.41** |
| 0048-CO20 | 1 ea | **WORK TABLE W/ SINK**<br><br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $2,076.66 | $2,076.66 |
| | | **ITEM TOTAL:** | | **$2,076.66** |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 0056 | -1 ea | **WORK TABLE**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $999.59 | $-999.59 |
| | | **ITEM TOTAL:** | | **$-999.59** |
| 0056-CO20 | 1 ea | **WORK TABLE**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $1,147.00 | $1,147.00 |
| | | **ITEM TOTAL:** | | **$1,147.00** |
| 0057 | -1 lt | **DOUBLE OVERSHELF**<br>Pacific Stainless Products Model No. STAINLESS Packed lt<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $296.87 | $-296.87 |
| | | **ITEM TOTAL:** | | **$-296.87** |
| 0057-CO20 | 2 ea | **DOUBLE OVERSHELF**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $444.00 | $888.00 |
| | | **ITEM TOTAL:** | | **$888.00** |
| 0062A | -1 lt | **HOOD ENCLOSURE PANELS**<br>Pacific Stainless Products Model No. STAINLESS Packed lt<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $267.80 | $-267.80 |
| | | **ITEM TOTAL:** | | **$-267.80** |
| 0062A-CO20 | 1 lt | **HOOD ENCLOSURE PANELS**<br>Pacific Stainless Products Model No. STAINLESS Packed lt<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $378.50 | $378.50 |
| | | **ITEM TOTAL:** | | **$378.50** |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 0064A | -1 lt | **HOOD ENCLOSURE PANELS**<br>Pacific Stainless Products Model No. STAINLESS Packed lt<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $267.80 | $-267.80 |
| | | **ITEM TOTAL:** | | **$-267.80** |
| 0064A-CO20 | 1 lt | **HOOD ENCLOSURE PANELS**<br>Pacific Stainless Products Model No. STAINLESS Packed lt<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $397.43 | $397.43 |
| | | **ITEM TOTAL:** | | **$397.43** |
| 0066A | -1 lt | **HOOD ENCLOSURE PANELS**<br>Pacific Stainless Products Model No. STAINLESS Packed lt<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $438.04 | $-438.04 |
| | | **ITEM TOTAL:** | | **$-438.04** |
| 0066A-CO20 | 1 lt | **HOOD ENCLOSURE PANELS**<br>Pacific Stainless Products Model No. STAINLESS Packed lt<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $537.50 | $537.50 |
| | | **ITEM TOTAL:** | | **$537.50** |
| 0067A | -1 lt | **HOOD ENCLOSURE PANELS**<br>Pacific Stainless Products Model No. STAINLESS Packed lt<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $438.04 | $-438.04 |
| | | **ITEM TOTAL:** | | **$-438.04** |
| 0067A-CO20 | 1 lt | **HOOD ENCLOSURE PANELS**<br>Pacific Stainless Products Model No. STAINLESS Packed lt<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $537.50 | $537.50 |
| | | **ITEM TOTAL:** | | **$537.50** |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 0079 | -1 ea | **WORK COUNTER**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $1,610.98 | $-1,610.98 |
| | | **ITEM TOTAL:** | | **$-1,610.98** |
| 0079-CO20 | 1 ea | **WORK COUNTER**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $1,607.70 | $1,607.70 |
| | | **ITEM TOTAL:** | | **$1,607.70** |
| 0085 | -1 ea | **CHEF'S COUNTER W/ SINK**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable.<br>**NOTE: Provide S/S chase w/ removeable access panels as part of counter** | $32,058.63 | $-32,058.63 |
| | | **ITEM TOTAL:** | | **$-32,058.63** |
| 0085-CO20 | 1 ea | **CHEF'S COUNTER W/ SINK**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable.<br>**NOTE: Provide S/S chase w/ removeable access panels as part of counter** | $34,286.47 | $34,286.47 |
| | | **ITEM TOTAL:** | | **$34,286.47** |
| 0086 | -1 lt | **DOUBLE OVERSHELF**<br>Pacific Stainless Products Model No. STAINLESS Packed lt<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $3,443.05 | $-3,443.05 |
| | | **ITEM TOTAL:** | | **$-3,443.05** |
| 0086-CO20 | 1 lt | **DOUBLE OVERSHELF**<br>Pacific Stainless Products Model No. STAINLESS Packed lt<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $3,859.00 | $3,859.00 |
| | | **ITEM TOTAL:** | | **$3,859.00** |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 0087 | -1 ea | **UC REFRIGERATOR (R)**<br>Pacific Stainless Products Model No. STAINLESS<br>Included in Item #0085 | | <Included> |
| 0087-CO20 | 1 ea | **UC REFRIGERATOR (R)**<br>Pacific Stainless Products Model No. STAINLESS<br>Included in Item #0085 | | <Included> |
| 0088 | -2 ea | **UC PREP REFRIGERATOR (R)**<br>Pacific Stainless Products Model No. STAINLESS<br>Included in Item #0085 | | <Included> |
| 0088-CO20 | 2 ea | **UC PREP REFRIGERATOR (R)**<br>Pacific Stainless Products Model No. STAINLESS<br>Included in Item #0085 | | <Included> |
| 0091 | -1 ea | **CHEFS COUNTER**<br>Pacific Stainless Products Model No. STAINLESS<br>Included in Item #0085<br>**NOTE: Provide S/S chase w/ removeable access panels as part of counter** | | <Included> |
| 0091-CO20 | 1 ea | **CHEFS COUNTER**<br>Pacific Stainless Products Model No. STAINLESS<br>Included in Item #0085<br>**NOTE: Provide S/S chase w/ removeable access panels as part of counter** | | <Included> |
| 0092 | -1 lt | **DOUBLE OVERSHELF**<br>Pacific Stainless Products Model No. STAINLESS Packed lt<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $4,587.96 | $-4,587.96 |
| | | **ITEM TOTAL:** | | **$-4,587.96** |
| 0092-CO20 | 1 lt | **DOUBLE OVERSHELF**<br>Pacific Stainless Products Model No. STAINLESS Packed lt<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $4,953.96 | $4,953.96 |
| | | **ITEM TOTAL:** | | **$4,953.96** |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 0103 | -1 lt | **DOUBLE WALL SHELF**<br>Pacific Stainless Products Model No. STAINLESS Packed lt<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $1,025.54 | $-1,025.54 |
| | | **ITEM TOTAL:** | | **$-1,025.54** |
| 0103-CO20 | 2 ea | **DOUBLE WALL SHELF**<br><br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $553.17 | $1,106.34 |
| | | **ITEM TOTAL:** | | **$1,106.34** |
| 0105 | -1 ea | **WORK COUNTER W/ SINK**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $6,627.63 | $-6,627.63 |
| | | **ITEM TOTAL:** | | **$-6,627.63** |
| 0105-CO20 | 1 ea | **WORK COUNTER W/ SINK**<br><br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $8,602.00 | $8,602.00 |
| | | **ITEM TOTAL:** | | **$8,602.00** |
| 0107 | -1 ea | **SOILED DISHTABLE W/ SINK**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $3,980.73 | $-3,980.73 |
| | | **ITEM TOTAL:** | | **$-3,980.73** |
| 0107-CO20 | 1 ea | **SOILED DISHTABLE W/ SINK**<br><br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $5,461.00 | $5,461.00 |
| | | **ITEM TOTAL:** | | **$5,461.00** |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 0108 | -1 ea | **GLASS RACK SHELF**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $1,323.45 | $-1,323.45 |
| | | **ITEM TOTAL:** | | **$-1,323.45** |
| 0108-CO20 | 1 ea | **GLASS RACK SHELF**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $1,545.00 | $1,545.00 |
| | | **ITEM TOTAL:** | | **$1,545.00** |
| 0112 | -1 ea | **VENT DUCT (TYPE II)**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $638.37 | $-638.37 |
| | | **ITEM TOTAL:** | | **$-638.37** |
| 0112-CO20 | 1 ea | **VENT DUCT (TYPE II)**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $634.80 | $634.80 |
| | | **ITEM TOTAL:** | | **$634.80** |
| 0114 | -1 ea | **VENT DUCT (TYPE II)**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $638.37 | $-638.37 |
| | | **ITEM TOTAL:** | | **$-638.37** |
| 0114-CO20 | 1 ea | **VENT DUCT (TYPE II)**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $634.80 | $634.80 |
| | | **ITEM TOTAL:** | | **$634.80** |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 0116 | -1 ea | **CLEAN DISHTABLE**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $1,361.86 | $-1,361.86 |
| | | **ITEM TOTAL:** | | **$-1,361.86** |
| 0116-CO20 | 1 ea | **CLEAN DISHTABLE**<br><br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $1,362.00 | $1,362.00 |
| | | **ITEM TOTAL:** | | **$1,362.00** |
| 0117 | -1 ea | **WALL SHELF**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $215.90 | $-215.90 |
| | | **ITEM TOTAL:** | | **$-215.90** |
| 0117-CO20 | 1 ea | **WALL SHELF**<br><br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $378.00 | $378.00 |
| | | **ITEM TOTAL:** | | **$378.00** |
| 0118 | -1 ea | **WALL SHELF/UTENSIL RACK**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $1,103.39 | $-1,103.39 |
| | | **ITEM TOTAL:** | | **$-1,103.39** |
| 0118-CO20 | 1 ea | **WALL SHELF/UTENSIL RACK**<br><br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | $1,021.20 | $1,021.20 |
| | | **ITEM TOTAL:** | | **$1,021.20** |

PCO 4285

TriMark Orange County

*12/13/2024*

| Item | Qty | Description | | Sell | Sell Total |
|---|---|---|---|---|---|
| 0119 | -1 ea | **POT SINK**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | $3,520.90 | $-3,520.90 |
| | | | **ITEM TOTAL:** | | **$-3,520.90** |
| 0119-CO20 | 1 ea | **POT SINK**<br>Pacific Stainless Products Model No. STAINLESS<br>Shall be custom fabricated per KEC plans, Specification, General Conditions, and approved Shop Drawings. All equipment must have NSF, UL, ETL, AGA labels as applicable. | | $3,893.00 | $3,893.00 |
| | | | **ITEM TOTAL:** | | **$3,893.00** |
| 88810 | -1 lt | **SHOP DRAWING**<br>Pacific Stainless Products Model No. SHOP DRAWING<br>Shop Drawings | Packed 1 lt | | <Included> |
| 88810-CO20 | 1 lt | **SHOP DRAWING**<br>Pacific Stainless Products Model No. SHOP DRAWING<br>Shop Drawings | Packed 1 lt | | <Included> |

| | |
|---|---|
| Merchandise | $12,163.53 |
| Subtotal | $12,163.53 |
| Tax 8% | $973.08 |
| Total | $13,136.61 |

Acceptance: ______________________________ Date: ______________________

Printed Name: ______________________________

Project Grand Total: $13,136.61

PCO 4356

**SMC Construction Company, Co.**
1086 Greg Street
Sparks, NV 89431

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 26-Feb-25 CHANGE ORDER REQUEST: **PCO-4356**
TITLE: TriMark

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs for equipment installation | | |
| 11.40-Food Service Equipment - Exhibit A GMP Cost Breakdown<br>TriMark CO # 23-Equipment Installation | $ | 38,652 |
| **Subtotal:** | $ | 38,652 |
| Liability Insurance .33% | $ | 136 |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 29 |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 38,817 |

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed ___ calendar days.

ACCEPTED:

**SMC Construction, Co.**
1086 Greg Street
Sparks, NV 89431
By: [signature]
Date: 02/26/2025

DDRM Jackson, LLC
DEVELOPMENT MANAGER
By: ____________
Date: ____________

Cody Lane Development
PO Box 734
Jackson, WY
By: ____________
Date: ____________

PCO 4356

TriMark WEST

# Quote

02/15/2025

**To:**
SMC Construction Company
Rich Schaller

**Project:**
Teton Village - CO#23
3335 W Cody Lane
Teton Village, WY 83025

**From:**
TriMark Orange County
Christopher Riedell
1200 7th Street
San Francisco, CA 92602
(949)474-1000
415-218-7647 (Contact)

Job Reference Number: 14083

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | **CHANGE ORDER #23** | | <Alternate> |
| 88801 | -1 lt | **EQUIPMENT INSTALLATION**<br>Pacific Stainless Products Model No. EQUIPMENT INSTALLATION<br>Packed 1 lt<br>Installation of buy-out, custom fabricated equipment per plan & specifications.<br>Installation based on Non-Seismic, Non-Union and Non-Prevailing Wage Labor, during Normal Working Hours w/ Reasonable Access | $51,588.60 | $-51,588.60 |
| | -1 lt | TRIMARK Forklift and Crane Rental | $5,190.00 | $-5,190.00 |
| | | | **ITEM TOTAL:** | **$-56,778.60** |
| 88806 | -1 lt | **INSTALLATION OF WALK IN**<br>Pacific Stainless Products Model No. WALK IN INSTALLATION<br>Packed 1 lt<br>Installation of Walk in Equipment per Plan & Specification<br>Installation based on Non-Seismic, Non-Union, Non-Prevailing Wage Labor, during Normal Working Hours w/ Reasonable Access | $9,850.62 | $-9,850.62 |
| | | | **ITEM TOTAL:** | **$-9,850.62** |

PCO 4356

TriMark Orange County

*02/15/2025*

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 88801-CO23 | 1 lt | **EQUIPMENT INSTALLATION**<br><br>Pacific Stainless Products Model No. EQUIPMENT INSTALLATION<br>Packed 1 lt<br>Installation of buy-out, custom fabricated equipment per plan & specifications.<br>Installation based on Non-Seismic, Non-Union and Non-Prevailing Wage Labor, during Normal Working Hours w/ Reasonable Access | $78,036.00 | $78,036.00 |
| | | **ITEM TOTAL:** | | **$78,036.00** |
| 88806-CO23 | 1 lt | **INSTALLATION OF WALK IN**<br><br>Pacific Stainless Products Model No. WALK IN INSTALLATION<br>Packed 1 lt<br>Installation of Walk in Equipment per Plan & Specification<br>Installation based on Non-Seismic, Non-Union, Non-Prevailing Wage Labor, during Normal Working Hours w/ Reasonable Access | $28,245.00 | $28,245.00 |
| | | **ITEM TOTAL:** | | **$28,245.00** |
| | | Subtotal | | $39,651.78 |
| | | Total | | $39,651.78 |

Acceptance: ______________________ Date: ______________________

Printed Name: ______________________

Project Grand Total: $39,651.78

**PCO 4356**

# PROPOSAL

PRECISION STAINLESS SOLUTIONS

1202 N 54th Ave., Suite 115
Phoenix, AZ 85043
(602) 386-8053 I (623) 215-7568
ROC #299935

QUOTE NO. #5006
DATE December 7, 2024

PURCHASE ORDER #

BILL TO: Trimark Orange County
210 Commerce
Irvine, CA 92602
323-251-6651

SITE ADDRESS: Teton Village
3335 W. Cody Lane
Teton Village, WY 83025

| ATTENTION | JOB | PAYMENT TERMS |
|---|---|---|
| Chris Riedell | Teton Village | 50% Down/Remainder upon completion. |

| ITEM # | QTY | MODEL # | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 1 | 1 | PSS-1003 | INSTALLATION OF ALL EQUIPMENT PROVIDED BY TRIMARK PER ITEMIZED PROPOSAL SCHEDULE TO TAKE PLACE IN WILSON, WY DURING REGULAR BUSINESS HOURS. **INSTALLATION INCLUDES MEET TRUCK ONSITE-UNLOAD-UNCRATE-ASSEMBLE-SET IN PLACE-LEVEL-SEAL TO ALL WALLS (FIELD WELDS INCLUDED) FULL ASSEMBLY OF MONTAGUE SUITE. DISPOSE OF ALL TRASH PROPERLY INTO WASTE CONTAINER PROVIDED BY GC. NO HOODS OR WALK IN COOLERS -STONE TOPS OR MILLWORK INCLUDED IN THIS LINE ITEM. DOES NOT INCLUDE ANY EXISTING EQUIPMENT TO BE RELOCATED TO REFURBISHED.** | $53,120.00 | $53,120.00 |
| 2 | 1 | PSS-1001 | INSTALLATION OF (4) GREASE HOODS AND (1) UDS WALL IN SEPARATE TRIP PRIOR TO EQUIPMENT INSTALLATION PER PLANS. | $21,200.00 | $21,200.00 |

| | |
|---|---|
| SUBTOTAL | $74,320.00 |
| SALES TAX (8.6%) | |
| PROJECT TOTAL | **$74,320.00** |

TERMS: All Pricing is Valid for 30 days, please call for revised pricing if release date is after 30 days. **All sales are COD unless credit terms have been established. Sales tax will be charged on all taxable items, unless we have received a tax exempt certificate.** All prices quoted are FOB factory. Shipping damage will be the responsiblity of the manufactuer and shipping company. Precision Stainless will not be liable for damage to equipment once shipment has been received onsite. Additional work subject to fees billed at T&M plus 15% unless otherwise agreed. Precision Stainless Solutions does NOT provide any warranty, express or implied, for equipment installed, only factory warranty applies. Should this order be canceled through no fault of Precision Stainless the buyer will be liable for reimbursmenent for any and all expenses incurred in connection with this transaction. All products purchased are custom orders manufacturered in accordance with customer specifications and, therefore, are not returnable. Payment must be received within terms noted above upon receipt of invoice. Past due accounts will be charged finance Charge of 1 ½% monthly, which is equal to 18% annum. Customer agrees to pay attorney's fees and cost incurred if payment not timely made in accordance with the above terms. Customer agrees to pay any overage due to delay of schedule or unnecessary return trips. This agreement is to be interpreted under Arizona Law, and customer consents to jurisdiction in Arizona.

**COD PAYMENTS TERMS: CHECK/CASH**

X

CUSTOMER APPROVAL DATE

PCO 4356

## ESTIMATE

CoolTek
1202 N 54th Ave
Phoenix, AZ 85043-1709

galo.amavizca@pssfab.com
+1 (623) 418-7141

**Bill to**
TriMark Orange County

**Estimate details**
Estimate no.: TetonVillage#0142
Estimate date: 12/09/2024

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | **Build Walk-in Boxes** | Receive and Install (5) compartment walk-in boxes per manufacturer recommendations. | 120 | $160.00 | $19,200.00 |
| 2. | | **Fork Lift** | Fork Lift to load/unload walk in and set condenser on rooftop. | 1 | $750.00 | $750.00 |
| 3. | | **out of town expenses** | Stay,Gas,Food | 1 | $3,700.00 | $3,700.00 |
| 4. | | **Out of town drive.** | Drive from 85225 to 86432 | 1 | $3,250.00 | $3,250.00 |
| | | | **Total** | | | **$26,900.00** |

**Accepted date** **Accepted by**

**SMC Construction Company, Co.**
1086 Greg Street
Sparks, NV 89431

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 26-Feb-25 CHANGE ORDER REQUEST: **PCO-4358**
TITLE: TriMark

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs for equipment staging and delivery | | |
| 11.40-Food Service Equipment - Exhibit A GMP Cost Breakdown<br>TriMark CO # 21-Equipment staging and delivery | $ | 70,149 |
| **Subtotal:** | $ | 70,149 |
| Liability Insurance .33% | $ | 247 |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 53 |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 70,449 |

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed ___ calendar days.

ACCEPTED:

| SMC Construction, Co. | DDRM Jackson, LLC | Cody Lane Development |
|---|---|---|
| 1086 Greg Street<br>Sparks, NV 89431 | DEVELOPMENT MANAGER | PO Box 734<br>Jackson, WY |
| By: PSmith | By: | By: |
| Date: 02/26/2025 | Date: | Date: |

PCO 4358

TriMark WEST

# Quote

02/11/2025

**To:**
SMC Construction Company
Rich Schaller

**Project:**
Teton Village - Teton Village, WY
~CO#21 Staging
3335 W Cody Lane
Teton Village, WY 83025

**From:**
TriMark Orange County
Christopher Riedell
1200 7th Street
San Francisco, CA 92602
(949)474-1000
415-218-7647 (Contact)

Job Reference Number: 14083

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | **CHANGE ORDER #21** | | <Alternate> |
| 99904-CO21 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 12/22/2022 to 01/21/2023<br>Period: 01/22/2023 to 02/21/2023<br>Period: 02/22/2023 to 03/21/2023 | | <Included> |
| 99904.1-CO21 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 03/22/2023 to 04/21/2023<br>Period: 04/22/2023 to 05/21/2023<br>Period: 05/22/2023 to 06/21/2023<br>Period :06/22/2023 to 07/21/2023 | $11,209.31 | $11,209.31 |
| | | | **ITEM TOTAL:** | **$11,209.31** |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 99904.<br>2-<br>CO21 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 07/22/2023 to 08/21/2023<br>Period: 08/22/2023 to 09/21/2023 | $5,955.44 | $5,955.44 |
| | | | **ITEM TOTAL:** | **$5,955.44** |
| 99904.<br>3-<br>CO21 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 0922/2023 to 10/21/2023<br>Period:10/22/2023 to 11/21/2023 | $5,955.44 | $5,955.44 |
| | | | **ITEM TOTAL:** | **$5,955.44** |
| 99904.<br>4-<br>CO21 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 11/22/2023 to 12/21/2023 | $2,977.72 | $2,977.72 |
| | | | **ITEM TOTAL:** | **$2,977.72** |
| 99904.<br>5-<br>CO21 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 12/22/2023 to 01/21/2024 | $2,977.72 | $2,977.72 |
| | | | **ITEM TOTAL:** | **$2,977.72** |

TriMark Orange County

*02/11/2025*

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 99904.6-CO21 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 11/22/2023 to 12/21/2023 Supplemental<br>Period: 12/22/2023 to 01/21/2024 Supplemental<br>Period: 01/22/2023 to 02/21/2024 | $3,452.02 | $3,452.02 |
| | | | **ITEM TOTAL:** | **$3,452.02** |
| 99904.7-CO21 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 02/22/2024 to 03/21/2024<br>Period: 03/22/2024 to 04/21/2024 | $6,232.15 | $6,232.15 |
| | | | **ITEM TOTAL:** | **$6,232.15** |
| 99904.8-CO21 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 04/22/2024 to 05/21/2024 | $3,116.07 | $3,116.07 |
| | | | **ITEM TOTAL:** | **$3,116.07** |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 99904.9-CO21 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 05/22/2024 to 06/21/2024 | $3,116.07 | $3,116.07 |
| | | | **ITEM TOTAL:** | **$3,116.07** |
| 99904.10-CO21 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 06/22/2024 to 07/21/2024 | $3,116.07 | $3,116.07 |
| | | | **ITEM TOTAL:** | **$3,116.07** |
| 99904.11-CO21 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 07/22/2024 to 08/21/2024 | $3,518.18 | $3,518.18 |
| | | | **ITEM TOTAL:** | **$3,518.18** |

PCO 4358

TriMark Orange County

*02/11/2025*

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 99904.12-CO21 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 08/22/2024 to 09/21/2024 | $3,331.62 | $3,331.62 |
| | | | **ITEM TOTAL:** | **$3,331.62** |
| 99904.13-CO21 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 09/22/2024 to 10/21/2024 | $3,331.62 | $3,331.62 |
| | | | **ITEM TOTAL:** | **$3,331.62** |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 99904.14-CO21 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 10/22/2024 to 11/21/2024 | $3,331.62 | $3,331.62 |
| | | | **ITEM TOTAL:** | **$3,331.62** |
| 99904.15-CO21 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 11/22/2024 to 12/21/2024 | $3,331.62 | $3,331.62 |
| | | | **ITEM TOTAL:** | **$3,331.62** |

| | |
|---|---|
| Merchandise | $64,952.67 |
| Subtotal | $64,952.67 |
| Tax 8% | $5,196.21 |
| Total | $70,148.88 |

Acceptance: ______________________________ Date: ______________________

Printed Name: ______________________________

Project Grand Total: $70,148.88

PCO 4358

**National Distribution Service, Inc.**
616 Trade Center Blvd.
Chesterfield, MO 63005
(800)-325-1396

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/28/2024 | 236711 |

| Bill To |
|---|
| Trimark Orange County<br>210 Commerce<br>Irvine, CA 92602<br>Attn: Accounts Payable |

| P.O. No. | Terms | Rep | Job # | NDS # | Info |
|---|---|---|---|---|---|
| | Due on receipt | SCM | | 87910 | NWI |

| Description | Amount |
|---|---|
| PROJECT: TRIMARK - ORANGE COUNTY / TETON VILLAGE RESIDENTIAL EQUIPMENT<br>LOCATION: TETON VILLAGE, WY<br><br>PERIOD: 05/22/2024 TO 06/21/2024<br>STORAGE: 45,540 LBS. @ $5.95 CWT. | 2,709.63 |

| Payable in U.S. Dollars. | | **Total** | $2,709.63 |
|---|---|---|---|

PCO 4358

**National Distribution Service, Inc.**
616 Trade Center Blvd.
Chesterfield, MO 63005
(800)-325-1396

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 8/7/2024 | 238239 |

Bill To

Trimark Orange County
210 Commerce
Irvine, CA 92602
Attn: Accounts Payable

| P.O. No. | Terms | Rep | Job # | NDS # | Info |
|---|---|---|---|---|---|
| | Due on receipt | SCM | | 87910 | 1 |

| Description | Amount |
|---|---|
| PROJECT: TRIMARK - ORANGE COUNTY / TETON VILLAGE RESIDENTIAL EQUIPMENT<br>LOCATION: TETON VILLAGE, WY<br><br>PERIOD: 06/22/2024 TO 07/21/2024<br>STORAGE: 45,540 LBS. @ $5.95 CWT. | 2,709.63 |

| | | | |
|---|---|---|---|
| Payable in U.S. Dollars. | | **Total** | $2,709.63 |

PCO 4358

**National Distribution Service, Inc.**

616 Trade Center Blvd.
Chesterfield, MO 63005
(800)-325-1396

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 8/26/2024 | 238844 |

| Bill To |
|---|
| Trimark Orange County<br>210 Commerce<br>Irvine, CA 92602<br>Attn: Accounts Payable |

| P.O. No. | Terms | Rep | Job # | NDS # | Info |
|---|---|---|---|---|---|
| | Due on receipt | SCM | | 87910 | 1 |

| Description | Amount |
|---|---|
| PROJECT: TRIMARK - ORANGE COUNTY / TETON VILLAGE RESIDENTIAL EQUIPMENT<br>LOCATION: TETON VILLAGE, WY | |
| PERIOD: 07/22/2024 TO 08/21/2024<br>HANDLING IN: 3,150 LBS. @ $5.15 CWT. | 162.23 |
| STORAGE: 48,690 LBS. @ $5.95 CWT. | 2,897.06 |

| | | | |
|---|---|---|---|
| Payable in U.S. Dollars. | | **Total** | $3,059.29 |

PCO 4358

**National Distribution Service, Inc.**
616 Trade Center Blvd.
Chesterfield, MO 63005
(800)-325-1396

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/27/2024 | 240294 |

| Bill To |
|---|
| Trimark Orange County<br>210 Commerce<br>Irvine, CA 92602<br>Attn: Accounts Payable |

| P.O. No. | Terms | Rep | Job # | NDS # | Info |
|---|---|---|---|---|---|
| | Due on receipt | SCM | | 87910 | 1 |

| Description | Amount |
|---|---|
| PROJECT: TRIMARK - ORANGE COUNTY / TETON VILLAGE RESIDENTIAL EQUIPMENT<br>LOCATION: TETON VILLAGE, WY | |
| PERIOD: 08/22/2024 TO 09/21/2024<br>STORAGE: 48,690 LBS. @ $5.95 CWT. | 2,897.06 |

| | | | |
|---|---|---|---|
| Payable in U.S. Dollars. | | **Total** | $2,897.06 |

PCO 4358

**National Distribution Service, Inc.**

616 Trade Center Blvd.
Chesterfield, MO 63005
(800)-325-1396

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/24/2024 | 241179 |

| Bill To |
|---|
| Trimark Orange County<br>210 Commerce<br>Irvine, CA 92602<br>Attn: Accounts Payable |

| P.O. No. | Terms | Rep | Job # | NDS # | Info |
|---|---|---|---|---|---|
| | Due on receipt | SCM | | 87910 | 1 |

| Description | Amount |
|---|---|
| PROJECT: TRIMARK - ORANGE COUNTY / TETON VILLAGE RESIDENTIAL EQUIPMENT<br>LOCATION: TETON VILLAGE, WY<br><br>PERIOD: 09/22/2024 TO 10/21/2024<br>STORAGE: 48,690 LBS. @ $5.95 CWT. | 2,897.06 |

| | | | |
|---|---|---|---|
| Payable in U.S. Dollars. | | **Total** | $2,897.06 |

PCO 4358

**National Distribution Service, Inc.**
616 Trade Center Blvd.
Chesterfield, MO 63005
(800)-325-1396

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 11/27/2024 | 242542 |

| Bill To |
|---|
| Trimark Orange County<br>210 Commerce<br>Irvine, CA 92602<br>Attn: Accounts Payable |

| P.O. No. | Terms | Rep | Job # | NDS # | Info |
|---|---|---|---|---|---|
| | Due on receipt | SCM | | 87910 | 1 |

| Description | Amount |
|---|---|
| PROJECT: TRIMARK - ORANGE COUNTY / TETON VILLAGE RESIDENTIAL EQUIPMENT<br>LOCATION: TETON VILLAGE, WY<br><br>PERIOD: 10/22/2024 TO 11/21/2024<br>STORAGE: 48,690 LBS. @ $5.95 CWT. | 2,897.06 |

| | | | |
|---|---|---|---|
| Payable in U.S. Dollars. | | **Total** | $2,897.06 |

PCO 4358

**National Distribution Service, Inc.**

616 Trade Center Blvd.
Chesterfield, MO 63005
(800)-325-1396

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/20/2023 | 226473 |

| Bill To |
|---|
| Trimark Orange County<br>210 Commerce<br>Irvine, CA 92602<br>Attn: Accounts Payable |

| P.O. No. | Terms | Rep | Job # | NDS # |
|---|---|---|---|---|
| | Due on receipt | SCM | | 87910 |

| Description | Amount |
|---|---|
| PROJECT: TRIMARK OC / TENTON VILLAGE RESIDENTIAL EQUIPMENT<br>LOCATION: TENTON VILLAGE, WY | |
| PERIOD: 07/22/2023 TO 08/21/2023<br>STORAGE: 43,518 LBS. @ $5.95 CWT | 2,589.32 |
| PERIOD: 08/22/2023 TO 09/21/2023<br>STORAGE: 43,518 LBS. @ $5.95 CWT | 2,589.32 |

| | | | |
|---|---|---|---|
| Payable in U.S. Dollars. | | **Total** | $5,178.64 |

PCO 4358

**National Distribution Service, Inc.**

616 Trade Center Blvd.
Chesterfield, MO 63005
(800)-325-1396

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 11/27/2023 | 228096 |

| Bill To |
|---|
| Trimark Orange County<br>210 Commerce<br>Irvine, CA 92602<br>Attn: Accounts Payable |

| P.O. No. | Terms | Rep | Job # | NDS # |
|---|---|---|---|---|
| | Due on receipt | SCM | | 87910 |

| Description | Amount |
|---|---|
| PROJECT: TRIMARK OC / TETON VILLAGE RESIDENTIAL EQUIPMENT | |
| LOCATION: TETON VILLAGE, WY | |
| | |
| PERIOD: 09/22/2023 TO 10/21/2023 | |
| STORAGE: 43,518 LBS. @ $5.95 CWT | 2,589.32 |
| | |
| PERIOD: 10/22/2023 TO 11/21/2023 | |
| STORAGE: 43,518 LBS. @ $5.95 CWT | 2,589.32 |

| | | | |
|---|---|---|---|
| Payable in U.S. Dollars. | | **Total** | $5,178.64 |

PCO 4358

**National Distribution Service, Inc.**
616 Trade Center Blvd.
Chesterfield, MO 63005
(800)-325-1396

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 2/23/2024 | 231701 |

| Bill To |
|---|
| Trimark Orange County<br>210 Commerce<br>Irvine, CA 92602<br>Attn: Accounts Payable |

| P.O. No. | Terms | Rep | Job # | NDS # |
|---|---|---|---|---|
| | Due on receipt | SCM | | 87910 |

| Description | Amount |
|---|---|
| PROJECT: TRIMARK OC / TENTON VILLAGE RESIDENTIAL | |
| LOCATION: TENTON VILLAGE, WY | |
| | |
| PERIOD: 11/22/2023 TO 12/21/2023 SUPPLEMENTAL BILLING | |
| ADDITIONAL HANDLING IN: 1250 LBS. @ $5.15 CWT | 64.38 |
| ADDITIONAL STORAGE: 1250 LBS. @ $5.95 CWT | 74.38 |
| | |
| PERIOD: 12/22/2023 TO 01/21/2024 SUPPLEMENTAL BILLING | |
| ADDITIONAL STORAGE: 1250 LBS. @ $5.95 CWT | 74.38 |
| ADJUSTED REMAINING WEIGHT: 44,768 LBS. | |
| | |
| PERIOD: 01/22/2024 TO 02/21/2024 | |
| HANDLING IN MINIMUM: 2 MINS. @ $20.00 PER MINIMUM | 40.00 |
| HANDLING IN: 757 LBS. @ $5.15 CWT | 38.99 |
| STORAGE: 45,540 LBS. @ $5.95 CWT | 2,709.63 |

| | | | |
|---|---|---|---|
| Payable in U.S. Dollars. | | **Total** | $3,001.76 |

PCO 4358

**National Distribution Service, Inc.**
616 Trade Center Blvd.
Chesterfield, MO 63005
(800)-325-1396

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 4/24/2024 | 234034 |

| Bill To |
|---|
| Trimark Orange County<br>210 Commerce<br>Irvine, CA 92602<br>Attn: Accounts Payable |

| P.O. No. | Terms | Rep | Job # | NDS # |
|---|---|---|---|---|
| | Due on receipt | SCM | | 87910 |

| Description | Amount |
|---|---|
| PROJECT: TRIMARK OC / TENTON VILLAGE RESIDENTIAL EQUIPMENT<br>LOCATION: TENTON VILLAGE, WY | |
| PERIOD: 02/22/2024 TO 03/21/2024<br>STORAGE: 45,540 LBS. @ $5.95 CWT | 2,709.63 |
| PERIOD: 03/22/2024 TO 04/21/2024<br>STORAGE: 45,540 LBS. @ $5.95 CWT | 2,709.63 |

| | | | |
|---|---|---|---|
| Payable in U.S. Dollars. | | **Total** | $5,419.26 |

PCO 4358

**National Distribution Service, Inc.**

616 Trade Center Blvd.
Chesterfield, MO 63005
(800)-325-1396

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 5/28/2024 | 235371 |

| Bill To |
|---|
| Trimark Orange County<br>210 Commerce<br>Irvine, CA 92602<br>Attn: Accounts Payable |

| P.O. No. | Terms | Rep | Job # | NDS # | Info |
|---|---|---|---|---|---|
| | Due on receipt | SCM | | 87910 | 1 |

| Description | Amount |
|---|---|
| PROJECT: TRIMARK - ORANGE COUNTY / TETON VILLAGE RESIDENTIAL EQUIPMENT<br>LOCATION: TETON VILLAGE, WY<br><br>PERIOD: 04/22/2024 TO 05/21/2024<br>STORAGE: 45,540 LBS. @ $5.95 CWT. | 2,709.63 |

| Payable in U.S. Dollars. | | Total | $2,709.63 |
|---|---|---|---|

**SMC Construction Company, Co.**
1086 Greg Street
Sparks, NV 89431

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 17-Mar-25 CHANGE ORDER REQUEST: **PCO-4402**
TITLE: TriMark

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs for equipment-waste collector | | |
| 11.40-Food Service Equipment - Exhibit A GMP Cost Breakdown<br>TriMark CO # 24-Equipment | $ | 11,085 |
| **Subtotal:** | $ | 11,085 |
| Liability Insurance .33% | $ | 39 |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 8 |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 11,132 |

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed ___ calendar days.

ACCEPTED:

| SMC Construction, Co. | DDRM Jackson, LLC | Cody Lane Development |
|---|---|---|
| 1086 Greg Street<br>Sparks, NV 89431 | DEVELOPMENT MANAGER | PO Box 734<br>Jackson, WY |
| By: PSmith | By: | By: |
| Date: 03/17/2025 | Date: | Date: |

PCO 4402

TriMark WEST

# Quote

03/04/2025

**To:**
SMC Construction Company
Rich Schaller

**Project:**
Teton Village - CO#24
3335 W Cody Lane
Teton Village, WY 83025

**From:**
TriMark Orange County
Christopher Riedell
1200 7th Street
San Francisco, CA 92602
(949)474-1000
415-218-7647 (Contact)

Job Reference Number: 14083

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | **CHANGE ORDER #24** | | <Alternate> |
| 99907 | 1 ea | **WASTE COLLECTOR**<br>Salvajor Model No. S419<br>Trough Collector™, trough conveyor & collecting system (widely accepted in areas where disposers are restricted), HYDROLOGIC® with LCD readout, trough diffuser, salvage basin & silverware trap, scrap basket, 3/4 HP corrosion-resistant pump, pump intake screen ,stainless steel construction, start/stop pushbutton control panel, with safety line disconnect & automatic shut off timer, UL, CSA, CE, NSF | $10,058.65 | $10,058.65 |
| | 1 ea | Collector top is available to ship to the fabricator in advance of unit (additional shipping charges will apply). Please provide instructions on order | | |
| | 1 ea | 208v/60/3-ph, 3.2 amps | | |
| | 1 ea | 988001 Gusher head assembly for TVL, TVR & S419 | $205.39 | $205.39 |
| | | | **ITEM TOTAL:** | **$10,264.04** |

| | |
|---|---|
| Merchandise | $10,264.04 |
| Subtotal | $10,264.04 |
| Tax 8% | $821.12 |
| Total | $11,085.16 |

Acceptance: ______________________ Date: ______________________

Printed Name: ______________________

Project Grand Total: $11,085.16

Initial: ______

**SMC Construction Company, Co.**
1086 Greg Street
Sparks, NV 89431

# CONTRACTOR CHANGE ORDER REQUEST

DATE: 17-Mar-25
TITLE: TriMark

CHANGE ORDER REQUEST: **PCO-4403**

PROJECT: Hoback Club / Teton H-1 (Jackson, WY)
3355 West Cody Lane
Teton Village WY 83025

| DESCRIPTION | | AMOUNT |
|---|---|---|
| This Change will add the following scope and dollars to the Contract: | | |
| Modify Exhibit A Cost Breakdown<br>Costs for staging and delivery. | | |
| 11.40-Food Service Equipment - Exhibit A GMP Cost Breakdown<br>TriMark CO # 25-Staging and Delivery | $ | 7,744 |
| **Subtotal:** | $ | 7,744 |
| Liability Insurance .33% | $ | 27 |
| P & P Bond .65% | | N/A |
| SDI 1% | | N/A |
| Safety, Scheduling, Textura .13% | | N/A |
| WY State Bond .07% | $ | 6 |
| Contractor Fee | | N/A |
| **Grand Total** | $ | 7,777 |

Note: pursuant to Contract Exhibit F, Owner's signature is only required for single PCO's in excess of $750,000 or when collective PCO's (Not included in an executed Change Order) exceed $2,000,000, othewise PCO's may be signed on behalf of the Owner by the Development Manager

SCHEDULE IMPACT:

The contract schedule shall be changed ____ calendar days.

ACCEPTED:

| SMC Construction, Co. | DDRM Jackson, LLC | Cody Lane Development |
|---|---|---|
| 1086 Greg Street<br>Sparks, NV 89431 | DEVELOPMENT MANAGER | PO Box 734<br>Jackson, WY |
| By: P Smith | By: | By: |
| Date: 03/17/2025 | Date: | Date: |

PCO 4403

# Quote

03/04/2025

TriMark WEST

**To:**
SMC Construction Company
Rich Schaller

**Project:**
Teton Village ~CO#25 Staging
3335 W Cody Lane
Teton Village, WY 83025

**From:**
TriMark Orange County
Christopher Riedell
1200 7th Street
San Francisco, CA 92602
(949)474-1000
415-218-7647 (Contact)

Job Reference Number: 14083

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | **CHANGE ORDER #25** | | <Alternate> |
| 99904-CO25 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 11/22/2024 to 12/21/2024 | $3,331.62 | $3,331.62 |
| | | | **ITEM TOTAL:** | **$3,331.62** |
| 99904.1-CO25 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 12/22/2024 to 01/21/2025 | $2,064.11 | $2,064.11 |
| | | | **ITEM TOTAL:** | **$2,064.11** |

Initial: ______

PCO 4403

TriMark Orange County

*03/04/2025*

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 99904.2-CO25 | 1 ea | **STAGING & DELIVERY OF EQUIPMENT**<br><br>TRIMARK-RAYGAL Model No. STAGING<br>Receiving, Staging<br>Period: 1/22/2025 to 02/21/2025 | $1,774.67 | $1,774.67 |

| | |
|---|---|
| **ITEM TOTAL:** | **$1,774.67** |
| Merchandise | $7,170.40 |
| Subtotal | $7,170.40 |
| Tax 8% | $573.63 |
| Total | $7,744.03 |

Acceptance: ______________________ Date: ______________________

Printed Name: ______________________

Project Grand Total: $7,744.03