UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| CODY LANE DEVELOPMENT CORP.,<br><br>Plaintiff,<br>v.<br><br>LAYTON CONSTRUCTION COMPANY, LLC,<br><br>Defendant, Counter-Claimant, and Third-Party Plaintiff. | Case No. 24-CV-00064-KHR |
| Related Third Party Claims. | |

### ORDER GRANTING CODY LANE DEVELOPMENT CORP.'S MOTION TO RECONSIDER

Before the Court is Plaintiff Cody Lane Development Corp., *Motion for Reconsideration* of *the* Court's *Order Granting in Part and Denying in Part Plaintiff's Motion to Compel Discovery* (ECF No. 335]. The Court having carefully considered the parties' filings and relevant law, grants Cody Lane's Request. Therefore:

IT IS HEREBY ORDERED that Layton Construction Company, LLC shall provide Cody Lane Development Corp. metadata required by the Protocol, including specific custodian metadata.

IT IS HEREBY FURTHER ORDERED that Layton Construction n Company, LLC shall collect all emails from each specific custodian and provide the same to Cody Lane Development Corp.

2

**DATED** this \_\_\_\_ day of December, 2025.

                                                                               _____
HON. STEPHANIE A. HAMBRICK
United States District Judge