| | |
|---|---|
| Randall B. Reed (Wyo. Bar No. 5-2863) <br> Erika M. Nash (Wyo. Bar No. 6-3867) <br> Justin Daraie (Wyo. Bar No. 7-4690) <br> **LONG REIMER WINEGAR, LLP** <br> 2120 Carey Avenue, Suite 300 <br> Cheyenne, Wyoming 82001 <br> Telephone: 307-635-0710 <br> *rreed@lrw-law.com* <br> *jdaraie@lrw-law.com* <br> *enash@lrw-law.com* | Michael T. Hoppe (pre hac vice) <br> Bryan S. Johansen (pro hac vice) <br> Sara Meg Nielson (pro hac vice) <br> **PARR BROWN GEE & LOVELESS, P.C.** <br> 101 South 200 East, Suite 700 <br> Salt Lake City, Utah 84111 <br> Telephone: (801) 532-7840 <br> *mhoppe@parrbrown.com* <br> *bjohansen@parrbrown.com* <br> *snielson@parrbrown.com* |

L. Tyrone Holt (pro hac vice)
**THE HOLT GROUP, LLC**
1675 Broadway, Suite 2100
Denver, Colorado 80202
*tholt@holtllc.com*

*Attorneys for Defendant Layton Construction Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CODY LANE DEVELOPMENT CORP., <br><br> Plaintiff / Counterclaim Defendant, <br> v. <br><br> LAYTON CONSTRUCTION COMPANY, LLC, <br><br> Defendant / Counterclaim Plaintiff. | Case No. 2:24-cv-00064-KHR <br><br> The Honorable Kelly H. Rankin <br><br> Magistrate Judge Stephanie Hambrick |
| LAYTON CONSTRUCTION CO., LLC, <br><br> Third Party Plaintiff, <br> v. <br><br> SPRAYFOAM SOUTHWEST, INC. DBA GLOBAL ROOFING GROUP, ET AL. <br><br> Third-Party Defendants | |

7044187.4

## DECLARATION OF JEFFERY D. STEVENS
## IN OPPOSITION TO MOTION TO COMPEL

I, Jeff Stevens, declare as follows:

1. I am over twenty-one years of age and am in all respects competent to make this Declaration. I make this Declaration based upon my personal knowledge of the matters set forth herein, and the records of Layton Construction Company, LLC ("Layton") known by me to be maintained in the ordinary course of business as an employee of Layton and in my current title as Chief Legal Counsel at Layton. If called as a witness, I could and would testify that the statements set forth herein are true and accurate to the best of my knowledge.

2. For all relevant time periods I have acted as the Chief Legal Counsel at Layton.

3. I am aware that Cody Lane Development Corp. ("Cody Lane") is seeking to remove the privilege designation of certain communications and documents to and from Michael A. Colligan in the above captioned litigation related to the Hoback Club project located in Jackson, Wyoming (the "Project").

4. For all relevant time periods Michael Colligan, while not an attorney, acted and was employed within the legal department of Layton and served us in a paraprofessional capacity. His duties included the management and negotiation of construction disputes, management and representation of Layton's interests in arbitration and mediation proceedings as well as the drafting and negotiation of construction contracts, subcontracts and other related documents. As Chief Legal Officer, I, along with the other licensed attorneys who are employed directly by Layton, as well as Layton's various outside counsel, supervise, manage and direct Mr. Colligan's legally related activities.

5. As a regular part of his duties, for approximately fourteen years, Mr. Colligan has acted at the direction of and consultation with licensed attorneys in Layton's legal department,

7044187.4

including me, for the purpose of seeking and obtaining legal advice related to the Project.

6. It is the practice of Layton to keep these communications protected and confidential to retain the attorney client and work product privileges associated with them.

7. I declare under the penalty of perjury of the laws of the State of Utah that the foregoing is true and correct.

Signed on the 12 day of January, 2026.

By: /s/
Jeffery D. Stevens, Esquire

SWORN TO AND SUBSCRIBED before me this 12th day of January, 2026, by Jeffrey D. Stevens.

Witness my hand and official seal.

My commission expires: 02/04/2026.

SEAL



TIFFANY L. HARMAN
NOTARY PUBLIC- STATE OF UTAH
COMMISSION# 722326
COMM. EXP. 02-04-2026

Notary Public

7044187.4

## CERTIFICATE OF SERVICE

I certify that I electronically served the foregoing **AFFIDAVIT OF JEFFERY D. STEVENS IN OPPOSITION TO MOTION TO COMPEL** via the Court's CM/ECF electronic filing system this #th day of January, 2026 on the following:

| | |
|---|---|
| Tyler J. Garrett<br>HATHAWAY & KUNZ, LLP<br>2515 Warren Avenue, Suite 500<br>P.O. Box 1208<br>Cheyenne, Wyoming 82003-1208<br>Email: tgarrett@hkwyolaw.com<br><br>*Counsel for Cody Lane Development Corp.* | Jeff B. Charkow<br>Owen K. Newman<br>Chris J. Chasin<br>DUANE MORRIS, LLP<br>190 South LaSalle Street, Suite 3700<br>Chicago, Illinois 60603<br>Email: jbcharkow@duanemorris.com<br>oknewman@duanemorris.com<br>cjchasin@duanemorris.com<br><br>*Counsel for Cody Lane Development Corp.* |
| D. Scott Robinson<br>BERG HILL GREENLEAF RUSCITTI<br>P.O. Box 1240<br>Cody, Wyoming 82414<br>Email: dsr@bhgrlaw.com<br><br>*Counsel for Greiner Electric, LLC and RK Mechanical, Inc.* | Giovanni Ruscitti<br>Sally Piskun<br>Larry Myers<br>BERG HILL GREENLEAF RUSCITTI<br>1525 17th Street<br>Denver, Colorado 80202<br>Email: gmr@bhgrlaw.com<br>sally.piskun@bhgrlaw.com<br>larry.myers@bhgrlaw.com<br><br>*Counsel for Greiner Electric, LLC and RK Mechanical, Inc.* |
| Lee Mann<br>Daniel Johnson<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 Peachtree Street NE \| Suite 2800 \|<br>Atlanta, Georgia 30309-4528<br>Email: LMann@ktslaw.com<br>dkjohnson@ktslaw.com<br><br>*Counsel for Cives Corporation* | Billie LM Addleman<br>HIRST APPLEGATE<br>1720 Carey Ave Ste 400<br>Cheyenne, Wyoming 82001<br>Email: baddleman@hirstapplegate.com<br><br>*Counsel for RK Mechanical, LLC and Greiner Electric, LLC* |

7044187.4

**Exhibit 2**

| | |
|---|---|
| Stuart R. Day<br>Erica R. Day<br>WILLIAMS, PORTER, DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P.O. Box 10700<br>Casper, Wyoming 82601<br>Email: sday@wpdn.net<br>        eday@wpdn.net<br><br>*Counsel for Phaze Concrete, Inc.* | Trent Cotney<br>Brian Lambert<br>Roscoe Green<br>ADAMS AND REESE LLP<br>100 North Tampa Street, Suite 4000<br>Tampa, Florida 33602<br>Email: Trent.Cotney@arlaw.com<br>        Brian.Lambert@arlaw.com<br>        Roscoe.Green@arlaw.com<br><br>*Counsel for SprayFoam Southwest, Inc. dba Global Roofing Group* |
| Isaiah R. Gross<br>STELTING & GROSS, LLC<br>172 Center Street, Suite 200<br>Jackson, Wyoming 83001<br>Email: isaiah@s-g.law<br><br>*Counsel for Cives Corporation* | Frederick J. Hahn<br>Samuel K. Hahn<br>HAHN LAW OFFICE<br>421 A Street, Ste. D<br>PO Box 50698<br>Idaho Falls, Idaho 83405<br>Email: fjh@hahn-law.net<br>        skh@hahn-law.net<br><br>*Counsel for Intermountain Erectors, Inc.* |

7044187.4

7044187.4