Randall B. Reed (Wyo. Bar No. 5-2863)
Erika M. Nash (Wyo. Bar No. 6-3867)
Justin Daraie (Wyo. Bar No. 7-4690)
**LONG REIMER WINEGAR, LLP**
2120 Carey Avenue, Suite 300
Cheyenne, Wyoming 82001
Telephone: 307-635-0710
*rreed@lrw-law.com*
*jdaraie@lrw-law.com*
*enash@lrw-law.com*

Michael T. Hoppe (pre hac vice)
Bryan S. Johansen (pro hac vice)
Sara Meg Nielson (pro hac vice)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
*mhoppe@parrbrown.com*
*bjohansen@parrbrown.com*
*snielson@parrbrown.com*

L. Tyrone Holt (pro hac vice)
**THE HOLT GROUP, LLC**
1675 Broadway, Suite 2100
Denver, Colorado 80202
*tholt@holtllc.com*

*Attorneys for Defendant Layton Construction Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CODY LANE DEVELOPMENT CORP.,<br><br>    Plaintiff / Counterclaim Defendant,<br>v.<br><br>LAYTON CONSTRUCTION COMPANY, LLC,<br><br>    Defendant / Counterclaim Plaintiff. | Case No. 2:24-cv-00064-KHR<br><br>The Honorable Kelly H. Rankin<br><br>Magistrate Judge Stephanie Hambrick |
| LAYTON CONSTRUCTION CO., LLC,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>SPRAYFOAM SOUTHWEST, INC. DBA GLOBAL ROOFING GROUP, ET AL.<br><br>    Third-Party Defendants | |

7044225.3

## DECLARATION OF MICHAEL A. COLLIGAN
## IN OPPOSITION TO MOTION TO COMPEL

I, Michael A. Colligan, declare as follows:

1. I am over twenty-one years of age and am in all respects competent to make this Declaration. I make this Declaration based upon my personal knowledge of the matters set forth herein, and based on the records of Layton Construction Company, LLC ("Layton") known by me to be maintained in the ordinary course of business as an employee of Layton. If called a witness, I could and would testify that the statements set forth herein are true and accurate to the best of my knowledge.

2. For all relevant time periods related to this lawsuit, I was the Vice President of Contracts and Projects Oversight and was assigned to the legal department of Layton Construction Company, LLC.

3. I have 14 years of experience assisting Layton as a representative of the Chief Legal Counsel of Layton, in the evaluation and resolution of construction disputes, as well as negotiating and drafting construction contracts. As a paraprofessional representative of Layton's Legal Department, I also provided risk mitigation assistance to Layton's field management teams on its construction projects around the United States.

4. When I was first employed in my position as Vice President of Contracts and Projects Oversight, Paul Drecksel was Layton's Chief Legal Counsel,. In November 2018, Jeffrey Stevens succeeded Mr. Drecksel, as Layton's Chief Legal Counsel.

5. Under the supervision of Messrs. Drecksel, Stevens, and Layton's other in-house and outside attorney, I have worked on many disputes and provided supervised paraprofessional services, for Layton on many disputes, contract negotiations, lawsuits, mediations, and arbitration.

7044225.3

The Hoback Project is just one of many projects on which I have provided these types of services on Layton projects.

6. I was employed as the Vice President of Contracts and Project Oversight in the Layton's Legal Department, when Layton first become involved with the Hoback Project.

7. On behalf of the Legal Department, I initially worked on the negotiation and drafting of the Hoback contract. I continued to have responsibilities on behalf of the Legal Department until the date of termination of the Layton Contract on March 11, 2024.

8. In this capacity, I performed my work in conjunction with three other attorneys in Layton's Legal Department and with various outside legal counsel also retained by Layton.

9. As a representative of the legal department, I provided specialized construction contracting, dispute resolution, and risk mitigation services with the assistance and direction of the various attorneys in the Layton legal department and selected outside counsel.

10. Over the last fourteen years, as a representative of Layton Legal Department, I have regularly participated in the evaluation and dissemination of privileged attorney-client communications and the work product of Layton's in-house, outside counsel and members of Layton's project teams on a regular basis. I have engaged in these activities as a part of my responsibilities to manage the resolution of construction disputes, lawsuits, arbitrations, and contractor negotiations for Layton.

11. I likewise regularly directed/managed work or activities performed by the project team at the request of Layton's counsel for the purposes of seeking/obtaining/providing legal advice to-and-fro with Layton's counsel, including when litigation was anticipated.

12. It is the practice of Layton to keep its communications seeking or disseminating legal advice for the company confidential.

7044225.3

13. Likewise, it is the practice of Layton to keep communications and information containing attorney work product confidential.

14. It is the practice of Layton based on my years of work and personal skills in these kinds of matters that I be directly involved in such communications seeking and disseminating the advice of counsel and counsel's work product.

15. As a representative of the Layton Legal Department, I was directly involved in the negotiation of the construction contract between Cody Lane Development Corp. and Layton Construction for the construction of the Hoback Club in Jackson Hole, Wyoming (the "Project") that is the subject of the above captioned litigation.

16. Starting in early 2023, in addition to my responsibilities in the Legal Department, I was also assigned a project management role as the Project Executive on the Hoback Project through Layton's termination on March 11, 2024. I continued to have responsibilities on the Hoback and other projects, as a representative of the Legal Department. Although some of my communications in my role as the Hoback Project Executive were for business guidance only, other communications were based on my work and agency with Layton's legal counsel. On behalf of the Legal Department, I was directly involved in the negotiations with Cody Lane and other parties, subcontractors, and non-parties, regarding its efforts to both try and avoid litigation and to try and prepare for litigation, when it appeared that litigation was the direction the project was headed.

17. I participated in mediation proceedings relating to the Hoback Project. The communications in which I was involved communications were based on my work and agency with Layton's legal counsel and were also protected as "mediation communications."

7044225.3

18.  Specifically, certain communications to and from me in my capacity as project executive on the Hoback Project contain attorney client communications and/or work product and were withheld from Production on that basis.

19.  I declare under the penalty of perjury of the laws of the State of Utah that the foregoing is true and correct.

Signed on the 12th day of January, 2026.

By: /s/ Michael Colligan

State of Utah)
  §
County of Salt Lake)

On this 12th day of January, in the year 2026, before me, Tiffany L. Harman a notary public, personally appeared Michael A. Colligan, proved on the basis of satisfactory evidence to be the person(s) whose name(s) (is/are) subscribed to this instrument, and acknowledged (he/she/they) executed the same.

Witness my hand and official seal.

_(notary signature)_



TIFFANY L. HARMAN
NOTARY PUBLIC- STATE OF UTAH
COMMISSION# 722326
COMM. EXP. 02-04-2026

(seal)

7044225.3

**Exhibit 3**

## CERTIFICATE OF SERVICE

I certify that I electronically served the foregoing **AFFIDAVIT OF JEFFERY D. STEVENS IN OPPOSITION TO MOTION TO COMPEL** via the Court's CM/ECF electronic filing system this #th day of January, 2026 on the following:

| | |
|---|---|
| Tyler J. Garrett<br>HATHAWAY & KUNZ, LLP<br>2515 Warren Avenue, Suite 500<br>P.O. Box 1208<br>Cheyenne, Wyoming 82003-1208<br>Email: tgarrett@hkwyolaw.com<br><br>*Counsel for Cody Lane Development Corp.* | Jeff B. Charkow<br>Owen K. Newman<br>Chris J. Chasin<br>DUANE MORRIS, LLP<br>190 South LaSalle Street, Suite 3700<br>Chicago, Illinois 60603<br>Email: jbcharkow@duanemorris.com<br>oknewman@duanemorris.com<br>cjchasin@duanemorris.com<br><br>*Counsel for Cody Lane Development Corp.* |
| D. Scott Robinson<br>BERG HILL GREENLEAF RUSCITTI<br>P.O. Box 1240<br>Cody, Wyoming 82414<br>Email: dsr@bhgrlaw.com<br><br>*Counsel for Greiner Electric, LLC, and RK Mechanical, Inc.* | Giovanni Ruscitti<br>Sally Piskun<br>Larry Myers<br>BERG HILL GREENLEAF RUSCITTI<br>1525 17th Street<br>Denver, Colorado 80202<br>Email: gmr@bhgrlaw.com<br>sally.piskun@bhgrlaw.com<br>larry.myers@bhgrlaw.com<br><br>*Counsel for Greiner Electric, LLC, and RK Mechanical, Inc.* |
| Lee Mann<br>Daniel Johnson<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 Peachtree Street NE | Suite 2800 |<br>Atlanta, Georgia 30309-4528<br>Email: LMann@ktslaw.com<br>dkjohnson@ktslaw.com<br><br>*Counsel for Cives Corporation* | Billie LM Addleman<br>HIRST APPLEGATE<br>1720 Carey Ave Ste 400<br>Cheyenne, Wyoming 82001<br>Email: baddleman@hirstapplegate.com<br><br>*Counsel for RK Mechanical, LLC and Greiner Electric, LLC* |

7044225.3

| | |
|---|---|
| Stuart R. Day<br>Erica R. Day<br>WILLIAMS, PORTER, DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P.O. Box 10700<br>Casper, Wyoming 82601<br>Email: sday@wpdn.net<br>           eday@wpdn.net<br><br>*Counsel for Phaze Concrete, Inc.* | Trent Cotney<br>Brian Lambert<br>Roscoe Green<br>ADAMS AND REESE LLP<br>100 North Tampa Street, Suite 4000<br>Tampa, Florida 33602<br>Email: Trent.Cotney@arlaw.com<br>           Brian.Lambert@arlaw.com<br>           Roscoe.Green@arlaw.com<br><br>*Counsel for SprayFoam Southwest, Inc. dba Global Roofing Group* |
| Isaiah R. Gross<br>STELTING & GROSS, LLC<br>172 Center Street, Suite 200<br>Jackson, Wyoming 83001<br>Email: isaiah@s-g.law<br><br>*Counsel for Cives Corporation* | Frederick J. Hahn<br>Samuel K. Hahn<br>HAHN LAW OFFICE<br>421 A Street, Ste. D<br>PO Box 50698<br>Idaho Falls, Idaho 83405<br>Email: fjh@hahn-law.net<br>           skh@hahn-law.net<br><br>*Counsel for Intermountain Erectors, Inc.* |

7044225.3