# EXHIBIT 2

| | |
|---|---|
| **Subject:** | Re: Cody Lane re Motion in Limine |
| **Date:** | Saturday, January 17, 2026 at 10:37:13 AM Mountain Standard Time |
| **From:** | Tyler Garrett |
| **To:** | Randy B. Reed, Erika M. Nash |
| **BCC:** | Jeff Charkow, Kari Hartman |
| **Attachments:** | image001.png, image001.png |

Thanks, Randy.

It appears both sides have fair assessments to make to the Judge. But is this something the Judge really wants to hear? Usually, we could figure out a reasonable solution. Perhaps there's still opportunity in this case to do so. One avenue to consider is for Cody Lane to file an unopposed motion for leave to file combined motions in limine. I believe my team would be willing to go this route if your team is also open to it. Other than that option, what would you suggest?

Thanks for working together productively.

Go Broncos & Josh Allen.

TG



**TYLER J. GARRETT**
PARTNER
P 307.634.7723  |  F 307.634.0985
2515 Warren Avenue  |  Suite 500
P.O. Box 1208  |  Cheyenne, WY 82001

**From:** Randy B. Reed <rreed@lrw-law.com>
**Date:** Friday, January 16, 2026 at 7:32 PM
**To:** Tyler Garrett <tgarrett@hkwyolaw.com>, Erika M. Nash <enash@lrw-law.com>
**Subject:** RE: Cody Lane re Motion in Limine

Tyler:

Thanks for sending this. I appreciate it.

The question remains whether the Pretrial Order in *Broderick* case contained the same language as the Pretrial Order we have in our case.

1 of 3

Randy

**From:** Tyler Garrett <tgarrett@hkwyolaw.com>
**Sent:** Friday, January 16, 2026 7:04 PM
**To:** Randy B. Reed <rreed@lrw-law.com>; Erika M. Nash <enash@lrw-law.com>
**Subject:** Cody Lane re Motion in Limine

Randy,

Thanks for your call this evening. I'm now reaching back out to you as a Wyoming lawyer to another Wyoming lawyer. This is a professional courtesy. Most lawyers would wait to sandbag you before the Court, but that's not the type of attorney I am.

Contrary to your position, motions in limine are routinely filed separately and is the practice I follow in the U.S. District of Wyoming. It's the same procedure my colleagues (some of whom clerked for these judges) also follow. But don't take my word for it. Attached is a decision from Judge Rankin in August 2024 considering five separate motions in limine. Note that Magistrate Judge Klosterman - before taking the bench - was the attorney who filed five separate motions in limine on behalf of his client, all of which Judge Rankin considered.

This is the exact type of precedent upon which I base my interpretation of Judge Rankin's Amended Pretrial Order, Section n. Indeed, because Judge Rankin determined the case to be complex as set forth in Section (d), the page limit for motions in lime was raised to 15 pages (altering the usual 10-page limit per Local Rule 7.1(b)(1)(A)).

I also must note the required conferral I initiated on January 14, in accordance with Local Rule 7.1(b)(1)(A). Your co-counsel Bryan Johansen was going to file Layton's motion in limine without conferral until I reached out. He thanked me for reminding him and I was of course happy to do so as a professional courtesy. During the conferral, I explained to Bryan and his associate the subject matter of each of the four motions I was going to file. Bryan made no mention of Layton's position taken now (that is, only one giant omnibus motion is allowed). The after-the-fact position you are now taking that was never raised before filing, is plainly not supported by precedent or a proper interpretation of Judge Rankin's Amended Pretrial Order.

I don't say this lightly, but I'm very concerned with the maneuver that Layton is now taking. I consider you a friend and professional colleague, so happy to discuss further. You are now fully aware of precedent such as *Broderick v. State Farm* issued by Judge Rankin in August of 2024. If you have other precedent providing the contrary, please share. Otherwise, I trust you will reassess your current position.

Thanks.

Tyler



**TYLER J. GARRETT**
PARTNER
**P** 307.634.7723  |  **F** 307.634.0985
2515 Warren Avenue  |  Suite 500
P.O. Box 1208  |  Cheyenne, WY 82001