Randall B. Reed (Wyo. Bar No. 5-2863)
Erika M. Nash (Wyo. Bar No. 6-3867)
Justin Daraie (Wyo. Bar No. 7-4690)
**LONG REIMER WINEGAR, LLP**
2120 Carey Avenue, Suite 300
Cheyenne, Wyoming 82001
Telephone: 307-635-0710
*rreed@lrw-law.com*
*jdaraie@lrw-law.com*
*enash@lrw-law.com*

Michael T. Hoppe (pre hac vice)
Bryan S. Johansen (pro hac vice)
Sara Meg Nielson (pro hac vice)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
*mhoppe@parrbrown.com*
*bjohansen@parrbrown.com*
*snielson@parrbrown.com*

L. Tyrone Holt (pro hac vice)
**THE HOLT GROUP, LLC**
1675 Broadway, Suite 2100
Denver, Colorado 80202
*tholt@holtllc.com*

*Attorneys for Defendant Layton Construction Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CODY LANE DEVELOPMENT CORP.,<br><br>Plaintiff / Counterclaim Defendant,<br>v.<br><br>LAYTON CONSTRUCTION COMPANY, LLC,<br><br>Defendant / Counterclaim Plaintiff. | Case No. 2:24-cv-00064-KHR<br><br>The Honorable Kelly H. Rankin<br><br>Magistrate Judge Stephanie Hambrick |
| LAYTON CONSTRUCTION CO., LLC,<br><br>Third Party Plaintiff,<br><br>v.<br><br>SPRAYFOAM SOUTHWEST, INC. DBA GLOBAL ROOFING GROUP, ET AL.<br><br>Third-Party Defendants | |

**LAYTON CONSTRUCTION COMPANY, LLC'S WITNESS STATEMENTS FOR EXPERT WITNESSES**

Pursuant to the Amended Initial Pretrial Order (ECF 119) and Judge Rankin's Procedure for Presentation of Direct Testimony by Written Statement, Defendant and Counterclaim Plaintiff Layton Construction Company, LLC ("Layton"), through counsel, hereby submits its Witness Statements for Expert Witnesses.

Attached hereto are the following witness statements of Layton's expert witnesses containing their respective direct testimony for trial:

Exhibit A – Witness Statement for Tom Caruso

Exhibit B – Witness Statement for Kami Farahmandpour

Exhibit C – Witness Statement of Kenneth Klein

Exhibit D – Witness Statement for Pasha Ameli

Exhibit E – Witness Statement for Terry Wright

Exhibit F – Witness Statement for Dean Vlahos

Layton also requests the Court admit the exhibits relied upon in the witness statements and which are listed in the disclosed exhibit lists.

Dated this 4th day of February, 2026

*/s/ L. Tyrone Holt*
L. Tyrone Holt (pro hac vice)
**THE HOLT GROUP, LLC**
1675 Broadway, Suite 2100
Denver, Colorado 80202
tholt@holtllc.com

Michael T. Hoppe (pro hac vice)
Bryan S. Johansen (pro hac vice)
Sara Meg Nielson (pro hac vice)
**PARR BROWN GEE & LOVELESS, P.C.**

101 South 200 East, Suite 700
Salt Lake City, Utah 84111
(801) 532-7840
mhoppe@parrbrown.com
bjohansen@parrbrown.com
snielson@parrbrown.com

Randall B. Reed, Wyo. Bar No. 5-2863
Erika M. Nash, Wyo. Bar No. 6-3867
Justin Daraie, Wyo. Bar No.7-4690
**LONG REIMER WINEGAR LLP**
2120 Carey Avenue, Suite 300
P.O. Box 87
Cheyenne, Wyoming 82003
(307) 635-0710
rreed@lrw-law.com
enash@lrw-law.com
jdaraie@lrw-law.com

*Attorneys for Layton Construction Company, LLC*

# CERTIFICATE OF SERVICE

I certify that I electronically served the foregoing **LAYTON CONSTRUCTION COMPANY, LLC'S WITNESS STATEMENTS FOR EXPERT WITNESSES** via the Court's CM/ECF electronic filing system this 4th day of February 2026 on the following:

| | |
|---|---|
| Tyler J. Garrett<br>HATHAWAY & KUNZ, LLP<br>2515 Warren Avenue, Suite 500<br>P.O. Box 1208<br>Cheyenne, Wyoming 82003-1208<br>Email: tgarrett@hkwyolaw.com<br><br>*Counsel for Cody Lane Development Corp.* | Jeff B. Charkow<br>Owen K. Newman<br>Chris J. Chasin<br>DUANE MORRIS, LLP<br>190 South LaSalle Street, Suite 3700<br>Chicago, Illinois 60603<br>Email: jbcharkow@duanemorris.com<br>oknewman@duanemorris.com<br>cjchasin@duanemorris.com<br><br>*Counsel for Cody Lane Development Corp.* |
| D. Scott Robinson<br>BERG HILL GREENLEAF RUSCITTI<br>P.O. Box 1240<br>Cody, Wyoming 82414<br>Email: dsr@bhgrlaw.com<br><br>*Counsel for Greiner Electric, LLC and RK Mechanical, Inc.* | Giovanni Ruscitti<br>Sally Piskun<br>Larry Myers<br>BERG HILL GREENLEAF RUSCITTI<br>1525 17th Street<br>Denver, Colorado 80202<br>Email: gmr@bhgrlaw.com<br>sally.piskun@bhgrlaw.com<br>larry.myers@bhgrlaw.com<br><br>*Counsel for Greiner Electric, LLC and RK Mechanical, Inc.* |
| Lee Mann<br>Daniel Johnson<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 Peachtree Street NE \| Suite 2800 \| Atlanta, Georgia 30309-4528<br>Email: LMann@ktslaw.com<br>dkjohnson@ktslaw.com<br><br>*Counsel for Cives Corporation* | Billie LM Addleman<br>HIRST APPLEGATE<br>1720 Carey Ave Ste 400<br>Cheyenne, Wyoming 82001<br>Email: baddleman@hirstapplegate.com<br><br>*Counsel for RK Mechanical, LLC and Greiner Electric, LLC* |
| Stuart R. Day<br>Erica R. Day<br>WILLIAMS, PORTER, DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P.O. Box 10700<br>Casper, Wyoming 82601<br>Email: sday@wpdn.net<br>eday@wpdn.net<br><br>*Counsel for Phaze Concrete, Inc.* | Trent Cotney<br>Brian Lambert<br>Roscoe Green<br>ADAMS AND REESE LLP<br>100 North Tampa Street, Suite 4000<br>Tampa, Florida 33602<br>Email: Trent.Cotney@arlaw.com<br>Brian.Lambert@arlaw.com<br>Roscoe.Green@arlaw.com<br><br>*Counsel for SprayFoam Southwest, Inc. dba Global Roofing Group* |

| | |
|---|---|
| Isaiah R. Gross<br>STELTING & GROSS, LLC<br>172 Center Street, Suite 200<br>Jackson, Wyoming 83001<br>Email: isaiah@s-g.law<br><br>*Counsel for Cives Corporation* | Frederick J. Hahn<br>Samuel K. Hahn<br>HAHN LAW OFFICE<br>421 A Street, Ste. D<br>PO Box 50698<br>Idaho Falls, Idaho 83405<br>Email: fjh@hahn-law.net<br>skh@hahn-law.net<br><br>*Counsel for Intermountain Erectors, Inc.* |

/s/*Courtney D. Vance*