Randall B. Reed (Wyo. Bar No. 5-2863)
Erika M. Nash (Wyo. Bar No. 6-3867)
Justin Daraie (Wyo. Bar No. 7-4690)
**LONG REIMER WINEGAR, LLP**
2120 Carey Avenue, Suite 300
Cheyenne, Wyoming 82001
307-635-0710
rreed@lrw-law.com
jdaraie@lrw-law.com
enash@lrw-law.com

Michael T. Hoppe (pre hac vice)
Bryan S. Johansen (pro hac vice)
Sara M. Nielson (pro hac vice)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
mhoppe@parrbrown.com
bjohansen@parrbrown.com
snielson@parrbrown.com

L. Tyrone Holt (pro hac vice)
**THE HOLT GROUP, LLC**
1675 Broadway, Suite 2100
Denver, Colorado 80202
tholt@holtllc.com

*Attorneys for Defendant Layton Construction Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CODY LANE DEVELOPMENT CORP.,<br><br>Plaintiff / Counterclaim Defendant,<br>v.<br><br>LAYTON CONSTRUCTION COMPANY, LLC,<br><br>Defendant / Counterclaim Plaintiff. | Case No. 2:24-cv-00064-KHR<br><br>The Honorable Kelly H. Rankin<br><br>Magistrate Judge Stephanie Hambrick |
| LAYTON CONSTRUCTION CO., LLC,<br>Third Party Plaintiff,<br>v.<br><br>SPRAYFOAM SOUTHWEST, INC. DBA GLOBAL ROOFING GROUP, ET AL.<br><br>Third-Party Defendants | |

**WITNESS STATEMENT OF LAYTON CONSTRUCTION, LLC EXPERT WITNESS TOM CARUSO**

**Qualifications**

1. I have been a licensed and practicing Civil Engineer for 43 years. I am licensed in jurisdictions through the western U.S., including Wyoming.

2. I have been a licensed and active General Contractor for over 50 years, constructing multi-family, light commercial, industrial and residential projects, including numerous projects in Wyoming.

3. I began performing Expert Schedule Delay Analyses related to construction projects in 1989 and have been qualified in the Court of Federal Claims and Federal and State Courts and Arbitrations, a total of approximately 180 matters since that time.

4. I currently split my time between operating two construction companies and providing construction consulting and expert services to Owners, Sureties, General Contractors, Suppliers and Subcontractors.

**Assignment**

5. I was engaged by Layton on this matter on March 8, 2024 and visited the Project Site on that date.

6. I have been provided with full access to all contemporaneous Project documentation, written discovery, deposition transcripts and Expert Reports.

7. I personally authored an Affirmative Expert Report dated August 15, 2025, regarding the Hoback Club in Jackson, WY, entitled *"Schedule Delay Analysis"*.[1]

---

[1] Ex. D5517.

8. I personally authored a Rebuttal Expert Report dated September 26, 2025, regarding the Hoback Club in Jackson, WY, entitled *"Rebuttal Report"*.[2]

9. I was deposed on December 18, 2025.

**<u>Project Background</u>**

10. Layton Construction Company, LLC ("Layton"), as Construction Manager, and Cody Lane Development Corporation ("Cody Lane'), as Developer, entered into a modified AIA A133-2009 Contract on May 28, 2021 for construction of the Hoback Club in Jackson, WY ("Project"). The AIA A133-2009 ("Contract") provides for "The Basis of Payment as the Cost of the Work Plus a Fee with a Guaranteed Maximum Price". The Project included construction of 25 ultra-luxury condominium units, luxury amenity spaces, parking and employee housing units.

11. The Project underwent significant design changes after May 2021. In an internal email dated May 2, 2023, Cody Lane describes the Architect of Record, IBI, as a "disaster":

> *<u>IBI and a few key subconsultants have been a disaster</u>, but over the past few months we have also forced an executive leadership change and more admin support to handle the construction admin burden <u>caused by the terrible construction documents</u>. We/you own the architect's performance, so we fight every day to manage that on site and the administrative paperwork is a heavy burden. We will absolutely be making a claim against the architect's E&O and professional liability insurance. We are tracking everything accordingly and they have been put on notice.*[3]

Cody Lane issued Construction Change Directives ("CCD") to Layton using AIA Document G714 to authorize and direct changed work.

---

[2] Ex. D5518.
[3] Ex. D4491 (CL0123964) (emphasis added).

**Contract Amendment No. 4 and the Revised Baseline Schedule**

12. After approximately 2 years of work and the issuance of over 400 CCDs, Cody Lane and Layton agreed to reestablish the Substantial Completion Date to April 30, 2024 through an Amendment to the Contract.

13. Cumming was Cody Lane's Scheduling Consultant for the Project.

14. In January 2023, Cumming and Layton began working together to negotiate an acceptable Revised Baseline Schedule.

15. Section 01 3200 of the Technical Specifications addresses the Contractor's Construction Schedule. In general, the Specification requires that the Schedule be prepared based on industry standard Critical Path Method ("CPM") Scheduling Protocols.

16. On April 11, 2023, Cumming transmitted a 14-page analysis of Layton's final Revised Baseline Schedule submission to Cody Lane concluding:

> *Based on our review of the schedule we agree with the logic shown and would recommend acceptance of it as a Revised Baseline.*[4]

17. Layton and Cody Lane entered into Contract Amendment No. 4, dated April 14, 2023, which included an Agreement as to a Revised Baseline Schedule:

> *Additionally, Exhibit 1 – Teton Village Baseline R4 dated July 12, 2021 attached to Contract Amendment No. 2 and as amended by Contract Amendment No. 3 is replaced in its entirety with Exhibit 1 attached to this Contract Amendment No. 4.*[5]

---

[4] Ex. D4447 (CL_DDRM0570535).
[5] Ex. J0011 (LCC-WYUSDC-00000157) (emphasis added).

18. The Revised Baseline Schedule set forth the Project Work remaining as of April 4, 2023.

19. Although Amendment No. 4 established a revised Substantial Completion Date of April 30, 2024 and recognized past delays, an additional 453 CCDs were issued through March 2024.

20. Notwithstanding that these additional CCDs impacted Layton's ability to progress the work, Cody Lane terminated Layton's right to proceed on March 11, 2024.

*21.* Cody Lane terminated Layton, in part, for failure *"to progress the work in accordance with the approved Construction Schedule....since the effective date of Amendment 4..."*[6]

22. The Revised Baseline Schedule was:

- Jointly developed by Cumming and Layton
- Accepted by Cumming in its transmittal to Cody Lane
- Included as an Exhibit and specifically referenced in Amendment No. 4
- Utilized by Cody Lane as a basis for Termination

23. In my opinion, the April 4, 2023 Data Date ("D.D.") Revised Baseline Schedule attached to Amendment No. 4 reflects a reasonable, but aggressive plan, agreed to by the Parties for the remaining scope and sequence of the Work as of April 4, 2023 (D.D.). There is no evidence that Layton's Revised Baseline Schedule was developed to accommodate a future 453 CCDs.

---

[6] Ex. D5100 (CL_DDRM0551402).

**Determination of the Schedule's (As-Built) Critical Path and Actual Impact**

24. The Contract addresses the requirements for Layton to receive a Time Extension for Changes in the Work:

> ***§ 5.3 Changes in the Work***
> ***§ 5.3.1*** *The Owner may, without invalidating the Contract, order changes in the Work within the general scope of the Contract consisting of additions, deletions or other revisions. The Owner shall issue such changes in writing. The Architect may make minor changes in the Work as provided in Section 7.4 of the modified AIA Document A201-2017, General Conditions of the Contract for Construction. The Construction Manager shall be entitled to an equitable adjustment in the Contract Time as a result of changes in the Work to the extent of any actual impact to the schedule's critical path.*[7]

25. The "schedule's critical path" is that group of necessarily related activities that form the longest duration from the start to finish of the period being analyzed.

26. A Change in the Work must cause an actual impact to the schedule's critical path in order to be entitled to a Time Extension.

27. Cody Lane did not recognize or provide an equitable adjustment in the Contract Time through Termination or analyze the schedule's critical path for purposes of allocating delays as of Termination.

28. Since Layton was terminated on March 11, 2024, the only actual impacts to Layton's work occurred prior to that date.

29. Layton recorded the actual sequence, actual start, actual finish and progress of Revised Baseline work activities through Termination in its Final Schedule submission, dated March 11, 2024.

---

[7] Ex. J0004 (LCC-WYUSDC-00000556) (emphasis added).

30. Layton recorded an additional 1,636 activities into its schedules from April 4, 2023 through March 11, 2024 related to Changes directed by Cody Lane or Design Deficiencies discovered during construction.

31. These added activities include in excess of 400 Construction Change Directives issued by Cody Lane.

32. A variance calculation that produces actual delay based on a comparison of the last statused Activity prior to Termination versus the April 4, 2023 Revised Baseline Schedule for each Unit is as follows:

| Unit # | AP Activity ID | Re-Baseline Description | Re-Baseline Late Finish | Actual Finish/ As of 3/11/24 | Finish Variance (CDs) |
|---|---|---|---|---|---|
| 103 | A76880 | Wall Insulation Unit 103 | 06/22/23 | **01/05/24** | -197 |
| 104 | A96890 | Install Plaster Unit 104 | 07/10/23 | 03/11/24 | -245 |
| 105 | A97320 | Tape & Texture Unit 105 | 06/29/23 | 03/11/24 | -256 |
| 106 | A98240 | Install Wood Flooring Unit 106 | 06/30/23 | 03/11/24 | -255 |
| 107 | A97750 | Second Side Drywall Unit 107 | 05/10/23 | **08/24/23** | -106 |
| 108 | A121390 | Millwork Layout Unit 108 | 06/06/23 | **01/17/24** | -225 |
| 109 | A99080 | Tape & Texture Unit 109 | 06/13/23 | 03/11/24 | -272 |
| 203 | A99600 | Second Side Drywall Unit 203 | 06/19/23 | 03/11/24 | -266 |
| 204 | A100050 | Tape & Texture Unit 204 | 06/16/23 | 03/11/24 | -269 |
| 205 | A100490 | Tape & Texture Unit 205 | 05/19/23 | 03/11/24 | -297 |
| 206 | A100930 | Tape & Texture Unit 206 | 05/30/23 | 03/11/24 | -286 |
| 207 | A101370 | Tape & Texture Unit 207 | 06/08/23 | 03/11/24 | -277 |
| 301 | A101780 | Wall Insulation Unit 301 | 06/20/23 | 03/11/24 | -265 |
| 302 | A102210 | One Side Drywall Unit 302 | 06/30/23 | **02/22/24** | -237 |
| 303 | A102640 | In Wall Backing Unit 303 | 07/10/23 | 03/11/24 | -245 |
| 304 | A103080 | In Wall Backing Unit 304 | 07/24/23 | 03/11/24 | -231 |
| 305 | A103520 | In Wall Backing Unit 305 | 08/07/23 | 03/11/24 | -217 |
| 306 | A103960 | In Wall Backing Unit 306 | 08/31/23 | 03/11/24 | -193 |
| 307 | A104400 | In Wall Backing Unit 307 | 09/15/23 | 03/11/24 | -178 |
| 401 | A104710 | Plumbing Lower Ceiling Rough Unit 401 | 06/30/23 | 03/11/24 | -255 |
| 402 | A105280 | In Wall Backing Unit 402 | 07/07/23 | 03/11/24 | -248 |
| 403 | A105720 | In Wall Backing Unit 403 | 07/20/23 | 03/11/24 | -235 |
| 404 | A106160 | In Wall Backing Unit 404 | 07/28/23 | 03/11/24 | -227 |
| 501 | A106980 | Electrical Overhead Unit 501 (CCD95 Lighting Updates Added 1 Day) | 08/01/23 | 03/11/24 | -223 |
| 502 | A107420 | Electrical Overhead Unit 502 (CCD95 Lighting Updates Added 1 Day) | 08/14/23 | 03/11/24 | -210 |

33. Since the Actual Variance is a mathematical calculation, it includes the result of all delays regardless of responsibility for such delays, including but not limited to, delays caused by Layton and its Subcontractors, Cody Lane Changes to the Work, Weather and Third-Party Procurement.

34. After calculating the Variance, I determined that Units 205 and 206 were the most delayed as of Termination. Units 205 and 206 were primarily delayed by unrelated independent Construction Change Directives (CCDs) and untimely Requests for Information (RFI) responses.

35. In order to mitigate delays in both Units 205 and 206, Layton progressed Tape & Texture before Drywall was completed and progressed Prime & Paint prior to the completion of Tape & Texture.

**<u>Unit 205 Delays</u>**

36. The agreed upon Amendment No. 4 Revised Baseline Schedule indicates a reasonable planned sequence of work for Unit 205 as follows:



Teton Village - RE-BASELINE | Teton Village Re-Baseline 4/4/23 (#205) | D.D. 04-Apr-23

| Activity ID | Activity Name | Original Duration | Start | Finish | Late Start | Late Finish | Total Float |
|---|---|---|---|---|---|---|---|
| A100400 | Frame Ceilings Unit 205 | 5 | 30-Mar-23 A | 17-Apr-23 | 11-Apr-23 | 17-Apr-23 | 0 |
| A100410 | Electrical Lower Ceiling Rough Unit 205 | 3 | 18-Apr-23 | 20-Apr-23 | 18-Apr-23 | 20-Apr-23 | 0 |
| A100420 | Mechanical Lower Ceiling Rough Unit 205 | 3 | 18-Apr-23 | 20-Apr-23 | 18-Apr-23 | 20-Apr-23 | 0 |
| A100440 | In Wall Backing Unit 205 | 5 | 21-Apr-23 | 27-Apr-23 | 21-Apr-23 | 27-Apr-23 | 0 |
| A100450 | One Side Drywall Unit 205 | 5 | 26-Apr-23 | 02-May-23 | 26-Apr-23 | 02-May-23 | 0 |
| A100460 | Wall Insulation Unit 205 | 2 | 03-May-23 | 04-May-23 | 03-May-23 | 04-May-23 | 0 |
| A100480 | Second Side Drywall Unit 205 | 5 | 05-May-23 | 11-May-23 | 05-May-23 | 11-May-23 | 0 |
| A100490 | Tape & Texture Unit 205 | 6 | 12-May-23 | 19-May-23 | 12-May-23 | 19-May-23 | 0 |
| A109770 | Prime & Paint Unit 205 | 5 | 22-May-23 | 26-May-23 | 22-May-23 | 26-May-23 | 0 |
| A100500 | Install Plaster Unit 205 | 5 | 31-May-23 | 06-Jun-23 | 31-May-23 | 06-Jun-23 | 0 |
| A100510 | Install Ceiling Millwork Unit 205 | 6 | 07-Jun-23 | 14-Jun-23 | 07-Jun-23 | 14-Jun-23 | 0 |
| A1030 | Substantial Completion | 0 | | 30-Apr-24 | | 29-Apr-24 | 0 |



37. The planned Unit 205 work sequence was interrupted by unplanned Design Changes issued by Cody Lane.

38. Utilizing Layton's As-Built Schedule (D.D. 3/11/24), the schedule's critical path and variances to the agreed upon Revised Baseline through Unit 205 were identified as follows:




| Activity ID | Activity Name | Start | Finish | Start Diff. (CDs) | Finish Diff. (CDs) |
|---|---|---|---|---|---|
| A100400 | Frame Ceilings Unit 205 | 30-Mar-23 A | 02-May-23 A | | -15 |
| A200370 | CCD 438 Issued | 03-May-23 A | 03-May-23 A | | |
| A200380 | CCD 438 Coordination & RFI 1557 Response | 03-May-23 A | 11-Jul-23 A | | |
| A200390 | CCD 438 Demo for Rework Unit 205 | 15-Jun-23 A | 03-Aug-23 A | | |
| A200450 | CCD 438 MEP Rework Coordiation Unit 205 (Working with G2 on Humidifier RFI 1747) | 28-Jun-23 A | 16-Aug-23 A | | |
| A208420 | RFI 1747 Submitted Humidifier Unit 205 | 02-Aug-23 A | 02-Aug-23 A | | |
| A208430 | RFI 1747 Response Unit 205 | 02-Aug-23 A | 16-Aug-23 A | | |
| A200460 | CCD 438 Mechanical Procure & Rough Unit 205 | 14-Aug-23 A | 17-Nov-23 A | | |
| A210400 | CCD 658 Recieved Unit 205 | 21-Aug-23 A | 21-Aug-23 A | | |
| A210410 | CCD 658 Fan Coil/Condensate Drain Procurement Unit 205 | 21-Aug-23 A | 20-Oct-23 A | | |
| A207210 | CCD 438 Plumbing Rough Unit 205 | 23-Oct-23 A | 30-Nov-23 A | | |
| A211360 | CCD 658 Install Fan Coil/Condensate/Humidifier Unit 205 | 30-Oct-23 A | 22-Nov-23 A | | |
| A202940 | Ceiling Sheathing Unit 205 | 16-Nov-23 A | 15-Mar-24 | | |
| A207230 | CCD 438 Frame Walls Unit 205 | 21-Nov-23 A | 23-Nov-23 A | | |
| A100490 | Tape & Texture Unit 205 | 24-Nov-23 A | 20-Mar-24 | -196 | -297 |
| A109770 | Prime & Paint Unit 205 | 24-Nov-23 A | 22-Mar-24 | | -290 |
| A207200 | CCD 438 Mechanical Insulation Unit 205 | 11-Dec-23 A | 15-Dec-23 A | | |
| A207220 | CCD 438 Electrical Rough Unit 205 | 11-Dec-23 A | 26-Jan-24 A | | |
| A207240 | CCD 438 Top Down Drywall Unit 205 | 20-Dec-23 A | 11-Jan-24 A | | |
| A207250 | CCD 438 Re-Frame Ceilings Unit 205 (Need RFI 2137r1/2287 Responses) | 12-Jan-24 A | 11-Mar-24 | | |
| A217170 | RFI 2137r1 Unit 205 Jr. Master WIC Access Panel Submitted | 19-Jan-24 A | 19-Jan-24 A | | |
| A217180 | RFI 2137r1 Unit 205 Jr. Master WIC Access Panel Response | 19-Jan-24 A | 11-Mar-24 | | |
| A217700 | RFI 2287 Unit 205 Bathroom (205.07) Ceiling Submitted | 30-Jan-24 A | 30-Jan-24 A | | |
| A217710 | RFI 2287 Unit 205 Bathroom (205.07) Ceiling Response | 30-Jan-24 A | 22-Feb-24 A | | |
| A218835 | CCD 853 RFI 1996 Hot Water Tanks in Hospitality Stations Coordination | 14-Feb-24 A | 11-Mar-24 | | |
| A218830 | CCD 853 RFI 1996 Hot Water Tanks in Hospitality Stations Received | 14-Feb-24 A | 14-Feb-24 A | | |
| MRI CCD895 | CCD 895 ISSUED (RFI 2287) | 26-Feb-24 A | | | |
| A212780 | CCD 438 Hang Drywall/Tape & Texture Go Back Ceilings Unit 205 (Need RFI 2137r1/2287 Responses) | 11-Mar-24 | 20-Mar-24 | | |
| A218840 | CCD 853 RFI 1996 Hot Water Tanks in Hospitality Stations Remove Drywall Unit 205 | 12-Mar-24 | 12-Mar-24 | | |
| A218850 | CCD 853 RFI 1996 Hot Water Tanks in Hospitality Stations Electrical Rough Unit 205 | 13-Mar-24 | 13-Mar-24 | | |
| A218860 | CCD 853 RFI 1996 Hot Water Tanks in Hospitality Stations Reinstall Drywall Unit 205 | 14-Mar-24 | 14-Mar-24 | | |
| A212790 | CCD 438 Paint Go Back Unit 205 | 20-Mar-24 | 22-Mar-24 | | -290 |

39. Cody Lane issued Construction Change Directive 438 dated April 25, 2023 to Layton on May 3, 2023, which included the Architect's Supplemental Instruction No. 368, dated April 20, 2023, or only 6 days after the effective date of Amendment No. 4.[8]

40. The negotiated Amendment No. 4 Re-Baseline Schedule did not include Construction Change Directive 438 work activities. Issues related to Construction Change Directive 438 impacted Unit 205 progress through Termination.

41. CCD 438 required reframing and new mechanical, electrical and plumbing installations prior to tape and finish as indicated on 8 drawings attached to CCD 438. Layton and its Subcontractors reviewed CCD 438 and on June 2, 2023 transmitted RFI-1557, which stated in part:

> *Referring to CCD438 added new FCU 205-5 at unit 205 RM "205.09a" as showing in the attached sheet/sketch MPSK-368-3. Upon multiple coordination*

[8] Ex. J0038 (LCC-WYUSDC-00103634).

*meetings "BIM" the FCU will not fit in the ceiling at 9'-1" ceiling height. There are a number of design items that will need to be addressed in this change in order to meeting the design intent based on the CCD:*[9]

42. The Design Team responded on June 21, 2023 by updating its CCD 438 drawings and providing additional specifications for the Work. Layton ordered the CCD 438 FCU (Fan Control Units) in August 2023 after completing rework coordination.

43. On August 2, 2023, Layton submitted RFI-1747 addressing the additional space required for the Humidifier for Unit 205.[10] The Design Team responded on August 15, 2023 indicating that Humidifier piping would be deleted and that revised mechanical drawings will indicate new ducting and drain piping.

44. On August 21, 2023, Cody Lane issued Construction Change Directive 658, modifying the humidifier in Unit 205. Layton also ordered the CCD 658 Humidifier in August 2023.[11]

45. The new FCU and Humidifier arrived in late October/early November 2023.

46. On November 15, 2023, Layton transmitted RFI-2070, which stated in part:

> *CCD 438 noted a custom 24" x 54" panel serving the FCU closets with a bottom hinge in a fire rated wall. Acudor DW-5058 is not a fire rated access panel. RK submitted the FW-5015 panel for fire rated applications. Per the manufacturer, the FW-5015 as* [sic] *a max size of 24" x 36". The recommended product is the FB-5060 for this application, see attached submittal. Please also see attached letter from Acudor clarifying the only hinge option for the FB-5060.*[12]

---

[9] Ex. D9033 (LCC-WYUSDC-00211155).
[10] Ex. D9254 (LCC-WYUSDC-00214286).
[11] Ex. J0238 (LCC-WYUSDC-00106797).
[12] Ex. D9649 (LCC-WYUSDC-00219593).

47. The Design Team responded on November 27, 2023 stating that the access panel was not required to be fire rated, but failed to address the smaller panel.

48. After obtaining confirmation that the access panel was not required to be fire rated, Layton transmitted RFI-2070R1 on December 5, 2023, which included the larger requested access panel.[13]

49. On December 12, 2023, Layton transmitted RFI-2137, which states:

> *A 4'x4' access panel for FCU 205.5 is needed for accessibility and maintenance in the jr. master WIC of Unit 205 (205.09A). There is also a 2'x2' access panel required to plan west of the 4'x4' for the humidifier. RK has confirmed with their vendor that they can provide the 4'x4' panel. (see attached e-mail correspondence).*
>
> *These access panels will take up a large majority of the ceiling. These panels are being added based on the movement of the equipment in the ceiling of the closet in CCD-438. See attached markup for proposed locations.*
>
> *Please advise if the addition of these panels is acceptable.*[14]

50. On January 30, 2024, Layton transmitted RFI-2287, which stated:

> *Unit 205 bathroom (205.07) ceiling height needs to be lowered 3" to 9'4" to accommodate the hydronic lines that were routed to allow space for the light and ductowork.* [sic]
>
> *Please advise if this is acceptable.*[15]

51. On February 26, 2024 (6 days prior to Notice of Termination), Cody Lane issued CCD 895, requiring further framing and drywall changes to Unit 205 in response to RFI-2287:

---

[13] Ex. D9650 (LCC-WYUSDC-00219603).
[14] Ex. D9736 (LCC-WYUSDC-00220718).
[15] Ex. D9898 (LCC-WYUSDC-00222294).

> *This ASI lower* [sic] *the ceiling height from 9'-7" to 9'-4" in Bathroom 205.07 to accommodate the hydronic lines that were routed to allow space for the light and ductwork, as response to RFI-2287.*[16]

52. The completion of CCD 895 was constraining the completion of Unit 205 as of the Notice of Termination.

53. In summary, the documentary record indicates that Cody Lane issued CCD 438, CCD 658, CCD 895 and CCD 853 and included design modifications through RFIs 1557, 2137 and 2287, and directed Unit 205 schedule revisions, all of which actually impacted the schedule's critical path through completion of Unit 205.

54. Layton is responsible for an actual critical impact of 15 CDs related to slower than planned initial framing progress.

55. In my opinion, the actual impact to the Unit 205 As-Built Critical Path of the Changes issued by Cody Lane entitles Layton to a 282 (297-15) CD equitable adjustment in the Contract Time through Termination.

**<u>Unit 206 Delays</u>**

56. Unit 206 was also (near critical) delayed and impacted by CCDs and RFI responses. As indicated in the variance calculations, Unit 206 was 286 CDs behind schedule as compared to Unit 205, which was 297 CDs behind schedule as of Termination.

57. The Amendment No. 4 Revised Baseline also indicates a reasonable planned sequence of work for Unit 206 as follows:

[16] Ex. J0479 (LCC-WYUSDC-00108198).

Teton Village - RE-BASELINE | Teton Village Re-Baseline 4/4/23 (#206) | D.D. 04-Apr-23

| Activity ID | Activity Name | Original Duration | Start | Finish | Late Start | Late Finish | Total Float |
|---|---|---|---|---|---|---|---|
| A100840 | Frame Ceilings Unit 206 | 5 | 18-Apr-23 | 24-Apr-23 | 18-Apr-23 | 24-Apr-23 | 0 |
| A100850 | Electrical Lower Ceiling Rough Unit 206 | 3 | 25-Apr-23 | 27-Apr-23 | 25-Apr-23 | 27-Apr-23 | 0 |
| A100860 | Mechanical Lower Ceiling Rough Unit 206 | 3 | 25-Apr-23 | 27-Apr-23 | 25-Apr-23 | 27-Apr-23 | 0 |
| A100880 | In Wall Backing Unit 206 | 5 | 27-Apr-23 | 03-May-23 | 27-Apr-23 | 03-May-23 | 0 |
| A100890 | One Side Drywall Unit 206 | 5 | 04-May-23 | 10-May-23 | 04-May-23 | 10-May-23 | 0 |
| A100900 | Wall Insulation Unit 206 | 2 | 11-May-23 | 12-May-23 | 11-May-23 | 12-May-23 | 0 |
| A100920 | Second Side Drywall Unit 206 | 5 | 15-May-23 | 19-May-23 | 15-May-23 | 19-May-23 | 0 |
| A100930 | Tape & Texture Unit 206 | 6 | 22-May-23 | 30-May-23 | 22-May-23 | 30-May-23 | 0 |
| A109780 | Prime & Paint Unit 206 | 5 | 31-May-23 | 06-Jun-23 | 31-May-23 | 06-Jun-23 | 0 |
| A1030 | Substantial Completion | 0 | | 30-Apr-24 | | 29-Apr-24 | 0 |




58. As with Unit 205, Unit 206 was immediately impacted by Design Changes after Amendment No. 4.

Teton Village | Final Subm Teton Village - 3/11/24(#206) | D.D. 11-Mar-24

| Activity ID | Activity Name | Start | Finish | Start Diff. (CDs) | Finish Diff. (CDs) |
|---|---|---|---|---|---|
| A201370 | RFI 1327 Response | 13-Mar-23 A | 17-May-23 A | | |
| A201360 | RFI 1327 Submitted | 13-Mar-23 A | 13-Mar-23 A | | |
| A100840 | Frame Ceilings Unit 206 | 19-Apr-23 A | 05-May-23 A | | -11 |
| A201380 | RFI 1327r1 Submitted | 17-May-23 A | 19-May-23 A | | |
| A201390 | RFI 1327r1 Response | 19-May-23 A | 18-Aug-23 A | | |
| A202120 | RFI 1565 Sumitted (Changes made in CCD 423) | 06-Jun-23 A | 06-Jun-23 A | | |
| A202130 | RFI 1565 Response | 06-Jun-23 A | 11-Aug-23 A | | |
| A211600 | CCD 493r1 Received | 10-Aug-23 A | 10-Aug-23 A | | |
| A211610 | CCD 493r1 Coordination | 11-Aug-23 A | 09-Nov-23 A | | |
| A202140 | RFI 1565 CCD 423 Bottom Track Unit 306 | 14-Aug-23 A | 18-Aug-23 A | | |
| A214090 | RFI 1928 Plumbing Modifications Submitted | 04-Oct-23 A | 04-Oct-23 A | | |
| A214100 | RFI 1928r1 Response Plumbing Modifications Unit 206 | 04-Oct-23 A | 10-Jan-24 A | | |
| A211620 | CCD 493r1 Adjust Ceiling Framing | 09-Nov-23 A | 09-Nov-23 A | | |
| A211630 | CCD 493r1 Electrical Lower Ceiling Rough | 13-Nov-23 A | 13-Nov-23 A | | |
| A215550 | CCD 699 Received Lock Off Unit Clarifications | 17-Nov-23 A | 17-Nov-23 A | | |
| A215560 | CCD 699 Electrical Rough Unit 206 | 27-Nov-23 A | 27-Nov-23 A | | |
| A202950 | Ceiling Sheathing Unit 206 (RCP Approval Needed to proceed) * | 29-Nov-23 A | 14-Mar-24 | | |
| A211590 | CCD 423 Unit 206 Scan, Core, Reroute Sanitary Piping (RFI1928r1 returned to proceed) | 10-Jan-24 A | 17-Jan-24 A | | |
| A100930 | Tape & Texture Unit 206 (Need work to complete from RFI 2044r1 to close) | 29-Jan-24 A | 22-Mar-24 | -252 | -286 |
| A109780 | Prime & Paint Unit 206 | 29-Jan-24 A | 22-Mar-24 | | -279 |
| A217750 | CCD 829 Unit 306 Scan Slab, Approval, and Core (RFI 2313 Response Needed) | 08-Feb-24 A | 11-Mar-24 | | |




59. RFI-1327 was outstanding as of April 30, 2023. RFI-1327 was initiated based on comments from the AHJ. Layton was able to proceed with Ceiling Framing, but could not complete Electrical Rough-In work until RFI-1327 was answered.

60. The initial RFI-1327 response on April 28, 2023 indicated that:

*Change light fixture to Type F7A in closets that do not have clearance per Code. Type F7A referenced in this RFI shall be the same as specified except with 600 Lumens per foot. See attached ESKs.*[17]

61. After determining that the Architect's response specified a non-closet related fixture, Layton submitted RFI-1327.1 on May 19, 2023 and the Architect responded on July 18, 2023, stating:

*The closet light fixture type has been revised and relocated, where required, to maintain required clearances to closet storage. Refer to the attached ID sketch and Electrical drawings / cut sheets.*
*Sketch and drawings to be issued in the forthcoming ASI-497R1.*[18]

62. Cody Lane also issued CCD 439R1 that changed the booster fan and power location in Unit 206. CCD 439R1 required Layton to adjust ceiling framing and electrical rough-in work. Ceiling work continued to be impacted by Design Changes.[19]

63. On May 16, 2023, Cody Lane issued CCD 423, modifying the framing, electrical, mechanical and plumbing for Unit 306, which was directly above Unit 206. These changes continued to prevent the ceiling sheathing in Unit 206 and subsequent work from being completed.[20]

64. On June 6, 2023, Layton requested additional information through RFI-1565 which was not included in CCD 423. On August 11, 2023, Layton was provided additional layout details for the CCD 23 changes.[21]

65. On October 4, 2023, Layton issued RFI-1928, which stated:

---

[17] Ex. D8765 (LCC-WYUSDC-00207547).
[18] Ex. D8766 (LCC-WYUSDC-00207581).
[19] Ex. J0039 (LCC-WYUSDC-00103662).
[20] Ex. J0054 (LCC-WYUSDC-00103338).
[21] Ex. D9041 (LCC-WYUSDC-00211413).

*CCD 423 made adjustments to plumbing in the units (305, 306, 307). Due to heavy PT in the area, RK is unable to safely make the requested changes due to PT cables at location. Please provide an updated location for adjusted plumbing to avoid PT cables or advise.*[22]

66. The Architect's response requested additional information regarding penetrations, and on October 4, 2023, Layton transmitted RFI-1928R1. The Architect responded on December 15, 2023, stating:

> *ARCADIS ID:*
> *ID team has adjusted and updated plumbing to avoid changes in penetration. Updated ID drawings and updated schedules will be issued in ASI-861.*[23]

67. On January 11, 2024, Cody Lane issued CCD 829 which finally addressed RFI-1928R1 and provided ASI 861.[24]

68. After performing the layout in Unit 306 based on CCD 423, and as attempting to coordinate with the information transmitted in CCD 829, Layton issued RFI-2313, which stated:

> *Unit 306:*
> *#6 Powder room drain for the vanities added in CCD-423*
> *#7 and 8 are water closets added in the changes made in CCD-423.*
>
> *Due to the amount of structural reinforcement in the area. RK will be unable to avoid damaging rebar. Please advise if these locations are acceptable or provide direction in these locations.*[25]

69. RFI-2313 remained unanswered as of the date of Termination.

[22] Ex. D9472 (LCC-WYUSDC-00217020).
[23] Ex. D9473 (LCC-WYUSDC-00217030).
[24] Ex. J0450 (LCC-WYUSDC-00108030).
[25] Ex. D9927 (LCC-WYUSDC-01208350).

70. Plumbing layout and coring issues related to reinforcing/post tension strands continued through Termination.

71. Layton is responsible for the initial actual impact of 11 days related to slower than planned framing progress.

72. In my opinion, Layton was delayed 275 CDs (286-11) in completing Unit 206 through Termination due to Design and Cody Lane Preferential Changes.

73. Unit 205 was only delayed 11 days more than Unit 206 (297-286) as of March 11, 2024.

74. In summary, my Forensic Schedule Analysis:

- Utilized the negotiated Revised Baseline Schedule included as an Exhibit to Amendment No. 4 as the basis for quantifying actual delay
- Utilized contemporaneously recorded actual schedule data to determine the schedule's critical path
- Determined the actual impact to the schedule's critical path based on a review of contemporaneous Project documents (e.g., CCDs, RFIs and Daily Reports) and actual progress of Revised Baseline activities

**<u>Cody Lane's Expert's (Dr. Ibbs) Hypothetical Schedule Analysis</u>**

75. Dr. Ibbs is an Expert designated by Cody Lane to address Project Schedule Delay.[26]

76. Notwithstanding the development, acceptance and the inclusion of the Revised Baseline Schedule in Amendment No. 4, Dr. Ibbs determined that it could not be validated:

> *<u>Specifically, IBBS utilized AACE protocols SVP 2.1 baseline validation</u>, and SVP 2.3 update validation to validate the schedules being analyzed.*

[26] Ex. P1228.

and,

> *The Layton schedules failed the SVP 2.1 Baseline Validation and SVP 2.3 update validation protocols for reasons provided in section 5.2.*

77. Dr. Ibbs has stated that the Revised Baseline should have included additional work not identified by Cumming or Layton during the 2-month negotiation process.

78. In addition to not recognizing the Amendment No. 4 Revised Baseline as valid, Dr. Ibbs ignores the requirement to calculate actual delays, instead stating:

> *IBBS performed a Time Impact Analysis (TIA) on selected Layton project schedules based on project records under the guidelines of AACE's MIP recommended practice. MIP 3.7 is a modeled technique since it relies on a simulation of a scenario based on a CPM model. The simulation consists of the insertion or addition of activities representing delays or changes into a network analysis model representing a plan to determine the hypothetical impact of those activities inserted into the network.*

79. Dr. Ibbs created his first critical delay using his hypothetical approach by inserting an activity which he created into the Amendment No. 4 Revised Baseline Schedule:

> *IBBS created a Time Impact Analysis (TIA) modeling the schedule impact due to adding the Densglass replacement work to Layton's April 4, 2023 re-baseline schedule.*

80. Dr. Ibbs' created Densglass Replacement Activity hypothetically constrained the start of Unit 106 Second Side Drywall until August 11, 2023. Unit 106 Second Side Drywall actually started on May 5, 2023 (or May 1, 2023, based on the Daily Reports).

81. Although Unit 106 Second Side Drywall only started 8 Calendar Days later than planned, Unit 106 Second Side Drywall could not be completed to enable Tape & Texture to commence due to Cody Lane's issuance of multiple CCDs and ASIs correcting design deficiencies.

82. Dr. Ibbs created his second and third hypothetical critical delays by again creating activities and inserting them into selective schedule updates:

> *IBBS created a Time Impact Analysis (TIA) modeling the schedule impact due to Layton's failed plaster work and rework. IBBS added activity A209950 – IMPACT – Layton's Failed Plaster FWIP to Layton's unimpacted August 14, 2023 update.*
>
> and,
>
> *IBBS created a Time Impact Analysis (TIA) modeling the continued schedule impacts due to Layton's failed plaster work and rework. IBBS added activity A216940 – IMPACT – Layton's Failed Plaster FWIP to Layton's unimpacted January 8, 2024 update.*

83. Dr. Ibbs does not identify the "schedule's critical path" or allocate all critical delay, concluding:

> *In conclusion, the IBBS analysis demonstrates that Layton is responsible for at least 185 CDs of critical path delay. The remaining 110 CDs of critical path delay are likely divided between Layton's remaining self-inflicted issues and Cody Lane through Construction Change Directives (CCD's) and Owner Responses.*

84. In my opinion, Dr. Ibbs' analysis fails to:

- Accept the negotiated Revised Baseline Schedule included in Amendment No. 4
- Identify the schedule's critical path as of Termination
- Identify and allocate actual impacts to the schedule's critical path

**Non-Critical Densglass and Plaster**

85. I examined the two non-critical issues, Densglass and Plaster, raised by Cumming after Amendment No. 4 was executed and addressed by Dr. Ibbs in his Expert Reports.

86. The majority of the Densglass replacement was completed in August 2023, and as of Termination, only 5 days of Densglass work related to CCDs remained:

| Teton Village | Final Subm Teton-3/11/24 (Densglass) | | | | | | D.D. 11-Mar-24 |
|---|---|---|---|---|---|---|---|
| **Activity ID** | **Activity Name** | **Original Duration** | **Start** | **Finish** | **Late Start** | **Late Finish** | **Total Float** |
| A219490 | CCD 763 Balcony Heaters Units 307 & 501 Densglass Removal and Replacement | 1 | 11-Mar-24 | 11-Mar-24 | 10-Oct-23 | 10-Oct-23 | -101 |
| A219510 | CCD 736 Unit 307 Roof Remove Densglass/Ceiling Framing | 1 | 12-Mar-24 | 12-Mar-24 | 08-Sep-23 | 08-Sep-23 | -124 |
| A219530 | CCD 736 Unit 307 Roof Unit 307 Rework Ceiling Framing and Reinstall Densglass | 3 | 18-Mar-24 | 20-Mar-24 | 14-Sep-23 | 18-Sep-23 | -124 |




87. Plaster was planned to start in Unit 106 and in accordance with the planned sequence set forth in the Revised Baseline Schedule:

| Teton Village - RE-BASELINE | Teton Re-Baseline 4/4/23 (Plaster) | | | | | | D.D. 04-Apr-23 |
|---|---|---|---|---|---|---|---|
| **Activity ID** | **Activity Name** | **Original Duration** | **Start** | **Finish** | **Late Start** | **Late Finish** | **Total Float** |
| A98160 | One Side Drywall Unit 106 | 5 | 18-Apr-23 | 24-Apr-23 | 18-Apr-23 | 24-Apr-23 | 0 |
| A98170 | Wall Insulation Unit 106 | 2 | 25-Apr-23 | 26-Apr-23 | 25-Apr-23 | 26-Apr-23 | 0 |
| A98190 | Second Side Drywall Unit 106 | 5 | 27-Apr-23 | 03-May-23 | 27-Apr-23 | 03-May-23 | 0 |
| A98200 | Tape & Texture Unit 106 | 6 | 04-May-23 | 11-May-23 | 04-May-23 | 11-May-23 | 0 |
| A109710 | Prime & Paint Unit 106 | 5 | 12-May-23 | 18-May-23 | 12-May-23 | 18-May-23 | 0 |
| A121380 | Millwork Layout Unit 106 | 1 | 19-May-23 | 19-May-23 | 19-May-23 | 19-May-23 | 0 |
| A98210 | Install Plaster Unit 106 | 5 | 22-May-23 | 26-May-23 | 22-May-23 | 26-May-23 | 0 |
| A98220 | Install Ceiling Millwork Unit 106 | 7 | 30-May-23 | 07-Jun-23 | 30-May-23 | 07-Jun-23 | 0 |
| A98650 | Install Plaster Unit 108 | 5 | 06-Jun-23 | 12-Jun-23 | 07-Jun-23 | 13-Jun-23 | 1 |




88. The start of Plaster was delayed due to the submittal, review and approval process not set forth in the negotiated Revised Baseline Schedule:

| Teton Village | Final Subm Teton-3/11/24-Plaster | | | D.D. 11-Mar-24 |
|---|---|---|---|---|
| **Activity ID** | **Activity Name** | **Start** | **Finish** | **Start Diff. (CDs)** |
| A207340 | Plaster FWIP Report Issued to LCC Requesting New Samples from Berg | 23-Jun-23 A | 11-Jul-23 A | |
| A207330 | Plaster FWIP Conducted | 23-Jun-23 A | 23-Jun-23 A | |
| A207350 | Plaster New Samples Recieved from DDRM | 13-Jul-23 A | 13-Jul-23 A | |
| A207360 | Plaster Produce New Samples to Ship to LCC | 14-Jul-23 A | 30-Aug-23 A | |
| A207370 | Plaster LCC Receives New Samples from Berg | 14-Jul-23 A | 30-Aug-23 A | |
| A207380 | Plaster Processing and Shipping Samples to Send to IBI | 31-Aug-23 A | 31-Aug-23 A | |
| A207390 | Plaster IBI Recieves and Begins Review of Plaster Samples | 01-Sep-23 A | 13-Sep-23 A | |
| A207400 | Plaster IBI Review/Present to Ownership/Send Response | 05-Sep-23 A | 15-Sep-23 A | |
| A207410 | Plaster Provide Response to Berg | 15-Sep-23 A | 15-Sep-23 A | |
| A207420 | Plaster Berg Mobilize | 18-Sep-23 A | 18-Sep-23 A | |
| A207430 | Plaster Updated FWIP Conducted Again | 19-Sep-23 A | 21-Sep-23 A | |
| A212690 | Plaster Rejection Letter Explaining Process for Next FWIP Recieved | 21-Sep-23 A | 03-Oct-23 A | |
| A212700 | Plaster FWIP Mob & Re-Conducted | 04-Oct-23 A | 27-Oct-23 A | |
| A212710 | Plaster Full Mobilization to Start Production | 30-Oct-23 A | 05-Dec-23 A | |
| A207440 | Plaster Begin Installation on Project | 05-Dec-23 A | | |
| A98210 | Install Plaster Unit 106 | 06-Dec-23 A | 16-Feb-24 A | -198 |
| A216590 | RFI 2152 Submitted | 21-Dec-23 A | 21-Dec-23 A | |
| A216600 | RFI 2152 Plaster Behind Eq & Millwork Response | 21-Dec-23 A | 17-Jan-24 A | |
| A216570 | RFI 2151 Submitted | 27-Dec-23 A | 27-Dec-23 A | |
| A216580 | RFI 2151r1 Plaster Fireplace Substrate Response | 27-Dec-23 A | 17-Jan-24 A | |
| A98650 | Install Plaster Unit 108 | 15-Jan-24 A | 13-Mar-24 | -222 |




89. Neither the Densglass replacement or Plaster approval caused an actual impact to the schedule's critical path.

**Alleged Nonconforming Work**

90. I have addressed Cumming's and Dr. Ibbs' allegation and criticisms regarding Layton's failure to place correction of nonconforming work into its schedules.

91. My review of the work identified by Cody Lane as nonconforming indicates that it contains a substantial amount of work in progress.

92. Layton did place certain remediation work (e.g., Densglass) into its schedule, but made a judgment as to what work should be tracked using the schedule or a contemporaneously updated Nonconformance Report.

93. In performing an As-Built Analysis, I can identify work gaps between Baseline activities and Changes. I did not see unexplained work gaps that may represent correction of nonconforming work during my review of the Unit Work paths.

94. Although Dr. Ibbs listed 26 alleged Layton impacts and issues, Ibbs only analyzed 2 (Densglass and Plaster) using a modeled hypothetical approach.

95. Dr. Ibbs made no attempt to determine if any of the alleged 26 issues caused an actual impact to the schedule's critical path.

96. Dr. Ibbs' and Cumming's allegations regarding the schedule impact ofnonconforming work are unsupported.

**Allegations of Insufficient Manpower**

97. During the period from late August 2023 through February 2024, Cumming alleged that Layton did not have appropriate manpower.

98. Cumming does not define or quantify *"appropriate"* or *"schedule expectations"*. The efficient management of Subcontractor forces is based on sequential planning and resource allocations.

99. Manpower, in remote and expensive areas such as Jackson Hole, must remain relatively uniform. The ability to utilize "travelers" or short term craftsmen is limited.

100. An appropriate uniform workforce is measured based on the accomplishments of Contract Work within the early start to late finish periods set forth in the schedule. To the extent that Changes ("CCDs") collapse this planned period and utilize float, the ability to accurately and continuously recalculate the required level of manpower is not possible.

101. Cumming apparently believes that Layton should have forecasted and placed manpower on standby to progress the average 10 CCDs received per week or for the month of August 2023, 20 CCDs per week as indicated in the following graphic:



102. Cody Lane and Cumming also appear to be indicating that Layton had an obligation to anticipate the continuing issuance of CCDs caused by the *"terrible construction documents"*.

103. The following graphic indicates Layton's manpower loading for 4 primary Subcontractors during the period of Cumming's critical Observation Reports:




104. Layton's manpower remained consistent during greater and lesser periods of unplanned CCDs. Cody Lane failed to timely recognize Design Changes and issue CCDs in order to provide Layton with the ability to plan and forecast manpower.

105. In MRI's opinion, Cody Lane's failure to timely recognize and issue Design Changes is the root cause of Layton's inability to progress the Work in accordance with the agreed upon Revised Baseline Schedule.

**<u>Alleged Failures to Provide a Recovery Schedule</u>**

106. Cody Lane's Notice of Termination also addresses a Recovery Schedule (Article 3.10.5).

> ***§ 3.10.5*** *Without limiting the Owner's rights, upon demand by the Owner the Contractor shall prepare and submit to the Owner and Architect a Recovery Schedule, in a form and providing sufficient detail to explain and display how the Contractor intends to reschedule those activities, <u>which are under the</u>*

> *Contractor S control and which have been deleted, to regain compliance with the Contractor S construction schedule during an agreed Recovery Period.*[27]

107. The issuance of CCDs was not under Layton's control. As previously stated, during the period of May 1, 2023 through March 4, 2024, Layton was issued an average of 10 CCDs per week, with a peak in August 2023 of 20 CCDs per week.

108. In MRI's opinion, it is not possible to create a Recovery Schedule or progress an agreed upon planned Recovery Period where there are continuous changes and additions to the Work.

Submitted this 4th day of February 2026

Thomas C. Caruso, P.E.

---

[27] Ex. JO00S (LCC-WYUSDC-00000682) (emphasis added).