FILED

1:14 pm, 2/20/26

Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

CODY LANE DEVELOPMENT

Plaintiff,

vs.

LAYTON CONSTRUCTION

Defendant.

Case Number: 24-CV-64-KHR

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 02/20/2026 Time: 11:31 - 11:41 AM

| Kelly H. Rankin | MiYon Bowden | Jan Davis | John Conder |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s) Jeffrey Charkow, Chris Chasen

Attorney(s) for Defendant(s) Tyrone Holt, Randall Reed

Other:

Upon request from parties, the Court held an impromptu telephonic conference.

Parties informed the Court that a settlement has been reached in regards to claims against Layton Construction Company LLC and Sprayfoam Southwest Inc., dba Global Roofing Group. The bench trial scheduled for 2/23/26 is vacated. Parties shall file their dismissal pleadings in 21 days.

Further status conference will be set for 3/19/26 at 9:00 AM to discuss the remaining claims in this case.