**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | | |
|---|---|---|
| CODY LANE DEVELOPMENT CORP., *Plaintiff*, | ) | |
| v. | ) | No. 2:24-CV-0064-KHR |
| LAYTON CONSTRUCTION COMPANY LLC, *Defendant*. | ) | Honorable Kelly H. Rankin |

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff Cody Lane Development Corp, Defendant Layton Construction Company LLC, and Third Party Defendant Sprayfoam Southwest, Inc. DBA Global Roofing Group under Fed. R. Civ. P. 41 (a) (2), hereby stipulate to dismiss Cody Lane Development Corp.'s Complaint (Dkt. 1), Layton's Counterclaim (Dkt. 7), Layton's Third Party Complaint against Global (Dkt. 36) and Global's Direct Action (Dkt. 79) with prejudice, all matters between and among Cody Lane, Layton and Global having been resolved and each of these parties to bear its own fees, costs and expenses.

**DATED** this 12th of March, 2026.

*/s/ Jeffrey B. Charkow*
Jeffrey B. Charkow
Owen K. Newman
Alex W. Karasik
John D. Cooke
Chris Chasin
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603
Email: jbcharkow@duanemorris.com
oknewman@duanemorris.com
awkarasik@duanemorris.com
jdcooke@duanemorris.com
cjchasin@duanemorris.com

Tyler J. Garrett, WSB # 6-4400
Kari A. Hartman, WSB # 8-6507
HATHAWAY & KUNZ, LLP
2515 Warren Avenue, Suite 500
P.O. Box 1208
Cheyenne, WY 82003-1208
Email: lbuckley@hkwyolaw.com
tgarrett@hkwyolaw.com

**COUNSEL FOR CODY LANE DEVELOPMENT CORP.**

*/s/ L. Tyrone Holt*
L. Tyrone Holt, (pro hac vice)
THE HOLT GROUP LLC
1675 Broadway, Suite 2100
Denver, Colorado 80202
(303) 225-4221
ty.holt@holtllc.com

Michael T. Hoppe (pro hac vice)
Bryan S. Johansen (pro hac vice)
Sara Meg Nielson (pro hac vice)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
(801) 532-7840
mhoppe@parrbrown.com
bjohansen@parrbrown.com
snielson@parrbrown.com

Randall B. Reed, Wyo. Bar No. 5-2863
Erika M. Nash, Wyo. Bar No. 6-3867
Justin Daraie, Wyo. Bar No.7-4690
LONG REIMER WINEGAR LLP
2120 Carey Avenue, Suite 300
P.O. Box 87
Cheyenne, Wyoming 82003
(307) 635-0710
(307) 635-0413 fax
rreed@lrw-law.com
enash@lrw-law.com
jdaraie@lrw-law.com

**COUNSEL FOR LAYTON CONSTRUCTION COMPANY, LLC**

*/s/ Brian Lambert*
Trent Cotney, Wyo. Bar No. 8-6821
Brian Lambert (pro hac vice)
Roscoe Green (pro hac vice)
ADAMS AND REESE LLP
100 North Tampa Street, Suite 4000
Tampa, FL 33602
Email: Trent.Cotney@arlaw.com
Brian.Lambert@arlaw.com
Roscoe.Green@arlaw.com

**COUNSEL FOR SPRAYFOAM SOUTHWEST, INC. DBA GLOBAL ROOFING GROUP**

## Certificate of Service

I certify that I electronically served the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** via CM/ECF this 12th day of March, 2026 to the following:

| | |
|---|---|
| Tyler J. Garrett<br>HATHAWAY & KUNZ, LLP<br>2515 Warren Avenue, Suite 500<br>P.O. Box 1208<br>Cheyenne, WY 82003-1208<br>Email: lbuckley@hkwyolaw.com<br>tgarrett@hkwyolaw.com<br><br>*Counsel for Cody Lane Development Corp.* | Jeffrey B. Charkow<br>DUANE MORRIS<br>190 South LaSalle Street, Suite 3700<br>Chicago, Illinois 60603<br>Email: jbcharkow@duanemorris.com<br><br>*Counsel for Cody Lane Development Corp.* |
| D. Scott Robinson<br>BERG HILL GREENLEAF RUSCITTI<br>P.O. Box 1240<br>Cody, WY 82414<br>Email: dsr@bhgrlaw.com<br><br>*Counsel for Greiner Electric, LLC and RK Mechanical, Inc.* | Giovanni Ruscitti<br>Sally Piskun<br>BERG HILL GREENLEAF RUSCITTI<br>1525 17th Street<br>Denver, CO 80202<br>Email: gmr@bhgrlaw.com<br>sally.piskun@bhgrlaw.com<br><br>*Counsel for Greiner Electric, LLC and RK Mechanical, Inc.* |
| Lee Mann<br>Daniel Johnson<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street NE \| Suite 2800 \|<br>Atlanta, GA 30309-4528<br>LMann@ktslaw.com<br>dkjohnson@ktslaw.com<br><br>*Counsel for Cives Corporation* | Billie LM Addleman<br>Hirst Applegate<br>1720 Carey Ave Ste 400<br>Cheyenne, Wyoming 82001<br>Email: baddleman@hirstapplegate.com<br><br>*Counsel for RK Mechanical, LLC and Greiner Electric, LLC* |
| Stuart R. Day<br>Erica R. Day<br>WILLIAMS, PORTER, DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P.O. Box 10700<br>Casper, WY 82601<br>Email: sday@wpdn.net<br>eday@wpdn.net<br><br>*Counsel for Phaze Concrete, Inc.* | Trent Cotney<br>Brian Lambert<br>Roscoe Green<br>ADAMS AND REESE LLP<br>100 North Tampa Street, Suite 4000<br>Tampa, FL 33602<br>Email: Trent.Cotney@arlaw.com<br>Brian.Lambert@arlaw.com<br>Roscoe.Green@arlaw.com<br><br>*Counsel for SprayFoam Southwest, Inc. dba Global Roofing Group* |
| Isaiah R. Gross<br>STELTING & GROSS, LLC<br>172 Center Street, Suite 200<br>Jackson, WY 83001<br>Email: isaiah@s-g.law | Frederick J. Hahn<br>Samuel K. Hahn<br>Hahn Law Office<br>421 A Street, Ste. D<br>PO Box 50698 |

| | |
|---|---|
| *Counsel for Cives Corporation* | Idaho Falls, Idaho 83405<br>fjh@hahn-law.net<br>skh@hahn-law.net<br><br>*Counsel for Intermountain Erectors, Inc.* |

*s/ Courtney D. Vance*
Courtney D. Vance, Senior Paralegal