**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | | |
|---|---|---|
| CODY LANE DEVELOPMENT CORP., *Plaintiff*, | ) | |
| v. | ) | No. 2:24-CV-0064-KHR |
| LAYTON CONSTRUCTION COMPANY LLC, *Defendant*. | ) | Honorable Kelly H. Rankin |

**ORDERING GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AMONG PLAINTIFF CODY LANE DEVELOPMENT CORPORATION, DEFENDANT, COUNTERCLAIMANT AND THIRD-PARTY PLAINTIFF LAYTON CONSTRUCTION COMPANY, LLC, AND THIRD-PARTY DEFENDANT SPRAYFOAM SOUTHWEST, INC. DBA GLOBAL ROOFING GROUP**

THIS MATTER having come before the Court upon the Stipulation for Dismissal with Prejudice Among Plaintiff Cody Lane Development Corporation, Defendant, Counterclaimant and Third Party Plaintiff Layton Construction Company, LLC and Third-Party Defendant Sprayfoam Southwest, Inc. dba Global Roofing Group, and the Court having reviewed the matter and being otherwise fully advised in the premises, hereby finds that the Stipulated Motion should be GRANTED and is hereby made an Order of the Court. THEREFORE;

1. IT IS HEREBY ORDERED that all claims asserted or which could have been asserted between or among Plaintiff Cody Lane Development Corporation, Defendant, Counterclaimant and Third Party Plaintiff Layton Construction Company, LLC and Third-Party Defendant Sprayfoam Southwest, Inc. dba Global Roofing Group in this lawsuit are dismissed with prejudice.

2. Pursuant to the consent and agreement of the Parties thereto, this Court retains jurisdiction over the Parties thereto and each of them, to enforce the terms of that certain Settlement Agreement entered into among Cody Lane Development Corporation, Layton Construction Company LLC, Sprayfoam Southwest, Inc. dba Global Roofing Group, Liberty Mutual Fire Insurance Company, and Indian Harbor Insurance Company, dated as of February 20, 2026.

3. Each party shall bear its own attorney fees, costs, and expenses, as incurred in this Lawsuit.

**DATED** this _____ of March, 2026.

__________________________________
HON. KELLY H. RANKIN
United States District Judge