FILED
1:40 pm, 3/13/26
Margaret Botkins
Clerk of Court

United States District Court

For The District of Wyoming

| | |
|---|---|
| CODY LANE DEVELOPMENT, CORP.,<br><br>Plaintiff/Counter Defendant,<br><br>v.<br><br>LAYTON CONSTRUCTION CO., LLC,<br><br>Defendant/Counter Claimant,<br><br>and<br><br>Related Third Party Claims. | Civil No. 24-CV-64-R |

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJDUICE BETWEEN CODY LANE CONSTRUCTION COMPANY, LLC, LAYTON CONSTRUCTION COMPANY, LLC, AND SPRAYFOAM SOUTHWEST INC. D/B/A GLOBAL ROOFING GROUP [409]**

This matter comes before the Court on the Stipulation for Dismissal with Prejudice Among Plaintiff Cody Lane Development Corporation, Defendant, Counterclaimant and Third-Party Plaintiff Layton Construction Company, LLC, and Third-Party Defendant Sprayfoam Southwest, Inc. d/b/a Global Roofing Group. [ECF No. 409]. The Court having reviewed the matter and being otherwise fully advised, grants the Stipulated Motion.

**IT IS HEREBY ORDERED** that all claims asserted, or which could have been asserted between or among Plaintiff Cody Lane Development Corporation, Defendant, Counterclaimant and Third-Party Plaintiff Layton Construction Company, LLC, and

Third-Party Defendant Sprayfoam Southwest, Inc. d/b/a Global Roofing Group in this lawsuit are dismissed with prejudice.

**IT IS FURTHER ORDERED** pursuant to the consent and agreement of the Parties thereto, this Court retains jurisdiction over the Parties thereto and each of them, to enforce the terms of that certain Settlement Agreement entered into among Cody Lane Development Corporation, Layton Construction Company LLC, Sprayfoam Southwest, Inc. d/b/a Global Roofing Group, Liberty Mutual Fire Insurance Company, and Indian Harbor Insurance Company, dated as of February 20, 2026.

Each party shall bear its own attorney fees, costs, and expenses, as incurred in this lawsuit.

Dated this 13th day of March, 2026.

Kelly H. Rankin
U.S. District Judge